# Exhibit 5

1

2

3

4

5                          FILE NAME:

6                   EXCLUSIVE_Sidney Powell

7                      (22:12 min)

8

9

10

11

12          TRANSCRIPT OF VIDEO-RECORDED INTERVIEW

13                     SIDNEY POWELL

14                    LARRY O'CONNOR

15

16

17

18

19

20

21

22

23

24   Transcribed By:
     TERRI NESTORE
25   CSR No. 5614, RPR, CRR

1        LARRY O'CONNOR:  Joining us right now is one of

2   the very courageous women trying to fight that fight to

3   ensure that we do have a solid electoral system.  She is

4   Sidney Powell, the lead attorney for the Trump campaign

5   legal team.

6        And Counselor, thank you for joining us today.

7        SIDNEY POWELL:  Oh, thank you, Larry.

8        LARRY O'CONNOR:  There's a couple of things that

9   you all presented yesterday at this extraordinary press

10  conference that really it bears repeating and it bears a

11  little bit of fleshing out, and I want to get to as much

12  of it as I can.

13       First of all, the question of overvotes and

14  overballots, this has something that's been so maddening

15  for so many people when they see precincts, mostly in

16  cities like Milwaukee and Detroit, Philadelphia,

17  Pittsburgh, and they see precincts where they had 200 to

18  300 percent turnout.

19       Has your investigations at this point been able

20  to come up with a clear answer as to what exactly happened

21  there?

22       SIDNEY POWELL:  Well, it's probably attributable

23  to fraudulent mail-in ballots or computer alterations of

24  the vote.  Either one is distinctly possible.  And of

25  course, you know, we have a lot of dead people voting but

1 that's not what my case is really based on.  That's

2 certainly one of the issues that indicates a scheme to

3 defraud the people of their legal votes.

4          LARRY O'CONNOR:  Yeah.

5          SIDNEY POWELL:  Because people had to go out and

6 affirmatively fill in ballots for people that they knew

7 were dead and then file them, and each of those is a

8 federal crime, punishable by five years in prison, if I

9 recall correctly.

10          LARRY O'CONNOR:  And that actually raises another

11 question -- there's so many questions that I have.

12          Your effort right now is a civil effort on behalf

13 of the presidential campaign of Donald Trump.

14          What you are alleging, what your co-counsellors

15 are alleging and have presented, they're criminal actions.

16          Is there any cooperation or do you know are there

17 independent investigations going on with the FBI and the

18 Justice Department?

19          SIDNEY POWELL:  I have no knowledge of

20 independent investigations by the FBI and Justice

21 Department.  I can't imagine that people haven't been

22 apprehended and arrested and indicted already for some of

23 these clearly, easily provable, outrageous crimes that

24 would set an example for others to know that they can't go

25 around doing this.  We've got evidence of paying for

1  ballots to be harvested in at least one major city that is

2  corrupted.

3       Larry, the information is coming in at a faster

4  rate than our little team of lawyers can even process it.

5       Americans are fed up with the corruption, they

6  are starting to report it and come forward and give

7  evidence and we've got videos now.  All kinds of different

8  things are falling into our hands and being given to us

9  because people trust us to do something about it, while

10  our government has done nothing but either turn a blind

11  eye or deliberately use it to mislead the American people.

12       LARRY O'CONNOR:  I think that much of the

13  discussion of your appearance yesterday, Sidney Powell,

14  centered around the charges that you made with regard to

15  the computerized ballot system and the software, and I

16  know -- and I'm not going to insult your intelligence to

17  suggest that here on the radio you're going to present

18  some sort of evidence that you're going -- that you would

19  normally present in open court.

20       My interest is actually more in terms of what

21  type of evidence you could produce.  Is the allegation

22  here that there is a backdoor in the software system and

23  people accessed that and just created vote tallies that

24  did not exist?  And if that's the case --

25       SIDNEY POWELL:  That's part of it, yes.

Exclusive Sidney Powell

5

1          LARRY O'CONNOR:  Okay, so how do you prove that?

2          SIDNEY POWELL:  Their system even admits -- their

3    own training manual admits that they -- that people can go

4    in and do that; that people can go in and put all kinds of

5    votes in a trash folder, essentially, and then trash 'em.

