# Exhibit 6

Sidney Powell on Lou Dobbs Tonight on 113020

```
 1
 2
 3
 4
 5                      FILE NAME:
 6        Sidney Powell on Lou Dobbs Tonight on 113020
 7                      (8:15 min)
 8
 9
10
11
12        TRANSCRIPT OF VIDEO-RECORDED INTERVIEW
13                     SIDNEY POWELL
14                      LOU DOBBS
15
16
17
18
19
20
21
22
23
24  Transcribed By:
    TERRI NESTORE
25  CSR No. 5614, RPR, CRR
```

U.S. LEGAL SUPPORT
866-339-2608

```
 1              LOU DOBBS:  Joining us now is Sidney Powell.
 2   She's a former federal prosecutor, General Michael Flynn's
 3   defense attorney, a great American, and I know for a fact
 4   is busy as she can possibly be, working all hours of the
 5   day.
 6              Sidney, thanks for taking the time to be with us.
 7              Let me just start by saying this time is yours.
 8              Right now, this audience, most of America, wants
 9   to know where are we, in this fight for the Whitehouse?
10              SIDNEY POWELL:  Well, we are making great
11   progress, Lou.  We have one case in the court in Georgia
12   that's getting ready to go to the Eleventh Circuit.  We're
13   going to ask for emergency review of that, where we sought
14   to impound all the voting machines in Georgia and we need,
15   frankly, to stop the election that's supposed to happen in
16   January because all the machines are infected with the
17   software code that allows Dominion to shave votes for one
18   candidate and give them to another, and other features
19   that do the same thing, and we've filed suit also in
20   Michigan and we're preparing suits for several other
21   states and as I'm sure your viewers hopefully know and
22   caught part of the hearing in Arizona today that Rudy
23   Giuliani conducted for the legislature to see much of the
24   evidence that has been accumulated by some experts that
25   will be helping our case also.
```

1               It's just pouring out more by the day.  People
2    are coming forward with different bits and pieces of the
3    puzzle.  Different states shaved different amounts of
4    votes or the system was set up to shave and flip different
5    votes in different states.  Some people were targeted as
6    individual candidates.  It's really the most massive and
7    historical egregious fraud the world has ever seen.
8               LOU DOBBS:  The top officials of the Georgia
9    State government, the Secretary of State, the governor,
10   Brian Kemp, was in a very similar situation, as we
11   reported here at the top of the broadcast, three years ago
12   when he was Secretary of State, and he was sued as
13   Secretary of State of the state of Georgia and incredibly,
14   as soon as that lawsuit was filed, that server, under
15   Secretary of State Kemp, was wiped and that has --
16   obviously was at the core of your concerns in seeking an
17   injunction from Judge Batten, the Federal District Court
18   judge who issued the restraining order, correct?
19              SIDNEY POWELL:  Correct.  And guess what happened
20   yesterday while we were in the process of trying to get
21   the State to respond for our request to the restraining
22   order?  Someone went down to the Fulton Center where the
23   votes and Dominion machines were, claimed there was a
24   software glitch and they had to replace the software, and
25   it seems that they removed the server.

1  LOU DOBBS: Unbelievable. Unbelievable.
2  Do we know where the server is?
3  SIDNEY POWELL: No, we don't, right now.
4  LOU DOBBS: You know, people don't go to jail for
5 their attitude, but in the case of the Secretary of State
6 and the governor of Georgia right now, one would be
7 tempted to prosecute, based on their conduct so far.
8  What is going on with those two individuals?
9  SIDNEY POWELL: I think there's a lot going on,
10 Lou. I think there's a lot of corruption there,
11 underneath the surface. We've gotten tips from different
12 people that we haven't been able to verify completely yet,
13 but it seems that there were significant benefits for both
14 Governor Kemp and perhaps Mr. Raffensperger also, and
15 maybe others on their team, for deciding at the last
16 minute to rush in a contract for Dominion for $107 million
17 for the State.
18  Ironically, the State lawyers claimed yesterday
19 that the State had no control over the counties' handling
20 of the voting machines, never mind the State itself
21 purchased the machines and forced them to use them, and
22 the Secretary of State is responsible for all fraud
23 investigations of voting and everything else with respect
24 to voting. It was one of the most disingenuous arguments
25 I've heard any government counsel make, but that's what

```
 1  they all seem to do these days.
 2          LOU DOBBS:  Initially the judge granted the
 3  temporary restraining order, then reversed himself after
 4  the State had made that claim, then reversed it -- himself
 5  again and ordered the impoundment, effectively the
 6  impoundment of those machines, but obviously within that
 7  window, apparently, in Fulton County, the State of Georgia
 8  took that server.
 9          Now, do we know -- you know, I just can't -- I
10  think most Americans right now cannot believe what we are
11  witnessing in this election.  We have, across almost every
12  state, whether it's Dominion, whatever the company --
13  voting machine company is, no one knows their ownership,
14  has no idea what's going on in those servers, has no
15  understanding of the software, because it's proprietary.
16          It is the most ludicrous, irresponsible and
17  rancid system imaginable in the world's only superpower.
18  We look like a complete nation of fools, and we're
19  supposed to be meeting constitutional deadlines on
20  December 8th, December 14th.  Are you kidding me?  This
21  thing should be shut down right now and people understand
22  that this will not be tolerated by the American people.
23          SIDNEY POWELL:  You are absolutely right, Lou.  I
24  couldn't have put it better myself.  I can't even begin to
25  tell you how appalling everything I'm seeing is.
```

