# Exhibit 7



Sidney Powell's Legal Defense Fund

Home  Report Fraud  States in Question  Media



# DONATE BELOW

Defending the Republic was established by Sidney Powell to defend and to protect the integrity of elections in the United States. Please contribute below, using our secure system. Your donation will support our mission and the welfare of the American Republic.

If you prefer to send a check, please make payable to: **Sidney Powell, PC.**
**Address:** 10130 Northlake Blvd. #214342, West Palm Beach, Florida 33412

*Memo:* Defending The Republic Election Integrity

**Name** *

[ First ]   [ Last ]

**Address** *

[ Address Line 1 ]

[ Address Line 2 ]

[ City ]   [ State ]   [ Zip Code ]

**Phone**   **Email** *

[          ]   [          ]

**Contribution Amount**

☐ $25   ☐ $50   ☐ $100   ☐ $500   ☐ $1000   ☐ $2500   ☐ Other

[ Submit ]                                                    [ Save ]

Case 1:21-cv-00040   Document 1-7   Filed 01/08/21   Page 4 of 6

# MISSION

To protect and defend the lawful votes of American citizens, ensure election integrity, educate the world on what it means to be a constitutional Republic, and pursue legal action to preserve the vision of our Founders and to maintain this great Republic.

# Sidney Powell

Attorney Sidney Powell needs your immediate support to halt the certification of ballots in Georgia, Michigan, Arizona, Nevada, Pennsylvania, and Wisconsin.

To contact Sidney Powell directly, please visit her website: https://www.sidneypowell.com

Millions of dollars must be raised to defend the Republic as these lawsuits continue to be filed to ensure victory.

In Bush v. Gore the Supreme Court recognized that once vested in the people, the right to vote is fundamental, and one source of its fundamental nature lies in the equal weight of each vote.

This fundamental right to equal weight was not defended or actualized in this election. There is evidence of ballots being discarded, hundreds of thousands of ballots appearing out of thin air, ballot harvesting, and a lower standard of verification for some mail-in ballots. This is voter fraud and has infringed upon Americans' sacred right to vote and for their votes to carry equal weight.

https://defendingtherepublic.org/ Go DEC NOV DEC
221 captures 23
26 May 2013 - 29 Dec 2020 2013 2020 2021
About this capture

Case 1:21-cv-00040 Document 1-7 Filed 01/08/21 Page 5 of 6

lower standard of verification for some mail-in ballots. This is voter fraud and has infringed upon Americans' sacred right to vote and for their votes to carry equal weight.

The case will seek to block the certification of the election results so that justice can be done. We need to stop the steal in its tracks.

The future of our Republic is at stake. The left, the media, and a complicit Republican Establishment are attempting to steal this election through a staggering voter fraud operation. The time to fight is now!

> "A Republic…if you can keep it."
>
> Benjamin Franklin



**Defending the Republic Contact form**

Name *

| First | Last |

Phone *          Email *

Message *

SUBMIT





## About This Site

Sidney Powell's Defending the Republic.

The Legal Defense Fund is a 501c4.

Contributions are **not** tax deductible.

*Due to high traffic, the site may be temporarily unavailable. Please keep trying!*

## Find Us

**Address:**
10130 Northlake Blvd.
#214342
West Palm Beach, Florida 33412

**Website:**
https://www.sidneypowell.com

© 2020 Defending the Republic    Powered by WordPress    To the top ↑