# Exhibit 8



Document title: Results for Tax Exempt Organization Search
Capture URL: https://apps.irs.gov/app/eos/allSearch
Capture timestamp (UTC): Thu, 31 Dec 2020 13:36:28 GMT



- Your search did not return any results. Please try again.

Need Help? See Search Tips for guidance on effective searching, search criteria and logic, and selecting search terms.

**Additional information**

- Frequently asked questions - *Exempt Organizations Select Check*
- Revocations of 501(c)(3) Determinations
- Suspensions Pursuant to Code Section 501(p)
- Exempt Organizations Business Master File Extract (EO BMF): a list of organizations recognized as exempt by the IRS
- Tax Exempt Organization Search: Bulk Data Downloads

Page Last Reviewed or Updated: 20-November-2020

Share | Print

      

**Our Agency**
About IRS
Work at IRS
Help
Contact Your Local Office
Tax Stats, Facts & Figures

**Know Your Rights**
Taxpayer Bill of Rights
Taxpayer Advocate Service
Civil Rights
Freedom of Information Act
No Fear Act

**Resolve an Issue**
Respond to a Notice
Independent Office of Appeals
Identity Theft Protection
Report Phishing
Tax Fraud & Abuse

**Other Languages**
Español
中文 (简体)
中文 (繁體)
한국어
Русский
Tiếng Việt
Kreyòl ayisyen
English
Other Languages

**Related Sites**
U.S. Treasury
Treasury Inspector General for Tax Administration
USA.gov