# Exhibit 9

screenshot-twitter.com-2021.01.06-12_44_32
https://twitter.com/LLinWood/status/1345067881319587840
06.01.2021



screenshot-twitter.com-2021.01.06-12_45_13
https://twitter.com/LLinWood/status/1345991175690457091
06.01.2021



screenshot-parler.com-2021.01.06-12_57_50
https://parler.com/post/99be4095510747c2928ed02a4bc41a18
06.01.2021

