# Exhibit 15


ADVERTISEMENT


# Trump still wins small Michigan county after hand recount

December 18, 2020

**RELATED TOPICS**

- Election 2020
- Joe Biden
- Donald Trump
- Michigan
- Elections
- Jocelyn Benson
- Voting machines
- Voting
- Election recounts
- Presidential elections

BELLAIRE, Mich. (AP) — A livestreamed recount of the presidential election in a small Michigan county turned up no sign of shenanigans Thursday, only a handful of additional votes for President Donald Trump.

Trump padded his Antrim County victory with 11 more votes, while Joe Biden lost one. The Republican county in the northern Lower Peninsula has been under intense scrutiny since the Nov. 3 election when initial results showed a local victory for Biden.

It was attributed to human error, not any problems with voting machines, and corrected. But a judge still took the extraordinary step of allowing a resident to take forensic images of election equipment.

ADVERTISEMENT


Trending on AP News



Nashville bomber left hints of trouble, but motive elusive



ADVERTISEMENT


Trump still wins small Michigan county...
AP Topics Video Listen






### RELATED TOPICS

- Election 2020
- Joe Biden
- Donald Trump
- Michigan
- Elections
- Jocelyn Benson
- Voting machines
- Voting
- Election recounts
- Presidential elections



The hand tally "confirmed the truth and affirmed the facts: Dominion's voting machines accurately tabulated the votes cast for president in Antrim County," said Secretary of State Jocelyn Benson.

"It is time for the disinformation campaigns to stop, and for elected and other leaders on both sides of the aisle to unequivocally affirm that the election was secure and accurate," Benson said.

Biden lost Antrim County but won Michigan by 154,000 votes.



**Inmate who survived execution attempt dies; COVID suspected**



**Nashville man's girlfriend warned he was building bombs**

by Taboola



Kamara's 6 TDs tie NFL record; Saints beat Vikings 52-33



PAID FOR BY CAPITAL ONE

Use card rewards with PayPal.

Now you can apply your rewards to pay or lower your total at PayPal checkout.

ADVERTISEMENT



Document title: Trump still wins small Michigan county after hand recount
Capture URL: https://apnews.com/article/election-2020-joe-biden-donald-trump-michigan-elections-07e52e643d682c8033a0f26b0d863387
Capture timestamp (UTC): Wed, 30 Dec 2020 18:11:51 GMT
Page 2 of 9

 

**RELATED TOPICS**

Election 2020
Joe Biden
Donald Trump
Michigan
Elections
Jocelyn Benson
Voting machines
Voting
Election recounts
Presidential elections

**PAID FOR BY CAPITAL ONE**

**Use card rewards with PayPal.**

Now you can apply your rewards to pay or lower your total at PayPal checkout.



ADVERTISEMENT



Tab**OO**la Feed

**Ad Content**

 The Five Guys Ordering…
Promoted: Capital One Shopping

 Illinois: Say Bye To Expensive…
Promoted: EnergyBillCruncher

 Inside Rachel Maddow'…
Promoted: True Edition

 Before you renew Amazon…
Promoted: Capital One Shopping

**Ad Content**

 If you're over 50 - this game is a must!
Promoted: Vikings: Free Online Game

 These Cars Are So Loaded It's Hard to Believe They'r…
Promoted: Luxury SUVs | Search Ads

 Maps That Show Us A New Perspective
Promoted: Explored Planet

**Nashville bomber left hints of trouble, but motive…**

NASHVILLE, Tenn. (AP) — In the days before he detonated …



AP yesterday

**Inmate who survived**





Click to copy

**RELATED TOPICS**

Election 2020
Joe Biden
Donald Trump
Michigan
Elections
Jocelyn Benson
Voting machines
Voting
Election recounts
Presidential elections

AP yesterday

**Inmate who survived execution attempt dies;...**

COLUMBUS, Ohio (AP) — An Ohio death row inmate who ...



AP yesterday

**Ad Content**



Getting this Treasure is impossible! Prove us wrong
Promoted: Hero Wars

**Nashville man's girlfriend warned he was building...**

NASHVILLE, Tenn. (AP) — More than a year before ...



