# Exhibit 20

1
2
3
4
5                         FILE NAME:
6      Sidney Powell Dems will use Lawfare to alter election
7                          (4:25 min)
8
9
10
11
12          TRANSCRIPT OF VIDEO-RECORDED INTERVIEW
13                       SIDNEY POWELL
14                        MIKE DINOW
15                       CHANEL RION
16
17
18
19
20
21
22
23
24   Transcribed By:
     TERRI NESTORE
25   CSR No. 5614, RPR, CRR

U.S. LEGAL SUPPORT
866-339-2608

```
 1              MIKE DINOW:  Election day 2020 is marked with an
 2   unprecedented uncertainty in the integrity of the voting
 3   system and concerns over possible leftist unrest.  Here's
 4   One America's chief Whitehouse correspondent, Chanel Rion.
 5              CHANEL RION:  The day of the election, the
 6   Whitehouse entered lockdown mode.  Just outside where a
 7   barrier was being built to protect the Whitehouse from
 8   democrat rioters, One America News visited with General
 9   Michael Flynn's attorney and author of Licensed to Lie,
10   Sidney Powell.  Powell says America is forewarned; the
11   democrats are pulling out all the stops to keep Trump from
12   winning reelection.
13              SIDNEY POWELL:  I'm most concerned about the many
14   multifaceted efforts the democrats are making to steal the
15   vote.  Everything from suppressing and instilling fear in
16   people from going to the polls, through the whole COVID
17   what I call apocalypse hoax.  COVID of course is real but
18   the apocalypse aspect of it is not, and they have
19   developed a computer system to alter votes electronically.
20              People that I know even have not gotten their
21   absentee ballots, they've been canceled, they've had to
22   request them three different times, and been told they
23   were canceled.  That's inexplicable.
24              Mail-in votes have gone missing for Trump.  There
25   are just any number of ways, and the fact that they are
```

Case 1:21-cv-00040-CJN   Document 1-20   Filed 01/08/21   Page 4 of 7
OAN Sidney Powell Dems will use Lawfare to alter election

3

 1  planning violence is absolutely appalling.
 2          CHANEL RION:  In a series of leaked videos and
 3  documents expose sunrise.com shared Zoom calls of violent
 4  leftists mapping out detailed plans to sow chaos in the
 5  nation's capital and across the country, should Donald
 6  Trump win reelection.  Powell urges the president to
 7  utilize the full weight of the U.S. military to ensure the
 8  city and country is safe.
 9          SIDNEY POWELL:  There should be no fear of
10  violence from anyone in an election in the United States
11  of America, where our vote is sacred and the right to
12  transfer power peacefully has been around for hundreds of
13  years.  This is absolutely ridiculous and appalling, that
14  anyone is contemplating violence that -- I'm just stunned
15  at all the windows being boarded up around Washington,
16  D.C.  We shouldn't have to do that.
17          That's unacceptable in this country.
18          CHANEL RION:  Sidney, talk to us about the legal
19  aspects of tomorrow.  President Trump stated that he's
20  ready and willing and able to walk in with lawyers, day of
21  election.  What does that mean and what would a potential
22  legal battle look like?
23          SIDNEY POWELL:  Well, that means again that the
24  democrats are using what they call Lawfare to try to alter
25  the results of the election.  I think they've effectively

1  conceded that Trump is going to win at the voting booth,
2  so they're going to pull out every other means they can
3  think of to try to challenge the election, from the way
4  they craft headlines to anything else, to try to make
5  people think there is some doubt about the Trump victory.
6          It's just a repeat, and on steroids, of what they
7  did in 2016 to try to make his whole presidency
8  illegitimate, but it's all their projection, their deceit,
9  their manipulation that's leading to this.
10         CHANEL RION:  A lot of preparation's being made
11 right here at the Whitehouse and around it for several
12 kinds of rioters, leftist rioters, including a movement
13 called the Sunrise Movement.  Videos came out recently
14 where they have exposed themselves as members of the
15 bureaucracy.  They are planning a coup right after this
16 election.  What is -- what ramifications do they face, if
17 any, from the legal system?
18         SIDNEY POWELL:  Well, they ought to be fired and
19 arrested right now.  Certainly fired from their jobs, if
20 they're in the United States government, because we don't
21 allow members of the government to subvert the lawful
22 authority.
23         This president is president until January 20th,
24 regardless of what happens in the election, but we all
25 know from the hundreds of millions of people we see out

1  and around for President Trump that we the people, we the
2  people who ordained and established the Constitution of
3  the United States of America, who believe in that
4  Constitution --
5           CHANEL RION:  And with the world watching,
6  America will either exhibit a peaceful transfer of power
7  or a radical show of leftist chaos.
8           Chanel Rion, One America News, Washington.
9           (End of recording.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1                    C E R T I F I C A T E

2

3

4           I, TERRI NESTORE, Certified Shorthand Reporter/

5   Transcriptionist, do hereby certify that I was authorized

6   to transcribe the foregoing recorded proceeding, and that

7   the transcript is a true and accurate transcription of my

8   shorthand notes, to the best of my ability, taken while

9   listening to the provided recording.

10

11          I further certify that I am not of counsel or

12  attorney for either or any of the parties to said

13  proceedings, nor in any way interested in the events of

14  this cause, and that I am not related to any of the

15  parties thereto.

16

17

18  Dated this 17th day of December, 2020.

19

20

21          _____
            TERRI NESTORE, CSR 5614, RPR, CRR
22

23

24

25