# Exhibit 24

# Defending the Republic

Legal Defense Fund for the American Republic

Menu

Search

# DEFENDING THE REPUBLIC!



Defending the Republic is the Legal Defense Fund for the American Republic ("LDFFTAR") and was established to defend the Republic and to protect the integrity of elections in the United States.

## MISSION

Document title: Defending the Republic – Legal Defense Fund for the American Republic
Capture URL: https://web.archive.org/web/20201110221040/http://ldfftar.org/
Capture timestamp (UTC): Mon, 04 Jan 2021 19:45:40 GMT
Page 1 of 4

# MISSION

To protect and defend the lawful votes of American citizens, ensure election integrity, educate the world on what it means to be a constitutional Republic, and pursue legal action to preserve the vision of our Founders and to maintain this great Republic.

**DONATE BELOW**

Please contribute to the Legal Defense Fund to Defend the Republic below, your donation will support our mission and the welfare of the American Republic.



# Overview

Attorney Sidney Powell needs your immediate support to halt the certification of ballots in Georgia, Michigan, Nevada, Pennsylvania, and Wisconsin.

Over $500,000 must be raised in the next twenty-four hours for these suits to be filed. Millions more will need to be raised to ensure victory.

In Bush v. Gore the Supreme Court recognized that once vested in the people, the right to vote is fundamental, and one source of its fundamental nature lies in the equal weight of each vote.

In Bush v. Gore the Supreme Court recognized that once vested in the people, the right to vote is fundamental, and one source of its fundamental nature lies in the equal weight of each vote.

This fundamental right to equal weight was not defended or actualized in this election. There is evidence of ballots being discarded, hundreds of thousands of ballots appearing out of thin air, ballot harvesting, and a lower standard of verification for some mail-in ballots. This is voter fraud and has infringed upon Americans' sacred right to vote and for their votes to carry equal weight.

The case will seek to block the certification of the election results so that justice can be done. We need to stop the steal in its tracks.

The future of our Republic is at stake. The left, the media, and a complicit Republican Establishment are attempting to steal this election through a staggering voter fraud operation. The time to fight is now!

> "A Republic…if you can keep it."
>
> Benjamin Franklin






## CONTACT FORM:

**Name** *

First    Last

**Email** *

**Name** *

First    Last

**Email** *

**Phone number** *

**Comment or Message** *

Submit

To contact Sidney Powell directly, please visit her website:
https://www.sidneypowell.com

Thank you for Defending the Republic and supporting the Legal Defense Fund for the American Republic ("LDFFTAR").

Defending the Republic

© 2020 Defending the Republic    Powered by WordPress    To the top ↑