# Exhibit 25

1

2

3

4                    File:

5

6     20201229 The Rush Limbaugh Show.mp4

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

20201229 The Rush Limbaugh Show

2

 1          (ADVERTISEMENT.)

 2          ANNOUNCER:  The Rush Limbaugh Show starts

 3     now on Talk Radio 680 WCBM.

 4          SPEAKER:  He's worked as a Fortune 500

 5     Technology Executive, and was CEO of the first

 6     Internet radio network.  He's a digital political

 7     strategist, helping the right side use new

 8     technology more effectively.  He's a public

 9     speaker.  Sitting for Rush Limbaugh today, ladies

10     and gentlemen, please welcome Todd Herman.

11          TODD HERMAN:  What an honor it is to fill

12     in for Rush Limbaugh as he enjoys his traditional

13     Christmas break through New Year's.

14          800-282-2882, if you want to join us on the

15     program on today, the day the Lord is made and the

16     time in which God has asked us -- well, what creed

17     he will live -- he didn't ask us -- and such

18     responsibilities we have.

19          We live in an era of big lies, big COVID

20     lies.  We live in an era of big government lies.

21     I don't think anyone knows that better than the

22     author of Licensed to Lie, exposing corruption in

23     the Department of Justice, Sidney Powell.

24          And you know Sidney, obviously, because of

25     her heroic defense of General Flynn, and now an

1  attempt to -- I -- get the evidence seen, let's

2  say it that way -- to look into what I feel, what

3  I see, as -- as massive vote fraud in this

4  election.  Sidney Powell joins us on the Rush

5  Limbaugh Program.

6       Sidney, welcome to the show.  It's Todd

7  Herman filling in.

8       SIDNEY POWELL:  Oh, thank you so much,

9  Todd.  I really appreciate being on.

10       TODD HERMAN:  Well, you know, Sidney, I've

11  asked my audience to submit questions for you, and

12  I am amazed at the range of those, and -- and the

13  tone; and I want to get to that.

14       I want to just speak as -- just -- just a

15  dude, just a guy who wants my daughter to grow up

16  in a country of laws.  God bless you for what you

17  did for us by way of General Flynn.

18       And I wanted to ask you just a quick

19  question about that, as -- as you fought so hard

20  for him.  How quickly and what -- what told you

21  that -- that this was a case you wanted to take,

22  and how -- did you know immediately that they had

23  lied to get to Flynn, or to try to flame -- frame

24  him; what -- what caused you to get into that?

25       SIDNEY POWELL:  Yes, I did know

1   immediately, because I saw how they worked and

2   that's what caused me to write Licensed to Lie,

3   exposing corruption in the Department of Justice,

4   that I published in 2014.

5        So as soon as General Flynn was targeted,

6   it was obvious to me that he was targeted, because

7   of the timing of it and the fact that it made no

8   sense whatsoever.

9        He is former director of the defense

10  intelligence agency for President Obama, he knew

11  darn well that they have tape recordings of all

12  the conversations, and they intercept all

13  conversations with foreign officials, and he told

14  them that.

15       And he -- he knew it and he told McCabe he

16  knew it, and the agents knew he knew it.  There

17  was absolutely no reason for him to misstate

18  anything, and there was no reason for them to go

19  interview him.

20       Any notion that General Michael Flynn was,

21  quote, an agent of Russia, would be laughable were

22  it not the source and -- and contrived lie that it

23  was, it -- to have a pretext to investigate him.

24  It was absolutely one of the grossest abuses of

25  power I have ever seen this country engage in.

20201229 The Rush Limbaugh Show

5

1    TODD HERMAN:  Sidney, I have seen so much

2   over the past four years that is really -- it's

3   changed things that I believe and -- and just

4   irreparably so.  I've talked to people abused by

5   Department of Justice in their businesses, and I

6   watched the lies around Russia, et cetera.

7    So I would have been having a different

8   conversation with you, let's say three years ago,

9   than I'm prepared to have now about vote fraud,

10   because I saw the fraud coming.  I saw the set up.

