# Exhibit 26

```
 1
 2
 3
 4
 5                          FILE NAME:
 6      Sidney Powell to Newsmax TV - Our Case Was Pre-Judged
 7                          (7:36 min)
 8
 9
10
11
12           TRANSCRIPT OF VIDEO-RECORDED INTERVIEW
13                        SIDNEY POWELL
14                         GREG KELLY
15
16
17
18
19
20
21
22
23
24   Transcribed By:
     TERRI NESTORE
25   CSR No. 5614, RPR, CRR
```

1      SIDNEY POWELL: We will not allow ourselves to
2 continue to be influenced by flat-out communism,
3 socialism, any of the dark forces that have come to impose
4 their will on so many of us. Now is the time for every
5 patriot in this country to stand up, make their voices
6 heard, and be counted.
7      GREG KELLY: Sidney Powell certainly stood up,
8 and she counts in a big way. Sidney Powell, former
9 federal prosecutor, counsel for General Flynn.
10      She's been working on behalf of the president but
11 not directly with the president's team legally.
12      Sidney, welcome back to Newsmax. Gosh, we're
13 pulling for you. As you know, this is an opinion show and
14 we're on your side. How you holding up, first of all?
15      SIDNEY POWELL: Oh, we're doing fine, thank you,
16 Greg. The pace is a bit much at times but we just plow on
17 through it, and we're determined to win because the
18 American people have been defrauded from their lawful
19 votes in this election and that cannot stand.
20      GREG KELLY: So, totally agree.
21      Let's talk about what happened today in that
22 Georgia courtroom. A defeat -- not the first one.
23      This happens in the process, but you got shut
24 down today, at least in federal court.
25      Can you tell us about what happened?

1          SIDNEY POWELL:  Yes.  We were there for a hearing
2     on motions to dismiss filed by every organization that you
3     can imagine, even as intervenors, where they had no place
4     to be in our case, but the DNC and Perkins Coie law firm
5     and everyone aligned on the left decided to file briefs in
6     our case, and the court let them do that.
7          And they argued against our complaint that
8     alleges all the election fraud and multiple federal
9     constitutional claims that arise from that that
10    invalidated the votes of hundreds of thousands of
11    Georgians who voted for President Trump.  Some didn't have
12    their votes counted, some had their votes eradicated,
13    effectively, by fraudulent ballots.  The court wouldn't
14    pay any attention to any of it.  It was obvious the judge
15    had made up his mind before he hit the bench, and he read
16    from prepared notes when he granted the motion to dismiss.
17         So we had oral argument but I would say it was
18    essentially meaningless, except to the extent the public
19    got to hear another federal judicial proceeding that
20    didn't turn out the way it should have.
21         GREG KELLY:  So Sidney, can you give us a little
22    bit of a path forward.  What happens next?  We have had
23    some difficulties in court, as you know.
24         You still have the fire, a lot of folks have
25    faith but the Electoral College is meeting next week, so

```
 1  how is this going to play out?
 2          SIDNEY POWELL:  Well, we're going to proceed
 3  immediately with an emergency appeal and we expect to get
 4  relief in the Supreme Court.
 5          GREG KELLY:  And all right, so let's go -- and by
 6  the way, there are lots of different tracks going on here.
 7          You're still focused primarily on the Dominion
 8  voting machines and the issues on a technical basis,
 9  correct?
10          SIDNEY POWELL:  The multiple means of fraud that
11  resulted in the supposed win for Biden, when it was
12  actually a landslide for Trump, but yes, we focus also on
13  the systemic problem with the Dominion machines.
14          We have an expert who's identified that the vote
15  for Biden was five percent overall greater wherever there
16  were Dominion machines than any of the other votes.  That
17  is essentially the amount of votes that can flip and brag
18  about being able to flip.
19          We know from one of our witnesses that these
20  machines were created in Venezuela and the entire process
21  was started there to make sure Mr. Chavez won every
22  election, and then of course the Wall Street Journal I
23  think today featured Venezuela's rigged election for
24  Maduro.  This is the same technology, the same equipment.
25          It came out of Venezuela to be used here.
```

```
 1            I would imagine our three letter agencies have a
 2   role in it.  We're essentially fighting the entire
 3   globalist elite power structure that wants to control the
 4   world for their own financial benefit and frankly, that
 5   includes a lot of American corporations that have
 6   international interests and want to do business with
 7   China, have made back deals with the Chinese, and untold
 8   numbers of politicians who have done the same thing.
 9            GREG KELLY:  You know, two years ago, I would
10   have said that sounds crazy, but after all that's
11   happened, I think you're absolutely right.
12            I think this is the way the world works.
13            By the way, I do want to ask you about the
14   servers overseas.  Dominion reportedly has all kinds of
15   internet connections and for whatever reason, they were
16   counting the votes in places like Spain and Germany.
17            You've seen the reports, maybe you know firsthand
18   that, you know, some of these servers may or may not have
19   been seized, overseas equipment of Dominion taken
20   possession of by forces friendly to the United States.
21            Do you know anything about that?
22            SIDNEY POWELL:  I am hoping it's the Department
23   of Defense that has them.  That is certainly who should
24   have them because it's a national security risk.
25            The Dominion Systems should never have been
```

