# Exhibit 27

1

2

3

4

5                         FILE NAME:

6

7                   Evidence of Fraud:

8     Sidney Powell and Lou Dobbs discuss

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Evidence of Fraud Sidney Powell and Lou Dobbs discuss

2

1        LOU DOBBS:  Good evening, everybody.  We

2    have a blockbuster of a story and a show for you

3    tonight.

4        We will be joined in just a few moments by

5    attorney Sidney Powell, who this evening appears

6    to have delivered on her promise kracken

7    thunderbolt that she promised America two weeks

8    ago.

9        She calls what happened on November 3rd now

10   a 2020 Cyber Pearl Harbor.  Sidney Powell joins us

11   in just moments.

12       But first we want to touch on a number of

13   new developments today.  The federal investigation

14   of Joe Biden's son Hunter Biden, new information.

15   The U.S. Attorney's Office in Delaware is looking

16   into Biden's foreign business dealings, especially

17   with China.

18       That investigation has been ongoing, we

19   have learned, since 2018.  Joe Biden's campaign

20   says in a statement that Biden is, quote, deeply

21   proud of his son who has fought through difficult

22   challenges, including the vicious personal attacks

23   of recent months, only to emerge stronger.

24       The U.S. Attorney in Delaware is

25   Trump-appointed David Weiss.  He has refused to

Evidence of Fraud Sidney Powell and Lou Dobbs discuss

1   comment on what is, obviously, an ongoing

2   investigation.  But sources tell Fox News that

3   that investigation was predicated in part by

4   transactions in China, and other foreign nations.

5       The investigation is also examining a trove

6   of messages and documents found on Hunter Biden's

7   laptop that he left at that famous computer repair

8   shop.

9       That story first reported in a bombshell

10  New York Post expose was censored, buried by big

11  tech and social media.  Facebook and Twitter both

12  remain silent today about why they censored that

13  report before the presidential election.

14      50 former members of the Deep State

15  intelligence community even wrote a letter calling

16  the Hunter Biden's story, quote, Russian

17  disinformation, end quote.

18      That message then dutifully echoed by the

19  corporate left-wing national media.

20      SPEAKER:  We know that this whole smear on

21  Joe Biden comes from the Kremlin.

22      SPEAKER:  Russian disinformation or foreign

23  disinformation or -- or even this -- you know,

24  campaign disinformation period --

25      SPEAKER:  This is most likely Russian

Evidence of Fraud Sidney Powell and Lou Dobbs discuss

4

1    propaganda.

2         SPEAKER:  Charges so heinous I'm not even
3    going to say them.

4         SPEAKER:  Peddling baseless conspiracy
5    theories about Joe Biden and his son.

6         SPEAKER:  Prosecutors do not open
7    investigations based on disinformation provided by
8    Russian intelligence.

9         LOU DOBBS:  Russian intelligence.  Well,
10   anyone in the media who dared question Hunter
11   Biden's business dealings or how much Joe Biden
12   knew about those dealings, was deemed a conspiracy
13   theorist.

14        Senators Chuck Grassley and Ron Johnson
15   spent more than a year investigating the Biden
16   family corruption.

17        On the Senate floor today, Chuck Grassley
18   blasted the buoyant cover-up of their work.

19        CHUCK GRASSLEY:  Those same liberal outlets
20   that disparaged our investigation now report that
21   Hunter Biden's financial deals in China raise
22   counterintelligence concerns.

23        So you can understand why I think it's very
24   outrageous that the Fourth Estate would choose to
25   ignore facts when they are uncovered by

1    Republicans.

2         LOU DOBBS:  The senate has produced a

3    report covering many of Hunter Biden's past

4    business dealings with China, including some that

5    are flagged for, quote, potential financial

6    criminal activity.

7         For more on that, we turn to Hilary Vaughn

8    in Wilmington, Delaware.  Hilary?

9         HILARY VAUGHN:  Hi, Lou.  We went digging

10   around for what Hunter Biden was up to, who he was

11   doing business with, in the days, months and years

12   leading up to the grand jury investigation that we

13   now know kicked off in 2018.

14        Fox News is now learning that that grand

15   jury investigation is not just digging into Hunter

16   Biden's taxes, but also covers money laundering

17   and also suspicious foreign transactions from

18   China.

19        So a Senate report looked into Hunter

20   Biden's overseas business deals, and they were

21   lead to two conclusions:  Hunter Biden had

22   business relationships with Chinese nationals

23   linked to the communist government, and those

24   connections turned up millions of dollars in cash

25   flow that Hunter Biden benefitted from.

1       The Senate report also says that financial

2    records that they obtained tied to Hunter Biden

3    showed, quote, consistent, significant and

4    extensive financial connections between Hunter

5    Biden and Chinese nationals connected to the

6    communist regime, and say that these raise

7    criminal financial concerns.

8       So we looked at the money trail and we saw

9    detailed in the report Hunter Biden's business

10   relationship with two Chinese businessmen, Ye

11   Jianming and Gongwen Dong, whose connections to

12   the Chinese communist government were extensive.

13      In September 2017, Hunter Biden opened a

14   line of credit with Ye's right-hand man Gongwen

15   Dong under the business name Hudson West III.

16   That same account has credit cards given to Hunter

17   Biden, Joe Biden's brother James, and his wife

18   Sarah.  And the three of them use those credit

19   cards to go on $100,000 spending spree on hotels,

20   restaurants and Apple products.

