# Exhibit 28

1

2

3

4

5                          FILE NAME:

6   Exclusive Sidney Powell on 2020 Election Lawsuits, Supreme

7            Court Decision Gen. Michael Flynn Case

8                         (25:19 min)

9

10

11

12          TRANSCRIPT OF VIDEO-RECORDED INTERVIEW

13                        SIDNEY POWELL

14                        JAN JEKIELEK

15

16

17

18

19

20

21

22

23

24   Transcribed By:
     TERRI NESTORE
25   CSR No. 5614, RPR, CRR

1        SIDNEY POWELL:  We have them destroying evidence

2   right and left in Georgia, in Cobb County, Gwinnett

3   County, Fulton County, everything from shredding ballots,

4   to wiping machines and replacing servers.  All of these

5   machines should have been impounded the day after the

6   election and reviewed for forensic analysis.

7        JAN JEKIELEK:  Joining us today is attorney

8   Sidney Powell, who has been leading election lawsuits in

9   multiple states.  On Friday she filed emergency requests

10  to the Supreme Court, asking the justices to order

11  officials in Georgia, Michigan, Wisconsin and Arizona to

12  decertify their 2020 election results.

13       We discuss the current status of the legal

14  challenges she's involved in, and her thoughts on the

15  Supreme Court's rejection of the Texas lawsuit, as well as

16  the conclusion of the Mike Flynn case.

17       This is American Thought Leaders and I'm Jan

18  Jekielek.

19       Sidney Powell, such a pleasure to have you back

20  on American Thought Leaders.

21       SIDNEY POWELL:  Oh, thank you, Jan.

22       It's always great to be with you all.

23       JAN JEKIELEK:  It's been a busy month for you.

24       I want to go back a little, before all the work

25  that you've been doing on the election, all these lawsuits

1  that you've been working on, because the last time we

2  spoke we were actually speaking about the case that you

3  were working on with General Flynn and since that time,

4  this case seems to have finally been resolved.

5        There was the president pardoned General Flynn in

6  a kind of historic way, as far as I can tell, and at the

7  same time the judge ultimately dismissed the case.

8        SIDNEY POWELL:  Yes.  He still took his time to

9  do that and wrote an opinion he really has no basis to

10  write because he didn't have jurisdiction to write it at

11  the time, so we will be moving to vacate his gratuitous

12  slam and appalling opinion because he had no jurisdiction

13  or basis to write it.

14        JAN JEKIELEK:  Okay.  Well, so -- exactly.

15        So your reaction to the pardon, then?

16        SIDNEY POWELL:  Well, it's unfortunate the

17  president had to issue it.  We certainly appreciate him

18  doing that, but if the legal system had worked the way it

19  should have, if Judge Sullivan had been a real judge

20  instead of a tool of Eric Holder, we wouldn't have had to

21  have the pardon.

22        JAN JEKIELEK:  It's an unusual pardon because

23  there is -- it isn't of someone that's necessarily guilty

24  here.

25        SIDNEY POWELL:  Right.  It was a pardon of

1  innocence because the judicial system did not work.

2      It's that broken.

3      JAN JEKIELEK:  How common is a pardon of

4  innocence?

5      SIDNEY POWELL:  Not all that common.  It's hard

6  enough to get a pardon to begin with, but I've been very

7  concerned over the last 20 years in particular, and in

8  writing Licensed to Lie, exposing corruption in the

9  Department of Justice that probably five to 10 percent of

10  our current prison population is actually innocent, and

11  another high percentage didn't have a trial fair enough to

12  tell whether they're guilty or innocent because we have so

13  many judges out there now that are result driven instead

14  of applying the rule of law like it should be.

15      And we have political prosecutions that never

16  should have happened in this country.

17      JAN JEKIELEK:  So actually I'll recommend to our

18  viewership Licensed to Lie, you know, an incredible book

19  explaining how the -- I guess I've heard it described as a

20  prosecurocracy, or something like that.

