# Exhibit 29

```
 1
 2
 3
 4
 5                        FILE NAME:
 6      Sidney Powell Kraken Released in MI; SCOTUS Next
 7                       (13:34 min)
 8
 9
10
11
12         TRANSCRIPT OF VIDEO-RECORDED INTERVIEW
13                      SIDNEY POWELL
14                     JOHN FREDERICKS
15
16
17
18
19
20
21
22
23
24  Transcribed By:
    TERRI NESTORE
25  CSR No. 5614, RPR, CRR
```

```
 1            JOHN FREDERICKS:  Joining us now is Sidney
 2  Powell.  Sidney is the lawyer, as you know, that has
 3  brought a number of lawsuits in a number of states;
 4  Arizona, Michigan, Wisconsin, Georgia being one of them.
 5            She got some favorable rulings over the weekend
 6  that we wanted to go into and have her outline now exactly
 7  where she is, give us up-to-date Sidney Powell.
 8            Sidney, thanks for being with us today.  We're
 9  live in McDonough, Georgia.
10            SIDNEY POWELL:  Well, thank you, John.  I hope
11  things get cleaned up in Georgia fast because there's no
12  point in voting on machines that commit fraud, and that's
13  what the Dominion machines do.  They can read the ballots,
14  change the ballots, flip votes from Trump to Biden or from
15  Kelly Loeffler to her opposition.  They can override
16  signatures.  We have evidence that they put massive
17  numbers in what they call an adjudication file and by
18  Dominion's own technical manual, you can do whatever you
19  want to with the adjudication file.
20            The evidence that we expect to be coming out in
21  about Michigan today is absolutely stunning.  It's a State
22  court case brought by a local practitioner up there who
23  has a lot of courage and integrity to seek the -- to fix
24  the problem that he saw in Antrim County, Michigan, and we
25  expect that evidence to be useful in every other suit in
```

```
 1  the country.  We have four cases pending in the Supreme
 2  Court right now arising from the election fraud in
 3  Arizona, Michigan, Wisconsin and Georgia.
 4          We filed a letter with the Supreme Court
 5  yesterday advising them of expected new evidence coming
 6  from Antrim County, Michigan, that case, and also from
 7  another expert witness that we have that shows dramatic
 8  instances of foreign interference in our election, and
 9  that triggers the president's executive order that he
10  entered on in, I think it was September 2018 or so, that
11  requires immediate action to protect the national security
12  interests of the United States because of the interference
13  in the election by foreign actors.
14          JOHN FREDERICKS:  So Sidney, tell us about your
15  case.  Let's get these one at a time here.  Let's go
16  through the Georgia one.  You've got four cases pending.
17          What are the chances that SCOTUS actually grants
18  you a hearing here?
19          SIDNEY POWELL:  Well, I don't know that they have
20  to grant a hearing, per se.  They can act on it with the
21  papers because we're asking for emergency relief, a
22  decertification and a stay of the seating of the Electoral
23  College designates because Trump designates should be
24  deciding the issues here and voting for President Trump.
25          The results in the elections were actually
```

```
 1  overwhelming for Trump, and it's imperative that the
 2  proper electors be seated.
 3          We have standing, unlike Texas did, because we
 4  represent the actual electors who are named in the
 5  Constitution.  They have a constitutional role in the
 6  process and have the same standing as would a candidate
 7  himself.  So there's no issue of standing in the case.
 8          There are clear injuries.
 9          So we pass all the procedural tests that the
10  court might want to impose, and the issue could not be one
11  of any greater importance for not only the country but
12  frankly, the free world.  Americans voted for freedom in
13  this election.  They voted to keep the United States of
14  America a free country, enabled to determine its own
15  destiny, instead of a global pawn.
16          JOHN FREDERICKS:  What would a favorable ruling
17  be?  What are you looking for out of SCOTUS?  I know two
18  of your four cases, they decided to get on the docket.
19          Just explain it in laymen's terms, Sidney, what
20  that means.
21          SIDNEY POWELL:  Well, they're all on the docket,
22  all four are on the docket, but nothing has been decided
23  yet.  We're asking them essentially to stop the train
24  because it can't proceed to the station in the current
25  condition of being totally infected with fraud.
```

```
 1              JOHN FREDERICKS:  So a favorable ruling would be
 2   that they do what?  They suspend -- walk us through what,
 3   in your mind, now, today or tomorrow, would -- it would
 4   have to be today -- would be a favorable ruling.
 5              SIDNEY POWELL:  If they say stop, that you can't
 6   proceed with the Electoral College process right now.
 7              JOHN FREDERICKS:  And that would be based on the
 8   evidence that you presented to them.
 9         And so what would their other option be?
10         To dismiss it again?  Can they do that?
11              SIDNEY POWELL:  Well, yeah, I guess.  They're the
12   Supreme Court, they can do whatever they decide to do but
13   that would certainly be the wrong result in this
14   situation, because there's no procedural basis on which
15   they could legitimately dismiss it.
16         They can always decide not to grant something but
17   again, with the importance of the issues to the entire
18   country, it would be horrific if the court didn't accept
19   these cases.
20              JOHN FREDERICKS:  Tell us about Antrim County in
21   northern Michigan where this one fellow up there, I think
22   his name is DePerno filed this suit, and basically they
23   went and did the forensic analysis of these Dominion
24   machines, they have the results back, the State of
25   Michigan blocked them from releasing it.
```

