# Exhibit 30

```
 1
 2
 3
 4
 5                      FILE NAME:
 6             Sidney Powell to Newsmax TV -
 7           Dominion Designed to 'Rig Elections'
 8                       (9:46 min)
 9
10
11
12        TRANSCRIPT OF VIDEO-RECORDED INTERVIEW
13                     SIDNEY POWELL
14                      GREG KELLY
15
16
17
18
19
20
21
22
23
24  Transcribed By:
    TERRI NESTORE
25  CSR No. 5614, RPR, CRR
```

```
 1              GREG KELLY:  Folks, we got some news out of
 2   Michigan, and this could be very significant.  From the
 3   Detroit -- well, actually we'll go to Jenna Ellis first.
 4              Breaking this evening, the County Board of
 5   Canvassers in Wayne County, Michigan, refused to certify
 6   the election results.  If the State Board follows suit,
 7   the republican State legislator will select the electors.
 8   Huge win for Donald Trump.
 9              Very, very interesting.  They found major
10   problems with -- let's see here -- absentee voting
11   precincts didn't match the number of ballots cast, the
12   ballots between August and November are not an exact
13   comparison but look, there's a lot here and we've got the
14   perfect person, Sidney Powell, standing by, member of
15   President Trump's legal team.
16              Sidney, welcome.  And I know you've been handling
17   a lot of the Georgia situation and Dominion but your
18   reaction to the situation in Michigan, please.
19              SIDNEY POWELL:  Well, that's an excellent
20   development and I would expect the entire Michigan Board
21   to reject the counts from the ballots.  The election could
22   not have been more rigged than it was and I think it also
23   affected the race of Senator John James.  The same
24   patterns fall there.  We're still doing statistical
25   analysis of that race.  But this -- the math just doesn't
```

1  add up for anything, and we know Dominion has a long
2  history of rigging elections.  That's what it was created
3  to do, to begin with.
4         We've introduced the affidavit of the person who
5  worked with Maduro, a high-ranking military officer who
6  saw it all happen and explained how it worked, and it's
7  out for the public to see on my Twitter feed
8  @sidneypowell1, so don't tell me there's no evidence of
9  fraud.
10        We've got increasingly mounting evidence of
11 significant fraud across multiple states that casts into
12 question the validity of elections in every swing state,
13 including Nevada and Arizona and Michigan, Wisconsin,
14 Georgia, and it went beyond that too.
15        GREG KELLY:  You know, regarding Dominion, you've
16 raised this and we saw the letter last night.  People like
17 Elizabeth Warren, Amy Klobuchar have raised significant
18 concerns about Dominion.  Now they're trying to make it
19 seem like a right wing wacko conspiracy concern, even
20 though people like PBS were raising serious issues about
21 Dominion just before the election.
22        I heard you say today Dominion, the software was
23 actually designed to be hacked and I'm looking at one of
24 the agreements they had with the County of Santa Clara on
25 -- this is a contract between them and Dominion:

1  Item 226.  Allows staff to adjust tally based on review of
2  scanned ballot images.  Look, you're the lawyer, I'm no
3  tech expert, but that sounds very, very funky to me.
4          SIDNEY POWELL:  And worse than that, it had a
5  backdoor so it could be manipulated by anyone who could
6  access it through that backdoor, and that was a deliberate
7  feature.
8          The affidavit of the young military officer we
9  provided yesterday to the public explains how it was
10 created for that very purpose so Maduro -- I mean so Hugo
11 Chavez would never lose another election, and he did not
12 after that software was created.  He won every single
13 election, and then they exported it to Argentina and other
14 countries in South America and then they brought it here.
15         And it's a foreign company, no matter how you
16 look at it, so they've already violated the president's
17 order against foreign interference in our elections.  Our
18 votes were actually eventually counted in Barcelona,
19 Spain, or Frankfurt, Germany, on foreign servers.
20         It's absolutely stunning, and what's really
21 stunning is the effort that is being mounted against
22 getting the truth out on this, but you have to realize
23 that every tech company, every media company, every social
24 media company, scads of globalist corporations have been
25 doing business in countries with these dictators that have

