# Exhibit 31

screenshot-twitter.com-2021.01.06-13_58_32
https://twitter.com/realDonaldTrump/status/1329408856733184008
06.01.2021

