# Exhibit 33

1
2
3                         File:
4   20201119 MUST-SEE Tucker Carlson ABANDONS Trump's
5                election fraud case on air
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1    TUCKER CARLSON:  For more than a week,
2    Powell has been all over conservative media with
3    the following story:  This election was stolen by
4    a collection of international leftists, who
5    manipulated vote tabulating software in order to
6    flip millions of votes from Donald Trump to Joe
7    Biden.
8         The other day on television, Powell said of
9    Trump that when the fraud is finally uncovered,
10   quote, I think we'll find he had least 80 million
11   votes.
12        In other words, rigged software stole about
13   seven million votes in this election.
14        Hear some of what Powell said today about
15   the software.
16        Sidney POWELL:  One of its most
17   characteristics features is -- is its ability to
18   flip votes.  It can set and run an algorithm that
19   probably ran all over the country to take a
20   certain percentage of votes from President Trump
21   and flip them to President Biden; which we might
22   never have uncovered had the votes for President
23   Trump not been so overwhelming in so many of these
24   states that it broke the algorithm that had been
25   plugged into the system, and that's what caused

1   them to have to shut down in the states they shut
2   down in.
3            TUCKER CARLSON:  That was a few hours ago,
4   but Sidney Powell has been saying similar things
5   for days.
6            On Sunday night we texted her after
7   watching one of her segments.  What Powell was
8   describing would amount to the single greatest
9   crime in American history:  Millions of votes
10  stolen in a day, democracy destroyed, the end of
11  our centuries-old system of self-government.  Not
12  a small thing.
13           Now, to be perfectly clear, we did not
14  dismiss any of it.  We don't dismiss anything
15  anymore; particularly when it's related to
16  technology.  We've talked to too many Silicon
17  Valley whistleblowers.  We have seen too much.
18           After four years, this may the single most
19  open-minded show on television.  We literally do
20  UFO segments; not because we're crazy or had even
21  been interested in the subject, but because there
22  is evidence that UFOs are real, and everyone lies
23  about it.
24           There's evidence that a lot of things that
25  responsible people used to dismiss out of hand as

```
 1   ridiculous are, in fact, real.
 2        And we don't care who mocks it.  The louder
 3   the Yale Political Science Department and the
 4   staff at the Atlantic Magazine scream conspiracy
 5   theory, the more interested we tend to be.  It's
 6   usually a sign you're over the target.
 7        A lot of people with impressive setting
 8   credentials in this country are frauds.  They have
 9   no idea what they're doing.  They're children
10   posing as authorities, and when they're caught,
11   they lie and then they blame you for it.
12        We see that every day.  It's the central
13   theme of this show, and will continue to be.
14        So that's a long way of saying we took
15   Sidney Powell seriously.  We have no intention of
16   fighting with her.  We've always respected her
17   word.  We simply wanted to see the details.  How
18   could you not want to see them?
19        So we invited Sidney Powell on the show.
20   We would have given her the whole hour.  We would
21   have given her the entire week, actually, and
22   listened quietly the whole time at rapt attention.
23   That's a big story.
24        But she never sent us any evidence; despite
25   a lot of requests, polite requests.  Not a page.
```

1  When we kept pressing, she got angry and told us
2  to stop contacting her.
3       When we checked with others around the
4  Trump campaign, people in positions of authority,
5  they told us Powell has never given them any
6  evidence either; nor did she provide any today at
7  the press conference.
8       Powell did say that electronic voting is
9  dangerous.  And she's right.  We're with her
10 there.  But she never demonstrated that a single
11 actual vote was moved illegitimately by software
12 from one candidate to another.  Not one.
13      So why are we telling you this?  We're
14 telling you this because it's true.  And in the
15 end that's all that matters, the truth.  It's our
16 only hope.  It's our best defense.
17      BRIAN TYLER COHEN:  Do you realize how far
18 into the fringes you have to be for Tucker Carlson
19 to abandon you?  For Tucker Carlson to indicate
20 that you're full of it?  Because, apparently,
21 Trump's attorney Sidney Powell just found out.
22      And bear in mind, this isn't me giving
23 Tucker Carlson credit, because he may unilaterally
24 be responsible for spreading more disinformation
25 to those on the right than any other person in

```
 1   this country.
 2          What this is, is a referendum on just how
 3   off-the-rails delusional Sidney Powell is, that
 4   even the guy who, by his own admission, spouts off
 5   about UFOs isn't buying her story.
 6          Well done, Sidney.
 7          Now, Powell did eventually respond to this
 8   saying, quote:  Apparently Mr. Carlson missed the
 9   news conference today.  I would continue to
10   encourage him and all journalists to review all
11   the materials we've provided so far and conduct
12   their on investigations.  Evidence continues to
13   pour in, but a five-minute television hit is not
14   my focus now.  Collecting evidence and preparing
15   the case are my top priorities.
16          And this has been the excuse all along,
17   that they have much evidence, mountains of
18   evidence, but she just can't show anyone.
19          Right.  And my girlfriend is an
20   international super model, but you can't talk to
21   her right now because she's not at home, she's in
22   Canada.
23          And while we wait for this supposed
24   devastating avalanche of irrefutable evidence,
25   consider what's happened in every other court
```

