# Exhibit 34

screenshot-twitter.com-2021.01.06-13_59_24
https://twitter.com/realDonaldTrump/status/1329760015314464770?s=20
06.01.2021

