# Exhibit 36

1

2

3

4

5                          FILE NAME:

6            Sidney Powell It will be BIBLICAL

7                         (20:40 min)

8

9

10

11

12        TRANSCRIPT OF VIDEO-RECORDED INTERVIEW

13                       SIDNEY POWELL

14                        ROB SCHMITT

15                       MARK HALPERIN

16

17

18

19

20

21

22

23

24   Transcribed By:
     TERRI NESTORE
25   CSR No. 5614, RPR, CRR

1          ROB SCHMITT:  All right, we now have Sidney

2   Powell on the phone.  We got the little gremlins out of

3   the system there, whatever the problem was.  Sidney if you

4   can hear us, great to talk with you tonight.

5          SIDNEY POWELL:  Yes.

6          ROB SCHMITT:  How you doing?

7          And it's good to talk with you, as always.

8          I want to start off with just the ruling.  The

9   biggest news out tonight is this Pennsylvania ruling from

10   this Federal District Court judge.

11          What do you make of that?

12          SIDNEY POWELL:  Yes.  Well, you know, each of the

13   District Court judges has their own particular perspective

14   on things, and I think that judge was appointed by

15   President Obama.  We really don't expect to win a lot of

16   the District Court cases, but ultimately the Court of

17   Appeals and the Supreme Court are -- will have to get it

18   right.  We're very clear on the law and the facts on

19   multiple issues, and we haven't even begun to present the

20   big fraud case yet that I am still working on, and it's

21   going to be a blockbuster.

22          ROB SCHMITT:  I mean, it's interesting,

23   obviously.  I mean you guys had the news conference this

24   week.  There was a lot of compelling stuff in there.  It

25   sounded like you guys were making progress going down a

1  road of investigation but as I think anybody understands,

2  when you're trying to lay out a case, it takes time to

3  find out what you have.

4        You had a bit of a rub with Tucker Carlson this

5  week, who basically said you didn't have any evidence,

6  when they asked you to come on.  What is the truth of the

7  matter there?  Because that made a lot of news.

8        SIDNEY POWELL:  Oh, yes.  Well, he sent me some

9  very abrasive and disrespectful emails or text messages

10 and I responded politely, offering him a different person

11 as a witness who could explain it.  I simply didn't have

12 time to do it then, and I sent him a copy of one of the

13 compelling affidavits that we have in the case, and

14 apparently that wasn't sufficient for him.  He was having

15 a little bit of a tantrum.  But I didn't see or hear what

16 he said and I haven't had time to listen to what he said

17 after that.  I'm just proceeding on my course of getting

18 the case ready to prove in a court, which is where we

19 prove cases of law, not in the media.

20        ROB SCHMITT:  What is your timeline?  As you look

21 at this, what's the timeline, you think, before you can

22 put out some of this evidence that can really -- if you

23 want to shut the media up, where they say that you guys

24 have nothing, when will you have some of this stuff that's

25 this hard core evidence and paper in writing?

1        SIDNEY POWELL:  Well, frankly, the affidavits

2   we've already introduced are hard core evidence.  They're

3   firsthand testimony of witnesses who saw how and why the

4   system was created and how it worked to accomplish the

5   objective for Hugo Chavez.  There are people who saw

6   ballots being destroyed.  We've got evidence from people

7   who saw fake ballots being created.

8        We've got all kinds of different evidence.

9        And then we've got the statistical and

10  mathematical evidence that's absolutely irrefutable.  I

11  mean, a coin doesn't land on the same side when you flip

12  it 186,000 times.  You can't just inject 86,000 Biden

13  votes and expect anybody to believe those are real.

14       And they're not.  No matter how you analyze the

15  statistics, whether it's a predictive model or the actual

16  data as it comes in, it doesn't hold water.

17       And we've got other testimonial evidence that

18  appears to be coming in now to indicate the democrats

19  literally added 35,000 votes to every democratic candidate

20  to begin with.

21       ROB SCHMITT:  35.  In any particular state or --

22  you say 35,000.  Where?

23       SIDNEY POWELL:  We've got it definitely all over

24  one state, and I would be willing to bet it happened

25  everywhere.

Newsmax Sidney Powell it will be Biblical

5

1          ROB SCHMITT:  And when you lay all this out, and

2   you're going to do this in court, do you have what you

3   think is irrefutable evidence that will make up the minds

4   of millions of American people?

5          SIDNEY POWELL:  Well, the burden of proof in

6   court is only a preponderance of the evidence.  It's not

7   beyond a reasonable doubt.  That's the criminal standard.

