# Exhibit 38



| Download The CBS News App | Sign Up For Newsletters | Stream CBSN Live | Coronavirus Crisis | Biden Transition | Holidays 2020 |

**CBS NEWS**

NEWS ⌄    BIDEN-HARRIS TRANSITION ⌄    SHOWS ⌄    ● LIVE ⌄

# Trump legal team disavows association with lawyer Sidney Powell

BY KATHRYN WATSON
NOVEMBER 23, 2020 / 3:52 PM / CBS NEWS

  



Judge quashes Trump Pennsylvania lawsuit
01:14


**Now Playing**
Judge quashes Trump Pennsylvania lawsuit


Clinics accused of unauthorized vaccinations


Virtual court in Kenya


House backs increase in stimulus payments

The Trump campaign is disavowing its association with attorney Sidney Powell after the far-fetched Trump campaign Thursday press conference when she claimed without evidence that the deceased Hugo Chávez, among others, was responsible for rigging the election. The campaign claimed that she "is not a member of the Trump



without evidence that the deceased Hugo Chávez, among others, was responsible for rigging the election. The campaign claimed that she "is not a member of the Trump legal team," even though the president and Trump attorney Rudy Giuliani had previously identified her as being on the team.

In the days since the press conference, Powell has made additional unfounded claims to conservative networks, and her claims have even been questioned by Fox News' Tucker Carlson, after she refused to produce her evidence on the show.

"Sidney Powell is practicing law on her own. She is not a member of the Trump Legal Team. She is also not a lawyer for the President in his personal capacity," said a statement from Giuliani and Trump campaign senior legal adviser Jenna Ellis.



During Thursday's press conference, Giuliani identified Powell as a member of the team defending Mr. Trump, and the president himself identified Powell as someone working for him in a November 14 tweet.

"I look forward to Mayor Giuliani spearheading the legal effort to defend OUR RIGHT to FREE and FAIR ELECTIONS! Rudy Giuliani, Joseph diGenova, Victoria Toensing, Sidney Powell, and Jenna Ellis, a truly great team, added to our other wonderful lawyers and representatives!" Mr. Trump tweeted at the time.

Powell issued this statement to CBS News:

"I understand today's press release," she said. "I will continue to represent #WeThePeople who had their votes for Trump and other Republicans stolen by massive fraud



"I understand today's press release," she said. "I will continue to represent #WeThePeople who had their votes for Trump and other Republicans stolen by massive fraud through Dominion and Smartmatic, and we will be filing suit soon. The chips will fall where they may, and we will defend the foundations of this great Republic. #KrakenOnSteroids"

On Thursday, Ellis called the team giving the press conference, which included Powell, the "elite, strike force team." Powell, Giuliani and Ellis have claimed they're holding back their biggest evidence for court, where they continue to lose lawsuit cases.

Powell was the attorney for General Michal Flynn, the president's former national security adviser who was fired for lying to Vice President Mike Pence about his Russian contacts, and convicted of lying to the FBI about the same thing.

*– Kristen Brown contributed to this report*

First published on November 22, 2020 / 6:21 PM

© 2020 CBS Interactive Inc. All Rights Reserved.

**Kathryn Watson**



Kathryn Watson is a politics reporter for CBS News Digital based in Washington, D.C.

## Election 2020 ›

| Trump meets with GOP allies on longshot bid to challenge electoral votes | Harris hits campaign trail with Ossoff and Warnock in Georgia | Krebs again defends election at contentious Senate hearing | Early voting kicks off in Senate runoffs |

Tabɵɵla Feed















Taboola Feed

**These Cars Are So Loaded It's Hard to Believe They're So Cheap**

PAID LUXURY SUVS | SEARCH ADS

**Colorado Launches New Practice For Cars Used Less Than 50 Miles/Day**

PAID SMART LIFESTYLE TRENDS

**N95 Respirator Mask Reusable (FDA Registered), 10% Off**

PAID CANOPUS GROUP

**Unsold Car Clearance Sale Going On In Monument**

PAID AGEFUL

**Seniors Under 82 Yrs Old Get Up To $50,000 In Life Insurance for $15/Mth**

If You Would Do Anything To Protect Your Family, Make Sure This Is #1 On Your List

