# Exhibit 39

ABOUT US | MAKE A DONATION | THE EPOCH TIMES | SUBSCRIBE | Welcome, klamozier

PREMIUM | US | POLITICS | CHINA | WORLD | OPINION | BUSINESS | SCIENCE | LIFE | MIND & BODY | ARTS | ENTERTAINMENT | VIDEOS | GAMES | LIVESTREAM | SAGEB



**RELATED**



Sidney Powell: There Is 'Increasingly Mounting Evidence of Significant Voter Fraud'

377

**Share Now**

**4399**





Copy



*A touch screen of a voting machine during early voting in Sandy Springs, Ga., on May 9, 2018. (John Bazemore/AP Photo)*

**ELECTION INTEGRITY**

# Former Republican Candidate Alleges Hard Evidence of Corruption in US Election System

BY MASOOMA HAQ | November 23, 2020 Updated: November 23, 2020

Print

Russell Ramsland, a former Republican Party candidate who ran in Texas in 2016, claimed in an affidavit, filed as part of an election-related lawsuit in Georgia, that his company found vulnerabilities connected to the Dominion voting system.



498 Comments  Hide Comments

Policies and Regulations

See Discussion in SageBook

You signed in as klamozier    Sort by Best



The Epoch Times   +3
11/23/2020 at 9:28 PM



Document title: Former Republican Candidate Alleges Hard Evidence of Corruption in US Election System
Capture URL: https://www.theepochtimes.com/expert-hard-evidence-of-corruption-in-us-election-system_3590417.html
Capture timestamp (UTC): Wed, 30 Dec 2020 18:05:12 GMT
Page 1 of 7

**RELATED**



Sidney Powell: There Is 'Increasingly Mounting Evidence of Significant Voter Fraud'

 377






Russell Ramsland, a former Republican Party candidate who ran in Texas in 2016, claimed in an affidavit, filed as part of an election-related lawsuit in Georgia, that his company found vulnerabilities connected to the Dominion voting system.

In the affidavit (pdf), which was not signed by a notary, Ramsland said that Allied Security Operations Group, LLC, launched an 18-month probe into the "major EMS providers in the United States, among which is Dominion/Premier."

According to Ramsland's affidavit, the "systems contain a large number of vulnerabilities to hacking and tampering," but did not provide specific evidence to back up the claims. Information included in the affidavit about voter turnout listed towns and counties attributed to being in Michigan, but were in fact in Minnesota.

Russell Ramsland told New Tang Dynasty (NTD) News on Sunday that his team studied the data from the 2018 elections for 18 months and found significant mathematical evidence of corruption within the U.S. election system.

Ramsland told NTD News that he has collected hard evidence of voter fraud from an analysis of the 2018 election logs to the Nov. 3, 2020 election, and warned if action is not taken to address the corruption, America could end up like Venezuela.

"We just went through and we discovered all this about the election system. We have tried to get people in DC to pay attention. No, no, no, they didn't want to hear about it." He added, "I think if we don't win this election, we may never be able to get rid of this totally corrupt voting system that we have. And if we don't, we're on our way to Venezuela."





498 Comments  Hide Comments
Policies and Regulations

See Discussion in SageBook
You signed in as klamozier   Sort by Best

Comment here

Send

 The Epoch Times  +3
11/23/2020 at 9:28 PM

We are giving away 6 iPad Pro tablets to our registered users to experience the best way to read The Epoch Times. No purchase necessary. Ends Nov 26. Enter for free here:
https://ept.ms/iPadProSweepstakes

 Biden Out to Lunch  +178
11/23/2020 at 8:22 PM

The deep state cannot force Biden In with the massive fraud and unlimited affidavits. There would be civil unrest that makes BLM look like child's play.

Reply

alienc2005  -172
11/23/2020 at 8:41 PM

NavyVet  +31
11/23/2020 at 9:04 PM

"access to the adjudication system resides with the election authority using it"

**election authority = corrupt officials controlling the vote**

Dominion means "to control". Not "to count", **to control**.

What's in a name?

