# Exhibit 40

```
 1
 2
 3
 4
 5      FILE NAME:  BREAKING NEWS Sidney Powell Tells Lou Dobbs
 6       Her Lawsuit In Georgia May Be Filed As Soon As Tomorrow
 7                            (7:02 min)
 8
 9
10
11
12            TRANSCRIPT OF VIDEO-RECORDED INTERVIEW
13                         SIDNEY POWELL
14                          LOU DOBBS
15
16
17
18
19
20
21
22
23
24  Transcribed By:
    TERRI NESTORE
25  CSR No. 5614, RPR, CRR
```

1        LOU DOBBS:  Joining us tonight by phone is Sidney

2   Powell, defense attorney for General Michael Flynn, former

3   federal prosecutor herself and a great American.

4        Sidney, great to have you with us.  Let's start

5   with the ownership of these voting firms.  I know you're

6   focusing on that part of the electoral fraud that's been

7   perpetrated this year in this election.

8        Why don't we know who they are?

9        SIDNEY POWELL:  Well, because they've used

10  multiple shell companies and now apparently private equity

11  groups to hide their actual ownership, but there's no

12  doubt that the software was created and used in Venezuela

13  to control the elections and make sure that Hugo Chavez

14  was always reelected as the dictator of Venezuela in what

15  appeared to be, quote, free and fair elections, end quote,

16  but they were manipulated by the software used in the

17  Dominion machines -- and used by other machines in the

18  United States, frankly, and we are just continuing to be

19  inundated by evidence of all the frauds here, and every

20  manner and means of fraud you could possibly think of.

21       LOU DOBBS:  Yeah.  I think many Americans have

22  given no thought to electoral fraud that would be

23  perpetrated through electronic voting; that is, these

24  machines, these electronic voting companies, including

25  Dominion, prominently Dominion, at least in the suspicions

1  of a lot of Americans.  We don't even know who has
2  actually seen this software work.  We don't know where
3  their servers are for sure.  We know a couple of them are
4  overseas, and by "overseas" I mean in Germany and in
5  Spain.
6          It's just stunning that we have progressed this
7  far with these companies and have permitted these entities
8  that we don't know what their ownership is, we don't know
9  what their possible bias is.  How could this be?
10         SIDNEY POWELL:  Because of all the corruption in
11 the country.  We need to find a way to follow the money
12 back as far even as when this was approved by the special
13 government committee called CFIUS, S-C -- C-F-I-U-S, which
14 are the heads of the respective agencies at the time who
15 approved Dominion coming into the country and running our
16 elections.
17         I mean Carolyn Maloney and Klobuchar and Warren
18 have been raising Cain about this issue for a long time,
19 but nobody's done anything about it.
20         LOU DOBBS:  As recently as last year.
21         SIDNEY POWELL:  Yeah.  And as best I can tell,
22 both parties have any number of people who are at fault,
23 in the fact this has continued to play any role in our
24 elections whatsoever.  And we have no idea of who all has
25 benefited from it.  Somebody needs to do a massive money

```
 1  following investigation to find out who paid what to whom.
 2          LOU DOBBS:  Well, you have promised a -- a kraken
 3  will be unleashed.  We are -- we were expecting perhaps
 4  your suit would be filed yesterday or today.
 5          When shall we expect your lawsuit?
 6          SIDNEY POWELL:  Well, I think no later than
 7  tomorrow.  It's just going to be -- it's a massive
 8  document and it's going to have a lot of exhibits.
 9          LOU DOBBS:  And who will be the defendant or
10  defendants?
11          SIDNEY POWELL:  The defendants are going to be
12  folks in Georgia who are responsible for supposedly making
13  sure the elections in Georgia are done properly, and there
14  are just countless incidents of voter fraud and election
15  fraud, writ large, in Georgia.
16          LOU DOBBS:  In Georgia.  Are you planning any
17  other suits beyond Georgia?
18          SIDNEY POWELL:  Yes, we are.  We'll be rolling
19  them out as fast as we possibly can because it affected
20  the entire country, actually.  We even have an affidavit
21  now from a distant state, that's done by one of the
22  election officials in the state, telling us all the things
23  that person witnessed as being wrong there.
24          So it was nationwide.
25          LOU DOBBS:  Well, the number of affidavits is
```

1  voluminous now.  The eyewitnesses are considerable.

2          Your thoughts now about what will be the impact
3  and can it be adjudicated in such a way as to meet all of
4  the deadlines that are forced upon you; that is,
5  December 8th, December 14th?  Give us your sense of the
6  timing and the urgency of getting this to resolution.

7          SIDNEY POWELL:  Yes.  Well, obviously it couldn't
8  be more urgent, but yes, the time deadlines should be able
9  to be met and the evidence is so overwhelming, it's almost
10 as though they were so blatant about it, they expected us
11 to catch it and, you know, maybe it's a diversion from
12 something else that's going on, I don't know.

13         But it's also clear that there was foreign
14 intrusion into our voting systems, and that's going to be
15 the real -- where the rubber meets the road.

16         LOU DOBBS:  You know, a person that I hold in
17 high regard who's been at various points in this political
18 conflict over the last four years, said that the
19 difference this year in the political corruption and the
20 pervasive nature of it is that he believes the left
21 doesn't even care, the radical dems, the deep state don't
22 even care whether we find out what we know, and I thought
23 about it and, you know, I think he may be well -- that may
24 be well considered.  Your thoughts?

25         SIDNEY POWELL:  Yes, I agree.  I mean, that's

Fox News Sidney Powell Tells Lou Dobbs  217 pm

6

1  exactly how blatant it is, and all kinds of it are equally
2  blatant.  I mean, people sitting on the floor and writing
3  on the side of buses, filling out ballot after ballot.
4  It's in your face, everywhere.  The statistical evidence
5  is insurmountable.  The mathematical evidence is to a
6  mathematical impossibilities.
7          There's no way there was anything but widespread
8  election fraud here.  We've got one witness that says in
9  Arizona at least there were 35,000 votes added to every
10 democrat candidate just to start their voting off.  It's
11 like getting your $500 of Monopoly money to begin with
12 when you haven't done anything, and it was only for
13 democrats.
14         LOU DOBBS:  Do you think that we're going to see
15 the Trump presidency saved?
16         SIDNEY POWELL:  Yes, I definitely do.
17         There are -- there is no issue in my mind but
18 that he was elected in an absolute landslide nationwide.
19         LOU DOBBS:  Sidney Powell, thanks for being with
20 us.  We appreciate it.  Thanks so much.
21         (End of recording.)
22
23
24
25

C E R T I F I C A T E

    I, TERRI NESTORE, Certified Shorthand Reporter/Transcriptionist, do hereby certify that I was authorized to transcribe the foregoing recorded proceeding, and that the transcript is a true and accurate transcription of my shorthand notes, to the best of my ability, taken while listening to the provided recording.

    I further certify that I am not of counsel or attorney for either or any of the parties to said proceedings, nor in any way interested in the events of this cause, and that I am not related to any of the parties thereto.

Dated this 17th day of December, 2020.

_____
TERRI NESTORE, CSR 5614, RPR, CRR