# Exhibit 41

screenshot-twitter.com-2021.01.06-14_00_35
https://twitter.com/LouDobbs/status/1331366325629968386?s=20
06.01.2021

