# Exhibit 44

1

2

3

4

5                          FILE NAME:

6          Sidney Powell, Lin Wood attend Stop the Steal

7                   Rally in Georgia (Dec. 2)

8                        (1:56:20 Hour)

9

10

11

12              TRANSCRIPT OF VIDEO-RECORDED RALLY

13

14

15

16

17

18

19

20

21

22

23

24   Transcribed By:
     TERRI NESTORE
25   CSR No. 5614, RPR, CRR

Sidney Powell Lin Wood attend Stop the Steal Rally

2

1        LIN WOOD:  Thank you.  I want to thank everyone
2   here because I know you're here because you love America.
3   I know you're here because you love Donald Trump and he
4   loves you.  You're here because we the people will not let
5   them steal our vote.  We will not let them steal our
6   freedom.  Every lie will be revealed and on January the
7   20th of 2021, Donald J. Trump will be sworn in as
8   president of the United States of America.
9        I'd like for you to bow your heads for a moment
10  of prayer.
11        (Prayer.)
12        LIN WOOD:  I want to introduce the man that had
13  the courage to represent me when I filed a lawsuit now
14  pending in the Eleventh Circuit.  He's also representing
15  the president of the United States in a lawsuit to be
16  filed in Georgia.  Ray Smith.  Come up, Ray.
17        Couple of other great Americans been fighting for
18  a long time, CJ Pearson, Ali Alexander.  Come on up here.
19  You've got to like the name Ali.  Needs no introduction.
20  The one, the only, the kraken, Sidney Powell.  Where's our
21  man?  Where's our man?  Vernon Jones, where are you,
22  Vernon?  Another great American, Vernon Jones.
23        Thank you, Vernon.
24        There's another man, I know where he is but he's
25  not here, he's not in the Whitehouse, he's not the

Sidney Powell Lin Wood attend Stop the Steal Rally

3

1    president of the United States, but I know this man and I

2    know what he's doing right now.  I know what he's been

3    doing for many, many years.  He's been fighting for

4    America and he's been fighting for you the people for the

5    last several years.  He's been fighting the same people

6    that persecuted him for years and falsely accused him for

7    years.  They're trying to steal our country from us.

8              Give it up for General Michael Flynn.

9              And I promise this to the general, who will be

10   our general George Washington, I promise this and I know

11   you, the people, will join me in promising, we're going to

12   fight like a Flynn.  Fight like a Flynn.

13             And when we do, and we will, we'll fight like a

14   Flynn and we're going to make America great again.

15             We're going to send a message.  We're going to

16   send a message from Wills Park in Alpharetta, Georgia, to

17   the State Capitol and the golden dome of Georgia, to the

18   tin roof of the governor's mansion of Georgia, we're going

19   to send 'em a message, and the message is this:  It's 1776

20   in America again, and you're not going to take our

21   freedom.  We're going to fight for our liberty, we're

22   going to send that message from Wills Park today and we're

23   going to send it all the way over to Beijing, China.

24   We're not going to let you take our country over.  Never

25   going to happen on our watch.  This is America.  You

1  picked a fight with the wrong people.

2       We're going to send that message -- we're going

3  to send that message to George Soros.  Get out of our

4  country, George Soros.  We are not going to allow

5  ourselves to go back into the polling booth -- and you

6  hear us out, Governor Kemp -- you hear me while you hide

7  in your closet and you hear us, you hear the people, Brad

8  Raffensperger, and I want Lieutenant Governor Geoffrey

9  Duncan to hear it too and the guy that's making a ton of

10  money, Gabriel Sterling, you listen up, Gabriel.  You're

11  not going to sell our votes to China.  We're not going to

12  vote on your damn machines made in China.  We're going to

13  vote on machines made in the USA.

14       I'll tell you what, I believe that a great man

15  one time called upon the black Americans to take actions.

16  We're not here for violence.  But Martin Luther King, Jr.

17  believed in nonviolent civil disobedience, civil

18  disobedience.  I want you to go to the governor's mansion,

19  I want you to circle it, I want you to blow your horns

20  until Brian Kemp comes out and orders a special session of

21  the Georgia legislature.  Get us our legislature and tell

22  everybody we want our legislature to meet and we want them

23  to fix the mess that he created and then he can resign.

24       And then as far as I'm concerned, lock him up.

25       There's a few others that need to go with him.

1          Now, everybody's been reading the media.  Stop.
2    It's a lie.  Stick with OAN and Newsmax.  They tell you
3    the truth.  Read The Epoch Times, they tell you the truth.
4          This is the battle between good and evil.  This
5    is the battle between truth and lies.
6          I'm going to introduce now a person that's going
7    to tell you the truth.  They want to know, where's your
8    evidence?  Show us your evidence.  Oh, we're going to show
9    'em the evidence.  There's piles of evidence.  There's
10   mountains of evidence.  This election was a fraud on
11   America.  Donald Trump won a massive landslide victory,
12   unparalleled in the history of this country, and he's
13   going to stay in the Whitehouse because we the people
14   voted for him and we the people run this country.
15         This country belongs to you and you and you and
16   you.  It belongs to the people.
17         I challenge...  I challenge Governor Kemp to step
18   up in front of the people, put his hand on this Bible and
19   tell us that he did not take money from China.  He did.
20   So did Brad Raffensperger.  They won't put their hand on
21   this Bible and swear to the contrary because if they do,
22   they will commit perjury, and there's another reason to
23   lock 'em up.
24         The person that's leading the charge, I've been
25   with her when she's worked 23 hours a day.  I've seen the

1  young people fighting for America under her charge and

2  leadership, and let me tell you, you can call her the

3  kraken, but she's Sidney Powell.  Come on up here, Sidney.

