# Exhibit 45

screenshot-twitter.com-2021.01.06-14_01_40
https://twitter.com/SidneyPowell1/status/1337251453359026183?s=20
06.01.2021

