# Exhibit 46

screenshot-twitter.com-2021.01.06-14_02_34
https://twitter.com/SidneyPowell1/status/1337264198041133057
06.01.2021

