# Exhibit 48

```
 1
 2
 3
 4
 5                       FILE NAME:
 6        The Affidavit Sidney Powell With Lou Dobbs
 7                        (8:10 min)
 8
 9
10
11
12        TRANSCRIPT OF VIDEO-RECORDED INTERVIEW
13                       SIDNEY POWELL
14                        LOU DOBBS
15
16
17
18
19
20
21
22
23
24  Transcribed By:
    TERRI NESTORE
25  CSR No. 5614, RPR, CRR
```

1      LOU DOBBS:  Joining us now by phone, Sidney
2 Powell, a member of President Trump's legal team.  She is
3 also General Michael Flynn's attorney, former federal
4 prosecutor, best selling author, one of the country's most
5 prominent appellate attorneys.
6      Sidney, good to have you with us.  Dominion
7 Voting Systems seems to be figuring larger and larger in
8 the interest of your legal team, and what is the latest?
9      SIDNEY POWELL:  Oh, definitely, Lou.
10      I've just gotten some stunning evidence from a
11 firsthand witness, a high-ranking military officer, who
12 was present when Smartmatic was designed in a way that --
13 and I'm going to just read to you some of these
14 statements, if you don't mind, so I get them exactly
15 right.
16      LOU DOBBS:  Sure.
17      SIDNEY POWELL:  From the affidavit:  Designed in
18 a way that the system could change the vote of each voter
19 without being detected.  He wanted the software itself to
20 function in such a manner that if the voter were to place
21 their thumbprint or fingerprint on a scanner, then the
22 thumbprint would be tied to a record of the voter's name
23 and identity as having voted but that voter would not be
24 tracked to the changed vote.
25      He made it clear that the system would have to be

1  set up but not leave any evidence of the changed vote for
2  a specific voter, and that there would be no evidence to
3  show and nothing to contradict that the name or the
4  fingerprint or thumbprint was going with a changed vote.
5           Smartmatic agreed to create such a system and
6  produce the software and hardware that accomplished the
7  result for President Chavez.
8           After the Smartmatic electoral management system
9  was put in place, he closely observed several elections
10 where the results were manipulated using the Smartmatic
11 software.  One such election was December 2006 when Chavez
12 was running against Rosales.  Chavez won with a landslide
13 over Rosales, the margin of nearly 6 million votes for
14 Chavez, versus 3.7 million for Rosales.
15          In 2013 he witnessed another Venezuelan national
16 election where the Smartmatic management system was used
17 to manipulate and change the results for Chavez.
18          And it goes on and on.
19          He was in the control room where multiple digital
20 display screens were shown for results in voting, the
21 actual voting results were fed into that room and on to
22 the displays over an internet feed which was connected to
23 a sophisticated computer system created by Smartmatic.
24 People in that room were able to see in realtime whether
25 the votes that came through the electronic voting system

1  was in their favor or against them.  If one looked at any
2  particular screen, they could determine that the vote from
3  any specific area or as a national total was going to be
4  against either candidate.
5           Persons controlling the vote tabulation computer
6  had the ability to change the reporting of votes by moving
7  votes from one candidate to another by using the
8  Smartmatic software, and on and on it goes.
9           LOU DOBBS:  Smartmatic, the relation --
10          SIDNEY POWELL:  Smartmatic owns Dominion.
11          LOU DOBBS:  Yes.  And Smartmatic, the chairman is
12 Admiral Neffenger, who is also on the president -- the
13 vice president's transition team, his presidential --
14 presumptuous presidential transition team.  That's an
15 extraordinary situation as well, isn't it?
16          SIDNEY POWELL:  Yes, it is.
17          So here's the other kicker:  When the Smartmatic
18 machines -- or when somebody's losing, like, for example,
19 when Maduro and his supporters realized the size of the
20 other guy's lead, they were worried that they were in
21 crisis mode and would lose the election, the Smartmatic
22 machines used for voting in each state were connected to
23 the internet, reported their information over the internet
24 so the control center in realtime said the decision was
25 made to reset the entire system.

