# Exhibit 49

1
2
3
4
5                          FILE NAME:
6           Sidney Powell Follows Up With Lou Dobbs
7              About Today's Press Briefing
8                          (6:08 min)
9
10
11
12        TRANSCRIPT OF VIDEO-RECORDED INTERVIEW
13                       SIDNEY POWELL
14                        LOU DOBBS
15
16
17
18
19
20
21
22
23
24  Transcribed By:
    TERRI NESTORE
25  CSR No. 5614, RPR, CRR

```
 1              LOU DOBBS:  And joining us now by phone is Sidney
 2   Powell.  She's a member obviously of the president's legal
 3   team, also General Michael Flynn's defense attorney.  A
 4   great American.  One of the country's leading appellate
 5   attorneys.
 6              Sidney, first of all, thanks.  I know you are
 7   going every which direction right now, busy as you could
 8   possibly be.
 9              Let's start out right now with the president's
10   path to victory here, as you and the legal team see it.
11   If you could give us just that canvas very quickly.
12              SIDNEY POWELL:  Well, yes, Lou.
13              The entire election, frankly, in all the swing
14   states should be overturned and the legislatures should
15   make sure that the electors are selected for Trump, and
16   it's going to have to follow the constitutional provisions
17   that it go be decided according to the amendment.
18              It's just --
19              LOU DOBBS:  Let's --
20              SIDNEY POWELL:  Yes, go ahead.
21              LOU DOBBS:  Let's turn to Smartmatic and
22   Dominion.  Are they or are they not linked?
23              SIDNEY POWELL:  Oh, they're definitely linked.  I
24   would call them inextricably intertwined.  They have the
25   same history from their inception.  I'm sure they're
```

1  trying to distance themselves from each other, but the
2  fact is that the Dominion machines run the Smartmatic
3  software or parts of the key code of it, and that is what
4  allows them to manipulate the votes in any way the
5  operators choose to manipulate them; and every time there
6  was a glitch, they called it, or connection to the
7  internet, they also violated state laws that required the
8  machines to be certified and nothing to be changed before
9  the votes.
10         There are any number of legal grounds on which
11 the use of those machines has to be stopped and the votes
12 invalidated.
13         LOU DOBBS:  Now, are you pressing forward with
14 legal action against them for those violations?
15         SIDNEY POWELL:  Not against the company and the
16 software, but the suits will be against the election
17 officials who invalidate the results of the election and
18 force it to the legislatures and the Electoral College and
19 the Congress, if necessary.
20         LOU DOBBS:  There has been great controversy as
21 well, as you know, about reports of a raid on a company,
22 Scytl, in Germany which held election data, presumably,
23 and a raid that was carried out by U.S. forces, or so goes
24 the report, although the forces themselves were not
25 clearly identified, nor the event actually proven.

 1        Can you tell us what actually did happen there
 2   and what you do know?
 3        SIDNEY POWELL:  Well, I know that is one of the
 4   server centers.  There's also one in Barcelona, so it is
 5   related to the entire Smartmatic-Dominion software
 6   operation.  We do not know whether the good guys got the
 7   servers or whether the bad guys got them.  Being on the
 8   outside of the government, we simply don't know.  I'm
 9   hoping it's the good guys and if they have that, then
10   there should be scads of evidence of, frankly, an
11   international conspiracy, criminal conspiracy of the worst
12   sort.
13        LOU DOBBS:  And it's the presumption then that
14   they had the records on those servers of all of the votes
15   that were processed by Dominion or Smartmatic?
16        SIDNEY POWELL:  Yes.  The way it works, the votes
17   can be changed either on the ground as they come in.
18   People can watch the votes stream in live.  For example,
19   there was a Dominion employee high up, high-ranking at the
20   Detroit center the night of the election.  He could have
21   watched the votes come in live and manipulated them in
22   that process.  It could have run an automatic algorithm
23   against all the votes, which we believe is what happened
24   originally and then the machines had to stop or the
25   counting had to stop in multiple places because President

1  Trump's lead was so great at that point they had to stop
2  the counting and come in and backfill the votes they
3  needed to change the result.
4          LOU DOBBS:  And let me ask you, as we wrap up
5  here, what is the next steps for the legal team and when
6  do you believe you will be prepared to come forward with
7  hard evidence establishing the basis for a court to
8  overturn elections or at least results of those elections
9  in a number of battleground states?
10         SIDNEY POWELL:  Well, we are still in the process
11 of collecting evidence.
12         It's coming in in massive amounts.
13         LOU DOBBS:  Right.
14         SIDNEY POWELL:  And even today we're getting more
15 people coming forward, telling us the truth about what
16 happened.  I would think we would have fraud complaints
17 ready sometime by late next week, at the latest, but like
18 I said, it's just a massive amount of information now.
19         We've got -- well, let me put it this way:
20 There's thousands of people in federal prisons on far less
21 evidence of criminal conduct than we have already against
22 the Smartmatic and Dominion Systems companies, and most of
23 the companies in the country have run the same sort of
24 software or have that code in their software, so it's
25 farther -- it's more widespread.

1           LOU DOBBS:  And incredibly, one of the benefits
2  of this may be that we will learn who actually owns these
3  companies.  We have just watched, to everyone in this
4  audience tonight, our election is run by companies, the
5  ownership of which we don't know.  Sidney Powell is among
6  those trying to change all of that.
7           Sidney Powell, thank you so much for being with
8  us.  We appreciate it.
9           (End of recording.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1         C E R T I F I C A T E

2

3

4       I, TERRI NESTORE, Certified Shorthand Reporter/

5  Transcriptionist, do hereby certify that I was authorized

6  to transcribe the foregoing recorded proceeding, and that

7  the transcript is a true and accurate transcription of my

8  shorthand notes, to the best of my ability, taken while

9  listening to the provided recording.

10

11      I further certify that I am not of counsel or

12  attorney for either or any of the parties to said

13  proceedings, nor in any way interested in the events of

14  this cause, and that I am not related to any of the

15  parties thereto.

16

17

18  Dated this 17th day of December, 2020.

19

20

21                          _____
                            TERRI NESTORE, CSR 5614, RPR, CRR
22

23

24

25