# Exhibit 50

HOME   ABOUT OAN   TV SCHEDULE   SHOWS   SHOP   CONTACT






TOP NEWS   WORLD   BUSINESS   TECHNOLOGY   SPORTS   ENTERTAINMENT   VIDEO   SHOP        Friday, January 1st

**TRENDING**   ARIZ. CITIZENS HOLD PRESS CONFERENCE ON VOTER FRAUD

SEARCH …

# Powell: Election Fraud Now Obvious Because President Trump's Landslide Victory Broke Dominion 'Vote-Switch' Algorithm



**The Jan 20 Inauguration Will Change Everything - How to Financially Prepare**
Ad by Great American Wealth Project


SolarWinds hack likely started earlier than previously thought


Congressman Issa vows to fight for President Trump, block Democrats from stealing America's elections


Tech expert reveals Ga. voting machines connected to Chinese vendor


Ariz. citizens hold press conference on voter fraud

Ad


[Pics] Missing Submarine with 80 Sailors Found, Experts Discovered the Truth
Ad by Maternity Week


The Jan 20... Change Ev... Financially...
Ad by Great...



File – Attorney Sidney Powell is pictured. (Ben Margot/AP Photo)

OAN Newsroom
UPDATED 7:26 AM PT – Wednesday, December 30, 2020

Attorney Sidney Powell recently gave a detailed interview on the evidence of election fraud after releasing a 270 page summary of her investigation.

"So for 5 states on election night is absolutely unprecedented," she explained.

Document title: Powell: Election fraud now obvious because President Trump's landslide victory broke Dominion 'vote-switch' algorithm | One America News Network
Capture URL: https://www.oann.com/powell-election-fraud-now-obvious-because-president-trumps-landslide-victory-broke-dominion-vote-switch-algorithm/
Capture timestamp (UTC): Fri, 01 Jan 2021 18:40:55 GMT
Page 1 of 12

File – Attorney Sidney Powell is pictured. (Ben Margot/AP Photo)

OAN Newsroom
UPDATED 7:26 AM PT – Wednesday, December 30, 2020

Attorney Sidney Powell recently gave a detailed interview on the evidence of election fraud after releasing a 270 page summary of her investigation.

"So for 5 states on election night is absolutely unprecedented," she explained. "And they did it because the vote count for the Electoral College was about to hit 270 for President Trump."

Powell said the President won a second term in office on election night and Democrat officials had to use all the tools they had to prevent that from happening. She added, this includes foreign meddling, electronic manipulation of votes and expelling poll-watchers.

"The flipping of votes by Dominion is even advertised on their ability to do that, to run a fraction, to make a Biden vote count 1.26% and a Trump vote to only count 0.74%," the attorney continued. "They done it in other foreign countries, they've done it in this country."

Powell went on to note that voter fraud in this election was so rampant because President Trump's landslide victory was breaking the Dominion algorithm.

LISTEN TO THE FULL INTERVIEW HERE:









**1244 Comments**  OAN  🔒 Disqus' Privacy Policy                    🔵1 Login

♡ Recommend 14    Tweet   Share                                  Sort by Best



[ Join the discussion... ]

LOG IN WITH          OR SIGN UP WITH DISQUS (?)

D  f  🐦  G          [ Name ]

 **Jackie Chiles** · 2 days ago

We know the machines were rigged, ballots were forged, the dead voted, Trump ballots were thrown in the trash, and after all that cheating, still Biden barely squeaked by.

Trump won and Biden lost in every way possible.

92 ⌃ | ⌄ 9 · Reply · Share ›

 **kaiju** → Jackie Chiles · 2 days ago

We all saw Trumps huge win on election night. We saw the vote counts stop in swing states. We saw the reports of poll watchers being denied access. We saw the 100% Biden counts come in. We saw the steal and we know where it happened and when it happened.

71 ⌃ | ⌄ 5 · Reply · Share ›

 **ocean** → kaiju · 2 days ago

The CNN election coverage showed the Election Fraud software Feedback Loop that flipped Trump votes to Biden. This was displayed on the TV for the whole world to see.

51 ⌃ | ⌄ 5 · Reply · Share ›

 **john** → ocean · 2 days ago

i so love the down votes -makes it easier to find the trolls and block them lol

11 ⌃ | ⌄ 1 · Reply · Share ›

 **Nullzip** → john · 2 days ago

Yeah but some of them are to cowardly to log in and display their names.

