# Exhibit 51

```
 1
 2
 3
 4           File:
 5  20201223 Sidney Powell's Latest Insight Into the
 6       Fraudulent 2020 Election
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Case 1:21-cv-00040-CJN Document 1-51 Filed 01/08/21 Page 3 of 17
20201223 Sidney Powells Latest Insight into the Fraudlent

2

1  (music.)
2      SPEAKER: You lied repeatedly in the press,
3  and I was (inaudible) this information; and that
4  was an outright lie, and I told you to stop lying
5  and you continued to do it.
6      PRESIDENT OBAMA: If we say defund the
7  police, not just white folks, but Michelle's mom
8  might say, if I'm getting robbed, who am I going
9  to call and is somebody going to show up?
10      SPEAKER: Are you ready to say Pelosi and
11  Schumer need to go?
12      SPEAKER: The answer is yes. The answer
13  we -- we need to -- to shift power.
14      RECORDING: Freedom is back in style.
15  Welcome to the Revolution.
16      (Music.)
17      ANNOUNCER: The new Sean Hannity show.
18  More behind the scenes information on breaking
19  news and more bold inspired solutions for America.
20      ANNOUNCER: Stay right here for our final
21  news roundup and information overload.
22      LOUIE GOHMERT: This is Louie Gohmert,
23  sitting in for Sean. And, you know, that was Big
24  & Rich, bumper music coming in, but -- yeah, John
25  has a swimming pool on top of his house and my

Case 1:21-cv-00040-CJN   Document 1-51   Filed 01/08/21   Page 4 of 17
20201223 Sidney Powells Latest Insight into the Fraudlent

3

1  name tag blew off; and when I went to tell him,
2  that window is right there into the side of the
3  people and -- John, I'm worried my name tag, is
4  going to clog up your filter.
5      So now he said we got a grinder, it will
6  grind it up.  But he said:  Yeah, we all watched
7  your name tag float by the window and everybody
8  said, look, Louie Gohmert's name tag, is floating
9  by the window.
10      That's what you can do when you got a
11 window into the side of your pool.
12      But anyway -- and speaking of John, a guy I
13 went all through school with in Mount Pleasant,
14 went to four years of A&M with, he said about our
15 last guest, hey, did he say Rumble, where -- where
16 can we watch his video?
17      Well, it is Rumble; and, apparently, that's
18 an alternative to YouTube for conservatives where
19 conservatives don't get censored and the truth can
20 come out.  So that's a good thing.
21      But it's rumble.com.  And it's Election Not
22 Returns; right, Linda?
23      LINDA:  It's Election Night Facts.  It
24 sounds like returns.  I hear it.
25      LOUIE GOHMERT:  Yeah.  Okay.  Election

Case 1:21-cv-00040-CJN   Document 1-51   Filed 01/08/21   Page 5 of 17
20201223 Sidney Powells Latest Insight into the Fraudlent

4

1  Night Facts on Rumble.com.  So you go to
2  Rumble.com, put in Election Night Facts, and you
3  will find the video that our last guest was
4  talking about.
5      Now, our guest we have with us now, she's a
6  friend, she's from Texas; and actually, I started
7  knowing more about her -- I heard about her, I
8  knew she had a great terrific book that exposed
9  corruption in the Department of Justice, A License
10 to Lie.
11     But Sidney Powell was a tremendous help to
12 Mike Flynn, until she ran into a criminal defense
13 attorney that thought -- or he thought he was a
14 criminal prosecutor, actually, even though he was
15 a federal judge.  He kept trying to prosecute; he
16 should be impeached, I think.
17     But nonetheless, Michael Flynn is out from
18 under the savage misuse and injustice that the DOJ
19 hurled at him.  And I'm glad to have Sidney Powell
20 on.
21     Sidney, great to have you --
22     SIDNEY POWELL:  Hey.
23     LOUIE GOHMERT:  -- on.  And actually, you
24 and I -- you know, a couple years ago were
25 immersed in the fraud that was found to have

1  occurred in the Dallas County election two years
2  ago, and it was just -- we couldn't get people
3  that had authority to do what needed to be done to
4  save the country from going through what we've
5  been through.
6      But you've continued to go after this.
7  And, you know, they're independent attorneys going
8  after the fraud; and I know you're one person,
9  Sidney, that can verify that all of the fraud has
10 not been debunked.  It's not unfounded.
11     So tell us about what you've been finding.
12     SIDNEY POWELL:  Oh, Louie, you're
13 absolutely right.  I mean, there's stunning
14 mathematical and statistical evidence and data
15 that's absolutely irrefutable of massive amounts
16 of votes just disappearing from the system in the
17 hundreds of thousands.
18     And we know, for example, that in Michigan
19 in Antrim County, when we actually examined the
20 Dominion voting machines, forensic experts did
21 that, that there were -- they -- they have this
22 way of sending votes computer-wise to what they
23 call adjudication, and then they can just
24 disappear them.  And they did that for more than
25 80 percent of the votes.  So somebody can just

1  drag and draft them -- drop them to the trash
2  file.
