# Exhibit 54







Served in the US Navy? Build your own Military Timeline
HERE

TOGETHERWESERVED.COM

## LT Terpsichore Lindeman - Military Timeline

9 kb

| | |
|---|---|
| **Service Status** | **Last Rank** |
| USN Veteran | Lieutenant |
| **Service Years** | **Last NEC** |
| 1996 - 2008 | CTI-9520-Consecutive Foreign Language Translator |

### Multi National Security Transition Command - Iraq (MNSTC-I)

2004 - 2008

| Rank | NEC |
|---|---|
| Lieutenant | 90MN Individual GWOT IA/ILO - Multi-National Force |

**Comments**

*Show Comments*

### DCMA Iraq Afghanistan

2004 - 2005

| Rank | NEC |
|---|---|
| Lieutenant Junior Grade | 90SP Individual GWOT IA/ILO-Special Operations Support Team |

## Service to 2008

2008

### Defense Distinguished Service Medal

***Criteria***
*The Defense Distinguished Service Medal is awarded by the Secretary of Defense to any military service officer for performing exceptionally meritorious service in a duty of great responsibility with t...* More

***Comments***
*Comments Pending*

2007

### Purple Heart

***Criteria***
*The Purple Heart may be awarded to any member of the Armed Forces of the United States who, while serving under competent authority in any capacity with one of the Armed Forces, has been wounded, kill...* More

***Comments***
*Comments Pending*

2007

### Afghanistan Campaign Medal

***Criteria***
*To be eligible for the Afghanistan Campaign Medal, a Service member must be assigned or attached to a unit participating in Operation Enduring Freedom for 30 consecutive days or for 60 nonconsecutive ...* More

***Description***
*Description Pending*

2002 - 2004

### NSA Monterey CA

IA/ILO-
Special
Operations
Support
Team

Comments
*Comments Pending*

## London UK

1998 - 2002

| Rank | Location |
|---|---|
| Lieutenant Junior Grade | London - United Kingdom |

NEC
119X-Unrestricted Line Officer - Special Operations (In Training)

Comments
*Show Comments*

## Combat Action Ribbon

2001

***Criteria***
*The Combat Action Ribbon is a personal decoration awarded to members of the Navy, Marine Corps, and Coast Guard (when operating under the control of the Navy) in the grade of captain (or colonel in th...* More

***Description***
*Description Pending*

## Navy Recruiting Service Ribbon

2001

***Criteria***
*The ribbon is awarded to non-career Recruiting Force and Non-Naval Reserve Canvasser Recruiter personnel upon completion of a successful tour of duty in recruiting at the recommendation of their comma...* More

***Description***
*Description Pending*

## Navy Pistol Qualification Ribbon/Medal

1999

***Description***
*Description Pending*

## NSA Monterey CA

2002 - 2004

| Rank | NEC |
|---|---|
| Lieutenant Junior Grade | 90IT GWOT IA/ILO-Detainee Operations Interrogator |

Comments
*Comments Pending*

## Joint Service Achievement Medal

2002

***Criteria***
*The Joint Service Achievement Medal is awarded in the name of the Secretary of Defense to members of the Armed Forces below the grade of colonel (or captain in the Navy) who, while assigned to a joint...* More

***Comments***
*Comments Pending*

## Kosovo Campaign

2001

***Criteria***
*Service members must be bona fide members of a unit participating in, or be engaged indirect support of, the operation for 30 consecutive days in the area of operations or for 60 non-consecutive days ...* More

***Description***
*Description Pending*

## Navy Rifle Qualification Ribbon/Medal

1999

**Devices :** E

***Criteria***
*The U.S. Navy has issued two marksmanship ribbons: the Navy Pistol Marksmanship Ribbon and Navy Rifle Marksmanship Ribbon, since 1920.*

## Navy Recruiting Service Ribbon — 2001

**Criteria**
The ribbon is awarded to non-career Recruiting Force and Non-Naval Reserve Canvasser Recruiter personnel upon completion of a successful tour of duty in recruiting at the recommendation of their comma... More

**Description**
Description Pending

## Navy Pistol Qualification Ribbon/Medal — 1999

**Devices:**

**Criteria**
The U.S. Navy has issued two marksmanship ribbons: the Navy Pistol Marksmanship Ribbon and Navy Rifle Marksmanship Ribbon, since 1920. The pistol ribbon is currently awarded for qualification on the B... More

**Comments**
Comments Pending

## NTTC Corry Field, Pensacola, FL (Faculty Staff) — 1997 - 1998

| Rank | NEC |
|---|---|
| Seaman 1st Class | 9403-EP-3E Specific Electronic Warfare Operator |

**Comments**
Show Comments

## (continued, right column)

...colonel in th... More

**Description**
Description Pending

**Criteria**
Service members must be bona fide members of a unit participating in, or be engaged indirect support of, the operation for 30 consecutive days in the area of operations or for 60 non-consecutive days ... More

**Description**
Description Pending

## Navy Rifle Qualification Ribbon/Medal — 1999

**Devices:** E

**Criteria**
The U.S. Navy has issued two marksmanship ribbons: the Navy Pistol Marksmanship Ribbon and Navy Rifle Marksmanship Ribbon, since 1920. The pistol ribbon is currently awarded for qualification on the B... More

**Comments**
Comments Pending

## Officer Candidate School (Pensacola, FL) — 1998

**School**
Officer Candidate School (Pensacola, FL)

## Recruit Training (Great Lakes, IL), 912 — 1996

**School**
Recruit Training (Great Lakes, IL)

**Company**
912

Service from 1996

Copyright Togetherweserved.com Inc 2003-2011

Document title: TogetherWeServed - LT Terpsichore Lindeman
Capture URL: https://web.archive.org/web/20200305152810/https%3A/navy.togetherweserved.com/usn/servlet/tws.webapp.WebApp?…
Capture timestamp (UTC): Fri, 01 Jan 2021 18:34:49 GMT