# Exhibit 59

SUBSCRIBE NOW — $39 for one year. Save 67%.
SUBSCRIBE NOW — $39 for one year. Save 67%.

Detroit Free Press

[ News ]  Sports  Autos  Entertainment  Nation / World  Obituaries  E-Edition  Legals  31°F  Subscribe  Sign In

ELECTIONS

# Former election security chief for Trump knocks down Antrim County report

**Todd Spangler**  Detroit Free Press
Published 1:40 p.m. ET Dec. 16, 2020 | Updated 5:31 p.m. ET Dec. 16, 2020

View Comments    



**Pro-Trump rally in Washington, D.C. includes arrests, stabbings**
Supporters of President Donald Trump's unfounded voter fraud claims in the District of Columbia clashed with counter-protesters. *USA TODAY*

A former Trump administration official who oversaw election security and was ousted after saying there were no widespread problems on Wednesday pointed out problems with a report claiming irregularities in Antrim County and cited as proof of corruption by President Donald Trump and others.

Testifying before the Senate Homeland Security and Governmental Affairs Committee, Chris Krebs, the former chief of the Department of Homeland Security's Cybersecurity and Infrastructure Security Agency, called the report by Allied Security Operations Group throwing doubts on the election systems used in Antrim County "factually inaccurate."

"It implies those systems are undependable," said Krebs, who explained that he went over



More Stories


Detroit Lions waive starting safety Jayron Kearse in surprise move
SPORTS


Unemployment benefits have been extended, but delays are expected
NEWS


Here are some metro Detroit businesses that closed in 2020
NEWS

*Notice our new look? As you get used to things, please let us know what you think!*



SUBSCRIBE NOW
$39 for one year. Save 67%.

SUBSCRIBE NOW
$39 for one year. Save 67%.

[ News ]  Sports  Autos  Entertainment  Nation/World  Obituaries  E-Edition  Legals  31°F  Subscribe  Sign In

and Infrastructure Security Agency, called the report by Allied Security Operations Group throwing doubts on the election systems used in Antrim County "factually inaccurate."

"It implies those systems are undependable," said Krebs, who explained that he went over the report the group issued as part of a lawsuit questioning the vote results in the county that has been used by Trump and his allies to widely suggest corruption. He said he could find nothing in it to support those claims.



Advertisement

**More:** State, company officials dispute report claiming Antrim County tabulators bungled results

**More:** Trump tweet wrongly suggests there were defects with Michigan voting machines

The Free Press, which has been following the Antrim County case, has looked closely at the Allied Security Operations Group report, which claims the county's equipment supplied by Dominion Voting Systems was "intentionally and purposefully designed with inherent errors to create systemic fraud and influence election results." In those reports, the Free Press has concluded that some of its claims — including one that suggested machines had a 68% error rateas if that percentage of the county votes had been misred, left untallied or changed — were false or misleading.

Advertisement



Document title: Antrim County report debunked by former Trump election official
Capture URL: https://www.freep.com/story/news/politics/elections/2020/12/16/antrim-county-report-debunked-by-former-trump-election-official/3923499001/
Capture timestamp (UTC): Tue, 29 Dec 2020 21:40:08 GMT
Page 2 of 10

SUBSCRIBE NOW
$39 for one year. Save 67%.

SUBSCRIBE NOW
$39 for one year. Save 67%.

Detroit Free Press

[ News ]  Sports  Autos  Entertainment  Nation / World  Obituaries  E-Edition  Legals  31°F  Subscribe  Sign In

Krebs said when he went over the report he was thrown by that claim of a 68% error rate and he saw it "repeated in social media by the (Trump) campaign, by the president." But as he looked more closely, he concluded that the number cited by the group is the number of alerts reported by the voting machines or tabulators, not necessarily errors or changes in the actual ballots as they were counted.



Advertisement

"That's being used to spin that the machine itself is not reliable," Krebs said.

The tabulators used in Antrim County were certified by the Election Assistance Commission, which requires that voting systems meet certain error thresholds for the computer code that runs the systems.

The former acting director of the EAC's Voting System Testing and Certification Program, Ryan Macias, said the report showed "a grave misunderstanding" of the voting system used in Antrim County as well as "a lack of knowledge of election technology and process." The report, as a result, "has come to a preposterous conclusion," Macias said.

