# Exhibit 60



Transfer of Power | Biden Cabinet | The Biden Agenda ⌄ | Facts on election integrity | Electoral college vote | Inaugurat

**Politics**

# Here's what happened when a Georgia lawmaker scrutinized the Trump campaign's list of allegedly illegal votes



Georgia state Rep. Bee Nguyen (D) fact-checked a list of voters who President Trump's campaign claimed cast illegal ballots during a hearing on Dec. 10. (The Washington Post)

By **Michelle Ye Hee Lee**

Dec. 11, 2020 at 12:17 a.m. GMT

＋ Add to list

When Georgia state Rep. Bee Nguyen (D) reviewed a list of



By **Michelle Ye Hee Lee**

Dec. 11, 2020 at 12:17 a.m. GMT

When Georgia state Rep. Bee Nguyen (D) reviewed a list of voters who President Trump's campaign claimed cast illegal ballots in the state, three names caught her eye: two friends and a constituent.

For days, Nguyen pored over public records, spoke with voters by phone and even knocked on doors in person to vet the Trump list. She found that it included dozens of voters who were eligible to vote in Georgia — along with their full names and home addresses.

On Thursday, when a data analyst who compiled the list told a panel of state lawmakers that it proved thousands of voters cast ballots in Georgia who should not have, Nguyen was ready.

"I do want to share with you some of the things that I found that appeared to be incorrect to me," the two-term lawmaker told Matt Braynard, whose research has been cited in numerous suits filed by Trump and his allies, several of which have been tossed out of the courts.





**AD**

### 45 President's IQs

All 45 President's IQs From Highest To Lowest

See Now

**Most Read Politics**



1 — Sen. Hawley announces he will contest certification of electoral college vote

2  Trump calls for Georgia Gov. Brian Kemp, a fellow Republican, to resign 

Nguyen's 10-minute dissection of the data offered a rare real-

Document title: Here's what happened when a Georgia lawmaker scrutinized the Trump campaign's list of allegedly illegal votes - The Washington Post
Capture URL: https://www.washingtonpost.com/politics/heres-what-happened-when-a-georgia-lawmaker-scrutinized-the-trump-campaigns-list-of-allegedly-illegal-…
Capture timestamp (UTC): Wed, 30 Dec 2020 18:13:07 GMT

Page 2 of 13

Sections | The Washington Post | Democracy Dies in Darkness

Nguyen's 10-minute dissection of the data offered a rare real-time fact check of the unsubstantiated claims of widespread fraud that the president's allies have promoted in state hearings around the country, largely before friendly Republican audiences.

"If you are going to take the names of voters in the state of Georgia and publish their first, middle and last name, their home address, and accuse them of committing a felony, at the very minimum there should have been an attempt to contact these voters," she said in an interview after the hearing. "There was no such attempt."

Braynard said in an email to The Washington Post that he "appreciated her feedback and look forward to getting her records that are questionable. I was happy to make a statement and happy to hear feedback and questions."



The episode shows how quickly the allegations by Trump and his supporters have fallen apart under scrutiny, particularly in the courts, which have consistently rejected assertions that rampant irregularities tainted the vote.

[*Election results under attack: Here are the facts*]

2. Trump calls for Georgia Gov. Brian Kemp, a fellow Republican, to resign
3. Trump upends GOP's renewed focus on deficits, splitting party with push for $2,000 checks
4. Trump allies launch desperate final efforts ahead of congressional confirmation of Biden win
5. Analysis: Pence's very limited options to challenge Biden's win

LILICLOTH ad

Document title: Here's what happened when a Georgia lawmaker scrutinized the Trump campaign's list of allegedly illegal votes - The Washington Post
Capture URL: https://www.washingtonpost.com/politics/heres-what-happened-when-a-georgia-lawmaker-scrutinized-the-trump-campaigns-list-of-allegedly-illegal-…
Capture timestamp (UTC): Wed, 30 Dec 2020 18:13:07 GMT
Page 3 of 13

in the courts, which have consistently rejected assertions that rampant irregularities tainted the vote.

[*Election results under attack: Here are the facts*]



Georgia Voting Systems Manager Gabriel Sterling expressed his frustration on Dec. 10 with conspiracy theories about the 2020 election. (The Washington Post)

Yet in Georgia and elsewhere, many state Republicans have given Trump a platform to air the claims, holding legislative hearings on election integrity that have largely been used to recycle conspiracy theories and unsubstantiated allegations.

The president's lawyer, Rudolph W. Giuliani, appeared via video at the Georgia House's investigative hearing into the election on Thursday, a day after being discharged from the hospital due to a coronavirus infection. During his testimony, Giuliani reiterated several claims that state election officials have repeatedly debunked since Election Day.



All 45 President's IQs From Highest To Lowest

See Now



Run your QuickBooks Desktop in the cloud.

Fast, free file migration.

Trusted by 180,000+ users.

