# Exhibit 61



MAGAZINE    THE AGENDA    PRO

Today's Refinance Rate

**2.02%**
APR 15 Year Fixed | $300K

Select Loan Amount

$225,000


lendingtree

**Calculate Payment**
Terms & Conditions apply. NMLS#1136

**2020 ELECTIONS**

# Pro-Trump legal crusade peppered with bizarre blunders

Spelling errors, misplaced states and client mix-ups are the main results so far of Sidney Powell's legal efforts to overturn the election.



Attorney Sidney Powell's mythology has gained traction with a slice of the MAGA orbit. | Ben Margot/AP Photo

Advertisement

By **ZACH MONTELLARO** and **KYLE CHENEY**
12/03/2020 04:30 AM EST

   



Attorney Sidney Powell's mythology has gained traction with a slice of the MAGA orbit. | Ben Margot/AP Photo

Advertisement

By **ZACH MONTELLARO** and **KYLE CHENEY**
12/03/2020 04:30 AM EST

   

Sidney Powell released the Kraken. And it turns out the mythological sea beast can't spell, is terrible at geography and keeps mislabeling plaintiffs in court.

A congressional candidate Powell claimed to represent in one lawsuit said that, in fact, he had nothing to do with Powell or her quixotic effort, which she dubbed "the Kraken," arguing the election was stolen from President Donald Trump. An expert witness cited in another suit named a nonexistent county in Michigan. A Wisconsin lawsuit sought data on alleged irregularities at a voting center in Detroit, which is in Michigan. And a filing in federal district court signed by Powell misspelled "district" twice in the first few lines.

Advertisement

**Refinance Calculator**

Today's Rate **1.99%** APR

| Loan amount | $400,000 |
| Loan term | 15-Year Fixed ▾ |
| Credit score | Excellent ▾ |

**Calculate Payment ▶**

Terms & Conditions apply. NMLS#1136

The sloppy mistakes aren't just a sideshow, despite Powell's quip on Twitter when a POLITICO reporter took note of the mangled words: "No extra charge for typos." Judges also have been flummoxed by the procedural moves and errors committed by Powell, who was booted from Trump's legal team in November but still is crusading to overturn the election results.

"While the caption of the motion includes the word 'emergency' and the attached proposed order seeks an 'expedited' injunction, neither the motion nor the proposed order indicate whether the plaintiffs are asking the court to act more quickly or why," Pamela Pepper, chief judge of the U.S. District Court for the Eastern District of Wisconsin, wrote in an order issued on Wednesday. "As indicated, the motion does not request a hearing. It does not propose a briefing schedule."

Giuliani and fellow Trump lawyers crank out c...        **< Share**



96-Year-Old Puts Home For Sale
96-year-old puts house for sale and once people see inside they are stunned.

Post Fun                    Open ›

"As indicated, the motion does not request a hearing. It does not propose a briefing schedule."



Advertisement



Simple Trick To Eliminate Dust

How this grandma turned her dusty house into a fresh air paradise without lifting a finger

Yet despite the deficiencies of her legal efforts, Powell's mythology has gained traction with a slice of the MAGA orbit, from well-known Trump allies like former national security adviser Michael Flynn, a Powell client who last week won a presidential pardon, to hundreds of attendees at a Wednesday rally Powell and fellow Trump-supporting lawyer Lin Wood held in Georgia. They solicited donations and urged Republicans to withhold their votes from the GOP senators engaged in January runoffs in the state, saying they have been insufficiently supportive of Trump, whom both senators back.



Refinance Calculator

Today's Rate **1.99% APR**

| Loan amount | $400,000 |
| Loan term | 15-Year Fixed |
| Credit score | Excellent |

**Calculate Payment ▶**

Terms & Conditions apply. NMLS#1136

Advertisement

The call set off a wave of concern among Republicans trying to defend their Senate majority. But Trump himself is giving oxygen to some of Powell's theories, alluding to them during a 45-minute speech he posted online later on Wednesday. Trump claimed votes were switched by voting machines — a debunked conspiracy theory that's at the center of Powell's case.



Senate majority. But Trump himself is giving oxygen to some of Powell's theories, alluding to them during a 45-minute speech he posted online later on Wednesday. Trump claimed votes were switched by voting machines — a debunked conspiracy theory that's at the center of Powell's case.

Powell and Wood allege a vast conspiracy in which states' electronic voting systems have been manipulated by a company with ties to the late Venezuelan president Hugo Chávez. What has set them apart from Trump's official legal team, which has offered similarly unsupported claims of fraud, is their willingness to accuse sitting Republican officials of committing crimes to aid Biden's election.

"We will give all our evidence to the Department of Justice as soon as we get it pulled together," Powell said at the rally. "I wish I could say I didn't have concerns about how that would be handled, but unfortunately I still do."

Federal and state officials have described the allegations as absurd and lacking any concrete evidence. Georgia election officials pleaded with Republicans across the country to call out the baseless claims. On Tuesday, Attorney General William Barr became the latest to reject the idea that evidence of widespread fraud has been discovered.

