# Exhibit 62

Archives of Twitter and Google trending words



|  Home | 2020 ⌄ | 2019 ⌄ | 2018 ⌄ | 2017 ⌄ |
| --- | --- | --- | --- | --- |
| | | 2016 ⌄ | | |

## Trending words on 7th November, 2020

 **Twitter Trends on Trending words on 7th November, 2020**

Twitter's top trending topics on Trending words on 7th November, 2020.

1. Quebec
2. Lincoln Project
3. Mark Meadows
4. #BidenHarris2020
5. hobi
6. #Election2020results
7. Zach Wilson
8. YOU'RE FIRED
9. #SaturdayMorning
10. RATM
11. Kamala
12. Dominion
13. BY A LOT
14. Rahm
15. Chris Cuomo
16. Nestor
17. Reiss



14. Rahm
15. Chris Cuomo
16. Nestor
17. Boise
18. Listening to Biden
19. #WhyDontWeKIMMEL
20. Madam Vice President
21. Four Seasons Total Landscaping
22. Van Jones
23. #PresidentElectJoe
24. First Lady
25. #bidenharis2020
26. Jim Jordan
27. #AEWFullGear
28. #CallTheElection
29. Newfoundland and Labrador
30. Betsy DeVos
31. Donald Trump
32. YOU LOST
33. Dream Team Twitter
34. Four Seasons
35. Leslie Jones
36. Rage Against the Machine
37. #EVEMUN
38. #njpst
39. #UFCVegas13
40. White House
41. Yukon Territory
42. On Eagle's Wings
43. Trask
44. Harbaugh



42. On Eagle's Wings
43. Trask
44. Harbaugh
45. #ByeDon
46. NC State
47. D'Eriq King
48. Brooklyn
49. Penn State
50. Gators

◀ Prev Day                                                                                                      Next Day ▶

❯ Today's Trending words (Home)



### G Google Trends on Trending words on 7th November, 2020

Google's top search words on Trending words on 7th November, 2020.

1. King Von
2. Johnny Depp
3. Starbucks
4. Everton vs Man United
5. iPhone 12 Pro Max
6. Al Roker

4. Everton vs Man Utd
5. iPhone 12 Pro Max
6. Al Roker
7. Anderson Cooper
8. Gleb Savchenko
9. Biden speech tonight
10. Mark Meadows
11. Lindsey Graham
12. Kamala Harris
13. Van Jones
14. Decision Desk HQ
15. BYU football
16. Stephen Colbert
17. Barcelona vs Real Betis
18. Nebraska football

[More]

[◀ Prev Day]   [Next Day ▶]

▶ Today's Trending words (Home)



🗓 **Trend Calendar November 2020**

Please select a date to see trending words on that day.

| Menus | Home | Search | Top | Sidebar |





Today's Refinance Rates

Calculate Payment ▸

5/1 ARM
3.03%
APR | $300,000

15-YR FIXED
2.13%
APR | $300,000

30-YR FIXED
2.27%
APR | $300,000

Terms & Conditions apply. NMLS#1136

## Site Search

Search within the site

## Trend Calendar

Nov 2020

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | | | | | |

Today's Refinance Rates

Calculate Payment ▸

5/1 ARM

15-YR FIXED

30-YR FIXED

Menus Home Search Top Sidebar

**Today's Refinance Rates**

| 5/1 ARM | 15-YR FIXED | 30-YR FIXED |
|---|---|---|
| **3.03%** | **2.13%** | **2.27%** |
| APR | $300,000 | APR | $300,000 | APR | $300,000 |

Calculate Payment ▶

## Trending topics in 2020

Trending words in Jan 2020

Trending words in Feb 2020

Trending words in Mar 2020

Trending words in Apr 2020

Trending words in May 2020

Trending words in Jun 2020

Trending words in Jul 2020

Trending words in Aug 2020

Trending words in Sep 2020

Trending words in Oct 2020

Trending words in Nov 2020

Trending words in Dec 2020

## Trending topics in 2019

Trending words in Jan 2019

Trending words in Feb 2019

Trending words in Mar 2019

Trending words in Apr 2019

Trending words in May 2019

Trending words in Jun 2019

 Menus   Home   Search   Top   Sidebar

Trending words in Apr 2019

Trending words in May 2019

Trending words in Jun 2019

Trending words in Jul 2019

Trending words in Aug 2019

Trending words in Sep 2019

Trending words in Oct 2019

Trending words in Nov 2019

Trending words in Dec 2019

## Trending topics in 2018

Trending words in Jan 2018

Trending words in Feb 2018

Trending words in Mar 2018

Trending words in Apr 2018

Trending words in May 2018

Trending words in Jun 2018

Trending words in Jul 2018

Trending words in Aug 2018

Trending words in Sep 2018

Trending words in Oct 2018

Trending words in Nov 2018

Trending words in Dec 2018

## Trending topics in 2017

Trending words in Jan 2017

Trending words in Feb 2017

Trending words in Mar 2017

Trending words in Apr 2017

Trending words in May 2017

Trending words in Feb 2017

Trending words in Mar 2017

Trending words in Apr 2017

Trending words in May 2017

Trending words in Jun 2017

Trending words in Jul 2017

Trending words in Aug 2017

Trending words in Sep 2017

Trending words in Oct 2017

Trending words in Nov 2017

Trending words in Dec 2017

## Trending topics in 2016

Trending words in Jan 2016

Trending words in Feb 2016

Trending words in Mar 2016

Trending words in Apr 2016

Trending words in May 2016

Trending words in Jun 2016

Trending words in Jul 2016

Trending words in Aug 2016

Trending words in Sep 2016

Trending words in Oct 2016

Trending words in Nov 2016

Trending words in Dec 2016

SPONSORED SEARCHES

november 2020 calendar | print monthly calendar | show me the month of november 202

on trend styles 2020 | oct and nov 2020 calendar | free fill in calendar template

Menus Home Search Top Sidebar

Trending words in May 2017

Trending words in Jun 2017

Trending words in Jul 2017

Trending words in Aug 2017

Trending words in Sep 2017

Trending words in Oct 2017

Trending words in Nov 2017

Trending words in Dec 2017

## Trending topics in 2016

Trending words in Jan 2016

Trending words in Feb 2016

Trending words in Mar 2016

Trending words in Apr 2016

Trending words in May 2016

Trending words in Jun 2016

Trending words in Jul 2016

Trending words in Aug 2016

Trending words in Sep 2016

Trending words in Oct 2016

Trending words in Nov 2016

Trending words in Dec 2016

SPONSORED SEARCHES

november 2020 calendar | print monthly calendar | show me the month of november 202

on trend styles 2020 | oct and nov 2020 calendar | free fill in calendar template

Copyright © 2017-2020 Trend Calendar All Rights Reserved.



