# Exhibit 63





Simple Morning Drink, Drains Out 39lbs of Stuck Fat

**» Drink This Today**

# Attorney Sidney Powell drops more bombshells, says election software that rigged 2020 elections has been used for years to steal House, Senate, governor races

By JD Heyes  -  December 9, 2020

Share | Facebook | Twitter | Email



**YOUR DAILY BRIEFING:**
**Fight Online Censorship!**

Get the news **Google and Facebook don't want you to see**: Sign up for DC Clothesline's daily briefing and do your own thinking!

[Email Address]   [Subscribe]

**Trending Now**    Ads by Revcontent



(Natural News) Sidney Powell, who left the Trump campaign legal team to pursue other avenues of massive electoral fraud she uncovered shortly after the November elections, continues to reveal stunning information garnered from her continued investigative work proving beyond any doubt that Americans have lost control over the only real power we had

Document title: Attorney Sidney Powell drops more bombshells, says election software that rigged 2020 elections has been used for years to steal House, Senate,…
Capture URL: https://www.dcclothesline.com/2020/12/09/attorney-sidney-powell-drops-more-bombshells-says-election-software-that-rigged-2020-elections-has-been-us…
Capture timestamp (UTC): Tue, 29 Dec 2020 21:36:55 GMT

Page 1 of 6

(Natural News) Sidney Powell, who left the Trump campaign legal team to pursue other avenues of massive electoral fraud she uncovered shortly after the November elections, continues to reveal stunning information garnered from her continued investigative work proving beyond any doubt that Americans have lost control over the only real power we had left as individuals: The power of *choice* at the ballot box.

In previous weeks, Powell revealed that software used by voting machine companies in the U.S. and abroad was developed and financed by some of our enemies, including Venezuela, Iran and China.

But in an interview with TBN's Mike Huckabee on Saturday, Powell suggested that the software was actually a CIA-developed election theft tool that may have been exported to other countries and then, ultimately, deployed against American elections.



One Simple Method To Keep Your Blood Sugar Below 100
WeeklyPenny.com
Find Out More >
77,459
Ads by Revcontent

"The system right now is corrupt. The Dominion machines cannot be relied on at all. And we want everyone — Republicans, the candidates, everyone — to stand up and speak up about the fraud that happened in Georgia and find a way to vote in time that allows people to know that their vote is being counted the way they voted it," she began, clearing up a previously reported claim that she didn't want Republican voters to show up to cast ballots for the state's two GOP senators in run-off elections next month.

take our poll - story continues below

"Because right now, the system is just as rigged as it was four weeks ago," she added. "We can't trust it. And there has to be a way to get it right so that everyone who votes — and we encourage everyone to vote — knows their vote is real and being counted, and not…otherwise rigged."

"You can't repeat the same procedure and expect a different result."

## Trending:

Whistleblower who exposed COVID-19 vaccine side effects slapped with lawsuit


The 25 Rudest Celebs in Hollywood
Upbeat News


Seniors Under 86 Years of Age Get Up to $50000 in Life Ins for $15/mth
Experts IN Money


30 Laws of the Hells Angels All Members Must Obey
Upbeat News


Why Elisha Cuthbert is Black-listed from Hollywood
Upbeat News

Get the Latest News at DC Dirty Laundry

"You can't repeat the same procedure and expect a different result."

## Trending:

**Whistleblower who exposed COVID-19 vaccine side effects slapped with lawsuit**
6.3k views



"It's extremely unsettling to know that American elections have been just as rigged as elections in third-world countries have been," she said later, in reference to the massive theft that occurred for Joe Biden in several swing states last month.



"I'm sure the CIA has been involved in any number of those activities, if not here then in other places around the world," she continued. "It may have been the CIA that created this software and programs to begin with and then exported it for their own use, only to have it come back to us.

