# Exhibit 64

screenshot-twitter.com-2021.01.06-14_03_14
https://twitter.com/daniellynn0001/status/1336723643921920001
06.01.2021

