# Exhibit 65

screenshot-twitter.com-2021.01.06-14_03_52
https://twitter.com/risalusofia/status/1336517540059766787
06.01.2021



sofia sjöberg
@risalusofia

Replying to @risalusofia

We start with the election and Sidney Powell. She stated that this election is he most corrupt election ever. And she made a lot of people aware of Dominion – Dominion comes from Venezuela and Venezuela is like a Swedish colony. What Sweden or rather what someone controls...

10:46 PM · Dec 8, 2020 · Twitter Web App

8 Retweets   55 Likes