# Exhibit 66

screenshot-twitter.com-2021.01.06-14_04_43
https://twitter.com/Stephenwc24/status/1336732043607068673
06.01.2021

