# Exhibit 67

*screenshot-twitter.com-2021.01.06-14_05_23*
*https://twitter.com/brsquared/status/1336725318367911936*
*06.01.2021*

