# Exhibit 68

screenshot-twitter.com-2021.01.06-14_06_06
https://twitter.com/ivoboutros/status/1336443509134548993
06.01.2021

