# Exhibit 69

screenshot-twitter.com-2021.01.06-14_06_32
https://twitter.com/DonnaG7216/status/1336477904591593472
06.01.2021



**Donna G** @DonnaG7216

Replying to @CodeMonkeyZ

Did no one hear when Sidney Powell said there was evidence that many state governors, INCLUDING KEMP, were paid off by Dominion to allow their machines to be installed before the 2020 elections? This was when she said she was going to 'release the kraken.'

8:08 PM · Dec 8, 2020 · Twitter for iPhone