# Exhibit 70

screenshot-twitter.com-2021.01.06-14_07_13
https://twitter.com/NCPatriotMom/status/1336474913658515456
06.01.2021



**Heathers**
@NCPatriotMom

Replying to @baynoni @kleptoast and 5 others

Sidney Powell is saying Republicans do this too. She says we will hear evidence once in court that politicians can pay Dominion to win. One Republican she outed and restated today is Kelly Loeffler. She said she has evidence GovKemp ensured it.

7:57 PM · Dec 8, 2020 · Twitter for iPhone