# Exhibit 76

screenshot-twitter.com-2021.01.06-14_08_34
https://twitter.com/leonkhanin1234/status/1336497514598555650
06.01.2021

