# Exhibit 78

screenshot-twitter.com-2021.01.06-14_10_01
https://twitter.com/LLinWood/status/1340729543267667970
06.01.2021

← **Tweet**



**Lin Wood**
@LLinWood

Knowing my background & experience in defamation law, Sidney @SidneyPowell1 asked me to represent her & respond to SmartMatic litigation threat.

Since everything Sidney is saying about election fraud is documented TRUTH, my response to SmartMatic was simple & to the point.

---

**L. LIN WOOD, P.C.**
TRIAL LAWYERS

L. LIN WOOD
Direct Dial: (404) 891-1406
lwood@linwoodlaw.com

December 20, 2020

**VIA ELECTRONIC MAIL ONLY**

J. Erik Connolly
Benesch, Friedlander, Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606-4637
econnolly@beneschlaw.com

RE: Legal Notice and Retraction Demand from Smartmatic USA Corp.

Dear Erik:

I represent Sidney Powell. I have carefully reviewed your letter of December 15, 2020. I am not impressed. Ms. Powell retracts nothing.

File your lawsuit.

Sincerely,


L. Lin Wood

cc: Sidney Powell

P.O. Box 52584 Atlanta, GA 30355-0584  |  P: 404-891-1402  |  F: 404-506-9111  |  www.linwoodlaw.com

---

1:43 PM · Dec 20, 2020 · Twitter for iPhone

**32.6K** Retweets    **4.5K** Quote Tweets    **96.7K** Likes