# Exhibit 80

SYNDICATE ADVERTISE VIDEO **ZENGER** BETA 🔍 Search LOG IN JOIN US PITCH A STORY

 BTC/USD 32223.96 +218.08 (+0.68%)    ETH/USD 1050.44 +7.49 (+0.72%)    S&P 500 3706.8 +1.1 (+0.03%)

OFFBEAT | SCIENCE | WORLD | POLITICS | BUSINESS | TECH | URBAN | LATINO | EN ESPAÑOL | VIDEO

# VIDEO: Sidney Powell Wants to Fight for Donald Trump — But His Aides Won't Let Her, She Says

*Does Sidney Powell have a job defending Trump? "That is a good question!"*

By David Martosko   December 27, 2020   Political Campaigns

Facebook   Twitter   Linkedin   Email



Attorney Sidney Powell said in a Dec. 23, 2020 interview that senior White House aides are keeping her from helping President Donald J. Trump prove that widespread voter fraud cost him re-election. Powell is pictured in a screen-grab from video shot at the Trump International Hotel in Washington, D.C. (Chris Winter/Zenger News)

President Donald J. Trump says he wants a lawyer to probe "election theft," but the president's leading candidate, Sidney K. Powell, says she has been barred from the White House by the president's own chief of staff.

While Powell and the president discussed the role last Friday in a contentious four-and-a-half-hour Oval Office meeting, she says, insiders opposed her appointment, sometimes shouting defiantly at the president. Powell's on-the-record account reveals a White House riven by internal feuding, and a growing divide between the president's most senior staff and his most devoted outside supporters.



## TRENDING NOW

**QUIZZES & PUZZLES**

Smarter News Quiz: Shaved Heads, Space Junk and Taxes

**ASIA**

US Lawmakers Take Up Plight of India's Farmers in Letter to Pompeo

**FOREIGN POLICY & STATE DEPT.**

Chinese Delegation Takes Measure of Political Situation in Nepal

**ASIA**

India Approves Two Vaccines for Emergency Use



## RECENT UPDATES

**ASIA**

Hundreds Protest Terrorist Killing of Hazara Shiites in Balochistan

**LATINO**

This Is How Latin America Receives the Three Wise Men

**ARTS**    **COURTS & CASES** 

internal feuding, and a growing divide between the president's most senior staff and his most devoted outside supporters.



**Terrorist Killing of Hazara Shiites in Balochistan**

**This Is How Latin America Receives the Three Wise Men**




**Black Colleges Use Esports to Attract Students and Hook them on Science and Engineering**

**'Glaze' Was a Killer and the Crack King of New York — and Now He's on YouTube**

By Saturday morning, Powell says, the president's most senior aides had declined to give her a Secret Service-issued pass to come and go from the West Wing. "I've been blocked from speaking to or communicating with the president since I left the Oval Office on Friday night," she says, "by apparently everyone around him."



The Smarter News Quiz

By Rachel McMahon, Quizmaster for Zenger News



**Which of these countries celebrates the New Year earlier than the rest of the world?**



Brendon Thorne/Getty Images

| Australia | South Korea |
| Tonga | Christmas Island |

 0%

During the Zenger interview, conducted on video in a 7th-floor suite at the Trump International Hotel in Washington DC, Powell said she has had no contact with Trump since the Dec. 18 meeting.

White House Press Secretary Kayleigh McEnany declined to comment on the record about whether any senior officials, including Chief of Staff Mark R. Meadows, National Security Advisor Robert C. O'Brien and White House Counsel Pat A. Cipollone, have intervened to keep Powell out of the White House. All three participated in Friday's meeting, which devolved into

Document title: VIDEO: Sidney Powell Wants to Fight for Donald Trump — But His Aides Won&#39;t Let Her, She Says - Zenger News
Capture URL: https://www.zenger.news/2020/12/27/video-sidney-powell-wants-to-fight-for-donald-trump-but-his-aides-wont-let-her-she-says/
Capture timestamp (UTC): Tue, 05 Jan 2021 15:20:27 GMT
Page 2 of 8

the Dec. 18 meeting.

