# Exhibit 81

2020 ELECTION EVIDENCE SUMMARY

2020 ELECTION EVIDENCE OF FOREIGN INTERFERENCE

# SIDNEY POWELL
AUTHOR OF THE BESTSELLER LICENSED TO LIE

About
Court Filings / Evidence
News    SCOTUS    Shop

 0

Search

# Evidence of Foreign Interference in the 2020 Election

## OUTLINE

## SUMMARY



## TIMELINE



View On Scribd    View On Scribd    View On Scribd

SCRIBD 1 of 2     SCRIBD 1 of 21     SCRIBD 1 of 2

Outline by Sidney Powell    Summary by Sidney Powell    Timeline by Sidney Powell

# Evidence of Foreign Interference in the 2020 Election

## OUTLINE



Outline by Sidney Powell

## SUMMARY

Summary by Sidney Powell

## TIMELINE

Timeline by Sidney Powell

# Fighting to expose the truth.

Privacy Policy | Terms & Conditions

Copyright © 2021 Sidney Powell

Contact

Invite To Speak

Support

Shipping & Returns