# Exhibit 83

<u>**TIMELINE**</u>
**Foreign Interference in the 2020 U.S. Election**

- **October 6, 2006** – Congressman Maloney Letter: On October 6, 2006, citing concerns about foreign influence and control over Dominion machines and Smartmatic/Sequoia software, Representative Carolyn B. Maloney sent a letter to the then-Secretary of the Treasury, Henry M. Paulson, Jr. "seeking review by the Committee on Foreign Investment in the United States of the acquisition of Sequoia Voting Systems by Smartmatic, a foreign-owned company."
    - December 6, 2019 Senators Elizabeth Warren, Ron Wyden, Amy Klobuchar, and Representative Mark Pocan sent a similar letter to Stephen D. Owens and Hootan Yaghoobzadeh of Staple Street Capital Group, LLC based on reports that Staple Street owns or has had investments in Dominion.

- **January, 2017** – DHS designated election infrastructure used in federal elections as "critical infrastructure."

- **September 12, 2018** – The President issued E.O. 13848, declaring a National Emergency, to address the threat of foreign interference in U.S. elections based on the ability of foreign actors to interfere in and undermine public confidence in elections.

    - The term "foreign interference," with respect to an election, includes any covert, fraudulent, deceptive, or unlawful actions or attempted actions of a foreign government, or of any person acting as an agent of or on behalf of a foreign government, undertaken with the purpose or effect of influencing, undermining confidence in, or altering the result or reported result of, the election, or undermining public confidence in election processes or institutions.

- **August 18, 2020** – Bipartisan Senate Intelligence Committee report warned of known vulnerabilities of major voting systems used throughout the country and the likelihood of fraud and hacking in the upcoming elections.

    - The Report describes penetration by Russian cyber actors, including the Illinois voter registration database in 2018.
    - The Committee identified evidence of common software, which is in voting machines used by over 90% of voters across the country.
    - The Committee heard testimony about the ability of operators to "reprogram the machine to invisibly cause any candidate to win."

- **October, 2020** – The FBI and CISA issued 2 Alerts about Iranian interference in the U.S. 2020 election.

1

- o The FBI and CISA "are aware of an Iranian advanced persistent threat (APT) actor targeting U.S. state websites – to include election websites. CISA and the FBI assess this actor is responsible for the mass dissemination of voter intimidation emails to U.S. citizens and the dissemination of U.S. election related disinformation in mid-October 2020."
- o FBI and CISA also observed:
    - Targeting of U.S. state election websites in an "intentional effort to influence and interfere with the 2020 U.S. presidential election";
    - Exploitation of multiple legacy vulnerabilities directed at federal, state, local, tribal and territorial government networks.
    - Activity resulting in unauthorized access to election support systems;

- **On and around November 3, 2020** – Experts and governments witnessed attacks on U.S. critical election infrastructure.
    - o Attacks were designed to undermine the integrity and reliability of American elections, and specifically to flip the election to Presidential candidate Joseph Biden.
    - o **Experts examined** the various companies, networks, structures, machines and related global infrastructure directly tied to the 2020 US Election **and found clear foreign interference**.
    - o December 2020 – Retired senior military officer stated, "This assessment contains clear and definitive evidence that foreign interference…occurred prior to, and during, the General Election."
    - o The Nevada Secretary of State sent personally identifiable information of voters to a tech firm based in Pakistan, with ties to Pakistan intelligence agency.
    - o Electronic information from US elections went to Germany, Barcelona, Serbia and Canada
    - o Dominion servers in Belgrade, Serbia; Toronto, Canada
    - o Scytl in Frankfurt, Germany; Barcelona, Spain; and Ireland

- **Affidavit of Venezuelan Whistleblower** – Former senior military officer and direct aide to Hugo Chavez gave a sworn statement that Dominion was designed to enable vote manipulation and used to keep Hugo Chavez in power.

- **On December 18, 2020** - Treasury Department issued sanctions on a Venezuelan company and individuals in relation to the Maduro regime's efforts to steal elections in Venezuela.

2