# Exhibit 84

screenshot-twitter.com-2021.01.06-14_11_22
https://twitter.com/SidneyPowell1/status/1345679327887843329?s=20
06.01.2021

