# Exhibit 85

# SIDNEY POWELL
### AUTHOR OF THE BESTSELLER LICENSED TO LIE

About
Court Filings / Evidence
News   SCOTUS   Shop

0

Search

# 2020 Election Evidence Summary

Summary Evidence Election 2020 by Sidney Powell on Scribd



Fighting to expose the truth.

Contact

