# Exhibit 86

https://www.sidneypowell.com/ Go
270 captures
15 Jul 2013 - 3 Jan 2021

NOV DEC JAN
20
2019 2020 2021

About this capture

### SCOTUS FILINGS HERE:
ARIZONA   GEORGIA   MICHIGAN   WISCONSIN



About   SCOTUS   News
Shop

0

Search



#5 National Best Seller
WSJ Nonfiction eBook
Best Seller in Professional
Law Ethics, US Judicial
White Collar Crime

## DONATE TO DEFEND THE REPUBLIC!!

Defending the Republic was established by Sidney Powell to defend and protect the integrity of elections in the United States.

**DONATE HERE**



# Defending The Republic Election Integrity Fund

**DONATE NOW**





Document title: Sidney Powell | Author of the Bestseller Licensed to Lie
Capture URL: https://web.archive.org/web/20201220235533/https://www.sidneypowell.com/
Capture timestamp (UTC): Mon, 04 Jan 2021 14:33:39 GMT
Page 2 of 7





Exclusive: Sidney Powell on 2020 Election Lawsuits, Supreme Court Decision & Gen. Michael Flynn Case
Dec 14, 2020



EVIDENCE OF FRAUD: Sidney Powell and Lou Dobbs discuss...
Dec 11, 2020



Sidney Powell and Greg Kelly with NEWSMAX discuss President Trump's Latest Legal Battles
Dec 7, 2020







Document title: Sidney Powell | Author of the Bestseller Licensed to Lie
Capture URL: https://web.archive.org/web/20201220235533/https://www.sidneypowell.com/
Capture timestamp (UTC): Mon, 04 Jan 2021 14:33:39 GMT    Page 3 of 7

https://www.sidneypowell.com/  Go  NOV DEC JAN
270 captures
15 Jul 2013 - 3 Jan 2021    2019 2020 2021   About this capture



**Nancy Pelosi's Chief of Staff Is Chief Executive and Feinstein's Husband a Shareholder at Dominion**
Nov 8, 2020



**Farage Urges Trump to 'Keep Up the Fight', Highlights Fraud in UK Postal Voting**
Nov 7, 2020



**Sidney Powell: Trump has to fight for election integrity**
Nov 6, 2020



**Sidney Powell, Tom Fitton & Lou Dobbs discuss #Hammer & #Scorecard**
Nov 6, 2020



Sidney Powell endorses Doug Collins in Georgia Senate race

## DONATE TO DEFEND THE REPUBLIC!!

Defending the Republic was established by Sidney Powell to defend and protect the integrity of elections in the United States.

**DONATE HERE**

## What People Are Saying

"It would be malpractice to litigate against the Department of Justice without reading this book."

"That our government is corrupt is the only conclusion. This book helps the people understand the nature of this

Document title: Sidney Powell | Author of the Bestseller Licensed to Lie
Capture URL: https://web.archive.org/web/20201220235533/https://www.sidneypowell.com/
Capture timestamp (UTC): Mon, 04 Jan 2021 14:33:39 GMT                                Page 4 of 7

https://www.sidneypowell.com/
270 captures
15 Jul 2013 - 3 Jan 2021

"It would be malpractice to litigate against the Department of Justice without reading this book."

— — Brendan Sullivan Jr. | Williams & Connolly LLP

"This book reads like a cross between investigative journalism and courtroom drama."

— — Jane Davis | Former lead prosecutor, District Courts, Bexar County, Texas

"This book shoul[d] of a serious con[...] our criminal jus[tice...] live up to its vau[...] citizens of a free[...] important stake[...] does."

— Alex Kozinski[...]

"That our government is corrupt is the only conclusion. This book helps the people understand the nature of this corruption—and how it is possible for federal prosecutors to indict and convict the innocent rather than the guilty. Every business person– and anyone– who values freedom should read and heed the warnings of this compelling work."

— [...]andeo | CEO & Author

[...]ding this fast-[...]t to stand up [...]age in daring [...]est recesses of [...]he only ax [...]
or of The Yellow House

## DONATE TO DEFEND THE REPUBLIC!!

Defending the Republic was established by Sidney Powell to defend and protect the integrity of elections in the United States.

**DONATE HERE**

# Shop

*Due to increasing demand, new book orders are on backorder until January 1, 2021*













**LICENSED TO LIE: Exposing Corruption in the Department of Justice (Second Edition)**
$40.00

**LICENSED TO LIE: Exposing Corruption in the Department of Justice (Autographed Second Edition)**
$60.00

**LICENSED TO LIE: Exposing Corruption in the Department of Justice (Autographed Second Edition w/ Personal Message)**
$100.00

**LICENSED TO LIE: Exposing Corruption in the Department of Justice (Second Edition Paperback)**
$20.00

**"Creeps On A Mission" T-Shirt**
from $25.00

# Endorsements

General Michael … Harassment!
33 year war hero … com/2Cz5ckERcs
served with disti…
not retained a go… . Trump
he has retained … aldTrump)
LAWYER, Sidney P… 019
Wishes and Good…
them both!

— Donald J. Trum…
(@realDonaldTru…
13, 2019

— Ken Jones⭐⭐⭐
(@sxdoc) March 11, 2020

## DONATE TO DEFEND THE REPUBLIC!!

Defending the Republic was established by Sidney Powell to defend and protect the integrity of elections in the United States.

**DONATE HERE**

# Fighting to expose the truth.

Privacy Policy | Terms & Conditions

Contact

Invite To Speak

Support

Exposing Corruption in the Department of Justice (Second Edition)
$40.00

Exposing Corruption in the Department of Justice (Autographed Second Edition)
$60.00

Exposing Corruption in the Department of Justice (Autographed Second Edition w/ Personal Message)
$100.00

Exposing Corruption in the Department of Justice (Second Edition Paperback)
$20.00

T-Shirt
from $25.00

# Endorsements

General Michael Flynn, the 33 year war hero who has served with distin... not retained a go... he has retained a... LAWYER, Sidney P... Wishes and Good... them both!

— Donald J. Trum... (@realDonaldTru... 13, 2019

.@SidneyPowell1:Speech Hillsdale College: How to Fix

Presidential Harassment! pic.twitter.com/2Cz5ckERcs

— ... Trump (@realDonaldTrump) ...019

× 

## DONATE TO DEFEND THE REPUBLIC!!

***Defending the Republic was established by Sidney Powell to defend and protect the integrity of elections in the United States.***

DONATE HERE

## Fighting to expose the truth.

Privacy Policy | Terms & Conditions

Copyright © 2020 Sidney Powell

Contact

Invite To Speak

Support

Shipping & Returns





