# Exhibit 87

https://www.sidneypowell.com/ Go NOV DEC JAN
270 captures 2019 2020 2021
15 Jul 2013 - 03 Jan 2021
About this capture

**BREAKING NEWS — MASSIVE PROTECTION!!**

**SCOTUS FILINGS HERE:**

ARIZONA   GEORGIA   MICHIGAN   WISCONSIN

# SIDNEY POWELL
## AUTHOR OF THE BESTSELLER LICENSED TO LIE

About   SCOTUS   News   Shop   0   Search



*#5 National Best Seller*

*#1 Best Seller* WSJ Nonfiction eBook

*#1 Amazon Best Seller* in Professional Responsibility & Law Ethics, US Judicial Branch, and White Collar Crime

Federal Appeals

Creeps On A Mission

Licensed To Lie



## Defending The Republic Election Integrity Fund

DONATE NOW



## In The Media



Exclusive: Sidney Powell on 2020 Election Lawsuits, Supreme Court Decision & Gen. Michael Flynn Case
Dec 14, 2020



EVIDENCE OF FRAUD: Sidney Powell and Lou Dobbs discuss...
Dec 11, 2020



Sidney Powell and Greg Kelly with NEWSMAX discuss President Trump's Latest Legal Battles
Dec 7, 2020





https://www.sidneypowell.com/ | Go | NOV **DEC** JAN
270 captures | 2019 **2020** 2021
15 Jul 2013 - 03 Jan 2021 | About this capture



**Farage Urges Trump to 'Keep Up the Fight', Highlights Fraud in UK Postal Voting**
Nov 7, 2020



**Sidney Powell: Trump has to fight for election integrity**
Nov 6, 2020

**Nancy Pelosi's Chief of Staff Is Chief Executive and Feinstein's Husband a Shareholder at Dominion**
Nov 8, 2020



**Sidney Powell, Tom Fitton, Lou Dobbs discuss #Hammer & #Scorecard**
Nov 6, 2020



**Sidney Powell: Dems Will Use 'Lawfare' To Alter Election**
Nov 5, 2020



**Michael Flynn endorses Doug Collins in Georgia Senate race**
Oct 20, 2020

**View More**

# What People Are Saying

"It would be malpractice to litigate against the Department of Justice without reading this book."
— Brendan Sullivan Jr. | Williams & Connolly LLP

"That our government is corrupt is the only conclusion. This book helps the people understand the nature of this corruption—and how it is possible for

against the Department of Justice without reading this book."

— — Brendan Sullivan Jr. | Williams & Connolly LLP

"This book reads like a cross between investigative journalism and courtroom drama."

— — Jane Davis | Former lead prosecutor, District Courts, Bexar County, Texas

"This book should serve as the beginning of a serious conversation about whether our criminal justice system continues to live up to its vaunted reputation. As citizens of a free society, we all have an important stake in making sure that it does."

—Alex Kozinski | Chief Judge, United States Court of Appeals for the Ninth Circuit

only conclusion. This book helps the people understand the nature of this corruption—and how it is possible for federal prosecutors to indict and convict the innocent rather than the guilty. Every business person– and anyone– who values freedom should read and heed the warnings of this compelling work."

— Victor Sperandeo | CEO & Author

"When you've finished reading this fast-paced thriller, you will want to stand up and applaud Powell's courage in daring to shine light into the darkest recesses of America's justice system. The only ax Powell grinds here is Truth."

— Patricia Falvey | Author of The Yellow House

# Shop

*Due to increasing demand, new book orders are on backorder until January 1, 2021*


LICENSED TO LIE:


LICENSED TO LIE:


LICENSED TO LIE:


LICENSED TO LIE:


"Creeps On A Mission"

https://www.sidneypowell.com/ [Go] NOV DEC JAN
270 captures
15 Jul 2013 - 03 Jan 2021    2019 **23** 2021
                                 2020
About this capture






**LICENSED TO LIE: Exposing Corruption in the Department of Justice (Second Edition)**
$40.00

**LICENSED TO LIE: Exposing Corruption in the Department of Justice (Autographed Second Edition)**
$60.00

**LICENSED TO LIE: Exposing Corruption in the Department of Justice (Autographed Second Edition w/ Personal Message)**
$100.00

**LICENSED TO LIE: Exposing Corruption in the Department of Justice (Second Edition Paperback)**
$20.00

**"Creeps On A Mission" T-Shirt**
from $25.00



# Endorsements

General Michael Flynn, the 33 year war hero who has served with distinction, has not retained a good lawyer, he has retained a GREAT LAWYER, Sidney Powell. Best Wishes and Good Luck to them both!

— Donald J. Trump (@realDonaldTrump) June 13, 2019



.@SidneyPowell1:Speech Hillsdale College: How to Fix Justice! Discusses @GenFlynn case as well as Enron case. 5% of prison population probably not guilty, another 5% had inadequate counsel. Withholding Brady Material needs severe sanctions!https://t.co/6Yxen5x990

— Ken Jones⭐⭐⭐ (@sxdoc) March 11, 2020

Presidential Harassment! pic.twitter.com/2Cz5ckERcs

— Donald J. Trump (@realDonaldTrump) March 5, 2019

# Fighting to expose the truth.

Privacy Policy | Terms & Conditions

Contact

Invite To Speak

Support

Shipping &

Exposing Corruption in the Department of Justice (Second Edition)
$40.00

Exposing Corruption in the Department of Justice (Autographed Second Edition)
$60.00

Exposing Corruption in the Department of Justice (Autographed Second Edition w/ Personal Message)
$100.00

Exposing Corruption in the Department of Justice (Second Edition Paperback)
$20.00

T-Shirt
from $25.00

# Endorsements

General Michael Flynn, the 33 year war hero who has served with distinction, has not retained a good lawyer, he has retained a GREAT LAWYER, Sidney Powell. Best Wishes and Good Luck to them both!

— Donald J. Trump (@realDonaldTrump) June 13, 2019



.@SidneyPowell1:Speech Hillsdale College: How to Fix Justice! Discusses @GenFlynn case as well as Enron case. 5% of prison population probably not guilty, another 5% had inadequate counsel. Withholding Brady Material needs severe sanctions!https://t.co/6Yxen5x990

— Ken Jones⭐⭐⭐ (@sxdoc) March 11, 2020

Presidential Harassment! pic.twitter.com/2Cz5ckERcs

— Donald J. Trump (@realDonaldTrump) March 5, 2019

## Fighting to expose the truth.

Privacy Policy | Terms & Conditions

Copyright © 2020 Sidney Powell

Contact

Invite To Speak

Support

Shipping & Returns

