# Exhibit 88

https://defendingtherepublic.org/
233 captures
26 May 2013 - 4 Jan 2021
Go
NOV DEC JAN
2013 2020 2021
About this capture





# Sidney Powell.

Since the 2020 election, Sidney Powell has put together a small and dedicated team of Patriots to uncover and begin litigating the massive election fraud the country just experienced especially but not exclusively through the Dominion voting machines.

Defending the Republic was created to help fund this enormously important litigation and to pursue any other litigation that might be needed to keep this extraordinary Republic and "secure the blessings of liberty for ourselves and our posterity."



needed to keep this extraordinary Republic and "secure the blessings of liberty for ourselves and our posterity."

To contact Sidney Powell directly, please visit her website: https://www.sidneypowell.com

Millions of dollars must be raised to defend the Republic as these lawsuits continue to be filed to ensure victory.

In Bush v. Gore the Supreme Court recognized that once vested in the people, the right to vote is fundamental, and one source of its fundamental nature lies in the equal weight of each vote.

This fundamental right to equal weight was not defended or actualized in this election. There is evidence of ballots being discarded, hundreds of thousands of ballots appearing out of thin air, ballot harvesting, and a lower standard of verification for some mail-in ballots. This is voter fraud and has infringed upon Americans sacred right to vote and for their votes to carry equal weight.

The case will seek to block the certification of the election results so that justice can be done. We need to stop the steal in its tracks.

The future of our Republic is at stake. The left, the media, and a complicit Republican Establishment are attempting to steal this election through a staggering voter fraud operation. The time to fight is now!

## THE KRAKEN IS RELEASED

Contribute to Defend the Republic



Since Defending the Republic was established by Sidney Powell to defend and to protect the integrity of elections in the United States. Please contribute below, using our secure system. Your donation will support our mission and the welfare of the American Republic.

Please make any/all checks payable to: **Defending the Republic LLC**

**Sidney Powell, P.C.**
10130 Northlake Blvd, #214342
West Palm Beach, Florida 33412

*Memo: Defending The Republic Election Integrity*

**Phone**

**Email** *

**Contribution Amount**

☐ $25   ☐ $50   ☐ $100   ☐ $500   ☐ $1000   ☐ $2500
☐ Other

Submit

---

**Sidney Powell's Defending the Republic:**

The Legal Defense Fund is a 501c4.
Contributions are **not** tax deductible.

*Due to high traffic, the site may be temporarily unavailable. Please keep trying*

**Mailing Address:**
10130 Northlake Blvd.
#214342
West Palm Beach, Florida 33412

**Website:**
https://www.sidneypowell.com

**Stay in Touch**

**Name:**

**Email:**

SUBMIT

© Copyright 2019 - 2020 | Defending the Republic | All Rights Reserved

---

Document title: DEFENDING THE REPUBLIC – Sidney Powell
Capture URL: https://web.archive.org/web/20201230001629/https://defendingtherepublic.org/
Capture timestamp (UTC): Mon, 04 Jan 2021 14:26:00 GMT
Page 4 of 4