# Exhibit 89



| CASES AS LEAD COUNSEL | PUBLISHED OPINIONS | SUCCESSFUL AFFIRMANCE RATE | SUCCESSFUL CASE REVERSAL RATE |
|---|---|---|---|

## Areas of Practice

   

**White Collar Criminal Defense**

Financially motivated, nonviolent crime committed by business and government professionals. Typical white-collar crimes could include fraud, bribery, Ponzi schemes, insider trading, labor racketeering, embezzlement, cybercrime, copyright infringement, money laundering, identity theft, and forgery.

**Commercial Litigation**

Commercial litigation encompasses disputes and litigation which go to the core of a company's business strategy and business implementation.

**Patent, Trademark, Copyright, and Intellectual Property**

A wide body of federal and state laws protects creative property such as writing, music, drawings, paintings, photography, and films.

**National Defense Contract and Technology**

Given today's globalized access to knowledge and the rapid pace of technology development, innovation, speed, and agility have taken on a greater importance.

## Sidney Powell P.C.

**Sidney Powell practices the art of appellate advocacy.**

More and more, experienced trial and corporate counsel recognize the difference in skills needed to successfully represent clients on appeal and the advantage that an experienced federal appellate lawyer adds to the trial team. Whether the client seeks to affirm a large existing verdict or reverse an adverse result, retaining Sidney Powell P.C. will maximize chances of success.

Sidney Powell's appellate experience is unparalleled. She has been lead counsel in more than 500 federal appeals resulting in more than 180 published opinions. Careful parsing of the record, thorough research, and persuasive legal writing are the hallmarks of the briefs filed by Sidney Powell, P.C.

The firm accepts only a few selected cases each year and gives each the personal time and attention it deserves. We craft our briefs to present each client's case in the most persuasive, well-documented, and professional format possible. Our clients include lawyers, judges, prominent individuals, cities, counties, and international corporations.

**LEARN MORE**

The firm accepts only a few selected cases each year and gives each the personal time and attention it deserves. We craft our briefs to present each client's case in the most persuasive, well-documented, and professional format possible. Our clients include lawyers, judges, prominent individuals, cities, counties, and international corporations.

LEARN MORE

## Significant Reversals

Although statistically the Fifth Circuit reverses only **approximately 15%** of its cases, Sidney Powell has succeeded in reversing **more than 70%** of the cases in which she has represented the appellant and sought reversal. Some of our most significant reversals for our clients include:

### 2018

**IAS SERVICES GROUP LLC V. JIM BUCKLEY & ASSOCIATES INC. ET AL. (5TH CIR. 2018)**

Reversing multi-million dollar judgment in its entirety and obtaining reinstatement of a wrongly dismissed fraud claim.

### 2015

**TRANSVERSE, L.L.C. V. IOWA WIRELESS SERVICES, L.L.C., 617 F. APP'X 272 (5TH CIR. 2015)**

Reversed and vacated $13 million damages award.

### 2014

**WILLIAMS-BOLDWARE V. DENTON CO., TEX., 741 F.3D 635 (5TH CIR. 2014)**

Reversing a Title VII racially hostile workplace environment claim against the County which had acted promptly and positively to solve any problem. The title VII judgement and award was reversed and rendered for the client.

### 2008

**KADLEC MEDICAL CENTER V. LAKEVIEW ANESTHESIA ASSOCIATES, 527 F.3D 412 (5TH CIR. 2008)**

Reversing $8 million judgment against a hospital.

### 2006

**US V. BROWN (5TH CIR. 2006)**

We obtained the reversal of the conspiracy and fraud convictions

### 2003

**AMERICAN REALTY TRUST V. MATISSE PARTNERS, NO. 03-10462, (5TH CIR. 2003).**

We obtained the reversal of a district court's dismissal of a complex case involving issues of pre-emption, removal and remand, artful pleading and federal jurisdiction.

### 2000

**WASTE CONTROL SERVICES, INC: 199 F.3D 781 (5TH CIR. 2000)**

We obtained the reversal of a multi-million dollar judgment that had been wrongly entered by the district court against American Realty Trust in a case involving breach of contract and fiduciary duties arising out of a consulting contract between this national real estate investment company and its consultants, Matisse Partners. The Fifth Circuit reinstated the jury's findings that Matisse Partners had breached its contract with American Realty and had breached its fiduciary duties to the company.

**MUSSER DAVIS LAND COMPANIES: 201 F.3D 561, 145 OIL & GAS REP. 282 (5TH CIR. 2000)**

Sidney Powell was lead counsel for Union Pacific Resources and succeeded in obtaining a reversal of the district court's decision which had adversely affected the ability of oil companies to perform seismic testing in Louisiana.

