# Exhibit 90

Case 1:21-cv-00040-CJN Document 1-89 Filed 01/08/21 Page 2 of 9
20201109 Sunday Morning futures with Maria Bartiromo
November 08, 2020

```
 1
 2
 3
 4
 5
 6                         File:
 7    20201109 Sunday Morning Futures with Maria Bartiromo
 8             Sidney Powell ELECTION FRAUD
 9
10             Full Show November 8, 2020
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Case 1:21-cv-00040-CJN   Document 1-89   Filed 01/08/21   Page 3 of 9
20201109 Sunday Morning futures with Maria Bartiromo
November 08, 2020                                              2

```
 1         MARIA BARTIROMO:  -- legal team, as you've
 2   been hearing this morning, are preparing for all
 3   out war.
 4         Beginning with a slew of new lawsuits this
 5   week, beginning with one in Pennsylvania tomorrow,
 6   along with what our next guest says is evidence of
 7   voter fraud.
 8         Sidney Powell is General Michael Flynn's
 9   attorney; she is fighting on the front lines of
10   this battle, as part of the President's legal
11   team.
12         Sidney, good morning to you.  Thank you for
13   being here.  Can you walk us --
14         SIDNEY POWELL:  Good --
15         MARIA BARTIROMO: -- through what has taken
16   place --
17         SIDNEY POWELL:  Good morning, Maria.
18         MARIA BARTIROMO:  -- here as you see it.
19         SIDNEY POWELL:  Yes.  There has been a
20   massive and coordinated effort to steal this
21   election from We the People of the United States
22   of America, to delegitimize and destroy votes for
23   Donald Trump, to manufacture votes for Joe Biden.
24   They have done it every way imaginable, from
25   having dead people vote in massive numbers to
```

Case 1:21-cv-00040-CJN   Document 1-89   Filed 01/08/21   Page 4 of 9
20201109 Sunday Morning futures with Maria Bartiromo
November 08, 2020                                             3

1   absolutely fraudulently comp- -- creating ballots
2   that exist only voting for Biden.
3           We've identified at least 450,000 ballots
4   in the key states that miraculously only have a
5   mark for Joe Biden on them, and no other
6   candidate.
7           If you look at Florida, where things were
8   done right, you can see that that's how the rest
9   of the country should have gone; but they also
10  used an algorithm to calculate the votes they
11  would need to flip, and they used the computers to
12  flip those votes from Biden to -- I mean, from
13  Trump to Biden, and from other republican
14  candidates to their competitors also.
15          I think Doug Collins had the race stolen
16  from him.  I think John James had his race stolen
17  from him.  It wasn't just President Trump; there
18  were many people affected by this.
19          We have got to fight tooth and nail in
20  Federal Court to expose this abject fraud and the
21  conspiracy behind it, and get a recount and audits
22  in every place it's needed; which is, frankly,
23  most of the country.
24          MARIA BARTIROMO:  So there are recounts
25  going on right now; we know that in Georgia.  You

Case 1:21-cv-00040-CJN Document 1-89 Filed 01/08/21 Page 5 of 9
20201109 Sunday Morning futures with Maria Bartiromo
November 08, 2020                                    4

1  have a list of numbers of ballots with only Joe
2  Biden on the ticket.  You saw it's 98,000 ballots
3  in Pennsylvania, 80 to 90,000 in Georgia; another
4  42,000 in Arizona.  69 to 115,000 in Michigan, and
5  62,000 in Wisconsin.
6        Sidney, if this is true, this appears
7  systemic, where is the Department of Justice?
8  Where is the AG, Bill Barr?  If this is so
9  obvious, then why aren't we seeing massive
10 government investigations?
11       SIDNEY POWELL:  I don't know.  We
12 definitely should be.  I mean, we're getting
13 reports of all kinds of fraud.  We've got a --
14 getting a affidavit from a postal worker now who
15 talks about having been ordered to backdate
16 ballots.  No ballots received after the polls
17 closed on voting day should even be counted.
18 We've got multiple states that didn't even follow
19 the rules of their own legislature.  That's a
20 federal constitutional issue.
21       There are at least three major federal
