# Exhibit 91

screenshot-twitter.com-2021.01.06-14_12_32
https://twitter.com/SidneyPowell1/status/1325820207768633345?s=20
06.01.2021

