# Exhibit 92

screenshot-twitter.com-2021.01.06-14_13_15
https://twitter.com/SidneyPowell1/status/1326622101772570624?s=20
06.01.2021

