# Exhibit 93

1
2
3
4
5                          FILE NAME:
6        Sidney Powell With Lou Dobbs Release The Kraken
7                          (8:29 min)
8
9
10
11
12         TRANSCRIPT OF VIDEO-RECORDED INTERVIEW
13                      SIDNEY POWELL
14                       LOU DOBBS
15
16
17
18
19
20
21
22
23
24  Transcribed By:
    TERRI NESTORE
25  CSR No. 5614, RPR, CRR

```
 1            LOU DOBBS:  Breaking news now.  Dominion Voting
 2   Systems say they categorically deny any and all of
 3   President Trump's claims that their voting machines caused
 4   any voter fraud in key swing states or electoral fraud,
 5   but reports contradict that claim.
 6            In 2016 a senior executive at Dominion told the
 7   Illinois State Board of Elections that it is possible to
 8   bypass their election system software.
 9            Here's what the vice president of engineering at
10   Dominion at that time, Eric Coomer, told the Board during
11   a meeting in good old Cook County.
12            ERIC COOMER:  No, we are not allowed to do
13   routine updates without having to go through a
14   recertification effort, but we do routinely give guidance
15   on how to best secure systems, and also going back again
16   to the final mitigation against all of this is a robust
17   auditing and canvassing process, which all of our
18   jurisdictions have employed.
19            LOU DOBBS:  Coomer said no updates can be done
20   without recertification, as you heard.  Mr. Coomer's
21   assurances of a secure system, however, are contradicted
22   by the fact that various vendors, election officials and
23   others reportedly can access the voting machine code
24   without an update being required, and we know that there
25   were updates on those machines the day before the
```

1  election.
2          Well, joining us tonight is Sidney Powell, a
3  member of President Trump's legal team, General Flynn's
4  defense attorney, a great American and prominent appellate
5  lawyer.  Great to have you with us, Sidney.
6          SIDNEY POWELL:  Thank you, Lou.
7          LOU DOBBS:  Let's start with Dominion, a straight
8  out disavowal of any claim of fraud against the company,
9  its software or machines.  Your reaction.
10         SIDNEY POWELL:  Well, I can hardly wait to put
11 forth all the evidence we have collected on Dominion,
12 starting with the fact it was created to produce altered
13 voting results in Venezuela for Hugo Chavez and then
14 shipped internationally to manipulate votes for purchase
15 in other countries, including this one.
16         It was funded by money from Venezuela and Cuba,
17 and China has a role in it also.  So if you want to talk
18 about foreign election interference, we certainly have it
19 now.  We have staggering statistical evidence, we have
20 staggering testimony from witnesses, including one who was
21 personally in briefings when all of this was discussed and
22 planned, beginning with Hugo Chavez and how it was
23 designed there and then saw it happening in this country.
24         As soon as the states shut down on election night
25 and stopped counting, those are the states where the most

```
 1  egregious problems occurred.
 2            We also need to look at and we're beginning to
 3  collect evidence on the financial interests of some of the
 4  governors and Secretaries of State who actually bought
 5  into the Dominion Systems, surprisingly enough -- hunter
 6  Biden type graft to line their own pockets by a getting
 7  voting machine in that would either make sure their
 8  election was successful or they got money for their family
 9  from it.
10            LOU DOBBS:  Well, that's straightforward.  It may
11  take -- you're going to have to be quick to go through and
12  to produce that investigation and the results of it.
13            The December -- the December deadlines are
14  approaching for electors and just as we saw in 2000 with
15  Bush v. Gore.  How critical are those deadlines and how
16  urgent does that make your investigation and discovery?
17            SIDNEY POWELL:  Well, for fraud this serious, I
18  think even if the states are stupid enough to go ahead and
19  certify the votes where we know the machines were
20  operating and producing altered election results, if
21  they're stupid enough to do that, then they will be set
22  aside by the fraud also.  I mean, we are talking about
23  hundreds of thousands of votes.
24            President Trump won this election in a landslide.
25  It's going to be irrefutable, and we are -- patriots are
```

