# Exhibit 94

```
 1
 2
 3
 4
 5                       FILE NAME:
 6              One-on-one With Sidney Powell
 7                       (5:08 min)
 8
 9
10
11
12        TRANSCRIPT OF VIDEO-RECORDED INTERVIEW
13                      SIDNEY POWELL
14                      ERIC BOLLING
15
16
17
18
19
20
21
22
23
24  Transcribed By:
    TERRI NESTORE
25  CSR No. 5614, RPR, CRR
```

```
 1              ERIC BOLLING:  Former federal prosecutor and
 2   General Michael Flynn's attorney, Sidney Powell.
 3              Thank you for joining us.
 4              Counsel, tell us a little bit about the
 5   challenges that the Trump administration is facing, and
 6   what are your thoughts on whether or not they will be able
 7   to flip any states.
 8              SIDNEY POWELL:  They're facing an election that
 9   was absolutely rigged.  It is -- we are soaking in
10   information through fire hoses of complicated mathematical
11   alterations to the votes.  We have identified the system
12   capability that does it.  It does in fact exist,
13   regardless of what the name of it is.  It works through
14   the Dominion company's voting machines that were in 30
15   states and does indeed alter and flip voting results.
16              ERIC BOLLING:  So can you tell me right there --
17   I understand that.
18              So there are these Dominion machines that were
19   voting machines and as you point out, they're in multi,
20   multiple counties across the country that may have
21   changed.  So how do you know this?  Where is the --
22   listen, I'm not pushing back on you because I know
23   everyone's going crazy right now, but is there proof of
24   that?
25              SIDNEY POWELL:  Yes.  Well, the Dominion machines
```

1  are in 30 states.  We're identifying the companies that
2  created the software.  They have done this in other
3  countries around the world.  It's incredibly disturbing,
4  and we will hopefully have evidence of it before the end
5  of the week that we can produce publicly.
6          And the Justice Department and the FBI and the
7  intelligence agencies, I think have known about this
8  before, so why nothing's been done about it yet is beyond
9  my comprehension, but it's fixing to go public because I'm
10 not going to stand by and watch the American public be
11 defrauded of their chosen leader in a free country, a
12 country that's supposed to be free, not run by Venezuela
13 or China.
14          ERIC BOLLING:  Sidney, very important
15 information, news, you're breaking here.  Is it a software
16 glitch or something more nefarious?
17          SIDNEY POWELL:  No, it's a feature of the system
18 that was designed with a backdoor so that people could
19 watch in realtime and calculate with an algorithm how many
20 votes they needed to change to make the result they wanted
21 to create.
22          ERIC BOLLING:  How did you find out about this?
23          SIDNEY POWELL:  People have come to me with
24 information.  I think when people realize there's somebody
25 they can trust, that will actually do something about it,

```
 1  they speak up.
 2            We have a lot of patriots in this country.  They
 3  are absolutely fed up to the gills with corruption at
 4  every level of government.  They have no trust in our
 5  public institutions now, and we will not let this election
 6  be stolen or any cheating to survive.
 7            ERIC BOLLING:  So let me get this straight --
 8  it's a real important point here.  Dominion voting
 9  machines were in numerous states, numerous counties.
10  There's some sort of software backdoor, not unlike most
11  phones will have a backdoor, but this will actually
12  calculate and tell the person accessing the backdoor what
13  type of voting percentages and what type of numbers are
14  needed to change the win for a certain party, for a
15  certain candidate?
16            SIDNEY POWELL:  Exactly.  They can watch the
17  voting realtime, they run a computer algorithm on it as
18  needed to either flip votes, take votes out or alter the
19  votes to make a candidate win.
20            ERIC BOLLING:  So that's different.  Now you're
21  -- this is even different.  And I just really want to be
22  very careful here and be very meticulous about this.  It's
23  one thing to be able to watch it and decide how much more
24  input you need to change, to change the number, but now
25  you're saying there's an actual way to change the total,
```

```
 1  the vote tallies within the system?
 2          SIDNEY POWELL:  That's exactly right.
 3          ERIC BOLLING:  That is a very, very big claim
 4  there.  I mean, that would be voter fraud defined, right
 5  there.  What's the next step?
 6          SIDNEY POWELL:  It's massive criminal voter
 7  fraud, writ large, across at least 29 states it could have
 8  been happening.  Any time a voting machine was connected
 9  to the internet -- and we have evidence that many were --
10  it was obviously happening.
11          It's obvious from the algorithm and the
12  statistics that our experts are tracking out for batches
13  of votes and when the curves changed, and it's going to
14  blow the mind of everyone in this country when we get it
15  all together and can explain it, with the affidavits and
16  the experts that have come forward.
17          ERIC BOLLING:  All right.  Sidney, we're going to
18  leave it there and we're going to look into it and we're
19  going to watch for further information coming out from
20  your camp, I guess Rudy Giuliani's camp as well, the Trump
21  camp.  So Sidney Powell, thank you very much.
22          SIDNEY POWELL:  Thank you.
23          ERIC BOLLING:  America This Week has reached out
24  to Dominion Voting for a response --
25          (End of recording.)
```

1       C E R T I F I C A T E

2

3

4       I, TERRI NESTORE, Certified Shorthand Reporter/

5  Transcriptionist, do hereby certify that I was authorized

6  to transcribe the foregoing recorded proceeding, and that

7  the transcript is a true and accurate transcription of my

8  shorthand notes, to the best of my ability, taken while

9  listening to the provided recording.

10

11      I further certify that I am not of counsel or

12  attorney for either or any of the parties to said

13  proceedings, nor in any way interested in the events of

14  this cause, and that I am not related to any of the

15  parties thereto.

16

17

18  Dated this 18th day of December, 2020.

19

20

21      _____
        TERRI NESTORE, CSR 5614, RPR, CRR
22

23

24

25