# Exhibit 95

1
2
3
4
5                          FILE NAME:
6  Fox News Attorney Powell on election legal challenges that
7              remain active in several states
8                         (11:50 min)
9
10
11
12         TRANSCRIPT OF VIDEO-RECORDED INTERVIEW
13                       SIDNEY POWELL
14                      MARIA BARTIROMO
15
16
17
18
19
20
21
22
23
24  Transcribed By:
    TERRI NESTORE
25  CSR No. 5614, RPR, CRR

 1          MARIA BARTIROMO:  According to public records,
 2  Dominion voting machines are used in 2000 jurisdictions in
 3  30 states.  According to experts, if one site has a flaw,
 4  other sites are likely to as well, which is why Texas
 5  rejected using Dominion software three times, raising
 6  concerns that the system was not safe from fraudulent or
 7  unauthorized manipulation.  That's troubling, given we
 8  already know that at least two software glitches in
 9  Georgia and Michigan occurred on election night.
10          Attorney Sidney Powell is leading the charge
11  against Dominion and she says she has enough evidence of
12  fraud to launch a massive criminal investigation.
13          Sidney, thanks very much for being here.
14          We appreciate your time this morning.
15          I want to get right into it.  We just heard about
16  the software made by Smartmatic from Rudy, and I want to
17  get your take on what you and I spoke about just a few
18  minutes ago, and that is a gentleman named Peter
19  Neffenger.  Tell me how he fits into all of this.
20          SIDNEY POWELL:  Yes.  Well, he's listed as --
21  it's former Admiral Peter Neffenger or Retired Admiral
22  Peter Neffenger.  He is president and on the board of
23  directors of Smartmatic, and it just so happens he's on
24  Mr. Biden's presidential transition team that's going to
25  be nonexistent because we're fixing to overturn the

1  results of the election in multiple states, and President
2  Trump won by not just hundreds of thousands of votes, but
3  by millions of votes that were shifted by this software
4  that was designed expressly for that purpose.
5           We have sworn witness testimony of why the
6  software was designed.  It was designed to rig elections.
7  He was fully briefed on it, he saw it happen in other
8  countries.  It was exported internationally for profit by
9  the people that are behind Smartmatic and Dominion.
10          They did this on purpose.  It was calculated.
11 They've done it before.  We have evidence from 2016 in
12 California.  We have so much evidence, I feel like it's
13 coming in through a fire hose.
14          MARIA BARTIROMO:  Wow.  So Sidney, you feel that
15 you will be able to prove this.  Do you have the software
16 in your possession, do you have the hardware in your
17 possession?  How will you prove this, Sidney?
18          SIDNEY POWELL:  Well, I've got lots of ways to
19 prove it, Maria, but I'm not going to tell, on national
20 TV, what all we have.  I just can't do that.
21          MARIA BARTIROMO:  Okay, but you have a very small
22 time frame here.  The elections are supposed to be
23 certified in early December.  Do you believe that you can
24 present this to the courts and be successful, within this
25 just couple of weeks?

```
 1              SIDNEY POWELL:  Well, let me put it this way:
 2              First of all, I never say anything I can't prove.
 3              Secondly, the evidence is coming in so fast, I
 4   can't even process it all.  Millions of Americans have
 5   written, I would say, by now.  Definitely hundreds of
 6   thousands have stepped forward with their different
 7   experiences of voter fraud.
 8              But this is a massive election fraud and I'm very
 9   concerned it involved not only Dominion and its Smartmatic
10   software, but that the software essentially was used by
11   other election machines also.
12              It's the software that was the problem.
13              Even their own manual explains how votes can be
14   wiped away.  They can put -- it's like drag and drop Trump
15   votes to a separate folder and then delete that folder.
16              It's absolutely brazen, how people bought this
17   system and why they bought this system.  In fact, every
18   state that bought Dominion, for sure should have a
19   criminal investigation or at least a serious investigation
20   of the officers in the states who bought the software.
21   We've even got evidence of some kickbacks, essentially.
22              MARIA BARTIROMO:  Kickbacks.  I want to take a
23   short break and come back on that.
24              Welcome back.  We are back with attorney Sidney
25   Powell, who's part of President Trump's legal team.
```

