# Exhibit 96

Rush Limbaugh Show Podcast
November 16, 2020

1

2

3

4

5                       FILE NAME:

6       THE RUSH LIMBAUGH SHOW PODCAST - November 16, 2020

7

8

9

10

11

12          TRANSCRIPT OF VIDEO-RECORDED INTERVIEW

13                      SIDNEY POWELL

14                      MARK STEYN

15

16

17

18

19

20

21

22

23

24  Transcribed By:
    TERRI NESTORE
25  CSR No. 5614, RPR, CRR

1          MARK STEYN:  Mark Steyn in for Rush on America's
2    number one radio show.
3          You may have read stories in the media over the
4    weekend about the pressure that Trump lawyers are
5    calling -- coming under to bail from the case and abandon
6    their client.  One lawyer we can say certainly who is not
7    going to do that is Sidney Powell.  She was last on with
8    me as a tireless champion of her client Michael Flynn.
9          She's now a tireless champion of her new client,
10   Donald J. Trump in some of these postelection legal
11   battles and Sidney, you've become very concerned about
12   this Canadian company, Dominion Voting Systems.
13         As I said on the show, this show last week, it's
14   illegal for a Canadian to give a C-note to a presidential
15   candidate but apparently it's not in the least bit illegal
16   for a Canadian company to end up running American
17   elections in 33 states.  What's the problem for you with
18   this Dominion Voting Systems.
19         SIDNEY POWELL:  Well, there are so many problems,
20   Mark, it would be hard to articulate all of them.
21         Their system was specifically created and
22   designed by Venezuelan money and interest to rig elections
23   for Hugo Chavez and then for Maduro.  It was exported
24   internationally, I understand, to rig an election in
25   Argentina, and it has been used to rig this election for

 1  -- to make it appear the votes were for Mr. Biden, when

 2  Donald Trump won overwhelmingly, and I'm in the process of

 3  collecting evidence through a firehose, to the point it

 4  feels like a tsunami now, of honest, patriotic people;

 5  American citizens who are coming forward to tell us

 6  exactly what was going on.

 7        And I just got word today that a hundred Dominion

 8  employees have even taken any affiliation with Dominion

 9  off their LinkedIn accounts, and Dominion is scrubbing

10  names of people like crazy.

11        MARK STEYN:  Right, right.  And it started -- it

12  only came out because I think a county clerk happened to

13  notice that 6,000 Trump votes had been transferred to Joe

14  Biden, I believe in Michigan, but presumably lesser --

15        SIDNEY POWELL:  It also came out because some of

16  my math experts who I know very well, immediately

17  identified the algorithm that was being run to change the

18  vote.

19        MARK STEYN:  Right.

20        SIDNEY POWELL:  So that any number of batches of

21  votes were changed by the machine which, by its own

22  manual, tells people it can do that.  It was changed to

23  run 67 percent for Biden and votes were injected in that

24  number by the hundreds of thousands multiple times.  The

25  exact same number and ratio were injected like three times

Rush Limbaugh Show Podcast
November 16, 2020                                    4

1  in Wisconsin and twice in Michigan or vice versa a couple

2  of -- 20 minutes apart or something.

3              MARK STEYN:  Yeah.

4              SIDNEY POWELL:  It's absurd.  And for people to

5  say there's no evidence of fraud are the people that want

6  to cover up the fraud for whatever their personal

7  interests are.  We also have some evidence coming in that

8  people who bought these Dominion system for their states,

9  got special benefits on the side.

10             MARK STEYN:  Right.

11             SIDNEY POWELL:  And -- yeah, I mean the level and

12 width of the corruption is what the American people have

13 felt for a long time but we're just now getting people to

14 come forward because it's so bad and they've realized that

15 I'm here and I will fight for it until we get it out

16 there.

17             MARK STEYN:  I was very interested by this

18 business of the algorithm because I hadn't realized until

19 then -- I'd heard of this company, but the -- in Canada,

20 they're just tabulators; in other words, they just run

21 optical scanners that scan paper ballots.  So if you have

22 an argument about the results, as I think they did in

23 Nova Scotia-New Brunswick a couple of years back, they've

24 actually got the hardcore paper ballots and they go back

25 and count them manually but in America, it's completely

1   different machines they're running, which are actually

2   voting machines and not just these optical scanners.

