# Exhibit 97

```
 1
 2
 3
 4
 5                      FILE NAME:
 6            Sidney Powell to Newsmax TV -
 7        Dominion Contracts Warrant Criminal Probe
 8                       (8:19 min)
 9
10
11
12        TRANSCRIPT OF VIDEO-RECORDED INTERVIEW
13                     SIDNEY POWELL
14                      TOM BASILE
15                     MARK HALPERIN
16
17
18
19
20
21
22
23
24  Transcribed By:
    TERRI NESTORE
25  CSR No. 5614, RPR, CRR
```

```
 1              TOM BASILE:  Thank you so much, Sidney, for being
 2  with us tonight.
 3              SIDNEY POWELL:  Oh, my pleasure.
 4              Thank you for having me.
 5              TOM BASILE:  The first thing that I really would
 6  like to do is get your reaction to this week's news that
 7  the president has pardoned General Flynn, your client.
 8              SIDNEY POWELL:  Well, it's a bittersweet
 9  reaction.  I felt very strongly, from the day I came into
10  the case -- actually before that -- that he should be
11  exonerated by our judicial system, and it didn't happen
12  that way, frankly because of the extraordinary political
13  corruption we saw coming out of Judge Sullivan's court and
14  then being affirmed by the D.C. circuit in an absolutely
15  unprecedented proceeding where the judge himself was
16  allowed to seek rehearing en banc before the full court.
17              None of the rules applied.
18              As is the case from the very beginning of the
19  investigation against General Flynn.  The FBI broke all
20  the rules to do it, the special counsel broke all the
21  rules to prosecute him, and then the court broke all the
22  rules itself to continue the persecution.
23              MARK HALPERIN:  Sidney Powell, it's been only a
24  week since you last visited here with Newsmax last
25  Saturday night, and much transpired in between.
```

```
 1            Some people say that the president's team
 2   distanced themselves from you because in part of the
 3   accusations you made that you said you had evidence
 4   suggesting that the governor of Georgia, the republican
 5   governor, was involved in a conspiracy.  I'm wondering if,
 6   upon reflection, that's something you stand by and
 7   something you'll continue to pursue.
 8            SIDNEY POWELL:  Well, what I said and I thought I
 9   said and intended to say is there should be an
10   investigation, a thorough criminal investigation, frankly,
11   of everyone involved in acquiring the Dominion system for
12   the State of Georgia, and frankly for every other state,
13   given how appalling the system is and the fact that it was
14   designed to manipulate the votes and destroy the real
15   votes of American citizens who were casting legal votes.
16            That applies to Georgia as well.
17            I have serious concerns that certain people -- in
18   fact, one lawyer told me that one of his clients knew of
19   money or benefits being paid to family members of those
20   who signed the contract for Georgia, and I believe it was
21   a no bid contract that Georgia awarded for the Dominion
22   Systems, a hundred million dollar no bid contract.
23            We know from Pennsylvania, for example, that the
24   governor of Pennsylvania mandated that they accept the
25   contract with Dominion, so there's an investigation that
```

1  should be had there because the legislature opposed it.
2          And I think there are multiple people in the
3  Secretary of State's office in Georgia and others who
4  should be investigated in Georgia for what benefits they
5  might have received from giving Dominion the $100 million
6  no bid contract.
7          TOM BASILE:  Sidney, this week you filed cases in
8  Georgia and in Michigan, alleging widespread fraud and
9  illegality in those races.  You make a number of specific
10 allegations and you also provide specific evidence which
11 would probably come as a surprise to a lot of folks in the
12 left wing press.
13         Can you discuss your Georgia case, since the
14 margin between Trump and Biden there is closer, and I
15 think that you lay out a number of different avenues for
16 success there that could be, again, outcome determinative
17 and, you know, in particularly talk about how Georgia
18 violated its own law that caused the processing of
19 defective absentee ballots.
20         SIDNEY POWELL:  Yes, Georgia set a completely
21 different standard for its mail-in ballots than it had for
22 its real absentee ballots and frankly, all across the
23 country there should never have been any sort of separate,
24 quote, mail-in ballot system.
25         The absentee ballot process that had been

