# Exhibit 98

1

2

3

4                    File:

5    Fredericks Show with Sidney Powell

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          JOHN FREDERICKS:  Joining us now is Sidney

2     Powell.  She has done yeoman's work, as I said,

3     she texted me 3:00 a.m. today when she was going

4     to bed, and I was getting up, and now she's up

5     with me now, filed a massive lawsuit in Arizona

6     yesterday.

7          Hey, Sidney, thanks for being with us.

8          SIDNEY POWELL:  Hey, John.  Thank you for

9     your support.  And Anita is exactly right,

10    there's -- one of the things we were trying to

11    accomplish is to get people to realize that

12    Loeffler and Perdue, among other Georgia

13    leadership, should be out there screaming right

14    now for a special section of the -- session of the

15    legislature, and to get the entire voting system

16    fixed now.

17         And it can't be fixed with Dominion

18    machines.  There's nothing reliable about them

19    whatsoever.  We're going to have to go to real

20    paper ballots and we're going to have to have, you

21    know, a real hand count of those ballots.

22         JOHN FREDERICKS:  So, Sidney, what they're

23    saying is, well, we can't do that in a special

24    session, because you can't change the rules in the

25    middle of the game.  But the game is --

Fredericks Show with Sidney Powell

3

1          SIDNEY POWELL:  Well, they changed --

2          JOHN FREDERICKS:  -- rigged --

3          SIDNEY POWELL:  -- them all in the middle

4   of the game last time to make sure they rigged it.

5          JOHN FREDERICKS:  Exactly.  Exactly.

6          SIDNEY POWELL:  And the legislature can

7   make the rules.

8          JOHN FREDERICKS:  So you want a special

9   session to do this.  So, basically, at the rally

10  yesterday -- and -- and by the way, I've been on

11  the air ten years, Sidney, I followed everything,

12  I go on the ground, I'm in the middle of a 12-city

13  tour in 12 days in Georgia.  I was in Alpharetta,

14  obviously, yesterday, I'm downtown today in

15  Atlanta for the hearing; we'll be going from

16  there.

17          Have you ever seen a movement like this

18  before ever?  1500 people out there in Alpharetta

19  cheering on your every word.  I mean, they've

20  had -- they -- they're pissed, and the people are

21  just -- and the phone calls I'm getting day after

22  day, people have -- people have had it --

23          SIDNEY POWELL:  Yes.

24          JOHN FREDERICKS:  -- Sidney.

25          SIDNEY POWELL:  Yes, they have had it,

1    John.  And no -- I mean, I was overwhelmed,

2    frankly.  I had no expectation for the event

3    whatsoever.

4         And -- I mean, I'm just trying to do what I

5    can do to -- to be honest, with respect to all the

6    issues.  And the pushback that we have been

7    getting is -- is really flabbergasting, except

8    when you realize that there is so much global

9    money behind all of this and -- and, frankly,

10   malevolence to do the kind of evil that we are

11   uncovering more of every day.

12        This is isn't the first year this has been

13   done.  These machines and algorithms have been

14   used to rig races all over the world for -- I

15   don't know how many years, at least 15.  We know

16   that Clinton used it.  We know that Obama used it,

17   I think in Florida, and maybe other places.

18        I mean, we're getting evidence of every

19   manner and means of voter and election fraud you

20   can imagine.  But to know now that the voting

21   machines have been rigged, and it's not just

22   Dominion, the same DNA code is in most of the

23   machines that run across the country; maybe not to

24   the extent that Dominion did.

25        In fact, I saw a report yesterday that

Fredericks Show with Sidney Powell

5

1    Dominion machines averaged six percent more for

2    Biden than any of the others; but that doesn't

3    mean an algorithm wasn't run in the others, also,

4    because they all have that capability and we're

5    seeing signs of fraud in almost every state across

6    the country.

7        JOHN FREDERICKS:  So, Sidney Powell, did I

8    just hear you say that the Dominion voting

9    machines across the country averaged six percent

10   higher vote count for Biden than the other

11   machines?

