# Exhibit 99

```
 1
 2
 3
 4                         File:
 5   20201205 EXCLUSIVE Sidney Powell Suspects CIA In RIGGING
 6                    Elections Huckabee
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1      MIKE HUCKABEE:  As legal challenges
2  continue to bring light to alleged voter fraud of
3  the 2020 election, the clock is ticking before the
4  electoral college will meet to cast their votes
5  for president, just nine days from now.
6      Across the monolithic media we hear there
7  is no evidence; but actually, there are hundreds
8  of sworn affidavits which are, in fact, evidence.
9      My first guest says she has evidence of
10 voter fraud on the biggest scale in world history,
11 and adds that the Justice Department either needs
12 to get his act together or be cleaned out from the
13 top-down, preferably, as she says, with a firehose
14 and Clorox.
15      Here's my conversation with former federal
16 prosecutor, attorney for our General Michael
17 Flynn, and former Trump legal counsel, Sidney
18 Powell.
19      Sidney, there are so many things I want us
20 to visit about, but I need to get something sort
21 of off the table:  You have been quoted as saying
22 that maybe voters shouldn't go into Georgia and
23 vote in the Senate election, and that has been a
24 very controversial position.
25      Do you feel like that you really are asking

Case 1:21-cv-00040-CJN   Document 1-98   Filed 01/08/21   Page 4 of 12
202001205   Exclusive Sidney Powell Suspects CIA in Rigging

3

1    Georgia republicans to stay home and not vote in
2    that very critical runoff?
3         SIDNEY POWELL:  No, that was completely
4    misconstrued.  Our point was that the system right
5    now is corrupt, the Dominion machines cannot be
6    relied on at all, and we want everyone,
7    republicans, the candidates, everyone to stand up
8    and speak out about the fraud that happened in
9    Georgia, and find a way to vote in time that
10   allows people to know that their vote is being
11   counted the way they voted it.
12        Because right now, the system is just as
13   rigged as it was four weeks ago.  We can't trust
14   it.  And there has to be a way to get it right so
15   that everyone who votes, and we encourage everyone
16   to vote, knows their vote is real and being
17   counted, and not shaded or have results shaved off
18   of it and given to another candidate or otherwise
19   rigged.
20        MIKE HUCKABEE:  Well, and --
21        SIDNEY POWELL:  And I mean, you can't
22   repeat the same procedure and expect a different
23   result.
24        MIKE HUCKABEE:  Well, I appreciate your
25   clarity on that, because I think you've been

