# Exhibit 100

screenshot-twitter.com-2021.01.06-14_13_49
https://twitter.com/SidneyPowell1/status/1338920555966320641?s=20
06.01.2021

