# Exhibit 101

1

2

3

4                          File:

5

6

7    20201229 FlashPoint - Hope Is Not Lost!   Featuring

8                 Attorney Sidney Powell

9

10              (Excerpt 16:00 minutes to 59:19.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

FlashPoint Hope is not lost

2

```
 1        REPORTER:  All right.  I want to bring in
 2   our special guest, via telephone, Attorney Sidney
 3   Powell -- attorney.  Welcome to the program.
 4        SIDNEY POWELL:  Oh, thank you so much.  I'm
 5   honored to join you.
 6        MARIA BARTIROMO:  Okay.  Sidney, we -- we
 7   are looking for hope out there, and I know you can
 8   only talk about some things, and we want to
 9   respect that.
10        But what is it you want to tell to the --
11   the good people of America, the bible-toting
12   conservative Christians that are looking for
13   something to happen; give us some hope.
14        SIDNEY POWELL:  Well, I think everybody out
15   there listening now needs to stand up and make
16   their voices heard.  I just caught a little bit of
17   the person speaking right before I came on, and I
18   agree with absolutely everything he said.
19        But I think one of the things that needs to
20   happen immediately, and I -- I would like to see
21   it happen this Sunday, is for absolutely every
22   church in the country to open up, and everybody go
23   and take their masks off, if they want to or not;
24   but open the church doors and go to church
25   everywhere across this country.  They cannot
```

1    arrest 75 million Christians.

2         REPORTER:  Right.  That's good.  Act- --
3    absolutely.

4         All right.  Okay.  Attorney Powell, I have
5    a question for you:  As far as President Trump
6    retaining the presidency in this whole election
7    debacle that's happened, what are the viable paths
8    that we have now to see that happen?

9         SIDNEY POWELL:  Well, there are multiple
10   cases pending in the Supreme Court that has --
11   done nothing with, we have four states in play on
12   our petitions for emergency mandamus to ask the
13   Court to decertify Arizona, Michigan and Wisconsin
14   and Georgia, because of all the massive fraud
15   there.

16        We have filed documents on each of them.
17   You can go to defendingtherepublic.org to see the
18   documents, including the exhibits and the evidence
19   that we filed with each one of those cases.  Or
20   the website Kraken, K-R-A-K-E-N, hyphen wood.com;
21   which is a news aggregation site that Lin Wood and
22   I started to try to get the truth out to people.

23        And Twitter will not even allow you to link
24   that website in a tweet, and they -- they shut it
25   down the very first night.  We got 100,000

1  followers the very first night we set up the

2  Twitter account for it, and told people that it

3  was there; so they shut the Twitter down, and they

4  shut down the -- any ability to link that website

5  on Twitter.

6      REPORTER:  All right.  We -- we're going to

7  get that website put up there so we can make sure

8  our viewers can see that.  And -- and, of course,

9  good that --

10     SIDNEY POWELL:  But a -- another -- another

11 thing is to -- I think everybody needs to start

12 getting out in front of the homes of their state

13 legislators and making it clear in the swing

14 states that they want those elections decertified.

15 The electors for Biden should not be allowed to

16 participate in the electoral college vote in any

17 way, shape or form.

18     We've also filed a lawsuit against Vice

19 President Pence in his official capacity, because

20 we want to make sure he knows, and the law is

21 clear, that he has the authority to reject any

22 electors at all under the 12th Amendment to the

23 United States Constitution; that we just filed

24 last night late in the Eastern District of Texas.

25 Congressman Louie Gohmert is the Plaintiff, along

1    --

2         REPORTER:  Right.

3         SIDNEY POWELL:  -- with a number of -- a --

4    Arizona electors for President Trump.  And the

5    fraud everywhere is just so outrageous.  I'm

6    pretty sure they ran the algorithm to flip two

7    points of the votes from Trump to Biden almost

8    everywhere across the country.  Certainly they did

9    it everywhere on Dominion.

10        There's already a -- a published report

11   from the Antrim County, Michigan investigation,

12   the only place we were allowed to examine the

13   machines, that show that that's exactly what

14   happened.  And the vote in all the Dominion areas

15   was 5.6 percent or so higher for Biden than any

16   other areas in the country.  And that would be

17   attributable to that algorithm.

18        I think the algorithm may have been run on

19   other systems, too.  It's not just Dominion,

20   because they all use the same software, and -- and

21   can do the same things.

22        REPORTER:  So it --

23        SIDNEY POWELL:  For states that think they

24   are solid on --

25        REPORTER:  Right.

FlashPoint Hope is not lost

1     SIDNEY POWELL:  -- other machines may not
2  -- may very well not be, we just don't know.  And
3  I think if they did not have something to hide,
4  they should allow the audit of any machines
5  anybody wants to audit, frankly, anywhere in the
6  country, because we're supposed to have open
7  transparent elections in this country.  Federal
8  law requires that the voting records and
9  everything respecting any kind of national
10  election, all those records be kept for 22 months
11  under penalty of going to prison --
12     REPORTER:  Wow.
13     SIDNEY POWELL:  -- for up to a year, and
14  being fined in a criminal prosecution.  And for
15  people to have destroyed any ballots or any
16  records, that is a -- a one-year penalty.
17     REPORTER:  Yeah, absolute- --
18     SIDNEY POWELL:  The reason we have that is
19  because it's so important that our elections be
20  completely trustworthy and transparent.  That's a
21  hallmark of the rule of law; in a free society,
22  we're supposed to be one person, one vote.  One
23  citizen, one vote.
24     REPORTER:  So let me ask about January 6th.
25  Everybody's talking about that's the big day, you

