# Exhibit 103

John  Catsmatidis Interview with Sidney Powell
January 03, 2021

```
 1
 2
 3
 4                         File:
 5
 6   John Catsimatidis interview with Sidney Powell 1-3-21.
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1       JOHN CATSIMATIDIS:  Good morning, America.
2  This is The Cats Roundtable.  John Catsimatidis
3  here.  It's Sunday morning.
4       Well, it's a new year.  Well, what's going
5  on?  What's going on in Washington?  What's going
6  on in Georgia?
7       Well, we have with us one of the smartest
8  ladies I know; we have Sidney Powell.
9       And good morning, Ms. Powell.  How are you?
10      SIDNEY POWELL:  Good Morning, John.  Thank
11 you so much.  I'm fine.  And Happy New Year.
12      JOHN CATSIMATIDIS:  Happy New Year.  I
13 hope it's a -- we need a better year than 2020.
14 Definitely.
15      SIDNEY POWELL:  We certainly do.  We need a
16 year we're free, and ring (inaudible) loud, an
17 individual, once they're held accountable for
18 their egregious crimes against this country --
19      JOHN CATSIMATIDIS:  And -- and --
20      SIDNEY POWELL:  -- and the President, and --
21      JOHN CATSIMATIDIS:  It -- it's horrible.
22 Like I can't believe what's going on.  And, you
23 know, some of my friends that say -- look at me
24 and say I'm crazy to even think it; I said you're
25 -- you're being naive.

1        Give us an update what you think is going
2   on in Georgia, what you think is going on in
3   Washington; is there going to be any justice in
4   the new year?
5        SIDNEY POWELL:  Well, I -- I keep praying,
6   and -- and there must be, John, or we have a
7   complete collapse of this republic and the rule of
8   law.
9        I've been very concerned about it for
10  several years, that concern has only increased.
11  The presidency of Donald Trump and the fact that
12  he's an outsider and has taken steps to put China
13  in their place and to eliminate all their control
14  over the country and different people has,
15  obviously, revealed so much corruption, it's
16  beyond comprehension.
17       But it's there and it's real.  If we don't
18  fix it right now, I don't know when we would have
19  another chance, because it will -- it will double
20  if it's allowed to survive this election.  This is
21  the most fraudulent election in the history of the
22  world.  It's just -- it's so ^  well documented
23  and so observable.  Most people saw it start
24  election night.  They -- they saw it with their
25  own eyes.  Votes don't disappear from one

1  candidate and go to the other; yet, people saw
2  that happen.
3         We know it happened.  We have election
4  machines and -- and a report done on those by
5  experts that show that votes were flipped from
6  Trump to Biden, and how the votes were
7  manipulated, according to an algorithm.  That's a
8  -- a whole separate issue from hundreds of
9  thousands of fraudulent ballots being created,
10 and -- and printed for Biden only and injected
11 into the system when all the voting stopped across
12 multiple states; which has never happened before
13 in the history of the country.
14        One time -- one election night voting
15 stopped in Broward County, Florida, and -- and
16 that was a major disaster and caused all kinds of
17 problems.  Voting does not stop in this country.
18 It's supposed to go continuously.  And the only
19 reason they stopped it was Trump was so many
20 hundreds of thousands of votes ahead, if it had
21 been a legitimate election they would have called
22 for him then.  But instead, they brought in boxes
23 and boxes of fake ballots and ran them through the
24 Dominion machines to count them for Biden.
25        And we know, for example, in -- in Fulton

1   County, Georgia, that they had a 93-percent, I

2   think it was, what they call adjudication rate;

3   that means the machines didn't count those ballots

4   at all, they were kicked into a file for a human

5   being to decide in a matter of minutes where those

6   hundreds of thousands of votes went.  And so they

7   trashed some for Trump, they just assigned them to

8   Biden or to a third-party candidate, and then to

9   Biden, and it was all manner of means of fraud in

10  this election that you can imagine, and more.

