# Exhibit 104

FILE NAME:

Tucker - More thoughts on Trump campaign

Attorney Sidney Powell

(1:38 min)


TRANSCRIPT OF VIDEO RECORDING

TUCKER CARLSON


Transcribed By:
TERRI NESTORE
CSR No. 5614, RPR, CRR

1     TUCKER CARLSON: Well, last night, in a segment
2 about voter fraud and investigations into it, we told you
3 about Sidney Powell, the former federal prosecutor, and
4 her claim that roughly 7 million votes were secretly
5 changed on election night by vote -- rigged vote counting
6 software.
7     Well, in the last 24 hours since we did that,
8 we've heard from a lot of people about that segment,
9 including people in the Whitehouse and people close to the
10 president. Like us, they have concluded this election was
11 not fair. Like us, they are willing to believe any
12 explanation for what happened.
13     Like us, they have not seen a single piece of
14 evidence showing that software changed votes.
15     It doesn't mean it didn't happen. It might have
16 happened. It means they haven't seen any evidence that it
17 happened. And by "they," we are including other members
18 of Donald Trump's own legal team. They have not seen
19 Powell's evidence either. No testimony from employees
20 inside the software companies, no damming internal
21 documents, no copies of the software itself.
22     So that's where we are.
23     Sidney Powell came on Fox this morning and
24 suggested we may not have to wait much longer.
25     I fully expect, she says, that we will be able to

1  prove all of it in a court within the next two weeks.
2           Well, as far as we're concerned, that is great
3  news.  If Sidney Powell can prove the technology companies
4  switched millions of votes and stole a presidential
5  election, she will have almost single-handedly uncovered
6  the greatest crime in the history of this country, and
7  no one will be more grateful for that than us.
8           (End of recording.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1                    C E R T I F I C A T E

 2

 3

 4        I, TERRI NESTORE, Certified Shorthand Reporter/

 5   Transcriptionist, do hereby certify that I was authorized

 6   to transcribe the foregoing recorded proceeding, and that

 7   the transcript is a true and accurate transcription of my

 8   shorthand notes, to the best of my ability, taken while

 9   listening to the provided recording.

10

11        I further certify that I am not of counsel or

12   attorney for either or any of the parties to said

13   proceedings, nor in any way interested in the events of

14   this cause, and that I am not related to any of the

15   parties thereto.

16

17

18   Dated this 18th day of December, 2020.

19

20

21                    _____
                      TERRI NESTORE, CSR 5614, RPR, CRR
22

23

24

25
```