# Exhibit 105

Sidney Powell Fires back at Tucker Carlson on Maria Bartiomo

FILE:

Fox's Maria Bartiromo Challenges Trump Lawyer Sidney Powell to Provide Evidence of Wild Commie Conspiracy

Here's How That Went

```
 1         MARIA BARTIROMO:  Rudy Giuliani alleging
 2   widespread election fraud at a press conference
 3   yesterday.
 4         He said that the number of flawed ballots
 5   is more than double the margin that Joe Biden won
 6   in key states.
 7         The campaign alleging the following:
 8   Number one, observers were prevented from viewing
 9   mail-in ballots.
10         Number two, officials were told not to look
11   for ballot defects.
12         Number three, they were told to backdate
13   mail-in ballots.
14         Number four, the Dominion Voting Systems
15   used in multiple states has ties to the Venezuelan
16   government, and votes were counted overseas.
17         Now, Dominion responded to Fox Business in
18   a statement.  They say this:  The latest flood of
19   absurdities is deeply concerning.  Dominion is
20   plainly a nonpartisan American company with no
21   ties to Venezuela or Cuba.  Vote counts are
22   conducted by county and state election officials,
23   not by Dominion, or any other election technology
24   company.
25         That is from Dominion.
```

```
 1        Joining me right now over the phone right
 2   now to respond to all of this is the attorney for
 3   President Trump, former federal prosecutor
 4   herself, and the author of the book Conviction
 5   Machine, Sidney Powell.
 6        Sidney, thanks very much for being here.  I
 7   want to first off -- start off with your response
 8   to what Dominion says.  Dominion is calling all of
 9   the allegations that you and Rudy Giuliani and
10   Jenna Ellis have made absurd.  Your response.
11        SIDNEY POWELL:  It's almost laughable,
12   they've closed up their offices and moved
13   elsewhere.  A hundred of their employees have
14   eradicated (inaudible) of their affiliation from
15   -- with Dominion from their LinkedIn accounts.
16   They're fleeing like rats leaving the sinking
17   ship.
18        So I think there's a whole lot more there
19   than they care to discuss.  They also declined to
20   go to -- in front of the Pennsylvania legislature
21   today who wanted to ask questions of several of
22   their officials.
23        So they have a -- they have a very serious
24   problem.  They created this system in Venezuela
25   for Hugo Chavez to rig the elections and make sure
```

Case 1:21-cv-00040-CJN   Document 1-104   Filed 01/08/21   Page 5 of 14
Sidney Powell Fires back at Tucker Carlson on Maria Bartiomo

