# Exhibit 106

screenshot-twitter.com-2021.01.06-13_57_32
https://twitter.com/realdonaldtrump/status/1327811527123103746
06.01.2021



**Donald J. Trump**
@realDonaldTrump

I look forward to Mayor Giuliani spearheading the legal effort to defend OUR RIGHT to FREE and FAIR ELECTIONS! Rudy Giuliani, Joseph diGenova, Victoria Toensing, Sidney Powell, and Jenna Ellis, a truly great team, added to our other wonderful lawyers and representatives!

10:11 PM · Nov 14, 2020 · Twitter for iPhone

**66.1K** Retweets   **9.8K** Quote Tweets   **325K** Likes