# Exhibit 107

1

2

3                          File:

4

5   Global Prayer for U.S. Election Integrity

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1      SPEAKER:  At -- this time we are so honored

2  to have with us at -- at a very critical juncture

3  Sidney Powell; just a renowned a -- attorney.  She

4  represented Michael Flynn, who was with us a

5  couple weeks back, and she's representing a lot of

6  cases on this election integrity, exposing the

7  election fraud, so that we can re-establish

8  President Trump as the legitimate winner of the

9  elections, and our next President for four years.

10      Sidney, thank you so much for joining us.

11  Are you able to speak from where you're at?

12      SIDNEY POWELL:  Thank you for having me on.

13  Thank you for your prayers and support.  We've --

14  our team -- whole team feels it.  We have had

15  information come at us from multiple different

16  directions.  I -- I can see God's hand in sending

17  us things we need when we need it.  And it's been

18  a -- a huge honor to work on this project.

19      We must get to the truth of this election,

20  the American people are entitled to and are

21  starved for the truth.

22      The bottom line question I always ask is:

23  Why is it so hard to look into the machines?

24  There shouldn't even be an issue about that.

25  Federal law requires people to keep all election

Global Prayer U.S. Election Integrity

1   information for 22 months, under penalty of -- of

2   criminal prosecution with up to a year in prison

3   and a fine.

4        Well, that's because our elections are

5   supposed to be transparent.  This is one country

6   in the world where we're supposed to be able to

7   count on one person, one vote.  And what we've

8   gotten this year, we've finally seen it in

9   real-time, is an algorithm being run to shave a

10  substantial portion of the votes so that Mr. Biden

11  got 1.26 in many places, and a Trump vote was

12  weighed at .74.  That's absolutely outrageous.

13  It's supposed to be one person, one vote.  There

14  should be no fractions of any votes calculated

15  anywhere.

16       But we're getting more and more information

17  that the algorithm ran in lots of places,

18  including in the red states and against red

19  counties.  And that's probably what they ran in

20  2016 that left Hillary Clinton with the popular

21  vote total being higher than Trump's.  That's the

22  only thing that explains that, frankly.  And it

23  explains a lot of other things, too.

24       And then there are particular places where

25  so many Trump people poured out to vote on

1   election day, which is what we all encouraged them

2   to do, to wait for election day and vote in person

3   to make sure their vote got counted, that they

4   broke the algorithm in all the swing states that

5   they had pre-calculated, based on the pre-election

6   voting.  And -- and that's why the voting had to

7   count -- stopped counting in multiple states that

8   night when we saw it all happen.  And then

9   suddenly, you know, Biden votes appear.

10       We've now traced some of the injected fake

11  ballots to a mail facility in New York that isn't

12  even authorized to take mail, it takes freight.

13  And -- and there's a -- several hundred-thousands

14  of ballots we have information and evidence now

15  was put through that mail facility, and that's how

16  it was injected into the system to then get to

17  different states, like Pennsylvania where all of a

18  sudden hundreds of thousands of votes manifested

19  themselves after counting had supposedly stopped.

20       SPEAKER:  Sidney?

21       SIDNEY POWELL:  Yes.

22       SPEAKER:  Yeah.  Can you hear us?

23       SIDNEY POWELL:  Did I lose you?

24       SPEAKER:  Yeah.  No, you're fine.  Go

25  ahead.

1    SIDNEY POWELL:  Okay.  So -- SO we've seen

2    every manner and means of fraud that anybody can

3    imagine, but it's the machine fraud that I think

4    is the absolute most insidious; that coupled with

5    the fake ballots that they used to backfill the

6    vote count the night of the election that were

7    shipped through our United States mail service;

8    which is, by the way, a federal mail fraud crime,

9    because we know that hundreds of thousands of

10   ballots were sent that way, and they weren't

11   shranked.  (Phonetic).  So that's -- that's a

12   massive mail fraud offense in more ways than one.

13        SPEAKER:  Okay.

14        SIDNEY POWELL:  And, of course, we're

15   getting more evidence now, too, on the paper

16   issues.  Jovan Pulitzer is in Atlanta now, we've

17   got more information coming out about the internet

18   connections that the Dominion machines had.  We

19   know that information was uploaded to them by

20   thumb drive; that was impermissible.  There should

21   have been nothing changed on the machines from

22   several days -- maybe even 30 days, I can't

23   remember the exact number before the election,

24   until after the votes were tallied and everything

25   properly counted and accounted for.

