IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| US DOMINION, INC., | ) |
| --- | --- |
| | ) |
| DOMINION VOTING SYSTEMS, INC., and | ) |
| | ) |
| DOMINION VOTING SYSTEMS CORPORATION, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| SIDNEY POWELL, | ) Case No. _____ |
| | ) |
| SIDNEY POWELL, P.C., and | ) |
| | ) |
| DEFENDING THE REPUBLIC, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING EXHIBITS

1.  Plaintiffs hereby give notice of filing exhibits listed below, which were exhibits to the Complaint filed on January 8, 2021 [D.E. 1]. Due to their nature, they are unable to be filed electronically through the Court's ECF System. Therefore, a transcribed copy of each exhibit has been electronically filed through the Court's ECF System with the corresponding Exhibit Number.

| Exhibit Number | Description | Location |
| --- | --- | --- |
| 5-V | *Sidney Powell talks about her allegations regarding the computerized voting systems on election night*, Washington Examiner (Nov. 20, 2020), available at, https://www.washingtonexaminer.com/videos/sidney-powell-talks-about-her-allegations-regarding-the-computerized-voting-systems-on-election-night (last visited Jan. 4, 2021). | This exhibit is maintained by counsel and is available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 6-V | *Sidney Powell on Lou Dobbs Tonight on 11/30/20*, YouTube (Nov. 30, 2020), available | This exhibit is maintained by counsel and is available upon request. As it is an audio/video, |

| | | |
|---|---|---|
| | at, https://www.youtube.com/watch?v=4uMr-TRZNCw (last visited Jan. 4, 2021). | the exhibit is not in a format that readily permits electronic filing. |
| 14-V | *WATCH: Georgia election officials reject Trump call to 'find' more votes*, PBS (Jan. 4, 2021), available at, https://www.pbs.org/newshour/politics/watch-live-georgia-secretary-of-states-office-holds-press-conference (last visited Jan. 7, 2021). | This exhibit is maintained by counsel and is available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 20-V | *Sidney Powell: Dems will use 'lawfare' to alter election*, OAN (Nov. 3, 2020), available at, https://defendingtherepublic.org/?p=1154; https://www.youtube.com/watch?v=Vh5U_6apzvI&feature=emb_logo (last visited Jan. 7, 2021). | This exhibit is maintained by counsel and is available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 22-V | *Patrick Byrne Explains Trump Path to Victory*, Corsi Nation (Dec. 24, 2020), available at, https://www.stitcher.com/show/corsi-nation-by-jerome-r-corsi-phd/episode/dr-corsi-news-12-24-20-patrick-byrne-explains-trump-path-to-victory-80388895 (last visited Jan. 7, 2021). | This exhibit is maintained by counsel and is available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 25-V | *The Rush Limbaugh Show*, iHeart Radio (Dec. 29, 2020), available at, https://www.iheart.com/podcast/1119-the-rush-limbaugh-show-57927691/episode/the-rush-limbaugh-show-podcast--75675693/ (last visisted Jan. 7, 2021). | This exhibit is maintained by counsel and is available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 26-V | *Sidney Powell to Newsmax TV: Our Case Was Prejudged*, Newsmax (Dec. 7, 2020), available at, https://defendingtherepublic.org/?p=1166; https://www.newsmax.com/newsmax-tv/sidney-powell-kraken-lawsuit-scotus/2020/12/07/id/1000459/ (last visited Jan. 4, 2021). | This exhibit is maintained by counsel and is available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 27-V | *Evidence of Fraud: Sidney Powell and Lou Dobbs discuss*, Fox Business (Dec. 11, 2020), available at, https://defendingtherepublic.org/?p=1168; https://video.foxbusiness.com/v/6215520845001/#sp=show-clips (last visited Jan. 4, 2021). | This exhibit is maintained by counsel and is available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |

