# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., ) | |
| ) | |
| DOMINION VOTING SYSTEMS, INC., and ) | |
| ) | |
| DOMINION VOTING SYSTEMS ) | |
| CORPORATION, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| SIDNEY POWELL, ) | Case No. _____ |
| ) | |
| SIDNEY POWELL, P.C., and ) | |
| ) | |
| DEFENDING THE REPUBLIC, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**CERTIFICATE REQUIRED BY LCVR 26.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned counsel of record for US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of US Dominion, Inc., Dominion Voting Systems, Inc., or Dominion Voting Systems Corporation, which have any outstanding securities in the hands of the public.

- None

These representations are made in order that the judges of this Court may determine the need for recusal.

Respectfully Submitted,

Date:  January 8, 2021

*/s/ Thomas A. Clare, P.C.*

Thomas A. Clare, P.C. (D.C. Bar No. 461964)
Megan L. Meier (D.C. Bar No. 985553)
Dustin A. Pusch (D.C. Bar No. 1015069)
10 Prince Street
Alexandria, VA 22314
(202) 628-7400
tom@clarelocke.com
megan@clarelocke.com
dustin@clarelocke.com

*Attorneys for Plaintiffs*