# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| US Dominon, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation <br><br> *Plaintiff(s)* <br> v. <br> Sidney Powell, Sidney Powell, P.C., and Defending the Republic, Inc. <br><br> *Defendant(s)* | Civil Action No. 21-cv-00040-CJN |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SIDNEY POWELL, P.C.
2911 Turtle Creek Boulevard, #300
Dallas, TX 75219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Thomas A. Clare, P.C.
Clare Locke LLP
10 Prince Street
Alexandria, VA 22314

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 1/8/2021

/s/ Anson Hopkins
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  **Sidney Powell, P.C.**

was received by me on *(date)*  **January 26, 2021**

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  **Sidney Powell, Registered Agent**, who is designated by law to accept service of process on behalf of *(name of organization)*  **Sidney Powell, P.C.**  on *(date)*  **January 28, 2021** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $  **0.00**

I declare under penalty of perjury that this information is true.

Date:  **January 29, 2021**

*Server's signature*

**Lois Johrendt, Process Server**
*Printed name and title*

**250 E. Broad Street, Columbus, Ohio 43215**
*Server's address*

Additional information regarding attempted service, etc:

The service was witnessed by:
Police Sgt. S. Burrell, Town of Biltmore Forest (NC) Police Department
Police Officer Gabrielle Crespo, Town of Biltmore Forest (NC) Police Department c/o 355 Vanderbilt Ro Biltmore Forest, North Carolina 28803. The phone number for the police department is (828) 274-0822.
An unidentified male companion of Sideny Powell.