AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| US Dominion, Inc., et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-0040-CJN |
| Sidney Powell, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sidney Powell, Sidney Powell, P.C., and Defending the Republic.

Date: 02/04/2021

/s/ Lawrence J. Joseph
*Attorney's signature*

Lawrence J. Joseph, D.C. Bar No. 464777
*Printed name and bar number*

Law Office of Lawrence J. Joseph
1250 Connecticut Ave., NW, Suite 700-1A
Washington, DC 20036
*Address*

ljoseph@larryjoseph.com
*E-mail address*

(202) 355-9452
*Telephone number*

(202) 318-2254
*FAX number*