AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| U.S. Dominion, Inc. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-CV-00040 |
| Sidney Powell, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defending the Republic.

Date: 02/08/2021

/s/ Jesse R. Binnall
*Attorney's signature*

Jesse R. Binnall VSB # 79292
*Printed name and bar number*

Harvey & Binnall, PLLC
717 King Street, Suite 300
Alexandria, VA 22314
*Address*

jesse.r.binnall@harveybinnall.com
*E-mail address*

(703) 888-1943
*Telephone number*

(703) 888-1930
*FAX number*