# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>SIDNEY POWELL, *et al.*,<br><br>    Defendants. | Civil Action No. 1:21-cv-00040-CJN |

### [PROPOSED] ORDER

On considering Defendants' Unopposed Motion to Enlarge Time to Answer or Move in Response to the Complaint (ECF #16), the lack of any opposition thereto, and the entire record herein, the Court finds that defendants' motion is well taken. For the foregoing reasons, it is hereby

**ORDERED** that defendants' motion is granted; and it is

**FURTHER ORDERED** that defendants shall answer or move in response to the complaint (ECF #1) on or before Monday, March 22, 2021;

**SO ORDERED**.

Dated: _____, 2021

_____
**UNITED STATES DISTRICT JUDGE**