**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| US DOMINION, INC., *et al.*,  )<br>  Plaintiffs,  )<br>  )<br>  v.  )<br>  )<br>SIDNEY POWELL, *et al.*,  )<br>  Defendants.  )<br>  )<br>  ) | Civil Action No. 1:21-cv-00040-CJN |

**UNOPPOSED MOTION BY DEFENDANTS SIDNEY POWELL & SIDNEY POWELL, P.C., FOR ADMISSION *PRO HAC VICE* OF HOWARD KLEINHENDLER**

Pursuant to Civil Local Rule 83.2(d), defendants Sidney Powell and Sidney Powell, P.C., move for the admission and appearance of attorney Howard Kleinhendler *pro hac vice* in the above-captioned action. This motion is supported by Mr. Kleinhendler's accompanying declaration. As set forth in his declaration, he is admitted and an active member in good standing the following courts and bars: the state bars of New York and New Jersey and the bars for the United States District Courts for the Southern District of New York, the Eastern District of New York, the District of New Jersey, and the Eastern District of Wisconsin, the United States Courts of Appeal for the Second, Third, Seventh and Ninth Circuits, and the United States Supreme Court. This motion is supported and signed below by Lawrence J. Joseph, who will serve as local counsel and is an active member of the Bar of this Court. Pursuant to Local Rule 7(m), defendants' counsel conferred with plaintiffs' counsel, who indicated that—while the plaintiffs do not waiver any future objections—the plaintiffs do not oppose this motion.

Dated: February 8, 2021                     Respectfully submitted,

/s/ Lawrence J. Joseph
Lawrence J. Joseph, D.C. Bar No. 464777

1250 Connecticut Ave., NW, Suite 700-1A
Washington, DC 20036
Tel: (202) 355-9452
Fax: (202) 318-2254
Email: ljoseph@larryjoseph.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of February 2021, I electronically filed the foregoing motion, together with its exhibit and proposed order, with the Clerk of the Court using the CM/ECF system, which I understand to have caused the service of counsel for the parties.

/s/ Lawrence J. Joseph
Lawrence J. Joseph