# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| US DOMINION, INC., *et al.,* | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 1:21-cv-00040-CJN |
| SIDNEY POWELL, *et al.,* | ) | |
| Defendants. | ) | |
| | ) | |

## DECLARATION OF HOWARD KLEINHENDLER

I, Howard Kleinhendler, do state as follows:

1.      I have a prior attorney-client relationship with defendants Sidney Powell and her firm Sidney Powell, P.C. and seek admission *pro hac vice* to participate as their counsel in this litigation.

2.      My full name and office address and contact information are as follows:

Howard Kleinhendler
HOWARD KLEINHENDLER ESQUIRE
369 Lexington Ave., 12th Floor
New York, New York 10017
Tel: (917) 793-1188
Fax: (732) 901-0832
Email: howard@kleinhendler.com

3.      I am admitted to the following bars:

New York State Bar
New Jersey State Bar
United States District Court for the Southern District of New York
United States District Court for the Eastern District of New York
United States District Court for the District of New Jersey
United States District Court for the Eastern District of Wisconsin
United States Court of Appeals for the Second Circuit
United States Court of Appeals for the Third Circuit
United States Court of Appeals for the Seventh Circuit
United States Court of Appeals for the Ninth Circuit
United States Supreme Court

4.     I am currently in good standing with all bars in which I am admitted and have not been disciplined by any bar.

5.     I have not been admitted *pro hac vice* in this Court in the prior two years.

6.     I do not have an office located within the District of Columbia, am not a member of the District of Columbia Bar, and do not have an application for membership pending with the District of Columbia Bar.

7.     I have personal knowledge of the foregoing and am competent to testify to it.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 8th day of February, 2021.

Howard Kleinhendler