**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| US DOMINION, INC., *et al.*,<br><br>　　Plaintiffs,<br><br>　v.<br><br>SIDNEY POWELL, *et al.*,<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. 1:21-cv-00040-CJN<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

On considering Plaintiffs' Motion for Admission *Pro Hac Vice* of Howard Kleinhendler (ECF #17), the lack of any stated opposition thereto, and the entire record herein, the Court finds that plaintiffs' motion is well taken. For the foregoing reasons, it is hereby

**ORDERED** that plaintiff's motion is granted; and it is

**FURTHER ORDERED** that Howard Kleinhendler is admitted to practice before this Court in this case pursuant to Civil Local Rule 83.2(d);

SO ORDERED.

Dated: _____

_____
**UNITED STATES DISTRICT JUDGE**