IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>SIDNEY POWELL, SIDNEY POWELL, P.C., and DEFENDING THE REPUBLIC, INC.,<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)　Case No. 1:21-cv-00040-CJN<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DOMINION'S RESPONSE TO POWELL'S MOTION FOR
EXTENSION OF TIME TO ANSWER OR RESPOND TO THE COMPLAINT**

As a professional courtesy to opposing counsel, Dominion does not oppose the motion for extension of time filed by counsel for Sidney Powell and Sidney Powell P.C. But the record should reflect that: (1) Powell refused to respond to requests from Plaintiffs' counsel about executing waivers of service of process (which would have extended the time to respond to the complaint); and (2) Powell evaded service of process for weeks, forcing Dominion to incur unnecessary expenses for extraordinary measures to effect service, including hiring private investigators and pursuing Powell across state lines.

　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

Date:　February 9, 2021

　　　　　　　　　　　　　　　　　　　 */s/ Thomas A. Clare, P.C.*
　　　　　　　　　　　　　　　　　　　Thomas A. Clare, P.C. (D.C. Bar No. 461964)
　　　　　　　　　　　　　　　　　　　Megan L. Meier (D.C. Bar No. 985553)
　　　　　　　　　　　　　　　　　　　Dustin A. Pusch (D.C. Bar No. 1015069)
　　　　　　　　　　　　　　　　　　　CLARE LOCKE LLP
　　　　　　　　　　　　　　　　　　　10 Prince Street
　　　　　　　　　　　　　　　　　　　Alexandria, VA 22314
　　　　　　　　　　　　　　　　　　　(202) 628-7400

2

tom@clarelocke.com
megan@clarelocke.com
dustin@clarelocke.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document will be filed with the Clerk of Court using the CM/ECF system on February 9, 2021, which will send notification of such filing to the following:

Lawrence J. Joseph
1250 Connecticut Ave., NW, Suite 700-1A
Washington, DC 20036

Howard Kleinhendler
369 Lexington Avenue, 13th Floor
New York, NY 10017
*Attorneys for Defendants Sidney Powell and Sidney Powell, P.C.*

Jesse Binnall
Harvey & Binnall, PLLC
717 King Street, Suite 300
Alexandria, VA 22314
*Attorney for Defendant Defending the Republic, Inc.*

                                              */s/ Thomas A. Clare, P.C.*
                                              Thomas A. Clare, P.C.