AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

| US DOMINION, INC. et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 21-CV-00040-CJN |
| SIDNEY POWELL, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SIDNEY POWELL, SIDNEY POWELL, P.C.                              .

Date:   02/10/2021

/s/ Howard Kleinhendler
*Attorney's signature*

HOWARD KLEINHENDLER (NY 2657120)
*Printed name and bar number*

369 LEXINGTON AVENUE, 12TH FLOOR
NEW YORK, NEW YORK 10017

*Address*

howard@kleinhendler.com
*E-mail address*

(917) 793-1188
*Telephone number*

(732) 901-0832
*FAX number*