# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>SIDNEY POWELL, SIDNEY POWELL, P.C., and DEFENDING THE REPUBLIC, INC.,<br><br>    Defendants. | Civil Action No. 1:21-cv-00040-CJN |

## **DEFENDANTS' MOTION TO DISMISS**

Pursuant to FED. R. CIV. P. 12(b)(2), (3), and (6) and to 28 U.S.C. §§ 1404(a) and 1406(a), defendants Sidney Powell, Sidney Powell, P.C. and Defending the Republic, Inc. move to dismiss the Complaint (ECF #1) or, alternatively, to transfer this action to the United States District Court for the Northern District of Texas.

Arguments in support of this motion are set forth in the accompanying Memorandum of Point and Authorities and the exhibits to that Memorandum, including the declarations of Sidney K. Powell and Patrick M. Byrne.

Although not required for dispositive motions, the parties conferred pursuant to Local Civil Rule 7(m). The defendants oppose this motion.

Defendants respectfully request the opportunity for oral argument on their motion. A proposed order is attached.

Dated: March 22, 2021                             Respectfully submitted,

/s/ Lawrence J. Joseph
_____

Howard Kleinhendler                               Lawrence J. Joseph
N.Y. Bar No. 2657120, admitted *pro hac vice*    D.C. Bar No. 464777
HOWARD KLEINHENDLER ESQUIRE                       LAW OFFICE OF LAWRENCE J. JOSEPH
369 Lexington Ave. 12th Floor                     1250 Connecticut Av NW Suite 700-1A
New York, New York 10017                          Washington, DC 20036
Tel: (917) 793-1188                               Tel: (202) 355-9452
Email: howard@kleinhendler.com                    Fax: (202) 318-2254
                                                  ljoseph@larryjoseph.com
*Counsel for Sidney Powell, Sidney Powell, P.C.*
                                                  *Local Counsel for All Defendants*
Jesse R. Binnall
D.C. Bar No. 79292
BINNALL LAW GROUP
717 King Street, Suite 200
Alexandria, VA 22314
Tel: (703) 888-1943
Email: jesse@binnall.com

*Counsel for Defending The Republic, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 22nd day of March, 20221, I electronically filed the foregoing motion—together with the accompanying proposed order, memorandum of law, and exhibits—with the Clerk of the Court using the CM/ECF system, which I understand to have caused service of the counsel for the parties.

                                                                                         /s/ Lawrence J. Joseph
                                                                                         Lawrence J. Joseph