# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>    Plaintiffs,<br><br>        v.<br><br>SIDNEY POWELL, SIDNEY POWELL, P.C., and DEFENDING THE REPUBLIC, INC.,<br><br>    Defendants. | Civil Action No. 1:21-cv-00040-CJN |

## [Proposed] Order

On considering the defendants' motion to dismiss (ECF #___) and the plaintiffs' opposition thereto and defendants' reply in support thereof, and the entire record herein, the Court holds that defendants' motion is well taken. For the foregoing reasons, it is hereby

**ORDERED** that defendants' motion to dismiss (ECF #__) is GRANTED;

**SO ORDERED**.

Dated: _____, 2021

_____
UNITED STATES DISTRICT JUDGE