AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| US DOMINION, INC., et al ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-cv-00040 |
| SIDNEY POWELL, et al ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation, Plaintiffs.

Date: 03/26/2021

/s/ Justin A. Nelson
*Attorney's signature*

Justin A. Nelson  (Bar No. 490347)
*Printed name and bar number*

Susman Godfrey, LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
*Address*

jnelson@susmangodfrey.com
*E-mail address*

(713) 653-7895
*Telephone number*

(713) 654-6666
*FAX number*