### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>   Plaintiffs,<br><br>   v.<br><br>SIDNEY POWELL, SIDNEY POWELL, P.C., and DEFENDING THE REPUBLIC, INC.,<br><br>   Defendants. | Case No. 1:21-cv-00040-CJN |

### PLAINTIFFS' MOTION FOR
### ADMISSION *PRO HAC VICE* OF ATTORNEY STEPHEN SHACKELFORD, JR.

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, Plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation move for the admission and appearance of attorney Stephen Shackelford, Jr. *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Stephen Shackelford, Jr., filed herewith. As set forth in Mr. Shackelford's declaration, he is admitted and in good standing in the following bars and courts: State Bars of New York, Texas and Virginia; all New York, Texas, and Virginia State Courts; the United States District Courts for the Southern District of New York, Eastern District of New York, Northern District of Texas, Eastern District of Texas, and District of Colorado; U.S. Court of Appeals for the Second Circuit; and the U.S. Supreme Court.

This motion is supported and signed by Thomas A. Clare, P.C., an active and sponsoring member of the Bar of this Court.

Dated: March 26, 2021                                Respectfully submitted,

                                               */s/ Thomas A. Clare, P.C.*
                                               Thomas A. Clare, P.C. (D.C. Bar No. 461964)
                                               Megan L. Meier (D.C. Bar No. 985553)
                                               Dustin A. Pusch (D.C. Bar No. 1015069)
                                               CLARE LOCKE LLP
                                               10 Prince Street
                                               Alexandria, VA 22314
                                               Telephone: (202) 628-7400
                                               tom@clarelocke.com
                                               megan@clarelocke.com
                                               dustin@clarelocke.com

                                               Justin A. Nelson (D.C. Bar No. 490347)
                                               SUSMAN GODFREY L.L.P.
                                               1000 Louisiana Street, Suite 5100
                                               Houston, TX 77002
                                               Telephone: (713) 653-7895
                                               Facsimile:  (713) 654-6666
                                               jnelson@susmangodfrey.com

                                               *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document will be filed with the Clerk of Court using the CM/ECF system on March 26, 2021, which will send notification of such filing to the following:

Lawrence J. Joseph
1250 Connecticut Ave., NW, Suite 700-1A
Washington, DC 20036
*Counsel for Defendants Sidney Powell,*
*Sidney Powell, P.C., and Defending the Republic, Inc.*

Howard Kleinhendler
369 Lexington Avenue, 13th Floor
New York, NY 10017
*Counsel for Defendants Sidney Powell and Sidney Powell, P.C.*

Jesse Binnall
Harvey & Binnall, PLLC
717 King Street, Suite 300
Alexandria, VA 22314
*Counsel for Defendant Defending the Republic, Inc.*

　　　　　　　　　　　　　　　　　　　　　　*/s/Thomas A. Clare, P.C.*
　　　　　　　　　　　　　　　　　　　　　　Thomas A. Clare, P.C.