IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>    Plaintiffs,<br><br>        v.<br><br>SIDNEY POWELL, SIDNEY POWELL, P.C., and DEFENDING THE REPUBLIC, INC.,<br><br>    Defendants. | Case No. 1:21-cv-00040-CJN |

**DECLARATION OF STEPHEN E. MORRISSEY**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, I, Stephen E. Morrissey, hereby declare:

1. My full name is Stephen E. Morrissey. I serve as counsel for plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation.

2. I am an attorney practicing with the law firm of Susman Godfrey L.L.P. located at 1201 Third Avenue, Suite 3800, Seattle, WA 98101. My telephone number is (206) 516-3880.

3. I am a member in good standing in the following bars and courts: State Bars of Washington, California, and the District of Columbia, including the courts under their jurisdictions; and the United States District Courts for the Central District of California, Northern District of California, Southern District of California, Western District of Washington, and Eastern District of Texas.

4. I certify that there are no pending disciplinary proceedings against me before any bar, and I have not been disciplined by any bar in the past.

5.  I have not previously been admitted *pro hac vice* in this Court.

6.  I do not practice law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 26, 2021.

_____
Stephen E. Morrissey