IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>SIDNEY POWELL, SIDNEY POWELL, P.C., and DEFENDING THE REPUBLIC, INC.,<br><br>    Defendants. | Case No. 1:21-cv-00040-CJN |

**PLAINTIFFS' MOTION FOR**
**ADMISSION *PRO HAC VICE* OF ATTORNEY ELISHA BARRON**

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, Plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation move for the admission and appearance of attorney Elisha Barron *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Elisha Barron, filed herewith. As set forth in Ms. Barron's declaration, she is admitted and in good standing in the following bars and courts: State Bar of New York and all New York State Courts; the United States District Courts for the Southern District of New York, Eastern District of New York, and Eastern District of Texas; and the United States Courts of Appeals for the Federal Circuit, Second Circuit, and Eighth Circuit.

This motion is supported and signed by Thomas A. Clare, P.C., an active and sponsoring member of the Bar of this Court.

Dated: March 26, 2021

Respectfully submitted,

*/s/ Thomas A. Clare, P.C.*
Thomas A. Clare, P.C. (D.C. Bar No. 461964)
Megan L. Meier (D.C. Bar No. 985553)
Dustin A. Pusch (D.C. Bar No. 1015069)
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Telephone: (202) 628-7400
tom@clarelocke.com
megan@clarelocke.com
dustin@clarelocke.com

Justin A. Nelson (D.C. Bar No. 490347)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 653-7895
Facsimile: (713) 654-6666
jnelson@susmangodfrey.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document will be filed with the Clerk of Court using the CM/ECF system on March 26, 2021, which will send notification of such filing to the following:

Lawrence J. Joseph
1250 Connecticut Ave., NW, Suite 700-1A
Washington, DC 20036
*Counsel for Defendants Sidney Powell,*
*Sidney Powell, P.C., and Defending the Republic, Inc.*

Howard Kleinhendler
369 Lexington Avenue, 13th Floor
New York, NY 10017
*Counsel for Defendants Sidney Powell and Sidney Powell, P.C.*

Jesse Binnall
Harvey & Binnall, PLLC
717 King Street, Suite 300
Alexandria, VA 22314
*Counsel for Defendant Defending the Republic, Inc.*

                                                */s/ Thomas A. Clare, P.C.*
                                                Thomas A. Clare, P.C.