**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| US DOMINION, INC., *et al.*, </br>　　Plaintiffs, </br>　　v. </br>SIDNEY POWELL, *et al.*, </br>　　Defendants. | Civil Action No. 1:21-cv-00040-CJN |

**[PROPOSED] ORDER**

On considering Defendants' Unopposed Motion to Set Briefing Schedule for Motion to Dismiss (ECF #30), the lack of any opposition thereto, and the entire record herein, the Court finds that defendants' motion is well taken. For the foregoing reasons, it is hereby

**ORDERED** that defendants' motion is granted; and it is

**FURTHER ORDERED** that plaintiffs' time within which to file an opposition to the motion to dismiss (ECF #22) is enlarged to April 19, 2021; and it is

**FURTHER ORDERED** that defendants' time within which to file a reply in support of the motion to dismiss (ECF #22) is enlarged to May 10, 2021;

　　**SO ORDERED**.

Dated: _____, 2021

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**