IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>  Plaintiffs,<br><br>  v.<br><br>SIDNEY POWELL, SIDNEY POWELL, P.C. and DEFENDING THE REPUBLIC, INC.,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Case No. 1:21-cv-00040-CJN<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINITFFS' UNOPPOSED MOTION TO EXTEND TIME
TO RESPOND TO MOTION TO DISMISS**

Pursuant to Local Rule 7 and Fed. R. Civ. P. 6(b), Plaintiffs U.S. Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corp. respectfully move to further extend the briefing schedule within which the parties may respond to the motion to dismiss filed by Defendants Sidney Powell, Sidney Powell, P.C., and Defending the Republic, Inc. (Dkt. 22) by two weeks.  Currently, Plaintiffs' response is due April 19, 2021 and Defendants' reply is due May 10, 2021.  The relief requested would extend Plaintiffs' deadline to May 3, 2021 and Defendants' deadline to May 24, 2021.  Pursuant to Local Rule 7(m), the parties' counsel conferred about the proposed extension, and Defendants do not oppose this motion.

In support of this motion, Plaintiffs state as follows:

1.     On February 8, 2021, Defendants sought a 30-day extension to answer or move in response to the complaint. (Dkt. 16.) That extension was granted. (Minute Order (Feb. 10, 2021). Defendants filed a Motion to Dismiss on March 22, 2021. (Dkt. 22.)

2. On March 29, 2021, Defendants filed an unopposed motion to set a briefing schedule for the motion to dismiss. (Dkt. 30.) The Court by minute order granted that motion and set a briefing schedule enlarging by two weeks the time for Plaintiffs to file their opposition to the motion to dismiss, and the time for Defendants to file a reply in support of that motion.

3. Plaintiffs have not previously requested an extension of the deadline to file their opposition to the motion to dismiss.

4. Pursuant to Paragraph 9(b)(iv)-(v) of this Court's standing order, the requested relief would not affect any other deadlines (i.e., no hearings are set, and the requested relief provides a complete briefing schedule for the motion to dismiss).

5. Pursuant to Paragraph 9(b)(vi) of this Court's standing order, Defendant does not oppose the requested extension.

6. Pursuant to Paragraph 9(b)(iii) of this Court's standing order, Plaintiffs seek the requested extension for the following good cause:

- New counsel appeared on behalf of Plaintiffs on or about April 2, 2021, in this matter, and counsel is preparing responses both to this motion and to the motion to dismiss in *US Dominion, Inc., et al. v. Giuliani* (No. 1:21-cv-00213). Counsel asks for this extension, as well as the extension recently requested in *Giuliani* (Dkt. 27 in that case), to enable counsel (including new counsel) to fully and properly attend to the responses due in both cases.

7. Plaintiffs respectfully submit that the foregoing constitutes good cause for an extension under Fed. R. Civ. P. 6(b)(1) ("[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time"), that they do not seek these enlargements

for purpose of delay or frustration of the progress of this matter, and that the respective enlargements would not unduly burden the opposite parties.

WHEREFORE, Plaintiffs respectfully ask this Court to extend Plaintiffs' time to respond to the motion to dismiss until May 3, 2021 and Defendants' time to reply until May 24, 2021.

Dated: April 14, 2021				BY:	SUSMAN GODFREY LLP

							*/s/ Justin A. Nelson*
							Justin A. Nelson
							SUSMAN GODFREY LLP
							1000 Louisiana Street, #5100
							Houston, Texas 77002
							(713) 651-9366
							jnelson@susmangodfrey.com


## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of April 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.


							*/s/ Justin A. Nelson*
							Justin A. Nelson