**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>SIDNEY POWELL, SIDNEY POWELL, P.C. and DEFENDING THE REPUBLIC, INC.,<br><br>Defendants. | Civil Case No. 1:21-cv-00040-CJN |

**[PROPOSED] ORDER**

Upon consideration of the Plaintiffs' unopposed Motion to Extend Time to Respond to Motion to Dismiss, and appearing that there is good cause to grant the motion, it is hereby

ORDERED, that Plaintiffs' Motion is GRANTED; and it is

FURTHER ORDERED, that Plaintiffs' response to Defendants' Motion to Dismiss is extended until May 3, 2021, and Defendants' reply is extended to May 24, 2021.

SO ORDERED this ___ day of _____ 2021.

                                                       Carl J. Nichols,
                                                      United States District Court Judge