IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br> Plaintiffs,<br><br> v.<br><br>SIDNEY POWELL, SIDNEY POWELL, P.C., and DEFENDING THE REPUBLIC, INC.,<br><br> Defendants. | Case No. 1:21-cv-00040-CJN |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY RODNEY A. SMOLLA**

Upon consideration of Plaintiffs' Motion for Admission *Pro Hac Vice* of Attorney Rodney A. Smolla in the above-captioned matter and the Declaration of Rodney A. Smolla in support thereof, and it appearing that there is good cause to grant the motion, it is hereby

**ORDERED**, that Plaintiffs' Motion for Admission *Pro Hac Vice* of Attorney Rodney A. Smolla be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED**, that Rodney A. Smolla be allowed to appear *pro hac vice* in court proceedings in the above-captioned matter.

**SO ORDERED** this _____ day of _____ 2021.

Dated: _____

                _____
                UNITED STATES DISTRICT JUDGE