**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

US DOMINION, INC., et al.,

     *Plaintiffs*,

    v.                                Civil Action No. 1:21-cv-00040 (CJN)

SIDNEY POWELL, et al.,

     *Defendants*.

**<u>ORDER</u>**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendants' Motion to Dismiss, ECF No. 22, is **DENIED**.

DATE:  August 11, 2021

_____
CARL J. NICHOLS
United States District Judge