**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| US DOMINION, INC., *et al.*,<br><br>     Plaintiffs,<br><br>v.<br><br>SIDNEY POWELL, *et al.*,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. 1:21-cv-00040-CJN<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

On considering Defendants' Unopposed Motion to Enlarge Time to Answer the Complaint (ECF #46), the lack of any opposition thereto, and the entire record herein, the Court finds that defendants' motion is well taken. For the foregoing reasons, it is hereby

**ORDERED** that defendants' motion is granted; and it is

**FURTHER ORDERED** that defendants shall answer the complaint (ECF #1) on or before Friday, September 24, 2021;

**SO ORDERED**.

Dated: _____, 2021

_____
**UNITED STATES DISTRICT JUDGE**