IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> SIDNEY POWELL, SIDNEY POWELL, P.C., and DEFENDING THE REPUBLIC, INC., <br><br> Defendants. | Civil Case No. 1:21-cv-00040-CJN |

### NOTICE OF WITHDRAWAL AS COUNSEL
### FOR DEFENDING THE REPUBLIC, INC.

Pursuant to Local Rule 83.6(b), Jesse R. Binnall notices his withdrawal as counsel for Defendant Defending the Republic, Inc. ("Defendant"). Defendant will remain represented in this matter.

Dated: September 28, 2021               Respectfully Submitted,


/s/ Jesse R. Binnall
Jesse R. Binnall (VSB 79292)
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, VA 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
jesse@binnall.com

FOR DEFENDING THE REPUBLIC INC.

<u>/s/ Lawrence J. Joseph</u>
Lawrence J. Joseph, DC Bar. #464777
LAW OFFICE OF LAWRENCE J. JOSEPH
1250 Connecticut Ave NW, Suite 700-1A
Washington, DC 20036
Tel: (202) 355-9452
Fax: (202) 318-2254
ljoseph@larryjoseph.com

*Local Counsel for All Defendants*

## CERTIFICATE OF SERVICE

I certify that on September 28, 2021, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

Dated: September 28, 2021                                       /s/ Jesse R. Binnall
                                                                Jesse R. Binnall