IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>  Plaintiffs,<br><br>  v.<br><br>SIDNEY POWELL, SIDNEY POWELL, P.C., and DEFENDING THE REPUBLIC, INC.,<br><br>  Defendants. | Case No. 1:21-cv-00040-CJN |

## [PROPOSED] ORDER

On considering Plaintiffs' Unopposed Motion to Extend Time to Respond to Defendants' Counterclaim (ECF No. 49), the lack of any opposition thereto, and the entire record herein, the Court finds that Plaintiffs' motion is well taken. For the foregoing reasons, it is hereby

**ORDERED** that Plaintiffs' motion is granted; and it is

**FURTHER ORDERED** that Plaintiffs' time within which to file an opposition to the counterclaim (ECF No. 49) is extended to November 15, 2021.

**SO ORDERED.**

Date: _____, 2021

_____
HONORABLE CARL J. NICHOLS
UNITED STATES DISTRICT JUDGE