# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION, ) ) ) ) Plaintiffs, ) ) v. ) ) SIDNEY POWELL, SIDNEY POWELL, P.C., and DEFENDING THE REPUBLIC, INC., ) ) ) ) Defendants. ) | Case No. 1:21-cv-00040-CJN |

## DECLARATION OF MARY KATHRYN SAMMONS
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, I, Mary Kathryn Sammons, hereby declare:

1. My full name is Mary Kathryn Sammons. I serve as counsel for plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation.

2. I am an attorney practicing with the law firm of Susman Godfrey L.L.P. located at 1000 Louisiana, Suite 5100, Houston, Texas 77002. My telephone number is (713) 654-9366.

3. I am a member in good standing of the State Bar of Texas. I am also admitted to practice before the following courts:

> All Texas State Courts; the United States District Courts for the Southern, Northern and Eastern Districts of Texas; and the United States Court of Appeals for the Third, Fifth, Seventh and Eleventh Circuit; and the United States Supreme Court.

4. I certify that there are no pending disciplinary proceedings against me before any bar, and I have not been disciplined by any bar in the past.

5. I have not previously been admitted *pro hac vice* in this Court.

6. I do not practice law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 4, 2021.

*[signature]*

Mary Kathryn Sammons