**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> SIDNEY POWELL, SIDNEY POWELL, P.C., and DEFENDING THE REPUBLIC, INC., <br><br> Defendants. | Case No. 1:21-cv-00040-CJN |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY MARY KATHRYN SAMMONS**

Upon consideration of Plaintiffs' Motion for Admission *Pro Hac Vice* of Attorney Mary Kathryn Sammons in the above-captioned matter and the Declaration of Mary Kathryn Sammons in support thereof, and it appearing that there is good cause to grant the motion, it is hereby

**ORDERED**, that Plaintiffs' Motion for Admission *Pro Hac Vice* of Attorney Mary Kathryn Sammons be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED**, that Mary Kathryn Sammons be allowed to appear *pro hac vice* in court proceedings in the above-captioned matter.

**SO ORDERED** this _____ day of _____ 2021.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE