AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| US DOMINION, INC., et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-00040 |
| SIDNEY POWELL, et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation, Plaintiffs.

Date: 11/11/2021

/s/ Florence T. Chen
*Attorney's signature*

Florence T. Chen  (Bar No. TX0025)
*Printed name and bar number*

Susman Godfrey, LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
*Address*

fchen@susmangodfrey.com
*E-mail address*

(713) 651-9366
*Telephone number*

(713) 654-6666
*FAX number*