# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>SIDNEY POWELL, SIDNEY POWELL, P.C., and DEFENDING THE REPUBLIC, INC.,<br><br>Defendants. | Case No. 1:21-cv-00040-CJN |

## [PROPOSED] ORDER GRANTING DOMINION'S MOTION TO DISMISS POWELL'S COUNTERCLAIM

Having considered Dominion's Motion to Dismiss Powell's Counterclaim, *see* ECF No. 49, the Court is of the opinion that the Motion should be GRANTED in all respects.

Therefore, it is ORDERED that Dominion's Motion to Dismiss Powell's Counterclaim is GRANTED.

SIGNED this ____ day of _____, 2021

                                                                                                     _____
                                                                                                     The Honorable Carl J. Nichols
                                                                                                      United States District Court Judge