AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| US Dominion, Inc., et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21;cv-00040 |
| Sidney Powell, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation, Plaintiffs   .

Date:   11/15/2021

/s/ Mary Kathryn Sammons
*Attorney's signature*

Mary Kathryn Sammons, (Tx Bar No. 17556100)
*Printed name and bar number*
Susman Godfrey L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002

*Address*

ksammons@susmangodfrey.com
*E-mail address*

(713) 653-7864
*Telephone number*

(713) 654-6666
*FAX number*