**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| US DOMINION, INC., *et al.,* | ) | |
|     Plaintiffs/Counterclaim Defendants, | ) ) | |
| v. | ) ) | Civil Action No. 1:21-cv-00040-CJN |
| SIDNEY POWELL, *et al.,* | ) ) | |
|     Defendants/Counterclaim Plaintiffs. | ) ) | |
| | ) | |

**COUNTERCLAIM PLAINTIFFS' CONSENT MOTION TO SET
BRIEFING SCHEDULE FOR MOTION TO DISMISS COUNTERCLAIM**

Pursuant to Local Rule 7 and FED. R. CIV. P. 6(b), defendants and counterclaim plaintiffs Sidney Powell, Sidney Powell, P.C., and Defending the Republic, Inc. (the "Powell Parties") respectfully move to enlarge the time within which the parties shall brief the motion to dismiss the Powell Parties' counterclaim filed by plaintiffs and counterclaim defendants Dominion Voting Systems Corp., U.S. Dominion, Inc., and Dominion Voting Systems, Inc. (the "Dominion Parties") on November 15, 2021 (ECF #55). By operation of Local Civil Rule 7(b), (d), the opposition currently is due November 29, 2021, and—if the opposition were filed that day—the reply would be due on December 6, 2021. Due to the press of other business and the Thanksgiving and year-end holidays, the parties respectfully move this Court to enlarge the time to file an opposition to December 15, 2021, and the time to file a reply to January 14, 2022. Pursuant to Local Rule 7(m), the parties' counsel conferred about this motion, and all parties consent to the reciprocal relief (*i.e.*, the Dominion Parties' consent is contingent on their reciprocal enlargement).

In support of this motion, the Powell Parties aver as follows:

1.      Pursuant to Paragraph 9(b)(i)-(ii) of this Court's standing order (ECF #4), the Powell Parties' opposition is currently due November 29, 2021, and the Dominion Parties' reply

is currently due 7 days after that opposition (*i.e.*, December 6, if the Powell Parties filed on November 29). No party has sought a prior extension of these dates.[1]

2.      Pursuant to Paragraph 9(b)(iv)-(v) of this Court's standing order, the requested relief would not affect any other deadlines (*i.e.*, no hearings are set, and the requested relief provides a complete briefing schedule for the motion to dismiss).

3.      Pursuant to Paragraph 9(b)(vi) of this Court's standing order, the Dominion Parties do not oppose the requested enlargement of the Powell Parties' time within which to oppose the motion to dismiss, although the Dominion Parties requested a reciprocal enlargement of the time within which to reply in support of their motion to dismiss.

4.      Pursuant to Paragraph 9(b)(iii) of this Court's standing order, the Powell Parties seek the requested extension for the following good cause:

- Counsel for Sidney Powell and Sidney Powell, P.C.—Mr. Kleinhendler—has a mediation on November 23, 2021, in *Arzoomanian v. Dietl*, No. 21-cv-6475 (S.D.N.Y.), and document productions in other matters.

- The Powell Parties' counsel—Mr. Joseph—is working on a complaint, supporting motion, and brief set to be filed in federal court during the week of November 22, 2021, as well as an appellate reply brief responding to three appellee briefs due on November 29, 2021, in an Illinois state court, a state-court complaint due as soon as possible, and an analytical memorandum due November 22, 2021.

---

[1]      The Powell Parties sought (ECF #16) and were granted an extension of the time within which to answer or move in response to the complaint. The parties proposed (ECF #30) and were granted an enlargement of the time to brief the Powell Parties' motion to dismiss the complaint. The Powell Parties sought (ECF #46) and were granted an extension of the time within which to file an answer.

- In addition, both counsel for the Powell Parties have personal commitments during the week of the Thanksgiving holiday that would keep them from devoting the time required to preparing an opposition to the motion to dismiss the Powell Parties' counterclaim with a deadline of November 29, 2021.

- With the enlargement of the Powell Parties' deadline to file an opposition, the Dominion Parties' deadline to reply in support of their motion to dismiss would fall within the middle of the year-end holidays and the ensuing travel and personal commitments of their staff and counsel.

In sum, the parties seek these enlargements of time to enable their respective counsel to analyze the factual and legal issues connected to the Powell Parties' counterclaim and the Dominion Parties' motion to dismiss, while engaged in the press of other business during the Thanksgiving and year-end holidays.

5.      Defendants respectfully submit that the foregoing constitutes good cause for an extension under FED. R. CIV. P. 6(b)(1)  ("[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time"), that they do not seek these enlargements for purpose of delay or frustration of the progress of this matter, and that the respective enlargements would not unduly burden the opposite parties.

WHEREFORE, the Powell Parties respectfully ask this Court to enlarge until December 15, 2021, the time within which to oppose the motion to dismiss their counterclaim and to enlarge until January 14, 2022, the Dominion Parties' time within which to reply in support of that motion.

Dated: November 21, 2021                 Respectfully submitted,

/s/ Lawrence J. Joseph
Lawrence J. Joseph, D.C. Bar No. 464777

1250 Connecticut Ave., NW, Suite 700-1A
Washington, DC 20036
Telephone: (202) 355-9452
Telecopier: (202) 318-2254
Email: ljoseph@larryjoseph.com

*Counsel for Defendants/Counterclaim Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| US DOMINION, INC., *et al.,* | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:21-cv-00040-CJN |
| SIDNEY POWELL, *et al.,* | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**[PROPOSED] ORDER**

On considering Counterclaim Plaintiffs' Consent Motion to Set Briefing Schedule for

Motion to Dismiss Counterclaim (ECF #55), the parties' consent thereto, and the entire record

herein, the Court finds that the motion is well taken. For the foregoing reasons, it is hereby

**ORDERED** that the counterclaim plaintiffs' motion is granted; and it is

**FURTHER ORDERED** that counterclaim plaintiffs' time within which to file an

opposition to the motion to dismiss (ECF #55) is enlarged to December 15, 2021; and it is

**FURTHER ORDERED** that the counterclaim defendants' time within which to file a

reply in support of the motion to dismiss (ECF #55) is enlarged to January 14, 2022;

**SO ORDERED**.

Dated: _____, 2021

 

_____
**UNITED STATES DISTRICT JUDGE**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of November 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

/s/ Lawrence J. Joseph
Lawrence J. Joseph