IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>SIDNEY POWELL, SIDNEY POWELL, P.C., and DEFENDING THE REPUBLIC, INC.,<br><br>    Defendants. | Civil Action No. 1:21-cv-00040-CJN |

### COUNTER-PLAINTIFFS' OPPOSITION TO COUNTER-DEFENDANTS' MOTION TO DISMISS COUNTERCLAIM

Pursuant to LCvR 7(b), defendants and counter-plaintiffs Sidney Powell, Sidney Powell, P.C., and Defending the Republic, Inc. (collectively, "Counter-Plaintiffs") respectfully oppose the motion to dismiss their counterclaim filed by plaintiffs and counter-defendants Dominion Voting Systems Corporation, U.S. Dominion, Inc., and Dominion Voting Systems, Inc., based on the accompanying Memorandum of Points and Authorities and exhibits. Counter-Plaintiffs respectfully request the opportunity for oral argument. A proposed order is attached.

Dated: December 15, 2021

Respectfully submitted,

/s/ Lawrence J. Joseph

Howard Kleinhendler
N.Y. Bar No. 2657120, admitted *pro hac vice*
HOWARD KLEINHENDLER ESQUIRE
369 Lexington Ave. 12th Floor
New York, New York 10017
Tel: (917) 793-1188
Email: howard@kleinhendler.com

*Counsel for Sidney Powell, Sidney Powell, P.C.*

Lawrence J. Joseph
D.C. Bar No. 464777
LAW OFFICE OF LAWRENCE J. JOSEPH
1250 Connecticut Av NW Suite 700-1A
Washington, DC 20036
Tel: (202) 355-9452
Fax: (202) 318-2254
ljoseph@larryjoseph.com

*Local Counsel for All Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 15th day of December 2021, I electronically filed the foregoing document—together with the accompanying proposed order, memorandum of law, and exhibits—with the Clerk of the Court using the CM/ECF system, which I understand to have caused service of the counsel for the parties.

      /s/ Lawrence J. Joseph
      Lawrence J. Joseph