IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>SIDNEY POWELL, SIDNEY POWELL, P.C., and DEFENDING THE REPUBLIC, INC.,<br><br>　　Defendants. | Civil Action No. 1:21-cv-00040-CJN |

### [Proposed] Order

On considering the motion by plaintiffs and counter-defendants Dominion Voting Systems Corporation, U.S. Dominion, Inc., and Dominion Voting Systems, Inc. to dismiss the counterclaim by defendants and counter-plaintiffs Sidney Powell, Sidney Powell, P.C., and Defending the Republic, Inc., the opposition thereto and reply in support thereof, and the entire record herein, the Court holds that motion is not well taken. For the foregoing reasons, it is hereby

**ORDERED** that the plaintiffs and counter-defendants' motion to dismiss (ECF #55) the counterclaim (ECF #49) by defendants and counter-plaintiffs is DENIED;

SO ORDERED.

Dated: _____, 2022

_____
UNITED STATES DISTRICT JUDGE