# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION, ) ) ) ) Plaintiffs, ) ) v. ) ) SIDNEY POWELL, SIDNEY POWELL, P.C., and DEFENDING THE REPUBLIC, INC., ) ) ) ) Defendants. ) | Case No. 1:21-cv-00040-CJN |

**CONSENT MOTION TO EXTEND TIME
TO REPLY TO COUNTER-PLAINTIFFS' OPPOSITION TO
COUNTER-DEFENDANTS' MOTION TO DISMISS COUNTERCLAIM**

Pursuant to Local Rule 7 and Fed. R. Civ. P. 6(b), US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation ("Counter-Defendants") respectfully move to extend the time for them to reply to Counter-Plaintiffs' Opposition to Counter-Defendants' Motion to Dismiss Counterclaim, filed by Defendants Sidney Powell, Sidney Powell, P.C., and Defending the Republic, Inc. ("Counter-Plaintiffs") (ECF No. 58) by four days. Currently, Counter-Defendants' reply is due January 14, 2022. The relief requested would extend that deadline to January 18, 2022. Pursuant to Local Rule 7(m), the parties' counsel conferred about the proposed extension, and Counter-Plaintiffs do not oppose this motion.

In support of this motion, Counter-Defendants state as follows:

1. Pursuant to the Court's November 24, 2021 Minute Order, the deadline for Counter-Defendants' reply is January 14, 2022.

2.      Pursuant to Paragraph 9(b)(iv)–(v) of this Court's standing order, the requested relief would not affect any other deadlines (*i.e.*, no scheduling order has yet been entered and no hearings are set).

3.      Pursuant to Paragraph 9(b)(vi) of this Court's standing order, Counter-Plaintiffs do not oppose this Motion.

4.      Pursuant to Paragraph 9(b)(iii) of this Court's standing order, Counter-Defendants seek the requested extension for the following good cause:

- Lead counsel for Counter-Defendants, Mary Kathryn Sammons, is drafting the reply. Her 12 year old dog experienced a medical emergency over the weekend of January 8, 2022, including seizures, that has taken substantial time to address. Yesterday, the dog's veterinarian diagnosed the dog with pancreatitis or pancreatic cancer. As a result, Counter-Defendants require an additional four days (including the weekend) to finalize the reply.

- Defendants will not be prejudiced, and the case will not be delayed by, Plaintiffs' requested extension. As the Court directed on September 30, 2021, the parties in this and other related cases are conferring over the proposed terms of a Joint Scheduling Order. (9/30/2021 Minute Order.) No Joint Scheduling Order has yet been entered although the parties will shortly file Joint Status Reports that propose deadlines.

5.      Counter-Defendants respectfully submit that the foregoing constitutes good cause for an extension under Fed. R. Civ. P. 6(b)(1) ("[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time"), that they do not seek these enlargements for purpose of delay or frustration of the progress of this matter, and that the respective enlargements would not unduly burden the opposite parties.

WHEREFORE, Counter-Defendants respectfully ask this Court to extend until January 18, 2022 the time for Counter-Defendants to respond to Counter-Plaintiffs' Opposition to Counter-Defendants' Motion to Dismiss Counterclaim (ECF No. 55).

Dated: January 12, 2022

BY:   SUSMAN GODFREY LLP

*/s/ Mary Kathryn Sammons*
Mary Kathryn Sammons
SUSMAN GODFREY LLP
1000 Louisiana Street, #5100
Houston, Texas 77002
(713) 651-9366
jnelson@susmangodfrey.com

Of Counsel:

Justin A. Nelson (D.C. Bar No. 490347)
Mary Kathryn Sammons (D.C. Bar No. TX0030)
Brittany Fowler (*pro hac vice*)
SUSMAN GODFREY LLP
1000 Louisiana Street, #5100
Houston, Texas 77002
(713) 651-9366
jnelson@susmangodfrey.com
ksammons@susmangodfrey.com
bfowler@susmangodfrey.com

Stephen Shackelford, Jr. (Bar No. NY0443*)*
Elisha Barron (*pro hac vice*)
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Fl
New York, NY 10019
(212) 336-8330
sshackelford@susmangodfrey.com
ebarron@susmangodfrey.com

Davida Brook (D.C. Bar No. CA00117)
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 789-3100
dbrook@susmangodfrey.com

Stephen E. Morrissey (*pro hac vice*)
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, WA  98101
(206) 516-3880
smorrissey@susmangodfrey.com

Of Counsel:

Thomas A. Clare, P.C. (D.C. Bar No. 461964)
Megan L. Meier (D.C. Bar No. 985553)
Dustin A. Pusch (D.C. Bar No. 1015069)
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
(202) 628-7400
tom@clarelocke.com
megan@clarelocke.com
dustin@clarelocke.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 12th day of January 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

                                                            */s/ Mary Kathryn Sammons*
                                                            Mary Kathryn Sammons