IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>SIDNEY POWELL, SIDNEY POWELL, P.C., and DEFENDING THE REPUBLIC, INC.,<br><br>    Defendants. | Case No. 1:21-cv-00040-CJN |

## [PROPOSED] ORDER

On considering Counter-Defendants' Consent Motion to Extend Time to Reply to Counter-Plaintiffs' Opposition to Counter-Defendants' Motion to Dismiss Counterclaim (ECF No. 58), the lack of any opposition thereto, and the entire record herein, the Court finds that Plaintiffs' motion is well taken. For the foregoing reasons, it is hereby

**ORDERED** that Plaintiffs' motion is granted; and it is

**FURTHER ORDERED** that Counter-Defendants' time within which to file a reply to the opposition to the motion to dismiss counterclaim (ECF No. 58) is extended to January 18, 2022.

    **SO ORDERED.**

Date: _____, 2022

                                                      _____
                                                    HONORABLE CARL J. NICHOLS
                                                    UNITED STATES DISTRICT JUDGE