AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| US Dominion, Inc. et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-00040-CJN |
| Sidney Powell, et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation
and Hamilton Place Strategies, LLC

Date: 01/24/2022

/s/ Jordan Rux
*Attorney's signature*

Jordan Rux (CA00135)
*Printed name and bar number*

SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars
Suite 1400
Los Angeles, CA  90067
*Address*

jrux@susmangodfrey.com
*E-mail address*

(310) 789-3100
*Telephone number*

(310) 789-3150
*FAX number*