# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>*Plaintiffs/Counter-Defendants*,<br><br>v.<br><br>SIDNEY POWELL, SIDNEY POWELL, P.C., and DEFENDING THE REPUBLIC, INC.,<br><br>*Defendants/Counter-Plaintiffs.* | Civil Case No. 1:21-cv-00040 (CJN) |
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>*Defendant.* | Civil Case No. 1:21-cv-00213 (CJN) |
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>*Plaintiffs/Counter-Defendants*,<br><br>v.<br><br>MY PILLOW, INC., and MICHAEL J. LINDELL,<br><br>*Defendants/Counter- and Third- Party Plaintiffs,*<br><br>v. | Civil Case No. 1:21-cv-00445 (CJN) |

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, and HAMILTON PLACE STRATEGIES, LLC,  *Third-Party Defendants.* | ) ) ) ) ) ) ) |

## **[PLAINTIFFS' PROPOSED] SCHEDULING ORDER**

Upon review of the Parties' Joint Meet and Confer Statement, the Court enters the following schedule to govern discovery:

1. Deadline to Exchange Initial Disclosures under Fed. R. Civ. P. 26(a)(1): **February 25, 2022**

2. Deadline to Join Additional Parties or Amend Pleadings: **N/A**

3. Deadline to Serve Document Requests under Fed. R. Civ. P. 34: **August 29, 2022**

4. Deadline for Completion of Fact Discovery: **September 29, 2022**

5. Deadline for Proponents to Designate Expert Witnesses and Produce Expert Reports under Fed. R. Civ. P. 26(a)(2): **October 31, 2022**

6. Deadline for Opponents to Designate Expert Witnesses and Produce Expert Reports under Fed. R. Civ. P. 26(a)(2): **December 5, 2022**

7. Deadline for Proponents to Produce Responsive Expert Reports: **January 13, 2023**

8. Deadline for Expert Depositions: **February 13, 2023**

9. Deadline to File Dispositive Motions: **March 13, 2023**

10. Deadline to File Oppositions to Dispositive Motions: **April 17, 2023**

11. Deadline to File Replies in Support of Dispositive Motions: **May 8, 2023**

12. Date for Final Pretrial Conference: **TO BE DETERMINED BY THE COURT**

13. Date for Trial: **TO BE DETERMINED BY THE COURT**

So ordered.

Dated: _____, 2022

_____
CARL J. NICHOLS
United States District Judge