AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| US Dominion, Inc., et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-00040 |
| Sidney Powell, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation, Plaintiffs.

Date: 01/25/2022

/s/ Laranda M. Walker
*Attorney's signature*

Laranda M. Walker (TX Bar No. 24089943)
*Printed name and bar number*
Susman Godfrey L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002

*Address*

lwalker@susmangodfrey.com
*E-mail address*

(713) 653-7842
*Telephone number*

(713) 654-6666
*FAX number*