AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| US DOMINION, INC., et al., <br> *Plaintiff* | ) <br> ) | |
| v. | ) | Case No. 1:21-cv-00040-CJN |
| DEFENDING THE REPUBLIC, INC., et al., <br> *Defendant* | ) <br> ) | |

### APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Defending the Republic, Inc.

Date: 04/04/2022

*Marc Eisenstein*
*Attorney's signature*

Marc Eisenstein; DC Bar No. 1007208
*Printed name and bar number*

Coburn & Greenbaum, PLLC
1710 Rhode Island Ave, NW 2nd Floor
Washington, DC 20036
*Address*

marc@coburngreenbaum.com
*E-mail address*

(703) 963-7164
*Telephone number*

(866) 561-9712
*FAX number*