IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US Dominion, Inc., *et al.*, <br>     Plaintiffs, <br><br> v. <br><br> Sidney Powell, *et al.*, <br>     Defendants. | ) <br> ) <br> ) <br> )    No. 1: 21-cv-00040-CJN <br> ) <br> ) <br> ) <br> ) |

### DEFENDANT'S MOTION FOR ADMISSION *PRO HAC VICE* OF MICHAEL J. TRICARICO

Pursuant to Civil Local Rule 83.2(d), defendants Sidney Powell and Sidney Powell, P.C. move for the admission and appearance of attorney Michael J. Tricarico *pro hac vice* in the above-captioned action. This motion is supported by Mr. Tricarico's accompanying declaration. As set forth in his declaration, he is admitted and an active member in good standing in the bars of the States of New York, Connecticut, and New Jersey, the U.S. Supreme Court, the U.S. Court of Appeals for the First, Second, Fourth, Eleventh, and Federal Circuits, the U.S. Courts of Appeals for the Armed Forces, the U.S. Court of Federal Claims, the U.S. District Courts for the Southern, Eastern, and Western Districts of New York, and the U.S. District Courts for the Districts of New Jersey and Connecticut. This motion is supported and signed below by Lawrence J. Joseph, who will serve as local counsel and is an active member of the Bar of this Court. A New York certificate of good standing is attached. The parties' counsel conferred pursuant to Local Civil Rule 7(m), and the plaintiffs do not oppose this motion.

    A proposed order is attached.

Dated: June 23, 2022                          Respectfully submitted,

/s/ Lawrence J. Joseph
Lawrence J. Joseph, D.C. Bar No. 464777

1250 Connecticut Ave., NW, Suite 700-1A
Washington, DC 20036
Tel: (202) 355-9452
Fax: (202) 318-2254
Email: ljoseph@larryjoseph.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of June 2022, I electronically filed the foregoing motion, together with its exhibits and proposed order, with the Clerk of the Court using the CM/ECF system, which I understand to have caused the service of counsel for the parties.

/s/ Lawrence J. Joseph
Lawrence J. Joseph