IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US Dominion, Inc., *et al.,* )<br>　　Plaintiffs, )<br>　　　　　　　　　　　　　　 )<br>　　v. )<br>　　　　　　　　　　　　　　 )<br>Sidney Powell, *et al.*, )<br>　　Defendants. ) | No. 1: 21-cv-00040-CJN |

## [PROPOSED] ORDER

On considering Defendants' Motion for Admission P*ro Hac Vice* of Michael J. Tricarico, the lack of any opposition thereto, and the entire record herein, the Court finds that Defendants' motion is well taken. For the foregoing reasons, it is hereby

**ORDERED** that Defendants' motion is granted; and it is

**FURTHER ORDERED** that Michael J. Tricarico is admitted to practice before this Court in this case pursuant to Civil Local Rule 83.2(d);

**SO ORDERED**.

Dated: _____

_____
**UNITED STATES DISTRICT JUDGE**