IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| US Dominion, Inc., *et al.,* | ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1: 21-cv-00040-CJN |
| Sidney Powell, *et al*., | ) ) | |
| Defendants. | ) ) | |

### <u>DECLARATION OF MICHAEL J. TRICARICO</u>

I, Michael J. Tricarico, do state as follows:

1.      I have a prior attorney-client relationship with defendants Sidney Powell and Sidney Powell, P.C. and seek admission *pro hac vice* to participate as their counsel in this litigation.

2.      My full name and office address and contact information are as follows:

Michael J. Tricarico
Kennedys CMK LLP
570 Lexington Avenue, 8th Floor
New York, New York 10022
Tel: (646)625-3953
Email: <u>Michael.tricarico@kennedyslaw.com</u>

3.      The bars to which I am admitted are listed in the attached Exhibit 1.

4.      I am currently in good standing with all bars in which I am admitted and have not been disciplined by any bar.

5.      I have not been admitted pro hac vice in any other cases in this Court in the prior two years. I am simultaneously seeking admission to represent Ms. Powell in a related case before this Court by other plaintiffs against Ms. Powell.

6.      I do not have an office located within the District of Columbia, am not a member of the District of Columbia Bar, and do not have an application for membership pending with the District of Columbia Bar.

7.      I have personal knowledge of the foregoing and am competent to testify to it. I declare under penalty of perjury that the foregoing is true and correct. Executed on this 25th day of April 2022.

_____

Michael J. Tricarico

## EXHIBIT 1

**LIST OF BAR MEMEBERSHIPS RIDER**
**MICHAEL J. TRICARICO**

| Name of State or Federal Bar or Court | Bar Number (if any) | Date Admitted | Status with Bar or Court |
|---|---|---|---|
| State of New York | 2466878 | 5/20/1992 | Active |
| State of Connecticut | 405278 | 1/31/1992 | Active |
| State of New Jersey | 010281994 | 6/6/94 | Active |
| U.S. Supreme Court | | 6/1/2004 | Active |
| U.S. Court of Appeals for the Second Circuit | | 4/14/2004 | Active |
| U.S. Court of Appeals for the Fourth Circuit | | 5/14/1996 | Active |
| U.S. Court of Appeals for the Federal Circuit | | 6/1/2004 | Active |
| U.S. Court of Appeals for the Armed Forces | | 6/1/2004 | Active |
| U.S. Court of Federal Claims | | 6/1/2004 | Active |
| U.S. District Court for the Southern District of NY | MT5332 | 4/13/1993 | Active |
| U.S. District Court for the Eastern District of NY | | 4/13/1993 | Active |
| U.S. District Court for the District of NJ | | 7/1/1994 | Active |
| U.S. Court of Appeals for the Eleventh Circuit | | 11/14/2013 | Active |

| Name of State or Federal Bar or Court | Bar Number (if any) | Date Admitted | Status with Bar or Court |
|---|---|---|---|
| U.S. District Court for the Western District of NY | | 2/9/2015 | Active |
| U.S. District Court for the District of Connecticut | | 3/9/2018 | Active |
| U.S. Court of Appeals for the First Circuit | 1195512 | 8/5/2020 | Active |