IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| US Dominion, Inc., *et al.*, | ) | |
|    Plaintiffs, | ) | |
|       v. | ) | No. 1: 21-cv-00040-CJN |
| Sidney Powell, *et al.*, | ) | |
|    Defendants. | ) | |

## DEFENDANT'S MOTION FOR ADMISSION *PRO HAC VICE* OF MARC CASARINO

Pursuant to Civil Local Rule 83.2(d), defendants Sidney Powell and Sidney Powell, P.C. move for the admission and appearance of attorney Marc Casarino *pro hac vice* in the above-captioned action. This motion is supported by Mr. Casarino's accompanying declaration. As set forth in his declaration, he is admitted and an active member in good standing the following courts and bars: the state bar of Delaware and the bars for the United States District Court for the District of Delaware and the United States Courts of Appeal for the Third Circuit. This motion is supported and signed below by Lawrence J. Joseph, who will serve as local counsel and is an active member of the Bar of this Court. A Delaware certificate of good standing is attached. The parties' counsel conferred pursuant to Local Civil Rule 7(m), and the plaintiffs do not oppose this motion.

    A proposed order is attached.

Dated: June 23, 2022                            Respectfully submitted,

                                                          /s/ Lawrence J. Joseph
                                                          Lawrence J. Joseph, D.C. Bar No. 464777

                                                          1250 Connecticut Ave., NW, Suite 700-1A
                                                          Washington, DC 20036
                                                          Tel: (202) 355-9452
                                                          Fax: (202) 318-2254
                                                          Email: ljoseph@larryjoseph.com

                                                          *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of June 2022, I electronically filed the foregoing motion, together with its exhibits and proposed order, with the Clerk of the Court using the CM/ECF system, which I understand to have caused the service of counsel for the parties.

/s/ Lawrence J. Joseph
Lawrence J. Joseph