IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US Dominion, Inc., *et al.*,<br><br>        Plaintiffs,<br><br>              v.<br><br>Sidney Powell, *et al.*,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)    No. 1: 21-cv-00040-CJN<br>)<br>)<br>)<br>) |

### [PROPOSED] ORDER

On considering Defendants' Motion for Admission *pro Hac Vice* of Marc Casarino, the lack of any opposition thereto, and the entire record herein, the Court finds that Defendants' motion is well taken. For the foregoing reasons, it is hereby

**ORDERED** that Defendants' motion is granted; and it is

**FURTHER ORDERED** that Marc Casarino is admitted to practice before this Court in this case pursuant to Civil Local Rule 83.2(d);

**SO ORDERED**.

Dated: _____

_____
**UNITED STATES DISTRICT JUDGE**