## SUPREME COURT OF THE STATE OF DELAWARE

### CERTIFICATE OF GOOD STANDING

The Clerk of the Supreme Court of the State of Delaware, the highest Court in the State, certifies that **Marc S. Casarino,** was admitted to practice as an attorney in the Courts of his State on **December 11, 1997,** and is an **active** member of the Bar of the Supreme Court of the State of Delaware in good standing.

**IN TESTIMONY WHEREOF,**

I have hereunto set my hand and affixed the seal of said Court at Dover this 22nd day of April, 2022.

Lisa A. Dolph
Clerk of the Supreme Court