AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| US DOMINION, INC., et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:21-cv-00040 (CJN) |
| SIDNEY POWELL, et. al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANTS, SIDNEY POWELL AND SIDNEY POWELL, P.C.         .

Date:    07/08/2022

/s/ Marc Casarino
*Attorney's signature*

Marc Casarino (Pro Hac Vice)
*Printed name and bar number*

Kennedys CMK, LLP.
919 N. Market Street, Suite 1550
Wilmington, DE 19801

*Address*

Marc.Casarino@kennedyslaw.com
*E-mail address*

(302) 308-6647
*Telephone number*

*FAX number*