IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

US DOMINION, INC., DOMINION
VOTING SYSTEMS, INC., and
DOMINION VOTING SYSTEMS
CORPORATION,

              **Plaintiffs,**

v.                                                                                      Civil Case No. 1:21-cv-00040-CJN

SIDNEY POWELL, SIDNEY
POWELL, P.C., and DEFENDING THE
REPUBLIC, INC.,

              Defendants.

NOTICE OF WITHDRAWAL AS COUNSEL FOR SIDNEY POWELL

Pursuant to Local Rule 83.6(b), Howard Kleinhendler notices his withdrawal as counsel for Defendant Sidney Powell. Ms. Powell will remain represented in this matter by The Kennedys Law firm.

Dated: July 12, 2022

Respectfully submitted,

/s/ *Howard Kleinhendler*
Howard Kleinhendler
*Admitted Pro Hac Vice*
Howard Kleinhendler Esquire
369 Lexington Avenue, 12th Fl.
New York, New York 10017
(917) 793-1188
howard@kleinhendler.com

Sidney Powell
2911 Turtle Creek Blvd., Ste 300
Dallas, Texas 75219
(214) 707-1775
Sidney@federalappeals.com