IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

US DOMINION, INC., DOMINION
VOTING SYSTEMS, INC., and
DOMINION VOTING SYSTEMS
CORPORATION,

                **Plaintiffs,**

v.                                              Civil Case No. 1:21-cv-00040-CJN

SIDNEY POWELL, SIDNEY
POWELL, P.C., and DEFENDING THE
REPUBLIC, INC.,

                Defendants.

**NOTICE OF WITHDRAWAL AS COUNSEL**
<u>FOR SIDNEY POWELL, P.C.</u>

Pursuant to Local Rule 83.6(b), Howard Kleinhendler notices his withdrawal as counsel for Defendant Sidney Powell, PC ("Defendant"). Defendant will remain represented in this matter by The Kennedys Law Firm.

Dated: July 12, 2022                                  Respectfully submitted,

                                                                          /s/ *Howard Kleinhendler*
                                                                          Howard Kleinhendler
                                                                          *Admitted Pro Hac Vice*

SIDNEY POWELL, PC                              Howard Kleinhendler Esquire
                                                             369 Lexington Avenue, 12th Fl.
/s/ Sidney Powell                                       New York, New York 10017
Sidney Powell                                            (917) 793-1188
2911 Turtle Creek Blvd. Ste 300            howard@kleinhendler.com
Dallas, Texas 75219
(214) 707-1775
Sidney@federalappeals.com