**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| US DOMINION, INC., et al.,<br><br>*Plaintiffs/Counter-Defendants*,<br><br>v.<br><br>SIDNEY POWELL, et al.,<br><br>*Defendants/Counter-Plaintiffs*. | Civil Action No. 1:21-cv-00040 (CJN) |
| US DOMINION, INC., et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>*Defendant*. | Civil Action No. 1:21-cv-00213 (CJN) |
| US DOMINION, INC., et al.,<br><br>*Plaintiffs/Counter-Defendants*,<br><br>v.<br><br>MY PILLOW, INC., et al.,<br><br>*Defendants/ Counter- and Third- Party Plaintiffs*,<br><br>v.<br><br>SMARTMATIC USA CORP., et al.,<br><br>*Third-Party Defendants*. | Civil Action No. 1:21-cv-00445 (CJN) |

## AMENDED SCHEDULING ORDER

Upon review of the Parties' Stipulated Motion to Amend Scheduling Order, the Court enters the following schedule to govern discovery in all of the above-captioned cases:

1.  Deadline to Exchange Initial Disclosures under Fed. R. Civ. P. 26(a)(1):  **June 24, 2022**

2.  Deadline to Serve Document Requests under Fed. R. Civ. P. 34:  **December 2, 2022**

3.  Deadline for Completion of Fact Discovery:  **April 14, 2023**

4.  Deadline for Proponents to Designate Expert Witnesses and Produce Expert Reports under Fed. R. Civ. P. 26(a)(2):  **May 26, 2023**

5.  Deadline for Opponents to Designate Expert Witnesses and Produce Expert Reports under Fed. R. Civ. P. 26(a)(2):  **June 30, 2023**

6.  Deadline for Proponents to Produce Responsive Expert Reports:  **August 4, 2023**

7.  Deadline for Expert Depositions: **September 22, 2023**

8.  Status Conference:  **In-person on October 4, 2023 at 10:00am**

9.  Deadline to File Dispositive Motions:  **November 3, 2023**

10. Deadline to File Oppositions to Dispositive Motions: **December 18, 2023**

11. Deadline to File Replies in Support of Dispositive Motions:  **January 17, 2024**

The Court intends to discuss a potential date for the final pretrial conference and potential trial dates at the status conference scheduled for October 4, 2023 at 10:00am.

It is so **ORDERED**.

DATE:  August 18, 2022

_____

CARL J. NICHOLS
United States District Judge