UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| US DOMINION, INC., *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 1:21-cv-0040-CJN |
| | : | |
| SIDNEY POWELL, *et al.*, | : | |
| | : | |
| Defendants. | : | |

PRAECIPE OF APPEARANCE

TO THE CLERK:

Please enter my appearance as co-counsel for Defending the Republic, Inc., only in its capacity as a defendant (not in its capacity as a counterclaimant).

Respectfully submitted,

/s/ Barry Coburn
_____
Barry Coburn, DC Bar No. 358020
Coburn & Greenbaum PLLC
1710 Rhode Island Avenue, NW
Second Floor
Washington, DC 20036
Tel: 202-643-9472
Email: barry@coburngreenbaum.com
Fax: 1-866-561-9712

Certificate of Service

I certify that a copy of this praecipe will be served upon all counsel of record via the Court's ECF system, this 16th of September, 2022.

/s/ Barry Coburn
_____