AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| US DOMINION, INC., et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-00040(CJN) |
| SIDNEY POWELL, et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANTS, SIDNEY POWELL AND SIDNEY POWELL, P.C.

Date: 12/19/2022

/s/ Michael J. Tricarico
*Attorney's signature*

Michael J. Tricarico
*Printed name and bar number*
Kennedys
570 Lexington Avenue, 8th Floor
New York, New York 10022

*Address*

michael.tricarico@kennedyslaw.com
*E-mail address*

(646) 625-3952
*Telephone number*

(212) 832-4920
*FAX number*