6          LARRY O'CONNOR:  Oh, yes, I've read the

7    articles -- remarkably in the New York Times and the

8    Huffington Post, ironically, from several years before

9    this election.  Now they're silent on the issue.

10          SIDNEY POWELL:  Right.

11          LARRY O'CONNOR:  I recognize that the software is

12   capable of being accessed that way.  Again, my question is

13   how does one prove that that's what happened in this case?

14          SIDNEY POWELL:  Well, there are devices on the

15   internet that can be used to see it and we have multiple

16   people who actually saw it as it was happening, and so we

17   essentially have some pictures of it.

18          LARRY O'CONNOR:  Ah, okay.

19          SIDNEY POWELL:  And it is terrifying and it is a

20   huge national security issue.

21          Why the Department of Justice and the FBI have

22   not done something on this immediately is beyond my

23   comprehension.  Dominion is closing its offices and

24   moving.  No doubt they're shredding documents, and god

25   only knows what else.

Exclusive Sidney Powell

6

1        More than a hundred Dominion people have wiped

2    any connection with Dominion off the internet.  They're

3    taking down prior articles about them.

4        Carolyn Maloney, I think it was, wrote a letter

5    to the Secretary of the Treasury or some government

6    official back in 2013, I think it was, complaining about

7    this and raising questions about it and suggesting and

8    saying it was foreign owned and shouldn't be approved.

9        Well, you know, all they did was create a shell

10   company in the United States, but they're completely

11   intertwined, they share office space with one of George

12   Soros' groups.  His number two man heads up the operation

13   out of England.

14       But the money for it was all funded from

15   Venezuela and Cuba and communists, and they did it --

16   we've got an eyewitness to all of it who's given a sworn

17   affidavit that he saw it all done, and the purpose it was

18   done for was to rig elections.

19       LARRY O'CONNOR:  Now -- and we're speaking with

20   Sidney Powell.  She is the lead attorney on the Trump

21   campaign legal team and you saw her at the press

22   conference yesterday.  We've been talking quite a bit.

23       And by the way, Sidney Powell, you've been -- I'd

24   consider you a friend, first of all.

25       SIDNEY POWELL:  Yes.

1         LARRY O'CONNOR:  And as well as a fantastic guest

2  on my programs for many years now leading up to this.  I

3  have the utmost respect for you and I know how

4  passionately you feel about these things and because of

5  that, you have incredible credibility with me and

6  therefore, with our audience as well.

7         We do have questions with regard to the computer

8  system and whether there is a paper backup.

9         So in other words, if there is an access via the

10  software, where they can just manipulate and make votes

11  appear, at some point there needs to be a ballot to back

12  that up, just in case there is an audit process, right?

13         Is that part of your argument as well?

14         SIDNEY POWELL:  That is.  We have pictures of

15  bags of paper ballots being trashed, we have evidence of

16  shredders running to cover paper ballots, we have

17  testimony of a witness who saw ballots from military

18  people opened and if they were for Trump, they were thrown

19  out and a substitute ballot was put in for Biden.

20         LARRY O'CONNOR:  And these are all people who are

21  swearing under oath, with their names -- I mean because

22  God knows, they are going to be attacked mercilessly.

23         SIDNEY POWELL:  Exactly.  And that's one reason

24  why we haven't made these specific affidavits public

25  because some of them, just by what they say, you can

1  identify who the person was but, you know, I'm essentially

2  staking my personal and professional reputation on these

3  allegations, and I have no hesitation, from what I've

4  seen, in doing so.  In fact, I think it would be

5  irresponsible, if not criminal of me, not to come forward

6  with it.

7           LARRY O'CONNOR:  One part of yesterday's

8  statement, Sidney Powell, really caught my eye, when you

9  -- and I'm paraphrasing -- but you basically said this

10 system was set up in a way where whoever was willing to

11 pay the right amount, they'd get the election results that

12 they're looking for, and that was a nonpartisan statement.