Sidney Powell on Lou Dobbs Tonight on 113020

6

1   Somebody sent me the tape from a machine in
2 California and it reported 550 votes with 270 voters.
3 That's the kind of thing we're seeing when we can get the
4 actual documents.  Meanwhile, Dominion and its minions and
5 other State officials everywhere are apparently out there
6 trying to destroy everything they can get to before we can
7 seize it, and our Department of Justice and FBI are
8 nowhere to be found.
9   I am absolutely, livid and I know the American
10 people are livid too.  That's why we started the
11 defendingtherepublic.org to fight this.
12   LOU DOBBS:  Let me be straightforward with you.
13   I'd damn sight rather have Sidney Powell and Rudy
14 Giuliani on the case than Christopher Wray and the fools,
15 the corrupt fools that lead the FBI, any day.  I wish it
16 were otherwise, but the American people understand what we
17 now are up against in this country.
18   And as I said at the outset of the broadcast,
19 Sidney, this is no longer about just voter fraud or
20 electoral fraud, this is something much bigger and this
21 president has to take, I believe, drastic action, dramatic
22 action, to make certain that the integrity of this
23 election is understood, or lack of it, the crimes that
24 have been committed against him and the American people.
25   And if the Justice Department doesn't want to do

1  it, if the FBI cannot do it, then we have to find other
2  resources within the federal government.
3          We've got to rise above this because the nation
4  itself -- this is an assault on the core of a democracy --
5  any democracy -- our ability to cast a secret ballot.
6          Your thoughts, Sidney, as we wrap up here.
7          SIDNEY POWELL:  That's exactly right, Lou.
8          It affects the bedrock of our democratic
9  republic.  It can't be allowed to stand and frankly, I'm
10 about to think the entire FBI and the entire Department of
11 Justice need to be hosed out with Clorox and firehoses.
12         LOU DOBBS:  Well, Sidney, I think right now that
13 you would get many seconds for that proposition.
14         Sidney Powell, thanks for being with us.
15         We appreciate it, and thanks for everything
16 you're doing for this country.
17         (End of recording.)
18
19
20
21
22
23
24
25

C E R T I F I C A T E

I, TERRI NESTORE, Certified Shorthand Reporter/Transcriptionist, do hereby certify that I was authorized to transcribe the foregoing recorded proceeding, and that the transcript is a true and accurate transcription of my shorthand notes, to the best of my ability, taken while listening to the provided recording.

I further certify that I am not of counsel or attorney for either or any of the parties to said proceedings, nor in any way interested in the events of this cause, and that I am not related to any of the parties thereto.

Dated this 18th day of December, 2020.