AP today

**Ad Content**





ADVERTISEMENT







**RELATED TOPICS**

Election 2020
Joe Biden
Donald Trump
Michigan
Elections
Jocelyn Benson
Voting machines
Voting
Election recounts
Presidential elections



Many failed before. Will you complete the Trial?
Promoted: Hero Wars



Judge blocks residency challenges to 4,000 Georgi…

COLUMBUS, Ga. (AP) — A federal judge ordered local …

 yesterday

**Ad Content**



Challenge Your Brain With This Must-Play Strategy Game. No Install.
Promoted: Forge Of Empires



Dead, frozen whale buried on NJ beach; removal was…

BARNEGAT LIGHT, N.J. (AP) — A New Jersey beach is the …

 December 28, 2020

**Ad Content**






Trump still wins small Michigan county after hand recount
Case 1:21-cv-00040-CJN Document 1-16 Filed 01/08/21 Page 7 of 10
AP Stories Topics Video Listen






**RELATED TOPICS**

Election 2020

Joe Biden

Donald Trump

Michigan

Elections

Jocelyn Benson

Voting machines

Voting

Election recounts

Presidential elections



How This 57 Year Old Woman Gets In The Best Shape Of Her Life With This One Thing
Promoted: Power Life



The Latest: Driver charged after truck stopped in...

NASHVILLE, Tenn. (AP) — The Latest on the Christmas ...

 December 28, 2020

**Ad Content**



This Game Can Train Your Brain To Think Strategically
Promoted: Total Battle: Tactical War Game



Protests erupt against new Montenegro govt over...

PODGORICA, Montenegro (AP) — Several thousand ...

 December 28, 2020

**Ad Content**




Document title: Trump still wins small Michigan county after hand recount
Capture URL: https://apnews.com/article/election-2020-joe-biden-donald-trump-michigan-elections-07e52e643d682c8033a0f26b0d863387
Capture timestamp (UTC): Wed, 30 Dec 2020 18:11:51 GMT
Page 6 of 9








Trump still wins small Michigan county...

Stories Topics Video Listen

**RELATED TOPICS**

Election 2020
Joe Biden
Donald Trump
Michigan
Elections
Jocelyn Benson
Voting machines
Voting
Election recounts
Presidential elections

December 28, 2020

Ad Content



These Cars Are So Loaded It's Hard to Believe They Cost Under Average Prices
*Promoted: Luxury Cars | Search Ads*



Gibraltar's border with Spain still in doubt after...

BARCELONA, Spain (AP) — While corks may have poppe...

December 28, 2020

Ad Content



The Best Online Colleges: The Costs May Surprise You. Research Accredited College Online University
*Promoted: BrilliantCheck*



Parents plead not guilty to charges in Missouri girl's...










**Trump still wins small Michigan county...** 72 stories apes Video Listen

**RELATED TOPICS**

Election 2020
Joe Biden
Donald Trump
Michigan
Elections
Jocelyn Benson
Voting machines
Voting
Election recounts
Presidential elections

Promoted: BrilliantCheck

**Parents plead not guilty to charges in Missouri girl's...**

COLE CAMP, Mo. (AP) — The parents of a 4-year-old ...



December 28, 2020

**Ad Content**



**Famous Economist: How Dollar Crash Will Unfold**
Promoted: Stansberry Research

**Federal judge in Iowa ridicules Trump's pardons**

IOWA CITY, Iowa (AP) — A federal judge in Iowa who ha...



yesterday

**Ad Content**



**Play This Strategy For 3 Minutes And See Why Everyone Is Addicted**








**RELATED TOPICS**

Election 2020
Joe Biden
Donald Trump
Michigan
Elections
Jocelyn Benson
Voting machines
Voting
Election recounts
Presidential elections



**Play This Strategy For 3 Minutes And See Why Everyone Is Addicted**
Promoted: Total Battle - Online Strategy Game



**Georgia county absentee ballot envelope audit finds...**

ATLANTA (AP) —
Investigators who audited th...

 2 hours ago

## Ad Content



**Illinois Launches New Guidelines For Cars Used Less than 50 Miles/Day**
Promoted: Better Finances