11    So I want to get to this new report you

12   have and -- and have you explain in like an

13   elevator pitch what's in that report.

14    And then I want to get to some of these

15   questions want to ask you that range from:  Hey,

16   really is there any chance to will you be Trump's

17   AG?

18    So what's in the new report, Sidney Powell?

19    SIDNEY POWELL:  The new report has a

20   truckload of evidence of foreign interference in

21   the election in it.  That's what people want to

22   seem to deny, even though the FBI and the -- the

23   counterintelligence -- or whatever it's called

24   that's part of Homeland Security -- that looks at

25   foreign interference in elections; you know, the

1    same guy that said there was no problem here,

2    actually issued an advisory and alert back on

3    October 30th and updated on November 3rd,

4    documenting foreign interference in the election.

5         So for them to deny that now is absolutely

6    absurd.  Plus we have an affidavit from an expert

7    cyber warfare person who even shows the diagram of

8    all the attacks coming in, and we know that the

9    VPNs of virtual protocol -- something or other --

10   for computers -- I'm not a computer geek, as you

11   can probably tell.

12        Anyway, they -- the Dominion people left

13   those open the night of the election and

14   unencrypted, so anybody could get in.

15        We know that the packets of information

16   went to Serbia and Liechtenstein, and Spain and

17   Venezuela, and Hunan, China and Hong Kong.  I

18   mean, there was traffic all over into our election

19   system that is supposed to be self-contained, not

20   accessible by the Internet at all.

21        We have witnesses who document that it was

22   connected to the Internet.  We have a study out of

23   one of the -- the voting systems that we were

24   finally allowed access to in Michigan.  They know

25   it was connected to the Internet.  They erased

1  their -- all their -- their audit files and their

2  adjudication files where they dumped over 68

3  percent of the ballots into a -- a bin that they

4  call adjudication.  That would have been thousands

5  and thousands of ballots.  And then an individual

6  with no scrutiny whatsoever decides what to do

7  with those.

8        And, obviously, they were trained to either

9  flip them for Biden, trash them for Trump, move

10  them to a third-party candidate, and then do

11  something else with them.  It was a very elaborate

12  and well-organized plan.  And --

13        TODD HERMAN:  And --

14        SIDNEY POWELL:  -- we're documenting that

15  in lawsuits that we filed and -- that are now

16  pending before the Supreme Court regarding the

17  states of Arizona, Georgia, Michigan and

18  Wisconsin.

19        TODD HERMAN:  Sidney Powell is with us.

20  And Sidney, I was drawn into believing the

21  election was stolen when I saw some analysis by

22  Patrick Byrne, who's a gentleman who was the

23  founder of Overstock.com, and a -- and a great,

24  great math mind and -- and computer mind.

25        A friend of mine named Justin Heart who is

1    an independent data analyst, and not at all a

2    grenade thrower.  Very settled, scientific mind,

3    who simply looked at the data and said:  I am

4    seeing structured data and raw data, it shouldn't

5    be here; seeing votes switched from Trump to

6    Biden.  So I'm with you on.

7         And here's -- here's, I think, the crux of

8    this question -- or crux of this issue.  I

9    think -- I'll bowl down the questions of listeners

10   to this:  Has a judge anywhere actually looked at

11   the evidence that you have or have they just read

12   your brief, has any judge in any of these cases,

13   Sidney, said I want to see all the evidence?

14        SIDNEY POWELL:  No.  No, judge has heard

15   the evidence.  No judge has truly even looked at

16   the affidavits that have been attached.  They have

17   dismissed the cases out of hand on issues like

18   standing or the extension doctrine -- actually

19   this ridiculous litany of excuses to reject our

20   cases in particular, because we represent electors

21   who have standing under the constitution in all of

22   these states.

23        So for them to dismiss our cases on any

24   basis is absolutely ridiculous.  We have just an

25   extraordinary volume of evidence that you wouldn't

1    even put in the complaint stage of a normal case.

2    But knowing the scrutiny this was going to

3    receive, we've documented it extremely well, as

4    best as could be possibly done in the length of

5    time allowed under the whole election set up.