1   allowed in this country.  They are internationally owned.

2           Our votes were counted in Frankfurt, Germany, and

3   altered in Barcelona, Spain, and other places.

4           We simply cannot allow that, as the United States

5   of America.  We must maintain sovereignty over all our

6   crucial systems, and the voting system is one of them.

7           The fact that CFIUS, the organization of heads of

8   various agencies ever approved this a number of years ago,

9   I find absolutely appalling.

10          GREG KELLY:  Supreme Court tomorrow for you?

11          SIDNEY POWELL:  I'm sorry, I missed that.

12          GREG KELLY:  Will you be in the Supreme Court

13  tomorrow?  You said emergency relief.  Does that entail

14  you going there?  How is that going to actually work?

15          SIDNEY POWELL:  That's going to work as fast as

16  we can humanly make it work.  It may not be tomorrow.

17          But we also have a case out of Michigan that

18  needs to go, a case out of Arizona that may very well wind

19  up there.  There should be at least three states before

20  the Supreme Court with enough electoral votes to change

21  the outcome before the end of the week.

22          GREG KELLY:  Sidney Powell, I wish I was an

23  attorney and I could help out, or I knew something about

24  computers, but I don't.  So the good thing is I know

25  you're not on your own.  I know you have a lot of

```
 1  attorneys and good people working with you.
 2          SIDNEY POWELL:  We have an amazing team of great
 3  patriots.
 4          GREG KELLY:  Great patriots.  Well, let us know
 5  if you need anything, all right?
 6          SIDNEY POWELL:  Thank you very much.
 7          People can donate at defendingtherepublic.org.
 8          GREG KELLY:  One more time on that website,
 9  please.
10          SIDNEY POWELL:  Defendingtherepublic.org.
11          And there's another great website where we're
12  uploading documents, kraken, K-R-A-K-E-N, hyphen wood,
13  W-O-O-D, dotcom.  Twitter keeps trying to take that down,
14  and they've taken down our Twitter handle on that but it's
15  a project Lin Wood and I started to get the word out about
16  all these issues.
17          GREG KELLY:  The kraken, I've been hearing a lot
18  about that stuff.  Good stuff.  Thank you very much.
19          To be continued.
20          Sidney Powell, good luck and we'll see you soon.
21          SIDNEY POWELL:  Thank you, Greg.
22          GREG KELLY:  You bet.  Merry Christmas too.
23          Beautiful tree back there.
24          (End of recording.)
25
```

1                    C E R T I F I C A T E

2

3

4        I, TERRI NESTORE, Certified Shorthand Reporter/

5   Transcriptionist, do hereby certify that I was authorized

6   to transcribe the foregoing recorded proceeding, and that

7   the transcript is a true and accurate transcription of my

8   shorthand notes, to the best of my ability, taken while

9   listening to the provided recording.

10

11       I further certify that I am not of counsel or

12  attorney for either or any of the parties to said

13  proceedings, nor in any way interested in the events of

14  this cause, and that I am not related to any of the

15  parties thereto.

16

17

18  Dated this 18th day of December, 2020.

19

20
                                _____
21                              TERRI NESTORE, CSR 5614, RPR, CRR

22

23

24

25