21      Between August 2017 and September 2018,

22   that same business Hudson West III, sent frequent

23   payments to Hunter Biden's law firm, totalling

24   $4.7 million, just over that year; and also during

25   that same time frame, Hunter Biden's law firm sent

1   20 wire transfers, totalling $1.3 million to Joe

2   Biden's brother James' consulting firm.  Several

3   of these transactions tied to Hudson West III and

4   Hunter Biden were flagged in this report as

5   suspicious and possible financial criminal

6   activity.

7        And that was noted in this report, Lou,

8   that came out well before we just found out this

9   grand jury investigation went public two days ago.

10  Lou.

11       LOU DOBBS:  Hilary Vaughn reporting.  It is

12  a blockbuster day of developments.

13       Now, let's turn to the battle for the White

14  House.

15       President Trump has personally filed with

16  the Supreme Court to join the Texas lawsuit to

17  throw out the election results in the states of

18  Pennsylvania, Georgia, Michigan, and Wisconsin,

19  claiming they are unconstitutional.

20       Texas and the President also winning strong

21  support today from seven other states.  Attorney

22  Generals of Missouri, Arkansas, Louisiana,

23  Mississippi, South Carolina, and Utah, all filing

24  a motion to join the Texas Supreme Court lawsuit.

25       Another 11 states have filed briefs in

Evidence of Fraud Sidney Powell and Lou Dobbs discuss
8

1   support of Texas, and the lawsuit.

2        Our first guest tonight has new information

3   regarding electoral fraud in the radical left's

4   efforts steal an election; and she charges four

5   individuals as authors of what she calls a Pearl

6   Harbor-style cyber attack on the 2020 presidential

7   election.

8        There are four names that she highlights.

9   They are:  Jorge Rodriguez, the communications

10  minister of Venezuela.  Khalil Majsoub, Jorge

11  Rodriguez's right-hand man.  Gustavo Reyes-Zumeta,

12  who designed programs to rig election machines.

13  And Antonio Mugica, the CEO of Smartmatic, an

14  electoral voting corporation.

15       Joining us now is Sidney Powell, a

16  distinguished attorney, former federal prosecutor,

17  best selling author, general Mike Flynn's defense

18  attorney, and as we all know, a great American.

19       Sidney, great to have you with us.  You say

20  these four individuals led the effort to rig this

21  election.  How did they do it?

22       SIDNEY POWELL:  Well, Lou, they designed

23  and developed the Smartmatic and Dominion programs

24  and machines, that include a controller module

25  that allows people to login and manipulate the

Evidence of Fraud Sidney Powell and Lou Dobbs discuss

1  vote, even as it's happening.

2      We're finding more and more evidence of

3  this.  We now have reams and reams of actual

4  documents from Smartmatic and Dominion, including

5  evidence that they planned and executed all of

6  this.

7      We know that $400 million of money came

8  into Smartmatic from China, only a few weeks

9  before the election; that there are George Soros

10  connections to the entire endeavor.  Lord

11  Malloch-Brown was part of it, along with the other

12  people from Dominion.

13      Eric Kumer, the person who also holds

14  patents on some of the software, and was operating

15  out of the Denver office, I believe.  We know that

16  one of Smartmatic people has -- went to Tarrant

17  County, Texas and turned that county blue, after

18  having been an executive with Smartmatic, and all

19  of the sudden this one election Tarrant County is

20  purportedly blue.  We have evidence of how they

21  flipped the votes, how it was designed to flip the

22  votes.  And that all of it has been happening just

23  as we have been saying it has been.

24      LOU DOBBS:  Well, what is the evidence that

25  you have compiled, how have you constructed the

1  architecture of this relationship among these four

2  individuals?

3       SIDNEY POWELL:  Well, we are still

4  reviewing the massive amount of documents that we

5  have, but we have communications between them.

6  And all different kinds of messages that indicate

7  their involvement in it.  It's a massive amount of

8  additional information to go through, that's only

9  been in our hands a short time.  But we will be

10  producing more and more of it; it will be coming

11  out more by the day.

12       And then also the connections --

13       LOU DOBBS:  I want to --

14       SIDNEY POWELL:  -- of the Chinese and --

15  and other countries that were attacking us in this

16  massive Cyber Pearl Harbor, as we called it.

17       LOU DOBBS:  Jorge Rodriguez, I want to go

18  through -- we're going to put up on the screen so

19  people can follow the conversation here, because

20  these are names that most of us are not familiar

21  with.

22       You said that Jorge Rodriguez, the

23  Venezuelan -- former Venezuelan communications

24  minister, is the ringleader, the CEO of the

25  enterprise, as you put it.