21      SIDNEY POWELL:  I hadn't heard that word.

22      It's a mouthful.  It sounds like it works.

23      JAN JEKIELEK:  Well, that the prosecutors in the

24  justice system have this incredible amount of power to,

25  you know, enter into pleading and so forth.

1        SIDNEY POWELL:  Yes, and there's definitely a

2   high number of what I would call self-interested

3   prosecutors that have taken on a life and mission of their

4   own, and they abuse the law in the process.

5        JAN JEKIELEK:  So I think probably you've been a

6   little too busy to start working on this request for an

7   order to vacate, but so that's coming?

8        SIDNEY POWELL:  Yes, that will be coming.

9        We will move to vacate Judge Sullivan's absurd

10  and nonjurisdiction-based decision.

11       JAN JEKIELEK:  Okay, and so -- and what's going

12  to happen to Judge Sullivan now, in your mind?

13       SIDNEY POWELL:  Well, if we had all the seats in

14  Congress that we should have had by virtue of a legitimate

15  election, there would be enough congressmen and senators

16  to impeach him.

17       One of the things I intend to do with

18  defendingtherepublic.org is examine all the elections

19  across the country that exhibited the same pattern of

20  fraud that we know happened in the swing states and work

21  to get the public and all the parties entitled to the

22  seats they actually won by legal votes.

23       That's going to take a while longer but it must

24  be done because we cannot have people sitting in our

25  Congress and House or in governorships to which they are

1   not entitled because of the voting machine fraud.

2           JAN JEKIELEK:  So let's talk about your court

3   cases that are currently in play.

4           You've actually filed emergency requests to the

5   Supreme Court to decertify the 2020 election results to

6   prevent the electors from casting their votes, in I think

7   four states now.

8           SIDNEY POWELL:  Yes.

9           JAN JEKIELEK:  Can you kind of break that down

10  for me, please.

11          SIDNEY POWELL:  Yes.  We've filed suits for the

12  process in Georgia, Wisconsin, Michigan and Arizona

13  because all those were fatally flawed by massive fraud in

14  every manner and means you can think of, but especially

15  insidious and troubling is the machine fraud conducted

16  through the Dominion Voting Systems.

17          In fact, one of our experts says Dominion fraud

18  was five percent higher votes for Biden across the board,

19  everywhere there was a Dominion machine running, and the

20  same was true for other democrats that were running on the

21  tickets in those states.

22          JAN JEKIELEK:  But in these four states, you're

23  saying that it was just a whole nother level.

24          SIDNEY POWELL:  Yes.  There was an additional

25  level of fraud in those states.  And we haven't had time,

1  as you might imagine, to look at all the instances of

2  fraud that need to be investigated.

3       It makes me wonder where in the world is our FBI

4  and our Department of Justice, and I'm frankly very

5  concerned that this entire system was originated likely by

6  the CIA and maybe even given to Venezuela years ago or

7  seeded in different places that it wound up with

8  Venezuela, which started the Smartmatic and Dominion

9  companies, and the only reason they have a Boca Raton

10  address here in the United States is to try to make them

11  seem like any United States company, but they're not.

12  They're owned, run and were organized and created by

13  Venezuelan dictator Hugo Chavez, with his dirty money and

14  the dirty money of the Cuban communists to ensure he won

15  every election after it was used.

16       One of our witnesses was a direct firsthand

17  personal observer of all of that; received the briefings

18  on how it all worked, saw it work in the control room for

19  election after election, and has given us detailed

20  affidavit to explain it all.

21       There's people who say there's no evidence just

22  are lying through their teeth or they're deliberately

23  ignorant or willfully blind to the truth and frankly,

24  they're part of the problem.  I mean, a lot of the people

25  who are saying there's no evidence are part of the problem

1  and know damn well that all of this happened and may have

2  even instigated it, benefited from it, paid for it,

3  encouraged it.

4        JAN JEKIELEK:  At this moment, you have basically

5  put in these emergency requests.  At the same time, you

6  know, just moments earlier, the Supreme Court decided to

7  not take on this Texas suit, and so tell me a bit, what's

8  your reaction to that?