1          Where are we on that?  Explain that.
2          SIDNEY POWELL:  Yes.  Well, there was a hearing
3   this very morning -- in fact it started right now and I've
4   got to get back to it pretty quick here, but he's deciding
5   whether to release the report and take it out from under
6   the protective order and make it public.
7          I think he is the kind of judge that will do
8   this, because it couldn't be more important.  The world
9   needs to know what happened here because it's happened in
10  other countries around the world too.  I have people
11  writing me from all around the world, saying this happened
12  here, the Philippines, in any number of countries.
13         And Venezuela of course, you know, the system for
14  Dominion and Smartmatic that caused this fraud came from
15  Venezuela and was created to ensure the victories of Hugo
16  Chavez, the dictator, and then of course Maduro has
17  benefited from it, and they have sold it all over the
18  place.
19         JOHN FREDERICKS:  You would expect that to be
20  released.  Why would the State of Michigan fight the
21  release of this evidence?  Like if there's no evidence
22  there, wouldn't they want it out, Sidney?
23         SIDNEY POWELL:  Exactly, yes. As my friend
24  Lin Wood says, he who has nothing to hide, hides nothing.
25  Well, obviously the Secretary of State certified a

1  fraudulent election in Michigan.  It's going to be
2  extremely clear that that happened.  It's going to be
3  irrefutable, and they know it.  They know exactly what
4  they did.  This was deliberate, and there are certain
5  public officials in different states that know exactly
6  what happened here.
7          Some didn't.  The local people probably had no
8  idea what was going on until they saw different tabulator
9  results, but some people definitely did and that's why
10 Dominion was in certain states.
11         In fact, one of our experts -- and we have this
12 evidence attached to the exhibits at sidneypowell.com, at
13 defendingtherepublic.org, at kraken-wood.com, all of which
14 people have attacked and tried to take down -- and Twitter
15 won't even let us link kraken-wood.com on a Twitter -- on
16 a tweet and they took down our Kraken-Wood Twitter account
17 immediately.  We got an instant 150,000 or so followers,
18 and they took it down the next day.
19         So there's huge efforts to suppress the truth
20 here.  The social media companies, the media companies,
21 they are all part of the big problem and wanting to
22 control the country by a fraudulent vote.
23         It's really one of the -- it's the greatest crime
24 of the century, if not the life of the world.
25         JOHN FREDERICKS:  You expect the hearing in

1  Michigan at 8:30.  Now I know you have to get back to
2  that, so you're expecting the favorable ruling there would
3  be the judge simply overturns the injunction and allows
4  the evidence or allows the findings to be released?
5          SIDNEY POWELL:  Yes.
6          He just makes the report public.
7          JOHN FREDERICKS:  What is the harm in that?
8          Just make it public.
9          SIDNEY POWELL:  Exactly.  Because the public's
10 entitled to know how bad it is, and the Secretary of State
11 is obviously fighting that tooth and nail, as no doubt
12 will Smartmatic and Dominion, because they've been telling
13 everybody there's nothing wrong and that's a bald faced
14 lie.
15         JOHN FREDERICKS:  They don't want the results out
16 because -- and they're arguing that it violates their
17 contract with the states, that they have proprietary
18 software they don't want to get out.
19         So basically you've got these secretaries of
20 state and attorney generals arguing on behalf of a
21 software company, in opposition to its own people.
22         SIDNEY POWELL:  Yes.  And they shouldn't have
23 signed any contract, for example, that doesn't allow
24 transparency.  If you don't have a transparent election
25 system, you don't have an election system and that's