 1  been installed through this rigged election system for
 2  decades.  The corruption is actually worldwide.
 3          It is going to upset a countless number of
 4  elections across this country and around the world, but we
 5  need to do that to get rid of the corruption.
 6          GREG KELLY:  It does make a lot of sense now how
 7  Joe Biden campaigned, i.e., not campaigning.  Their team
 8  seemed to know something.  If this is true about
 9  Dominion -- and I suspect it is -- by the way, regarding
10  -- well, okay.  So we have these concerns, you've got your
11  whistleblower.  Who do you bring this to?  What happens
12  next?  What body do you have to implore to take action?
13          SIDNEY POWELL:  Well, we can add a fraud claim to
14  any of the states in which litigation has already been
15  filed, as soon as we can get the rest of the material
16  together that I'm still in the process of collecting
17  because frankly, witnesses are coming forth every day that
18  are fed up with the corruption in Dominion and the states
19  and the counties and the country.
20          So we're intaking information at an amazing level
21  of people who want to stop this and are absolutely fed up
22  with it.
23          GREG KELLY:  You mentioned --
24          SIDNEY POWELL:  We've got the evidence from the
25  own mouths of the guy who founded the company.  I haven't

```
 1  even had a chance to get that out to the public yet but
 2  they admit -- the founder of the company admits he can
 3  change a million votes, no problem at all.
 4          GREG KELLY:  The founder of Dominion admitted a
 5  long time ago?  Recently to you?  Tell us more, please.
 6          SIDNEY POWELL:  Publicly.  I will tweet out the
 7  video later and I'll tag you in it.
 8          GREG KELLY:  Please do, @gregkellyusa, if you
 9  don't mind.  That's pretty wild.
10          Oh, by the way, what can you tell us about -- you
11  mentioned the whistleblower.  There is a whistleblower.
12          Remember, whistleblowers who are against
13  President Trump are held as heros and defied.
14          What can you tell us about this individual?
15          SIDNEY POWELL:  The one who gave us the
16  affidavit?
17          GREG KELLY:  Yes.
18          SIDNEY POWELL:  He was a high-ranking military
19  officer, he was very close to Hugo Chavez and he is just
20  absolutely disgusted with what he's seen and was
21  participating in when he was with Mr. Chavez.  He saw how
22  it all worked.  He was at meetings where it was fully
23  briefed and he wants this country to not fall prey to the
24  same corruption and tactics that were used in Venezuela.
25          GREG KELLY:  I'm sorry, is he an American
```

```
 1  military officer or a Venezuelan military officer?
 2          SIDNEY POWELL:  He was a Venezuelan military
 3  officer.  He lives in this country now.
 4          GREG KELLY:  And you mentioned the CIA today.  I
 5  heard you during a radio appearance.  You want the CIA
 6  director fired.  It seemed a little bit off topic and off
 7  message, but what's the tie-in, if you don't mind?
 8          SIDNEY POWELL:  The tie-in is that there's no way
 9  these programs could have been run around the world to
10  affect elections without the CIA.  We also have had people
11  disclose to us the whole Hammer program that was created
12  for the CIA; and Scorecard, which is essentially the same
13  thing.  It seems like every country has used something
14  like this to do what it wants to do, supposedly ours was
15  invented to influence foreign elections, but that too
16  could have been turned on this election.
17          It's all part of the same part and parcel of
18  government interference in elections to make choices
19  against the will of the people, and the will of the people
20  in this country was that Donald Trump win in a landslide,
21  if we can get to the bottom of it -- and I am determined
22  to do that -- I think we'll find that he had at least
23  80 million votes.  The only reason the glitches happened
24  in the system was because he was so -- had so far many
25  more votes than they had calculated in advance, their
```

```
 1  algorithms wouldn't perform the functions they had
 2  originally performed or were set to perform.  They
 3  couldn't make up the vote count, he had gotten so many
 4  hundreds of thousands more than they planned.
 5           So that's when they had to stop the counting and
 6  come up with a way to backfill the votes or destroy votes
 7  for Trump while they fabricated votes for Biden.
 8           GREG KELLY:  Sidney Powell -- who is a former
 9  federal prosecutor, by the way, spent ten years working
10  for the federal government, good luck.
11           And by the way, very quickly, you have evidence,
12  it's coming in fast.  There is a reason for not making it
13  public, correct?  I mean, you're going to have a hostile
14  media picking it apart, possibly trying to destroy your
15  case before you can even make it.  Is that part of your
16  thinking?  Very briefly, if you don't mind.
17           SIDNEY POWELL:  Well, not really.  It's a matter
18  of collecting it in the right form and format to be
19  admissible.  And we have witnesses that are scared.  We
20  have witnesses that are afraid for their lives, afraid for
21  their families back in Venezuela.  There are all kinds of
22  concerns.  People have been threatened, and it's very
23  serious.  We're talking about trillions of dollars of
24  worldwide wealth here that was all corrupt, and every
25  force in the world except 80 million voters, we the people
```

1   and my little team, seem to be against us.
2           GREG KELLY:  Well, millions are praying for you
3   and with you, and find her on Twitter -- the least we can
4   do -- sidneypowell1 -- @sidneypowell1, the numeral 1.
5           We appreciate it so much.
6           Good luck, and please stay safe.
7           SIDNEY POWELL:  Thank you, Greg.  You too.
8           GREG KELLY:  All right.  Take care now.
9           Good stuff.
10          (End of recording.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1                    C E R T I F I C A T E

 2

 3

 4           I, TERRI NESTORE, Certified Shorthand Reporter/

 5   Transcriptionist, do hereby certify that I was authorized

 6   to transcribe the foregoing recorded proceeding, and that

 7   the transcript is a true and accurate transcription of my

 8   shorthand notes, to the best of my ability, taken while

 9   listening to the provided recording.

10

11        I further certify that I am not of counsel or

12   attorney for either or any of the parties to said

13   proceedings, nor in any way interested in the events of

14   this cause, and that I am not related to any of the

15   parties thereto.

16

17

18   Dated this 18th day of December, 2020.

19

20
                                    [signature]
21                      _____
                            TERRI NESTORE, CSR 5614, RPR, CRR
22

23

24

25
```