1   appearance for the Trump campaign.  Out of 31
2   cases, the Trump team has lost 30 of them.  They
3   are literally one for 31 in the courts.
4          Because while publicly they might claim to
5   have all the evidence that observers weren't
6   allowed to oversee the counting, or that dead
7   people voted, or that the whole process was rife
8   with fraud; when they have to actually tell the
9   truth in a courtroom, they suddenly change their
10  tune completely.
11         Meaning, quite simply, that when people
12  like Sidney Powell tell you that they've got
13  evidence proving Trump won, they are lying.
14         But, hey, maybe you're thinking that you
15  just want to give Powell the benefit of the doubt
16  and hear her out.  Sure.
17         Here's what she had to say in her latest
18  press conference.
19         Sidney POWELL: -- here and uncovering more
20  by the day is the massive influence of communist
21  money through Venezuela, Cuba, and likely China,
22  in the interference with our elections here in the
23  United States.
24         The Dominion voting system, the Smartmatic
25  technology software, and the software that goes in

1   other computerized voting systems here as well,
2   not just Dominion, were created in Venez- -- in
3   Venezuela at the direction of Hugo Chavez to make
4   sure he never lost an election after one
5   constitutional referendum came out the way he did
6   not want it to come out.
7         We have one very strong witness who has
8   explained how it all works.  His affidavit is
9   attached to the pleadings of Lin Wood and the
10  lawsuit he filed in Georgia.  It is a stunning
11  detailed affidavit, because he was with Hugo
12  Chavez while the -- he was being briefed on how it
13  worked.
14        BRIAN TYLER COHEN:  That Cuba, China and
15  Venezuela all conspired to interfere in our
16  election through a plot concocted by Hugo Chavez,
17  the president of Venezuela who died in 2013, with
18  the help of his Dominion voting software, all
19  under the cloak of darkness to ensure that Donald
20  Trump would be deprived of a second term.
21        Do I need to say more?
22        The simple fact is this:  Sidney Powell can
23  claim whatever she wants.  She can allege fraud
24  and switched ballots and even dead foreign leaders
25  and acting plots to overthrow our government; but

1   the burden of proof lies with her.  And unless she
2   can actually go ahead and prove it, then she looks
3   like every other tinfoil-hat lunatic spouting
4   conspiracy theories they found on the internet.
5          And here's the thing:  What Sidney Powell
6   is doing doesn't look good on either side of the
7   aisle.  From the left, she obviously looks like
8   the lying grifter that she is.
9          But even on the right, if your earnest goal
10  is to see Trump's claims adjudicated, parading
11  this woman around who keeps promising evidence
12  that has never once managed to materialize, is
13  making the entire process look like nothing more
14  than the butt of a bad joke.  She's an
15  embarrassment.
16         A point that even Tucker Carlson seems to
17  be able to pick up on; which is weird, because I
18  was totally under the impression that Trump only
19  hired the best people.
20         There's also the possibility that she's
21  just cashing in.  Here is clearly a job that no
22  one else wants; and while she might not have a
23  snowball's chance in hell of winning any court
24  cases, the only person she has to impress is
25  Donald Trump.

1      So she'll go out there and perform for an
2   audience of one, and collect her paycheck; because
3   at the end of the day, remember this, for
4   republicans, it always comes down to money.
5      So regardless of her reasoning, do yourself
6   a favor and ignore this woman, and the circus that
7   she's brought with her.
8      Donald Trump has lost the election.  And no
9   matter how hard he tries with these last-minute
10  despotic antics, he's not going to overturn the
11  results of this election.  But he'll go down in
12  history for trying to, and Sidney Powell's name
13  will be right there alongside his for doing her
14  best to destroy our democracy.
15      If you like this video, please check out my
16  podcast No Lie with Brian Tyler Cohen, where I
17  take a deep dive into the week's most important
18  stories and interview major players in politics,
19  including Kamala Harris, Katie Porter, Adam
20  Schiff, Nancy Pelosi, Eric Swalwell, Mary Trump,
21  Al Franken, Cory Booker, and many, many more.
22      Again, that's No Lie with Brian Tyler
23  Cohen, available anywhere you listen to podcasts.
24      (End of the recording.)
25

1  C E R T I F I C A T E
2
3       I, JACKIE MENTECKY, do hereby certify that
4  I was authorized to transcribe the foregoing recorded
5  proceeding, and that the transcript is a true and
6  accurate transcription of my shorthand notes to the best
7  of my ability taken while listening to the provided
8  recording.
9
10 Dated this 28th day of December, 2020.
11
12
13
14
15       _____
16                JACKIE MENTECKY
17
18
19
20
21
22
23
24
25