8          But frankly, with everything we've got, these

9   should be criminal prosecutions at a significant level for

10  fraud and conspiracy to defraud, provable beyond a

11  reasonable doubt.

12         There are hundreds of thousands of people in our

13  criminal system right now in prison, who were convicted on

14  far less evidence of guilt than we have here.

15         MARK HALPERIN:  Sidney Powell, I want you to

16  react to something that I've seen this republican senator

17  from Pennsylvania, Pat Toomey just said in reaction to the

18  District Court judge's decision.  The District Court judge

19  is someone who's very close to Pat Toomey.  Senator Toomey

20  says that President Trump has now, quote, exhausted all

21  plausible legal options to challenge the result of the

22  presidential race in Pennsylvania.  Is that true?

23         SIDNEY POWELL:  No, that's not true at all.

24         MARK HALPERIN:  Can you explain why the senator's

25  wrong?

1          SIDNEY POWELL:  We've hardly begun to fight.

2          MARK HALPERIN:  Can you explain, though, why is

3     the senator wrong?

4          SIDNEY POWELL:  Well, he's wrong because

5     Pennsylvania was one of the hotbeds of many varieties of

6     fraud and criminal acts that the Department of Justice,

7     frankly, should be in there prosecuting, and we're going

8     to dump a whole lot of them into evidence in our fraud

9     case that we're going to file in Pennsylvania.

10         MARK HALPERIN:  Why do you think the Justice

11    Department isn't being more aggressive in following up on

12    what you see?

13         SIDNEY POWELL:  I think the Justice Department

14    has known about this issue for a long time and turned a

15    blind eye to it.

16         MARK HALPERIN:  Why, though?

17         SIDNEY POWELL:  I wonder how much the CIA

18    actually had a role in starting this kind of program to

19    begin with, to use on other countries.

20         MARK HALPERIN:  Why would Donald Trump's Justice

21    Department not be interested in this?

22         SIDNEY POWELL:  Well, you know, I wish Donald

23    Trump had as much control over the Justice Department as

24    people think he does.  It's taken on a life of its own.

25              I don't think even Bill Barr has the control over

1   this Justice Department that he would like to have because

2   there are so many lawyers in so many different places

3   doing whatever it is they want to do and ignoring the

4   standards and practices that historically created the

5   Justice Department to seek justice, and not convictions.

6           I mean, I wrote a book about that back in 2014.

7           I mean, we've been on this increasingly bad path

8   for decades now and it's done nothing but get worse

9   because nobody's told the truth and stood up for the

10  truth, but Americans are now.  They're livid about this,

11  and they could see it.  Everybody saw it election night.

12  They saw votes being subtracted from President Trump and

13  appearing on the Biden side of the scale, and that's

14  exactly what this Dominion system was designed to do.

15          We have eyewitness testimony to its entire

16  creation for that very purpose.

17          ROB SCHMITT:  There have been warnings about this

18  system.  We were talking about it earlier, Sidney.  I

19  mean, you had Senators Warren and Klobuchar that made a

20  big stink about the 2018 midterms, saying that they don't

21  trust Dominion, that they saw evidence that votes could be

22  switched using these systems.  These are democrats --

23          SIDNEY POWELL:  Right.

24          ROB SCHMITT:  -- who ran for president.

25          What I don't understand is how does this get

1   ignored?  I mean, this is a nationwide -- this is a

2   democracy-shocking scandal, if it is true.

3          SIDNEY POWELL:  It is.

4          ROB SCHMITT:  And it's just so big I can't even

5   wrap my head around it.  I just wonder, how does this

6   happen?

7          SIDNEY POWELL:  Well, that's exactly how it

8   happens because it's so big, nobody wants to wrap their

9   head around it, nobody wants to untie all the little knots

10  that go into it, but we have to if we're going to be a

11  constitutional republic.

12         This cannot go on.  Our votes must be counted

13  fair and true.  Every legal vote is entitled to be

14  counted, and every illegal vote nullifies the vote of an

15  American citizen and our public will of we the people.

16  It's absolutely counter to everything this country was

17  founded on.  So we have got to get this fixed now.

18         I can't unsee it, I'll tell you that.  I

19  certainly cannot unsee what I have seen, and I am going to

20  make sure everybody else knows everything I have seen too

21  because we've got to hold our government institutions

22  accountable and do better than this by each other, and it

23  does cut across both political parties, it cuts across

24  generations now -- or at least multiple decades of this

25  kind of corruption that's got increasingly more

Newsmax Sidney Powell it will be Biblical

9

1  sophisticated.  You just smudge the edge of a ballot and

2  stick it through the machine and the ballot would be

3  rejected, but now they can literally drag and drop

4  hundreds of thousands of votes wherever they want 'em.