PAID EIN FOR NATIONALFAMILY

**These Cars Are So Loaded It's Hard to Believe They're So Cheap**

PAID LUXURY SUVS | SEARCH ADS

**Colorado Launches New Practice For Cars Used Less Than 50 Miles/Day**

PAID SMART LIFESTYLE TRENDS

### N95 Respirator Mask Reusable (FDA Registered), 10% Off
**PAID** CANOPUS GROUP



### Unsold Car Clearance Sale Going On In Monument
**PAID** AGEFUL



### Seniors Under 82 Yrs Old Get Up To $50,000 In Life Insurance for $15/Mth
If You Would Do Anything To Protect Your Family, Make Sure This Is #1 On Your List
**PAID** EIN FOR NATIONALFAMILY



### All Colorado Drivers Should Claim This Reward in December (Check if You...
**PAID** FINANCE DAILY



### Safe Use Of Medication This Holiday Season
**PAID** JOHNSON & JOHNSON CONSUMER INC



### Ladies: You'll Never Have To Hunt For The Perfect Length Chain Ever Again
**PAID** ROMA DESIGNER JEWELRY



### The Top 10 Attorneys in Monument
**PAID** LAWYERS | SEARCH ADS



### Getting this Treasure is impossible! Prove us wrong
**PAID** HERO WARS



### Seniors Born 1948-1979 With No Life Insurance Are In For A Treat This...
**PAID** SMART LIFESTYLE TRENDS



### Everyone is buying boats during the pandemic
**PAID** BOATIM INC

CBS ALL ACCESS — STREAM PREMIERE FREE — THE STAND — NEW LIMITED SERIES NOW STREAMING

impossible? Prove us wrong
**PAID** HERO WARS

With No Life Insurance Are In For A Treat This...
**PAID** SMART LIFESTYLE TRENDS

during the pandemic
**PAID** BOATIM INC



**Woman falsely accuses teen of stealing her phone**
CBS NEWS



**House passes plan increasing stimulus checks**
CBS NEWS



**The Five Guys Ordering Secret You Need To Know**
**PAID** CAPITAL ONE SHOPPING



**Unsold 2018 SUVs Going for Pennies on the Dollar: Great For Seniors**
**PAID** DID U KNOW REVIEWS



**Famous Economist: How Dollar Crash Will Unfold**
**PAID** STANSBERRY RESEARCH



**28-Day Plan to Force Ketosis (Best For Beginners)**
**PAID** KONSCIOUS KETO MEAL PLAN



**Here's What A Senior Living Facility Should Cost in Colorado**
**PAID** SENIOR LIVING | SEARCH ADS



#### 28-Day Plan to Force Ketosis (Best For Beginners)
PAID  KONSCIOUS KETO MEAL PLAN

#### Here's What A Senior Living Facility Should Cost in Colorado
PAID  SENIOR LIVING | SEARCH ADS

#### Miss France runner-up targeted by wave of anti-Semitic abuse after on-...

#### Prosecutors have "mounting amount of evidence" against Trump,...

#### Babysitter charged with killing 2-year-old girl, allegedly made disturbing...

#### These Cars Are So Loaded It's Hard to Believe They're So Cheap
PAID  LUXURY SUVS | SEARCH ADS

#### Colorado Launches New Practice For Cars Used Less Than 50 Miles/Day
PAID  SMART LIFESTYLE TRENDS

#### N95 Respirator Mask Reusable (FDA Registered), 10% Off
PAID  CANOPUS GROUP

#### Unsold Car Clearance Sale Going On In Monument
PAID  AGEFUL

#### Seniors Under 82 Yrs Old Get Up To $50,000 In Life Insurance for $15/Mth
If You Would Do Anything To Protect Your Family, Make Sure This Is #1 On Your List
PAID  EIN FOR NATIONALFAMILY