Joe Biden: "**We have put together I think the most extensive and inclusive voter fraud organization in the history of American politics.**"

Reply

**RELATED**



Sidney Powell: There Is 'Increasingly Mounting Evidence of Significant Voter Fraud'

377

**Share Now**

**4399**

  

Copy Link



President Trump and his legal team have been contesting the results of the Nov. 3 election, citing irregularities and voter fraud.



Former Texas Prosecutor Sidney Powell (The Epoch Times)

Attorney Sidney Powell has also alleged that Dominion software was used to switch votes in the voting machines.

Powell, in a statement, wrote, "The evidence I'm compiling is overwhelming that this software tool was used to shift millions of votes from President Trump and other Republican candidates to Biden and other Democrat candidates," she added. "We are proceeding to prepare our lawsuit and plan to file it this week. It will be epic."

Ramsland came to a similar conclusion, saying "There really is hard evidence. I mean, they really did use an algorithm, and it wasn't votes that were counted. It was a mathematical model, and allocated votes, and we can see the evidence because we see decimal places."

498 Comments  Hide Comments
Policies and Regulations

See Discussion in SageBook
You signed in as klamozier    Sort by Best

Comment here

Send

**The Epoch Times**  +3
11/23/2020 at 9:28 PM

We are giving away 6 iPad Pro tablets to our registered users to experience the best way to read The Epoch Times. No purchase necessary. Ends Nov 26. Enter for free here:
https://ept.ms/iPadProSweepstakes

**Biden Out to Lunch**  +178
11/23/2020 at 8:22 PM

The deep state cannot force Biden In with the massive fraud and unlimited affidavits. There would be civil unrest that makes BLM look like child's play.

Reply

**alienc2005**  −172
11/23/2020 at 8:41 PM

**NavyVet**  +31
11/23/2020 at 9:04 PM

"access to the adjudication system resides with the election authority using it"

**election authority = corrupt officials controlling the vote**

Dominion means "to control". Not "to count", **to control**.

What's in a name?

Joe Biden: "**We have put together I think the most extensive and inclusive voter fraud organization in the history of American politics.**"

Reply

really is hard evidence. I mean, they really did use an algorithm, and it wasn't votes that were counted. It was a mathematical model, and allocated votes, and we can see the evidence because we see decimal places."

The Epoch Times has not obtained such evidence and cannot independently verify this claim.

**RELATED**



Sidney Powell: There Is 'Increasingly Mounting Evidence of Significant Voter Fraud'

 377

**Share Now**

**4399**

  

 Copy Link



On Nov. 17, Ramsland told Fox News, that his team has been studying the voting data from Michigan and have found that in four specific counties there were vote "spikes" in the voting data from Nov. 3, showing votes mainly for Biden.

"We've gone back and traced the spikes, we've seen where they were cast, primarily in four counties. We've looked at how long it took to cast those votes and we've looked at the equipment that exists and all those locations by serial number. And the fact of the matter is, we can't see any physical way possible for some of those votes to have been in those kinds of numbers because they just don't have the equipment to produce it."

Dominion, however, in several statements to The Epoch Times, has categorically denied allegations of election tampering and voter fraud, saying that Trump's team has peddled "falsehoods regarding Dominion" in recent press conferences and interviews.

"Dominion employees do not have access to the [canvass] adjudication system, nor do they operate it," the Toronto-based firm said in a statement. It added that "access to the adjudication system resides with the election authority using it" and that "the system is

**498 Comments**   Hide Comments [−]

Policies and Regulations

See Discussion in SageBook

You signed in as klamozier       Sort by Best ▼

Comment here

Send

**ET  The Epoch Times** ✓       ▲ +3 ▼
11/23/2020 at 9:28 PM

We are giving away 6 iPad Pro tablets to our registered users to experience the best way to read The Epoch Times. No purchase necessary. Ends Nov 26. Enter for free here:
https://ept.ms/iPadProSweepstakes

**B  Biden Out to Lunch**       ▲ +178 ▼
11/23/2020 at 8:22 PM

The deep state cannot force Biden In with the massive fraud and unlimited affidavits. There would be civil unrest that makes BLM look like child's play.