4          SIDNEY POWELL:  Thank you.  Thank you all.  Thank

5  you all so much.  (Blank spot in audio) that makes (blank

6  spot in audio).  We feel your prayers.  I feel your

7  prayers.  General Flynn and I, throughout the ordeal we

8  have been through, have felt the prayers of you and

9  millions of people all across the country, and frankly,

10  from around the world, who have helped us face everything

11  we have faced and have the strength to proceed every day

12  to keep fighting for the truth.

13          Americans around the world and freedom loving

14  people around the world are starved for the truth and for

15  freedom.  That is exactly what they have all tried to take

16  away from all of us.  It's been increasing exponentially

17  for the last 20 years.

18          It's unbelievable to me, as a child of the 50's

19  that grew up in just an amazing time in this country, when

20  you could walk to school safely and have friends of all

21  kinds and there was none of the divisiveness, at least in

22  my life and in the lives of my friends, regardless of

23  their color, that we see now.

24          In the world of real Americans we are not defined

25  by who we look like, what we look like, what color we are

1  or anything else.  We're defined by our love for freedom

2  and liberty and justice for all, on which this

3  extraordinary nation was founded.

4         Those are the values, American values, God,

5  family, country, are the values we must return to now.

6         We will not allow ourselves to continue to be

7  influenced by flat-out communism, socialism, any of the

8  dark forces that have come to impose their will on so many

9  of us.  Now is the time for every patriot in this country

10  to stand up, make their voices heard, and be counted.

11  Every person serving in any public office, whether it be

12  local, county, state or federal, works for you.  You pay

13  them and you're supposed to be able to elect them with

14  your lawful and rightful votes.

15         There was and is still massive voter fraud across

16  this country.  It took all forms, it was not just the

17  Dominion machines.  We have experts and a witness who have

18  explained to us that the fraud exists in the DNA of all

19  the software that was run by any voting system in the

20  country, so they all are at risk of having been

21  manipulated.  I think we will eventually find that the

22  algorithm that flipped votes at a certain percentage from

23  Trump to Mr. Biden was run all across the country.  There

24  might be a few areas that it wasn't used in, but not many.

25         And then we have the extraordinary evidence of

1  inexplicable spikes, I mean hundreds of thousands of

2  spikes in votes.  We can see them injected into the

3  system, sometimes at a rate of 90 percent for Biden and

4  ten percent for Trump.

5          We all know that defies reality.  You can't flip

6  a coin 300,000 times and have it always land on heads.

7          There are lots of people that got cheated and it

8  went -- even local races.  Yep, yep, yep.  Lots of

9  Congressional seats, Senate seats.  I agree, there should

10  not be a runoff, certainly not on Dominion machines.

11          I think I would encourage all Georgians to make

12  it known that you will not vote at all until your vote is

13  secure, and I mean that regardless of party.  We can't

14  live in a republic, a free republic, unless we know our

15  votes are legal and secure, so we must have voter ID and

16  we probably must go back to paper ballots that are signed

17  and have your thumbprint on them.

18          And we certainly should be able to find a system

19  that can count them, even if it has to be done by hand.

20          What we have experienced the last four years,

21  both with respect to General Flynn and President Trump, is

22  unacceptable in the United States of America.  We expect

23  that in Venezuela, unfortunately where the Dominion

24  Systems and Smartmatic technology first took root and was

25  used to ensure the election of Hugo Chavez, the brutal

1  dictator.

2        I'm still wondering what role our three letter
3  agencies had in the creation and distribution of that.

4        I knew the swamp was really bad but it's at least
5  20 percent worse than I thought it was.  There is a whole
6  lot of draining that's going to have to be done.  And
7  that's why they have fought so hard to get rid of
8  President Trump and tried every dirty, nasty, evil,
9  illegal trick in the book to do it.  Yep, it is pure evil.

10        We've already traced a lot of the money that did
11  this back to China.  We have internet white hat hackers, I
12  think they call them, who saw backdoors open in the system
13  and saw people in Iran and China and Hong Kong and Serbia
14  and I don't know how many countries having influence in
15  our election system.  All of this must come to a
16  screeching halt right now.

17        You and your children and your grandchildren and
18  their children deserve the very best America has to offer.

19        The only thing that really distinguishes us from
20  other countries is our love of freedom and the application
21  of the rule of law.  It hasn't been applied fairly or
22  equally in probably two decades.