1          Maduro and his supporters ordered the network
2    controllers to take the internet itself offline in
3    practically all parts in Venezuela, to change the results.
4    It took the voting operators approximately two hours to
5    make the adjustments in the vote from Radonski to Maduro,
6    and then when they turned the internet back on and the
7    online reporting was up and running again, they checked
8    each screen, state by state, to be certain they could see
9    each vote was changed in favor of Maduro.
10          LOU DOBBS:  Sidney, you tweeted earlier today
11   about the CIA and its association.
12          What have you discovered there?
13          SIDNEY POWELL:  Well, other than the fact there's
14   no way all this was happening over and around the world
15   without the CIA knowing about it.  I mean, that's just
16   logic.
17          It's been -- this affidavit also explains it's
18   been used to change election results all over the world,
19   and it's all Venezuelan and Cuban and essentially
20   Communist money that's been doing this.
21          It's a foreign owned company, as you mentioned
22   earlier.  The president of it is Mr. Neffenger, who is on
23   Biden's very presumptuous and immediately failing
24   transition team.
25          And people have been reporting this to our

1  government for several years, including democrats, and
2  nobody's done a damn thing about it, Lou.
3          I can't even express how furious I am over this.
4          LOU DOBBS:  Well, I share your fury and
5  frustration, but I do have some news to break here at this
6  moment.  I have now received word from a highly reliable
7  source that the FBI does have an investigative team that
8  is now looking into this election.
9          Now, what that means beyond that, but at least
10 it's confirmation that they are investigating and we'll
11 see what moves because there has been no indication that
12 indeed -- publicly, that they were involved.  They are
13 now.
14         And to that point, I'd just like to show, if we
15 could put up the full screen, under what their authorities
16 are when we talk about these state run elections, even
17 though they're federal elections for at least a sizable
18 number of the candidates.
19         As you see there, the ballot includes one or more
20 federal candidates, an election or polling place official
21 abuses their office, the conduct involving false voter
22 registration, the crime intentionally targets minority
23 protected classes, the activity violates federal campaign
24 finance laws.  All of this laid out on the FBI website for
25 anyone to look at.

```
 1              And it appears, Sidney, that at least the FBI has
 2    finally looked at that website -- I'm not sure it was
 3    Christopher Wray -- but someone at the FBI, and took
 4    action.  Your thoughts.
 5              SIDNEY POWELL:  Well, my other thought is that as
 6    soon as the Smartmatic system changed the votes that they
 7    wanted for their desired candidate, by the time they
 8    finished, they achieve a convincing but narrow victory of
 9    the certain number of votes they want for their candidate.
10              This person saw, by what his own experience,
11    exactly what was happening there was happening here.
12              LOU DOBBS:  It's -- it is a deeply, deeply
13    troubling election, as I said earlier, the worst in this
14    country's history, bar none, and we have seen official
15    investigative and Justice Department officials slow to
16    move, and it is infuriating to everyone.
17              SIDNEY POWELL:  No, we've seen willful blindness.
18              They have adopted a position of willful blindness
19    to this massive corruption across the country, and the
20    Smartmatic software is in the DNA of every vote tabulating
21    company's software and system.
22              LOU DOBBS:  Yes, and it is more than just a
23    willful blindness.  This is people trying to blind us to
24    what is going on.  We don't even know who the hell really
25    owns these companies -- at least most of them.
```

1      That's got to change and we've got to find out
2 exactly what's going on, and thank God we've got a
3 president who will stay in the fight all the way through
4 until we get those answers.
5      Sidney Powell, thanks so much.
6      We appreciate it, as always.
7      (End of recording.)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1       C E R T I F I C A T E

2

3

4       I, TERRI NESTORE, Certified Shorthand Reporter/

5  Transcriptionist, do hereby certify that I was authorized

6  to transcribe the foregoing recorded proceeding, and that

7  the transcript is a true and accurate transcription of my

8  shorthand notes, to the best of my ability, taken while

9  listening to the provided recording.

10

11       I further certify that I am not of counsel or

12  attorney for either or any of the parties to said

13  proceedings, nor in any way interested in the events of

14  this cause, and that I am not related to any of the

15  parties thereto.

16

17

18  Dated this 6th day of January, 2021.

19

20

21       _____
         TERRI NESTORE, CSR 5614, RPR, CRR
22

23

24

25