1 ⌃ | ⌄ 2 · Reply · Share ›

 **glen10** → john · an hour ago

If the downvotes went for the GOP why didn't the Trump vote do the same, people wanted to get rid of the scum bag

⌃ | ⌄ 1 · Reply · Share ›

 **Kooldaid** → ocean · 2 days ago

Really? Are really that stupid?

8 ⌃ | ⌄ 18 · Reply · Share ›

 **Yukon Cornelius** → Kooldaid · 2 days ago

Yes, you really are that stupid. Blocked.

28 ⌃ | ⌄ 3 · Reply · Share ›

Document title: Powell: Election fraud now obvious because President Trump's landslide victory broke Dominion 'vote-switch' algorithm | One America News Network
Capture URL: https://www.oann.com/powell-election-fraud-now-obvious-because-president-trumps-landslide-victory-broke-dominion-vote-switch-algorithm/
Capture timestamp (UTC): Fri, 01 Jan 2021 18:40:55 GMT
Page 5 of 12

 **Kooldaid** → ocean • 2 days ago
Really? Are really that stupid?

8 ▲ | ▼ 18 • Reply • Share ›

 **Yukon Cornelius** → Kooldaid • 2 days ago
Yes, you really are that stupid. Blocked.

28 ▲ | ▼ 3 • Reply • Share ›

 **It's All Over But The Cryin'** → Yukon Cornelius • 2 days ago
Even more news emerged Tuesday that the presidential race was free and fair: A law enforcement audit of more than 15,000 absentee ballot envelope signatures in Cobb County, Georgia found no fraud or irregularities at all.

Between the Secretary of State's office and the Georgia Bureau of Investigation, investigators found just a handful of minor issues among the randomly-selected envelopes they reviewed.

Nine envelopes total had signatures that investigators believed didn't match official records, in one case because a voter's spouse signed his envelope for him. Another envelope was missing a signature. Investigators confirmed with all 10 voters that they'd cast the ballots in question.

The bottom line? "No fraudulent absentee ballots were identified during the audit," investigators said.

13 ▲ | ▼ 23 • Reply • Share ›

 **Sniffachoo** → It's All Over But The Cryin' • 2 days ago
The proof is overwhelming. There is no verbal gesticulation or corrupt municipal officials that can change the proof that resides in the hands of those who have worked to investigate the election results. I too sat and watched the returns as they came in...and I remember the swamp creatures, Shiff, Pelosi, Nadler, Feinstine, Schumer, and dozens of other Democrats that were more than happy to destroy our existing government for their own gain. Let's not forget how heroic our president was during these past 4 years.

27 ▲ | ▼ 4 • Reply • Share ›

 **Vandyman63** → Sniffachoo • 2 days ago
Thank you, Sniff.
Well stated!

8 ▲ | ▼ 1 • Reply • Share ›

 **It's All Over But The Cryin'** → Sniffachoo • 2 days ago
"The proof is overwhelming."

It seems that way to you because you're paranoid. So with tunnel-vision, you typically focus on irrelevant information that supports your biases while ignoring the big picture.

5 ▲ | ▼ 6 • Reply • Share ›

 **Lopoce** → It's All Over But The Cryin' • 2 days ago
SHUT UP COMMIE YOU ARE WEAK MINDED BUT WE ARE NOT

5 ▲ | ▼ 1 • Reply • Share ›

**glen10** → Lopoce • an hour ago

Document title: Powell: Election fraud now obvious because President Trump's landslide victory broke Dominion 'vote-switch' algorithm | One America News Network
Capture URL: https://www.oann.com/powell-election-fraud-now-obvious-because-president-trumps-landslide-victory-broke-dominion-vote-switch-algorithm/
Capture timestamp (UTC): Fri, 01 Jan 2021 18:40:55 GMT
Page 6 of 12

5 ⌃ | ⌄ 6 · Reply · Share ›

**Lopoce** → It's All Over But The Cryin' · 2 days ago
SHUT UP COMMIE YOU ARE WEAK MINDED BUT WE ARE NOT
5 ⌃ | ⌄ 1 · Reply · Share ›

**glen10** → Lopoce · an hour ago
Shut up N@zi Trump cult supporter
⌃ | ⌄ · Reply · Share ›

**Paleface** → It's All Over But The Cryin' · 2 days ago
The big picture is election fraud! You ignore actual evidence if it doesn't fit your narrative.
4 ⌃ | ⌄ 1 · Reply · Share ›