3      LOUIE GOHMERT:  Well, it -- it's pretty
4  amazing -- of course, we heard that the machines
5  were never hooked up to the Internet, not
6  accessible by the Internet; and, yet, in Georgia
7  we had one of the workers saying, yeah, when there
8  was a problem with one of the voting machines or
9  an iPad, then they would contact their people
10 and -- I believe it was Dominion folks, wasn't it?
11 That would access her iPad, access the voting
12 machine, and get them fixed from a remote
13 location.
14     I'm not sure how you do that without having
15 those -- that equipment to -- accessible through
16 the Internet.  Is there a way to do that
17 otherwise?
18     SIDNEY POWELL:  No, it has to be -- it was
19 accessible through the Internet, and that's an
20 automatic violation of the federal law that
21 requires voting machines to be, you know,
22 protected from any sort of intrusion like that.
23     And we also know they erased certain files
24 on the machines in Antrim County, specifically the
25 adjudication files that would have shown exactly

Case 1:21-cv-00040-CJN   Document 1-51   Filed 01/08/21   Page 8 of 17
20201223 Sidney Powells Latest Insight into the Fraudlent

7

1  where they put those votes that went missing.
2     And there is evidence from other people in
3  other states that machines were connected from the
4  inter- -- to the Internet; evidence from people in
5  multiple states that people uploaded thumb drives
6  of information to the machine.  They can inject
7  votes and create votes from thin air.  They have
8  done that, it appears, in any number of places.
9     This election is the biggest crime in
10 American history.  And there was, in fact, foreign
11 interference in it.  We already have a finding
12 from the FBI and CISA, C-I-S-A, the supposed
13 election security division of homeland security,
14 that there was foreign interference by Iran in
15 this election.
16    We have traced Internet information to
17 Serbia, China, Iran.  It -- it was visible to
18 people who were watching the night of the election
19 and their data packages, they call them, that were
20 transferred between foreign countries regarding
21 our election.
22    The server in -- that's owned by Scytl, one
23 of the companies related to Dominion in Germany,
24 in Frankfurt, Germany, spiked 30 percent the night
25 of our election.

1    LOUIE GOHMERT:  Unbelievable.  Unreal.
2    Well, now, Sidney, you mentioned CISA, the
3    cyber security and infrastructure security agency,
4    that was headed by Christopher Krebs; and I saw a
5    puff piece on him the day of the election in which
6    he assured us that this would be the most secured
7    election ever, totally secure, no chance of any
8    problems.
9    Are you telling me that you have full faith
10   and credit in what Christopher Krebs has to say?
11   SIDNEY POWELL:  Well, Mr. Krebs is either
12   incompetent or a liar, because when he spoke the
13   day of the election, he was ignoring a statement
14   publicly issued by the FBI and his organization a
15   few days before that found that Iran had
16   intentionally interfered in this electing- --
17   election and gotten information of over 200,000
18   voters at a minimum.
19   LOUIE GOHMERT:  Well, I --
20   SIDNEY POWELL:  And they can use that --
21   LOUIE GOHMERT:  -- I have to --
22   SIDNEY POWELL:  -- information to
23   manufacture votes, and distort the entire voting
24   process.
25   LOUIE GOHMERT:  Well, sometimes people like

1  to take all the credit, but to his credit, in that

2  same election day article, he gave a lot of credit

3  to his dear friends in Silicon Valley for all of

4  their help in making sure everything was the way

5  it was supposed to be in our cyber security for

6  our elections.

7      So I guess you and I need to give some

8  credit to Sili- -- Silicone Valley for all their

9  help in creating a voting system, such as it was.

10     And again, you know I'm prone to sarcasm,

11 but --

12     SIDNEY POWELL:  Right.

13     LOUIE GOHMERT:  -- I'm -- I'm --

14     SIDNEY POWELL:  Yeah, we need to give them

15 a lot of credit all right, because Mark Zuckerberg

16 spent over $400 million to affect the vote and

17 create all kinds of issues for lawful voting in

18 any number of states; particularly the swing

19 states where we're seeing the problems.  The

20 Thomas More Society, Amistad project, has

21 documented a lot of that.  I haven't even had a

22 chance to review all that evidence; we've been

23 focused on the fraud that occurred across the

24 country as a result of the voting machines, and I

25 am not just talking about Dominion, they all use

1  the same software.
2      And I -- we're finding more and more
3  evidence that they ran an algorithm in the
4  machines that automatically flipped a certain
5  percentage of votes from Biden -- from Trump to
6  Biden to give Biden a 2.7 percent flip, which
7  amounts to like a 5.5 percent edge.
8      LOUIE GOHMERT:  Well, that -- you know, we
9  have testimony from the CEO of Dominion voting
10 systems, John Poulos, and he made some statements
11 in testifying that were pretty dramatic.  He said
12 that voting systems are by design meant to be used
13 as closed systems, not network -- meaning they're
14 not connected to the Internet.
15     He said that Dominion does not have any
16 ties to Smartmatic.  Dominion and Smartmatic are
17 two separate companies.  He said we do not use or
18 license Smartmatic software.
19     But as I understand it, Smartmatic software
20 has been incorporated into Dominion voting systems
21 since 2004; was -- was that your understanding?