Krebs also said that a photo he inspected from the report, which purported to show vote tampering and an effort to "zero out election results," appeared to him as nothing more than a "placeholder" in a line of code in Dominion's programming system. He noted that these are Windows-based machines and he worked at Microsoft.

"It's a placeholder for a parameter," Krebs said. "It may be that it's just not good coding. But it certainly doesn't mean that someone tried to get in there and hit 0.

"They misinterpreted the language … and that's just one example," Krebs said.

Krebs said efforts to try to undermine the integrity of the election could have a long-term effect and need to stop, given that no evidence of widespread problems has been found despite allegations by Trump and his supporters.

"I'm seeing these reports that are factually inaccurate continue to be promoted," he said. "We have to stop this. It's undermining confidence in democracy."

*Clara Hendrickson contributed to this report*

*Contact Todd Spangler at tspangler@freepress.com. Follow him on Twitter @tsspangler. Read more on Michigan politics and sign up for our elections newsletter.*

   



















Document title: Antrim County report debunked by former Trump election official
Capture URL: https://www.freep.com/story/news/politics/elections/2020/12/16/antrim-county-report-debunked-by-former-trump-election-official/3923499001/
Capture timestamp (UTC): Tue, 29 Dec 2020 21:40:08 GMT
Page 4 of 10

SUBSCRIBE NOW
$39 for one year. Save 67%.

SUBSCRIBE NOW
$39 for one year. Save 67%.

**Detroit Free Press**

[ News ]  Sports  Autos  Entertainment  Nation/World  Obituaries  E-Edition  Legals  31°F  Subscribe  Sign In

### Deal of the Day



**Kohl's Is Having a Huge Home Refresh Sale Right Now**

REVIEWED USA TODAY Network

View Deal

Recommendations are independently chosen by our editors. Purchases you make through our links may earn us a commission.

Advertisement

loanDepot
At loanDepot, we know home means everything.
Learn More
NMLS#174457
www.nmlsconsumeraccess.org


### Recommended



**Detroit Lions waive starting safety Jayron Kearse in surprise move**
SPORTS



**Get Unsold 2020 Cars For A Fraction Of Their Value**
Luxury SUVs | Search Ads | Sponsored



**Used Car Clearance Sale Going On Near Monument**
Top Used Cars | Search Ads | Sponsored

### More Local Stories



**Unemployment benefits have been extended, but delays are expected**
NEWS



**Here are some metro Detroit businesses that closed in 2020**
NEWS



**4 people dead in 2 separate Michigan shootings**
NEWS

Trump mean tweets Nessel after AG eyes sanctions for


CLOSE ✕

SUBSCRIBE NOW
$39 for one year. Save 67%.

Case 1:21-cv-00040-CJN   Document 1-59   Filed 01/08/21   Page 7 of 11

**Detroit Free Press**

SUBSCRIBE NOW
$39 for one year. Save 67%.

[ News ]   Sports   Autos   Entertainment   Nation / World   Obituaries   E-Edition   Legals   31°F   Subscribe   Sign In



**Trump mean-tweets Nessel after AG eyes sanctions for election lawyers**
NEWS



**StairLift Elevators Could Be A Dream Come True For Seniors**
Stairlift | Search Ads | Sponsored



**N95 Respirator Mask Reusable (FDA Registered), 10% Off**
Canopus Group | Sponsored



**Every Senior Should Wear This $49 Fit Watch**
MaxFit | Sponsored



**Seniors Under 82 Yrs Old Get Up To $50,000 In Life Insurance for $15/Mth**
EIN for NationalFamily | Sponsored

## More Local Stories



**Southfield man, 48, shot to death during carjacking**
NEWS



**What Tom Brady, Detroit Lions' Matthew Stafford talked about postgame**
SPORTS



**Michigan basketball jumps Michigan State in USA TODAY Sports poll**
SPORTS



**How the Lions could move up to No. 3 in NFL draft**
SPORTS







SUBSCRIBE NOW $39 for one year. Save 67%. | Case 1:21-cv-00040-CJN Document 1-59 Filed 01/08/21 Page 8 of 11 | SUBSCRIBE NOW $39 for one year. Save 67%.