Learn More

Giuliani called out several Black election workers in Fulton County, alleging that they were "passing around USB ports as if they were vials of heroin or cocaine." He also referred to some election workers by name while questioning their actions — despite repeated pleas from state election officials to protect the safety of election workers.

The president's legal team also questioned the security of the voting machines used in Georgia, repeating a widely debunked conspiracy theory.

At one point, as the lawyers played a video of an election official in Coffee County, Ga., Giuliani was heard saying off-camera: "This is really good stuff," adding: "We should try to get this on Newsmax, on OAN," referring to conservative media outlets.

House Governmental Affairs Committee Chairman Shaw Blackmon, a Republican, did not offer an opportunity for lawmakers to question Giuliani.



🎧 Podcast

**Post Reports**

The Washington Post's daily podcast: unparalleled reports, expert insight, clear analysis. For your ears.



**Add to Apple Podcasts, Google Podcasts**

Document title: Here's what happened when a Georgia lawmaker scrutinized the Trump campaign's list of allegedly illegal votes - The Washington Post
Capture URL: https://www.washingtonpost.com/politics/heres-what-happened-when-a-georgia-lawmaker-scrutinized-the-trump-campaigns-list-of-allegedly-illegal-…
Capture timestamp (UTC): Wed, 30 Dec 2020 18:13:07 GMT
Page 5 of 13



Home

Share

2.2k

analysis. For your ears.

**Add to Apple Podcasts, Google Podcasts**



The forum was sharply criticized by officials with the secretary of state's office, who have defended the integrity of the election and denounced efforts to undermine public faith in the outcome.

"Giving oxygen to this continued disinformation is leading to a continuing erosion of people's belief in our elections and our processes," Gabriel Sterling, Georgia's voting information systems manager, said during a news conference Thursday afternoon.

Georgia certified its election results for the second time this week after a second recount of presidential ballots reaffirmed Joe Biden's narrow victory in the state.



A cardboard cutout of President Trump is held up during a victory rally Saturday in Valdosta. (Jabin Botsford/The Washington Post)

But the legal challenges have not abated. The Republican National Committee filed a lawsuit Tuesday claiming that some poll watchers could not observe the vote counting as closely in person as it had hoped, and challenging the use of

But the legal challenges have not abated. The Republican National Committee filed a lawsuit Tuesday claiming that some poll watchers could not observe the vote counting as closely in person as it had hoped, and challenging the use of ballot drop boxes, which were installed at the direction of election officials in Georgia.

＊

In another lawsuit filed in recent days, the Trump campaign and Georgia Republican Party Chairman David Shafer alleged systemic irregularities and requested that the court decertify the election and prevent the state's electors from casting their votes for Biden when the electoral college meets on Monday.

Legal experts said the court challenges have little hope of success.

"It seems, in any event, to be much ado about nothing," said John Powers, a Georgia analyst at the voting rights group Lawyers' Committee for Civil Rights Under Law. "It's not clear what the end game is here, but it's never been clear to me that there is a discernible end game."

The Trump campaign's 1,585-page lawsuit relies heavily on data analysis by Braynard, who worked on the Trump campaign in 2016 and who has led an outside effort to


Home


Share

2.2k

The Trump campaign's 1,585-page lawsuit relies heavily on data analysis by Braynard, who worked on the Trump campaign in 2016 and who has led an outside effort to analyze voter records and other databases in search of signs that ballots may have been cast illegally.

[*The federal government's chief information security officer is helping an outside effort to hunt for alleged voter fraud*]

"When just combining my findings alone, the number of ballots that are strongly indicated as illegally cast surpasses the margin of victory in the presidential election, thus making it impossible to know who the deserved winner is in Georgia," Braynard said during the hearing.



He provided lists of voters' personal information to back up his claim that there were thousands of individuals who had voted but were registered in another state. He said the lists showed voters who used a post office address to mask their true residences and that others voted in two states.

During the hearing Thursday, Nguyen countered Braynard's analysis with her own research, based on a sampling of the exhibits included in the lawsuit.

Of the first 10 names on the list that were allegedly out-of-



analysis with her own research, based on a sampling of the exhibits included in the lawsuit.

Of the first 10 names on the list that were allegedly out-of-state voters, Nguyen said she found eight who were longtime Georgia residents and property owners by using public records.

Dozens of voters who the campaign suggested used P.O. boxes to vote illegally were actually residents of a single condominium building that had a mail center on the first floor — including Republicans and Democrats, she said.





"I wanted to do the research because these are real-life people and we cannot just be alleging that they are committing voter fraud and that they are committing a felony and not do our due diligence," Nguyen said later.

Nguyen, who in 2017 filled the state legislative seat vacated by Stacey Abrams when she ran for governor, said the voters she contacted said they were not aware that their names and addresses were made public in the lawsuit.

After she presented her findings during the hearing, Braynard thanked Nguyen for her research.

"I actually want to thank you for helping to raise issues to

After she presented her findings during the hearing, Braynard thanked Nguyen for her research.