"There's been one assertion that would be systemic fraud and that would be the claim that machines were programmed essentially to skew the election results," Barr said in an interview with The Associated Press earlier in the week. "And the DHS and DOJ have looked into that, and so far, we haven't seen anything to substantiate that."


Trump asked if he's lost confidence in Barr aft...    < Share

Powell acknowledged the errors in an email but dismissed them as "typos" and

● MOST READ



1  How Congress and coronavirus could quash Trump's Electoral College gambit

2  Strong early-vote turnout gives Dems hope in Georgia runoffs

3  How 6 states and D.C. are taking coronavirus relief into their own hands

4  How Thousands of American Laws Keep People 'Imprisoned' Long After They're Released

5  Kathleen Hicks is Biden's pick to be first female deputy Defense secretary




Powell acknowledged the errors in an email but dismissed them as "typos" and said they're the result of round-the-clock work and will be corrected "as needed."

"Humans make mistakes. We're human beings. We will correct them as needed and appropriate," she said. "Wish we had you working 22 hours a day like our little team is to help proofread and get it all right."

Advertisement





# Mortgage Rates Fall Again

Recalculate Your House Payment In A Few Steps

Quicken Loans

"It does not change the substance of the claims or the evidence," she continued. "Perhaps you all should consider focusing on the evidence and facts instead of typos."

But the evidence Powell cites, mainly from affidavits filed by election volunteers, observers and outside analysts, has similarly failed to show the fraud she claims should not only overturn the election but give it to Trump in a landslide.

At least twice, Powell has sued on behalf of a party that did not agree to be a part of the case. In a filing in Wisconsin, Powell included Derrick Van Orden, a Republican candidate who narrowly lost to Rep. Ron Kind (D-Wis.), as a plaintiff. But Van Orden said he had nothing to do with the suit in a statement on Twitter.

"I learned through social media today that my name was included in a lawsuit without my permission," he tweeted on Tuesday. "To be clear, I am not involved in the lawsuit seeking to overturn the election in Wisconsin." Van Orden, who could not be reached by POLITICO, told the AP that he had spoken with someone in Powell's office about the case but had not given permission to

Advertisement



BEST GIFT 2020
free shipping to Earth

 

without my permission," he tweeted on Tuesday. "To be clear, I am not involved in the lawsuit seeking to overturn the election in Wisconsin." Van Orden, who could not be reached by POLITICO, told the AP that he had spoken with someone in Powell's office about the case but had not given permission to be added to it, and he tried calling her to ask to have his name removed but couldn't get through.



**POLITICO DISPATCH: DECEMBER 3**

It's a split-screen response: Trump is virtually silent on the pandemic, while Biden is preparing to take office during the outbreak's darkest period. POLITICO's Dan Diamond breaks down how the teams are coordinating — and not — as the transition approaches.

▶  00:00 ▬▬▬▬▬▬▬▬▬▬▬▬ 12:45  ☰

Subscribe on Apple Podcasts | Subscribe on Google Podcasts



foreverspin®

🇨🇦 MADE IN CANADA

It was the second time Powell had done this. In a suit in Georgia, she listed Cobb County Republican Party Chair Jason Shepherd as a plaintiff, acting on behalf of the local party. Shepherd initially put out a statement saying she had done so preemptively and without his final sign-off, though Shepherd and the county party then agreed to stay on the suit.

Advertisement



Today's Refinance Rate
**2.02%**
APR 15 Year Fixed | $300K

Select Loan Amount
🔴
$245,000


lendingtree

**Calculate Payment**

Terms & Conditions apply. NMLS#1136

Meanwhile, in a suit in Michigan, Powell included a "decleration" [sic] from a so-called cybersecurity expert, Navid Keshavarz-Nia, that hits on a popular conspiracy theory — Hammer and Scorecard — alleging that vote totals were hacked.

Chris Krebs, the former director of the Cybersecurity and Infrastructure Security Agency whom Trump fired for declaring the election secure, called this particular conspiracy theory "nonsense." But in his declaration, Keshavarz-Nia alleges a pattern of improbable vote reporting in "Edison County, MI" that backs up his theory.

The only problem: No county by that name exists in Michigan.

In the Wisconsin lawsuit that incorrectly included Van Orden as a plaintiff, the

The only problem: No county by that name exists in Michigan.

In the Wisconsin lawsuit that incorrectly included Van Orden as a plaintiff, the suit asks for a judge to order the "immediate production of 48 hours of security camera recording of all rooms used in the voting process at the TCF Center." But the TCF Center is not in Wisconsin. It is in Detroit, and was the center of other election-related conspiracy theories.

Another brief from Powell in the Wisconsin case misattributes Biden's margin of victory in the state to Georgia, writing "Biden has been declared the winner of Georgia's General Election for President by a difference of 20,585 votes." The brief also mixes up the two states at one point.



"Defendants failed to administer the November 3, 2020 election in compliance with the manner prescribed by the Georgia legislature," reads the memorandum targeting Wisconsin election officials who are defendants in the case. "This conduct violated Plaintiffs' equal protection and due process rights as well their rights under Wisconsin law."