"It could be that very important, powerful, extremely wealthy people were involved in rigging this election. It's globalist interests. I mean, frankly, everyone in the world except the

Upbeat News

### Get the Latest News at DC Dirty Laundry

- **Who's murdering all the COVID scientists?**



Source: DC Dirty Laundry | Published: December 28, 2020 - 11:58 am

- **It's not the same RV! Official narrative of Nashville "suicide bomber" melts away as RV supposedly used in the bombing found to have different stripe accents**



Source: DC Dirty Laundry | Published: December 28, 2020 - 11:53 am

- **Conned Into Demanding Socialism: The Role Of Operation Mockingbird**



Source: DC Dirty Laundry | Published: December 28, 2020 - 11:44 am

Document title: Attorney Sidney Powell drops more bombshells, says election software that rigged 2020 elections has been used for years to steal House, Senate,…
Capture URL: https://www.dcclothesline.com/2020/12/09/attorney-sidney-powell-drops-more-bombshells-says-election-software-that-rigged-2020-elections-has-been-us…
Capture timestamp (UTC): Tue, 29 Dec 2020 21:36:55 GMT
Page 3 of 6

"It could be that very important, powerful, extremely wealthy people were involved in rigging this election. It's globalist interests. I mean, frankly, everyone in the world except the millions of Americans that wanted to elect Donald Trump to clean up the swamp and drain the swamp," she said. (Related: Georgia Gov. Kemp calls for legitimate signature audit of mail-in ballots after damning CCTV video exposes massive election fraud.)

Voters who chose to reelect our real president didn't want "this world to continue the way it was, with them having all the power and working behind the scenes to rig elections and everything else so that they could profit from their own nefarious activities," Powell went on.

"I mean it's massive. I'm sure the media companies are involved in it, too," she said, noting that on election night it appeared that a coordinated effort was underway to stop reporting on returns and for swing states to stop counting ballots at nearly the same time.



**Seniors May Be DYING Because Of This Sex Habit**

The 6 maddening secrets doctors never tell their senior patients finally REVEALED!

Watch The Video     🔥 3,111

Promoted Content

"This isn't the first time it's happened, Mike. We don't even know how many elections have been rigged by virtue of the software," she noted further, setting viewers up for another massive bombshell.

"There's no telling how many congressional and Senate seats and even governorships we've lost…because of this" fraud. "They've been telling us the country has been trending blue. It has not. That is an abject lie. And we've collected the data that's gonna show that, among many other things," she said.

Stay current on Trump's ongoing efforts to root out election fraud corruption at Trump.news.

Sources include:

### You Might Like


This Error In The Bible Has Angered Democrats
See Here


U.S. MD: I Beg Americans To Throw Out This V…
United Naturals


Biden Plans to Lift 70 Year Old Ban - Congress Outraged!
Learn More


This Is The Best New Method To End Toe Fungus
Watch Now!

Recommended by powerinbox

TrendingPolitics.com

NaturalNews.com

| Facebook | Twitter | LinkedIn | Pinterest |

### Sidebar

Source: DC Dirty Laundry | Published: December 28, 2020 - 11:44 am

Trump authorizes special prosecutor John Durham to use classified info in ongoing "Russiagate" probe



Source: DC Dirty Laundry | Published: December 28, 2020 - 9:33 am

Nashville explosion was actually a missile strike, and the target was the AT&T / NSA hardened switching facility "spy hub"



Source: DC Dirty Laundry | Published: December 27, 2020 - 11:50 pm

WordPress RSS Feed by thememason.com

**THE REVERE REPORT**

Senate Majority Leader Mitch McConnell Rejects Unanimous Consent on $2K-Per-Person Stimulus Bill

December 29th, 2020     Big League Politics

2020: The Year the Tree of Liberty Was Torched

Document title: Attorney Sidney Powell drops more bombshells, says election software that rigged 2020 elections has been used for years to steal House, Senate,…
Capture URL: https://www.dcclothesline.com/2020/12/09/attorney-sidney-powell-drops-more-bombshells-says-election-software-that-rigged-2020-elections-has-been-us…
Capture timestamp (UTC): Tue, 29 Dec 2020 21:36:55 GMT                                                                                        Page 4 of 6

NaturalNews.com

NEWS   POLITICS   GUNS/2A   VIDEOS   CULTURE   FAITH   STORE   RIGHT REPORT

Consent on $2K-Per-Person Stimulus Bill

December 29th, 2020   Big League Politics

### You Might Like


This Error In The Bible Has Angered Democrats
See Here


U.S. MD: I Beg Americans To Throw Out This V...
United Naturals


Biden Plans to Lift 70 Year Old Ban - Congress Outraged!
Learn More


This Is The Best New Method To End Toe Fungus
Watch Now!

Recommended by powerinbox


2020: The Year the Tree of Liberty Was Torched
December 29th, 2020
Sons of Liberty Media


Canceled: Boston succumbs to pressure to remove Lincoln Emancipation Memorial
December 29th, 2020   Liberty Unyielding



**YOUR DAILY BRIEFING:**
# Fight Online Censorship!

Get the news **Google and Facebook don't want you to see**: Sign up for DC Clothesline's daily briefing and do your own thinking!