White House Press Secretary Kayleigh McEnany declined to comment on the record about whether any senior officials, including Chief of Staff Mark R. Meadows, National Security Advisor Robert C. O'Brien and White House Counsel Pat A. Cipollone, have intervened to keep Powell out of the White House. All three participated in Friday's meeting, which devolved into chaos and finger-pointing about who was—or was not—serving Trump's interests. Powell confirmed that former National Security Advisor Gen. Michael T. Flynn accompanied her to the Oval Office.

O'Brien and Trump's personal lawyer Rudolph S. Giuliani participated via telephone. Other aides walked in and out of the Oval Office periodically; they could not be identified by Zenger's reporting. A message to Giuliani seeking comment was not returned. Asked to confirm Giuliani took part, his attorney Bob Costello said, "I don't know the answer to that."

Trump said Tuesday in a videotaped statement that he would "pursue every legal and constitutional option available to stop the theft of the presidential election." He tweeted Wednesday, "I disagree with anyone that thinks a strong, fast, and fair Special Counsel is not needed, IMMEDIATELY. This was the most corrupt election in the history of our Country, and it must be closely examined!" Only the U.S. attorney general can appoint a special counsel, but the president can appoint a special White House counsel who would have more limited powers and protections.



**The Smarter News Quiz**
By Rachel McMahon, Quizmaster for Zenger News

Which of these countries celebrates the New Year earlier than the rest of the world?

Brendon Thorne/Getty Images

- Australia
- South Korea
- Tonga
- Christmas Island

0%



KEEP CALM and Trade Penny Stocks — Sign Up Today



**Donald J. Trump** @realDonaldTrump

After seeing the massive Voter Fraud in the 2020 Presidential Election, I disagree with anyone that thinks a strong, fast, and fair Special Counsel is not needed, IMMEDIATELY. This was the most corrupt

Does Sidney Powell have that job? "That is a good question!" she told Zenger News, laughing. She says she was verbally offered the job, but that senior officials from the Office of White House Counsel have prevented her from presenting the president with paperwork to make it official.

Meanwhile, she says, Meadows and others have blocked permission for her to visit the executive mansion or its nearby buildings. Senior officials have "thrown sand in the gears" of actions the president asked her to carry out, she says.

Powell challenged the accuracy of the anonymous accounts that appeared in major news outlets. There was no talk of "martial law," or sending soldiers to seize ballot machines, she said, or holding a second round of elections in swing states. "I can tell you for sure," she said, "that was not discussed in the Oval Office Friday night."

Flynn said his recollection of the meeting matches Powell's. "No one talked about martial law, no matter what some of the news reports say," he told Zenger.

outlets. There was no talk of "martial law," or sending soldiers to seize ballot machines, she said, or holding a second round of elections in swing states. "I can tell you for sure," she said, "that was not discussed in the Oval Office Friday night."

Flynn said his recollection of the meeting matches Powell's. "No one talked about martial law, no matter what some of the news reports say," he told Zenger.

Such an appointment would hand Powell a top-level security clearance and 24-hour access to the White House, and likely put her in the same office suite as the White House Counsel — privileges she says some of the men who work closest to the Oval Office do not want her to have.

"It has not come to pass," Powell says, "because it seems it was blocked after Friday night, or undone, or I'm not sure what you'd call it" by senior White House staff including, she suggested, Meadows and Cipollone.

Cipollone, Meadows and O'Brien argued strenuously against hiring Powell, she says, and warned of sharply negative reactions among the Washington-based press corps, and among members of Congress whose support Trump would need in the coming weeks if he had any hope of reversing the November 3 election results that made former Vice President Joseph R. Biden his successor-in-waiting.