### 1998

**AT&T: 154 F.3D 226 (5TH CIR 1998)**

Sidney Powell was co-counsel on the AT&T team which

## 2006

**US V. BROWN (5TH CIR. 2006)**

We obtained the reversal of the conspiracy and fraud convictions of Merrill Lynch executives.

**HODGES V. MACK TRUCKS**

Reversing $8 million judgment against Mack Trucks in a product liability action.

## 1998

**AT&T: 154 F.3D 226 (5TH CIR 1998)**

Sidney Powell was co-counsel on the AT&T team which succeeded in obtaining a reversal of the district court's declaration that a section of the Federal Telecommunications Act was unconstitutional.

# Clients






Hospital Corporation of America

Arthur Anderson

Denton County, Texas

Iowa Wireless Services, LLC

TriMax Media

# Testimonials

"A brilliant lawyer; a fearless advocate who puts her heart in her work. She immediately identified the winning issues and fought tirelessly on my behalf."

— JIM BROWN

"She has a passion for her work. Probably the leading 5th Circuit practitioner in Texas. She has a passion for her work."

— TEXAS LAWYER'S GO-TO GUIDE

her work. She immediately identified the winning issues and fought tirelessly on my behalf."

— JIM BROWN

practitioner in Texas. She has a passion for her work."

— TEXAS LAWYER'S GO-TO GUIDE

" I hired Sidney Powell on two cases while I was practicing law. Both were appeals to the 5th Circuit and she won them both. She is a great writer and her appearance in the court room is even more dramatic. I give her my highest recommendation."

— KENT R. HANCE, CHANCELLOR TEXAS TECH UNIVERSITY SYSTEM

"It would be malpractice to litigate against the Department of Justice without reading this book."

— BRENDAN V. SULLIVAN, JR. WILLIAMS & CONNOLLY (IN REFERENCE TO LICENSED TO LIE)

## Meet The Team





**SIDNEY POWELL**

President

Sidney Powell established her own firm dedicated to federal appellate practice in January

**MOLLY MCCANN**

Counsel

Molly McCann is Of Counsel with Sidney Powell, P.C. She is a graduate of George

Document title: Federal Appeals
Capture URL: https://www.federalappeals.com/
Capture timestamp (UTC): Mon, 04 Jan 2021 15:00:45 GMT

Page 5 of 7

## SIDNEY POWELL

**President**

Sidney Powell established her own firm dedicated to federal appellate practice in January 1993. She has served as lead counsel in more than 500 appeals in the Fifth Circuit, which have resulted in more than 180 published opinions.

READ FULL BIO →

## MOLLY MCCANN

**Counsel**

Molly McCann is Of Counsel with Sidney Powell, P.C. She is a graduate of George Mason University's Scalia Law School in Arlington, Virginia.

READ FULL BIO →



# Get The Books

### Conviction Machine

Prosecutors can "indict a ham sandwich," we hear, and laugh at the absurdity. Yet the joke captures a truth: federal prosecutors wield enormous power over us all. And the federal criminal justice system is so stacked in favor of the government that shocking numbers of innocent people have been sent to prison. Get the book now.





### Licensed To Lie

...is the inside story of the most high-profile prosecutions of the last decade, and it's a 5-star great mystery read on Amazon. This book provides a frightening perspective on justice and who should be accountable when evidence is withheld and prosecutors break the law. Get the book now.

GET IN CONTACT

home | about | services | media | resources | contact

Practicing primarily in the United States Court of Appeals, Sidney Powell, P.C.

READ FULL BIO →

READ FULL BIO →

## Get The Books

### Conviction Machine

Prosecutors can "indict a ham sandwich," we hear, and laugh at the absurdity. Yet the joke captures a truth: federal prosecutors wield enormous power over us all. And the federal criminal justice system is so stacked in favor of the government that shocking numbers of innocent people have been sent to prison. Get the book now.





### Licensed To Lie

...is the inside story of the most high-profile prosecutions of the last decade, and it's a 5-star great mystery read on Amazon. This book provides a frightening perspective on justice and who should be accountable when evidence is withheld and prosecutors break the law. Get the book now.

**GET IN CONTACT**

home | about | services | media | resources | contact

214.707.1775
2911 Turtle Creek Blvd. #300 Dallas, TX 75219-4480

Practicing primarily in the United States Court of Appeals, Sidney Powell, P.C. represents clients in a wide variety of civil and criminal litigation in our federal courts...

Read More →

The information you obtain at this site is not, nor is it intended to be, legal advice. Please see our Disclaimer / Use of Materials.
Copyright © 2021 Sidney Powell P.C.