22 issues here that will require the Supreme Court to
23 revolve these -- this case.
24       And when the --
25       MARIA BARTIROMO:  Okay.

Case 1:21-cv-00040-CJN   Document 1-89   Filed 01/08/21   Page 6 of 9
20201109 Sunday Morning futures with Maria Bartiromo
November 08, 2020                                          5

1        SIDNEY POWELL:  -- the votes are really
2   audited, and the real votes are counted, Trump
3   will win.  He is the president, and he is in
4   charge of this country.
5        MARIA BARTIROMO:  Sidney, I want to ask you
6   about these algorithms and the Dominion software.
7   I understand Nancy Pelosi has an interest in this
8   company.
9        Let's take a break; we'll come back with
10  that.
11       I'm talking with Sidney Powell this morning
12  on her legal strategy.  Stay with us.
13       Welcome back.  I'm back with Sidney Powell,
14  who is part of President Trump's legal team in
15  contesting this election.
16       Sidney, we talked about the Dominion
17  software.  I know that there were voting
18  irregularities.  Tell me about that.
19       SIDNEY POWELL:  That's putting it mildly.
20  The computer glitches could not and should not
21  have happened in -- at -- at all.
22       Those -- that is where the fraud took place
23  where they were flipping votes in the computer
24  system, or adding votes that did not exist.
25       We need an audit of all the computer

Case 1:21-cv-00040-CJN   Document 1-89   Filed 01/08/21   Page 7 of 9
20201109 Sunday Morning futures with Maria Bartiromo
November 08, 2020                                               6

1  systems that were -- played any role in this fraud
2  whatsoever.
3         And, you know, Joe Biden had it right; he
4  said that he had the biggest voter fraud
5  organization ever, and he didn't need people's
6  votes now, he would need people later.
7         They had this all planned, Maria.  They had
8  the algorithms.  They had the paper ballots
9  waiting to be inserted if and when needed.
10        And notably, President Trump's vote in the
11 blue states went up enormously.  That's when they
12 had to stop the vote count and go in and replace
13 votes for Biden and takeaway Trump votes.
14        MARIA BARTIROMO:  I never seen voting
15 machines stop in the middle of an election.
16 Stopped, downed and assessed the situation.
17        I also see reports that Nancy Pelosi's
18 longtime chief of staff is a key executive at that
19 company; Richard Blum, Senator Feinstein's
20 husband, a significant shareholder of the company.
21        What can you tell us about the interest on
22 the other side of this Dominion software?
23        SIDNEY POWELL:  Well, obviously, they have
24 invested in it for their own reasons, and are
25 using it to commit this fraud to steal votes.

Case 1:21-cv-00040-CJN   Document 1-89   Filed 01/08/21   Page 8 of 9
20201109 Sunday Morning futures with Maria Bartiromo
November 08, 2020                                                7

```
 1         I think they've even stolen them from other
 2   democrats in their own party who should be
 3   outraged about this also.
 4         Bernie Sanders --
 5         MARIA BARTIROMO:  Wow.
 6         SIDNEY POWELL:  -- might very well have been
 7   the democratic candidate, but they've stolen
 8   against whoever they wanted to steal it from.
 9         MARIA BARTIROMO:  Sidney, these are
10   incredible charges that you are making this
11   morning.  We, of course, will be following this.
12   And we thank you for joining me today.  Please
13   come back soon.
14         Sidney Powell.  That will do it for
15   Sunday --
16         (End of the recording.)
17
18
19
20
21
22
23
24
25
```

U.S. LEGAL SUPPORT
866-339-2608

Case 1:21-cv-00040-CJN Document 1-89 Filed 01/08/21 Page 9 of 9
20201109 Sunday Morning futures with Maria Bartiromo
November 08, 2020                                     8

C E R T I F I C A T E

I, JACKIE MENTECKY, do hereby certify that I was authorized to transcribe the foregoing recorded proceeding, and that the transcript is a true and accurate transcription of my shorthand notes to the best of my ability taken while listening to the provided recording.

Dated this 28th day of December, 2020.

_____

JACKIE MENTECKY