1  coming forward all -- every day, all day, faster than we
2  can collect their information, with testimony they're
3  willing to give under oath about how their votes were
4  stolen and how the machines operated.
5          They were updated the night of the election,
6  sometimes after the election.  We've got statistical
7  evidence that shows hundreds of thousands of votes being
8  just put in and replicated.
9          It's going to be -- there needs to be a massive
10 criminal investigation and it's going to affect millions
11 of voters and elections.
12         LOU DOBBS:  With these allegations, these
13 charges, is the FBI already carrying out an investigation
14 of these voting companies and where their servers are
15 domiciled and in at least two instances -- three
16 instances, we know they're in foreign countries.
17         Tell us where the Justice Department is in all of
18 this.
19         SIDNEY POWELL:  I wish I knew.  I'm not on the
20 inside, so I'm not privy to that information.  I know that
21 even democratic senators and Congress people for years
22 have reported problems with this system to the FBI and to
23 the government and nobody's done a blooming thing about
24 it.
25         The people in the election security part of the

1  Department of Homeland Security need to be fired
2  yesterday.  They're absolutely ridiculous.
3           Of course Chris Wray needs to be fired too
4  because the only FBI interview of any witness was to
5  intimidate him and try to get him to change his truthful
6  testimony, for hours, by an anti-Trump FBI agent.
7           They still have politics infecting the FBI,
8  instead of just following the law.
9           We are on the precipice of -- this is essentially
10 a new American revolution, and anybody who wants this
11 country to remain free needs to step up right now.
12          These are federal felonies.  Altering a vote or
13 changing a ballot is a federal felony.  People need to
14 come forward now and get on the right side of this issue
15 and report the fraud they know existed in Dominion Voting
16 Systems, because that's what it was created to do.  It was
17 its sole original purpose.  It has been used all over the
18 world to defy the will of people who wanted freedom.
19          LOU DOBBS:  Sidney, at the outset of this
20 broadcast I said that this is the culmination of what has
21 been a over a four-year effort to overthrow this
22 president; to first deny his candidacy, the election, but
23 then to overthrow his presidency.  This looks like the
24 effort to carry out an endgame in the effort against him.
25          Do you concur?

```
 1              SIDNEY POWELL:  Oh, absolutely.  And it's been
 2   organized and conducted with the help of Silicon Valley
 3   people, the big tech companies, the social media
 4   companies, and even the media companies, and I'm going to
 5   release the kraken.
 6              LOU DOBBS:  Well, good, because this is an
 7   extraordinary and such a dangerous moment in our history.
 8              I really am very concerned for the country, I am
 9   very concerned for all Americans, and I have a feeling
10   that most democrats are first Americans, and not
11   democrats.  They have to be at alarmed as any one of us.
12              Sidney, we're glad that you are on the charge to
13   straighten out all of this.  It is a foul mess and it is
14   far more sinister than any of us could have imagined, even
15   over the course of the past four years.
16              You get the last word, Sidney.
17              SIDNEY POWELL:  It is indeed a very foul mess.
18              It is farther and wider and deeper than we ever
19   thought, but we are going to go after it and I am going to
20   expose every one of them.
21              LOU DOBBS:  Sidney Powell, thanks for being with
22   us, and thanks for all that you're doing.
23              (End of recording.)
24
25
```

1                         C E R T I F I C A T E

2

3

4        I, TERRI NESTORE, Certified Shorthand Reporter/

5   Transcriptionist, do hereby certify that I was authorized

6   to transcribe the foregoing recorded proceeding, and that

7   the transcript is a true and accurate transcription of my

8   shorthand notes, to the best of my ability, taken while

9   listening to the provided recording.

10

11        I further certify that I am not of counsel or

12   attorney for either or any of the parties to said

13   proceedings, nor in any way interested in the events of

14   this cause, and that I am not related to any of the

15   parties thereto.

16

17

18   Dated this 18th day of December, 2020.

19

20

21   _____
           TERRI NESTORE, CSR 5614, RPR, CRR
22

23

24

25