1          Sidney, before we went to the break, we talked
2  about -- you said that there may have been kickbacks to
3  some people who accepted the Dominion software.
4          Tell me what you mean.
5          SIDNEY POWELL:  Well, I mean we are collecting
6  evidence now from various whistleblowers that are aware of
7  substantial sums of money being given to family members of
8  State officials who bought this software.  I mean we're
9  talking about hundred million dollar packages for new
10 voting machines suddenly in multiple states, and benefits
11 ranging from financial benefits for family members to sort
12 of what I would call election insurance because they know
13 that they can win the election if they are using that
14 software.
15         It's really an insidious, corrupt system and I
16 can't tell you how livid I am with our government for not
17 paying attention to complaints even brought by democrats;
18 Carolyn Maloney, Elizabeth Warren, Amy Klobuchar over the
19 last several years, in written letters, with expert
20 reports and some documentation of how corrupt this
21 software is, and nobody in our government has paid any
22 attention to it?  Which makes me wonder how much the CIA
23 has used it for its own benefit in different places, and
24 why Gina Haspel is still there in the CIA is beyond my
25 comprehension.  She should be fired immediately.

```
 1            MARIA BARTIROMO:  Which governor or which
 2   government official accepted hundreds of millions of
 3   dollars in benefits for their family as they took on this
 4   software?
 5            SIDNEY POWELL:  If I said hundreds of millions of
 6   dollars there, I misspoke.  I don't know the exact amount
 7   of money yet.  We are still collecting the evidence on
 8   that, but it's more than one.
 9            MARIA BARTIROMO:  Okay.  So you can't say who you
10   believe took kickbacks.  What is the CIA's role?  Why do
11   you think Gina Haspel should be fired immediately?
12            You're saying that the CIA is behind the Dominion
13   or Smartmatic voting software as well?
14            SIDNEY POWELL:  Well, the CIA and the FBI and
15   other government organizations have received multiple
16   reports of wrongdoing and failures and vulnerabilities in
17   this company's product.  Their own manual, if you sat down
18   and read it, would explain how and why no honest person
19   would use this system.  And it's not just Dominion.
20            There are other companies in the voting machine
21   business in this country too that may very well, and are
22   likely using the same software.  We've detected voting
23   irregularities that are inexplicable and align with these
24   problems in other states that think they have valid
25   systems, but the people who bought the Dominion system for
```

1  sure knew exactly what they were getting.  It should never

2  have been installed anywhere, and we are going to show the

3  public exactly how rotten the entire state is.

4           MARIA BARTIROMO:  Now, I have spoken with a few

5  whistleblowers myself this weekend and one source, who is

6  an IT specialist, told me that he knows the software and

7  specifically advised people in Texas, officials in Texas,

8  not to use it, and yet he was overruled.

9           He said that there was an unusual patch that was

10 put into the software while it was live, and it's highly

11 unusual to put a patch in there.

12          Is that what you're referring to?  Tell me how

13 it's done and how these backdoors work.

14          SIDNEY POWELL:  Okay, that's part of it.

15          They can stick a thumb drive in the machine or

16 upload software to it, even from the internet.  They can

17 do it from Germany or Venezuela even.  They can remote

18 access anything.  They can watch votes in realtime.  They

19 can shift votes in realtime.

20          We've identified mathematically the exact

21 algorithm they used and planned to use from the beginning

22 to modify the votes in this case to make sure Biden won.

23 That's why he said he didn't need your votes now.  He

24 would need you later.  He was right.  I mean, in his

25 demented state, he had no filter and he was speaking the

1   truth more than once, including when he said he had the
2   largest voter fraud organization ever.  Well, it's massive
3   election fraud.  It's going to undue the entire election.
4           And they can do anything they want with the
5   votes.  They can have the machines not read the signature,
6   they can have the machines not read the down ballot, they
7   can make the machines read and catalog only the Biden
8   votes.  It's like drag and drop whatever you want,
9   wherever you want, upload votes.
10          MARIA BARTIROMO:  Yeah.
11          SIDNEY POWELL:  In fact, we've got math in
12  Michigan and Pennsylvania, I think it is, that all of a
13  sudden hundreds of thousands of votes, at a 67 percent
14  ratio for Biden, 23 percent for Trump --
15          MARIA BARTIROMO:  Yep.
16          SIDNEY POWELL:  -- were uploaded multiple times
17  into the system.
18          MARIA BARTIROMO:  And Sidney, you say you have an
19  affidavit from someone who knows how the system works and
20  was there with the planning of it.
21          You believe you can prove this in court?
22          SIDNEY POWELL:  Oh, yes.  We have a sworn --
23  essentially a sworn statement from a witness who knew
24  exactly how it worked from the beginning, why it was
25  designed to work that way and saw, when things started

1  shutting down and they stopped counting the votes here,
2  that was the same play that had worked in other countries.
3          MARIA BARTIROMO:  Wow.  This is explosive and we
4  certainly will continue to follow it.
5          Sidney, thank you so much for your work.  We will
6  be catching up with you soon.  Thank you so much.
7          (End of recording.)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

C E R T I F I C A T E

I, TERRI NESTORE, Certified Shorthand Reporter/Transcriptionist, do hereby certify that I was authorized to transcribe the foregoing recorded proceeding, and that the transcript is a true and accurate transcription of my shorthand notes, to the best of my ability, taken while listening to the provided recording.

I further certify that I am not of counsel or attorney for either or any of the parties to said proceedings, nor in any way interested in the events of this cause, and that I am not related to any of the parties thereto.

Dated this 17th day of December, 2020.

*[Signature: Terri Nestore]*

TERRI NESTORE, CSR 5614, RPR, CRR