3          You've been going on about Gina Haspel at the

4   CIA.  I mean, the deep state security guys who certified

5   that this is the cleanest election ever run in America,

6   are they the guys --

7          SIDNEY POWELL:  They need to be fired.

8          MARK STEYN:  Yeah.

9          SIDNEY POWELL:  They need to be fired.  I don't

10  know whose payroll they're on but they need to be fired

11  yesterday.  Democrats, Elizabeth Warren and Amy Klobuchar,

12  were complaining about this several years ago.  Carolyn

13  Maloney wrote a letter to people about it years ago.

14         They're even scrubbing the articles they cited

15  from the internet.  We've gone to check on several links

16  and they're gone.  This is very widespread, and I have no

17  doubt at this point it involves the tech companies at

18  Silicon Valley, who are also trying to suppress our free

19  speech on all of these issues to cover their own

20  you-know-what's, and I am livid about all of it, I am

21  livid about the level of corruption, I am livid that the

22  FBI and the CIA haven't done anything about the complaints

23  they've received, which just makes me want to know even

24  more who's been paid what and who is responsible for all

25  of this and who's paid whom to get their -- buy their

Rush Limbaugh Show Podcast
November 16, 2020                              6

```
 1  elections.
 2           MARK STEYN:  And as you say, the media and the
 3  CIA and everybody else say, ah, give it up, there's
 4  nothing to see here.  What do you think -- I take it you
 5  agree that this case ultimately is going to wind up before
 6  those nine guys on the Supreme Court.
 7           Do you think they're going to be as eager to just
 8  sweep it under the rug?
 9           SIDNEY POWELL:  I don't think so, Mark.  I think
10  the evidence is going to be so overwhelming, and I would
11  warn any state right now that thinks they're going to
12  certify this election, to rethink it very seriously
13  because what they're certifying is their own fraud and
14  their own complicity in fraud and I wouldn't -- I might
15  even mount a class action suit later to sue them
16  themselves for their participation in it.
17           It's ridiculous.
18           The legislators in the states need to take
19  control right now and reject the certifications of
20  especially the swing states that were so heavily
21  influenced by these hundreds of thousands of vote changes.
22           And the people in Smartec's (sic) own manual
23  tells you they can do this, they can change any vote they
24  want to change, they can reallocate ID from one vote to
25  another, they can take batches of votes and trash them.
```

Rush Limbaugh Show Podcast
November 16, 2020                                              7

```
 1  If they were for Trump, they can add votes for Biden.
 2  They can be manipulated any way they want to be
 3  manipulated, and they had VPN connections and access and I
 4  think Raheem Kassam actually tweeted a message yesterday
 5  or a picture yesterday of Glenn Simpson looking behind a
 6  string of Dominion voting machines.
 7          MARK STEYN:  Yeah.  You said, if I understood you
 8  correctly, that they can actually program the percentages
 9  of as it were, they can actually override whatever votes
10  are in the machine and --
11          SIDNEY POWELL:  Exactly.
12          MARK STEYN:  -- adjust them up and down until
13  they reach the -- why would that be a feature of a voting
14  machine?
15          SIDNEY POWELL:  Because it was created to do that
16  to begin with.  That's how Hugo Chavez and Maduro have
17  ensured they won every Venezuelan election.
18          MARK STEYN:  So somehow a Canadian company wound
19  up putting Venezuelan counting machines in 33 American
20  States.  That's the upshot of that, Sidney.
21          SIDNEY POWELL:  Yeah.  It was all created in
22  Venezuela and designed to do this very thing, and they've
23  installed Venezuelan machines and then the votes actually
24  go to Barcelona, Spain, and Frankfurt, Germany, where they
25  can be further manipulated before they're sent back to be
```

Rush Limbaugh Show Podcast
November 16, 2020                                      8

1   reported on AP and the New York Times and all that.

2         It was caught this big this time was because

3   Donald Trump's lead was so overwhelming, they didn't

4   calculate the algorithm high enough, and that's why they

5   had to stop them.