1  approved by legislatures in virtually every state was
2  appropriate and could have been used for any reason people
3  could not get to the polls without this wholesale mail-out
4  and then mail back in your ballot, which was simply an
5  invitation for massive fraud, and that's exactly what
6  we've experienced.
7        We're seeing every manner and means of fraudulent
8  voting you can possibly think of and many you couldn't,
9  from the system applied in Georgia; everything from the
10 point shaving system that Dominion Systems allows, they
11 weighted votes for president -- or for President Trump at
12 .77 percent and they awarded votes to Biden at something
13 like 1.22 percent.  So Biden's votes were weighted an
14 additional 20 percent to that of President Trump's, which
15 automatically flipped approximately 2.7 percent of the
16 vote to Biden in any number of counties, if not across the
17 entire state.
18       We've filed an emergency motion now with the
19 federal court to impound all the voting machines and to
20 also require an absolute hand recount that matches
21 signatures, including on all the ballots and envelopes
22 themselves.  We believe Georgia has destroyed a number of
23 ballots.
24       There was a massive shredding operation in Cobb
25 County, of which we have video, and if they can't produce

```
 1  the envelopes to go with the ballots, then they've
 2  violated federal law, as well as Georgia requirements, and
 3  there are all kinds of criminal offenses that arise out of
 4  all of this.
 5           We've got evidence of significant ballot
 6  harvesting, including people being paid to harvest
 7  ballots.  You name it, we've got it.
 8           Also of fraudulent ballots being created and
 9  brought in.
10           MARK HALPERIN:  Sidney Powell, you know full well
11  that what a lot of people say about the work you've done
12  so far is that you're making a lot of allegations that are
13  sweeping, some believe that they're not credible, and
14  they're asking for evidence.
15           So just give us one specific piece of evidence
16  that you think illustrates fraud.  The clearest piece of
17  evidence you have that illustrates enough fraud to change
18  the results in any one of the states that you believe
19  should be contested.
20           SIDNEY POWELL:  Well, there are all kinds of --
21           MARK HALPERIN:  Just one, just give your clearest
22  piece of evidence.  What's something that any American
23  would see and understand?
24           SIDNEY POWELL:  Well, how about the testimony of
25  the person from Venezuela who saw the entire system
```

1   created to ensure that Maduro and Hugo Chavez never lost
2   another election?  He knows exactly how it works.
3           We have other witnesses who know exactly how it
4   works, and that it was designed to enable the sort of vote
5   flipping and switching and the ability to trash votes in
6   large numbers so that Mr. Biden would win without
7   campaigning.  He himself said that he had the largest
8   voter fraud operation in the country, and he was right
9   about that.
10          We've got video evidence of a number of things.
11          We know the Atlanta people lied when they claimed
12  that the pipe -- a pipe burst and kept them from counting
13  votes, and they used that to send people away from the
14  arena or whatever the facility was they were counting in.
15  They completely lied to the public about the timing and
16  the reason for that.  There was no pipe burst at all, and
17  we have evidence of three women staying behind after
18  1:00 a.m. to alter the ballots and the vote between 1:00
19  and 4:00 a.m. that morning, I believe.
20          TOM BASILE:  Okay.  Well, Sidney Powell --
21          SIDNEY POWELL:  There are multiple pieces of
22  evidence.  There are people that witnessed ballot
23  harvesting.  We have multiple checks written by people.
24          There are federal criminal offenses that are
25  rampant throughout this, and I am beyond appalled that the

1  Department of Justice and the FBI have not gotten all over
2  this.
3          TOM BASILE:  Well, I, for one, think it would be
4  great if we could see some of that video of the shredding
5  going on and some of the other things that you're talking
6  about.  I think the American people would be very, very
7  interested in it.  Sidney Powell, always a pleasure to
8  have you here on Newsmax TV.  Thank you very much.
9          SIDNEY POWELL:  Thank you.
10          And people who want to help can go to
11  defendingtherepublic.org and they can see a lot of the
12  video @tracybeanz on Twitter.
13          TOM BASILE:  All right.
14          (End of recording.)
15
16
17
18
19
20
21
22
23
24
25

1       C E R T I F I C A T E

2

3

4       I, TERRI NESTORE, Certified Shorthand Reporter/

5  Transcriptionist, do hereby certify that I was authorized

6  to transcribe the foregoing recorded proceeding, and that

7  the transcript is a true and accurate transcription of my

8  shorthand notes, to the best of my ability, taken while

9  listening to the provided recording.

10

11      I further certify that I am not of counsel or

12 attorney for either or any of the parties to said

13 proceedings, nor in any way interested in the events of

14 this cause, and that I am not related to any of the

15 parties thereto.

16

17

18 Dated this 18th day of December, 2020.

19

20

21      _____
        TERRI NESTORE, CSR 5614, RPR, CRR
22

23

24

25