12       SIDNEY POWELL:  Yes.

13       JOHN FREDERICKS:  If -- of course, if -- if

14   the -- if one machine is in Massachusetts and the

15   other that you're comparing it to is in Alabama,

16   obviously, there's going to be a difference.  Were

17   they comparable areas?

18       SIDNEY POWELL:  Well, the point is that in

19   -- in places where the other machines were used

20   and sometimes -- the only state I think that was

21   all Dominion or that mandated all Dominion was the

22   state of Georgia.

23       Some other states, for example, Arizona

24   only used Dominion in Maricopa County.  But the

25   interesting thing is the disparity between the

1   places where Dominion is, and all other places.

2   And -- and the -- the -- one of the things we know

3   is, from prior use and testimony, that Dominion

4   machines auto- -- can flip 2.7 to three percent of

5   the vote from Trump to Biden easily.

6        JOHN FREDERICKS:  Uh-huh.

7        SIDNEY POWELL:  I mean, that's kind of what

8   they've run many times before.  And -- and that

9   stands to reason that -- that -- that accounts for

10  the six percent up for Biden, where Dominion

11  machines were operating.

12       JOHN FREDERICKS:  Sidney Powell, let me ask

13  you this, and let's start -- I'm going to start

14  with Georgia, and then go to Arizona:  So in

15  Georgia right now you -- you filed a 104-page

16  lawsuit, very detailed.  I didn't have a chance to

17  read it.  It's -- it's very, very comprehensive.

18       Walk us through when you're going to get a

19  hearing, what your expectations are, and the time

20  frame.

21       SIDNEY POWELL:  Well, the -- the State came

22  in and argued that we had to sue every district,

23  every county board person, in the State of Georgia

24  to seek the relief that we wanted.  We don't think

25  that's the law.  It's not the law.  The Georgia

1  Secretary of State bought all the machines for 107

2  million of taxpayer money in a rushed deal.  And

3  the governor, of course, also.

4      So we had to do an emergency appeal to the

5  11th Circuit, and that -- they granted the

6  expedited review.  We've got a brief due tonight

7  in that.  And meanwhile, we've also filed in

8  Michigan and Wisconsin and Arizona; and we plan to

9  file in Pennsylvania.  We've got multiple other

10  states to cover.  One of the things that's

11  important for people to realize is that many

12  downballot races were affected by the fraud.  They

13  could go in and target specific candidates.

14      I'm very upset that John James didn't join

15  our suit in Michigan.  He should never have

16  conceded.  And the same is true for doing Doug

17  Collins.  I can't -- I mean, I just -- I don't

18  understand it, because I'm 99 percent sure he won

19  his race against Kelly Loeffler.  I'm --

20  congressional seats were affected.  Leon Benjamin

21  in Virginia, I think, was a victim of it.

22      We should have won probably six more Senate

23  seats, and probably ten more House seats.  And

24  we're going to keep looking and -- and digging out

25  what we can until we get to everything that should

1  have been won.  And probably some governor races,
2  too.  I mean, it wasn't just -- it wasn't just the
3  presidential race.  Of course, that's the most
4  important right now because of the Electoral
5  College issue.  But the others can continue to
6  fight, and we need to find out -- we need to
7  examine every race and figure out who really
8  should have won, and who perpetrated the fraud.
9       The Department of Justice and NSA and the
10  DNI should be all over this.  I don't understand
11  what's going on, other than I know some of our
12  three-letter agencies are complicit in it, if not
13  behind it.
14       I mean, Venezuela didn't create this
15  software on its own 20 years ago.
16       JOHN FREDERICKS:  Sidney, let me ask you a
17  direct question about evidence.  I mean, you've
18  been criticized now in a lot of places in
19  Washington that you've not presented any direct
20  evidence of real voter fraud that somebody could
21  get their arms around and see.
22       How do you respond to that, do you have any
23  direct evidence that you have seen that is really
24  just like -- not a dotted line, but a straight
25  line, real evidence of voter fraud and how this

1  election was stolen; do you have any of that?