```
 1   vilified by some people that said that you were
 2   trying to essentially throw the election to the
 3   democrats; and I said, I don't think that's what
 4   Sidney Powell would want to do.  I -- I think I
 5   know her well enough.
 6        You -- you are a rock-star lawyer, and I
 7   say that with great affection and admiration for
 8   the many things that you have done in your legal
 9   career that have been breakthrough moments.
10        What you're dealing with right now, in
11   looking at the election and the manner in which it
12   was held in a lot of states, have you ever dealt
13   with anything quite like this before and why
14   should everyone be worried about it?
15        SIDNEY POWELL:  Well, even the democrats
16   pointed this out years ago, I think Carolyn
17   Maloney was the first person I saw raise any issue
18   about it at all, and that was back in 2006, I
19   believe, when she spoke out vehemently against it
20   and wrote the secretary of treasury and other
21   people, it never should have been approved by
22   CFIUS to have the Dominion machines used in the
23   United States at all.
24        I mean, none of us realized -- well, I
25   mean, I guess a few people did, like she did, and
```

1    Elizabeth Warren and Amy Klobuchar in 2019,
2    realized that our votes were being handled on a
3    Venezuelan-created software platform and sent out
4    of the country to be counted again by communist
5    nations, with complete hackability and ease of
6    access, to almost anyone who wanted it.
7          I mean, we've seen a video of a 15-year-old
8    hacking in the Dominion voting machines in a span
9    of ten minutes, and a pro can do it in less than
10   two.  We also identified the fact that the
11   Smartmatic-Dominion people left VPNs wide on and
12   unencrypted to allow access by all kinds of
13   foreign actors the night of the election.
14         This election was manipulated but evil
15   nations like China, a communist party which owns
16   75 percent of the investment company that owns
17   Dominion.  And then be also by Iran.  There were
18   Serbian people in the system at the time.
19   Lichtenstein -- I mean, there were hackers all
20   over in our own election system during the
21   election, and we know that the Dominion machines
22   were created for the very purpose of altering the
23   vote count to ensure the election of people like
24   Hugo Chavez and Maduro in Venezuela.
25         The same thing is happening here now, and

1  this isn't the first time it's happened, Mike.  We
2  don't even know how many elections have been
3  rigged by virtue of the software.
4         MIKE HUCKABEE:  And, Sidney, not
5  surprisingly, Dominion comes out and says these
6  machines are absolutely foolproof, they're full of
7  integrity, there's nothing to see here, let's move
8  on.
9         But more surprisingly, because that's not a
10 surprise, but more surprisingly the media keeps
11 saying there is no evidence.  There's no evidence.
12 You and others have shown hundreds of affidavits,
13 sworn statements, under penalty of perjury, that
14 means a person can go to prison for lying about
15 it, of people who say they saw funny business
16 going on.
17        How come we can't seem to get the media and
18 -- and even the general public interested in the
19 evidence that you have amassed and distributed?
20        SIDNEY POWELL:  Well, I think it's
21 extremely unsettling to know that American
22 elections have been just as rigged as elections in
23 third-world countries have been.
24        I'm sure the CIA has been involved in any
25 number of those activities.  If not here, in other

1   places around the world.  It may have been the CIA

2   that created the software and programs to begin

3   with, and then exported them for their own use,

4   only to have it come back to us.

5        It could be that, you know, very important

6   powerful, extremely wealthy people, were involved

7   in rigging this election.  It -- it's globalists'

8   interest.

9        I mean, frankly, everyone in the world,

10  except for the millions of Americans that wanted

11  to elect Donald Trump to clean up the swamp and

12  drawn the swamp, want this world to continue the

13  way it was, with them having all the power and

14  working behind the scenes to rig elections and

15  everything else, so that they can profit from

16  their own nefarious activities.

17        MIKE HUCKABEE:  You know, it --

18        SIDNEY POWELL:  I mean, it's massive.  I'm

19  sure the media --

20        MIKE HUCKABEE:  Yeah.

21        SIDNEY POWELL: -- companies are involved in

22  it, too.  I noticed how all the same- -- all the

23  -- the same night as if they were cued at once,

24  they stopped counting electoral votes, and the

25  machines stopped counting in -- in the swing

Case 1:21-cv-00040-CJN   Document 1-98   Filed 01/08/21   Page 9 of 12
202001205   Exclusive Sidney Powell Suspects CIA in Rigging

8

1  states.  It was all timed and planned, and
2  organized and funded.
3         MIKE HUCKABEE:  It -- it sounds like a -- a
4  movie script, but we're talking about it in real
5  time.
6         And -- and honestly, Sidney, some of the
7  things that you're saying, it sounds preposterous.
8  It -- it's almost -- is beyond description.
9         In the one minute that we've got left,
10 which is not enough time, but I -- but I want to
11 keep you on your schedule, you separated yourself
12 from the official Trump campaign lawsuits, and --
13 I think the obvious question, why?
14        SIDNEY POWELL:  Because I wanted to pursue
15 the fraud wherever it goes.  And at the time the
16 campaign was focussed on an entirely different
17 avenue of approach to the election issues, I knew
18 how important the fraud was, not just to this
19 country, but to the world.  It should -- people of
20 both parties, of every party, every political
21 persuasion, should be concerned about this.  As I
22 said, the democrats were, until this election.
23        So there are no telling how many
24 congressional and senate seats and even
25 governorships we've lost, Mike, because of this.

```
 1    They've been telling us the country has been

 2    trending blue, it has not.  That is an abject lie.

 3    And we've collected the data that's going to show

 4    that among many other things.

 5         MIKE HUCKABEE:  Even though we're out of

 6    time, a quick answer on this one:  Is it too late

 7    to change the results --

 8         SIDNEY POWELL:  No, it's not too late.

 9         MIKE HUCKABEE:  -- of this election --

10    okay.

11         SIDNEY POWELL:  No, it's not too late.  The

12    people must absolutely demand it.  The electors

13    have not been chosen yet.  The fraud in Georgia is

14    blatant.  There's a video of it that's going viral

15    where women in the -- the State Farm Arena pulled

16    out suitcases of ballots from under the table

17    after they lied to people about the voting being

18    over, and needing to go home because of a -- a --

19    a break in a water line, or something; that was a

20    lie.  And they counted for three hours and put

21    illegal ballots through the machine; that was more

22    than 20,000 votes for Biden that were false

23    fraudulent ballots.  That alone flips the state of

24    Georgia.

25         And the fact that the Senate (inaudible)
```

1  and the governors haven't risen up and demanded
2  that that be fixed is extremely painful and
3  telling.
4       MIKE HUCKABEE:  Well, Sidney, I've often
5  said that if I ever get in trouble, I'm going to
6  call you; and if you ever hear from me in the
7  middle of the night, please take the call.  Would
8  you just make me that promise?
9       Thank you for being with us and -- and
10 sharing on our show.  Thank you very much.
11      SIDNEY POWELL:  You're welcome.  Thank you
12 for all that you do.
13      MIKE HUCKABEE:  You can keep up with Sidney
14 Powell on Twitter, and her website
15 SidneyPowell.com.
16      You can also pick up Sidney's books,
17 including her latest, called Conviction Machine,
18 wherever books are sold.
19      (End of the recording.)
20
21
22
23
24
25

```
 1                  C E R T I F I C A T E
 2
 3              I, JACKIE MENTECKY, do hereby certify that
 4   I was authorized to transcribe the foregoing recorded
 5   proceeding, and that the transcript is a true and
 6   accurate transcription of my shorthand notes to the best
 7   of my ability taken while listening to the provided
 8   recording.
 9
10   Dated this 29th day of December, 2020.
11
12
13
14
15                      _____
16                            JACKIE MENTECKY
17
18
19
20
21
22
23
24
25
```