FlashPoint Hope is not lost

7

```
 1  know, with the Electoral College.  What if things
 2  don't get -- is that really the end of the -- the
 3  path or is January 20th even the end of the path?
 4  If we discover that there's much more fraud, and
 5  it finally comes to light and we're actually ab-
 6  -- people actually listened to the cases; is it
 7  possible that President Trump would be back
 8  President Trump after January 20th, or is it
 9  really -- is that kind of our hard cut-off date?
10       SIDNEY POWELL:  Well, it -- it's definitely
11  possible, because the Supreme Court can do what it
12  wants to do, but it gets more difficult the longer
13  it takes.  The President has all the authority he
14  needs now under the executive order that was
15  issued in 2018 on election interference from a
16  foreign power, there's so much evidence of that,
17  we put out a 270-page explanation of all of it.
18  And -- and that's published now on kraken-wood.com
19  and defendingtherepublic.org.  And I think
20  probably at sidneypowell.com, too; trying to make
21  it as available as we can to people, so they can
22  see all the incredible evidence of foreign
23  interference in the election.
24       And, in fact, the FBI and the CISA agency
25  documented it.
```

FlashPoint Hope is not lost

1      REPORTER:  All right.  John Graves, I -- I
2  want to pitch this over to you, John.  I know you
3  have a question for Sidney Powell.

4      JOHN GRAVES:  Yeah.  To me, Sidney, what
5  happens -- I know it gets harder and harder with
6  each one of these, let's say that some -- on the
7  6th that what Pence does, is sends it to the two
8  chambers, they debate for two hours, and can more
9  evidence come there because the courts lack the
10  political will to let people see the evidence, can
11  one senator get the evidence out or are there
12  McConnells of the world going to crush this?

13      SIDNEY POWELL:  I -- I wish I knew all the
14  answers --

15      JOHN GRAVES:  Yeah.

16      SIDNEY POWELL:  -- to those questions.
17  There are so many different possibilities.  Vice
18  President Pence should simply refuse to accept the
19  illegal electors, the electors from the states in
20  which there was demonstrable significant fraud.
21  And if he does that, then it would have to go for
22  President Trump.

23      REPORTER:  Yeah.  So -- but at that point
24  it splits between the two chambers, they debate
25  for at least two hours, but if there's very few

FlashPoint Hope is not lost

1   senators stepping forward in this case, do you

2   think -- because there's a lot of opinions out

3   there, Pence has the authority with these dueling

4   electors to say, look, they sent dueling electors

5   here, we're just going to disqualify them all,

6   which immediately triggers the 12th Amendment.

7       Is that a possibility the way you see this

8   working?

9       SIDNEY POWELL:  Well, I -- I think the

10  possibility is that he has the actual ability to

11  select the President himself by virtue of

12  disregarding --

13      JOHN GRAVES:  Jefferson --

14      SIDNEY POWELL:  -- the illegal electors.

15      REPORTER:  Right.  So --

16      JOHN GRAVES:  Yeah, Jefferson did that in

17  --

18      SIDNEY POWELL:  And, in fact, Thomas

19  Jefferson -- Thomas Jefferson did that when he

20  became President.  He was actually --

21      JOHN GRAVES:  Exactly.

22      SIDNEY POWELL:  -- Vice President at the

23  time, as I recall, and then counted the electoral

24  votes --

25      JOHN GRAVES:  And Georgia was involved,

 1   actually.

 2         SIDNEY POWELL:  -- himself.  Yeah.

 3         JOHN GRAVES:  That -- that is exactly

 4   right.

 5         REPORTER:  So what about Vice President

 6   Pence, I -- I know that on this network and

 7   Christians all around the world, especially here

 8   in America, we're -- we're all praying for Vice

 9   President Pence, because there's got to be an

10   immense amount of pressure on him.

11         Is there anything that we can -- you can

12   reveal to us there with him, and where things are

13   at, and what he's thinking?

14         SIDNEY POWELL:  No, I don't know what he's

15   thinking.  I was hoping that his counsel might

16   agree to expedite our lawsuit on these very legal

17   issues that we're discussing right now, to make it

18   clear that he has that authority, and get that all

19   wrapped up so that there no- -- there's no doubt

20   about it on the 6th, but they've asked for longer

21   to brief it.

22         And right now we have a motion to expedite

23   the briefing schedule pending in front of the

24   Judge in Texas that has the case.

25         I think everybody needs to pray that Vice

1   President Pence has the strength and wisdom and

2   courage, because I don't see how any good

3   Christian could certify a fraudulent election.

4   And there is so much evidence of fraud; we haven't

5   even begun to compile all of it.  It's absolutely

6   massive.

7        We get more every day.  I'm still drinking

8   information through a fire hose that supports

9   nothing but an extraordinary criminal fraud to

10  destroy the republic of the United States of

11  America.  It's not about President Trump, it's

12  about --

13       REPORTER:  Right.

14       SIDNEY POWELL:  -- the future of this

15  republic.  If we can keep it, and we're on the

16  verge of absolutely losing it right now.

17       REPORTER:  So -- and -- and, you know, to

18  the average American sitting at home watching

19  tonight -- I mean, they're sitting there going:

20  How much more corruption can there be?

21       It seems like everywhere we turn, it's

22  like, oh, my gosh, he's -- is he a good guy?  I

23  thought he was a good guy; he's a bad guy.