11          JOHN CATSIMATIDIS:  How can that happen in

12  the United States of America?  I mean, I -- I

13  don't understand what's going on with our Attorney

14  General that just resigned, what -- what's going

15  on with the FBI that's supposed to be

16  investigating these things.  I -- I mean, what say

17  you?

18          SIDNEY POWELL:  We have a complete failure

19  of our institutions from the law enforcement

20  through the Department of Justice, to our courts

21  right now.

22          They're throwing out all the cases on,

23  quote, standing, end quote.  Well, if congressmen

24  and electors don't have standing, and electors

25  have standing under the constitution to bring a

1  lawsuit challenging the election, who in the world

2  does?

3        It -- it's absolutely insane.  There is

4  massive, massive, trillions and trillions of

5  dollars of global wealth behind this, what is

6  really a coup of the United States of America.

7  It's a blatant (phonetic) communist coup.

8        JOHN CATSIMATIDIS:  Who is more

9  responsible, you think the -- the Chinese are more

10 responsible or -- or is there any group of people

11 more responsible than others?

12       SIDNEY POWELL:  The -- the Chinese are

13 largely responsible; Iran was working with them.

14 We have attached to our exhibits at

15 defendingtherepublic.org and kraken-wood.com, and

16 SidneyPowell.com.  You can read the exhibits that

17 we filed in court, that not a single judge has

18 paid a bit of attention to.

19       One might have said he did, but there's no

20 way you can read the evidence and comprehend

21 what's in there, and then dismiss it for failing

22 to state a claim or standing, or any other reason.

23 It's -- I've never filed a complaint with so much

24 evidence behind it with the original filing.  I've

25 never seen --

1        JOHN CATSIMATIDIS:  Roberts --

2        JOHN CATSIMATIDIS:  -- a blatant evidence

3   of fraud.

4        JOHN CATSIMATIDIS:  The -- the -- the

5   Justice Roberts, there's rumors that he was

6   yelling at the other justices; what have you heard

7   about that?

8        SIDNEY POWELL:  I heard from a couple of

9   sources that he was yelling at the other justices,

10  and I don't know what's going on with Justice

11  Roberts or the Supreme Court at all.

12       I mean, these are the most important issues

13  the republic has ever faced, and they're not even

14  reconvening until the 8th of January.

15       We have four cases pending there affecting

16  Nevada with -- I'm sorry -- Wisconsin, Arizona,

17  Michigan and Georgia; more than enough to change

18  the results of the election, and they're just

19  sitting on it.

20       JOHN CATSIMATIDIS:  And -- and it is

21  mind-boggling.

22       And Attorney General Barr, who just

23  resigned, I heard that his brother -- I mean, they

24  must have had something on Barr, my opinion,

25  or our previous attorney -- I've heard that his

1  brother hired Jeff Epstein at the location that

2  he -- his brother was at, it's a private school in

3  New York, and is it possible it's something like

4  that?

5          SIDNEY POWELL:  I have no idea, John.  I --

6  I -- I am so disappointed I could -- if I were

7  prone to tears, I would just sit down and cry.  I

8  really had --

9          JOHN CATSIMATIDIS:  Well, you finally

10 got justice -- you finally got justice with

11 General Flynn, and that --

12         SIDNEY POWELL:  Yes.

13         JOHN CATSIMATIDIS:  -- Judge Sullivan

14 signed off after Flynn was pardoned by the

15 President.

16         SIDNEY POWELL:  Yes.  That -- that whole

17 scenario just amplified and -- and showed the

18 world the corruption of our federal judiciary

19 right now; whether it's just political corruption,

20 financial corruption -- I don't know what it is,

21 but it is -- it's the worst state of affairs this

22 country has ever been in.

23         JOHN CATSIMATIDIS:  Georgia, the Senate

24 race on Tuesday; what's going to happen, do we

25 have enough checks and balances in place?