4

```
 1   he won.  They've sold that for that very purpose
 2   to other countries, and they brought it to this
 3   country for that very purpose.  And they've used
 4   it that way; we've got evidence that shows it.
 5           We have firsthand testimony of witnesses
 6   who saw it happen, know how it was developed, know
 7   why it was developed; and so it worked to achieve
 8   its purposes.  And many others.  And we have
 9   irrefutable statistical and mathematical evidence.
10           MARIA BARTIROMO:  Sidney, what do you make
11   of this --
12           SIDNEY POWELL:  (Inaudible) --
13           MARIA BARTIROMO:  -- of this Eric Kumer,
14   who -- who has been written about in -- in the
15   press, he's the (inaudible) vice president of U.S.
16   Engineering at Dominion Voting systems;
17   apparently, he admitted on social media to rigging
18   voting machines in order to prevent President
19   Trump from winning re-election.  He's an activist.
20   He's been very active on social media.  And,
21   apparently, he said to someone who -- it was
22   overheard:  Don't worry about the election, Trump
23   is not going to win.  I made blank-blank sure of
24   it.
25           Who is Eric Kumer and what do you know
```

```
 1   about this individual?
 2          MARIA BARTIROMO:  Well, he holds several
 3   patents on some of the things they used in the
 4   voting machine; so he knows exactly how it works.
 5   He knows how to use it.  And we have information
 6   about him being in other countries for rigged
 7   elections there.
 8          We have pictures of him in other countries
 9   with -- helping people rig elections.  So he's got
10   a long history of -- of accomplishing the results
11   that they want accomplished, and I'm sure it's --
12   it's for money.
13          MARIA BARTIROMO:  All right.  Sidney, I --
14   I want you to respond to what Tucker Carlson said
15   last night, Sidney.  I don't know if you watched
16   it, but Tucker Carlson said that he invited you on
17   his show to share evidence of -- (inaudible) or
18   flipping votes, and he -- he said you got angry
19   and refused to provide evidence for your claims of
20   voting software flipping votes.
21          How do you respond Tucker Carlson, did you
22   get angry with the show because they texted you
23   and asked you to please provide evidence of what
24   you're alleging?
25          MARIA BARTIROMO:  No, I didn't get angry
```

```
 1   with the request to provide evidence.  In fact, I
 2   sent an affidavit to Tucker that I had not even
 3   attached to a pleading yet to help him understand
 4   the situation.  And I offered him another witness
 5   who could explain the mathematics and statistical
 6   evidence far better than I can.  I'm not really a
 7   numbers person.  But he was very insulting,
 8   demanding and rude, and I told him not to contact
 9   many again in those terms.
10         MARIA BARTIROMO:  So -- so, Sidney, will
11   you be able to prove this evidence that you say
12   you have of this technology flipping votes from
13   Trump to Biden, how will you prove that, Sidney?
14         MARIA BARTIROMO:  Well, we have witnesses
15   that know how it's done and they've seen it done,
16   Maria.  That's firsthand evidence of -- of how it
17   works, and -- and that it works.
18         And we'll -- we will also have a lot more
19   evidence as the days progress.  I mean, I'm still
20   getting information through a (inaudible).  We
21   can't even keep up with the witnesses that are
22   calling in and wanting to give affidavits and
23   provide evidence.
24         So this was very early in a stage of any
25   case, aside from one of this massive magnitude
```

Case 1:21-cv-00040-CJN   Document 1-104   Filed 01/08/21   Page 8 of 14
Sidney Powell Fires back at Tucker Carlson on Maria Bartiomo

7

```
 1   that, frankly, should have been investigated and
 2   stopped by our law enforcement community within a
 3   -- a decade ago.  So we shouldn't be in this
 4   position, and here we are, a few -- a handful of
 5   -- of civil lawyers trying to do the work of a
 6   massive government institution in the biggest
 7   worldwide corruption fraud ever exposed.
 8          MARIA BARTIROMO:  So -- so Sidney, what
 9   about this comment from the Dominion side saying:
10   We have no ties to Venezuela.
11          What specifically are the ties to
12   Venezuela?  You and Rudy said that our votes in
13   America go back to a foreign land, that they --
14   they are looked at and processed, potentially, in
15   Europe.
16          Dominion is saying we have no ties to
17   Venezuela, no ties to Cuba.  Can you explain that?
18          SIDNEY POWELL:  All I can tell you is that
19   -- well, the company might have somehow severed or
20   tried to sever the relationships recently.  I
21   don't know how they are parsing their words.  But
22   I can tell you that the company was started with
23   Venezuelan money, in Venezuela, for the express
24   purpose of rigging elections for Hugo Chavez.
25          We have people that were there at his side
```

```
 1   while it was all done.  They were in the control
 2   room and watched how the votes were flipped.  They
 3   can -- to -- can watch the votes in realtime.  We
 4   have evidence now of information from the systems
 5   going to three or four different foreign countries
 6   during the time of the election so they -- those
 7   countries themselves could have watched the live
 8   votes come in and changed the numbers.
 9          There's significant evidence of foreign
10   interference from the -- of the worst communist
11   countries on the earth with our election.
12          MARIA BARTIROMO:  Now, Sidney, Rudy
13   Giuliani last night was on Hannity, and he said
14   this had to come from someplace in the Biden
15   campaign, as an instruction to all of them,
16   because he said that once you had a flaw in one
17   Dominion machine, you saw a similar flaw in many
18   different machines.
19          So what was Rudy referring to, that this
20   had to come from someplace in the Biden campaign
21   as an instruction to all of them, Sidney?
22          SIDNEY POWELL:  I don't know what specific
23   evidence he was referring to.  We've had to divide
24   and -- and -- to conquer this monster that we're
25   facing; and I am focusing more on the technology
```