1       On the machine we got access to in Antrim

2   County, Michigan -- or the machines, I should say

3   -- they found a substantial flip rate of the

4   votes.  And even worse than that, the machines

5   were calibrated to send the vast majority of votes

6   into what's called an adjudication file that

7   Dominion has on their machines, that then allows

8   an individual to decide where those votes go.

9       Well, we're talking about hundreds of

10   thousands of votes going in an adjudication file,

11   I think in Fulton County, Georgia, they found that

12   over 92 percent of the votes went into an

13   adjudication file.  That's hundreds of thousands

14   of votes that were then all of a sudden -- any

15   number of them disappeared for Trump or reappeared

16   as if they were Biden votes to a substantial

17   percentage.  In fact, one number at one point was

18   186,000 votes all for Biden, with -- those are

19   mathematical and statistical impossibilities.

20   It's like flipping a coin the same time, and it's

21   186,000 times and it lands on heads every time.

22   It does not happen.

23       So there are all kinds of charts and

24   mathematicians and statisticians who have looked

25   at these things from every different angle, and

1  there's no way that Donald Trump lost this

2  election by any legitimate means.  There are

3  multiple means of fraud, but the two biggest are

4  the false ballots that were fed into the machines

5  after they stopped counting on election night in

6  all the swing states -- and probably other states,

7  too -- and then the embedded machine fraud -- and

8  that's why we want to audit the machines.

9      Everyone who cares about fairness and

10  integrity in this election or wants us to ever

11  have another free and fair election, this must

12  stop right now.  It cannot continue past this

13  election or there will never be another free

14  election.

15      SPEAKER:  Sidney, we have a couple

16  questions.  We -- we understand how rampant the

17  fraud is, but time does not seem to be on our

18  side.

19      Can you describe the January 6th joint

20  session of Congress constitutionally, if these 11

21  to maybe a few more senators go in on their

22  petition requesting a stay of -- of certifying the

23  elect- -- Electoral College on January 6th, and

24  asked for 10 days to set up a council to review

25  the fraud, could you go over the -- the

1   constitutionality of that, what the Vice President

2   can do, does he have an authority presiding to

3   stay the -- the voting at that time?

4        SIDNEY POWELL:  Yes, I think either he or

5   the President, frankly, could stay the vote.  And

6   I think it should be mandatory that an independent

7   forensic audit be conducted of a number of the

8   Dominion voting machines.  And, frankly, other

9   voting systems.  It's not exclusive to Dominion.

10  The DNA of the -- of the code that can run the

11  algorithms and -- and accomplish the cheating

12  exists in all the systems.

13       So we don't know exactly how widespread it

14  is.  I think there should be a random sampling of

15  at least a dozen different locations in big cities

16  to check what's going on with the machines.

17       For example, in Antrim County, we know that

18  somebody destroyed the adjudication file audit

19  trail for the Dominion machines there.  That --

20  that's a violation of federal law in and of

21  itself.  Somebody should be prosecuted for that

22  right now.

23       And while I'm on the subject of

24  prosecution, just let me say how appalled I am at

25  our Department of Justice and FBI for not being

1  all over this.  They are obviously part of the

2  problem.  I have maintained for a long time that

3  this software probably initiated with the CIA, and

4  our own government is implicated in a lot of the

5  wrongdoing here; and that's why the cover-up is so

6  massive, and there's so much resistance, aside

7  from the trillions of dollars of global wealth and

8  all the corrupt dictators that have been installed

9  around the world, people thinking they're actually

10  voting for the person they want, and instead their

11  vote is rigged by this kind of system.

12       As far as your cases, do -- do you have

13  anything that's set to go before the Supreme Court

14  in the next couple of days, we saw that Justice

15  Roberts -- I think it was one of your cases, would

16  not hear it until I think after the certification

17  or after Inauguration Day; is there --

18       SIDNEY POWELL:  Right.  That's another

19  point of -- of being disgusted with our current

20  system.  We -- we're really seeing institutional

21  failure at every level of our government.  It's --

22  it's terrifying, frankly, to have the republic of

23  the United States of America, the last great

24  country in the free world, in this sort of

25  position with the complete institutional failure.