| | | |
|---|---|---|
| 28-V | *Exclusive: Sidney Powell on 2020 Election Lawsuits, Supreme Court Decision, and the Flynn Case*, The Epoch Times (Dec. 13, 2020), available at, https://defendingtherepublic.org/?p=1170; https://www.theepochtimes.com/exclusive-sidney-powell-on-election-lawsuits-supreme-court-decision-and-the-flynn-case_3617067.html (last visited Jan. 4, 2021). | This exhibit is maintained by counsel and is available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 29-V | *Sidney Powell: Kraken Released in MI; Scotus Next!*, The John Fredericks Show (Dec. 14, 2020), available at, https://www.johnfredericksradio.com/podcast/december-14-2020/; https://www.youtube.com/watch?v=qWt1vB-OIZk&list=PL1q2i_zsupwSdYDFTH0pA-X-YNz57E5TV&index=2 (last visited Dec. 29, 2020). | This exhibit is maintained by counsel and is available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 30-V | *Sidney Powell to Newsmax: Dominion Designed to 'Rig Elections,'* Newsmax (Nov. 17, 2020), available at, https://www.newsmax.com/newsmax-tv/sidney-powell-dominion-voting-systems/2020/11/17/id/997526/ (last visited Dec. 4, 2020). | This exhibit is maintained by counsel and is available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 32-V | *Trump Campaign News Conference on Legal Challenges,* CSPAN (Nov. 19, 2020), available at, https://www.c-span.org/video/?478246-1/trump-campaign-alleges-voter-fraud-states-plans-lawsuits (last visited Jan. 4, 2021). | This exhibit is maintained by counsel and is available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 33-V | *MUST-SEE: Tucker Carlson ABANDONS Trump's election fraud case on air*, YouTube (Nov. 19, 2020), available at, https://www.youtube.com/watch?v=BspHzH6RRxo (last visited Jan. 4, 2021). | This exhibit is maintained by counsel and is available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 36-V | *Sidney Powell: It will be BIBLICAL*, Newsmax TV (Nov. 21, 2020), available at https://www.youtube.com/embed/Y68pEknYyCM?rel=0&start=0 (last visited Jan. 4, 2021). | This exhibit is maintained by counsel and is available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 40-V | *BREAKING NEWS: Sidney Powell Tells Lou Dobbs Her Lawsuit in Georgia May Be Filed As Soon As Tomorrow*, YouTube (Nov. 24, 2020), available at, https://www.youtube.com/watch?v=KpT2Rz4rTWM (last visited Jan. 4, 2021). | This exhibit is maintained by counsel and is available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |

| | | |
|---|---|---|
| 44-V | *Sidney Powell, Lin Wood attend 'Stop the Steal' rally in Georgia*, YouTube, (Dec. 2, 2020), available at, https://www.youtube.com/watch?v=pq-_B5z3QIA (last visited Jan. 4, 2021). | This exhibit is maintained by counsel and is available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 48-V | *The Affidavit: Sidney Powell With Lou Dobbs*, YouTube (Nov. 16, 2020), available at, https://www.youtube.com/watch?v=n_p1sonhp-k (last visited Jan. 4, 2021). | This exhibit is maintained by counsel and is available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 49-V | *Sidney Powell Follows Up With Lou Dobbs About Today's Press Briefing*, YouTube (Nov. 19, 2020), available at https://www.youtube.com/watch?v=X-53TpxRtxI (last visited Jan. 4, 2021). | This exhibit is maintained by counsel and is available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 51-V | Sean Hannity Radio Show with Louie Gohmert, iHeart Radio (Dec. 23, 2020), available at, https://www.sidneypowell.com/media/listen-below-for-sidney-powells-latest-insight-into-the-fraudulent-2020-election (last visited Jan. 4, 2021). | This exhibit is maintained by counsel and is available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 90-V | *Sunday Morning Futures with Maria Bartiromo Sydney Powell ELECTION FRAUD*, Fox News (Nov. 9, 2020), available at, https://defendingtherepublic.org/?p=1164; https://www.youtube.com/watch?v=g6swRH38oKs&list=PLnpdXA3HSORvJoUVwtdrX2cMum5d9I8x7&index=28 (last visited Jan. 4, 2021). | This exhibit is maintained by counsel and is available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 93-V | *Sidney Powell with Lou Dobbs: Release the Kraken*, YouTube (Nov. 14, 2020), available at, https://www.youtube.com/watch?v=SFCXPw1t17o (last visited Jan. 4, 2021). | This exhibit is maintained by counsel and is available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 94-V | *One-on-one with Sidney Powell*, KPTM (Nov. 15, 2020), available at, https://app.criticalmention.com/app/#clip/view/3de8b395-d807-4ba7-9855-0af62dc1a005?token=37f52d99-127d-4b48-b8dc-e5e99babfaaa (last visited Jan. 4, 2021). | This exhibit is maintained by counsel and is available upon request. As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |

| 95-V | *Attorney Powell on election legal challenges that remain active in several states*, Fox News (Nov. 15, 2020), available at, https://video.foxnews.com/v/6209930642001?playlist_id=3386055101001#sp=show-clips (last visited Jan. 4, 2021). | This exhibit is maintained by counsel and is available upon request.  As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
|---|---|---|
| 96-V | *The Rush Limbaugh Show*, iHeart Radio (Nov. 16, 2020), available at, https://www.iheart.com/podcast/1119-the-rush-limbaugh-show-57927691/episode/the-rush-limbaugh-show-podcast--73947607/ (last visited Jan. 4, 2021). | This exhibit is maintained by counsel and is available upon request.  As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 97-V | *Sidney Powell to Newsmax TV: Dominion Contracts Warrant Criminal Probe*, Newsmax (Dec. 28, 2020), available at, https://www.newsmax.com/newsmax-tv/sidney-powell-georgia-lawsuit-contract/2020/11/28/id/999106/ (last visited Jan. 4, 2021). | This exhibit is maintained by counsel and is available upon request.  As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 98-V | *Sidney Powell: "I Have Direct Evidence of Vote Fraud on the Biggest Scale in World History,"* The John Fredericks Show (Dec. 3, 2020), available at, https://www.johnfredericksradio.com/podcast/december-3-2020/; https://www.youtube.com/watch?v=QKzqvtxdwfA (last visited Jan. 3, 2021). | This exhibit is maintained by counsel and is available upon request.  As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 99-V | *EXCLUSIVE: Sidney Powell Suspects CIA in RIGGING Elections*, Huckabee (Dec. 5, 2020), available at, https://www.youtube.com/watch?v=dNK-LrrzxcE&list=PLp0iqOAbW0sZh0FqV39gW4NEwn-N0Rp0L (last visited Jan. 4, 2021). | This exhibit is maintained by counsel and is available upon request.  As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 101-V | *FlashPoint: Hope Is Not Lost! Featuring Attorney Sidney Powell* (The Victory Channel broadcast Dec. 29, 2020), available at https://www.sidneypowell.com/media/flashpoint-hope-is-not-lost-featuring-attorney-sidney-powell (last visited Jan. 3, 2021). | This exhibit is maintained by counsel and is available upon request.  As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 103-V | *Sidney Powell – Status of Presidential Election*, CATS Roundtable (Jan. 3, 2021), available at, https://www.sidneypowell.com/media/status-of-the-presidential-election (last visited Jan. 3, 2021). | This exhibit is maintained by counsel and is available upon request.  As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |

| 104-V | *Tucker Carlson Tonight*, Fox News (Nov. 21, 2020), available at, https://video.foxnews.com/v/6211375866001?playlist_id=5198073478001#sp=show-clips (last visited Jan. 4, 2021). | This exhibit is maintained by counsel and is available upon request.  As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
|---|---|---|
| 105-V | *Sidney Powell fires back at Tucker Carlson on Maria Bartiromo morning show, Fox News*, YouTube (Nov. 20, 2020), available at, https://www.youtube.com/watch?v=QRptwxOy8sc&t=14s (last visited Jan. 4, 2021). | This exhibit is maintained by counsel and is available upon request.  As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |
| 107-V | *Global Prayer for US Election Integrity*, Adam Schindler (Jan. 3, 2021), available at, https://www.adamschindler.com/prayer/global-prayer-for-us-election-integrity-20/ (last visited Jan. 4, 2021). | This exhibit is maintained by counsel and is available upon request.  As it is an audio/video, the exhibit is not in a format that readily permits electronic filing. |

Date:   January 8, 2021

 /s/ *Thomas A. Clare, P.C.*
Thomas A. Clare, P.C. (D.C. Bar No. 461964)
Megan L. Meier (D.C. Bar No. 985553)
Dustin A. Pusch (D.C. Bar No. 1015069)
10 Prince Street
Alexandria, VA 22314
(202) 628-7400
tom@clarelocke.com
megan@clarelocke.com
dustin@clarelocke.com

*Attorneys for Plaintiffs*