13          SIDNEY POWELL:  Exactly.  The republicans are as

14 much at fault with this as the democrats.  There's no

15 telling who we have elected, we thought we elected, that

16 we didn't elect at all, that bought the machinations in

17 more ways than one to put themselves in office and I

18 guarandamntee you it crosses party lines because for some

19 reason, the republicans have opposed any sort of

20 investigation of these systems for the last several years.

21          You know, previously it was the democrats

22 complaining about it.

23          LARRY O'CONNOR:  I'm hearing --

24          SIDNEY POWELL:  Carolyn Maloney, Amy Klobuchar,

25 Senator Warren were all over it, but now is the first time

Exclusive Sidney Powell

1  -- well, no, it's not the first time.  Actually, I've got

2  statistical maps of data from the 2016 election in

3  California that we haven't even had the resources to get

4  crunched yet, but the person who did it told me that that

5  was used, the machine was used then to deprive Bernie

6  Sanders of the election in California that he would have

7  won or might have won the California primary, and Hillary

8  Clinton used it to screw him out of that, and these people

9  even told Bernie about it and instead of doing anything

10  about it, he sold out.

11        LARRY O'CONNOR:  Wow.  I don't know -- by the

12  way, I don't know if you've seen this news but there was

13  supposed to be a hearing in the state of Pennsylvania

14  today with a representative from Dominion.  They had

15  volunteered to come in and answer questions from the State

16  government committee overlooking these things, and at the

17  last minute this morning they backed out and decided that

18  they didn't want to face the lawmakers in Pennsylvania.

19        Have you heard about this?

20        SIDNEY POWELL:  Yes, I did hear about that and I

21  am sure they are now all hiring lawyers and everything

22  else because they knew exactly what they were doing.  They

23  advertised these features of their machines.  They briefed

24  people on the features of their machines.  They paid

25  kickbacks and benefits to the families of public officials

Exclusive Sidney Powell

1 | who bought -- or got them their government contracts.

2 |         I mean, this is a national and international

3 | cesspool of corruption.

4 |         LARRY O'CONNOR:  There's been some suggestion in

5 | the media -- I don't blame you if you ignore the media, so

6 | I'll pass on some of the things that are being said.

7 |         SIDNEY POWELL:  Right.

8 |         LARRY O'CONNOR:  But there's some suggestion --

9 |         SIDNEY POWELL:  I pay no attention to anything

10 | anybody's saying about me.

11 |         LARRY O'CONNOR:  There's some suggestion that

12 | Dominion and the software company, it's not Selecta -- I'm

13 | sorry, help me out.

14 |         SIDNEY POWELL:  Smartmatic.

15 |         LARRY O'CONNOR:  Thank you.  That they might sue

16 | you for the allegations you made yesterday, and I'm

17 | wondering what your response about -- I'm guessing you'd

18 | welcome that because that would bring on discovery of

19 | these things.

20 |         SIDNEY POWELL:  Oh, yeah, I'd love to have full

21 | discovery, because right now we're limited to what we can

22 | do in the election contest, and that doesn't include

23 | discovery.  But yeah, I'd love to have civil discovery of

24 | everything about Dominion and Smartmatic and Lord

25 | Malloch-Brown, the Soros guy, and the Venezuelan people

1  that put this together and sold it all over the world and

2  Mr. Eric Coomer, who's on video saying he had the election

3  rigged with a Black Lives Matter or Antifa group, bragging

4  about how he'd had it fixed for Biden, nobody had to worry

5  about it.

6          Yeah, give me civil discovery.

7          I'll take that any day.

8          LARRY O'CONNOR:  I know you mentioned how hard

9  your team is working -- and people should know, the vast

10  majority of the lawyers that are working on this in the

11  various states -- and these are multiple efforts in

12  multiple states -- are volunteering their time.  I know a

13  couple of lawyers who have volunteered and they went to

14  the sound of the drums and they've been up there with

15  their pitches and -- their pitchforks and their torches.