_____
TERRI NESTORE, CSR 5614, RPR, CRR

| $ | | |
|---|---|---|
| **$107** 4:16 | | |

**1**

**113020** 1:6
**14th** 5:20
**18th** 8:18

**2**

**2020** 8:18
**270** 6:2

**5**

**550** 6:2
**5614** 1:25
  8:21

**8**

**8:15** 1:7
**8th** 5:20

**A**

**ability** 7:5
  8:8
**absolutely**
  5:23 6:9
**accumulated**
  2:24
**accurate** 8:7
**action** 6:21,
  22
**actual** 6:4
**affects** 7:8
**allowed** 7:9
**America** 2:8
**American** 2:3
  5:22 6:9,16,
  24

**Americans**
  5:10
**amounts** 3:3
**appalling**
  5:25
**apparently**
  5:7 6:5
**arguments**
  4:24
**Arizona** 2:22
**assault** 7:4
**attitude** 4:5
**attorney** 2:3
  8:12
**audience** 2:8
**authorized**
  8:5

**B**

**ballot** 7:5
**based** 4:7
**Batten** 3:17
**bedrock** 7:8
**begin** 5:24
**benefits** 4:13
**bigger** 6:20
**bits** 3:2
**Brian** 3:10
**broadcast**
  3:11 6:18
**busy** 2:4

**C**

**California**
  6:2
**candidate**
  2:18
**candidates**
  3:6
**case** 2:11,25
  4:5 6:14
**cast** 7:5
**caught** 2:22

**Center** 3:22
**Certified** 8:4
**certify** 8:5,
  11
**Christopher**
  6:14
**Circuit** 2:12
**claim** 5:4
**claimed** 3:23
  4:18
**Clorox** 7:11
**code** 2:17
**committed**
  6:24
**company** 5:12,
  13
**complete** 5:18
**completely**
  4:12
**concerns** 3:16
**conduct** 4:7
**conducted**
  2:23
**constitutional**
  5:19
**contract** 4:16
**control** 4:19
**core** 3:16 7:4
**correct** 3:18,
  19
**corrupt** 6:15
**corruption**
  4:10
**counsel** 4:25
  8:11
**counties'**
  4:19
**country** 6:17
  7:16
**County** 5:7
**court** 2:11
  3:17
**crimes** 6:23
**CRR** 1:25 8:21
**CSR** 1:25 8:21

**D**

**damn** 6:13
**Dated** 8:18
**day** 2:5 3:1
  6:15 8:18
**days** 5:1
**deadlines**
  5:19
**December** 5:20
  8:18
**deciding** 4:15
**defendingthe**
**republic.org**
  6:11
**defense** 2:3
**democracy**
  7:4,5
**democratic**
  7:8
**Department**
  6:7,25 7:10
**destroy** 6:6
**disingenuous**
  4:24
**District** 3:17
**Dobbs** 1:6,14
  2:1 3:8 4:1,4
  5:2 6:12 7:12
**documents** 6:4
**Dominion** 2:17
  3:23 4:16
  5:12 6:4
**dramatic** 6:21
**drastic** 6:21

**E**

**effectively**
  5:5
**egregious** 3:7
**election** 2:15
  5:11 6:23
**electoral**
  6:20

| | | | |
|---|---|---|---|
| Eleventh 2:12 | Giuliani 2:23 | interested 8:13 | ludicrous 5:16 |
| emergency 2:13 | 6:14 | INTERVIEW 1:12 | |
| end 7:17 | give 2:18 | investigations 4:23 | **M** |
| entire 7:10 | glitch 3:24 | Ironically 4:18 | machine 5:13 |
| events 8:13 | government 3:9 4:25 7:2 | irresponsible 5:16 | 6:1 |
| evidence 2:24 | governor 3:9 4:6,14 | issued 3:18 | machines 2:14,16 3:23 |
| experts 2:24 | granted 5:2 | | 4:20,21 5:6 |
| | great 2:3,10 | **J** | made 5:4 |
| **F** | guess 3:19 | jail 4:4 | make 4:25 6:22 |
| fact 2:3 | | January 2:16 | making 2:10 |
| FBI 6:7,15 7:1,10 | **H** | Joining 2:1 | massive 3:6 |
| features 2:18 | handling 4:19 | judge 3:17,18 5:2 | meeting 5:19 |
| federal 2:2 3:17 7:2 | happen 2:15 | Justice 6:7, 25 7:11 | Michael 2:2 |
| fight 2:9 6:11 | happened 3:19 | | Michigan 2:20 |
| FILE 1:5 | heard 4:25 | **K** | million 4:16 |
| filed 2:19 3:14 | hearing 2:22 | Kemp 3:10,15 4:14 | min 1:7 |
| find 7:1 | helping 2:25 | kidding 5:20 | mind 4:20 |
| firehoses 7:11 | historical 3:7 | kind 6:3 | minions 6:4 |
| flip 3:4 | hosed 7:11 | | minute 4:16 |
| Flynn's 2:2 | hours 2:4 | **L** | |
| fools 5:18 6:14,15 | | lack 6:23 | **N** |
| forced 4:21 | **I** | lawsuit 3:14 | nation 5:18 7:3 |
| foregoing 8:6 | idea 5:14 | lawyers 4:18 | NESTORE 1:24 8:4,21 |
| forward 3:2 | imaginable 5:17 | lead 6:15 | notes 8:8 |
| found 6:8 | impound 2:14 | legislature 2:23 | |
| frankly 2:15 7:9 | impoundment 5:5,6 | listening 8:9 | **O** |
| fraud 3:7 4:22 6:19,20 | incredibly 3:13 | livid 6:9,10 | officials 3:8 6:5 |
| Fulton 3:22 5:7 | individual 3:6 | longer 6:19 | order 3:18,22 5:3 |
| | individuals 4:8 | lot 4:9,10 | ordered 5:5 |
| **G** | infected 2:16 | Lou 1:6,14 2:1,11 3:8 4:1,4,10 5:2, 23 6:12 7:7,12 | outset 6:18 |
| General 2:2 | Initially 5:2 | | ownership 5:13 |
| Georgia 2:11,14 3:8,13 4:6 5:7 | injunction 3:17 | | |
| | integrity 6:22 | | |