6         I mean, this was a masterful, Machiavellian

7    scheme, by all the people that pulled it off.  And

8    they -- COVID was the cover for the fake ballots.

9    There are hundreds of thousands of fake ballots

10   that were generated and they --

11        TODD HERMAN:  Let's talk about that.

12        SIDNEY POWELL: -- to the system --

13        TODD HERMAN:  Let -- let me talk about

14   that --

15        SIDNEY POWELL:  Yeah, we're getting even

16   more evidence on that every day.

17        TODD HERMAN:  Okay.  That's -- that's new

18   information to me, and I want to hear about the

19   fake ballots.

20        I've heard witnesses say I've seen ballots

21   come in that were on different paper, they were

22   all for Biden.  It looked like it was the same

23   markings on each ballot.  It took looked like it

24   was -- you know, copied forms.  It didn't look

25   like natural ballots.

20201229 The Rush Limbaugh Show

1    So do you have these ballots?  Could you

2   take these ballots or copies of these ballots,

3   hand them to a judge and say, look, all of these

4   are the same, Your Honor; this is a copy machine.

5   Do you have that?

6   SIDNEY POWELL:  I -- I know somebody who

7   has some of those, we are in the process of

8   getting them.  And there should be a lot more of

9   them out there, if we can got access to the actual

10   ballots from any court; which actually is required

11   by federal law, but nobody is following the law

12   here.  It would be much easier to prove it.

13    But, yes, they were bins and bins and bins

14   of fake ballots that were shipped across the

15   country the night -- and, you know, the night of

16   the election, in the middle of the night, and

17   others that were shipped previously to be in place

18   in different cities, mainly the most corrupt ones

19   of -- that are democrat strongholds that stopped

20   counting votes the night of the election, until

21   they could get the new ballots they needed to

22   backfill into the system to try to create the

23   votes that would make Biden appear to win.

24   TODD HERMAN:  So as you listen to Sidney

25   Powell, I want to remind you of something, Sidney

1   defended Michael Flynn.  General Flynn.

2        And the government withheld ballot -- or

3   not ballots -- but withheld evidence, exculpatory

4   evidence, evidence that showed that the first

5   investigators who talked to Flynn went back to

6   DOJ/FBI and said, hey, this guy is good, there's

7   -- I don't see any -- I don't see any intent to

8   deceive.

9        And Sidney Powell had to spend her time and

10  her money and her efforts to force the release of

11  that, and it took forever.

12        Sidney, could you hold with us through the

13  break, and when we come back -- is that okay, if

14  you hold for a couple of minutes --

15        SIDNEY POWELL:  Yeah.

16        TODD HERMAN:  -- and come back and talk

17  some more with us?  I want you --

18        SIDNEY POWELL:  Yes, I can do that.

19        TODD HERMAN:  -- to think about this; when

20  we come back, I want you to imagine a circumstance

21  where you find yourself in an elevator with five

22  members of the Supreme Court, and you have a

23  90-second opportunity to make your elevator pitch

24  to say:  Miss -- you know, Madam and -- and -- and

25  Mr. Justice, I hope to interest you in actually

20201229 The Rush Limbaugh Show
12

1    seeing my evidence.

2         So when we come back with Sidney Powell,

3    Sidney, I want you to undertake a 90-second --

4    just tell us how this election was stolen, and the

5    proof you would offer Supreme Court justices as

6    you're stuck in an elevator with them.

7         Sidney Powell joins us on the Rush Limbaugh

8    Program.  It's Todd Herman filling in on the EIB

9    network.

10        (Advertisement.)

11       TODD HERMAN:  This is Todd Herman filling

12   in for Rush Limbaugh on the EIB network.  Sidney

13   Powell is with us, has been involved in over 500

14   federal appellate cases, is an attorney that you

15   recognize for having defended and finally gotten

16   justice for Michael Flynn, joins us on Rush's

17   show.