Evidence of Fraud Sidney Powell and Lou Dobbs discuss
11

1        What is the evidence that this former
2    communication minister could reach into the U.S.
3    electoral system and raise the havoc and commit
4    the fraud that, obviously, we have witnessed in
5    2020?
6        SIDNEY POWELL:  Well, we've known from
7    early on in our independent investigation that the
8    entire system was created for the benefit of
9    Venezuela and Hugo Chavez to rig elections to make
10   sure he continued winning.  And then it was passed
11   onto Mr. Maduro to do the same.  And we know it
12   was exported to other countries by virtue of some
13   of the Dominion executives that proceeded to go
14   about and essentially sell elections to the
15   highest bidder.
16       We know, for example, that Mr. Rodriguez
17   has on been TV incessantly trying to -- and
18   actually mocking the United States.  He is one of
19   the highest --
20       LOU DOBBS:  Venezuelan television?
21       SIDNEY POWELL: -- people in the -- yes,
22   Venezuelan television.  And he's -- he's -- he's
23   been one of the leaders of the whole
24   election-stealing project.  But keep in mind,
25   Venezuela has been highly influenced by the

1  Chinese.  And we know from filings with the SEC

2  and otherwise, that the Chinese put $400 million

3  into Dominion only four weeks before the election;

4  and they shared office space with George Soros'

5  companies, as well as the leadership of Lord

6  Malloch-Brown in the -- in the U.K., and Canada.

7       It is a very --

8       LOU DOBBS:  Can you --

9       SIDNEY POWELL: -- concerning and troubling

10  and illegal web of conduct that all of which

11  focused on rigging the election in this country.

12  And we're seeing the results in multiple states

13  where we're now identifying specific votes

14  flipped, like in a couple of Georgia counties --

15  in fact, Coffee County, Georgia just yesterday, I

16  believe, refused to certify the results of the

17  election in Coffee County because of the vote

18  disparities and flipping.

19       We're getting more and more evidence out of

20  other counties across the country about the same

21  kind of conduct.  We knew from Antrim County, for

22  example, in Michigan that 6,000 votes --

23       LOU DOBBS:  Uh-huh.

24       SIDNEY POWELL: -- magically were flipped on

25  election night.  I think --

Evidence of Fraud Sidney Powell and Lou Dobbs discuss

13

1        LOU DOBBS:  Yeah.

2        SIDNEY POWELL: -- the cause of that is

3    going to become more and more apparent as we

4    proceed in the investigation.

5        And, frankly, our national security agency

6    and defense intelligence agency need to be all

7    over this immediately.  The evidence is

8    overwhelming --

9        LOU DOBBS:  I --

10       SIDNEY POWELL:  -- and extremely troubling

11   that this has been going on --

12       LOU DOBBS:  We're going to do --

13       SIDNEY POWELL:  -- and it didn't just start

14   this year.

15       LOU DOBBS:  We're going to be back with

16   Sidney.  We're going to take a quick break.  We're

17   going to examine in some detail the -- the reasons

18   for what is apparently a broadly coordinated

19   effort to -- to actually bring down this President

20   by ending his second term before it could begin.

21       We'll back with Sidney Powell.

22       Also tonight, postal service subcontractor

23   Jesse Morgan is a whistleblower, one of the most

24   courageous and most important, who stepped

25   forward, he says the FBI, in talking with him, had

Evidence of Fraud Sidney Powell and Lou Dobbs discuss

1   no interest in his claims of election fraud;

2   instead they harassed his family.

3        We take up the latest in this extraordinary

4   presidential election of 2020.  We'll also be

5   talking with Michigan whistleblower Patrick

6   Colbeck.  You don't want to miss any of it.

7        And Papa John's founder, John Schnatter,

8   who has been vindicated of claims made against him

9   by Louie Freeh in a weeks-long investigation.

10        The left-wing media has more than ever to

11   account for.

12        We'll be back with Sidney Powell in just a

13   few moments.  Stay with us.

14        (Advertisement.)

15        LOU DOBBS:  Western District of

16   Pennsylvania are now conducting a criminal

17   investigation of rural hospital company Americore.

18   Investors- -- investigators want to know more

19   about James Biden's role with the company, and

20   whether he used the Biden name to influence

21   decisions.

22        We're back now with attorney Sidney Powell.

23   She was describing a Cyber Pearl Harbor in the

24   2020 the election, focussing on four names.

25        I would also like to put up this element

Evidence of Fraud Sidney Powell and Lou Dobbs discuss

15

1    from -- from your investigation, if we could have

2    that full screen up so that we could all go

3    through that with the audience; because it's

4    important as we look at these four names, we're

5    talking about very large -- a very large foreign

6    intrusion and interference in the -- in the

7    election of 2020.

8         Give us -- it's -- it's outrageous that we

9    have an Attorney General, Sidney, who has said

10   that he sees no sign of -- of any significant

11   fraud that would overturn the election.  We had a

12   head of the cyber intelligence unit for the

13   Department of Homeland Security who is suing some

14   people, apparently, for saying that his report,

15   basically, was -- it was nonsense when he declared

16   it was the most secure election in the country's

17   history.

18        What are we dealing with here, and how can

19   we get to this, if we have a -- an Attorney

20   General who has apparently lost both his nerve and

21   his commitment to his oath of office, and to the

22   country; we have an FBI director who seems to be

23   as politically corrupt as anyone who preceded him,

24   and a Homeland Security department that doesn't

25   know what the hell it's talking about and is

1    spending more time playing politics, at least as

2    it applies to Mr. Krebs, than securing the nation.

3    Your thoughts?

4          SIDNEY POWELL:  I think it's time for a

5    whole new team across the board, Lou.  There's no

6    explanation for the way the FBI has treated

7    witnesses -- I mean, good American citizens who

8    have been brave enough to come forward with direct

9    evidence of things like thousands of ballots --

10          LOU DOBBS:  Yeah.

11          SIDNEY POWELL:  -- moving from one state to

12    another in the middle of the night to do --

13          LOU DOBBS:  I guess --

14          SIDNEY POWELL:  -- what is called

15    backfilling into the machines, so that they can

16    perpetrate their fraud, because President Trump

17    won so many votes, he blew up their algorithm.