9        SIDNEY POWELL:  Well, I have a mixed reaction to

10  it.  I had some concern over the standing of the states to

11  raise the issues they were raising to begin with, but I

12  thought because it was a suit that the court had original

13  jurisdiction of, the court would and should take it at

14  least to look at it and address it more fully than they

15  did.

16        It has no effect on our cases because our

17  plaintiffs are electors who have constitutional standing

18  in the electors and elections clause of the Constitution,

19  so we will not have standing issues in the four cases that

20  I brought.  The court really must address the merits.

21        Another case is also Lin Wood's case out of

22  Georgia, which is still before the court, and another case

23  out of Pennsylvania is also before the court.  There might

24  be a standing issue in one of those, but between the

25  multiple cases that are there right now, someone has to

1  have standing.

2        So one or more of those cases is going to have to

3  be addressed on their merits or we don't have a Supreme

4  Court.

5        JAN JEKIELEK:  And maybe I'll just get you to

6  clarify, for the benefit of our viewership, this idea of

7  standing.  I mean it's essentially that they have the

8  right to bring the case in the first place, but maybe you

9  can explain that a little more.

10       SIDNEY POWELL:  Yes.  To bring a case, you have

11  to be a party that suffered an actual injury as a result

12  of the conduct that is being complained of.

13       So, for example, the court was saying that Texas,

14  as a state, doesn't have a particular interest,

15  particularly in how other states run their elections, but

16  voters and electors should definitely have standing to

17  raise claims of vote dilution because electors are seated

18  as a result of the vote.  In fact, in several states they

19  have the same standing as a candidate would have by State

20  law, they have rights and duties under their State laws,

21  and they have a special mention in the Constitution as

22  being constitutionally required for the process of the

23  Electoral College.

24       So I don't think there's any circumstance under

25  which any court can say an elector that we represent,

1  multiple of in multiple states -- in fact Arizona, every

2  single elector in the state joined our suit.

3         So we have standing for all of the claims that we

4  have raised, beyond any doubt.

5         JAN JEKIELEK:  Fascinating.  Now talking about

6  Georgia, you've actually mentioned that some of the

7  counties didn't actually do a hand recount.

8         Now, you tell me more about this.

9         SIDNEY POWELL:  Yes.  They often ran the same

10  ballots through the same fraudulent creating machines,

11  which did absolutely no good whatsoever.  They did not

12  look at each ballot and compare the signatures.

13         If we could even get a hundred thousand ballots

14  of the last hundred thousand ballots run in Georgia, for

15  example, we could show, by instant mechanical analysis,

16  the difference in the ballots and the ink.

17         We know that there were hundreds of thousands of

18  fraudulent ballots imported into the country, likely from

19  China.  We have video of some coming across the border

20  from Mexico.  There's other information of ballots being

21  shipped from one state to another.  In fact, there was a

22  postal service driver, I think, who was sent from New York

23  to Pennsylvania in the middle of the night with a

24  truckload of ballots that was then used to, quote,

25  backfill, end quote, the vote count.

1        It's absolutely absurd.

2        We have more evidence coming in today of a

3   massive load of ballots, I think from Arizona to Georgia.

4        So they had these warehouses of counterfeit

5   ballots in different parts of the country, apparently, and

6   then shipped 'em in the middle of the night, as needed, to

7   backfill in the states where President Trump's voters

8   poured out in such great number that they broke the

9   algorithm they had preprogrammed in the computers for

10  Dominion to create the fraud.

11       That's why they had to stop counting in five

12  states and that's why it's absolutely absurd to say that

13  there wasn't voter fraud here.  We have counterfeit

14  ballots, we have dead people voting by the thousands, if

15  not hundreds of thousands.  There were something someone

16  called phantom voters.  There were just more manner and

17  means of fraud than any law abiding American citizen could

18  possibly imagine.  It's stunning.  It's absolutely

19  stunning.  And they were so in our face with it, and then

20  to deny it is purely Machiavellian.