1  exactly the position we're in.  This was rigged from the
2  get-go, and everybody that was part of that knew it.
3          JOHN FREDERICKS:  Where are we with the machines
4  in Ware County, Georgia, that Garland Favorito brought to
5  everybody's attention with their 37 votes that changed
6  from Trump to Biden?
7          SIDNEY POWELL:  Which was a -- the same
8  percentage we're seeing changed in many other places.
9  It's a 1.26 weighting.  What the Dominion machines can do
10 is instead of registering one vote for each candidate,
11 they can go in and they can weight the vote.
12         So a vote for Biden counts as 1.26 points and a
13 vote for Trump only counts as .74.  So they do essentially
14 a 25 percent shift in the votes that causes twice that
15 amount, in terms of a flip.
16         It's really quite a remarkable process.
17         Just as criminal as it can possibly be.
18         JOHN FREDERICKS:  And all you're looking for is
19 for this information to get out to the public.
20         Tell us about -- I know we're short on time --
21 tell us about your lawsuit in Wisconsin.
22         Where are we in Wisconsin?
23         SIDNEY POWELL:  Everything -- Wisconsin, Arizona,
24 Michigan and Georgia are all right now pending emergency
25 petitions in the Supreme Court to get the process stayed,

1  and that's enough states to flip the count for President
2  Trump and stop the Electoral College process from
3  proceeding on the basis of a massive fraud.
4          JOHN FREDERICKS:  And that's going to be decided
5  on -- that has to be decided on today or what's the time
6  frame?
7          SIDNEY POWELL:  Well, that would certainly be the
8  best course, but fraud will vitiate any sort of finding at
9  any time.  The sooner the better, obviously, but this
10 election cannot proceed on the process, in the face of
11 this massive fraud.
12         It's a huge criminal fraud, it's a national
13 security violation.  The foreign interference triggers the
14 president's authority under the executive order of 2018,
15 and also the cyber attacks on the country.  This is part
16 of the cyber war that foreign actors are waging against
17 the United States.  It's got to be brought to a screeching
18 halt now, and the election cannot proceed on the basis of
19 this massive fraud.
20         JOHN FREDERICKS:  Sidney Powell with us.
21         Sidney Powell, as you know, the lawyer that has
22 brought all these suits, along with Lin Wood.
23         Sidney, so is it fair to say that if one state
24 falls, they're all going to fall?
25         SIDNEY POWELL:  Yes.

```
 1              JOHN FREDERICKS:  Because all the evidence is the
 2   same, basically, right?
 3              SIDNEY POWELL:  Yes, it's -- yes.  There are
 4   different kinds of specialized fraud in some of the
 5   states, but in terms of the Dominion machine fraud, yes,
 6   it's going to be the same everywhere and yes, multiple
 7   states should fall because of this fraud.
 8              JOHN FREDERICKS:  And so it's going to be up to
 9   the Supreme Court of the United States that all of these
10   four you have filed, they're all in the docket and they
11   have to rule on each state individually or will it be a
12   blanket ruling?
13              SIDNEY POWELL:  They could do it -- they could
14   take them together, and they could take them together also
15   with a Pennsylvania case that's pending there.  In fact,
16   there might be two Pennsylvania cases still pending, and
17   with Lin Wood's individual case from Georgia, which raises
18   the issue of the fraudulent absentee ballots, 1.3 million
19   of them, I think, subject to all kinds of violations,
20   particularly equal protection and the issue with respect
21   to coming in late and not being -- their signatures not
22   being verified.
23              I hate to cut you off, John, but I've got to get
24   back to this hearing.
25              JOHN FREDERICKS:  Hey, Sidney, I want to thank
```

1  you.  Thank you for that update and thank you for being
2  with us and thank you so much.  Sidney Powell.
3          SIDNEY POWELL:  My pleasure.
4          JOHN FREDERICKS:  John Fredericks.
5          SIDNEY POWELL:  John, thank all your listeners
6  for caring about it, and we've got to start talking about
7  these issues and getting all our neighbors informed.
8          (End of recording.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Case 1:21-cv-00040-CJN   Document 1-29   Filed 01/08/21   Page 14 of 14
John Fredericks Show Sidney Powell Kraken Released in MI

13

C E R T I F I C A T E

I, TERRI NESTORE, Certified Shorthand Reporter/Transcriptionist, do hereby certify that I was authorized to transcribe the foregoing recorded proceeding, and that the transcript is a true and accurate transcription of my shorthand notes, to the best of my ability, taken while listening to the provided recording.

I further certify that I am not of counsel or attorney for either or any of the parties to said proceedings, nor in any way interested in the events of this cause, and that I am not related to any of the parties thereto.

Dated this 17th day of December, 2020.

_____
TERRI NESTORE, CSR 5614, RPR, CRR