5        And everybody knew, when they bought this system,

6  that was one of the features of the system.

7        We've got people lying now and saying that things

8  that happened, that ran people out of voting areas and --

9  we've got tons of evidence.  It's so much, it's hard to

10  pull it all together.

11        ROB SCHMITT:  How big of a -- if this happened,

12  how big of a conspiracy, how many people would have had to

13  have been in on something like this?

14        SIDNEY POWELL:  Oh, gosh.  Probably thousands,

15  including the people running the machines at each of the

16  polling centers.  We know, for example, that one of the

17  higher ups of Dominion went to Detroit the night of the

18  election to handle things themself, and we also have

19  evidence that there were any number of VPN lines open to

20  the internet, for foreign actors to be meddling in it.

21        ROB SCHMITT:  Has anybody given you an

22  explanation as to why they had to turn the machines off?

23        You talk about how the machines got turned off.

24        SIDNEY POWELL:  Well, yes, our witness from

25  Venezuela who saw it all created and how it worked said

1  that he knew, as soon as the machines were turned off in

2  those key states, it was because we the people, in voting

3  Trump -- in voting for Trump in a landslide election, had

4  essentially broken the algorithm that had been

5  preprogrammed into the machine.

6          So they had to stop counting in those states and

7  areas and backfill the vote with fraudulent mail-in

8  ballots or whatever means they used to do it, whether they

9  just injected numbers or trashed votes for Trump otherwise

10 and changed the numbers, I don't know exactly how they did

11 it right now in each spot, but that's essentially the way

12 it worked.

13         ROB SCHMITT:  Let me ask you about the state of

14 Georgia.  Obviously yesterday, you know, the governor

15 there, he certified the election for Joe Biden.  It's

16 about 12,000 votes.

17         And what you see, will Georgia switch?

18         SIDNEY POWELL:  Yeah, that's a total farce.

19 Georgia probably going to be the first state I'm going to

20 blow up, and Mr. Kemp and the Secretary of State need to

21 go with it because they're in on this Dominion scam with

22 their last-minute purchase or award of a contract to

23 Dominion of a hundred million dollars.

24         The State Bureau of Investigation for Georgia

25 ought to be looking into the financial benefits received

1  by Mr. Kemp and the Secretary of State's family about that

2  time.

3          And another benefit Dominion was created to award

4  is what I would call election insurance.  That's why Hugo

5  Chavez had it created in the first place.  But I also

6  wonder where he got the technology, where it actually came

7  from, because I think it's Hammer and Scorecard from the

8  CIA.

9          ROB SCHMITT:  Just to clarify, you're saying that

10  Governor Kemp, who's been a longtime ally of the

11  president, is directly involved, because of financial

12  benefit, in a conspiracy to defeat the president in

13  Georgia?

14          SIDNEY POWELL:  We have certainly been told that

15  there is evidence of that and would warrant an

16  investigation, if anybody were actually going to do an

17  honest investigation.

18          MARK HALPERIN:  What more could you tell us about

19  that alleged conspiracy, the governor's involvement?

20          SIDNEY POWELL:  Yeah, I can't give you anymore

21  details than that now, but it would certainly warrant an

22  investigation.  Had it been reported to me as a law

23  enforcement officer, I would be investigating it

24  steadfastly.

25          MARK HALPERIN:  You know, I know you say you want

Newsmax Sidney Powell it will be Biblical

12

1  to do your arguing in court -- you are an attorney, you're
2  not a press secretary -- but you all did have a press
3  conference last week.  Jordan Sekulow said that there's
4  going to be a filing soon in Georgia that would be
5  explosive.  Can you tell us anything, can you make some
6  news with us here tonight, tell us anything new that
7  you're going to present in that filing in Georgia?
8       SIDNEY POWELL:  Well, I can't say that yet but
9  hopefully this week we will get it ready to file and it
10 will be biblical.
11      ROB SCHMITT:  Biblical.  What is the state --
12 where was it the worst?  From what you see and what you're
13 alleging, what state was switched the most?
14      SIDNEY POWELL:  Oh, that's really hard to say.
15 Georgia is extremely bad.  We've got ballots being
16 shredded, ballots being thrown out in trash bags, lying by
17 people working in the center, the votes being switched,
18 the algorithms being run.  You name the manner of fraud,
19 and it occurred in Georgia.
20      ROB SCHMITT:  These are in the Atlanta areas,
21 counties, those counties, Fulton, DeKalb?
22      SIDNEY POWELL:  I think the algorithm ran most
23 probably across the country.  Can I say that for sure yet?
24      No, I can't say that for sure yet, but it looks
25 that way, and it looks like 35,000 votes were added to

1  every democratic candidate.