Reply

**A  alienc2005**       ▲ −172 ▼
11/23/2020 at 8:41 PM

**N  NavyVet**       ▲ +31 ▼
11/23/2020 at 9:04 PM

"access to the adjudication system resides with the election authority using it"

**election authority = corrupt officials controlling the vote**

Dominion means "to control". Not "to count", **to control**.

What's in a name?

Joe Biden: "**We have put together I think the most extensive and inclusive voter fraud organization in the history of American politics.**"

Reply



**RELATED**



Sidney Powell: There Is 'Increasingly Mounting Evidence of Significant Voter Fraud'

 377

**Share Now**

**4399**

  



Copy Link

"Dominion" in recent press conferences and interviews.

"Dominion employees do not have access to the [canvass] adjudication system, nor do they operate it," the Toronto-based firm said in a statement. It added that "access to the adjudication system resides with the election authority using it" and that "the system is controlled through secure and verifiable user accounts, and all voter intent adjustments are securely logged in the system and then recorded in the digital image of the ballot."

However, Ramsland is convinced of corruption within the voting system and said this is not about Biden or Trump, but rather that this election is about "whether we the people are going to have an honest voting system."



Virtue of the Brush in a time of Chaos — Discover

## Support Honest Journalism

Thank you for reading The Epoch Times. Your subscription will not only provide accurate news and engaging features, but will also contribute to the revival of American journalism and help safeguard our freedoms and republic for future generations.

As our operating revenue comes under great pressure, your support can help us carry on the important work we do. **If you can, support The Epoch Times by trying it for just $1 – it only takes a minute. Thank you for your support!**

**Just $1 for 4 Months**

Then $7.99/mo $15.99, Cancel anytime

**Save 60% for 12 Months**

Billed at $77 $192 yearly, Cancel anytime

4196 Comments   Hide Comments

Policies and Regulations

**See Discussion in SageBook**

You signed in as klamozier       Sort by Best

Comment here

**Send**

**ET**  **The Epoch Times** ✓        +3
11/23/2020 at 9:28 PM

We are giving away 6 iPad Pro tablets to our registered users to experience the best way to read The Epoch Times. No purchase necessary. Ends Nov 26. Enter for free here:
https://ept.ms/iPadProSweepstakes

**B**  **Biden Out to Lunch**       +178
11/23/2020 at 8:22 PM

The deep state cannot force Biden In with the massive fraud and unlimited affidavits. There would be civil unrest that makes BLM look like child's play.

Reply

**A**  **alienc2005**       −172
11/23/2020 at 8:41 PM

**N**  **NavyVet**       +31
11/23/2020 at 9:04 PM

"access to the adjudication system resides with the election authority using it"

**election authority = corrupt officials controlling the vote**

Dominion means "to control". Not "to count", **to control**.

What's in a name?

Joe Biden: "**We have put together I think the most extensive and inclusive voter fraud organization in the history of American politics.**"

Reply



Document title: Former Republican Candidate Alleges Hard Evidence of Corruption in US Election System
Capture URL: https://www.theepochtimes.com/expert-hard-evidence-of-corruption-in-us-election-system_3590417.html
Capture timestamp (UTC): Wed, 30 Dec 2020 18:05:12 GMT                                                                                                 Page 5 of 7



**Sidney Powell: There Is 'Increasingly Mounting Evidence of Significant Voter Fraud'**

377

**Share Now**

**4399**



Copy

### Just $1 for 4 Months

Then $7.99/mo $15.99, Cancel anytime

### Save 60% for 12 Months

Billed at $77 $192 yearly, Cancel anytime


Help us spread the truth. Share this article with your friends.