23        We must demand that that change right now.

24        We will give all our evidence to the Department
25  of Justice as soon as we get it pulled together.  I know.

1  I wish I could say I didn't have concerns about how that

2  would be handled but unfortunately, I still do.  It's

3  going to take a lot of indictments, and fast, to show us

4  that they really mean business, because there has been

5  flagrant election fraud.

6          We have evidence of everything from people buying

7  votes with checks written from a business on K Street in

8  D.C., to ballots being shredded, ballots being

9  manufactured, ballots coming across the border from Mexico

10  that are counterfeit, a plane full of ballots that came

11  in, ballots distributed across state lines after being

12  faked -- I mean there is no kind of voter fraud that

13  hasn't been experienced this year across the country.

14          Yeah, Georgia was absolutely full of it.

15          Rife with voter fraud.

16          But so are other states, including North Carolina

17  and Virginia.  Pennsylvania went solid for Trump.  Yet

18  they're still -- yep.  So we need to flood the legislators

19  here in Georgia and the governor and the Secretary of

20  State with phone calls and letters.  Yeah, I know.  I

21  know.  I know, everybody feels like they're not being

22  listened to, and that's just not right.

23          This is your state and your country and they need

24  to remember they work for you.

25          I just want to thank you all so much for caring

1   enough to be here today.  It is my honor and I know Lin

2   feels like it's his honor and so does the rest of our

3   significant team who have been working day and night since

4   the election, none of whom have been paid a dime yet,

5   although we do -- people have been contributing generously

6   to defendingtherepublic.org but we haven't even had time

7   to get the stuff set up to write a check to pay anybody

8   with yet.  We're too busy fighting the fight but -- yep.

9          Thank you.  I know you have my six and we all

10  really appreciate that.  Once again, you inspire us.

11         God bless you and God bless America.

12         LIN WOOD:  God bless you, Sidney Powell.  God

13  bless you.  God bless all the people here.  Danny

14  Hamilton, I want to thank Danny Hamilton.

15         He drives our Trump bus.  Thank you, Danny.

16         Read the United States Constitution and here's

17  what it makes clear:  All the power -- not some of the

18  power -- all of the power belongs to the people.  This is

19  our country.  We tell government what they can and cannot

20  do.  They cannot control the people.  This is our country.

21  We're going to take it back.  We're circling the walls of

22  Jericho.  People are praying in this country.  We are

23  circling the walls of Jericho, and God almighty is going

24  to tear the walls down and we're going to take America

25  back again.  You watch it happen.  You watch it happen.

Sidney Powell Lin Wood attend Stop the Steal Rally

12

1        You send that message to Bill Barr at the Justice
2   Department, do your job.  You work for us, Attorney
3   General Barr.  Do your job.  You tell the director of the
4   FBI, do your damn job.  You work for us.  Investigate this
5   fraud.  And tell the director of the Central Intelligence
6   Agency, get out of our country.  You don't spy on
7   Americans.  You're not ever going to do it again in
8   America.

9        Thank God for Donald Trump.  God almighty created
10  every one of us, and he created Donald Trump and he gave
11  him a task to fulfill in his life and that was to be
12  president of the United States in 2020 and he's going to
13  be president of the United States for four more years.

14       Watch it happen.  The people will not allow it to
15  be taken away from them and neither -- and neither will
16  almighty God.  God's going to save this country and he's
17  going to use every one of you to do it.  He's going to
18  fill you with the spirit of King David, the warrior.

19       We are the rock.  The people are the rock and
20  we're going to slay Goliath, the Communist, the liberals,
21  the phonies, Joe Biden will never set foot in the oval
22  office of this country.  It will not happen on our watch.

23       Never going to happen.

24       Come on up here, Vernon Jones, a great American.

25       Vernon, come on up here.  God bless Vernon Jones.

Sidney Powell Lin Wood attend Stop the Steal Rally

13

1          Bring it up, Vernon.  Yeah, baby.

2          VERNON JONES:  Hello, America.  Hello, Georgia.

3   Are you fired up?  I am too.  This is a hell of a day.  I

4   need someone to help me just for a minute.  I see Daniel

5   Boone, Junior in the house.  Come on up here and hold my

6   flag.  He has a Daniel Boone hat on.  I want him to come

7   on up.  He's a little shy.  Daniel Boone.

8          You know about Daniel Boone.

9          I love this country and I love Georgia.  I'm

10  Vernon Jones, I'm a member of the Georgia House of

11  Representatives and I took a oath to serve and protect not

12  only the Constitution, but the people of the state of

13  Georgia, and I'm not backing down.  I'm here as an elected

14  official.  It's my obligation and my duty to get your

15  questions answered.  I am too in support and calling for a

16  special session in the Georgia general assembly.

17          This is not a third world country, this is the

18  United States of America and I'm not just doing it for

19  republicans, I'm doing it for democrats, I'm doing it for

20  every single person who lives in the state of Georgia.