**Chuck Shick** → Sniffachoo · 2 days ago
Heroic?!

JFC buddy. Please don't operate machinery.
4 ⌃ | ⌄ 9 · Reply · Share ›

**Lopoce** → Chuck Shick · 2 days ago
S T F U moron
5 ⌃ | ⌄ · Reply · Share ›

**Chuck Shick** → Lopoce · 2 days ago · edited
Woowee! Check out this new troll's comments folks. Looks like little Billy showed his bigoted, angry grandpa how go online.
⌃ | ⌄ 1 · Reply · Share ›

**glen10** → Sniffachoo · 2 days ago
Trump in the past 4 years is the biggest liar, most corrupt, most incompetent, most bigoted president in history of the republic
⌃ | ⌄ 4 · Reply · Share ›

**TimPatriot** → glen10 · 2 days ago
You win for stupid post of the week.
6 ⌃ | ⌄ 1 · Reply · Share ›

**lolgfy** → glen10 · 4 hours ago
coming from a sheep like you following the corrupt media? GTFO
⌃ | ⌄ · Reply · Share ›

**glen10** → lolgfy · an hour ago · edited
Not true , I don't watch FOX News, OAN, Newsmax or Breitbart Limbaugh etc. You are the one that has been duped
⌃ | ⌄ · Reply · Share ›

**Papa Louie** → Sniffachoo · 2 days ago
Hope you get a job.
⌃ | ⌄ 4 · Reply · Share ›

**con_fuse** → Sniffachoo · 2 days ago
There is literally zero evidence (let alone "proof") of any major fraud (enough to change the results). That is the conclusion of everyone that has looked at the so called 'evidence' submitted

Document title: Powell: Election fraud now obvious because President Trump's landslide victory broke Dominion 'vote-switch' algorithm | One America News Network
Capture URL: https://www.oann.com/powell-election-fraud-now-obvious-because-president-trumps-landslide-victory-broke-dominion-vote-switch-algorithm/
Capture timestamp (UTC): Fri, 01 Jan 2021 18:40:55 GMT
Page 7 of 12


**Papa Louie** → Sniffachoo • 2 days ago
Hope you get a job.
▲ | ▼ 4 • Reply • Share ›


**con_fuse** → Sniffachoo • 2 days ago
There is literally zero evidence (let alone "proof") of any major fraud (enough to change the results). That is the conclusion of everyone that has looked at the so called 'evidence' submitted to courts.
You have to ask yourself why would some Republican's lie? All you have to do is look to your email where tRump and company are asking for money.
tRump has made more money in the last few weeks then he has made in the last 10 years.
Follow the money!
▲ | ▼ 10 • Reply • Share ›


**killermrob83** → con_fuse • 2 days ago
Trump IS the POTUS and will REMAIN the POTUS until his 2nd term is complete
7 ▲ | ▼ • Reply • Share ›


**bob** → killermrob83 • 18 hours ago
maybe longer! Who will be left when all the criminals that committed TREASON are put away? The whole democratic party is guilty!!!
1 ▲ | ▼ • Reply • Share ›


**glen10** → killermrob83 • 2 days ago
Know any more bad jokes
▲ | ▼ • Reply • Share ›


**bob** → glen10 • 18 hours ago
Your mom?
▲ | ▼ • Reply • Share ›


**glen10** → bob • 12 hours ago
my mom would never lie like that stupid bit-h
▲ | ▼ • Reply • Share ›


**tatoo** → killermrob83 • 2 days ago
We have never had a president try so hard to lose an election.
▲ | ▼ 2 • Reply • Share ›


**bob** → tatoo • 18 hours ago
Guess who will be sworn in soon. I'll give you a hint, his initials are DJT. Suck it libtard!
1 ▲ | ▼ • Reply • Share ›


**Lopoce** → con_fuse • 2 days ago
G F Y Commie scumbag. President Trump lost money to be President MORON
2 ▲ | ▼ • Reply • Share ›

**glen10** → Lopoce • 2 days ago
He lost nothing he has made millions screwing the government and contributors while in office
▲ | ▼ • Reply • Share ›

Document title: Powell: Election fraud now obvious because President Trump's landslide victory broke Dominion 'vote-switch' algorithm | One America News Network
Capture URL: https://www.oann.com/powell-election-fraud-now-obvious-because-president-trumps-landslide-victory-broke-dominion-vote-switch-algorithm/
Capture timestamp (UTC): Fri, 01 Jan 2021 18:40:55 GMT
Page 8 of 12

GFY Commie scumbag. President Trump lost money to be President MORON

2 ⌃ | ⌄ • Reply • Share ›



**glen10** → Lopoce • 2 days ago

He lost nothing he has made millions screwing the government and contributors while in office

⌃ | ⌄ • Reply • Share ›



**Vandyman63** → con_fuse • 2 days ago

Corn_fused, any relation to Corn Pop??