22     SIDNEY POWELL:  Yes, that's my
23 understanding.  And there's also a lawsuit between
24 the two of them that documented their
25 relationship.

1    Tracy Beanz, T-R-A-C-Y, B-E-A-N-Z, on
2  Twitter, has a lovely thread that includes the
3  documents themselves so people can look at it
4  themselves and see what they think the
5  relationship between Smartmatic and Dominion is in
6  their own words.
7    LOUIE GOHMERT:  Well, you know, we got
8  people that are asking what can be done about all
9  of this fraud.  I mean, somebody needs to suffer
10  some consequences of the fraud; what would you
11  suggest?
12    You've seen this from a whole lot of
13  different angles, Sidney.
14    SIDNEY POWELL:  Well, I don't think the
15  President is being well represented at all.  In
16  fact, I think everyone around him is -- is
17  misrepresenting things to him, and misleading him
18  and not serving him well in any way, shape or
19  form; because he has the absolute authority under
20  the executive order entered in 2018, on election
21  security, that already declared a state of
22  emergency for it, and cites all the relevant
23  statutes and authorities that he can use to secure
24  the voting machines that need to be assessed
25  around the country, have them assessed, appoint

1  special counsel to oversee it all, and get that

2  done right now.

3        I have no doubts that if the shoe had been

4  on the other foot, and the democrats had been in

5  power, with the magnitude of fraud we have seen

6  running across this country in every way, shape

7  and form, whether it's dead voters, double voting,

8  massive injections of -- of false fake ballots

9  into the system; five systems stopping across the

10  country the night of the election, which has never

11  happened before.

12        Just lies from the Atlanta Fulton County

13  arena, the documented videotape of people pulling

14  buckets of ballots out from under a table after

15  they've run everybody off with a lie.  And --

16  we've got thousands of affidavits all uploaded or

17  a lot of them uploaded, defending the

18  republic.org, so people can see the evidence and

19  testimony themselves, including the export

20  reports.

21        If the shoe had on been other foot, if this

22  had happened when Obama was in office, and this

23  method and madness had been used to defeat him,

24  they would have seized the machines the day after

25  the election --

1      LOUIE GOHMERT:  Yeah, but Sidney --

2      SIDNEY POWELL: -- and done the audit

3  immediately.

4      LOUIE GOHMERT:  The -- there's a big

5  difference, though, there would have been a whole

6  bunch of republicans that would have been

7  encouraging that, so we could get to the bottom --

8      SIDNEY POWELL:  Right.

9      LOUIE GOHMERT:  -- of the fraud.  Some of

10  us have spoken up when republicans have acted

11  inappropriately or abused somebody's rights under

12  the Fourth Amendment, but it just doesn't seem

13  that we get any of those people that sometimes

14  claim they're really concerned about civil rights

15  and about our rights under the constitution; they

16  seem to go completely silent unless they're

17  belittling those of us that just want justice.

18      SIDNEY POWELL:  Yes.  They're the ultimate

19  hypocrites, Louie, because even Senator Warren and

20  Klobuchar, and some others, in December of 2019,

21  were complaining about the Venezuelan connection

22  and the corruption in the Dominion systems.  And

23  Carolyn Maloney was one of the congressmen who ten

24  years ago or so, called it out and tried to get

25  the government not to approve its use whatsoever.

1       LOUIE GOHMERT:  Yeah.
2       SIDNEY POWELL:  And you know who spread its
3   use, none other than Eric Holder, through an
4   antitrust settlement in the Justice Department
5   when he was there and expanded the use of the
6   Dominion machines.
7       LOUIE GOHMERT:  Wow.  Yeah.
8       SIDNEY POWELL:  And there's a picture of
9   President Obama voting on one for the first time
10  in Chicago, as if it's a big accomplishment.
11      LOUIE GOHMERT:  Wow.
12      SIDNEY POWELL:  Well, it was for them.
13  They knew exactly what they were doing.
14      LOUIE GOHMERT:  Goodness.
15      SIDNEY POWELL:  They are behind all of
16  this, and more; but the government of China is
17  trying to steel the United States of America.
18  They bought us in any number of ways from any
19  number of our companies to our ports, to our real
20  estate, all of the country; now they have donated
21  millions -- hundreds of millions to universities
22  to steal our technology and data --
23      LOUIE GOHMERT:  Huh.  Wow.  Yeah.
24      SIDNEY POWELL:  -- President Trump is the
25  only person who has tried to rein them in on any

1  of it; and that's why they have been determined to

2  take him out.

3      LOUIE GOHMERT:  Well, thank you, Sidney.

4  Thanks for your fight.  You are a great

5  American --

6      (End of the recording.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1            C E R T I F I C A T E
2
3         I, JACKIE MENTECKY, do hereby certify that
4  I was authorized to transcribe the foregoing recorded
5  proceeding, and that the transcript is a true and
6  accurate transcription of my shorthand notes to the best
7  of my ability taken while listening to the provided
8  recording.
9
10 Dated this 29th day of December, 2020.
11
12
13
14
15            _____
16               JACKIE MENTECKY
17
18
19
20
21
22
23
24
25
```