Detroit Free Press

[ News ]  Sports  Autos  Entertainment  Nation/World  Obituaries  E-Edition  Legals  31°F  Subscribe  Sign In



**How the Lions could move up to No. 3 in NFL draft**
SPORTS



**If You Like to Play, this Fantasy Game is a Must-Have. No Install.**
Elvenar | Sponsored



**Here's How You Can Always Know Your Glucose Number**
Dexcom | Sponsored



**Get Unsold 2020 Cars For A Fraction Of Their Value**
Luxury SUVs | Search Ads | Sponsored



**Used Car Clearance Sale Going On Near Monument**
Top Used Cars | Search Ads | Sponsored



Advertisement — loanDepot: At loanDepot, we know home means everything. Learn More. NMLS#174457 www.nmlsconsumeraccess.org

## Recommended



**Detroit Lions waive starting safety Jayron Kearse in surprise move**
SPORTS



**Unemployment benefits have been extended, but delays are expected**
NEWS






CLOSE




**StairLift Elevators Could Be A Dream Come True For Seniors**
Stairlift | Search Ads | Sponsored

**N95 Respirator Mask Reusable (FDA Registered), 10% Off**
Canopus Group | Sponsored

## More Local Stories


Here are some metro Detroit businesses that closed in 2020
NEWS


4 people dead in 2 separate Michigan shootings
NEWS


Trump mean-tweets Nessel after AG eyes sanctions for election lawyers
NEWS


Southfield man, 48, shot to death during carjacking
NEWS




**Every Senior Should Wear This $49 Fit Watch**
MaxFit | Sponsored


**Seniors Under 82 Yrs Old Get Up To $50,000 In Life Insurance for $15/Mth**
EIN for NationalFamily | Sponsored





SUBSCRIBE NOW
$39 for one year. Save 67%.

SUBSCRIBE NOW
$39 for one year. Save 67%.



[ News ]   Sports   Autos   Entertainment   Nation / World   Obituaries   E-Edition   Legals   31°F   Subscribe   Sign In



**New Car Gadget Removes Scratches & Dents**
NanoSparkle Cloth | Sponsored

**Dental Implants Are Almost Being Given Away**
Did U Know | Sponsored

## More Local Stories



**What Tom Brady, Detroit Lions' Matthew Stafford talked about postgame**
SPORTS

**Michigan basketball jumps Michigan State in USA TODAY Sports poll**
SPORTS



**How the Lions could move up to No. 3 in NFL draft**
SPORTS



**Trooper stops man driving 117 mph down I-94 in Macomb County**
NEWS

Advertisement


PART OF THE USA TODAY NETWORK

| About | Support | Stay Connected |
|---|---|---|
| Staff Directory | Contact Us | Subscribe Today |
| Careers | Support Local Businesses | Newsletters |
| Accessibility Support | Advertise Your Business | Mobile Apps |
| Site Map | Advertising Terms and Conditions | Facebook |
| Legals | Buy and Sell | Twitter |



CLOSE

Case 1:21-cv-00040-CJN Document 1-59 Filed 01/08/21 Page 11 of 11

SUBSCRIBE NOW
$39 for one year. Save 67%.

SUBSCRIBE NOW
$39 for one year. Save 67%.

[ News ]  Sports  Autos  Entertainment  Nation / World  Obituaries  E-Edition  Legals  31°F  Subscribe  Sign In



**Michigan basketball jumps Michigan State in USA TODAY Sports poll**
SPORTS



**How the Lions could move up to No. 3 in NFL draft**
SPORTS

**Trooper stops man driving 117 mph down I-94 in Macomb County**
NEWS

Advertisement

 Send money with us wherever you are. Check our rates

### Detroit Free Press
PART OF THE USA TODAY NETWORK

| About | Support | Stay Connected | Our Partners |
|---|---|---|---|
| Staff Directory | Contact Us | Subscribe Today | Jobs |
| Careers | Support Local Businesses | Newsletters | Cars |
| Accessibility Support | Advertise Your Business | Mobile Apps | Classifieds |
| Site Map | Advertising Terms and Conditions | Facebook | Education |
| Legals | Buy and Sell | Twitter | Renvy.com |
| Our Ethical Principles | Licensing & Reprints | E-Edition | Michigan.com |
| Terms of Service | Help Center | Storytellers | |
| Privacy Policy | Subscriber Guide | Archives | |
| Your California Privacy Rights / Privacy Policy | My Account | RSS Feeds | |
| | Give Feedback | | |
| Cookie Settings | | | |

© 2020 www.freep.com. All rights reserved.