"I actually want to thank you for helping to raise issues to help better validate data," he said. "It's only with strong scrutiny that we're able to be completely confident in our findings."

*Aaron Schaffer contributed to this report.*

### Election 2020: Biden defeats Trump

*Updated December 18, 2020*

Top Republicans offer conflicting messages about Trump's loss while campaigning in Georgia

McConnell breaks with Trump in finally recognizing Biden as the new president

**Georgia Senate runoffs:** What you need to know

**Graphic:** Where Republicans in Congress stand on Trump's false claim of winning the election

**Election results under attack:** Here are the facts

**Full election results**

💬 **2.2k Comments**



**Michelle Lee**
Michelle Ye Hee Lee is a reporter on The Washington Post's national political enterprise and accountability team. Follow 🐦

**NEXT UP IN POLITICS**



Document title: Here's what happened when a Georgia lawmaker scrutinized the Trump campaign's list of allegedly illegal votes - The Washington Post
Capture URL: https://www.washingtonpost.com/politics/heres-what-happened-when-a-georgia-lawmaker-scrutinized-the-trump-campaigns-list-of-allegedly-illegal-…
Capture timestamp (UTC): Wed, 30 Dec 2020 18:13:07 GMT
Page 10 of 13

**NEXT UP IN POLITICS**



Trump calls for Georgia Gov. Brian Kemp, a fellow Republican, to resign

Read the full story →

**MORE FROM THE POST**

National Park Service investigates video showing a ranger using a Taser on a Native American man walking his dog off-trail



Review
The D.C. area's 10 best casual restaurants of 2020



Luke Letlow, GOP congressman-elect from Louisiana, dies of covid-19



Stuck at home for New Year's Eve? Celebrate with festive scenes from these 15 movies.





Document title: Here's what happened when a Georgia lawmaker scrutinized the Trump campaign's list of allegedly illegal votes - The Washington Post
Capture URL: https://www.washingtonpost.com/politics/heres-what-happened-when-a-georgia-lawmaker-scrutinized-the-trump-campaigns-list-of-allegedly-illegal-…
Capture timestamp (UTC): Wed, 30 Dec 2020 18:13:07 GMT
Page 11 of 13

Year's Eve? Celebrate with festive scenes from these 15 movies.



**Opinion**

Trump is growing smaller before our eyes



### The 5-Minute Fix newsletter

Your weekday afternoon cheat sheet on the biggest stories in politics — that can be read in 5 minutes or less.

Sign up

By signing up you agree to our Terms of Use and Privacy Policy.

**PAID PROMOTED STORIES**  Recommended by Outbrain



**Shut The Front Door! The New Subaru Outback Is Stunning!**
Luxury Auto | Sponsored Listings



**A Fast Way To Pay Off Up To $10,000 In Credit Card Debt**
NerdWallet



**The All New Ford F150 Is The Cream Of The Crop!**
Ford F150 Deals | Sponsored Listings



Read This Before



Ranked: The 25



Finance PhD:



Document title: Here's what happened when a Georgia lawmaker scrutinized the Trump campaign's list of allegedly illegal votes - The Washington Post
Capture URL: https://www.washingtonpost.com/politics/heres-what-happened-when-a-georgia-lawmaker-scrutinized-the-trump-campaigns-list-of-allegedly-illegal-…
Capture timestamp (UTC): Wed, 30 Dec 2020 18:13:07 GMT
Page 12 of 13


Home


Share

💬
2.2k


**Shut The Front Door! The New Subaru Outback Is Stunning!**
Luxury Auto | Sponsored Listings


**A Fast Way To Pay Off Up To $10,000 In Credit Card Debt**
NerdWallet


**The All New Ford F150 Is The Cream Of The Crop!**
Ford F150 Deals | Sponsored Listings


**Read This Before You Renew Amazon Prime Again**
Capital One Shopping


**Ranked: The 25 Best Vehicles of 2021**
Edmunds


**Finance PhD: "Move your money before 2021"**
Stansberry Research



**Your profile is incomplete**
Before you can contribute to our community, please visit your *Profile page* in order to complete your profile.

**Comments**

**Comments are now closed**
All comments sections automatically close 14 days after the story has published. For more details, please see our **discussion guidelines**.

**Featured (7)**     All Comments (2.1k)               Viewing Options ⌄

Featured comments are hand-selected by our Post moderators. Criteria include, but are not limited to: likes by users, replies by users, and previous history of valuable commenting.                                                                   ✖

 **SilkkyFire**  2 weeks ago

I have always thought we were a nation in need of reform. We always have been. (Human beings are always in need of reform.)

---

Document title: Here's what happened when a Georgia lawmaker scrutinized the Trump campaign's list of allegedly illegal votes - The Washington Post
Capture URL: https://www.washingtonpost.com/politics/heres-what-happened-when-a-georgia-lawmaker-scrutinized-the-trump-campaigns-list-of-allegedly-illegal-…
Capture timestamp (UTC): Wed, 30 Dec 2020 18:13:07 GMT                                                                                          Page 13 of 13