Advertisement




Today's Refinance Rate
**2.02%**
APR 15 Year Fixed | $300K

Select Loan Amount

$230,000

Calculate Payment

Terms & Conditions apply. NMLS#1136

A lawsuit filed by Wood, a Powell collaborator, made a similar mistake. A suit he filed in Georgia included an affidavit from Russell James Ramsland Jr., who represented himself as a security expert. But, while alleging some type of fraud in Michigan, he instead included towns that are from Minnesota, which was first noticed by the conservative Powerline Blog. In the Michigan case from Powell, she calls Ramsland an "expert witness," with a new affidavit that does include towns that are actually in Michigan.

Powell has also misrepresented government documents. The Georgia lawsuit

Advertisement





Powell, she calls Ramsland an "expert witness," with a new affidavit that does include towns that are actually in Michigan.

Powell has also misrepresented government documents. The Georgia lawsuit alleges that "a certificate from the Secretary of State was awarded to Dominion Voting Systems but is undated," attaching a copy of the certificate.

The reality is more prosaic. As Reuters first reported, the actual certificate from the secretary's office is both dated and publicly available online.

FILED UNDER: RUDY GIULIANI, JUSTICE DEPARTMENT, LIN WOOD, (...)



Simple Trick To Eliminate Dust

How this grandma turned her dusty house into a fresh air paradise without lifting a finger

**Help us do better!**

To support and inform our journalism, it helps to learn more about you.

**SENIORITY**

Select Seniority

**INDUSTRY**

Select Industry

Submit

STOP

The use of this information is governed by POLITICO's privacy policy and terms of service. You can contact us here. This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

SPONSORED CONTENT                                                      By Outbrain



Capital One Shopping

**Read This Before You Renew Amazon Prime Again**




Luxury Travel | Sponsored Listings

**2021 Alaska Cruise Packages Have Never Been So Cheap**



Ford F150 Deals | Sponsored Listings

**The All New Ford F150 Is Set To Amaze**



NerdWallet

**Top 6 Cards If You Have Excellent Credit**



Luxury Auto | Sponsored Listings

**The All New Subaru Outback Is The Cream Of The Crop!**



Reverse Mortgage | Sponsored Results

**The Disadvantages Of A Reverse Mortgage - Might Surprise You**




Premium Nanotech Space Mask

**The Only Mask With Over 5,000 Verified 5-Star Reviews. Find Out Why**



whatthehealth.life

**Do this Immediately if You Have Enlarged Prostatic (Watch)**



NY Post Entertainment

**Kellyanne Conway's anti-Trump daughter keeps trolling mom on TikTok**



drkellyannwellness.com

**Top Doctor: "This Fruit Is A Weight Gain Stopper"**

Document title: Pro-Trump legal crusade peppered with bizarre blunders - POLITICO
Capture URL: https://www.politico.com/news/2020/12/03/sidney-powell-trump-election-lawsuit-442472
Capture timestamp (UTC): Wed, 30 Dec 2020 18:14:02 GMT

FILED UNDER: RUDY GIULIANI, JUSTICE DEPARTMENT, LIN WOOD, ...



## Help us do better!

To support and inform our journalism, it helps to learn more about you.

**SENIORITY**

Select Seniority

**INDUSTRY**

Select Industry

Submit

STOP

The use of this information is governed by POLITICO's privacy policy and terms of service. You can contact us here. This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

SPONSORED CONTENT                                                    By Outbrain



Capital One Shopping

**Read This Before You Renew Amazon Prime Again**



Luxury Travel | Sponsored Listings

**2021 Alaska Cruise Packages Have Never Been So Cheap**

Ford F150 Deals | Sponsored Listings

**The All New Ford F150 Is Set To Amaze**



NerdWallet

**Top 6 Cards If You Have Excellent Credit**



Luxury Auto | Sponsored Listings

**The All New Subaru Outback Is The Cream Of The Crop!**



Reverse Mortgage | Sponsored Results

**The Disadvantages Of A Reverse Mortgage - Might Surprise You**

Premium Nanotech Space Mask

**The Only Mask With Over 5,000 Verified 5-Star Reviews. Find Out Why**



whatthehealth.life

**Do this Immediately if You Have Enlarged Prostatic (Watch)**

NY Post Entertainment

**Kellyanne Conway's anti-Trump daughter keeps trolling mom on TikTok**



drkellyannwellness.com

**Top Doctor: "This Fruit Is A Weight Gain Stopper"**

About Us | Advertising | Breaking News Alerts | Careers | Credit Card Payments | Digital Edition | FAQ | Feedback

Headlines | Photos | POWERJobs | Press | Print Subscriptions | Write For Us | RSS | Site Map

Terms of Service | Privacy Policy | Do not sell my info | Notice to California Residents

© 2020 POLITICO LLC

Document title: Pro-Trump legal crusade peppered with bizarre blunders - POLITICO
Capture URL: https://www.politico.com/news/2020/12/03/sidney-powell-trump-election-lawsuit-442472
Capture timestamp (UTC): Wed, 30 Dec 2020 18:14:02 GMT