[Email Address]   [Subscribe]


Cuomo Says Addicts In Rehab Facilities Will Be Prioritized Over the Elderly For Coronavirus Vaccine
December 29th, 2020   The Mental Recession


Over-The-Counter Memory Drug Hits Market


A Tragic End Today For Laura Ingraham


Trump Beats Out Obama In Gallup's Most Admired Man Of 2020
December 29th, 2020
Clash Daily

### Recent Posts



Did Those Who Actually Orchestrated The Nashville Explosion Find A Patsy...
December 29, 2020


Georgia election "untrustworthy" and riddled with fraud, Senate committee report concludes
December 29, 2020

Share    Facebook    Twitter    Email


FAUCI ADMITS TO LYING ABOUT HERD IMMUNITY TO CONVINCE PEOPLE TO...
December 29, 2020

Previous article                                             Next article

Sidney Powell: CIA, mainstream media, globalists all part of a grand conspiracy to rig elections and defraud We the People

PROOF: Facebook interfered, tampered with fraudulent 2020 election


Hollywood Fights To Free Muggers And Killers – & Lock Up...
December 29, 2020

**JD Heyes**




Document title: Attorney Sidney Powell drops more bombshells, says election software that rigged 2020 elections has been used for years to steal House, Senate,…
Capture URL: https://www.dcclothesline.com/2020/12/09/attorney-sidney-powell-drops-more-bombshells-says-election-software-that-rigged-2020-elections-has-been-us...
Capture timestamp (UTC): Tue, 29 Dec 2020 21:36:55 GMT                                                                                                Page 5 of 6

Stimulus Bill

December 29th, 2020   Big League Politics

### You Might Like


This Error In The Bible Has Angered Democrats
See Here


U.S. MD: I Beg Americans To Throw Out This V...
United Naturals


Biden Plans to Lift 70 Year Old Ban - Congress Outraged!
Learn More


This Is The Best New Method To End Toe Fungus
Watch Now!

Recommended by powerinbox

**YOUR DAILY BRIEFING:**
## Fight Online Censorship!

Get the news **Google and Facebook don't want you to see**: Sign up for DC Clothesline's daily briefing and do your own thinking!

[Email Address]   **Subscribe**


Over-The-Counter Memory Drug Hits Market


A Tragic End Today For Laura Ingraham

**2020: The Year the Tree of Liberty Was Torched**
December 29th, 2020
Sons of Liberty Media

**Canceled: Boston succumbs to pressure to remove Lincoln Emancipation Memorial**
December 29th, 2020   Liberty Unyielding

**Cuomo Says Addicts In Rehab Facilities Will Be Prioritized Over the Elderly For Coronavirus Vaccine**
December 29th, 2020   The Mental Recession

**Trump Beats Out Obama In Gallup's Most Admired Man Of 2020**
December 29th, 2020
Clash Daily

 Share    Facebook    Twitter    Email

---

Previous article                                                                 Next article

Sidney Powell: CIA, mainstream media, globalists all part of a grand conspiracy to rig elections and defraud We the People

PROOF: Facebook interfered, tampered with fraudulent 2020 election

### JD Heyes

### Recent Posts


Did Those Who Actually Orchestrated The Nashville Explosion Find A Patsy...
December 29, 2020


Georgia election "untrustworthy" and riddled with fraud, Senate committee report concludes
December 29, 2020


FAUCI ADMITS TO LYING ABOUT HERD IMMUNITY TO CONVINCE PEOPLE TO...
December 29, 2020


Hollywood Fights To Free Muggers And Killers – & Lock Up...
December 29, 2020

© Copyright DC Dirty Laundry. All rights reserved.   News   Politics   Guns/2A   Videos   Culture   Faith   Store   Right Report

Document title: Attorney Sidney Powell drops more bombshells, says election software that rigged 2020 elections has been used for years to steal House, Senate,…
Capture URL: https://www.dcclothesline.com/2020/12/09/attorney-sidney-powell-drops-more-bombshells-says-election-software-that-rigged-2020-elections-has-been-us…
Capture timestamp (UTC): Tue, 29 Dec 2020 21:36:55 GMT                                                                                                 Page 6 of 6