Powell said intramural feuding squanders time that could be spent on investigations and court filings. "Sidney is a fantastic advocate," Flynn said. "You know how POTUS says you should never give up no matter what? That's Sidney. And that's fantastic. We need more like her."

Powell says her small team of privately funded attorneys are "still collecting evidence through fire hoses," and that "thousands and thousands of people have stepped forward and given sworn statements" about irregularities they say they witnessed on Election Day. Powell declined to provide any new evidence of voter fraud, instead referring to previously published claims in a binder of material her staff provided to Zenger News two hours before the Dec. 23 interview. (You can read it here.)







**Which of these countries celebrates the New Year earlier than the rest of the world?**

Brendon Thorne/Getty Images

| Australia | South Korea |
| Tonga | Christmas Island |

0%

**The Smarter News Quiz**

By Rachel McMahon, Quizmaster for Zenger News



Sidney Powell flipped through a binder of materials which she says prove her case that widespread voter fraud cost President Donald J. Trump re-election. Powell is pictured during a Dec. 23 interview at the Trump International Hotel in Washington, D.C. (Claire Swift/Zenger News)




The Smarter News Quiz
By Rachel McMahon, Quizmaster for Zenger News

Which of these countries celebrates the New Year earlier than the rest of the world?

Brendon Thorne/Getty Images

Australia | South Korea
Tonga | Christmas Island

 0%

Powell cited reports by the FBI and the Cybersecurity and Infrastructure Security Agency in October 2020 warning that Iran-backed hackers were "likely intent on influencing and interfering with the U.S. elections." One report was updated on Election Day, saying the unnamed Iranians had infiltrated election websites and stolen voter registration data, later launching a "mass dissemination of voter intimidation emails to U.S. citizens."

That same agency issued a Nov. 12 statement that "[t]he November 3rd election was the most secure in American history"—apparently undercutting Powell's claims.

A similar federal report also cast doubt. "There is no evidence that any voting system deleted or lost votes, changed votes, or was in any way compromised," said the executive committee of the inter-agency Election Infrastructure Government Coordinating Council. That panel, formed in 2017 as claims swirled that Russia had infiltrated the 2016 election to benefit Trump, includes officials from the Cybersecurity and Infrastructure Security Agency, the U.S. Election Assistance Commission, the National Association of Secretaries of State, the National Association of State Election Directors (NASED), the nonprofit Democracy Works and Electronic Registration Information Center and companies whose hardware and software are used in U.S. elections.

Trump, includes officials from the Cybersecurity and Infrastructure Security Agency, the U.S. Election Assistance Commission, the National Association of Secretaries of State, the National Association of State Election Directors (NASED), the nonprofit Democracy Works and Electronic Registration Information Center and companies whose hardware and software are used in U.S. elections.

Powell on Wednesday did point to a little-known opinion issued Oct. 11 by federal judge Amy Totenberg, whom she mistakenly referred to as Nina Totenberg—the name of the National Public Radio host. (The two women are sisters.) Judge Totenberg, who sits on the U.S. District Court for the Northern District of Georgia, cited a risk of "stealth vote alteration or operational interference" in touchscreen voting devices sold by Dominion Voting Systems if they are not properly audited.




**The Smarter News Quiz**

By Rachel McMahon, Quizmaster for Zenger News

Which of these countries celebrates the New Year earlier than the rest of the world?

Brendon Thorne/Getty Images

Australia | South Korea
Tonga | Christmas Island

0%



Those risks "are neither hypothetical nor remote under the current circumstances," Totenberg wrote, adding that the machines can "deprive voters of their cast votes" by storing data in unverified digital QR codes, making any potential manipulation invisible to voters "at least until any portions of the system implode because of system breach, breakdown, or crashes."

Powell says those exact kinds of crashes during vote-counting allowed Democratic election officials to begin "backfilling their vote [totals] with fraudulent ballots" while Dominion machines were disabled. "We can definitely show that the election system was sufficiently tampered with, with the aid of foreign influence, to flip any number of states," she says.