6         MARK STEYN:  Just a minute there, Sidney.  I had

7   no idea about that.  These votes are actually counted in

8   -- they travel halfway around the world to Barcelona

9   before they're counted.  I want to come back with you.

10  Hang on, please, Sidney.  I want to come back and talk

11  about that some more because that's extremely important.

12        Mark Steyn for Rush.

13        More with Sidney Powell straight ahead.

14        We have with us the fearless attorney for both

15  Michael Flynn and the president in his legal challenges,

16  Sidney Powell.

17        And as Sidney mentioned, they're talking about

18  some class action suits to prevent the states prematurely

19  certifying the election, and if you have some evidence of

20  electoral fraud, you can go to Sidney's Website,

21  defendingtherepublic.org.  It's well named,

22  defendingtherepublic.org, because Sidney will be defending

23  it when most everybody else has fled.  If you have

24  evidence of electoral fraud, particularly in these

25  critical swing states, then do go to that website.

1          Sidney, you said something incredible to me

2   because as odd as it is that these foreign made machines,

3   Canadian machines with Venezuelan algorithms are now in

4   33 --

5          SIDNEY POWELL:  You might as well call them

6   Venezuelan machines, because that's essentially what they

7   are.  There are a number of different companies to do this

8   and yes, we have Venezuelan communists influenced by Cuban

9   communists counting our votes and deciding how our

10  election is going to come out.  It's an absolute outrage.

11  It should be being investigated by the highest of our

12  Intel investigators, preferably military because it's a

13  national security threat, and that's exactly why they've

14  done this.  Oh, and don't forget China's influence in all

15  of it too.  There's Chinese money and graft in Venezuelan.

16         MARK STEYN:  But you mentioned that it actually

17  goes across the Atlantic to Barcelona, and I think you

18  said somewhere else.

19         SIDNEY POWELL:  Yeah, Frankfurt.

20         MARK STEYN:  Yeah, Frankfurt.  So in other words,

21  we've got the Germans and the Spaniards counting American

22  votes too, which would be odd enough if you didn't already

23  have the Canadians, Venezuela.  There's everybody but

24  Americans involved.

25         SIDNEY POWELL:  Well, the Spanish part is

1   actually -- those parts are actually controlled by the

2   Venezuelans too, the counting centers over there are

3   controlled by the Venezuelan money.

4           MARK STEYN:  But you're a lawyer and you know

5   that in any law, even in the most trivial lawsuit, chain

6   of custody of the evidence is the most important thing,

7   you know; that a photocopy of a photocopy of a photocopy

8   of what might have been an original document 37 versions

9   earlier is less persuasive as evidence than the real

10  thing, so why do we have like a complete contempt of chain

11  of custody here, where these votes are sent actually into

12  foreign jurisdictions before they eventually return as

13  hard numbers?

14          SIDNEY POWELL:  Right.  And they can -- there are

15  multiple means of how they alter it.  They alter it to

16  begin with by running the algorithm where they want to run

17  it, but they can also alter it by trashing votes, adding

18  votes, and then if they don't like it still then, they can

19  change it again in Barcelona.

20          MARK STEYN:  So in other words, whatever

21  shenanigans -- to use the euphemism people seem to

22  prefer -- whatever shenanigans take place in a precinct in

23  Michigan, if that's insufficient, they can change it yet

24  again while the so-called vote is out of the country?

25          SIDNEY POWELL:  Right.  The hand count in Georgia

1  that they're pretending to do now, they're going to try to

2  use that to promote the argument that the Dominion fraud

3  software stuff is a hoax.  That's baloney.

4          They did all kinds of different things there that

5  include kind of closing out republican accounts and doing

6  provisional ballots for people that then disappeared, and

7  we've got to have access to the machines themselves to get

8  the software and examine it but we know there were, quote,

9  glitches in Georgia too, and any time there was a glitch

10  like that, there was software probably uploaded that

11  changed things.

12          They can change it over the internet.  It should

13  never have had an internet connection.  Patches were put

14  in like the day before the election and they were never

15  certified.  The machines aren't supposed to be touched for

16  ages before the election.