2      SIDNEY POWELL:  Yes, we do.  And I don't

3  understand why people keep saying no evidence,

4  except that they want to make people believe

5  there's no evidence.

6      If you get up in the morning and there's

7  six inches of snow on the ground, can you tell

8  it's snowed?  I -- I mean, that's how stupid it

9  is.  And plus --

10      JOHN FREDERICKS:  Can -- can you --

11      SIDNEY POWELL:  -- we have direct witnesses

12  who know why it was created, how it was created,

13  watched it being used, was briefed on all its

14  features; their own online manual tells people

15  they can drag and drop votes into the trash.  They

16  put them in this thing called an adjudication

17  file, however many they want to.  They can program

18  the computer not to read signatures and,

19  therefore, reject thousands of ballots; put them

20  in quote, an adjudication file, and then just

21  trash it all.

22      It -- it's -- their own admissions prove

23  it.  We've got --

24      JOHN FREDERICKS:  And you have --

25      SIDNEY POWELL:  -- Eric Kumar in a -- in a

Fredericks Show with Sidney Powell

10

1   call saying he -- he's got it fixed for Biden; you

2   know, Trump is not going to be President.  And

3   he's the lead engineer for Dominion.

4        We have the -- the witness who -- who

5   watched it all work.  He was in the control room

6   for -- when Dominion was rigging the elections in

7   Venezuela.

8        Do -- do people really think that what

9   happens everywhere else in the world with or

10  without CIA help and other nefarious interests

11  can't happen here?  Have we learned nothing in the

12  last four years about the lies --

13       JOHN FREDERICKS:  Uh-huh.

14       SIDNEY POWELL:  -- and extent they'll go to

15  steal and cheat and -- and control the money and

16  power of the world?

17       JOHN FREDERICKS:  So, Sidney, you have --

18  do you -- so you're saying that you have direct

19  evidence and direct affidavits in your possession

20  that are going to come to light and show that this

21  election was fraudulent and stolen; is that what

22  I've heard?

23       SIDNEY POWELL:  Yes, absolutely.  And we

24  have evidence from computer experts and

25  mathematical experts and statisticians, you don't

Fredericks Show with Sidney Powell

11

1    just add 350,000 Biden votes all of the sudden at

2    three o'clock in the morning.  That's like

3    flipping a coin 350,000 times, and it always lands

4    on heads.  It doesn't happen.  It's a mathematical

5    and statistical impossibility.

6         JOHN FREDERICKS:  So in your judgment and

7    the research you've done and what you filed, how

8    did they manufacture these 350,000 votes for Biden

9    in the middle of the night?

10        SIDNEY POWELL:  Well, they can just

11   literally make up a number and inject it into the

12   system.

13        JOHN FREDERICKS:  Huh.

14        SIDNEY POWELL:  But they also had the

15   backup plan of the mail-in ballots or the mail-out

16   ballots, a friend calls them, because they're just

17   -- you know, indiscriminately mailed out by the

18   hundreds of thousands to people.  And they also

19   had counterfeit ballots.

20        So we have one instance where we've got

21   this big stack of machine-generated ballots with

22   the circle filled in perfectly just for Biden; and

23   the techs could take stacks of those and just

24   repeatedly run them through the machine to -- to

25   document the backup.

Fredericks Show with Sidney Powell

12

1        But the key -- when the algorithm broke,

2   when there were so many hundreds of thousands of

3   Trump votes at like two o'clock in the morning --

4   remember when all the networks suddenly stopped --

5        JOHN FREDERICKS:  Uh-huh.

6        SIDNEY POWELL: -- tallying electoral votes

7   or calling states --

8        JOHN FREDERICKS:  Uh-huh.

9        SIDNEY POWELL:  -- no matter --

10       JOHN FREDERICKS:  Uh-huh.

11       SIDNEY POWELL:  -- you could have 99

12  percent of North Carolina in, and they wouldn't

13  call it for --

14       JOHN FREDERICKS:  Uh-huh.

15       SIDNEY POWELL:  -- for President Trump,

16  which was absolutely ridiculous; yet, as soon as

17  the polls closed in California, they call it for

18  Biden.

19       JOHN FREDERICKS:  Uh-huh.

20       SIDNEY POWELL:  We think even California

21  might very well have gone for Trump.