24       What do you -- what do you say to -- I

25  mean, I know we're -- we're praying and we're

FlashPoint Hope is not lost

12

1  praying for you, Sidney.  We're going to pray

2  before you hang up tonight, for you on the phone

3  here; but what -- is the level of corruption in

4  our government really to this degree that we're

5  seeing?

6        SIDNEY POWELL:  I'm afraid it is.  The real

7  (inaudible)  to steal votes, and make it appear

8  that people have engaged in free and fair

9  elections has been around for, at least, a decade.

10  I'm sure it was used in 2016.  To some extent it's

11  been used in particular elections in particular

12  places.  It's been used all around the world in

13  other countries.

14        I would be willing to venture a strong

15  guess that the CIA is probably the originator of

16  the software to begin with; and then it was sold

17  to Venezuela and exported everywhere, and they

18  wanted to export it and use it to control who is

19  in power in different places.

20        We have trillions of dollars of global

21  wealth and -- and power and corrupt power raging

22  against us right now, to the -- an extent we can

23  hardly comprehend.  This is the classic battle of

24  good versus evil, freedom versus tyranny.  And

25  they've been lining their bank accounts with

1   billions and billions and trillions, actually, of

2   dollars from all these global deals they've made,

3   and the foreign aid that's been sent from the

4   United States to other countries, and it -- all of

5   it's gone to line the pockets of dictators and

6   everyone else.

7       It's -- it's hard to wrap your head around

8   the magnitude of this problem, but that is the

9   reality we're facing.  And I will not deny that.

10  The only way to solve a problem is to correctly

11  identify it.  This is massive.

12      REPORTER:  That's --

13      SIDNEY POWELL:  We've got to start here.

14  The fact that our FBI and DOJ have done nothing

15  about this tells you how deep and wide the problem

16  is.  They have even had reports of some of these

17  instances that we're talking about -- and we're

18  talking about hundreds of thousands of fake

19  ballots, and tens of thousands of illegal people

20  voting, and duplicate votes, dead people voting --

21  you know, all manner and means of fraud pervaded

22  this election.

23      But the most insidious and egregious of it

24  is the machine fraud, and the -- the mail-in

25  ballot scam that they used to create fake ballots

1  and then try to backfill in the states that

2  stopped counting the night of the election so that

3  they could try to create the illusion that Biden

4  won; when they know damn well he didn't.

5       REPORTER:  Right.  Let me take it over to

6  Lance Wallnau.

7       Lance, you got a -- a final question here

8  for Attorney Powell?

9       LANCE WALLNAU:  Yeah.  I just -- I just

10  want to say, the person you were listening to

11  before you spoke is Mario Murillo, and he was

12  looking for a patent to arise, but I -- I would

13  say that you advising every church to open and

14  everyone to take the dang mask off and show up at

15  the homes of state legislators -- I would say

16  you're rather patenesque.

17       Do you feel support coming from people that

18  are hearing you?  Because that -- you're about the

19  boldest, clearest, most courageous voice I know

20  of.  You're like a Deborah in Israel.

21       Do you feel that support out there?

22       SIDNEY POWELL:  I -- I do.  I do.  God did

23  not give me a spirit of fear.

24       REPORTER:  That's right.

25       SIDNEY POWELL:  I simply don't have it.

FlashPoint Hope is not lost

15

1    I'm not going to have it.  And no matter how many

2    people threaten me --

3         JOHN GRAVES:  Awesome.

4         SIDNEY POWELL:  -- or file suits against me

5    or file bar grievances against me, which has all

6    happened in the last several weeks, it is not

7    going to make any difference.  I am going to forge

8    ahead.  I am determined to find the truth.  We

9    know it's out there.  Truth is the armor of God.

10   We are entitled to it.  We are entitled to be the

11   free country that God wanted us and created us to

12   be.  And we cannot continue to allow this tyranny

13   to have another day hold on us.

14        JOHN GRAVES:  Exactly.

15        SIDNEY POWELL:  And I think opening the

16   churches and everybody simply going this Sunday

17   would make a massive statement to the evil powers

18   that seek to take over this country.

19        REPORTER:  Amen.  Well, pastors you heard

20   it you -- you heard it right there.  All right.

21   We're going to let you go here, Attorney Powell,

22   but I wanted to say on behalf of Kenneth Copeland

23   and Gloria Copeland, Pastor George and Terri

24   Pearsons; all of us here at the Victory Channel.

25   We're praying for you.  We're going to pray for

1   you right now.

2      So Father, in Jesus name, Lord we just lift

3   up Sidney Powell and her team, and all that she's

4   dealing with.  Father, we give -- ask you for

5   strength.  We ask you for a refreshing in her body

6   and her mind.  And thank you, Lord, for her

7   resolve, and her -- her -- her attitude, and her

8   prowess and her -- her ability to take this where

9   it needs to go.

10     Father, we put our faith behind her.  And,

11  Lord, we thank you, Father, for in Jesus name.

12  Amen.  Amen.

13     Attorney Powell, thank you so much for

14  joining us.  I hope we can have you back real

15  soon.  I know we've all enjoyed it, having you

16  here.  I know you're a busy lady.  We'll let you

17  go.

18     SIDNEY POWELL:  Thank you so much.  And

19  thank you for all the prayers.  General Flynn and

20  I felt uplifted by all of them the whole time we

21  dealt --

22     REPORTER:  Amen.

23     SIDNEY POWELL:  -- with his ordeal, and we

24  feel it now, too.