1       SIDNEY POWELL:  I'm afraid we don't, John.
2  I mean, I'm encouraging everyone to get out and
3  vote, and break the algorithm again.  But why
4  we're having a -- an election when we don't even
5  know that the two people in the runoff should be
6  the two people in the runoff or that there should
7  be a runoff at all, frankly, because the original
8  election was invalid.  That's something else I
9  don't understand.
10      And -- and Lin Wood sued to stop the -- the
11 runoff election and got poured out on that, too.
12      JOHN CATSIMATIDIS:  It -- it's really --
13      SIDNEY POWELL:  -- (inaudible) --
14      JOHN CATSIMATIDIS:  -- mind-boggler --
15      JOHN CATSIMATIDIS:  -- courts -- yeah, it
16 is.  It's absolutely mind-boggling for any
17 rational person to watch what's happening in this
18 country right now.  And anybody who is not
19 demanding transparency in this election is part of
20 the problem.
21      There's absolutely no reason not to have a
22 completely transparent election, unless you're
23 pulling off a fraud.  In fact, our federal laws --
24      JOHN CATSIMATIDIS:  I told --
25      JOHN CATSIMATIDIS:  -- requires records to

1   be kept for 22 months under criminal penalty of --

2   of a fine and one year in prison; and here we have

3   people destroying records right and left.  The

4   adjudication file wasn't kept in Michigan for this

5   year; it was kept for prior elections, but not for

6   this year.  And that's because it would have

7   shown, no doubt, how Dominion people threw the --

8   the ballot count from Trump to Biden.

9          JOHN CATSIMATIDIS:  We have a minute left;

10  what would you tell the American people?

11         SIDNEY POWELL:  We need to get loud and get

12  personal, and make our voices heard.  I -- I am

13  encouraging people at this point, the state

14  legislatures are closest to the people, they have

15  full authority to uncertify or stay, or whatever,

16  their selection of electors, because they have

17  certified fraudulent votes, is what they have

18  done, by choosing any slate of electors for Biden

19  whatsoever.

20         That needs to be stopped right now.  We

21  shouldn't wait until January 6th.  So pressure on

22  state legislators, make your voices heard; if you

23  have to stand with Trump signs and flags and

24  American flags around the outside of their houses,

25  do that.  They need to know that the American

1  people are awake, and know what happened in this
2  election, and will not tolerate a fraudulent
3  election.
4      We cannot allow the United States of
5  America to experience a coup by communists through
6  a fraudulent election or any other way, for that
7  matter.
8      JOHN CATSIMATIDIS:  And what -- and the
9  communists are using the cash.  There's an old
10 expression in New York:  Follow the money.  And --
11     SIDNEY POWELL:  Exactly.
12     JOHN CATSIMATIDIS:  -- all the sudden all
13 this cash has been floating around and -- and
14 people have become rich over selling out our
15 country.
16     SIDNEY POWELL:  Exactly.  And when money
17 doesn't work, they use blackmail or threats.  They
18 are evil.  They intend to take all of our
19 resources, like they've done in other countries
20 around the world.  This must be stopped now.
21     JOHN CATSIMATIDIS:  Sidney Powell, thank
22 you for being such a patriot and loving our
23 country, and we're all behind you.  We want -- we
24 all believe one American, one vote and -- and
25 whichever way -- if that can be verified, one a

1  (inaudible) -- on American, one vote, whichever it
2  goes, I'll happy that way.  But God bless America,
3  and God bless you.
4         SIDNEY POWELL:  Thank you, John.  You, too.
5         JOHN CATSIMATIDIS:  This is the Cats
6  Roundtable.  We'll be right back.
7         (End of the recording.)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1        C E R T I F I C A T E

2

3              I, Jackie Mentecky, do hereby certify that

4   I was authorized to transcribe the foregoing recorded

5   proceeding, and that the transcript is a true and

6   accurate transcription of my shorthand notes to the best

7   of my ability taken while listening to the provided

8   recording.

9

10  Dated this 3rd day of January, 2021.

11

12

13

14

15                              _____

16                                  Jackie MENTECKY

17

18

19

20

21

22

23

24

25