Case 1:21-cv-00040-CJN   Document 1-104   Filed 01/08/21   Page 10 of 14
Sidney Powell Fires back at Tucker Carlson on Maria Bartiomo

9

```
 1   and the fraud, and he is working the individual
 2   witnesses on -- on that side of things.  And we
 3   haven't even --
 4           MARIA BARTIROMO:  Okay.
 5           SIDNEY POWELL:  -- had time to --
 6           MARIA BARTIROMO:  Sidney, let me ask you
 7   this:  A -- a lot of people out there want to
 8   believe what's happening and what you are
 9   presenting, because they want to make sure that
10   this was a fair election, and they want to make
11   sure that their vote counted.
12           Do you believe that you will be able to
13   prove this in court in the next two weeks?  I
14   recognize you -- you have said, and Jenna Ellis
15   has said:  We're not litigating this for the
16   public media, we're not on a TV show; we want the
17   courts to see the evidence, and it may go up to
18   the Supreme Court.
19           You've got about two weeks, Sidney; will
20   you be able to present, are you planning to
21   present, actual evidence of all that you've said,
22   Dominion voting machines, swapping votes from
23   Trump to Biden, as well as an effort to actually
24   change the results of an election, you'll be able
25   to prove that in court in the next two weeks?
```

```
 1          SIDNEY POWELL:  Yes, I fully expect we will
 2   be able to prove all of it in court within the
 3   next two weeks; although, the fraud case itself
 4   doesn't have to be done within the two weeks.  But
 5   we have more than enough evidence now -- we have
 6   more evidence now than half the prison population
 7   is imprisoned on, of this egregious fraud.
 8          I mean, the evidence --
 9          MARIA BARTIROMO:  The other thing I wanted
10   --
11          SIDNEY POWELL:  -- is really stunning,
12   Maria.
13          MARIA BARTIROMO:  Really?  Okay.  What's --
14   what's the most stunning, the most egregious?
15   Give me one thing that's the most egregious and
16   most stunning, Sid- -- Sidney, as -- as we wrap up
17   here.
18          SIDNEY POWELL:  Well, one of the most
19   impressive pieces of evidence is the affidavit of
20   the young military officer who saw it all done and
21   was there when it was created.  He knows exactly
22   how it works.  He was briefed on it.  And many
23   other people are talking every day about how it
24   worked.
25          We've got Eric Kumer, as you said,
```

```
 1   admitting on -- on tape that he rigged the
 2   election for Biden and hated Trump.  We've got
 3   their social media posts.  We've got all kinds of
 4   evidence that -- that is mathematically
 5   irrefutable by experts; including three professors
 6   at Princeton, and it all wraps up and proves the
 7   same thing.
 8         The en- -- the -- the evidence of
 9   individual poll watchers who saw votes come in,
10   saw the machines manipulated; the machines are
11   never supposed to be hooked up to the Internet, at
12   least 30 of them were, according to a published
13   article that's already out.
14         That's an egregious breach of election law
15   in itself.  That should never have happened.  That
16   causes automatically- -- that should automatically
17   invalidate anything coming out of those machines
18   in every state that happened in, if not across the
19   country, because they can change everything as
20   they're watching it.
21         MARIA BARTIROMO:  Okay.  All right.
22   Sidney, thanks very much.  We, of course, will be
23   on this and keep following it.
24         Sidney Powell, thanks for joining us.  Stay
25   with us at the (inaudible).  We'll talk once again
```

1 with the attorney for President Trump Jenna Ellis.
2      (End of the recording.)

1      C E R T I F I C A T E

2

3           I, JACKIE MENTECKY, do hereby certify that

4   I was authorized to transcribe the foregoing recorded

5   proceeding, and that the transcript is a true and

6   accurate transcription of my shorthand notes to the best

7   of my ability taken while listening to the provided

8   recording.

9

10  Dated this 31st day of December, 2020.

11

12

13

14

15                        _____

16                             JACKIE MENTECKY

17

18

19

20

21

22

23

24

25