1       But the Supreme Court isn't even going to

2   meet again until the 8th, and we have four cases

3   pending there involving the states of Arizona,

4   Michigan, Wisconsin and Georgia.  Any three of

5   which, if I recall correctly, are sufficient to

6   flip the election.

7       There are also a couple of Pennsylvania

8   cases pending, fraud was rampant in Pennsylvania.

9   In fact, we know that several hundred thousand

10  ballots were trucked there to backfill the night

11  of the election.  And, of course, we've seen bins

12  of them being unloaded from underneath the table

13  in Fulton County, Georgia on video.

14      So anybody that's saying there's no

15  evidence is not looking at the evidence, and is

16  either willfully blind, corrupted by the Chinese

17  communist party, blackmailed by the Chinese

18  communist party, or has some kind of skeleton in

19  their closet that somebody else is holding over

20  them.  There's no other logical rational excuse

21  for any intelligent person not to see the blatant

22  fraud here.  They took the two worst candidates in

23  the history of the republic, probably, and crammed

24  them up our nose with fraud, so blatant that

25  multiple mathematicians the night of the election

1   saw it happening from all over the country.

2        SPEAKER:  If we can just walk through that

3   plan that Ted Cruz is leading with the 11 or 12

4   Senator -- assuming the Vice President or the

5   President agrees to stay the count on January 6th

6   for 10 days.  It's a -- not a mandatory

7   commission, a commission is established, they come

8   back and then what?  They present it and there has

9   to be a -- a vote be- -- in the House and the

10   Senate to override, where does it go from there?

11        SIDNEY POWELL:  Well, I have had my head

12   down working myself, and I can't say that I'm

13   completely familiar with Senator Cruz's plan.

14   Personally, I'm not in favor of some sort of

15   political commission that goes in to look at that.

16   We need computer and cyber experts.  There is

17   evidence out there already that there was foreign

18   interference in this election, and until credible

19   professional law enforcement, cyber security

20   experts, military experts, a combination of the

21   above, look at what happened in the Dominion

22   machines and certifies that under penalty of

23   perjury and produces the audit trails and all the

24   paper and everything else, no one should be

25   satisfied with the -- the fraudulent result of the

1    -- of the, quote, Biden election, end quote.

2         If there's nothing to hide, they should be

3    hiding nothing.

4         SPEAKER:  Jim, you have a question?

5         JIM:  Yeah, I -- I do, Sidney.  Thank you

6    for coming on with us, and thank you for paying

7    the price.  None of us can probably imagine the

8    price you are paying for standing for truth, as

9    you are.

10        When Mario alluded to we're running out of

11   time, that's an understatement; we are out of

12   time, we're three days away from a major event in

13   D.C.; as we know, 17 days away from a scheduled

14   inauguration.  Some of what you're describing that

15   needs to happen sounds like it would be court

16   cases and forensic work, it would be over the next

17   two years to solve.  We don't have that, at least

18   not right now.

19        So what are our options -- what -- in all

20   the times that you or anybody else for this issue

21   has taken something to court, has -- as -- has

22   there ever been a court that has listened or they

23   rejected every case that's come before us, have we

24   had any wins in court so far?

25        SIDNEY POWELL:  No, they're throwing them

1 all out on the DNC talking points of no standing,

2 no matter who you are; or they're just sitting

3 there like they are at the Supreme Court now,

4 where we know our cases have standing because we

5 represent electors in my four cases, who have

6 standing under the constitution.  They're named in

7 the constitution.  They clearly have standing.

8      But the District Court poured us out on

9 that in Georgia, and so did the courts in the

10 other three states, because that's the litany the

11 -- the democratic machine or the establishment

12 machine -- whatever you call it -- are pushing

13 here.

14      And -- and like I said, the corruption is

15 far wider and deeper than any one of us would have

16 ever imagined.  It's really shocking to not have

17 Article 3 judges who are given lifetime tenure for

18 this very reason, stand up for the rule of law and

19 the future of our republic.

20      They say:  Oh, it's political, so they

21 really don't want to get involved in it.  And then

22 they make up these legalistic excuses for not

23 doing their jobs.  None of which is acceptable.