16          There is a timeline here and there is a real

17  major deadline coming up here constitutionally, with

18  regard to the Electoral College.

19          Can you sort of lay out what you expect to happen

20  over the course of the next two weeks.

21          SIDNEY POWELL:  Well, I think over the next two

22  weeks we will get a fraud complaint filed that makes

23  people's jaws hit the floor.

24          I really think we can get at least the initial

25  outline of the whole plan put together and documented by

Exclusive Sidney Powell

 1  then.  Evidence is going to continue to come in.

 2        What I remain just absolutely appalled about is

 3  the failure of the government to seize the Dominion

 4  machines in every state and in every place.

 5        And it's not just the Dominion machines, Larry.

 6        The same DNA code of the corrupt system is in

 7  other voting machines around the country too, owned by

 8  other companies -- whether they know it or not, I don't

 9  know, but I can't imagine they don't.

10        LARRY O'CONNOR:  There's been some concern here

11  over the idea that this action that you're taking is going

12  to demoralize voters, demoralize republican voters, turn

13  off republican voters.  It will affect the turnout for the

14  Georgia runoffs that are coming and that people --

15        SIDNEY POWELL:  There shouldn't be a Georgia

16  runoff with these machines.  There should be an injunction

17  issued or a court order issued to stop the Georgia runoff.

18        They cannot rely on these machines, in no way,

19  shape or form.

20        LARRY O'CONNOR:  The recount was just certified.

21        The people of Georgia, the Secretary of State

22  there claims, listen, we looked at it all, we audited it

23  all and the paper ballots matched what the computer said.

24        How do you respond?

25        SIDNEY POWELL:  That's a lie.  Well, it might

Exclusive Sidney Powell

13

1  have.  I mean, you can rerun the same corrupted ballots

2  through a machine and come out with the same thing.

3          LARRY O'CONNOR:  Yeah.

4          SIDNEY POWELL:  That really doesn't prove

5  anything.  The machine can override review of signatures,

6  it can override review of the top part of the ballot or

7  one particular candidate.  They can program it to do

8  anything you can program a computer to do, and that's what

9  they've done.

10          Not to mention the Secretary of State of Georgia

11  and the governor of Georgia rushed to give a hundred

12  million dollar contract to Dominion, I think in 2019,

13  which is not that long ago before the election started,

14  and that was a hundred million dollar system.

15          We have one lawyer that has told me that they got

16  essentially kickbacks and benefits for their families from

17  doing that, not to mention what I would call election

18  insurance, knowing that they would be elected or reelected

19  in the process.

20          And it's got to be criminally investigated, every

21  bit of it, in every state, and cleaned up.  We've got to

22  have a ballot system that the American people can trust.

23          We're supposed to be a republic.

24          LARRY O'CONNOR:  I agree.  The most terrifying

25  thing about this -- and you mentioned how frightening this

Exclusive Sidney Powell

14

1  was, you used those word yesterday, and it's appropriate

2  because if we don't believe -- if we don't believe our

3  vote counts, if we think that all of our work and all of

4  our action and going to rallies and raising money and

5  getting our neighbors together and going out and vote and

6  then it just doesn't matter anyway, then we are lost.

7          We are lost as a republic, Sidney Powell, and

8  that's why I know you're so passionate, and I'm passionate

9  about this as well.

10          SIDNEY POWELL:  Yes.

11          LARRY O'CONNOR:  I'm curious about one thing and

12  again, I'm just trying to rationalize all of this in my

13  head.

14          SIDNEY POWELL:  Sure.  I mean, it's a lot to wrap

15  your head around.

16          LARRY O'CONNOR:  Oh, I know.

17          If they're able to access this software from the

18  backdoor and manipulate the numbers, and then they produce

19  the ballots later to sort of back up the software

20  manipulation, if they can produce those ballots, why

21  bother manipulating the software?  You know what I mean?