**P**

part 2:22
parties 8:12, 15
people 3:1,5 4:4,12 5:21, 22 6:10,16,24
pieces 3:2
possibly 2:4
pouring 3:1
Powell 1:6,13 2:1,10 3:19 4:3,9 5:23 6:13 7:7,14
preparing 2:20
president 6:21
proceeding 8:6
proceedings 8:13
process 3:20
progress 2:11
proposition 7:13
proprietary 5:15
prosecute 4:7
prosecutor 2:2
provided 8:9
purchased 4:21
put 5:24
puzzle 3:3

**R**

Raffensperger 4:14
rancid 5:17
ready 2:12
recorded 8:6
recording 7:17 8:9
related 8:14
removed 3:25
replace 3:24
reported 3:11 6:2
Reporter 8:4
republic 7:9
request 3:21
resources 7:2
respect 4:23
respond 3:21
responsible 4:22
restraining 3:18,21 5:3
reversed 5:3, 4
review 2:13
rise 7:3
RPR 1:25 8:21
Rudy 2:22 6:13
rush 4:16

**S**

seconds 7:13
secret 7:5
Secretary 3:9,12,13,15 4:5,22
seeking 3:16
seize 6:7
server 3:14, 25 4:2 5:8
servers 5:14
set 3:4
shave 2:17 3:4
shaved 3:3
shorthand 8:4,8
shut 5:21
Sidney 1:6,13 2:1,6,10 3:19 4:3,9 5:23 6:13,19 7:6, 7,12,14
sight 6:13
significant 4:13
similar 3:10
situation 3:10
software 2:17 3:24 5:15
sought 2:13
stand 7:9
start 2:7
started 6:10
state 3:9,12, 13,15,21 4:5, 17,18,19,20, 22 5:4,7,12 6:5
states 2:21 3:3,5
stop 2:15
straightforward 6:12
sued 3:12
suit 2:19
suits 2:20
superpower 5:17
supposed 2:15 5:19
surface 4:11
system 3:4 5:17

**T**

taking 2:6
tape 6:1
targeted 3:5
team 4:15
temporary 5:3
tempted 4:7
TERRI 1:24 8:4,21
thereto 8:15
thing 2:19 5:21 6:3
thoughts 7:6
time 2:6,7
tips 4:11
today 2:22
tolerated 5:22
Tonight 1:6
top 3:8,11
transcribe 8:6
Transcribed 1:24
transcript 1:12 8:7
transcription 8:7
Transcriptionist 8:5
true 8:7

**U**

Unbelievable 4:1
underneath 4:11
understand 5:21 6:16
understanding 5:15
understood 6:23

**V**

verify 4:12
VIDEO-RECORDED 1:12

**viewers** 2:21
**voter** 6:19
**voters** 6:2
**votes** 2:17
  3:4,5,23 6:2
**voting** 2:14
  4:20,23,24
  5:13

---

### W

**Whitehouse**
  2:9
**window** 5:7
**wiped** 3:15
**witnessing**
  5:11
**working** 2:4
**world** 3:7
**world's** 5:17
**wrap** 7:6
**Wray** 6:14

---

### Y

**years** 3:11
**yesterday**
  3:20 4:18