18        Sidney, before the break I asked you to

19   just imagine the circumstance that you find

20   yourself in an elevator with five supreme court

21   justices, and it's a long elevator ride and you've

22   got 90 seconds; and so Mr. and Madam Justice --

23   and I don't know the -- the specific honorific,

24   you have 90 seconds to convince them to actually,

25   Sidney, look at your evidence, 90 seconds with the

1   justices; how does Sidney Powell proceed?

2        SIDNEY POWELL:  Well, the very night of the

3   election many people saw something they have never

4   seen before in the history of our elections.  They

5   saw votes being changed on the screen in front of

6   them, going from President Trump to Mr. Biden.

7        On top of that, the morning after the

8   election -- well, even that night, the voting

9   stopped.  They stopped counting in multiple

10  districts at the same time, before the vote got to

11  270 electors for President Trump.

12       That's never happened before.  The only

13  time votes have ever stopped being counted in this

14  country on election night was when the Broward

15  County problem developed over the hanging chads in

16  one county in Florida.

17       So for five states to stop counting on

18  election night is absolutely unprecedented.  And

19  they did it because the vote count for the

20  Electoral College was about to hit and go over 270

21  for President Trump, because of the massive

22  outpouring of votes for him that night.

23       By the next morning multiple mathematicians

24  had contacted me and told me they knew the

25  algorithm that had been run to change the votes.

1    It was that obvious to people with mathematical

2    expertise.  It is a mathematical impossibility for

3    hundreds of thousands of votes to have shown up in

4    the middle of the night for President Biden alone

5    -- I mean, for Vice President Biden alone, and to

6    have been injected into the system the way that

7    they were.

8         We have eyewitness testimony of countless

9    people who saw votes coming in unsecured

10   containers and improper means, and looking

11   different the night of the election.  These people

12   have come forward at great personal risk to

13   themselves and their families to provide thousands

14   of affidavits of voting abnormalities and -- and

15   actual crimes that they witnessed happen on

16   election night.

17        The very fact that the other side is

18   working so hard to hide all this, federal law

19   requires transparency in our electoral process and

20   our elections.  There's a federal statute that

21   requires all the documents pertaining to elections

22   to be maintained for 22 months following an

23   election for the very reason that it has to be

24   completely auditable.

25        A federal judge in October in Atlanta found

1   all kinds of problems with the Dominion system

2   that it -- that Georgia bought and crammed down

3   for everybody across the state to use.  That's

4   where the most problems have been is in Georgia.

5   Witnesses have come forward.  There was supposedly

6   a water leak they shut down voting for; that was

7   an abject lie.

8        We have video of witnesses pulling suspect

9   ballots out from under a table after they ran off

10  all of observers.  Somebody told me that one of

11  the people that did that has told government

12  officials how it happened and -- and what

13  happened; but has that information been provided

14  to the public?  No.

15       There is rampant voter fraud of all kinds,

16  federal violations of five years and more across

17  the country but virtue of all the misconduct on

18  election night.  The flipping of votes by Dominion

19  is even advised, and their ability to do that to

20  run a fraction to make a Biden vote count 1.26

21  percent, and a Trump vote to only count .74.

22  They've done it before.  They've done it in

23  Venezuela.  They've done it in other foreign

24  countries.  They've done it in this country.

25       We have evidence even that it was done in

1  2016 in California to benefit Hilary over Bernie,

2  and it's -- it's been done in other local

3  elections and smaller elections, different places.

4  This is the only time it's been this widespread.

5      And the reason it didn't work this time,

6  they've been able to shave these votes for a long

7  time, but the reason it didn't work completely

8  this time, and they had to shutdown in so many

9  places, was because so many Trump supporters

10  poured out on the day of the election to vote for

11  President Trump and they -- what was a landslide

12  victory, a historic victory, is because it broke

13  the algorithm.

14      That's why they had to stop counting that

15  night.  That's why they had to bring in ballots

16  and try to backfill.  And it still doesn't work,

17  because there's still hundreds of thousands more

18  votes than there were actual voters to vote them.

19  The math simply doesn't add up.  And if they had

20  nothing to hide, why aren't they providing

21  transparency into the voting system of the United

22  States of America, the country that is founded on

23  the rule of law, and is supposed to be above all

24  of this.  It's absolutely the most appalling

25  criminal operation in the history of our country.