18    The American people blew up the algorithm they

19    created before the election to shave votes from

20    Biden and give them to Trump.  And we're now

21    seeing direct evidence of that happening in -- in

22    multiple counties and multiple states, and we know

23    it happened across the country.

24          You would have to be a damn fool and

25    abjectly stupid not to see what happened here, for

Evidence of Fraud Sidney Powell and Lou Dobbs discuss

17

1   anybody who's willing to look at the real

2   evidence.  I've uploaded a ton of it on our

3   website --

4        LOU DOBBS:  Yeah.

5        SIDNEY POWELL:  -- at

6   defendingtherepublic.org, and Twitter is even

7   trying to destroy our new website,

8   kraken-wood.com, where we're also trying to get

9   the word out to the American people on what's been

10  happening here and the truth and upload documents.

11  Twitter took our --

12       LOU DOBBS:  Well, let me make this --

13       SIDNEY POWELL:  -- account down the first

14  night.

15       LOU DOBBS:  Let me -- let me make you an

16  offer, very straightforwardly:  We will gladly put

17  forward your evidence that supports your claim

18  that this was a Cyber Pearl Harbor.  We have

19  tremendous evidence already but we -- of fraud in

20  this election, but I will be glad to put forward

21  on this broadcast whatever evidence you have, and

22  we'll be glad to do it immediately.

23       SIDNEY POWELL:  Awesome.

24       LOU DOBBS:  We'll work overnight.  We will

25  -- we will take up whatever air we're permitted

Evidence of Fraud Sidney Powell and Lou Dobbs discuss

18

1   beyond this broadcast, but we have to get to the

2   bottom of this.

3        And we -- the question now is -- is -- is

4   not about the integrity or the energy of those

5   responsible for securing the national interest for

6   defending this country, it's how in the hell do we

7   defend this country and secure the interest of

8   this company without them?  That's really the --

9   the two questions.

10       SIDNEY POWELL:  Yes.  Well, the American

11  people are going to have to insist on paper

12  ballots with real identification.  That's going to

13  be one of the key --

14       LOU DOBBS:  Well, that's going to be --

15       SIDNEY POWELL:  -- things to stop --

16       LOU DOBBS:  -- great for -- I'm -- I'm not

17  even -- Sidney, I've got to tell you, I'm not even

18  going to contemplate the next election.  I'm not

19  even contemplating the January 5th election in

20  Georgia.  The hell with that.

21       If the people of Georgia are dumb enough,

22  after what they have gone through in the November

23  3rd election, to then go toward January 5th in a

24  runoff and think that changing nothing will change

25  the outcome, then the people of Georgia aren't

Evidence of Fraud Sidney Powell and Lou Dobbs discuss

19

```
1    half as smart as I believe them to be; and I
2    believe the patriots in Georgia should stop this
3    nonsense now.
4         It is not something that -- to be decided
5    about over who do you favor, which party, which
6    candidate.  This is now about faith in the
7    electoral system in one specific state that may
8    control the destiny of this country; and by God,
9    it's too important for anyone -- and I don't care
10   what party you're in, I don't care whether you're
11   an independent -- this is too important to act as
12   if nothing happened on November 3rd. And to --
13        SIDNEY POWELL:  Exactly.
14        LOU DOBBS:  -- to pretend that there will
15   be a different outcome on January 5th.  It's
16   idiotic.  They --
17        SIDNEY POWELL:  It is.
18        LOU DOBBS:  -- the ridiculous leadership --
19        SIDNEY POWELL:  I agree with you
20   completely.
21        LOU DOBBS:  -- and I mean the governor and
22   the state -- Secretary of State have got to find,
23   if not the integrity, the -- the primal fear of
24   the voters in Georgia to stop what's going on and
25   stop it now.
```

1      SIDNEY POWELL:  I agree with you

2   completely, Lou.  This is the future of the

3   republic, whether we continue to exist as the

4   republic of the United States of America, and

5   every patriotic American needs to stand up right

6   now and make their voices heard that we will not

7   tolerate this.  The chips need to fall wherever

8   they fall.

9      LOU DOBBS:  Yeah.

10      SIDNEY POWELL:  We lost gubernatorial

11   seats.  I'm sure we lost Congressional seats.  We

12   lost Senate seats that we should have had.  They

13   have been perpetrating a fraud on the United

14   States for the last ten years telling us we were

15   turning blue, when we were not.  We have been

16   clearly going red, because the American people

17   love this country, regardless of whether they came

18   from -- where they came from, American citizens

19   came here for freedom and justice and liberty for

20   all.

21      SIDNEY POWELL:  Well, Sidney, I guess we're

22   going to conclude with my final question; we're

23   out of time, we've gone well over:  What -- what

24   can be done right now, how much time do you need

25   to get that evidence to this broadcast and we'll

1  put it on the air?

2       SIDNEY POWELL:  I will get you some more

3  information that's just stunning tonight.

4       LOU DOBBS:  All right.  Sidney Powell,

5  thank you for all you're doing.  It is the Lord's

6  work.