21       JAN JEKIELEK:  Tell me a little more about these

22  four cases.  I assume that they're similar, right, in

23  nature or I understand they're similar in nature.

24       Can you tell me a bit about how those cases work

25  that are before the Supreme Court now.

1      SIDNEY POWELL:  Well, each case discusses in

2  detail the facts that relate to the state in which it

3  arises from, in some specific detail.

4      Then we also allege common claims.  It's, for

5  example, the voter dilution and denial of equal protection

6  under the Constitution is one of the claims that we raised

7  in each, because every fraudulent ballot destroys the vote

8  of a legal voter and effectively what they did with the

9  machine fraud was to -- they did everything from injecting

10  massive quantities of votes into the system that they just

11  made up or running counterfeit ballots through multiple

12  times, in multiple batches, to create the appearance of

13  votes that weren't really there.

14      They trashed votes.  They had this thing called

15  an adjudication system where they could program the

16  computer -- even by their own manual they explained this

17  -- they can program the computer to reject ballots for any

18  number of reasons.  We think that's what the whole Sharpie

19  thing was that happened in Arizona and another state too,

20  where if the vote was cast with a Sharpie, the machine

21  would automatically kick the vote to an adjudication file,

22  they called it, and then the people running the machines,

23  the computers, could simply take that whole adjudication

24  file that had hundreds of thousands of Trump votes in it

25  and drop it, trash it.  Or flip it to Biden.

1          And that happened all across the board.

2          JAN JEKIELEK:  Yeah, and that's very interesting

3   because I understand that basically what you found is that

4   larger than expected numbers of these votes would become

5   adjudicated and when they become adjudicated, that's what

6   creates the potential for changing the votes.

7          Do I understand that correctly?

8          SIDNEY POWELL:  That's one of the ways.

9          Another way they did it was to shave votes.  The

10  machine can weight the ballots.  So they can give Biden

11  votes a weight of 1.25 count and Trump votes are reduced

12  to a .75 count.  So they flip 25 percent of the votes for

13  Biden automatically; just every vote count, instead of a

14  vote counting at one, which is all a vote should ever

15  count as, one vote -- one man, one vote, that's our

16  standard, long held rule -- the only way it can work in a

17  democrat republic -- and instead, if you voted for Biden

18  you got a 1.25; if you voted for Trump, you got .75.

19          And we can see, in some of the readouts, that's

20  exactly what happened.  You can go back, the

21  mathematicians can go back and figure out the algorithm

22  that was run by precinct, even.

23          JAN JEKIELEK:  It's just incredible, right, to

24  hear.

25          So, you know, there's all these people out there

1   saying, especially among the corporate media and so forth,

2   look, look, all these lawsuits keep getting thrown out.

3          Clearly there's nothing there.

4          How do you respond to people like that?

5          SIDNEY POWELL:  Well, it's very concerning, Jan,

6   because this is obviously not the first time this has

7   happened.  It's the first time it's happened on this

8   scale, but I've been given a massive quantity of data from

9   California in 2016 that shows it happened there, that

10  Clinton did the same thing to Bernie Sanders there and I

11  have a witness who told me that they informed Bernie

12  Sanders of all of it and instead of outing it, he sold

13  out.

14         So the monied interests, the political interests,

15  the global power elites, have been doing this all around

16  the world wherever they wanted to for at least 15 or

17  20 years.  Our own government has been involved in some of

18  it.  It cuts across political lines.  There are some

19  republicans, no doubt, who benefited from it, just as

20  democrats have.  They're all playing the game.

21         I feel more every day like The Matrix movie was

22  real.  It's that bad.  It's that bad.

23         I mean, we know that Chavez -- well, we know that

24  Carolyn Maloney, for example, was complaining about it --

25  I think it was 2006, wrote a letter to the Secretary of

Exclusive Sidney Powell on 2020 Election Lawsuits

15

1  the Treasury, I think, and other people, expressing

2  concern over this Venezuelan owned company that's running

3  American elections.

4         And CFIUS approved it.  So we need to look at who

5  was on the CFIUS board then, you know, the heads of all

6  the major agencies that approved this to begin with.