2       ROB SCHMITT:  You also talked about this ability

3  of the system -- and I thought this was so interesting

4  when you said it, that it can take a vote and it can make

5  a vote for Biden worth more than a vote for Trump.  Do you

6  think that that happened or is that another part of the

7  system that maybe wasn't used?

8       SIDNEY POWELL:  No, I think that definitely

9  happened.  I think that was the first step with the

10  system, to weight the votes so that a Biden vote is worth

11  1.23, say, and a Trump vote is worth the rest of that, and

12  so the Trump vote is about three-quarters and the Biden

13  vote is one-and-a-quarter and that way you can see the

14  reports, the records of fractional numbers for the votes.

15       It's nuts.

16       ROB SCHMITT:  It is.  I mean everything you're

17  alleging, frankly, is nuts, which is why I think you're

18  getting so much scrutiny and so much criticism but if it's

19  true -- and we don't know and that's just a simple thing

20  is that we don't know yet if it's true because we can't

21  see what you've seen.

22       SIDNEY POWELL:  Right.

23       ROB SCHMITT:  I want to ask you about Michigan.

24  Michigan is a bigger margin than the rest of them, it's

25  like maybe 150,000.

Newsmax Sidney Powell it will be Biblical

14

1              What are you seeing in Michigan?

2              SIDNEY POWELL:  We're seeing essentially the same

3    things in Michigan, except larger number of ballots being

4    stuffed in.  It's the old-fashioned stuffing the ballot

5    box, they're just doing it by computer instead of by

6    paper.  That's really all it is.  They're dragging and

7    dropping files of votes from one person to another instead

8    of just stuffing paper ballots in the ballot box.

9              And, you know, corruption in elections has been

10   going on forever.  I remember LBJ saying, you know, send

11   some guys down to the cemetery because those people, if

12   they were alive, would have voted for me and they take the

13   name and the birthday and that's what they did.

14             MARK HALPERIN:  So it's Saturday night.

15             Can you preview for us as specifically as you

16   can, what's going to happen this coming week, starting

17   Monday morning.  Tell us where you're going to file, what

18   you expect to happen by Friday.

19             SIDNEY POWELL:  Well, personally I don't expect

20   to file anything by Monday.  I'm hoping we can get it

21   ready by Wednesday.  If not, it should be ready by Friday,

22   but it's a massive project to pull this fraud claim

23   together with the evidence that I want to put in to begin

24   with.  And remember, it's not -- this isn't a summary

25   judgment motion where we actually have to produce any

Newsmax Sidney Powell it will be Biblical

15

1   evidence now.  In your typical lawsuit, you just file the

2   statement of what the charges are, without any affidavits

3   or anything.

4          MARK HALPERIN:  But you're saying --

5          SIDNEY POWELL:  But the way the media is going

6   about this is absolutely ridiculous and unreasonable to

7   expect us to put evidence in right now, although we are --

8   we know election issues are on an expedited schedule, but

9   I could wait a month to file the fraud case and everybody

10  would have to undue their certifications because it's so

11  bad.

12         MARK HALPERIN:  But are you saying you're going

13  to file the same case in multiple jurisdictions or in one

14  jurisdiction?

15         SIDNEY POWELL:  Each one is a little bit

16  different, depending on what happened in the state; the

17  different manner and means and the evidentiary aspects

18  that support each one.  You know, we've got different

19  affidavits from different witnesses in each of the states.

20         So there are going to be some differences between

21  them but there are going to be claims that are identical,

22  some of the legal claims are going to be identical.

23         For example, in a number of states the -- there

24  were modifications to the machine after the statutory

25  cutoff date.  That should invalidate every vote cast on

1    the machine.  I mean, Georgia cannot -- there's no way

2    Georgia can proceed to have an election using those

3    machines for the runoff candidates.

4              That's absolutely absurd.

5              ROB SCHMITT:  As we wrap this up, Sidney, I think

6    everybody at home right now wants to see this.  They want

7    to see what you say you've seen.  Is that going to be

8    possible at any point?  Are we going to be able to see

9    some of these problems and some of these issues, the way

10   these systems work and the way this Dominion works?

11             SIDNEY POWELL:  Yes, and there's actually

12   evidence online now.  I mean, we need to try to get our

13   website up-to-date with the complaints that have already

14   been filed but exhibits were attached, for example, to

15   Lin Wood's complaint in Georgia that are remarkable and

16   stunning, including the affidavit of the young man from

17   Venezuela who saw Hugo Chavez create how they did the

18   software, hired people to do it and get it done and then

19   how it worked to make sure he won every election

20   thereafter.