 Copy Link

**4399**

Shares

## TOP NEWS



**CHINA-US NEWS**
**Pompeo Criticizes Beijing for Jailing Citizen Journalist Over COVID-19 Reporting**
2



**EUROPE**
**EU Reaches Investment Pact With China Amid Human Rights Concerns**
15



**ELECTION INTEGRITY**
**Trump Team Wants to Present 'Specific Evidence' on Jan. 6: Campaign Adviser Jason Miller**
41



**HEALTH EDUCATION**
**Betsy DeVos on 1619 Project: Revisionist History Indoctrinating Young American Minds**
38



**AMERICA**
**'Significant Portion' of COVID Vaccines in Texas May Be Sitting on Shelves, State Urges Quick Action on Shots: Abbott**
32

**GEORGIA**
**Democrats Highlight McConnell's Blocking Higher Stimulus Checks in Georgia Runoffs**
45

---

**4798 Comments** Hide Comments ⊟
Policies and Regulations

**See Discussion in SageBook**

You signed in as klamozier   Sort by Best ▾

Comment here

**Send**

**ET  The Epoch Times** ✓   +3
11/23/2020 at 9:28 PM

We are giving away 6 iPad Pro tablets to our registered users to experience the best way to read The Epoch Times. No purchase necessary. Ends Nov 26. Enter for free here:
https://ept.ms/iPadProSweepstakes

**B  Biden Out to Lunch**   +178
11/23/2020 at 8:22 PM

The deep state cannot force Biden In with the massive fraud and unlimited affidavits. There would be civil unrest that makes BLM look like child's play.

Reply

**A  alienc2005**   −172
11/23/2020 at 8:41 PM

**N  NavyVet**   +31
11/23/2020 at 9:04 PM

"access to the adjudication system resides with the election authority using it"

**election authority = corrupt officials controlling the vote**

Dominion means "to control". Not "to count", **to control**.

What's in a name?

Joe Biden: "**We have put together I think the most extensive and inclusive voter fraud organization in the history of American politics.**"

Reply

---



**HEALTH EDUCATION**
**Betsy DeVos on 1619 Project: Revisionist History Indoctrinating Young American Minds**
 38

**AMERICA**
**'Significant Portion' of COVID Vaccines in Texas May Be Sitting on Shelves, State Urges Quick Action on Shots: Abbott**
32

**GEORGIA**
**Democrats Highlight McConnell's Blocking Higher Stimulus Checks in Georgia Runoffs**
45

4796 Comments   Hide Comments [−]

[Policies and Regulations](#)

**See Discussion in SageBook** 📗

You signed in as klamozier          Sort by Best ▾

Comment here

**Send**

## From Around the Web


**Pierce Brosnan just listed his Malibu retreat for a whopping $100 million**
marketwatch.com


**Kindergarten teacher gets death sentence for poisoning students**
cbsnews.com


**How California can stop the Big Tech stampede from Silicon Valley**
marketwatch.com


**Police raid finds more than 300K used condoms being packed for resale**
cbsnews.com


**'American Idol' Contestant Nikki McKibbin Dies at 42**
ntd.com

**Unusual political alliance forms in support of $2,000 COVID-19 checks**
nypost.com


**Actor Eddie Hassell, 30, Killed in Texas Shooting: Police**
ntd.com


**Spain will reportedly make list of residents who refuse vaccine**
nypost.com


**A disturbing signal that the Chinese are gaining on us**
realclearpolicy.com

---

**ET  The Epoch Times** ✓      ▲ +3 ▼
11/23/2020 at 9:28 PM

We are giving away 6 iPad Pro tablets to our registered users to experience the best way to read The Epoch Times. No purchase necessary. Ends Nov 26. Enter for free here:
https://ept.ms/iPadProSweepstakes

**B  Biden Out to Lunch**      ▲ +178 ▼
11/23/2020 at 8:22 PM

The deep state cannot force Biden In with the massive fraud and unlimited affidavits. There would be civil unrest that makes BLM look like child's play.

Reply

**A  alienc2005**      ▲ −172 ▼
11/23/2020 at 8:41 PM

**N  NavyVet**      ▲ +31 ▼
11/23/2020 at 9:04 PM

"access to the adjudication system resides with the election authority using it"

election authority = corrupt officials controlling the vote

Dominion means "to control". Not "to count". **to control**

---

# THE EPOCH TIMES
Copyright © 2000 – 2020