21          This is not partisan.  We are America and you

22  deserve and you elect 180 members of the house and you

23  elect another 56 state senators.  We should -- the

24  Constitution gave us the authority to set all the rules

25  and regulations, as relates to state law, for elections,

1  not the Secretary of State.  We should have that oversight

2  and that's why we need to have a special session, so we

3  can look at what Raffensperger did in his agreements, what

4  Stacey Abrams and that crowd, which is not a fair fight,

5  that's a unfair fight.

6          We are standing up not only for black voters, but

7  white voters and democrat voters and republican voters and

8  libertarians.  We're standing up for everybody.  They all

9  should be on this stage.  They all should be on this

10 stage.

11         And I'm like you.  I don't want to see my country

12 go any further left.  As a matter of fact, let's put it in

13 reverse and back it up.  That's why I'm supporting Senator

14 David Perdue and Senator Kelly Loeffler, and I tell you

15 why:  Someone talked about staying home.  I think about

16 Dr. King, I think about all those folks who fought in the

17 movement.  They were kicked and they were beat and some of

18 them were even killed just to be able to go and vote.

19         Dr. King was standing up for you then too.  It's

20 your country.  You hired a politician, they don't hire

21 you.  You have to come out and I'm going to tell you why.

22 Georgia has a history of going into battle.  Georgia has a

23 history of fighting.  We are going to take this back to

24 George Washington, General Patten.  We are going to fight

25 for this country and we're going to hold the line like

Sidney Powell Lin Wood attend Stop the Steal Rally

15

1  America's held the line in every war we've ever been in.

2          Georgia is a battleground state.  It's Georgia.

3  Hold the line.  Hold the line.  Hold the line.  Hold the

4  line.  Hold the line.  Peace out, America.

5          LIN WOOD:  Vernon Jones.  Now, I love Vernon

6  Jones.  Vernon Jones and I are more alike than we are

7  different, but I'm going to disagree with Vernon Jones.

8          Where's Kelly Loeffler here?  Where is David

9  Perdue?  He ought to be standing right here.  Those two

10 people want your vote, then they ought to tell you what

11 we're telling Brian Kemp:  Get a special session of the

12 legislature now.  Do not be fooled twice.  This is

13 Georgia.  We ain't dumb.  We're not going to go vote on

14 January 5th in another machine made by China.  You're not

15 going to fool Georgians again.  If Kelly Loeffler wants

16 your vote, if David Perdue wants your vote, they've got to

17 earn it.  They've got to demand publicly, repeatedly,

18 consistently, Brian Kemp, call a special session of the

19 Georgia legislature, and if they do not do it, if Kelly

20 Loeffler and David Perdue do not do it, they have not

21 earned your vote.  Don't you give it to them.

22         Why would you go back and vote in another rigged

23 election?  For God's sake, fix it.  You've got to fix it

24 before we'll do it again.  They've already got 800,000

25 absentee ballots.  They're printing them out over there in

1  China, sending them over here, stamping them with a

2  computer, signing the names.  They stole this election

3  from Doug Collins.  Doug needs to stand up and fight too.

4       There needs to be the electors chosen from the

5  state of Georgia at a special session of the legislature

6  to vote for Donald J. Trump.  That's who Georgia wants to

7  be president, that's who we the people voted for.

8       And then give us a election on January the 5th,

9  an entire down ballot vote that's fair, that's honest,

10 where nobody can cheat us again.

11      So the message needs to be sent:  If they care

12 about we the people, they'll support we the people.

13 Remember, they don't have the power, they just have the

14 name "senator" in front of their names because you gave it

15 to them.  Excuse me, Brian Kemp gave it to Kelly Loeffler,

16 not the people.  I voted democrat, I voted republican.  I

17 try to vote sometimes for the lesser of the two evils.

18 That's what happened when I voted for Brian Kemp over

19 Stacey Abrams.  He'll never get my vote again.  He's not

20 going to get your vote again either, is he?

21      Brian Kemp needs to go back down and get his

22 shotgun and go shoot quail and dove and let the people run

23 this state of Georgia.  Get out of the damn oval, get out

24 of the mansion.  You don't deserve to be there, Brian

25 Kemp.  Get out of the basement, and take Brad

Sidney Powell Lin Wood attend Stop the Steal Rally

17

1  Raffensperger with you.  And take Geoffrey Duncan with you

2  too.  Y'all go out on a quail shoot and leave Georgia

3  alone, because you're not doing the people's will.

4        Maybe it's time to look beyond the democrats and

5  the republicans.  Maybe it's time for there to be a party

6  of the people.  Maybe it's time for there to be a party of

7  American patriots, because I see American patriots

8  everywhere, and American patriots love America.  We're not

9  going to be taken over by the Chinese.  If you take -- if

10 you're taking China money, go to China.  Don't stuff your

11 pockets with Chinese money when you buy Dominion or you

12 buy the COVID equipment from the people that sent the

13 virus over here.  You don't buy bullets from the enemy.