2 ⌃ | ⌄ • Reply • Share ›



**carmen ramirez** → It's All Over But The Cryin' • 2 days ago

It's not whom or how many voted that counts, it's the ones counting the votes that matter. It's not the ones who witnessed the crime or how many that matter, it's the ones that prosecute the crimes or judge them that matters. In this case the investigators are in on the steal too. All for the hate of one man. When someone threatens the status quote, he is a threat to the system they are building. They will stop at nothing to preserve their power and financial gain.

16 ⌃ | ⌄ 2 • Reply • Share ›



**glen10** → carmen ramirez • 2 days ago

No one is more corrupt than Trump before and after being elected

⌃ | ⌄ • Reply • Share ›



**Duvel the elder** → carmen ramirez • 2 days ago

A pair of Trump fans die and get to the pearly gats. One asks St Peter "Ok who really won the election?"
St Peter says "Well Joe Biden of course."
The man looks to his friend and says "Man this conspiracy goes deep!"

⌃ | ⌄ 5 • Reply • Share ›



**Bwana** → It's All Over But The Cryin' • 2 days ago

Your lies are many. Just like your own upvotes. All lies. Perhaps you work for Dominion.

12 ⌃ | ⌄ 3 • Reply • Share ›



**It's All Over But The Cryin'** → Bwana • 2 days ago

The way that Trump cultists and jihadists self-brainwash is by shutting-out all legitimate information that doesn't make them feel good, while uncritically and automatically believing lies and misinformation from sources that do make them feel good (no matter how extreme and off-the-wall).

5 ⌃ | ⌄ 4 • Reply • Share ›



**Exposing The Fake News Media** → It's All Over But The Cryin'
• 2 days ago • edited

The way that leftard cultists and jihadists self-brainwash is by shutting-out all legitimate information that doesn't make them feel good, while uncritically and automatically believing lies and misinformation from sources that do make them feel good (no matter how extreme and off-the-wall). There, fixed it for you.


**Exposing The Fake News Media** → It's All Over But The Cryin'

The way that leftard cultists and jihadists self-brainwash is by shutting-out all legitimate information that doesn't make them feel good, while uncritically and automatically believing lies and misinformation from sources that do make them feel good (no matter how extreme and off-the-wall). There, fixed it for you.

2 ∧ | ∨ · Reply · Share ›


**Lopoce** → It's All Over But The Cryin' · 2 days ago

You are a liar. All liars must pay

2 ∧ | ∨ · Reply · Share ›


**glen10** → Lopoce · 2 days ago

He owes nothing because he is 100% correct

∧ | ∨ 1 · Reply · Share ›


**Zacrohl Pesty** → Bwana · 2 days ago

Potus skunk lied over 25k times in 4 years dam!!

∧ | ∨ · Reply · Share ›


**Lopoce** → Zacrohl Pesty · 2 days ago

You are projecting stupid

1 ∧ | ∨ · Reply · Share ›


**Chuck Shick** → Bwana · 2 days ago

The Denial is powerful in this one.

∧ | ∨ · Reply · Share ›


**Suzy Jules** → It's All Over But The Cryin' · 2 days ago

Keep doing the same thing to get the same answer. Reviewed small counties, not the major city Fulton type counties.

6 ∧ | ∨ 2 · Reply · Share ›


**It's All Over But The Cryin'** → Suzy Jules · 2 days ago · edited

Cobb County is a suburban county of Atlanta in the U.S. state of Georgia, located in the north central portion of the state. As of 2019, the population was 760,141, making it Georgia's third most-populous county.

EXCERPT FROM NY POST OPEN LETTER TO TRUMP

> You had every right to investigate the election. But let's be clear: Those efforts have found nothing. To take just two examples: Your campaign paid $3 million for a recount in two Wisconsin counties, and you lost by 87 more votes. Georgia did two recounts of the state, each time affirming Biden's win. These ballots were counted by hand, which alone debunks the claims of a Venezuelan vote-manipulating Kraken conspiracy.

-- NY Post, 12/27/2020

7 ∧ | ∨ 7 · Reply · Share ›

**Sniffachoo** → It's All Over But The Cryin' · 2 days ago

Where were the mail-in ballots? Who counted the ballots? What about the video that showed the suitcases of ballots being pulled out after the polls closed? I'm glad you referenced

NY Post, 12/27/2020

7 ⌃ | ⌄ 7 · Reply · Share ›


**Sniffachoo** → It's All Over But The Cryin' · 2 days ago
Where were the mail-in ballots? Who counted the ballots? What about the video that showed the suitcases of ballots being pulled out after the polls closed? I'm glad you referenced Venezuela...they had the same system in place, but nobody stopped them...and now the once-happy populace is eating out of the garbage trucks.