Donald J. Trump
@realDonaldTrump

VOTER FRAUD IS NOT A CONSPIRACY THEORY, IT IS A FACT!!!

⚠ This claim about election fraud is disputed

Powell did not provide any evidence that the potential fraud Judge Totenberg identified in October materialized as actual fraud in November.

⊘ This claim about election fraud is disputed

Powell did not provide any evidence that the potential fraud Judge Totenberg identified in October materialized as actual fraud in November.

Powell wants Trump to order federal authorities to secure voting machines from both Republican- and Democrat-heavy districts in swing states, conduct forensic audits, and find out whether any of them were connected to the Internet on Election Day. Such Internet connections might allow remote actors to tamper with vote totals in real time.

Ballots on such Internet-linked machines, she says, are "invalid."

As Americans prepared to mark Christmas Eve on Thursday, Trump tweeted from his Mar-a-Lago resort in Palm Beach Florida: "VOTER FRAUD IS NOT A CONSPIRACY THEORY, IT IS A FACT!!!"

(Edited by Richard Miniter and Claire Swift. Videography by Chris Winter.)



**The Smarter News Quiz**
By Rachel McMahon, Quizmaster for Zenger News

**Which of these countries celebrates the New Year earlier than the rest of the world?**


Brendon Thorne/Getty Images

Australia | South Korea
Tonga | Christmas Island

0%

## You May Like
*Sponsored Links by Taboola*


**Dark Spots On Your Face? Here's How To Clear Them Fast**
Gundry MD


**1 Odd Trick Restores Your Eyes To Perfect 20/20 Vision**
Complete Vision Formula


**Man Who Predicted 2020 Crash Says "Now Is The Time"**
The Legacy Report


**Surgeon Reveals How To Fill In Balding Eyebrows**
Beverly Hills MD


**Medicare Recipients Are In For A Big Surprise This January**
Finance Daily


**New Method Traces Ancestry Back Thousands of Years**
CRI Genetics Digest



« PREVIOUS POST
**VIDEO: Hidden Depths: Divers Discover 17th-Century Wooden Merchant Vessel**

NEXT POST »
**VIDEO: Woman Hugs Father's Remains 84 Years After His Spanish Civil War Execution**

As Americans prepared to mark Christmas Eve on Thursday, Trump tweeted from his Mar-a-Lago resort in Palm Beach Florida: "VOTER FRAUD IS NOT A CONSPIRACY THEORY, IT IS A FACT!!!"

*(Edited by Richard Miniter and Claire Swift. Videography by Chris Winter.)*

## You May Like

Sponsored Links by Taboola


**Dark Spots On Your Face? Here's How To Clear Them Fast**
Gundry MD


**1 Odd Trick Restores Your Eyes To Perfect 20/20 Vision**
Complete Vision Formula


**Man Who Predicted 2020 Crash Says "Now Is The Time"**
The Legacy Report


**Surgeon Reveals How To Fill In Balding Eyebrows**
Beverly Hills MD


**Medicare Recipients Are In For A Big Surprise This January**
Finance Daily

**New Method Traces Ancestry Back Thousands of Years**
CRI Genetics Digest




### The Smarter News Quiz
By Rachel McMahon, Quizmaster for Zenger News

**Which of these countries celebrates the New Year earlier than the rest of the world?**

Brendon Thorne/Getty Images

| Australia | South Korea |
| Tonga | Christmas Island |

0%

« PREVIOUS POST
VIDEO: Hidden Depths: Divers Discover 17th-Century Wooden Merchant Vessel

NEXT POST »
VIDEO: Woman Hugs Father's Remains 84 Years After His Spanish Civil War Execution




About Us    Register
Press    Contact Us
Ethics    FAQ
Corrections    Privacy Policy
Who was John Peter Zenger?    Terms & Conditions
    Trademarks

© Z News Service, Inc. 2020. All Rights Reserved.
2303 Ranch Road, 620 South, Suite 160-125,
Austin, Texas 78734