17          That's a violation of law, by itself.

18          I mean -- but we also have -- at least I've been

19  told that there are special concerns about the governor of

20  Georgia and the Secretary of State having received some

21  kind of personal benefit for rushing through the purchase

22  of the Dominion machines into the state.

23          MARK STEYN:  You said something else interesting

24  there, that they actually were connected to the internet

25  because last time round we were told, when there was all

Rush Limbaugh Show Podcast
November 16, 2020                               12

1  this stuff about the Russian collusion and all the rest of

2  it, that voting machines are safe because voting machines

3  are not online -- they're machines, but they're not -- but

4  some guy sitting in Macedonia or St. Petersburg can't

5  actually hack into it because it's not connected to the

6  internet.  You're saying that this time round there were

7  machines connected to the internet?

8        SIDNEY POWELL:  These machines are so hackable, a

9  15-year-old could do it.

10       MARK STEYN:  And does that mean that in the

11  lawsuit, you're -- you'd be -- you're asking a judge to

12  actually let some kind of tech experts into the machines

13  themselves to figure out what's been programmed there and

14  what's going on in them?

15       SIDNEY POWELL:  That is definitely one of the

16  things we need.  I can't even tell you at this point

17  whether it's in any of the existing lawsuits, but I've

18  certainly encouraged people to put them in the ones that

19  they've filed.

20       MARK STEYN:  And do you think -- you said you'd

21  thought it was definitely going to the Supreme Court.

22       Everyone seems to think that John Roberts, the

23  chief justice, has no appetite for this and his whole

24  thing is always to, as it were, diminish the significance,

25  to prevent the Supreme Court doing anything like

Rush Limbaugh Show Podcast
November 16, 2020                                    13

1  overturning and being perceived to have overturned an

2  election or whatever.

3         Do you think -- I mean, these seem to me to raise

4  absolutely extraordinary issues where essentially foreign

5  actors, we've been told for four years about foreign

6  interference in American elections, and it turns out the

7  entire U.S. election is one great act of multi-foreigner

8  interference.  Is that big enough for him to, in a sense,

9  not be able to turn down the case?

10        SIDNEY POWELL:  If that isn't big enough for him

11 to take the case, he should be impeached.

12        MARK STEYN:  There would be a lot of people who

13 would support you on that.  Thank you.

14        You always -- you have that thing that really

15 good lawyers have, which is a slight degree of

16 inscrutability, Sidney, when you're being interviewed.

17        Let me just ask you as a final question, do you

18 feel optimistic that the truth is going to get out about

19 this thing?

20        SIDNEY POWELL:  I feel very optimistic the truth

21 is going to be -- it will get out.  Of course everybody on

22 the face of the earth now is trying to suppress it,

23 including people in our own government, but I won't quit

24 until it's out and, you know, release the kraken.

25        MARK STEYN:  Well, indeed, release the kraken.

Rush Limbaugh Show Podcast
November 16, 2020                              14

1   Well, God bless you, Sidney, and people can go to

2   defendingtherepublic.org, if they want to know more about

3   this.

4           SIDNEY POWELL:  Yes.  Thank you so much, Mark.

5           MARK STEYN:  Thanks a lot, Sidney.

6           It's always a pleasure, even in trying times.

7           Defendingtherepublic.org.  Sidney really ought to

8   take releasethekraken.org as well.

9           (End of interview.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    C E R T I F I C A T E

 2

 3

 4          I, TERRI NESTORE, Certified Shorthand Reporter/

 5  Transcriptionist, do hereby certify that I was authorized

 6  to transcribe the foregoing recorded proceeding, and that

 7  the transcript is a true and accurate transcription of my

 8  shorthand notes, to the best of my ability, taken while

 9  listening to the provided recording.

10

11          I further certify that I am not of counsel or

12  attorney for either or any of the parties to said

13  proceedings, nor in any way interested in the events of

14  this cause, and that I am not related to any of the

15  parties thereto.

16

17

18  Dated this 18th day of December, 2020.

19

20

21          _____

22          TERRI NESTORE, CSR 5614, RPR, CRR

23

24

25
```