22       JOHN FREDERICKS:  Uh-huh.

23       SIDNEY POWELL:  And they've been doing this

24  gradually to us over the years.  The states

25  they're saying are blue are not blue at all.

1    JOHN FREDERICKS:  Let's get to the truck in

2    Pennsylvania.  We had Phil Kline on a little bit

3    earlier, and he said that they've got evidence --

4    they've got -- you've an affidavit and a

5    whistleblower who said they drove a truck, a

6    tractor trailer, from Bethpage, New York, to

7    Pennsylvania at 3:00 in the morning, dropped it

8    off and there were 280,000 ballots in there; where

9    did those ballots come from, where's the truck,

10   why hasn't it been impounded, what -- are there

11   cameras, GPS?  The driver said this; how did

12   ballots get from Bethpage, New York to

13   Pennsylvania?

14   SIDNEY POWELL:  Well, I would guess they

15   had, you know, massive quantifies of the

16   counterfeit ballots or the pre-filled out fake

17   ballots stored in different parts of the country

18   to send them where they were needed in the middle

19   of the night to backfill the system.

20   And -- and they just -- the reason they all

21   had to stop counting was because they weren't

22   expecting the overwhelming -- I mean, we're

23   talking like 800,000 votes or 900,000 votes that

24   Trump had legitimately that they then had to

25   backfill in the system to try to cover for it with

Fredericks Show with Sidney Powell

14

 1   Biden.  And that's why those states had to stop

 2   counting.

 3        Every state that stopped counting is a --

 4   is a massive indicator of fraud.  But I'm also

 5   saying that it went far beyond all the states that

 6   had to stop counting.  The ones that had to stop

 7   counting, it was -- it was -- the Trump landslide

 8   was so overwhelming that it broke the algorithm.

 9        JOHN FREDERICKS:  Unbelievable.

10        SIDNEY POWELL:  And they had to stop and

11   they had to backfill with fake votes and

12   counterfeit ballots.

13        JOHN FREDERICKS:  What about yesterday you

14   said at the rally in Alpharetta City -- Powell

15   thus, by the way, has filed lawsuits in a number

16   of states, most recently Arizona -- by the way,

17   Kelli Ward, the Republican Party Chairman of

18   Arizona will be us, we understand, at the nine

19   o'clock hour today.  Sidney Powell with us now.

20        At the rally yesterday Sid- -- Sidney, you

21   said that you uncovered evidence of -- of

22   counterfeit ballots being shipped in -- into the

23   U.S. from Mexico.  Can you elaborate on -- on

24   that, Sidney?

25        SIDNEY POWELL:  Yes.  We have got some

Fredericks Show with Sidney Powell

15

1   video of counterfeit ballots being brought across

2   the border from Mexico; and we also have some

3   evidence that there was a plane load of ballots

4   being flown in from outside the country.  And one

5   witness says that that has been continuing, and

6   will infect the runoff elections in various

7   places.

8          JOHN FREDERICKS:  You've got direct

9   evidence that there were counterfeit ballots

10  printed in Mexico, basically shipped to the

11  U.S. -- over the U.S. --

12         SIDNEY POWELL:  I -- I don't know where

13  they were printed.  I don't know that they were

14  printed in Mexico, but we know they came -- some

15  came across the Mexican border into Arizona.

16         JOHN FREDERICKS:  All right.  So they --

17  they came in from Arizona, and -- and you believe

18  that that was part of the -- of the fraud that

19  perpetrated in this election trying to swing it to

20  Biden, is that --

21         SIDNEY POWELL:  Definitely.

22         JOHN FREDERICKS:  -- you have -- and you

23  have -- and you have evidence of that?