25     REPORTER:  Yes.

FlashPoint Hope is not lost
17

```
 1          SIDNEY POWELL:  We have to take this
 2    country back for -- for God, and put God back in
 3    this country --
 4          REPORTER:  Amen.
 5          SIDNEY POWELL:  -- where he belongs.
 6          REPORTER:  That's right.  Well, you've been
 7    very encouraging to us.
 8          SIDNEY POWELL:  We got to --
 9          REPORTER:  Thank you very much.
10          SIDNEY POWELL:  Thank you all.
11          REPORTER:  And God bless you.
12          SIDNEY POWELL:  Have a good night.
13          REPORTER:  Yeah, bless you.
14          SPEAKER:  Thank you.
15          REPORTER:  Okay.  So there you hear, Sidney
16    Powell right here on the Victory Channel,
17    encouraging all hope is not lost, Lance.
18          You know, you can put a smile on your face.
19    It's not gone.  We -- there's still a path -- a
20    path to freedom.
21          LANCE WALLNAU:  I wasn't aware that I was
22    the depressing element.  Thank you.  I'm
23    encouraged.
24          JOHN GRAVES:  You're pointing out the
25    encourage -- she -- she is -- I was thinking the
```

1    same thing, Lance, she is -- she's got the spirit

2    of a warrior like Patton and Eisenhower.  She is a

3    Deborah.  She's like Jael, the lady who let the

4    enemy in the tent, and as he fell asleep from

5    weariness, she drove a tent peg through him and

6    destroyed the enemy and delivered Israel.  So God,

7    we just continue praying for her.  We pray that

8    same courage over Pence.  We thank you for Trump,

9    that you've given that.

10         SPEAKER:  Yeah.

11         JOHN GRAVES:  And so God, everyone

12   listening to us, let them stay in an attitude of

13   prayer to encourage more --

14         SPEAKER:  Yeah.

15         JOHN GRAVES:  -- courage from pastors, from

16   judges, and from politicians.

17         REPORTER:  You know, I -- she efficiently

18   called out all the pastors in America, you -- she

19   called you out, open the church --

20         JOHN GRAVES:  -- called them out --

21         LANCE WALLNAU:  Yeah.

22         REPORTER:  All that is great.  All right.

23         Well, we're going to pick this up right

24   after the break.  And we're going to put all those

25   websites back up that she talked about.  We'll get

1   all those up so you can write those down, and see

2   it on social media.

3        Hey, make sure you share this -- this

4   broadcast on your social media.  Go to our

5   website, make sure you take part of all the stuff

6   that we have to offer you, and we'll be right back

7   after this break.

8        (Advertisement.)

9        REPORTER:  Welcome back to FlashPoint for

10  the second half.

11       Listen, I -- I hope you were encouraged

12  like we were encouraged to hear Sidney Powell say

13  that.  Wasn't that good?  I know you guys enjoyed

14  that.  I think -- I think Mario is ready to go out

15  on the road with her.

16       So, listen, I want to play this clip that

17  happened not too long ago with the representative

18  from Georgia, Marjorie Taylor Greene.  Listen to

19  what she had to say, this will encourage you:

20       (Recording played as follows:

21       Marjorie Greene:  I just finished with our

22  meetings here at the White House this afternoon.

23  We had got a -- had a great planning session for

24  our January 6th objection.  We aren't going to let

25  this election be stolen by Joe Biden and the

1   Democrats.  President Trump won by a landslide.

2   Call your House reps.  Call your Senators from

3   your states.  We've got to make sure they're on

4   board and we already have a lot of people engaged.

5   Okay.  Stay tuned.

6        (End of playback.)

7        REPORTER:  There you go stay tuned.

8   Listen, I -- there's -- there's been a shift in

9   this program, not that we were utterly depressed

10  when we started.  I know I pick on Lance, but he

11  wasn't depressed.

12       But, listen, there's a shift, you should be

13  encouraged, this thing can still turn around.

14  Don't give up hope, keep the faith.  I can hear

15  Brother Copeland behind me going:  Have faith in

16  God.

17       That's what exactly what you need to do.

18       SPEAKER:  Yes.

19       REPORTER:  We're going to have faith in

20  God.

21       All right.  John, I want to ask you, you

22  know, when you heard Sidney and also represent

23  Repre- -- Representative Greene there, there's --

24  there's --

25       JOHN GRAVES:  Yeah.

FlashPoint Hope is not lost

1    REPORTER:  -- it's the part we don't ever

2  see, this is what's so hard for those of us

3  conservative believers that we're -- we're looking

4  for anything for hope, and because of the

5  mainstream media, we're just not getting any hope

6  out there.

7    JOHN GRAVES:  Yeah.  Yeah, and the -- and

8  the phrase to me is put your hope in God, it is

9  helpful when we see some evidence, but faith by

10  definition is having belief that God is going to

11  do something, even when we can't see it.  So I

12  think what is incredible about your program, Lance

13  and Mario, encouraging people is -- is that so

14  many people don't have any good news.

15    And so David fed himself on God's

16  faithfulness, and when they see little things like

17  this, it encourages faith, I think.

18    SPEAKER:  Yeah, amen.

19    JOHN GRAVES:  So we all need it.  We all

20  need to encourage ourselves.  It's the Galatians 6

21  thing.  It's the Hebrews 12.  Your weak hands and

22  your feeble knees, strengthen them.  David Psalm

23  -- well, First Samuel 36, he strengthened himself

24  in the Lord.  So I would encourage everybody

25  listening to us, encourage yourself in the Lord,

1   encourage other people --

2        SPEAKER:  Yeah.

3        JOHN GRAVES:  -- and do not give up.  It is

4   not -- it is not over.  God specializes in

5   miracles and he specializes in making us wait

6   until the last minute.