24 But we know people have been threatened, our

25 witnesses have been threatened, people have been

1    intimidated right and left.  I wouldn't be

2    surprised if that hadn't happened to some judges,

3    too.

4         SPEAKER:  So there's not been a single

5    judge who has listened to a single case; is that a

6    true statement?

7         SIDNEY POWELL:  No, that's true.  No judge

8    has actually listened to the evidence.  And the

9    few that have ruled on anything have done it so

10   fast on purely legalistic grounds, not looking at

11   the evidence, that even if they say:  Oh, yeah; I

12   looked at the evidence -- well, we're talking 270

13   pages of affidavits, 530 pages of affidavits.

14        And by the way, all the affidavits and

15   evidence -- at least of the time of our Supreme

16   Court filing are uploaded and available for people

17   to look at and download free on the website

18   defendingtherepublic.org or kraken-wood.com or

19   Sidneypowell.com.

20        Read the evidence for yourself.  There are

21   videos online that show the Dominion activities

22   and other activities that are clearly illegal.

23   It's -- it's everywhere.  It's available on

24   Twitter.  Educate yourself.  Look for yourself,

25   judge for yourself.

Global Prayer U.S. Election Integrity

15

1        JIM:  Sidney, to what extent is there a

2   healthy system of coordination between a Senator

3   -- such as Senator Cruz, for example -- or Holly

4   from Missouri, and state senators -- I -- I just

5   came off a call where I -- where I saw what it

6   seems to me to be a lack of communication

7   coordination and -- and --

8        SIDNEY POWELL:  That also --

9        JIM:  -- other persons -- other persons

10  like yourself, how connected are you all so you're

11  moving as a common force together as one?

12       SIDNEY POWELL:  Well, I think you all are

13  doing a lot to facilitate that -- that common

14  goal.  I mean, it's been such a short amount of

15  time and we've been dealing with such a flood of

16  information, nothing has been as coordinated as it

17  certainly should have been and would have been

18  more effective if it had been.

19       In fact, there have been unnecessary

20  factions, from my perspective, of what to focus on

21  and how to focus on it.  But we're -- where we are

22  now -- and I would encourage all of you to start

23  with your -- bombarding your state legislators

24  tonight, because they are the closest to the

25  people, and they should be the ones to decertify

Global Prayer U.S. Election Integrity

16

1    or decide to stay their electoral slates tomorrow

2    so it doesn't even get to Congress on the 6th.

3         SPEAKER:  Yeah, I think Rob is going to go

4    over that.  If you can -- everyone can put your

5    Zoom on -- on mute.  Lance, do you have a question

6    for Sidney -- Sidney?

7         LANCE:  Yeah.  Well, I think these -- I'm

8    just curious, and it might not be something,

9    Sidney, that you can address, but the mystery to

10   many of us who are kind of newly engaged with --

11   with the -- the whole civic process, I think the

12   whole country is getting an education -- I

13   understand --

14        SIDNEY POWELL:  Yeah, a painful one.

15        LANCE:  It's a painful one, yeah.  And I'm

16   mystified at the legislators in the state level

17   that are Republican that are not moving more

18   aggressively, because you would think that they

19   would have an interest in getting reelected, then

20   I realized that our voices and -- we, as a people,

21   have not actually been communicating with them;

22   we've just been trusting that the civic process of

23   election -- what's going to work.

24        So now they're suddenly getting bombarded

25   and they're having an awakening like, oh, my gosh,

1  how many people are -- exist out there that are --
2  that are upset about this?
3       But why do you think there's only 11
4  Senators standing with Ted Cruz, why is Josh --
5  why is it that there aren't more Senators that are
6  actually engaged with this, is -- do you have a --
7  a thought on that, is that the power of money and
8  -- and --
9       SIDNEY POWELL:  It -- it is the -- yeah,
10  it's the power of money, it's the power of
11  lobbyists.  It's the fact that we don't know
12  exactly how long this has been going on.  We don't
13  know how many of our Republican officials have
14  been elected by virtue of machine fraud from any
15  of these voting machine companies.
16       We know that in 2019 Elizabeth Warren and
17  Amy Klobuchar and four others signed letters
18  expressing serious concerns about the
19  vulnerability and problems with the machines.
20       We know that Carolyn Maloney was
21  complaining about it in New York back in 2013.
22       Apparently the problem has existed far
23  longer than I knew about it.  But, again, I wasn't
24  political and wasn't paying attention, like a lot
25  of us are out there trying to support our kids and

Global Prayer U.S. Election Integrity

1   do our jobs and do everything else we're supposed

2   to do, and pay our taxes, while these people are

3   ripping us off and taking boondoggles to communist

4   China and wind up getting blackmailed as a result

5   of the trip.