22  If they can just produce a hundred thousand ballots, can't

23  they just do that and then scan them?  They don't have to

24  access the software, do you know what I mean?

25          SIDNEY POWELL:  Well, yeah, but to keep the

Exclusive Sidney Powell

15

1 voting going in realtime, the way that they've been doing

2 it, they have to do it electronically.

3          And the reason they shut the machines down was --

4 what was it, five states that all of a sudden stopped

5 counting?

6          LARRY O'CONNOR:  Right.

7          SIDNEY POWELL:  It's never happened in the

8 history of elections.

9          LARRY O'CONNOR:  I remember covering it live on

10 the air thinking, why is everything stopped?

11          What's happening here in these states?

12          SIDNEY POWELL:  Exactly.  Well, what stopped was

13 Trump voters essentially broke the algorithm.

14          They had already figured out the algorithm they

15 thought they needed to make sure Biden won, and so they

16 had ran -- I think they ran that probably across the

17 country.  I don't know that for sure.  That's an educated

18 supposition at this point because, you know, they wanted

19 to make sure he got the vote.

20          But what happened was there were so many more

21 Trump votes than the algorithm could compensate for, that

22 was already preprogrammed in there, they had to stop the

23 machines to -- for several hours to backfill the

24 additional vote needed to push Biden over in those certain

25 areas in the swing states.

Exclusive Sidney Powell

16

1          LARRY O'CONNOR:  I also want to say Sidney Powell

2    was a frequent guest on this program during the beginning

3    parts of the Robert Mueller investigation.  She knew most

4    of the people involved in that.

5          Everything she said about that investigation and

6    the people involved was proven correct.

7          When she took on the case of General Michael

8    Flynn, everything she predicted and everything she said in

9    the early stages of that case, eventually came out, once

10   the Justice Department was finally compelled to produce --

11   in fact, they still haven't produced all of the evidence

12   in that case, have they, Sidney Powell?

13         SIDNEY POWELL:  No, they haven't.

14         No, they haven't.

15         LARRY O'CONNOR:  But you've been proven right

16   that entire time, and I just want to say, you know, I've

17   been in contact with Sidney from this weekend.  On Monday,

18   I tried to get Sidney on the show and she said to me, I'm

19   not going to be doing much media at all this week.  We'll

20   talk on Friday.  On Friday I'll be able to, and here you

21   are on Friday.

22         And I say that because I think it's fair for you

23   to respond to what Tucker Carlson said last night.

24         When I watched his monologue I thought, well,

25   wait a minute.  I was texting with Sidney Powell too and

1 as soon as she said I'm not doing media until Friday, I

2 laid off and I waited until Friday.

3          How do you respond to what you heard last night?

4          Because it carries a lot of weight when Tucker

5 Carlson goes on Fox News and says what he said.

6          SIDNEY POWELL:  Well, he was -- he sent me some

7 -- I had been corresponding with him.  I sent him one of

8 the affidavits, one of the most important affidavits, in

9 response to his request, and then I got some very nasty,

10 rude, condescending and arrogant and demeaning messages

11 from him that I simply did not appreciate or have time to

12 deal with.  So I offered him another witness that I

13 thought would be able to explain and answer his questions

14 and he still continued to insult me, and I just told him

15 not to contact me any further and right now I assure you

16 that when I have something else to say, it will not be on

17 Tucker Carlson's show.

18          LARRY O'CONNOR:  Sidney Powell, thank you for

19 joining us today.  I know that you've got a lot of work to

20 do -- a mountain of work to do.

21          By the way, I hear this a lot.  If there are

22 people who want to help your effort, what can they do?

23          SIDNEY POWELL:  Yes.  We've started a nonprofit

24 501(c)(4), so it's not tax deductible, but it's

25 essentially a legal defense fund for the republic.

Exclusive Sidney Powell

18

1            I am not being paid by the campaign, I'm being

2    paid by the people of the United States of America, and I

3    want to make sure we get this right for the future of this

4    country.  It's called defendingtherepublic.org.