20201229 The Rush Limbaugh Show

17

```
1        TODD HERMAN:  Well, I think we just learned
2   why Sidney Powell is such a successful attorney.
3   I think that's a very compelling elevator speech.
4        And I've got a tough question for you,
5   Sidney.  I've asked my audience on Twitter a lot
6   of questions for you, one of them is -- is this:
7   Yes or no, Sidney; do you want people to vote
8   republican in the Georgia race?
9        SIDNEY POWELL:  I want Georgia -- well, my
10  concern is it's not going to matter how the people
11  vote in the Georgia race.  It obviously didn't
12  matter how they voted nationwide, did it?  A
13  thousand --
14       TODD HERMAN:  It didn't, but I want people
15  to vote in the Georgia race.
16       SIDNEY POWELL:  -- (inaudible) were
17  disenfranchised.
18       TODD HERMAN:  Yeah.  I -- I -- and I want
19  people to vote in the Georgia race in incredible
20  numbers, and I want all eyes on this, because we
21  cannot hand the senate to these people, Sidney.
22  We cannot do that.
23       And I understand -- the case you just made
24  is very compelling to me.  I'm just hoping that we
25  get people to rush in, all eyes on this, because
```

1   all eyes will be on Georgia, and -- and get that

2   turnout.  You don't join me in that?

3        SIDNEY POWELL:  Well, yes.  I mean, in the

4   situation we're in now --

5        TODD HERMAN:  Yeah.

6        SIDNEY POWELL:  -- I would suggest that

7   everybody in Georgia turn out on election day

8   and -- and do it again.  Vote for --

9        TODD HERMAN:  Yeah.

10       SIDNEY POWELL:  -- the republican candidates

11  in mass numbers, and -- and see what happens.  And

12  it might be that if they even rigged the system so

13  that the two republicans win so they can say, oh,

14  see, there's no problem here.

15       TODD HERMAN:  All right.  That's -- see, I

16  -- I'm firmly in agreement with you.

17       I started by thanking you for standing up

18  for General Flynn.  I want to wrap up, because

19  we -- we -- the clock is (inaudible) the bottom of

20  the hour, and thank you again for that.

21       Real quickly:  How can people help you

22  or -- or -- or get in touch with you?

23       SIDNEY POWELL:  They can go to

24  Defendingtherepublic.org to make contributions to

25  the -- our nonprofit that is working to help

20201229 The Rush Limbaugh Show

19

1    defend all these cases; and to defend me now, that
2    I'm under a massive attack --
3         TODD HERMAN:  Yeah.
4         SIDNEY POWELL: -- from the Attorney General
5    of Michigan and --
6         TODD HERMAN:  Right.
7         SIDNEY POWELL: -- and the City of Detroit,
8    and everything else.  Follow me on Twitter
9    @SidneyPowell, the number one.  Twitter is
10   suppressing the heck out of me and go --
11        TODD HERMAN:  All right.
12        SIDNEY POWELL: -- like kracken-wood.com,
13   where we're aggregating the news that's important
14   for people to see on these issues.
15        TODD HERMAN:  There it is, Sidney Powell
16   joins on us on the Rush Limbaugh Program.
17        A real pleasure, Sidney.  Go with God's
18   good grace and protection.
19        Coming up, Louie Gohmert.  Just around the
20   corner, more discussion of election fraud with
21   Representative Louie Gohmert.  It's Todd Herman in
22   for Rush Limbaugh on the EIB network.
23        (Advisement.)
24        (End of the recording.)
25

```
 1              C E R T I F I C A T E

 2

 3          I, JACKIE MENTECKY, do hereby certify that

 4   I was authorized to transcribe the foregoing recorded

 5   proceeding, and that the transcript is a true and

 6   accurate transcription of my shorthand notes to the best

 7   of my ability taken while listening to the provided

 8   recording.

 9

10   Dated this 29th day of December, 2020.

11

12

13

14

15          _____

16                JACKIE MENTECKY

17

18

19

20

21

22

23

24

25
```