7       Up next, Michigan's Attorney General can't

8  defend the legality of Michigan's vote; so we'll

9  talk with election fraud witness and whistleblower

10  Patrick Colbeck about why that is.

11       Be sure to get in the Christmas spirt,

12  visit Loudobbsshop.com.  You can order my new book

13  The Trump Century as well.  That's

14  Loudobbsshop.com.  Seasons greetings.

15       (End of the recording.)

16

17

18

19

20

21

22

23

24

25

Evidence of Fraud Sidney Powell and Lou Dobbs discuss

22

```
 1              C E R T I F I C A T E

 2

 3          I, Jackie Mentecky, Transcriptionist/Court

 4  Reporter, do hereby certify that I was authorized to

 5  transcribe the foregoing recorded proceeding, and that

 6  the transcript is a true and accurate transcription of my

 7  shorthand notes to the best of my ability taken while

 8  listening to the provided recording.

 9

10  Dated this 29th day of December, 2020.

11

12

13

14

15          _____

16                Jackie Mentecky

17

18

19

20

21

22

23

24

25
```

**$**

$1.3   7:1
$100,000   6:19
$4.7   6:24
$400   9:7 12:2

**1**

11   7:25

**2**

20   7:1
2017   6:13,21
2018   2:19
  5:13 6:21
2020   2:10 8:6
  11:5 14:4,24
  15:7

**3**

3rd   2:9 18:23
  19:12

**5**

50   3:14
5th   18:19,23
  19:15

**6**

6,000   12:22

**A**

abjectly
  16:25
account   6:16
  14:11 17:13
act   19:11
activity   5:6
  7:6

actual   9:3
additional
  10:8
Advertisement
  14:14
agency   13:5,6
agree   19:19
air   17:25
algorithm
  16:17,18
America   2:7
American   8:18
  16:7,18 17:9
  18:10
Americore
  14:17
amount   10:4,7
Antonio   8:13
Antrim   12:21
apparent   13:3
apparently
  13:18 15:14,
  20
appears   2:5
Apple   6:20
applies   16:2
architecture
  10:1
Arkansas   7:22
attack   8:6
attacking
  10:15
attacks   2:22
attorney   2:5,
  24 7:21 8:16,
  18 14:22
  15:9,19
Attorney's
  2:15
audience   15:3
August   6:21
author   8:17
authors   8:5
Awesome   17:23

**B**

back   13:15,21
  14:12,22
backfilling
  16:15
ballots   16:9
  18:12
based   4:7
baseless   4:4
basically
  15:15
battle   7:13
begin   13:20
benefit   11:8
benefitted
  5:25
bidder   11:15
Biden   2:14,20
  3:21 4:5,11,
  15 5:10,21,25
  6:2,5,13,17
  7:4 14:20
  16:20
Biden's   2:14,
  16,19 3:6,16
  4:11,21 5:3,
  16,20 6:9,17,
  23,25 7:2
  14:19
big   3:10
blasted   4:18
blew   16:17,18
blockbuster
  2:2 7:12
blue   9:17,20
board   16:5
bombshell   3:9
bottom   18:2
brave   16:8
break   13:16
briefs   7:25
bring   13:19
broadcast
  17:21 18:1

broadly   13:18
brother   6:17
  7:2
buoyant   4:18
buried   3:10
business   2:16
  4:11 5:4,11,
  20,22 6:9,15,
  22
businessmen
  6:10

**C**

called   10:16
  16:14
calling   3:15
calls   2:9 8:5
campaign   2:19
  3:24
Canada   12:6
candidate
  19:6
cards   6:16,19
care   19:9,10
Carolina   7:23
cash   5:24
censored
  3:10,12
CEO   8:13
  10:24
certify   12:16
challenges
  2:22
change   18:24
changing
  18:24
charges   4:2
  8:4
Chavez   11:9
China   2:17
  3:4 4:21 5:4,
  18 9:8
Chinese   5:22
  6:5,10,12
  10:14 12:1,2

Case 1:21-cv-00040-CJN Document 1-27 Filed 01/08/21 Page 25 of 30
Coomer v. Donald J. Trump for President Powell and Dobbs discuss

2

choose 4:24
Chuck 4:14,
17,19
citizens 16:7
claim 17:17
claiming 7:19
claims 14:1,8
Coffee 12:15,
17
Colbeck 14:6
comment 3:1
commit 11:3
commitment
15:21
communication
11:2
communications
8:9 10:5,23
communist
5:23 6:6,12
community
3:15
companies
12:5
company
14:17,19 18:8
compiled 9:25
completely
19:20
computer 3:7
concerns 4:22
6:7
conclusions
5:21
conduct
12:10,21
conducting
14:16
connected 6:5
connections
5:24 6:4,11
9:10 10:12
consistent
6:3
conspiracy
4:4,12

constructed
9:25
consulting
7:2
contemplate
18:18
contemplating
18:19
continued
11:10
control 19:8
controller
8:24
conversation
10:19
coordinated
13:18
corporate
3:19
corporation
8:14
corrupt 15:23
corruption
4:16
counterintelli
gence 4:22
counties
12:14,20
16:22
countries
10:15 11:12
country
12:11,20
15:22 16:23
18:6,7 19:8
country's
15:16
county 9:17,
19 12:15,17,
21
couple 12:14
courageous
13:24
Court 7:16,24
cover-up 4:18
covering 5:3

covers 5:16
created 11:8
16:19
credit 6:14,
16,18
criminal 5:6
6:7 7:5 14:16
cyber 2:10
8:6 10:16
14:23 15:12
17:18