7         One of the things Dominion gets people with is

8  what I would call election insurance.  You know, if you

9  put in the Dominion system, you know, you're going to win.

10 Reelection is no problem at all.  And that's what Hugo

11 Chavez had it rigged for.  The fact that people are

12 willing to turn a blind eye for this is just horrifying.

13        JAN JEKIELEK:  You know, and that's actually, I

14 guess, an analysis that could be run, to see how often the

15 incumbent that would put in the system subsequently won.

16        SIDNEY POWELL:  Exactly.

17        JAN JEKIELEK:  That would be interesting, to see

18 that.

19        SIDNEY POWELL:  Exactly.

20        JAN JEKIELEK:  You know, I was going to ask you,

21 you know, what motivates you but as you're describing

22 this, I can probably guess.  I mean, these are --

23        SIDNEY POWELL:  It's all about the truth.  If we

24 are going to be a free country, we have to have honest

25 elections.  They have been doing this to American citizens

1 and other countries around the world for at least

2 15 years.

3       Venezuela hasn't had a free election since Hugo

4 Chavez did the whole Smartmatic-Dominion voting system

5 thing.  They exported it to other countries.  It's been

6 used all around the world.  The Philippines.

7       I mean, I have people writing me from other

8 countries all the time saying, you're not just helping the

9 United States of America, you're helping anyone who wants

10 to be free in the entire world.

11       And the people responsible for this need to be in

12 prison worse than 90 percent, probably, of the people who

13 are there.  This is awful.

14       I mean there aren't even words sufficient to

15 describe how evil, insidious and malevolent this is.

16       JAN JEKIELEK:  Why do you think there's been so

17 many rejections of these suits in the courts?

18       SIDNEY POWELL:  Because the corruption goes deep

19 and wide.  They have threatened people's lives, they have

20 threatened people's children.  We have the very unusual,

21 quote, car wreck, end quote, that involved one of Kelly

22 Loeffler's regional campaign workers in Atlanta, just a

23 few days around the time of our suit.

24       Our judge in Atlanta gave us the preliminary

25 injunction we wanted, and 20 minutes later completely

1  reversed it.

2      JAN JEKIELEK:  There's actually work being done

3  as we speak, as I understand it, doing a kind of forensic

4  analysis of some of these Michigan machines, like some 20

5  of them -- I can't remember the exact details right now --

6  that you may be aware of.

7      SIDNEY POWELL:  Yes.  That is not my lawsuit,

8  it's an independent patriot that filed that lawsuit.  He's

9  done a great job with it and there's apparently a judge

10  there with fortitude and integrity.  It takes both.  I

11  think they go hand in hand.

12      But he has ordered the forensic examination of

13  those machines, which is what should be happening on every

14  Dominion machine in the country right now.  Every federal

15  judge should have ordered them impounded and reviewed

16  forensically; and frankly, it should happen in other

17  states too because our witness said that the DNA of the

18  code is in all the other systems also.  It's not just

19  Dominion.  Every voting machine in the country should be

20  checked for its validity and its ability to do exactly

21  what the Dominion machines have done here and to see

22  whether it was done in this election.

23      We have them destroying evidence right and left

24  in Georgia, in Cobb County, Gwinnett County, Fulton

25  County.  It's everything from shredding ballots, to wiping

1 machines and replacing servers.

2        All these machines should have been impounded the

3 day after the election and reviewed for forensic analysis

4 but I think the analysis is going to come from Michigan,

5 it's going to prove exactly what we have been saying was

6 happening with these machines.

7        They did a real hand count in one small county in

8 Georgia and found a significant vote flip, I think it was

9 about .26 of vote flip from Trump to Biden in that one

10 county where they actually did a real count.

11        And Coffee County, Georgia, just refused to

12 certify its results from the election because of what they

13 found as obvious fraud.