21             ROB SCHMITT:  That's just crazy.

22             SIDNEY POWELL:  That's what it's designed to do.

23   Their own handbook tells you that these things are

24   features of their system.  Are we supposed to think they

25   didn't use the features?  Heck, no, they used them and

17

1  they used them against their own candidates.

2      The democrats used them against Bernie Sanders in

3  2016 and somebody even told him what had been done to him

4  when Hillary Clinton won that primary and he didn't, and

5  instead of standing up for the American people and the

6  right to vote, he sold out.

7      ROB SCHMITT:  You're saying Dominion -- the

8  Smartmatic-Dominion system was used in 2016 when Hillary

9  beat Bernie in the primary?

10      SIDNEY POWELL:  Yes.

11      ROB SCHMITT:  Wow.  I don't think we had heard

12  that yet.  That's an incredible development right there.

13      SIDNEY POWELL:  Yep.

14      ROB SCHMITT:  And you say he knows that, Bernie

15  Sanders knows that?

16      SIDNEY POWELL:  Yes.  The person who sent me the

17  data told me that they informed Bernie Sanders of all

18  their findings and he didn't do anything except get enough

19  money to buy another fabulous house.

20      I'm telling you it's been used for both parties.

21      One of the big problems is that we don't know who

22  was elected by buying their election through Dominion.

23      I'm sure it crosses party lines.  I'm not --

24  that's not an accusation against every politician, it's

25  certainly not meant to be, but it means we don't know

1  which ones got elected that way and how much they knew

2  about how it was being used for or against them --

3  certainly not against them.

4        But I'm reasonably certain at this point that

5  John James was ripped out of his seat and he was entitled

6  to have won that election by the real vote and the same I

7  think is true for Doug Collins in Georgia, and there's no

8  telling how many Congressional candidates should have won,

9  that lost by the addition of 35,000 votes per democrat or

10 the algorithm that they were running against whoever they

11 wanted to target.  I mean, you can do it candidate by

12 candidate.

13        MARK HALPERIN:  That is something else.

14        ROB SCHMITT:  I mean, it's mind blowing.

15        SIDNEY POWELL:  It is.

16        ROB SCHMITT:  Sidney, what you're alleging, I

17 can't even imagine and I hope that you will join us again

18 to talk about what you continue to find as you continue to

19 investigate.

20        SIDNEY POWELL:  I will do that, and I will try

21 and get more stuff up online this week.  We've got some --

22        ROB SCHMITT:  Or just email it to us.

23        SIDNEY POWELL:  Of course people are trying to

24 hack us and everything else.

25        ROB SCHMITT:  Right.

Newsmax Sidney Powell it will be Biblical

19

1          SIDNEY POWELL:  But democratic Congresswoman

2    Carolyn Maloney wrote the treasury secretary about this

3    very issue in 2003, I think it was.

4          ROB SCHMITT:  17 years ago.

5          SIDNEY POWELL:  So people have been complaining

6    about it and the government's done absolutely nothing

7    except whatever it wants to do.

8          So who is really pulling the strings here and

9    choosing the American officials pursuant to the system?

10   Because it's not the people of the United States of

11   America, and that's supposed to be who it is.

12         ROB SCHMITT:  It's just something else.

13         And like you said, prominent democrat politicians

14   have complained about the usage of this system in this

15   country.  Sidney Powell --

16         SIDNEY POWELL:  Right.

17         ROB SCHMITT:  -- thank you for joining us tonight

18   on the phone.  I know how busy you are, and we appreciate

19   the time.

20         SIDNEY POWELL:  Thank you.  My pleasure.

21         ROB SCHMITT:  Okay.

22         (End of recording.)

23

24

25

20

```
 1                    C E R T I F I C A T E

 2

 3

 4          I, TERRI NESTORE, Certified Shorthand Reporter/

 5   Transcriptionist, do hereby certify that I was authorized

 6   to transcribe the foregoing recorded proceeding, and that

 7   the transcript is a true and accurate transcription of my

 8   shorthand notes, to the best of my ability, taken while

 9   listening to the provided recording.

10

11          I further certify that I am not of counsel or

12   attorney for either or any of the parties to said

13   proceedings, nor in any way interested in the events of

14   this cause, and that I am not related to any of the

15   parties thereto.

16

17

18   Dated this 17th day of December, 2020.

19

20

21          _____
                 TERRI NESTORE, CSR 5614, RPR, CRR
22

23

24

25
```