14 Tell that to Brian Kemp because that's what he did.

15       Now, Sidney Powell and I want to try to answer

16 your questions.  Sidney Powell, how about Sidney Powell

17 and Mike Flynn in 2024?  He'll fight for America because

18 he'll fight like a Flynn.

19       I told you I'm not partisan.  Vernon Jones for

20 governor.  Vernon will fight like a Flynn.

21       How about some good, solid, hardworking American

22 patriot out of the crowd of people I see here today?

23       Run for governor, take back your state.

24       I support Donald Trump because he loves the

25 people.  I spoke with him the other day, he called me.  I

1  want you to know one thing that he told me:  He knows he

2  won this election.  He said if I lost this election fair

3  and square, I would concede but he said, Lin, I didn't

4  lose it, I won it, and he said to me, with the conviction

5  of the president of the United States of America, I will

6  never concede.

7          Don't you ever concede, Mr. President.

8          You won this election.  America voted for you.

9          Stay in the Whitehouse.

10         I'm not here -- when you get out front like this,

11 sometimes people say you're trying to make money.  I don't

12 want your money.  God's given me enough, and enough is

13 enough.  But I will tell you to support my foundation,

14 #fightback.  I formed it five months ago to defend and

15 preserve and protect the Constitution and our rights, and

16 I'm going to do it.  You don't have to vote for me, you

17 don't have to give me any money but go to #fightback.law,

18 fightback.law and look at what we're trying to do, and

19 help us.

20         Now, I want to tell you a personal story, if you

21 don't mind.  I was 16 years old -- I'm going to tell this

22 story first.  That bus, Mr. Hamilton, brought over a

23 thousand people here today.  Give him a hand, give him a

24 round of applause.

25         I was 16 years old.  My mother died, went to the

1  morgue, and my father went to prison.  I didn't have one

2  thin dime in my pocket.  But I took the talent that God

3  gave me and I had the fighting spirit to make it but in

4  any other country in the world, I would not have made it.

5  I made it because I was born in America, and America gave

6  me the opportunity to succeed in my life, and that's why I

7  love America and that's why I'm going to fight for America

8  and that's why you're going to fight for America.

9           This is our country.  Don't let anybody take it

10  away from us.  It's 1776.  This is our battle.  This is

11  our fight.  This is for our freedom.  1776 is back.  Send

12  the message from Georgia, the battleground state of

13  Georgia, the battle starts here at Wills Park, in this

14  land, in this place, with these people.  We're going to

15  take our country back again.  It's 1776.

16           God bless you and God bless America.

17           CJ PEARSON:  God bless America, Georgia.  The

18  energy in this place is electric, and the reason it is is

19  because what the left doesn't seem to understand is that

20  we love this country so much so that we will fight for

21  this country so much.

22           They made the mistake of thinking that we were

23  going to just roll over and take it, that we were going to

24  let them steal this election, that we were going to let

25  them make Joe Biden president of these United States.

1      Not in my America, no, no.  They made the mistake

2  of thinking that we were still the party of Mitt Romney,

3  the party of John McCain, the party that didn't know how

4  to fight.  But what they don't realize now is that we are

5  the party of Donald J. Trump.  We are the party of

6  fighters, we are the party of courageous people who will

7  lay it all out on the field and fight for this nation

8  because if we don't fight for it, who will?

9      America is the greatest nation in the world but

10  it is not great by accident.  It's great by the continued

11  activism of bold Americans like yourself who see that

12  America, while it is great, it takes work for it to be

13  great.  Freedom doesn't just exist, it's preserved.

14  Liberty wasn't just created, it was brought into action by

15  patriots who had the courage to go out and fight for

16  something they believed in.  That is what we are here

17  today, because America is so great that I'm going to fight

18  for it.  You will too.  You will too.

19      LIN WOOD:  If you'll help us do this -- because

20  unlike Brian Kemp and Brad Raffensperger, we're going to

21  answer your questions.  So what I'm going to ask you to do

22  -- and we've got to do it in a very orderly fashion,

23  please, if you can come around to the bus and we'll get a

24  line here and we'll pull you up here, you can ask your

25  question to Sidney Powell or I -- probably Sidney, she's

1 the smart one -- we'll give you the answers, we'll tell

2 you the truth.

3          So if anybody has a question, if you can kind of

4 make your way around here -- I kept some on the front row.

5          Before I do that, there's a lot of people that

6 have not been on the stage today, their names have not

7 been mentioned.  I could call out some people on my staff:

8 Kimberly Bennett, Bob Saban, there's a host of people that

9 love this country, members of the staff, Brian

10 Castleberry, Jake, we've had so many people help us.  I've

11 had tens of thousands of emails sent to me telling me how

12 they got cheated, offering to help.  People love this

13 country.  And I want to thank every one of 'em, even if

14 they're not named, they know who they are and God bless

15 'em.

16          If you'll try to give us your question clearly,

17 shortly and succinctly, here we go.  Come on up.  Y'all

18 help her up.  This is the people's stage.  Why don't you

19 tell us who you are and ask your question.