6 ⌃ | ⌄ · Reply · Share ›


**Boo-urns** → Sniffachoo · 2 days ago
You realize that what was claimed to have been shown in those videos was debunked WEEKS ago, right?

⌃ | ⌄ 1 · Reply · Share ›


**Paleface** → Boo-urns · 2 days ago
It was never debunked, just swept under the rug! Georgia resident here, Carroll County, next to Cobb and Douglas County is between Carroll and Fulton. That was election fraud in Fulton County!

1 ⌃ | ⌄ 1 · Reply · Share ›

**Load more comments**

✉ Subscribe   ⚠ Do Not Sell My Data

## NEWS
Top News
World
Business
Money
Tech
Sports
Entertainment

## STORE
Shop

## TELEVISION
Schedule
Where to Watch

## COMPANY
About One America News Network
Affiliate Relations
Brand & ID
Press Kit
Careers
Contact

## TOPICS
2020 election  2020 Presidential Election  California  Chanel Rion  China  Christina Bobb  Congress  coronavirus  coronavirus pandemic  coronavirus vaccine  COVID-19  COVID-19 vaccine  David Perdue  Dominion  Dominion Voting Systems  Donald Trump  election  election fraud  election integrity  Georgia  GOP  Hans Hubbard  Hunter Biden  Joe Biden  John Hines  Kelly Loeffler  mainstream media  Michigan  Mitch McConnell  Moderna  New York  OANN  One America News  pandemic  Pearson Sharp  Pennsylvania  Pfizer  President

Document title: Powell: Election fraud now obvious because President Trump's landslide victory broke Dominion 'vote-switch' algorithm | One America News Network
Capture URL: https://www.oann.com/powell-election-fraud-now-obvious-because-president-trumps-landslide-victory-broke-dominion-vote-switch-algorithm/
Capture timestamp (UTC): Fri, 01 Jan 2021 18:40:55 GMT
Page 11 of 12

 **Boo-urns** → Sniffachoo • 2 days ago

You realize that what was claimed to have been shown in those videos was debunked WEEKS ago, right?

⌃ | ⌄ 1 • Reply • Share ›

 **Paleface** → Boo-urns • 2 days ago

It was never debunked, just swept under the rug! Georgia resident here, Carroll County, next to Cobb and Douglas County is between Carroll and Fulton. That was election fraud in Fulton County!

1 ⌃ | ⌄ 1 • Reply • Share ›

**Load more comments**

 Subscribe   ⚠ Do Not Sell My Data

## NEWS
- Top News
- World
- Business
- Money
- Tech
- Sports
- Entertainment

### STORE
- Shop

## TELEVISION
- Schedule
- Where to Watch

### COMPANY
- About One America News Network
- Affiliate Relations
- Brand & ID
- Press Kit
- Careers
- Contact

## TOPICS
2020 election  2020 Presidential Election  California  Chanel Rion  China  Christina Bobb  Congress  coronavirus  coronavirus pandemic  coronavirus vaccine  COVID-19  COVID-19 vaccine  David Perdue  Dominion  Dominion Voting Systems  Donald Trump  election  election fraud  election integrity  Georgia  GOP  Hans Hubbard  Hunter Biden  Joe Biden  John Hines  Kelly Loeffler  mainstream media  Michigan  Mitch McConnell  Moderna  New York  OANN  One America News  pandemic  Pearson Sharp  Pennsylvania  Pfizer  President Trump  Rudy Giuliani  senate  Trump Administration  Trump Legal Team  voter fraud  voting fraud  voting irregularities

© COPYRIGHT 2020 — HERRING NETWORKS, INC. ALL RIGHTS RESERVED.   CONTACT | ABOUT | WHERE TO WATCH | AFFILIATE RELATIONS | BRAND | PRESS KIT | CAREERS | SHOP | TERMS

Document title: Powell: Election fraud now obvious because President Trump's landslide victory broke Dominion 'vote-switch' algorithm | One America News Network
Capture URL: https://www.oann.com/powell-election-fraud-now-obvious-because-president-trumps-landslide-victory-broke-dominion-vote-switch-algorithm/
Capture timestamp (UTC): Fri, 01 Jan 2021 18:40:55 GMT
Page 12 of 12