24         SIDNEY POWELL:  Yes.

25         JOHN FREDERICKS:  You've come under

Fredericks Show with Sidney Powell

16

1    criticism by a number of establishment media in

2    the last 24 hours over this really in Alpharetta.

3    I was there, by the way, and -- saying that you

4    were encouraging people not to vote in -- January

5    5th; how do you respond to that?

6         SIDNEY POWELL:  Our point was to put

7    pressure on the legislature, the governor,

8    Candidates Perdue and Loeffler and, frankly,

9    anybody else that would want an honest election,

10   to get out and start screaming about it.  Because

11   if we don't fix this now, when in the world are we

12   going to?  How can anyone go cast a vote for

13   anyone in a runoff election on a Dominion machine

14   or any other way than a paper ballot that they

15   know is going to be counted for the person they

16   voted for?

17        The magnitude and -- and mass of this fraud

18   is -- would have been incomprehensible to me eight

19   years ago.  It's what we expect in third-world --

20   third-world countries.  Well, if we're going to

21   turn the United States into Venezuela, let's keep

22   voting this way, because that's exactly what is

23   happening.

24        JOHN FREDERICKS:  So what you're saying is,

25   if you don't get change now, and you go down the

1    same path, they're going to end up the same place.

2    Stacy Abrams just had another 950,000 absentee

3    ballots mailed out.

4         So what I'm telling people is, if you don't

5    get change, why do you think it's going to be any

6    different?  You're going to go to bed, January 5th

7    at midnight and Perdue and Loeffler are going to

8    be -- head big, and then you're going to wake up

9    and they're going to lose.  It's going to be the

10   same -- the same thing.

11        Why -- why would it not be the same thing?

12   Tell me what -- if you don't change it, what

13   exactly is going to be different?

14        SIDNEY POWELL:  Exactly.  And even if one

15   of them wins, you don't know that that was the

16   will of the people.  That's the problem --

17        JOHN FREDERICKS:  Uh-huh.

18        SIDNEY POWELL:  -- because the system has

19   been rigged.

20        JOHN FREDERICKS:  Uh-huh.  Uh-huh.

21        SIDNEY POWELL:  And everybody on both sides

22   of the aisle should be up and jumping up and down

23   screaming about this.  One of the big problems is

24   that it -- probably a number of Republicans have

25   benefitted from this, too.

1      JOHN FREDERICKS:  Uh-huh.

2      SIDNEY POWELL:  Just in the end of 2019,

3   Elizabeth Warren and Amy Klobuchar and -- and some

4   other Democrats were screaming about it.

5      JOHN FREDERICKS:  Huh.

6      SIDNEY POWELL:  In 2003 -- or '6, Carolyn

7   Maloney, a democrat from New York was screaming

8   about this and tried to warn everybody not to buy

9   the machines --

10     JOHN FREDERICKS:  Uh-huh.

11     SIDNEY POWELL:  -- and they still got

12  bought.  So we don't know who all has benefitted

13  from it, other than the powers that be, either

14  sell or -- or know or blackmail, or whatever,

15  people to -- to rig the system.