7        REPORTER:  Yeah.  That's right.  All right.

8   Lance, I know you got something to say, in effect

9   -- if -- and you guys need to follow Lance,

10  there's that Lance Wallnau -- because if you're up

11  at 2:00 a.m., you know, you never know if you

12  might tune in and see Lance talking about Twitter

13  tweets from Trump at 2:00 a.m.

14       So, Lance --

15       LANCE WALLNAU:  That's exactly right.

16       REPORTER:  Tell me -- tell me, what do you

17  think?  Where are we at?

18       LANCE WALLNAU:  This Twitter thing is so

19  annoying.  Four tweets from the President and the

20  -- and Twitter decided they weren't going to put

21  them out.  They're censoring the President of the

22  United States, people.

23       I mean, think about how crazy, the Jewish

24  people have a term meshugana.  These is how

25  meshugana these people are, these -- these Silicon

1    Valley oligarchs, the politicians, the big -- the

2    big multibillionaire Wall Street cats.  They are

3    against the working-class-faith people of America.

4    It's just we never saw it clearly.

5         And then when we voted, we expected

6    Republicans to represent us.  Now we're finding

7    out that they want the vote, but they don't want

8    to represent us.

9         This is going to lead to a cleansing --

10   almost like a deliverance of that spirit of

11   control in America.  You watch, there's going to

12   be a backlash.

13        But I just got a quick word; we're heading

14   into that new year time, you know in a new year

15   time what prophets do?  The prophets are all kind

16   of fielding and sensing what is coming in the

17   future.  And I've been talking to them lately,

18   Gene.

19        And here's something which I concur with,

20   what we're hearing:  We're back at that thing

21   we've talked about on this program, numbers 13.

22   We've got Joshua and Caleb saying America shall be

23   saved, and God's going to bring a great

24   deliverance.  We got the ten spies that are

25   saying, oh, no, no, it's not possible.

FlashPoint Hope is not lost

1    You know what bothers me?  What if the

2    future of America is in the hands of the church

3    and the church doesn't have sufficient unity,

4    confidence, courage --

5        SPEAKER:  That's right.

6        LANCE WALLNAU:  -- or agreement to match

7    with Louie Gohmert and Sidney Powell, and -- and

8    Mike Flynn are putting out there.  Come on, man.

9        So I'm -- I'm saying that right now we've

10   got to take a look at this is going to be the year

11   of God judging, God separating, and God empowering

12   the remnants.  When Brother Copeland talked about

13   those local churches -- well, let's see, Sidney --

14   Attorney Powell says:  Open up this Sunday.  It'll

15   be the pastors and the churches that are willing

16   to step by faith into the courage that is called

17   for, that are going to cross over into the

18   promised land spiritually, regardless of -- of

19   what happens in Washington.

20       And I believe we're right now in that

21   Chapter 13 moment.

22       SPEAKER:  Yeah.

23       LANCE WALLNAU:  I see the promised land.

24   And I'll tell you what, God's going to separate

25   the people that believe and see it from those that

1    don't, because two went in to that land, and ten

2    didn't get there because God was watching how they

3    responded to the moment.

4         REPORTER:  Yeah, I agree.  I mean, that's a

5    good -- that's a good word.  You ought to preach

6    sometime.  That's great.

7         Listen, I want to -- I want to -- let's

8    play this clip -- we're running out of time.  I

9    want to play this quick clip from Representative

10   Greene about a tweet.  Watch.

11        It's the tweet?  Okay.  Let me see it.  All

12   right.  There it is.  I thought it was a video,

13   it's not.

14        All right.  There it is.  So she writes:

15   Real Donald Trump deserves his day in court, and

16   we're definitely going to give him his day in

17   Congress.  We have a rapidly growing of House

18   members.  January 6th challenge is on.  And there

19   you go, #fightforTrump, call your rep, call your

20   senators.  You've got the information right there

21   you need to do.  Pray and petition them to

22   decertify, decertify, decertify, decertify.

23        All right.  Let's move on here.  I want to

24   -- we're going to skip down here, guys.  Let's --

25   I want -- something came out during the last week

1   when we weren't able to be on the air because of

2   the holiday, and it was the -- about -- this is

3   clip number six, gentlemen, the Ukraine-Joe Biden

4   connection.

5        Now you gotta read -- this is all in

6   Ukrainian, so you need to -- to read the -- read

7   the -- the captions here, and we'll be right back.

8   Watch.

9        (Ukrainian recording played.)

10       REPORTER:  All right.  We're going to cut

11  the clip, it was a little short there, because I'm

12  -- I'm sure you were getting tired of hearing it,

13  but the -- listen, I want to go back and read a

14  little -- reread what -- part of what he said

15  there.

16       He says:  They really didn't want us to

17  publish what we're going to release today; what

18  will be disclosed, evidence of withdrawal through

19  financial halls of millions of dollars stolen from

20  the Ukrainian people, laundered with the help of

21  banks and laundromats in various jurisdictions --

22  blah, blah, blah -- all transferring to the

23  accounts of the company belonging to the Biden

24  family.

25       All right.  John, you want to speak to

1    that?  I mean, now we've got the Ukrainian

2    speaking the truth --

3          JOHN GRAVES:  Yeah.

4          REPORTER:  -- more than our own media.  So

5    what do we make of that?