6        You know, we don't know how many are in the

7   pocket of communist China.  We know Dianne

8   Feinstein had a communist (inaudible) spy for 20

9   years.  We know Eric Swalwell was sleeping with a

10  communist spy.  We have no idea how many have

11  infiltrated our universities and politics and

12  everything else, but it's a lot.  They're stealing

13  our technology right and left.

14       This is a foreign interference in our

15  election from communist China and Iran, and nobody

16  wants to admit it, because it shows how vulnerable

17  we are, how vulnerable we have been, how many

18  government agencies have failed to do their jobs

19  for at least a decade.  This isn't the first year

20  this happened.

21       SPEAKER:  Was the Dominion --

22       SIDNEY POWELL:  It's worst.

23       SPEAKER:  Was the Dominion software

24  involved -- I thought I just heard you say once

25  that -- that 130 votes were processed by that

1  software when Obama was elected; is that -- was

2  this software being used back then?

3      SIDNEY POWELL:  I'm sorry.  You're breaking

4  up.  But yes, I'm sure the software was used in

5  2018, and somebody's given me a massive amount of

6  data we haven't had time to deal with yet, that it

7  was used in 2016 when Hillary won California over

8  Bernie.

9      My witness told me that Bernie was told

10  about it and instead of outing it, he sold out.

11      SPEAKER:  Okay.

12      JIM:  Sidney, we were talking about

13  coordination, we know that you met with the

14  President -- I guess about two weeks ago, had --

15  had a good meeting or meetings with him, and then

16  we read the press where you were not allowed to

17  speak to him -- et cetera, et cetera.  Have you

18  been in touch directly or indirectly, if you can

19  -- if you can share -- with the President as far

20  as potential coordination?

21      SIDNEY POWELL:  I have not been in touch

22  about that.  I had a very brief conversation

23  later, he is aware of the fact that people have

24  kept me out.  I don't know the reason for that.

25      SPEAKER:  Okay.  Jim?

1          JIM:  When you were -- or -- the language

2   you were using a moment ago was focused on the

3   future elections, obviously based off what has

4   happened in 2020, I -- I had a bizarre question,

5   and that is:  If you're successful -- and we pray

6   you are -- in proving the illegalities of the 2020

7   election, and maybe others as well, but

8   particularly the 2020 presidential election, what

9   is -- is there anything provided in our

10  Constitution that would address retroactively a

11  President who might have already been installed on

12  January 20th of 2021, if it's later --

13         SIDNEY POWELL:  No, that's -- that's --

14  yeah, that's what concerns me.  We have to be able

15  to fix this now, and the inauguration can be

16  postponed if necessary.  But the fraud -- the

17  fraud cannot -- the fraud cannot be allowed to

18  stand now.

19         SPEAKER:  A -- an inauguration can be

20  legally postponed?

21         SIDNEY POWELL:  Yes, the inauguration can

22  be postponed.  It's happened at least once before

23  in -- in our history maybe more than once.

24         SPEAKER:  Does the current (inaudible) --

25         SIDNEY POWELL:  But yes, it's a -- it's a

1  national emergency, frankly.  The foreign

2  interference in the election that we know is

3  documented already by the FBI and the CISA,

4  triggers the President's powers under the election

5  infrastructure and other election insecurities --

6  or whatever the last Executive Order 13848 was on

7  the election interference, and that allows him to

8  do anything he needs to do.  It triggers all his

9  national emergency powers.

10      So, yes, the election inauguration and

11  everything could be postponed.

12      SPEAKER:  And the current President remains

13  as President past January 20th?

14      SIDNEY POWELL:  Yes.

15      SPEAKER:  Okay.

16      SPEAKER:  Even though it appears that DOJ

17  and FBI have gone dark, do you know -- is there

18  any hope that they are doing something and we'll

19  hear something soon, as far as the foreign

20  interference with our Deep State?