5            LARRY O'CONNOR:  Thank you, Sidney.

6            Get back to work.

7            SIDNEY POWELL:  Thank you.

8            LARRY O'CONNOR:  I appreciate you joining us.

9            SIDNEY POWELL:  Thank you, Larry, I will.

10           Thanks, bye.

11           (End of interview.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Exclusive Sidney Powell

19

```
1                    C E R T I F I C A T E

2

3

4         I, TERRI NESTORE, Certified Shorthand Reporter/

5  Transcriptionist, do hereby certify that I was authorized

6  to transcribe the foregoing recorded proceeding, and that

7  the transcript is a true and accurate transcription of my

8  shorthand notes, to the best of my ability, taken while

9  listening to the provided recording.

10

11        I further certify that I am not of counsel or

12 attorney for either or any of the parties to said

13 proceedings, nor in any way interested in the events of

14 this cause, and that I am not related to any of the

15 parties thereto.

16

17

18 Dated this 18th day of December, 2020.

19

20

21        _____
          TERRI NESTORE, CSR 5614, RPR, CRR
22

23

24

25
```

**2**

**2013**  6:6
**2016**  9:2
**2019**  13:12

**A**

**absolutely**
  12:2
**access**  7:9
**accessed**  5:12
**action**  12:11
**admits**  5:2,3
**advertised**
  9:23
**affect**  12:13
**affidavit**
  6:17
**affidavits**
  7:24
**agree**  13:24
**allegations**
  8:3 10:16
**American**
  13:22
**amount**  8:11
**Amy**  8:24
**Antifa**  11:3
**anybody's**
  10:10
**appalled**  12:2
**approved**  6:8
**argument**  7:13
**articles**  5:7
  6:3
**attacked**  7:22
**attention**
  10:9
**attorney**  6:20
**audience**  7:6
**audit**  7:12
**audited**  12:22

**B**

**back**  6:6 7:11
**backed**  9:17
**backup**  7:8
**bags**  7:15
**ballot**  7:11,
  19 13:6,22
**ballots**  7:15,
  16,17 12:23
  13:1
**basically**  8:9
**benefits**  9:25
  13:16
**Bernie**  9:5,9
**Biden**  7:19
  11:4
**bit**  6:22
  13:21
**Black**  11:3
**blame**  10:5
**bought**  8:16
  10:1
**bragging**  11:3
**briefed**  9:23
**bring**  10:18

**C**

**California**
  9:3,6,7
**call**  13:17
**campaign**  6:21
**candidate**
  13:7
**capable**  5:12
**Carolyn**  6:4
  8:24
**case**  5:13
  7:12
**caught**  8:8
**certified**
  12:20
**cesspool**  10:3

**civil**  10:23
  11:6
**claims**  12:22
**cleaned**  13:21
**Clinton**  9:8
**closing**  5:23
**code**  12:6
**College**  11:18
**committee**
  9:16
**communists**
  6:15
**companies**
  12:8
**company**  6:10
  10:12
**complaining**
  6:6 8:22
**complaint**
  11:22
**completely**
  6:10
**comprehension**
  5:23
**computer**  7:7
  12:23 13:8
**concern**  12:10
**conference**
  6:22
**connection**
  6:2
**constitutional**
**ly**  11:17
**contest**  10:22
**continue**  12:1
**contract**
  13:12
**contracts**
  10:1
**Coomer**  11:2
**corrupt**  12:6
**corrupted**
  13:1
**corruption**
  10:3
**country**  12:7

**couple**  11:13
**court**  12:17
**cover**  7:16
**create**  6:9
**credibility**
  7:5
**criminal**  8:5
**criminally**
  13:20
**crosses**  8:18
**crunched**  9:4
**Cuba**  6:15

**D**

**data**  9:2
**day**  11:7
**deadline**
  11:17
**decided**  9:17
**democrats**
  8:14,21
**demoralize**
  12:12
**Department**
  5:21
**deprive**  9:5
**devices**  5:14
**discovery**
  10:18,21,23
  11:6
**DNA**  12:6
**documented**
  11:25
**documents**
  5:24
**dollar**  13:12,
  14
**Dominion**  5:23
  6:1,2 9:14
  10:12,24
  12:3,5 13:12
**doubt**  5:24
**drums**  11:14