D

damn 16:24
dared 4:10
David 2:25
day 7:12
10:11
days 5:11 7:9
dealing 15:18
dealings 2:16
4:11,12 5:4
deals 4:21
5:20
decided 19:4
decisions
14:21
declared
15:15
deemed 4:12
Deep 3:14
deeply 2:20
defend 18:7
defending
18:6
defendingthere
public.org
17:6
defense 8:17
13:6
Delaware
2:15,24 5:8
delivered 2:6
Denver 9:15

department
15:13,24
describing
14:23
designed
8:12,22 9:21
destiny 19:8
destroy 17:7
detail 13:17
detailed 6:9
developed
8:23
developments
2:13 7:12
difficult
2:21
digging 5:9,
15
direct 16:8,
21
director
15:22
disinformation
3:17,22,23,24
4:7
disparaged
4:20
disparities
12:18
distinguished
8:16
District
14:15
DOBBS 2:1 4:9
5:2 7:11 9:24
10:13,17
11:20 12:8,23
13:1,9,12,15
14:15 16:10,
13 17:4,12,
15,24 18:14,
16 19:14,18,
21
documents 3:6
9:4 10:4
17:10

**dollars** 5:24
**Dominion** 8:23
  9:4,12 11:13
  12:3
**Dong** 6:11,15
**dumb** 18:21
**dutifully**
  3:18

---

**E**

**early** 11:7
**echoed** 3:18
**effort** 8:20
  13:19
**efforts** 8:4
**election** 3:13
  7:17 8:4,7,
  12,21 9:9,19
  12:3,11,17,25
  14:1,4,24
  15:7,11,16
  16:19 17:20
  18:18,19,23
**election-
stealing**
  11:24
**elections**
  11:9,14
**electoral**
  8:3,14 11:3
  19:7
**element** 14:25
**emerge** 2:23
**end** 3:17
**endeavor** 9:10
**ending** 13:20
**energy** 18:4
**enterprise**
  10:25
**entire** 9:10
  11:8
**Eric** 9:13
**essentially**
  11:14
**Estate** 4:24

**evening** 2:1,5
**evidence** 9:2,
  5,20,24 11:1
  12:19 13:7
  16:9,21 17:2,
  17,19,21
**examine** 13:17
**examining** 3:5
**executed** 9:5
**executive**
  9:18
**executives**
  11:13
**explanation**
  16:6
**exported**
  11:12
**expose** 3:10
**extensive**
  6:4,12
**extraordinary**
  14:3
**extremely**
  13:10

---

**F**

**Facebook** 3:11
**fact** 12:15
**facts** 4:25
**faith** 19:6
**familiar**
  10:20
**family** 4:16
  14:2
**famous** 3:7
**favor** 19:5
**FBI** 13:25
  15:22 16:6
**fear** 19:23
**federal** 2:13
  8:16
**filed** 7:15,25
**filing** 7:23
**filings** 12:1

**financial**
  4:21 5:5 6:1,
  4,7 7:5
**find** 19:22
**finding** 9:2
**firm** 6:23,25
  7:2
**flagged** 5:5
  7:4
**flip** 9:21
**flipped** 9:21
  12:14,24
**flipping**
  12:18
**floor** 4:17
**flow** 5:25
**Flynn's** 8:17
**focused** 12:11
**focussing**
  14:24
**follow** 10:19
**fool** 16:24
**foreign** 2:16
  3:4,22 5:17
  15:5
**forward** 13:25
  16:8 17:17,20
**fought** 2:21
**found** 3:6 7:8
**founder** 14:7
**Fourth** 4:24
**Fox** 3:2 5:14
**frame** 6:25
**frankly** 13:5
**fraud** 8:3
  11:4 14:1
  15:11 16:16
  17:19
**Freeh** 14:9
**frequent** 6:22
**full** 15:2

---

**G**

**general** 8:17
  15:9,20

**Generals** 7:22
**George** 9:9
  12:4
**Georgia** 7:18
  12:14,15
  18:20,21,25
  19:2,24
**give** 15:8
  16:20
**glad** 17:20,22
**gladly** 17:16
**God** 19:8
**Gongwen** 6:11,
  14
**good** 2:1 16:7
**government**
  5:23 6:12
**governor**
  19:21
**grand** 5:12,14
  7:9
**Grassley**
  4:14,17,19
**great** 8:18,19
  18:16
**guess** 16:13
**guest** 8:2
**Gustavo** 8:11

---

**H**

**half** 19:1
**hands** 10:9
**happened** 2:9
  16:23,25
  19:12
**happening**
  9:1,22 16:21
  17:10
**harassed** 14:2
**Harbor** 2:10
  10:16 14:23
  17:18
**Harbor-style**
  8:6
**havoc** 11:3

head 15:12
heinous 4:2
hell 15:25
18:6,20
highest
11:15,19
highlights
8:8
highly 11:25
Hilary 5:7,8,
9 7:11
history 15:17
holds 9:13
Homeland
15:13,24
hospital
14:17
hotels 6:19
House 7:14
Hudson 6:15,
22 7:3
Hugo 11:9
Hunter 2:14
3:6,16 4:10,
21 5:3,10,15,
19,21,25 6:2,
4,9,13,16,23,
25 7:4