14        JAN JEKIELEK:  So at this point, what would it

15 take to get, you know, this broad assessment or analysis

16 of machines to actually happen?

17        SIDNEY POWELL:  Well, given the level of foreign

18 interference we can demonstrate and the country has

19 evidence of in our filings of foreign interference in the

20 election, it's more than sufficient to trigger the

21 president's executive order from 2018 that gives him all

22 kinds of power to do everything from seize assets to

23 freeze things, demand the impoundment of the machines.

24        I think under the emergency powers he could even

25 appoint a special prosecutor to look into this, which is

Exclusive Sidney Powell on 2020 Election Lawsuits

1  exactly what needs to happen.

2       Every machine, every voting machine in the

3  country should be impounded right now.  There's frankly

4  more than enough criminal probable cause to justify that,

5  for anybody who's willing to address the law and the facts

6  purely on the basis of truth and not politics or corporate

7  greed or global wealth.

8       JAN JEKIELEK:  You know, and that's interesting

9  that you mention that executive order because I understand

10 there's also a report that DNI Ratcliffe is supposed to be

11 preparing to come out in not too long from now -- it's

12 45 days, I believe, from the time of the election -- about

13 prospective issues.

14      SIDNEY POWELL:  Right.  And what happened in the

15 election.  Well, if that report is an honest report, it's

16 going to blow the mind of every citizen in the country

17 who's willing to look at the truth and the facts because

18 there's never -- we've never witnessed anything like this

19 in the history of this country, and it's got to be stopped

20 right now or there will never be a free and fair election.

21      JAN JEKIELEK:  So this is what you mean when you

22 say you feel the republic is at stake?

23      SIDNEY POWELL:  It is, absolutely.  Any election

24 from hereon out is an absolute farce and a joke and a

25 manipulated charade if we don't fix this right now and

1  come up with a system that we can all trust.

2      There should be nothing but transparency in an

3  election in the United States of America, and the very

4  fact that they are refusing to let people look at the

5  machines or address any of these issues tells us it's one

6  big fraud.

7      JAN JEKIELEK:  Well, no, exactly, and it's kind

8  of fascinating because you would feel like anybody would

9  want to be able to actually know the reality of the

10  situation.

11      SIDNEY POWELL:  Exactly.  As my friend Lin Wood

12  says, if people have nothing to hide, they hide nothing.

13      JAN JEKIELEK:  So Sidney, any final thoughts

14  before we finish up?

15      SIDNEY POWELL:  Just to say that we must fix

16  this, we must fix it now, and the American people must

17  demand it.  We cannot settle for anything like what we've

18  witnessed in the last four years.

19      The conduct of the democrats, the global elites,

20  the power brokers for the last four years, in their effort

21  to destroy President Trump -- and this is not about

22  President Trump, he's just a symbol of we the people.

23      It's about the future of the republic.

24      We have to fix this.  We have to fix it right now

25  and there should never be another election conducted the

Exclusive Sidney Powell on 2020 Election Lawsuits

21

1    way this one was.  There should never be another American

2    election without complete transparency.

3         JAN JEKIELEK:  Sidney Powell, such a pleasure to

4    have you on again.

5         SIDNEY POWELL:  Thank you, Jan.

6         (End of recording.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    C E R T I F I C A T E

2

3

4          I, TERRI NESTORE, Certified Shorthand Reporter/

5    Transcriptionist, do hereby certify that I was authorized

6    to transcribe the foregoing recorded proceeding, and that

7    the transcript is a true and accurate transcription of my

8    shorthand notes, to the best of my ability, taken while

9    listening to the provided recording.

10

11         I further certify that I am not of counsel or

12   attorney for either or any of the parties to said

13   proceedings, nor in any way interested in the events of

14   this cause, and that I am not related to any of the

15   parties thereto.

16

17

18   Dated this 18th day of December, 2020.

19

20

21         _____
            TERRI NESTORE, CSR 5614, RPR, CRR
22

23

24

25