20          ANNE WALSH:  Anne Walsh, and my question is --

21 first of all, Sidney, you're my hero.

22          LIN WOOD:  She's everybody's hero.

23          ANNE WALSH:  What should we say -- give us some

24 responses to give to friends or loved ones who think we're

25 crazy.  I'm keeping the faith, I ingest the news that I

1  choose to ingest and I see that justice should prevail but

2  we have a lot of people who are discouraged and so they've

3  kind of get -- some of them have given up but what should

4  we say to them, other than we so believe?

5        LIN WOOD:  I'm going to let Sidney answer that

6  but I'm going to tell you quickly what I'd tell 'em:  You

7  tell 'em that only one perfect man walked on the face of

8  this earth and they said he was crazy too but he wasn't

9  crazy, he was Jesus Christ.  Tell 'em they said the same

10  thing about Jesus.  Sidney.

11        SIDNEY POWELL:  These are very difficult times.

12  Some of us have lost good friends and family members have

13  gone a different way over the fact that we are insisting

14  on the truth.  It's just extremely difficult.  The press,

15  the mainstream press, is effectively brainwashing people.

16  Yeah, I think the best way to try to approach it is to

17  have a calm, factual conversation but at the same time, we

18  have to realize that the power of the media to lie is so

19  overwhelming that it's very hard for some people who won't

20  go to original source material or really be open to the

21  facts, to confront the reality that's really in front of

22  'em.

23        Yeah, digital soldiers, General Flynn's digital

24  soldiers have been a huge help in bringing us the truth.

25        So there are lots of people you can follow on

1  Twitter, but in terms of, you know, those personal

2  relationships that we've all lost, other than trying to

3  keep loving them and reaching out to them with the truth

4  and maintaining that consistency, I don't know -- there's

5  no easy answer for that.

6          LIN WOOD:  You could also tell 'em turn off the

7  television.  What was it Joe Biden said?  Tell 'em to go

8  listen to the phonograph.  I would tell anybody to think

9  for themselves.  Don't accept what you read in the

10  newspapers and what you see on TV.  They're liars.

11         Go look up a color revolution because that's

12  what's going on in America right now.

13         China's making its move because they need our

14  land to grow their food.  They can't take four more years

15  of Donald Trump protecting America, so keep your guard up,

16  defend yourself and whatever it takes within the bounds of

17  law, you fight for your freedom.

18         MEMBER OF THE PUBLIC:  So my question is, I've

19  been hearing a lot about the Dominion switching votes in

20  the computer, okay?  But when they did the hand recount in

21  Georgia, why didn't we then see massive discrepancies

22  between what the computer totals were and what the paper

23  ballot recounts were if they moved 50,000 from Biden to

24  Trump, wouldn't we see 50,000 less Biden votes in the

25  recount?

1          LIN WOOD:  Ran 'em back through the computer.

2          MEMBER OF THE PUBLIC:  Yeah, but then the paper

3   ballots would have to match exactly.

4          LIN WOOD:  If you get a hand count of the paper

5   ballots --

6          SIDNEY POWELL:  And envelopes.

7          LIN WOOD:  -- and envelopes on the absentees,

8   Donald Trump won Georgia by a landslide.

9          SIDNEY POWELL:  Georgia did not do a full hand

10  recount of the ballots.  In the one county where they did

11  do the hand recount, we found exactly what you're talking

12  about.  It was a small precinct.  I don't remember the

13  total number of votes but they flipped 37 from Trump to

14  Biden in this very small precinct.  It was 52 or

15  52 percent, I think, of the votes there so they weighted

16  Biden votes at 1.52 and they weighted Trump votes at .48

17  when the votes went into the machine to change them.

18          People have been destroying ballots right and

19  left.  We have shredded ballots that we found.  It

20  wouldn't even be possible now in Georgia to accurately

21  count the actual ballots.  Yeah, they have been destroying

22  evidence, there was a fake software update in Fulton

23  County.  They took the server, they changed the server,

24  they've been destroying evidence right and left.

25          They know they're caught.

1          There are several reasons why we can't get it

2   all.  One, they're destroying evidence.  Another is the

3   machines are actually built to even try to alter the audit

4   trail for them but we'd have to have a real hand count of

5   every ballot and every envelope to get an accurate count

6   of the votes.

7          LIN WOOD:  I left some folks out real quick.

8          Ask yourself this question:  If you're sending

9   money to the republican party in Georgia or you sent any

10  money to the national republican party, where the hell are

11  they?  Where is Ronna McDaniel?  Where's David Shafer?

12  Why are the republicans not fighting for Donald Trump?  If

13  they don't fight for Donald Trump, including Loeffler and

14  Shafer, send 'em all home.

15         Kay Kent, board member, president's team, my kind

16  of person.

17         KAY KENT:  We the people want to know the answer

18  to a question:  What about all the veiled companies that

19  Brad Raffensperger has, the various incorporated companies

20  that Brad Raffensperger has?  We would like to know an

21  answer to that question.

22         When we look at incorporated companies, I believe

23  that is public record.