16     JOHN FREDERICKS:  And so this fraud that

17  you're doing these lawsuits on, it covers mail-in

18  ballots, it covers Dominion's software, it covers

19  algorithms, it covers counterfeit ballots coming

20  in the middle of the night -- I mean, the way

21  you've outlined this, Sidney, this -- this is a

22  vote-fraud-election-stealing scheme on a scale

23  that nobody could have ever imagined.  But I think

24  what you've said is that because Trump was winning

25  by such a large margin, that's when the wheels

```
 1   came off their plan.  Right?  Is that --
 2        SIDNEY POWELL:  Exactly.
 3        JOHN FREDERICKS: -- a fair way of saying
 4   it?
 5        SIDNEY POWELL:  Yes.  Yes.  They have done
 6   any number of these things for years.  But it's
 7   because he won in such a humongous landslide,
 8   probably the largest vote count in American
 9   history --
10        JOHN FREDERICKS:  Uh-huh.
11        SIDNEY POWELL:  -- that the wheels did come
12   off, and -- and the fraud is being exposed.  And
13   -- and people have been paying more attention.
14   You're right, Americans all over the country are
15   absolutely fed up with the corruption in both
16   political parties.
17        JOHN FREDERICKS:  Uh-huh.
18        SIDNEY POWELL:  And I guarantee you that --
19   you know, it -- it's a lot of places, at all
20   different levels of government, local, county,
21   state -- wherever, and we need to demand that it
22   be stopped right now.
23        JOHN FREDERICKS:  Well, Sidney, what I
24   think you've -- you've helped do here is ignite a
25   movement, because I've never seen more anger
```

Fredericks Show with Sidney Powell

20

1   amongst voters than I have seen in the past three

2   weeks here in Georgia.

3        And what you're saying is -- look, people I

4   talked to yesterday at the rally were like, hey,

5   if I'm going to vote for these two senators, I

6   want action; you know, give me a reason to vote

7   right now, why should I?  So they can just -- just

8   steal it again and I can be made a fool out of

9   again?

10        I mean, that's what people have been saying

11   since I have been here for three weeks, and it's

12   -- the politicians don't want to acknowledge it.

13   So what they do is, McConnell's office sends -- a

14   salvo to Breitbart, then does a hit piece on Lin

15   Wood.  I mean, that's the way the machine works.

16   Okay.

17        SIDNEY POWELL:  Oh, yeah.

18        JOHN FREDERICKS:  People --

19        SIDNEY POWELL:  And Lin has donated

20   hundreds of thousands of dollars to Republican

21   candidates.  The President is -- loves him.  He

22   loves the President.  I mean, that was just

23   absolutely ridiculous.  We even tried to call

24   Senator McConnell last night to explain to him

25   what was going on.  And instead, you know, we get

1   this ridiculous hit piece in Breitbart.

2         JOHN FREDERICKS:  Yeah.

3         SIDNEY POWELL:  So -- just hogwash.  I

4   mean, I'm well-aware of the fact I'm going to

5   irritate a whole lot of people --

6         JOHN FREDERICKS:  Uh-huh.

7         SIDNEY POWELL:  -- but I think they need

8   irritating.

9         JOHN FREDERICKS:  Uh-huh.  Well, because if

10  not now, when?  I think what you've said here, if

11  we don't fix this now, it's just going to continue

12  on.

13        I mean, they figured out how to rig it, but

14  the most compelling thing you've said is, you

15  know, if it was a thous- -- 10,000 votes here,

16  15,000 votes there, they've done this in the past,

17  they -- it gets under the radar screen.

18        But when they look at Pennsylvania and

19  they're losing by 900,000 votes at ten o'clock at

20  night, that's when everything went haywire.

21  That's when ballots start getting shipped in from

22  New York and Bethpage in trailers.  That's when

23  machines start getting manipulated.  Everything

24  goes down.  They lock the -- the windows in

25  Philadelphia.  They lock the doors.  They throw

Fredericks Show with Sidney Powell

22

1    Cory Lewandowski out, even though we had a court

2    order.  That's when everything -- that's when

3    everything fell apart for them, because it -- it

4    had to be too big to go under the radar screen.

5         Okay.  So only got a couple more minutes.

6         What is the pathway, what is the legal

7    pathway right now for Trump to be inaugurated, and

8    is there one?

9         SIDNEY POWELL:  Oh, yeah.  There's --

10   there's definitely one.  There -- a number of

11   things can happen:  Legislatures need to, you

12   know, set aside any certification of the vote and

13   choose Trump electors.  That should happen in

14   every swing state that's an issue.  Every state

15   where the machines stopped counting in the middle

16   of the night.

17        You realize this is the only time in

18   America history we stopped counting on election

19   night?  Except for one county in Florida, Broward

20   County, in Bush versus Gore?  I mean, that's

21   how -- this was the most flagrant in-your-face

22   abject massive voter fraud in the history of the

23   world, other than some -- a county like Venezuela

24   with Hugo Chavez or Mongolia or -- you know, some

25   place where they do this all the time.  That's how

1  in-our-face they were about all of it.