6          JOHN GRAVES:  There was a poll that came

7    out after the election when people found out that

8    the mass media hid purposely the Hunter Biden

9    story, that 14 percent of the people who voted for

10   Joe Biden would not have voted for him.

11         This is just further evidence.  There's not

12   just fraud.  We can talk about lawsuits all day

13   long, but the fraud is very simple, very clean and

14   very clear.  When people in Pennsylvania --

15   hundreds of thousands are accepting votes way

16   after the election, it violates the state law,

17   which violates the constitution.  This is not

18   complicated.

19         This Ukrainian -- Hunter's laptop, and all

20   the other stuff that was hidden, is just part of

21   the underlying fraud.  If I were to stop you at an

22   election and threaten you, that would literally be

23   interfering that would be fraudulent, it would be

24   stopping an election.

25         When the media is withholding evidence that

FlashPoint Hope is not lost

28

1   changes the minds of the people who are voting,

2   they're interfering with elections.  Sooner or

3   later it should be dealt with.  We just heard from

4   Sidney Powell; she's a street fighter.  We have a

5   President who's a street fighter.  Mario is a

6   street preacher; he knows there's a different

7   tactic that you use when you go to these kind of

8   things.  That's what we need right now, is street

9   fighters in those pulpits.  Street preachers that

10  will speak the truth, even when it's unpopular.

11          REPORTER:  Yeah, that's right.  I --

12          JOHN GRAVES:  I'm just speaking it plain.

13          REPORTER:  Yeah, you are.  And -- and

14  Mario, I think he's -- he's talking your language

15  right there.  In fact --

16          SPEAKER:  Yeah.

17          REPORTER:  -- I think you were right, you

18  nailed it when they're patenesque with Sidney

19  Powell, she really is coming after it.

20          MARIO MURILLO:  You know, I -- I feel like

21  we've got something backwards in the Christian

22  movement in America, that we want God to comfort

23  us right now.  This isn't a moment to be

24  comforted.

25          REPORTER:  That's right.  It's --

1      JOHN GRAVES:  This -- this is not a moment

2   for you to be emotionally saved to hope that

3   everything comes out.  This is God trying to put a

4   fight in you, to put a fire in you, according to

5   Nehemiah 4:14 where he told the people, he said:

6   Listen, don't listen to your enemies, don't listen

7   to their threats, but fight for your family; and

8   remember the Lord God who is awesome.

9      And I know it's an uncomfortable message,

10   folks.  I know it is.  But I want to tell you,

11   people told me the way you're preaching right now,

12   Mario, it's so straight, nobody's going to get

13   saved because they're going to think you're a pol-

14   -- a political activist.  We've got more drug

15   addicts and gangsters getting saved now than we've

16   ever seen, because they intuitively understand

17   when someone is telling the truth.

18      And I'm telling you right now the truth; we

19   flip this.  We don't need Ovaltine.  We don't need

20   consolation.  We need the pilot light to be turned

21   into flame --

22      REPORTER:  Right.  Right.

23      MARIO MURILLO:  -- and for everybody to

24   activate and do their righteous duty right now.

25      REPORTER:  Yeah, Lance, you agree with

FlashPoint Hope is not lost

30

1    that?  I mean, I -- I like what Mario is saying.
2         JOHN GRAVES:  No, total- -- totally.  And
3    -- and it's time that the prophets and the
4    prophetic actually got ahead of the curve here,
5    because we've been saying for a while that what
6    Obama wants to do is remove Biden and get Harris.
7    Harris couldn't get elected on her own.  She was
8    the Sorosean-Biden-Eric Holder-axel-rod pick.  So
9    she was made vice President and -- because she
10   could never get elected as President.
11        So now they're going to remove Biden.  Why
12   were these stories all suppressed, by the way?
13   Why was it you couldn't hear this in any media?
14   And suddenly there's an agreement that it's going
15   to come out -- that guy looks so suspicious to me.
16   I mean, he's telling the truth.  He could have
17   told it during President Trump's impeachment
18   situation.  The FBI could have revealed the laptop
19   during the impeachment.
20        I say it's time we got some Elisha
21   anointing, and started eavesdropping on what the
22   CIA and the corrupt government is doing to plant
23   stories in media to manipulate people so that --
24   oh, let's go get over -- you know what they want
25   to do?  They want to give Joe Biden's scalp to all

FlashPoint Hope is not lost

31

1    the angry people over the election fraud, and put

2    in a smiling new female face that everybody can

3    gloat over.  It's not going to work that way.  I

4    think the prophetic is getting smart, and God's

5    people aren't going to be taken advantage of.

6        REPORTER:  Yeah, I agree.  I think you're

7    absolutely right.  That -- that is the ultimate

8    goal.

9        You know, John, what we're seeing here, as

10   people are pushing more into what this election

11   has turned into -- you know, I -- I have graphics

12   and we can go over those on another program -- I

13   think we've -- there's been so much data, and

14   we're being deluged -- with, you know, wild

15   conspiracy theories to -- oh, it's done or oh it's

16   not or Trump's in Hawaii -- somewhere -- you know,

17   there's crazy stuff out there, it -- but this

18   really is -- we really can see something turn

19   around, can't we?