21      SIDNEY POWELL:  Well, if the report I read

22  was correct about Senator Cruz's meeting at the

23  White House that prompted his change of heart, he

24  was briefed by DOJ and by some in the intelligence

25  community, apparently, about the foreign

1  interference; and DOJ is starting to do something

2  about it.

3      But there was a lot of domestic

4  interference, as well as foreign interference.

5  People no doubt acting as foreign agents here

6  domestically.  It's -- it's a big widespread

7  problem, and it has to be addressed now.  We

8  cannot sweep it under the rug again.

9      SPEAKER:  Okay.  And that's where if we can

10  get 10 -- a 10-day stay on the electorate

11  determination on January 6th, it could help; at

12  least expose that to the public and to the

13  Congress, if we had a few --

14      SIDNEY POWELL:  Exactly.  And that 10 days,

15  frankly, is enough to do a substantial forensic

16  audit in multiple states, on multiple machines.

17  We had a plan to do a -- a -- a fair sampling of

18  them in less than 10 days several weeks ago.  And

19  that same plan could be triggered now, I just

20  don't know why -- keep -- people keep stalling on

21  it, other than there's massive pressure to ignore

22  all of this and just -- you know, quote, move on,

23  end quote, and never have a free country again.

24      SPEAKER:  Jim -- Jim has another question

25  just for all the listeners that are here in this

1   prayer meeting.  I mean, one of the things

2   specifically -- and you can tell us what else to

3   -- to pray against the massive pressure that the

4   -- the Lord can move and -- and encounter that

5   pressure against those that are exerting the

6   pressure, which is intimidation and control, to

7   try to silence the truth to come out.

8        Jim?

9        JIM:  Sidney, if you could give us in

10  layman's terminology the chief talking points,

11  you've said quite a bit tonight, but if you were

12  to -- if you were to be able to arm -- there --

13  there's seven -- almost 8,000 of us on this call

14  right now, 8,000 screens, it could be many more

15  people than that, and many more will watch later,

16  if you were to give us three or four talking

17  points that a layman can understand and could

18  articulate to other people, what would those be?

19        SIDNEY POWELL:  Well, I would start with

20  the fact that it was a mathematical impossibility

21  for the things we saw happen on election night to

22  happen.  Any person with math expertise or

23  statistical expertise can see that people

24  identified it from various places across the

25  country -- in fact, around the world.  I would

1    encourage everybody to look -- never in my

2    lifetime have so many people come forward at great

3    personal risk, loss of their jobs, being harassed,

4    being threatened.

5         A worker in Alabama -- or Georgia just had

6    five shots fired through the window of her home

7    last night working with Jovan Pulitzer on the

8    ballot issues in Georgia right now.  People have

9    taken -- patriots have come forward all across

10   this country to stake a -- take a stand against

11   this massive fraud.

12        And the bottom line is, if there's nothing

13   to hide, why are they fighting so hard to hide it?

14   This is the one country on earth where any

15   election is supposed to be completely transparent,

16   where all the records are required to be kept by

17   federal law.  There should be no question about it

18   whatsoever.

19        And any independent person should be able

20   to go and see and count whatever needs to be

21   counted, whether it's on a machine or whether it's

22   paper; but running the same fraudulent ballots

23   back through the same fraudulent machines is not a

24   valid recount.

25        And the fact that they are trying to avoid

1   having any of the machines examined forensically

2   in any other place in Antrim County, Michigan,

3   tells me all I need to know to know that they are

4   hiding massive evidence of fraud that goes a lot

5   farther back and wider than this election, and

6   that there's no telling how many people have

7   benefited from it here and around the world,

8   including some Republicans.

9           SPEAKER:  Your first talking point --

10          SIDNEY POWELL:  So what we need to pray for

11  is the truth.  We need to pray --

12          SPEAKER:  Your first talking point --

13          SIDNEY POWELL:  -- that the truth comes

14  out, whatever that is, and the chips fall where

15  they have to fall.

16          SPEAKER:  Sidney, can you continue with --

17  that's very persuasive, the mathematical

18  impossibilities; and the second one I wrote is why

19  would you hide it, why wouldn't it be in

20  everybody's interest to know what the truth is.