**E**

efforts 11:11
elect 8:16
elected 8:15
13:18
election 5:9
8:11 9:2,6
10:22 11:2
13:13,17
elections
6:18
Electoral
11:18
em 5:5
England 6:13
Eric 11:2
essentially
5:5,17 8:1
13:16
evidence 7:15
12:1
expect 11:19
eye 8:8
eyewitness
6:16

**F**

face 9:18
fact 8:4
failure 12:3
families 9:25
13:16
fantastic 7:1
fault 8:14
FBI 5:21
features
9:23,24
feel 7:4
filed 11:22
fixed 11:4
floor 11:23
folder 5:5

foreign 6:8
form 12:19
forward 8:5
fraud 11:22
friend 6:24
frightening
13:25
full 10:20
funded 6:14

**G**

George 6:11
Georgia
12:14,15,17,
21 13:10,11
give 11:6
13:11
god 5:24 7:22
government
6:5 9:16 10:1
12:3
governor
13:11
group 11:3
groups 6:12
guarandamntee
8:18
guessing
10:17
guest 7:1
guy 10:25

**H**

happen 11:19
happened 5:13
happening
5:16
hard 11:8
heads 6:12
hear 9:20
heard 9:19
hearing 8:23
9:13

hesitation
8:3
Hillary 9:7
hiring 9:21
hit 11:23
Huffington
5:8
huge 5:20
hundred 6:1
13:11,14

**I**

idea 12:11
identify 8:1
ignore 10:5
imagine 12:9
immediately
5:22
include 10:22
incredible
7:5
initial 11:24
injunction
12:16
insurance
13:18
international
10:2
internet 5:15
6:2
intertwined
6:11
investigated
13:20
investigation
8:20
ironically
5:8
irresponsible
8:5
issue 5:9,20
issued 12:17

**J**

jaws 11:23
Justice 5:21

**K**

kickbacks
9:25 13:16
kinds 5:4
Klobuchar
8:24
knew 9:22
knowing 13:18

**L**

Larry 5:1,6,
11,18 6:19
7:1,20 8:7,23
9:11 10:4,8,
11,15 11:8
12:5,10,20
13:3,24
lawmakers
9:18
lawyer 13:15
lawyers 9:21
11:10,13
lay 11:19
lead 6:20
leading 7:2
legal 6:21
letter 6:4
lie 12:25
limited 10:21
lines 8:18
listen 12:22
Lives 11:3
long 13:13
looked 12:22
Lord 10:24
love 10:20,23

**M**

machinations
  8:16
machine  9:5
  13:2,5
machines
  9:23,24 12:4,
  5,7,16,18
made  7:24
  10:16
major  11:17
majority
  11:10
make  7:10
makes  11:22
Malloch-brown
  10:25
Maloney  6:4
  8:24
man  6:12
manipulate
  7:10
manual  5:3
maps  9:2
matched  12:23
Matter  11:3
media  10:5
mention
  13:10,17
mentioned
  11:8 13:25
mercilessly
  7:22
military  7:17
million
  13:12,14
minute  9:17
money  6:14
morning  9:17
moving  5:24
multiple  5:15
  11:11,12

**N**

names  7:21
national  5:20
  10:2
news  9:12
nonpartisan
  8:12
number  6:12

**O**

O'CONNOR  5:1,
  6,11,18 6:19
  7:1,20 8:7,23
  9:11 10:4,8,
  11,15 11:8
  12:10,20
  13:3,24
oath  7:21
office  6:11
  8:17
offices  5:23
official  6:6
officials
  9:25
opened  7:18
operation
  6:12
opposed  8:19
order  12:17
outline  11:25
overlooking
  9:16
override
  13:5,6
owned  6:8
  12:7