**I**

identification
18:12
identifying
12:13
idiotic 19:16
ignore 4:25
III 6:15,22
7:3
illegal 12:10
immediately
13:7 17:22
important
13:24 15:4
19:9,11
incessantly
11:17

include 8:24
including
2:22 5:4 9:4
independent
11:7 19:11
individuals
8:5,20 10:2
influence
14:20
influenced
11:25
information
2:14 8:2 10:8
insist 18:11
integrity
18:4 19:23
intelligence
3:15 4:8,9
13:6 15:12
interest 14:1
18:5,7
interference
15:6
intrusion
15:6
investigating
4:15
investigation
2:13,18 3:2,
3,5 4:20
5:12,15 7:9
11:7 13:4
14:9,17 15:1
investigations
4:7
investigators
14:18
Investors-
14:18
involvement
10:7

**J**

James 6:17
14:19

James' 7:2
January
18:19,23
19:15
Jesse 13:23
Jianming 6:11
Joe 2:14,19
3:21 4:5,11
6:17 7:1
John 14:7
John's 14:7
Johnson 4:14
join 7:16,24
joined 2:4
Joining 8:15
joins 2:10
Jorge 8:9,10
10:17,22
jury 5:12,15
7:9

**K**

key 18:13
Khalil 8:10
kicked 5:13
kind 12:21
kinds 10:6
knew 4:12
12:21
kracken 2:6
kraken-wood.
com 17:8
Krebs 16:2
Kremlin 3:21
Kumer 9:13

**L**

laptop 3:7
large 15:5
latest 14:3
laundering
5:16
law 6:23,25

lawsuit 7:16,
24 8:1
lead 5:21
leaders 11:23
leadership
12:5 19:18
leading 5:12
learned 2:19
learning 5:14
led 8:20
left 3:7
left's 8:3
left-wing
3:19 14:10
letter 3:15
liberal 4:19
linked 5:23
login 8:25
looked 5:19
6:8
Lord 9:10
12:5
lost 15:20
Lou 2:1 4:9
5:2,9 7:7,10,
11 8:22 9:24
10:13,17
11:20 12:8,23
13:1,9,12,15
14:15 16:5,
10,13 17:4,
12,15,24
18:14,16
19:14,18,21
Louie 14:9
Louisiana
7:22

**M**

machines
8:12,24 16:15
made 14:8
Maduro 11:11
magically
12:24

Majsoub  8:10
make  11:9
  17:12,15
Malloch-brown
  9:11 12:6
man  6:14 8:11
manipulate
  8:25
massive  10:4,
  7,16
media  3:11,19
  4:10 14:10
members  3:14
message  3:18
messages  3:6
  10:6
Michigan  7:18
  12:22 14:5
middle  16:12
Mike  8:17
million  6:24
  7:1 9:7 12:2
millions  5:24
mind  11:24
minister  8:10
  10:24 11:2
Mississippi
  7:23
Missouri  7:22
mocking  11:18
module  8:24
moments  2:4,
  11 14:13
money  5:16
  6:8 9:7
months  2:23
  5:11
Morgan  13:23
motion  7:24
moving  16:11
Mugica  8:13
multiple
  12:12 16:22

---

### N

names  8:8
  10:20 14:24
  15:4
nation  16:2
national  3:19
  13:5 18:5
nationals
  5:22 6:5
nations  3:4
nerve  15:20
News  3:2 5:14
night  12:25
  16:12 17:14
nonsense
  15:15 19:3
noted  7:7
November  2:9
  18:22 19:12
number  2:12

---

### O

oath  15:21
obtained  6:2
offer  17:16
office  2:15
  9:15 12:4
  15:21
ongoing  2:18
  3:1
open  4:6
opened  6:13
operating
  9:14
outcome  18:25
  19:15
outlets  4:19
outrageous
  4:24 15:8
overnight
  17:24
overseas  5:20

---

overturn
  15:11
overwhelming
  13:8

---

### P

Papa  14:7
paper  18:11
part  3:3 9:11
party  19:5,10
passed  11:10
past  5:3
patents  9:14
Patrick  14:5
patriots  19:2
payments  6:23
Pearl  2:10
  8:5 10:16
  14:23 17:18
Peddling  4:4
Pennsylvania
  7:18 14:16
people  8:25
  9:12,16 10:19
  11:21 15:14
  16:18 17:9
  18:11,21,25
period  3:24
permitted
  17:25
perpetrate
  16:16
person  9:13
personal  2:22
personally
  7:15
planned  9:5
playing  16:1
politically
  15:23
politics  16:1
Post  3:10
postal  13:22
potential  5:5

---

Powell  2:5,10
  8:15,22 10:3,
  14 11:6,21
  12:9,24 13:2,
  10,13,21
  14:12,22
  16:4,11,14
  17:5,13,23
  18:10,15
  19:13,17,19
preceded
  15:23
predicated
  3:3
President
  7:15,20 13:19
  16:16
presidential
  3:13 8:6 14:4
pretend  19:14
primal  19:23
proceed  13:4
proceeded
  11:13
produced  5:2
producing
  10:10
products  6:20
programs
  8:12,23
project  11:24
promise  2:6
promised  2:7
propaganda
  4:1
prosecutor
  8:16
Prosecutors
  4:6
proud  2:21
provided  4:7
public  7:9
purportedly
  9:20
put  10:18,25
  12:2 14:25
  17:16,20