24         LIN WOOD:  I know about the law of defamation.  I

25  know about the damn crooked FBI too.  I represented

 1  Richard Jewell.  I know about fraud.  Ask your company

 2  called Devita, stole $495 million of your taxpayer money.

 3          I got it back for you.

 4          The law of defamation says that if you make a

 5  false statement against somebody that's defamatory, they

 6  can sue you.  Listen carefully, Governor Kemp; listen

 7  carefully, Brad Raffensperger:  I state as a matter of

 8  fact that you are criminals, you took money from Dominion,

 9  you took money from China with the COVID purchase, and I

10  damn well bet you will never sue me because the truth will

11  prove that I am right.  You need to go to jail.  Follow

12  the money.  Follow the money.  These fat cats sitting

13  around, spending your money, giving it to China, sticking

14  it in their family's pockets, that's not America.

15          This country's got to get back to the truth.

16          This is what you're here for.  You're here

17  because you love truth.  And I love truth too and I know

18  as a matter of fact spiritually and factually that only

19  the truth will set you free.  Follow the money.  Find the

20  truth.  Let the people of Georgia know the truth and let's

21  get some new people running this state.  Another question?

22          MEMBER OF THE PUBLIC:  All right, how many people

23  here voted early in person?  How many people?  Okay,

24  because at the precinct where I voted early in person in

25  Dunwoody, at the Dunwoody library, they did something

1  illegal.  I spoke with a Congressperson yesterday who had

2  me back up when I told them the story and he was mortified

3  to hear what I told him.

4        I told him that after I pressed the stuff and the

5  piece of paper came out, my daughter was with me, we were

6  corralled over to a poll worker who looked at the top of

7  the ballot for the QR code to tell us which scanner to

8  scan our votes in.  Did that happen to anyone else or was

9  it just in my precinct?  How many other people did it

10  happen to?  Did they touch your ballot?  A lot of people.

11  Yes, they -- were there two separate scanners?  For

12  everybody?  No.  Okay.  Well, it was illegal.  They're not

13  allowed to look at your ballot at all, and why, why did

14  they have us scan into two separate scanners, one for

15  Biden and one for Trump?  Did you know that the user

16  manual for Dominion teaches them how to delete batches of

17  ballots?  Did you know that?  Did you know that?

18        LIN WOOD:  I'll tell you what I didn't know, is

19  that I voted in person at Buckhead Library.  I never knew

20  that my vote was going to leave Fulton County, pass

21  through Venezuela, Canada, find its way over to Barcelona

22  or Frankfurt and that I had cast it -- and we just learned

23  this -- on a machine with software that is 75 percent

24  owned by the Communist Party of China.  I didn't vote on a

25  Chinese machine.  I would never have done it.

1          We've got to get back to simple rules.

2          They had one of the most legitimate elections in

3  recent history in Iraq.  They voted by fingerprint.  It's

4  not that hard.  Think about the millions and millions and

5  millions of your dollars that have been wasted running

6  them back through these China machines.

7          He who has nothing to hide, hides nothing.

8          What is Brian Kemp hiding?  What is Brad

9  Raffensperger hiding?  Follow the money, follow those

10  corporations, find out what really happened to your vote,

11  and who sold it to China.

12          Gina Haspel.  Gina Haspel is the director of the

13  CIA.  Well, President Trump doesn't ask for my advice.  If

14  he did, I'd give it to him about Gina Haspel:  Fire Gina

15  Haspel yesterday, and fire Christopher Wray last week.

16          The deep state permeates the democrats, it

17  permeates the republicans.  Donald Trump is fighting both

18  parties right now.  The republicans are not helping him,

19  the democrats are not going to ever help him.  They want

20  to get him out of office even so bad they cheat openly.

21          The only people that are helping Donald Trump are

22  people like you and me.  We the people are helping Donald

23  Trump because we know that Donald Trump loves the people.

24          I spoke with a close friend of the president's

25  six months ago and he told me the first time the president

1  ran, he was thinking about building up his brand and then

2  he decided to get out and not run, and then he went across

3  the country and he talked to the people and he decided to

4  run because he knew the people didn't have representation.

5       He ran for you the people.  So he's not going to

6  stay in office because of the republican party, he's going

7  to stay in office because we the people demanded it when

8  we voted for him.  I've looked at the real numbers.  He

9  won over 410 electoral votes.  He won -- damn near won

10 every state, including California.  80 plus million votes.

11      We're not going to let them steal our election.

12 We're not going to let them steal our country.  And we

13 will die before we'll ever let them steal our freedom.

14      When I tell you it's 1776 again, there were 56

15 men that signed the declaration of independence.  They

16 were pretty well off.  They had been in America for a

17 hundred-plus years, they had a lot to lose; their

18 families, their plantations, their fortunes, the good

19 names that they had built up over the first hundred years

20 before 1776.  56 men signed the declaration of

21 independence.  Remember this part of that declaration:  We

22 pledge to each other our lives, our fortunes and our

23 sacred honor, and most of them lost their fortunes.  Many

24 of them lost their lives.  But they did it for their

25 children and their grandchildren and the generations to

Sidney Powell Lin Wood attend Stop the Steal Rally

30

1  come, because they did it for freedom.