2      JOHN FREDERICKS:  Sidney, why did they stop

3  counting the ballots, what did that allow them to

4  do?  Because we were all there -- like -- it was

5  like -- it started about 1:00 or 2:00 a.m. --

6  about 1:00 -- 1:00 to 4:00 a.m., where they just

7  stopped counting.  I've never seen that.  I've

8  covered these forever.  I -- I've never seen that.

9      Why did -- why did they do that?  Why was

10  that the plan?  Because it was just not in one

11  county or state, it was in all these states they

12  just stopped counting.  What was the object of

13  that?  What was -- what were they trying to do?

14      SIDNEY POWELL:  Well, they were determined

15  not to give Trump 270 electoral votes on election

16  night.  That was clear from what the media was

17  doing on all the stations, including Fox.

18      I mean, they -- they were part of this,

19  too.  It was like a script came out and they had

20  all agreed that they wouldn't -- no way they were

21  going to let Trump get to 270 electoral votes on

22  election night.

23      So the states stopped counting because --

24  because he had gotten so many hundreds of

25  thousands of votes, more than their algorithm

Fredericks Show with Sidney Powell

24

1    could fix, they had to do the things like truck in

2    the fake ballots or stand at the machines and run

3    the same ballots through 50 times until they got

4    the X number of votes they wanted.

5         JOHN FREDERICKS:  Wow.  So they stopped

6    counting --

7         SIDNEY POWELL:  That's called backfilling.

8         JOHN FREDERICKS: -- the votes --

9         SIDNEY POWELL:  They had to go in and

10   backfill --

11        JOHN FREDERICKS:  Backfill --

12        SIDNEY POWELL:  -- fraudulent votes for

13   Biden or insert votes.  We've got the -- in -- in

14   the machine calculations from -- I think it's

15   Michigan, where 20 minutes apart they inject,

16   specifically, the same number of Biden votes and

17   Trump votes at like 354,000 X-5-4 -- you know, for

18   Biden and then 124,352 for Trump.  You know, a

19   very specific number injected into the system

20   twice 20 minutes apart.

21        JOHN FREDERICKS:  What are the odds on that

22   happening?

23        SIDNEY POWELL:  Right.  It doesn't.

24        JOHN FREDERICKS:  In- -- infinitesimal.

25        SIDNEY POWELL:  Yes.

Fredericks Show with Sidney Powell

25

```
1          JOHN FREDERICKS:  But yet --

2          SIDNEY POWELL:  Nonexistent --

3          JOHN FREDERICKS: -- no one -- no one wants

4    to ask a question.  No media interest in it.

5    Nothing.  Zero.  Just don't look here, go away.

6    Let's talk about Biden's fantasy cabinet.  That's

7    the frustration.  And that's what the frustration

8    you're getting from Georgia sitting -- I think you

9    saw that yesterday, 1500 people turned out; they

10   were fired up, cheering on your every word.

11         And McConnel thinks he can have -- somebody

12   do a hit piece on Lin Wood and they're going to do

13   a hit piece on you, and that's going to make it

14   all go -- go away.

15         They don't understand that people in

16   Georgia that we're talking to have had it --

17   they've had it with the whole thing.  And they're

18   not going to be taken for granted.

19         And what your message is, is fix it now so

20   it doesn't happen again on January 5th, because if

21   you don't fix it, the same thing is going to

22   happen, and you want action.  Everybody that I've

23   talked to who said:  Look, I'm not going to vote

24   on January 5th.  I'm like:  Well, what do

25   Republicans have to do to get you to turn out?
```

Fredericks Show with Sidney Powell

26

1    They said:  Action, do something, fix this, make

2    me heard; otherwise --

3        SIDNEY POWELL:  Yeah, Loeffler -- Loeffler

4    and -- and Perdue haven't even spoken out for

5    President Trump on this.

6        JOHN FREDERICKS:  Yeah.

7        SIDNEY POWELL:  I mean, what the hell?

8        JOHN FREDERICKS:  Yeah.  That's -- look, I

9    mean --

10       SIDNEY POWELL:  The -- the Republican party

11   is nowhere to be found on this fraud issue, which

12   leads me to think they're as complicit in it as

13   anybody else.