20       JOHN GRAVES:  I -- I still believe it.  I

21   really do.  I know it looks like a long shot in

22   the natural, from a legal standpoint, but remember

23   what Trump said in his very first debate, I'm

24   fighting a two-war front.  Jesus fought a two-war

25   front.  He fought demonic oppression, which I

FlashPoint Hope is not lost

32

```
 1  think is the whole fraudulent thing.  But then
 2  there is a second front against those who don't
 3  want to lose power.
 4       REPORTER:  That's right.
 5       JOHN GRAVES:  They don't have the political
 6  courage to do the right thing, and he is.
 7       And so what we need to pray from Pence all
 8  the way down -- Trump has it, Sidney has it, there
 9  are people that have it.  We need to pray that all
10  the way down, especially in the United States
11  Senate, the House state legislatures -- especially
12  in these six or seven swing states -- that they
13  have courage to do the right thing, and to fight
14  both fraud and evil; but also the pharisee spirit
15  of people who want to maintain power, and they're
16  just worried about the next election.  They're the
17  ones that need pressure from the people, like
18  Mario said.
19       REPORTER:  Yeah.  And -- and I agree with
20  that.  And -- and this is a time, like Mario said,
21  for us to push in, you know, suck it up and stop
22  being a -- a baby Christian.  You know, it's time
23  for the believers to rise up and act like they got
24  the -- the power.  You know, we got the big guys
25  to --
```

1      JOHN GRAVES:  There's a time for peace, and

2  a time for war.  That's right.

3      REPORTER:  That's right.  And you know when

4  -- when you're in grade school, and you're playing

5  basketball, you want to get picked -- you pick the

6  tall guys first, and that's -- that's the way it

7  was in grade school, or -- or playing on the

8  asphalt jungle there.  And -- and so we've got the

9  biggest teammate.  We've got the guy who's

10  winning, and is going to win and -- listen, we've

11  got to keep praying for President Trump.  We've

12  got to pray for those in the White House.

13      JOHN GRAVES:  Yes.

14      REPORTER:  Listen -- and you -- you

15  correctly said it, he's fighting a war within his

16  own house at the White House, and we pray for him

17  and Melania.

18      In fact, Mario, I think you should do that,

19  if you would, sir.  Let's pray for President

20  Trump, Vice President Pence, Melania, and all

21  those that are dealing with what they're dealing

22  with right now.

23      MARIO MURILLO:  Father, in the name of

24  Jesus, I pray for the boldness of a lion to come

25  on Mike Pence.  I pray to, oh God, because I know

FlashPoint Hope is not lost

34

```
 1   his background and I know his story, that he's
 2   going to do the right thing.  And I pray, oh God,
 3   that he will not consider even his own safety, but
 4   he will consider the -- the nation.  Lord, I pray
 5   for President Trump that he will not allow his
 6   fear of it being self-serving for him to declare
 7   this election an in- -- interference that should
 8   by executive order be interrupted.
 9       If he needs to do what Jefferson did, help
10   him, oh God, to do it; and disregard anyone around
11   him that would give him inferior or human advice.
12   And I pray, oh God, for our audience tonight.
13   Lord, when I preach sometime I'll tell the lost,
14   I'll say:  You want God to prove to you that he's
15   real, but God is standing there saying I want you
16   to prove to me that you're real, that you really
17   want to be delivered and saved.
18       And I believe that right now God -- the
19   word of God says that God looked for someone to
20   stand in the gap and he was amazed that no one
21   would do it.  And right now God is searching the
22   hearts of every individual who's watching to see
23   if there is a remnant that will rise up and
24   discard the compromise and the fear and become the
25   force that God has birthed them to become in this
```

FlashPoint Hope is not lost

1  hour.  We will never see an opportunity like this
2  again in our life.
3      Help us, oh God, to seize it in the name
4  above every name, the name of Christ.  Amen.
5      REPORTER:  Amen.  And we agree with that.
6      All right.  I want to put up these websites
7  before we go.  Those of you watching on social
8  media, they -- it looks like they've got them
9  there for you to see:  Defendingtherepublic.org.
10  Defendingtherepublic.org.  You can see what's
11  happening there and how to follow.
12      Then there's kraken-wood --
13  kraken-wood.com.  I think I'm going to go to that
14  one, just because of the name of it.  I just want
15  to go to -- and I noticed, Mario, you didn't say,
16  you know, release the Cracker Barrel.  I was
17  really proud of you.
18      MARIO MURILLO:  No.  No.  I -- I was
19  honoring Sidney tonight and --
20      LANCE WALLNAU:  Good --
21      REPORTER:   Yes.
22      LANCE WALLNAU:  Good behavior tonight.
23      REPORTER:  And, of course,
24  sidneypowell.com; you can go there and stay in
25  touch.

FlashPoint Hope is not lost

1    And keep her in your prayers.  Listen, you

2  got to -- you got to pray and keep that up.  And

3  as -- again, we're going to play this clip again

4  about what's coming up January 6 in our nation's

5  capital.

6        Listen, if you haven't made your

7  reservations, make your reservations, get your

8  flights, drive in, be there; you want to be there

9  January 6 from 10:00 a.m. to 5:00 p.m., your

10 President has asked you to join him there for the

11 wild protest -- wildprotests.com.  We're going to

12 play this video.  We'll be right back.

13       (Video played as follows:

14       Speaker:  We will not bend.  We will not

15 break.  We will not heal.  We will never give in.

16 We will never give up.  And we will never back

17 down.  We will never ever surrender, because we

18 are Americans, and our hearts bleed red, white and

19 blue.  Stop the steal.  Stop the steal.  Stop the

20 steal.

21       (End of playback.)