21          Any other key talking points you can give

22  to us?  Because there's quite a people -- quite a

23  few people writing down what you're saying to use

24  as talking points, Facebook and other -- other

25  conversations.

1          SIDNEY POWELL:  Yes.  All the thousands of

2     witnesses who have come forward at great personal

3     risk to give their personal testimony of the fraud

4     they've seen, and the video evidence of fraud

5     happening in front of our eyes.  Plus hundreds of

6     thousands of -- of, quote, mailed ballots being

7     brought into the system fraudulently through a

8     freight facility in New York.  That doesn't happen

9     when they're real ballots.

10          SPEAKER:  Uh-huh.  Thank you so much.

11          SIDNEY POWELL:  And -- and Dominion

12     shredding everything -- I mean, Dominion has been

13     shredding things right and left.  Within a week of

14     the election they shredded thousands of pounds of

15     paper.  They moved their offices just across town

16     in Denver -- and I believe elsewhere.  The

17     shredding truck pulled up -- I don't even know how

18     many thousand pounds were shredded within that

19     first week.

20          And -- and on top of that, they're

21     shredding, literally as we speak in Georgia, they

22     started it again the night Jovan Pulitzer

23     testified in front of the Georgia Senate

24     Committee, I think it was, and showed how the

25     machines could be hacked in real-time in the

1    runoff election in Georgia.

2         SPEAKER:  Sid- -- Sidney, we want to thank

3    you so, so much for your time, for all that you've

4    been doing.  I know you're -- you're very, very

5    busy.  We just want to take one more minute to

6    pray for you, for your legal team, for the -- for

7    the Lord to be with you.

8         Pam, can you please pray for Sidney.

9         PAM:  Sure.  Lord God, we thank you for

10   Sidney Powell and her entire team as they have

11   tirelessly fought for truth to come out.  And God,

12   we pray for her that you would surround her with

13   warring angels.  And God, we plead the blood of

14   Jesus over her.  And we ask you to minister to

15   her, Lord, and through her.

16        God, we pray that in these next few days,

17   Lord, that there would be such a turning.  And

18   Lord, you would give her strategies from heaven.

19   This is a -- a spiritual battle with angels and

20   demons warring over America.  And God, we cry out

21   tonight on this prayer call for strategies from

22   heaven to be given to her, the legal team, for our

23   President and his team, Lord God, that you will

24   move mightily.

25        And we thank you, Lord.  Lord, I -- I can't

1  even imagine the amount of warfare that is -- is

2  coming against her, Lord, as she is fighting for

3  righteousness and truth, and for the American

4  people.

5       And God, I ask you to give her strength,

6  both physically.  And God, just legally, Lord,

7  that you give her such strategies.  And we thank

8  you, God.  And we thank you ahead of time, Lord,

9  for victory.  And Lord, that we are going to see a

10  turning because, God, there are multitudes around

11  our country and around the world, standing in the

12  gap, crying out for truth.

13       Lord, keep your hand upon Sidney and her

14  team, and continue to use them.  And I thank you

15  for her, Lord.  And I thank you for her team.

16       And Lord, we do declare victory.  And we

17  thank you in Jesus name.  Amen.

18       SPEAKER:  Amen.  Thank you so much, Sidney.

19       SIDNEY POWELL:  Thank you so much.  Thank

20  you very much.

21       SPEAKER:  We'll continue to be praying for

22  you and being in touch with you.  Thank you so

23  much.

24       SIDNEY POWELL:  Thank you.  And pray for

25  our President and Vice President, and for the

1    country as a whole.  It's imperative we remain the

2    beacon of freedom for the entire world.

3         SPEAKER:  Amen.  We will.  Thank you so

4    much.

5         SIDNEY POWELL:  Thank you.  Bye-bye.

6         (Advertisement.)

7         (End of the recording.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    C E R T I F I C A T E

2

3              I, Jackie Mentecky, Transcriptionist/Court

4    Reporter, do hereby certify that I was authorized to

5    transcribe the foregoing recorded proceeding, and that

6    the transcript is a true and accurate transcription of my

7    shorthand notes to the best of my ability taken while

8    listening to the provided recording.

9

10   Dated this 4th day of January, 2020.

11

12

13

14

15                    _____

16                    Jackie Mentecky

17

18

19

20

21

22

23

24

25