**P**

paid  9:24
paper  7:8,15,
  16 12:23

paraphrasing
  8:9
part  7:13 8:7
  13:6
party  8:18
pass  10:6
passionately
  7:4
pay  8:11 10:9
Pennsylvania
  9:13,18
people  5:3,4,
  16 6:1 7:18,
  20 9:8,24
  10:25 11:9
  12:14,21
  13:22
people's
  11:23
person  8:1
  9:4
personal  8:2
pictures  5:17
  7:14
pitches  11:15
pitchforks
  11:15
place  12:4
plan  11:25
point  7:11
Post  5:8
Powell  5:2,
  10,14,19
  6:20,23,25
  7:14,23 8:8,
  13,24 9:20
  10:7,9,14,20
  11:21 12:15,
  25 13:4
press  6:21
previously
  8:21
primary  9:7
prior  6:3
process  7:12
  13:19

professional
  8:2
program  13:7,
  8
programs  7:2
prove  5:1,13
  13:4
public  7:24
  9:25
purpose  6:17
put  5:4 7:19
  8:17 11:1,25

**Q**

question  5:12
questions  6:7
  7:7 9:15

**R**

raising  6:7
read  5:6
real  11:16
reason  7:23
  8:19
recognize
  5:11
recount  12:20
reelected
  13:18
regard  7:7
  11:18
rely  12:18
remain  12:2
remarkably
  5:7
representative
  9:14
republic
  13:23
republican
  12:12,13
republicans
  8:13,19

reputation 8:2
rerun 13:1
resources 9:3
respect 7:3
respond 12:24
response 10:17
results 8:11
review 13:5,6
rig 6:18
rigged 11:3
running 7:16
runoff 12:16, 17
runoffs 12:14
rushed 13:11

**S**

Sanders 9:6
screw 9:8
Secretary 6:5 12:21 13:10
security 5:20
seize 12:3
Selecta 10:12
Senator 8:25
set 8:10
shape 12:19
share 6:11
shell 6:9
shredders 7:16
shredding 5:24
Sidney 5:2, 10,14,19 6:20,23,25 7:14,23 8:8, 13,24 9:20 10:7,9,14,20 11:21 12:15, 25 13:4
signatures 13:5

silent 5:9
Smartmatic 10:14,24
software 5:11 7:10 10:12
sold 9:10 11:1
Soros 10:25
Soros' 6:12
sort 8:19 11:19
sound 11:14
space 6:11
speaking 6:19
specific 7:24
staking 8:2
started 13:13
state 9:13,15 12:4,21 13:10,21
statement 8:8,12
states 6:10 11:11,12
statistical 9:2
stop 12:17
substitute 7:19
sue 10:15
suggesting 6:7
suggestion 10:4,8,11
supposed 9:13 13:23
swearing 7:21
sworn 6:16
system 5:2 7:8 8:10 12:6 13:14,22
systems 8:20

**T**

taking 6:3

12:11
talking 6:22
team 6:21 11:9
telling 8:15
terrifying 5:19 13:13
testimony 7:17
thing 13:2,25
things 7:4 9:16 10:6,19
thought 8:15
thrown 7:18
time 8:25 9:1 11:12
timeline 11:16
Times 5:7
today 9:14
told 9:4,9 13:15
top 13:6
torches 11:15
training 5:3
trash 5:5
trashed 7:15
Treasury 6:5
Trump 6:20 7:18
trust 13:22
turn 12:12
turnout 12:13

**U**

United 6:10
utmost 7:3

**V**

vast 11:9
Venezuela 6:15
Venezuelan 10:25

video 11:2
volunteered 9:15 11:13
volunteering 11:12
voters 12:12, 13
votes 5:5 7:10
voting 12:7

**W**

Warren 8:25
ways 8:17
weeks 11:20, 22
wiped 6:1
won 9:7
wondering 10:17
words 7:9
working 11:9, 10
world 11:1
worry 11:4
Wow 9:11
wrote 6:4

**Y**

years 5:8 7:2 8:20
yesterday 6:22 10:16
yesterday's 8:7
York 5:7