**Q**

question  4:10
 18:3
questions
 18:9
quick  13:16
quote  2:20
 3:16,17 5:5
 6:3

**R**

radical  8:3
raise  4:21
 6:6 11:3
reach  11:2
real  17:1
 18:12
reams  9:3
reasons  13:17
recent  2:23
records  6:2
refused  2:25
 12:16
regime  6:6
relationship
 6:10 10:1
relationships
 5:22
remain  3:12
repair  3:7
report  3:13
 4:20 5:3,19
 6:1,9 7:4,7
 15:14
reported  3:9
reporting
 7:11
Republicans
 5:1
responsible
 18:5
restaurants
 6:20

results  7:17
 12:12,16
reviewing
 10:4
Reyes-zumeta
 8:11
ridiculous
 19:18
rig  8:12,20
 11:9
rigging  12:11
right-hand
 6:14 8:11
ringleader
 10:24
Rodriguez  8:9
 10:17,22
 11:16
Rodriguez's
 8:11
role  14:19
Ron  4:14
runoff  18:24
rural  14:17
Russian  3:16,
 22,25 4:8,9

**S**

Sarah  6:18
Schnatter
 14:7
screen  10:18
 15:2
SEC  12:1
Secretary
 19:22
secure  15:16
 18:7
securing  16:2
 18:5
security  13:5
 15:13,24
sees  15:10
sell  11:14
selling  8:17

senate  4:17
 5:2,19 6:1
Senators  4:14
September
 6:13,21
service  13:22
shared  12:4
shave  16:19
shop  3:8
short  10:9
show  2:2
showed  6:3
Sidney  2:5,10
 8:15,19,22
 10:3,14 11:6,
 21 12:9,24
 13:2,10,13,
 16,21 14:12,
 22 15:9 16:4,
 11,14 17:5,
 13,23 18:10,
 15,17 19:13,
 17,19
sign  15:10
significant
 6:3 15:10
silent  3:12
smart  19:1
Smartmatic
 8:13,23 9:4,
 8,16,18
smear  3:20
social  3:11
software  9:14
son  2:14,21
 4:5
Soros  9:9
Soros'  12:4
sources  3:2
South  7:23
space  12:4
SPEAKER  3:20,
 22,25 4:2,4,6
specific
 12:13 19:7
spending  6:19
 16:1

spent  4:15
spree  6:19
start  13:13
state  3:14
 16:11 19:7,22
statement
 2:20
states  7:17,
 21,25 11:18
 12:12 16:22
Stay  14:13
steal  8:4
stepped  13:24
stop  18:15
 19:2,24,25
story  2:2
 3:9,16
straightforwar
dly  17:16
strong  7:20
stronger  2:23
stupid  16:25
subcontractor
 13:22
sudden  9:19
suing  15:13
support  7:21
 8:1
supports
 17:17
Supreme  7:16,
 24
suspicious
 5:17 7:5
system  11:3,8
 19:7

**T**

talking  13:25
 14:5 15:5,25
Tarrant  9:16,
 19
taxes  5:16
team  16:5

tech   3:11
television
  11:20,22
term   13:20
Texas   7:16,
  20,24 8:1
  9:17
theories   4:5
theorist   4:13
things   16:9
  18:15
thoughts   16:3
thousands
  16:9
throw   7:17
thunderbolt
  2:7
tied   6:2 7:3
time   6:25
  10:9 16:1,4
today   2:13
  3:12 4:17
  7:21
ton   17:2
tonight   2:3
  8:2 13:22
totalling
  6:23 7:1
touch   2:12
trail   6:8
transactions
  3:4 5:17 7:3
transfers   7:1
treated   16:6
tremendous
  17:19
troubling
  12:9 13:10
trove   3:5
Trump   7:15
  16:16,20
Trump-
appointed
  2:25
truth   17:10
turn   5:7 7:13

turned   5:24
  9:17
TV   11:17
Twitter   3:11
  17:6,11

U

U.K.   12:6
U.S.   2:15,24
  11:2
Uh-huh   12:23
unconstitution
al   7:19
uncovered
  4:25
understand
  4:23
unit   15:12
United   11:18
upload   17:10
uploaded   17:2
Utah   7:23

V

Vaughn   5:7,9
  7:11
Venezuela
  8:10 11:9,25
Venezuelan
  10:23 11:20,
  22
vicious   2:22
vindicated
  14:8
virtue   11:12
vote   9:1
  12:17
voters   19:24
votes   9:21,22
  12:13,22
  16:17,19
voting   8:14

W

web   12:10
website   17:3,
  7
weeks   2:7 9:8
  12:3
weeks-long
  14:9
Weiss   2:25
West   6:15,22
  7:3
Western   14:15
whistleblower
  13:23 14:5
White   7:13
wife   6:17
Wilmington
  5:8
winning   7:20
  11:10
wire   7:1
Wisconsin
  7:18
witnessed
  11:4
witnesses
  16:7
won   16:17
word   17:9
work   4:18
  17:24
wrote   3:15

Y

Ye   6:10
Ye's   6:14
year   4:15
  6:24 13:14
years   5:11
yesterday
  12:15
York   3:10