2       It's our time now.  Pledge your life, your

3  fortune, your sacred honor to keep this country free.

4  This is our country.  Keep America free.  God bless every

5  one of you.  Go to the Governor's Mansion, go to the State

6  Capitol, blow your horns, send a message, this is America.

7       We're going to keep it free.

8       God bless you all, and God bless America.

9       MEMBER OF THE PUBLIC:  Thank you all for

10  listening to me.  I'm in Florida and I'm also an attorney

11  but I'm not an attorney in Florida, I'm an attorney up

12  north.  I came down here because I helped on the Trump

13  campaign this year in 2016 and I know Georgia went for

14  Trump.  I know Georgia went for Perdue and Loeffler, okay.

15       So I went to the election office in Fayette

16  County.  While I was waiting in line I saw a man and lady

17  in distress.  I talked to them, I found out James Jacobs

18  and his wife Cheryl tried to vote in person on the day of

19  but they got (unintelligible) way back from 2000 they were

20  told no, you can't vote.  You already voted by mail.  They

21  said no, we did not, we want to vote in person.  They were

22  forced to give -- they were given a provisional ballot, I

23  think it was done by (unintelligible) they were never told

24  (unintelligible) ballots that you never asked for down to

25  the office, we'll tear them up (unintelligible) in person.

 1  They were never told that.  They were just told you can

 2  vote by provisional mail.  They voted by provisional mail

 3  and it was put in a single box.  They asked me, could you

 4  help us get some paperwork, some kind of evidence that

 5  (unintelligible) County, Trump, Perdue and Loeffler?

 6          I said I'll do the best I can.

 7          When I went back to the office on Saturday I

 8  spoke to someone, she printed it out, they eventually got

 9  the printout but the printout does not show who they voted

10  for.  It doesn't show that they voted for Donald Trump.

11          So I want to thank Ms. Powell and Mr. Wood.  I

12  consider you both a sister in the law.  You're my mentors

13  and I love you and God bless you and keep you strong.

14          SIDNEY POWELL:  You want an update on the

15  lawsuit?  We're asking for an emergency appeal to the

16  Eleventh Circuit for some of the procedural problems that

17  arose unexpectedly and I think the Eleventh Circuit will

18  (unintelligible) and they will order the (unintelligible)

19  by impoundment of all of the Dominion machines

20  (unintelligible) despite a court order to preserve the

21  evidence in (unintelligible) counties (unintelligible).  I

22  don't know why our government (unintelligible) impoundment

23  secure the machines immediately (unintelligible) partly

24  responsible for the fraud that was (unintelligible) and I

25  think the problem is we don't know -- I mean, I always

1   assume that candidates in both parties and special

2   interests across the country, if not around the world,

3   have benefited from different use of these machines and

4   the software and the technology for at least 15 years or

5   so.

6           We have evidence that Hillary Clinton used it in

7   2016 to defeat Bernie Sanders in California, for example.

8           So it's happened before.  This isn't the first

9   time.  It's the first time it's been so blatant, and

10  that's because so many of you across the country voted for

11  Donald Trump that you broke the algorithm.

12          We have a witness from Venezuela who knows how

13  the machines work.  He was there with Hugo Chavez right

14  through all of it.  He was briefed on the operations and

15  then he saw it operating election night from the special

16  control room where they could flip the votes, drag and

17  drop and trash whatever they wanted to trash and make sure

18  Hugo Chavez won his reelection and he said that as soon as

19  he saw the voting stop in those states the night of the

20  election, when all of a sudden they all stopped, that was

21  exactly what had happened.  The vote was so overwhelmingly

22  for Trump that they had to stop counting and go in and

23  backfill with fake ballots, ballots or take time to inject

24  votes into the machine that didn't exist and to trash

25  Trump votes.

1          So yes, we the people of the United States'

2    elected Donald Trump president, and we're not going to

3    quit until he is.

4          LIN WOOD:  I will see you tomorrow at the State

5    Capitol.  Thank you.  Stay mad as hell.

6          We're not going to take it anymore.

7          (End of transcription.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Sidney Powell Lin Wood attend Stop the Steal Rally

34

1                    C E R T I F I C A T E

2

3

4          I, TERRI NESTORE, Certified Shorthand Reporter/

5     Transcriptionist, do hereby certify that I was authorized

6     to transcribe the foregoing recorded proceeding, and that

7     the transcript is a true and accurate transcription of my

8     shorthand notes, to the best of my ability, taken while

9     listening to the provided recording.

10

11         I further certify that I am not of counsel or

12    attorney for either or any of the parties to said

13    proceedings, nor in any way interested in the events of

14    this cause, and that I am not related to any of the

15    parties thereto.

16

17

18    Dated this 18th day of December, 2020.

19

20

21                    _____
                      TERRI NESTORE, CSR 5614, RPR, CRR
22

23

24

25