14       The American people are a hell of a lot

15   smarter than the politicians want to give us

16   credit for; and we are 100 percent fed up with all

17   of them.

18       JOHN FREDERICKS:  What would be your advice

19   to David Perdue and Kelly Loeffler right now in

20   order to win these two seats on January the 5th,

21   Sidney Powell?

22       SIDNEY POWELL:  Absolutely demand a

23   completely new Senate race on a paper ballot that

24   everybody can trust, and bipartisan counting of

25   them in full transparency.

Fredericks Show with Sidney Powell

27

1       JOHN FREDERICKS:  And if they did that --

2       SIDNEY POWELL:  And demand --

3       JOHN FREDERICKS: -- they would- --

4       SIDNEY POWELL:  -- a special section of the

5   legislature.  There should be a downballot race on

6   everything, all over from the Senate on down in

7   Georgia.

8       JOHN FREDERICKS:  Uh-huh.

9       SIDNEY POWELL:  There really should be.

10  And they could put it off a little longer if they

11  needed to.

12      But it is imperative to get this right.

13  And every public official in Georgia ought to be

14  demanding it now, and every candidate who was on

15  that ballot -- at least the top four contenders,

16  should be demanding that now.  They owe that to

17  the American people.  We are entitled to a legal

18  correct voting system that we're not defrauded

19  from.

20      JOHN FREDERICKS:  Sidney Powell, I want to

21  thank you for all you do.  Your lawsuits, they're

22  gaining traction.

23      Sidney Powell saying here in the John

24  (inaudible) show, she has direct evidence of and

25  -- and affidavits that are going to be presented

Fredericks Show with Sidney Powell

1  on voter fraud in a massive way from all angles,

2  from counterfeit ballots to truckloads of phony

3  ballots coming into Pennsylvania from New York.

4      And -- you know, we just had Phil Kline on

5  and I -- I asked him about that truckload again,

6  because -- I mean, it's easy to track.  And he

7  said:  Look, they didn't know that was going to

8  Pennsylvania; they had the ballots ready to go.

9  Maybe it was going to go to Milwaukee, maybe it

10  was going to go to Florida.  It -- we don't know.

11  All we -- all we do know is --

12      SIDNEY POWELL:  Right.

13      JOHN FREDERICKS: -- Trump was ahead by

14  900,000 in Pennsylvania, so they hit the panic

15  button, and that's where they went.

16      SIDNEY POWELL:  Right.  Yeah, they were

17  ready for this.  They have been prepared for this

18  for months.  They had their legal teams ready to

19  deploy, Marc Elias and the DNC are trying to

20  intervene in all of our lawsuits, as if they had

21  any right to do so, which they don't.

22      JOHN FREDERICKS:  Uh-huh.

23      SIDNEY POWELL:  They have been loaded for

24  bear and planned this for a long time.

25      JOHN FREDERICKS:  And you -- you still

1   believe today that on January 20th, President

2   Donald J. Trump is going to put his hand on the

3   Bible?

4           SIDNEY POWELL:  I do.

5           JOHN FREDERICKS:  Sidney Powell --

6           SIDNEY POWELL:  The American people see

7   this fraud, and we are not going to put up with

8   it.

9           (End of the recording.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

30

1                C E R T I F I C A T E

2

3            I, Jackie MENTECKY, do hereby certify that

4  I was authorized to transcribe the foregoing recorded

5  proceeding, and that the transcript is a true and

6  accurate transcription of my shorthand notes to the best

7  of my ability taken while listening to the provided

8  recording.

9

10  Dated this 4th day of January, 2021.

11

12

13

14

15  _____

16                Jackie MENTECKY

17

18

19

20

21

22

23

24

25