22       REPORTER:  That's right, stop the steal,

23 and we agree with that.  The steal is stopped in

24 Jesus name.

25       All right.  Before we comment in our last

```
 1    round here, I want to play an encouraging clip
 2    from Brother Copeland, and watch this, talking
 3    about the victory.  Watch.
 4         (Video played as follows:
 5         Brother Copeland:  Take no thought
 6    concerning losing, cast that thought down.  Don't
 7    take it by saying it.  Let it die.  Let that --
 8    that thought die unborn.  And keep victory in your
 9    mouth, for this is the victory that overcometh the
10    world.  This is the victory that overcometh Covid-
11    -- Covid-19.  This is the victory that overcometh
12    the attempt to steal this election.  This is the
13    victory that overcomes the world.  Even our faith.
14         REPORTER:  Amen.  Amen.  Even our faith.
15    First John 5:4, you're going to hear that a lot
16    around here.  First John 5:4, this is the victory
17    that overcomes the world, even our faith.
18         All right.  Gentlemen, we got three
19    minutes.  Okay.  Mario, I'll let you go first.
20    Let you first up, final thoughts.
21         MARIO MURILLO:  Well, one thing I want to
22    tell you is that Lance Wallnau is a gift to the
23    body of Christ that is incredibly important in
24    this hour, because God has used him to cross over
25    into other arenas to speak.
```

FlashPoint Hope is not lost

38

1          And I felt in this moment that I needed to

2     just say this, that God's hand of protection and

3     promotion is on this man.

4          REPORTER:  Amen.

5          MARIO MURILLO:  And that he has a special

6     ability to decode what's going on right now.  Now

7     I'm a soul winner, and I want to win souls.  And

8     to be honest with you, I'm only here because I --

9     I want to get back to winning souls.  And the only

10    way I can do it is in a free country.

11         REPORTER:  That's right.

12         MARIO MURILLO:  And that's why I'm doing

13    this.

14         LANCE WALLNAU:  Hallelujah.

15         MARIO MURILLO:  But I wanted to make it

16    clear that my visit in these shows is all about

17    one thing, that I believe that God has put

18    together in this FlashPoint program a unique voice

19    in America, and that there is a unique voice in --

20    in Lance Wallnau -- and I'm not trying to just

21    flatter the man, I'm praying for him, because he's

22    on the frontline.

23         I'm glad for everyone that's with us

24    tonight, it's an honor to be with every one of

25    you, but I believe that we have to -- we have to

FlashPoint Hope is not lost

39

1   take inventory of the opportunity that we are

2   standing in right now.  It's once in a lifetime.

3       REPORTER:  Yeah.  Amen.  I -- I actually

4   agree with that, Lance.  You don't have to say

5   anything.  I actually agree with that.  Okay.

6   John Graves, go ahead.

7       JOHN GRAVES:  To me it's a -- it's

8   decertify, pray for Pence to have the courage,

9   like Lance talked about with Caleb and Joshua --

10  remember when he went back, I was reading through

11  the bible, and I got to the 12th chapter where he

12  defeated 31 different kings and listed every

13  single one of them.  And when he went back, he

14  didn't have 10 weak spies.

15      And I love how Sidney said it, I -- I'm --

16  I'm not denying the truth, here's the truth, Caleb

17  and Joshua didn't come back and say we're denying

18  the truth, they just said God's bigger, that --

19  yeah, there's giants in the land, we can do this.

20      So -- so to me the courage meant to the

21  body of Christ is faith, it can still move this,

22  don't stop praying.  If God spoke to you, keep

23  speaking it.

24      REPORTER:  Yeah.  Amen.  All right.  Lance?

25      LANCE WALLNAU:  Yeah.  I'm wondering, do

FlashPoint Hope is not lost

40

1    you have me going last because last time when I
2    went first I talked too long, remember that?
3         REPORTER:  I'm trying to find that sweet
4    spot -- I'm trying to find that sweet spot for
5    you.
6         LANCE WALLNAU:  I know what you're up to.
7    I know what you're up to.
8         JOHN GRAVES:  -- the best for the end,
9    Lance.  The best for the end.
10        LANCE WALLNAU:  Okay.  Well, here -- here's
11   the verse when John when -- when Caleb and -- and
12   Joshua were trying to persuade their -- their
13   generation, remember what they said, they said:
14   If the Lord delights in us he's going to bring us
15   into the land, he'll give it to us, only don't
16   rebel against the Lord, neither fear the people of
17   the land, because they're bred for us.
18        I would love to hear at some point -- and
19   not on this broadcast, but in the future, what you
20   guys think about that statement, they're bred for
21   us.  It literally means that what you overcome
22   nourishes you.  And God's calling us to grow in
23   the battle, not run from it.
24        REPORTER:  Amen.  Good.  Good.  All right.
25   So there -- there you've got it, to rise up church

1    believers, pastors, open your church, go to church

2    this Sunday, pray for the President, pray for Vice

3    President Pence.

4          Thank you Kenneth Copeland Ministries for

5    allowing this program to be here.  Thank you,

6    gentlemen, for joining me.  And, of course,

7    Attorney Sidney Powell.  So much more coming up;

8    you don't want to miss this Thursday, New Year's

9    Eve, right here on the Victory Channel.  We'll see

10   you then.

11         (End of the recording.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

FlashPoint Hope is not lost

42

1                    C E R T I F I C A T E

2

3           I, Jackie Mentecky, Transcriptionist/Court

4    Reporter, do hereby certify that I was authorized to

5    transcribe the foregoing recorded proceeding, and that

6    the transcript is a true and accurate transcription of my

7    shorthand notes to the best of my ability taken while

8    listening to the provided recording.

9

10   Dated this 3rd day of January, 2020.

11

12

13

14

15   _____

16                    Jackie Mentecky

17

18

19

20

21

22

23

24

25