UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., et al.,<br><br>*Plaintiffs/Counter-Defendants*,<br><br>v.<br><br>SIDNEY POWELL, et al.,<br><br>*Defendants/Counter-Plaintiffs*. | Civil Action No. 1:21-cv-00040 (CJN) |
| US DOMINION, INC., et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>*Defendant*. | Civil Action No. 1:21-cv-00213 (CJN) |
| US DOMINION, INC., et al.,<br><br>*Plaintiffs/Counter-Defendants*,<br><br>v.<br><br>MY PILLOW, INC., et al.,<br><br>*Defendants/ Counter- and Third-Party Plaintiffs*,<br><br>v.<br><br>SMARTMATIC USA CORP., et al.,<br><br>*Third-Party Defendants*. | Civil Action No. 1:21-cv-00445 (CJN) |

1

## AMENDED SCHEDULING ORDER

Upon review of the Parties' Stipulated Motion to Amend Scheduling Order, the Court enters the following schedule to govern discovery:

1. **Deadline to Serve Document Requests under Fed. R. Civ. P. 34**: September 5, 2023

2. **Deadline for Completion of Fact Discovery**: January 22, 2024

3. **Deadline for Proponents to Designate Expert Witnesses and Produce Expert Reports under Fed. R. Civ. P. 26(a)(2)**: February 12, 2024

4. **Deadline for Opponents to Designate Expert Witnesses and Produce Expert Reports under Fed. R. Civ. P. 26(a)(2)**: March 11, 2024

5. **Deadline for Proponents to Produce Responsive Expert Reports**: April 8, 2024

6. **Deadline for Expert Depositions**: May 17, 2024

7. **Status Conference**: In-person Status Conference at 11:00 AM on June 5, 2024

8. **Deadline to File Dispositive Motions**: July 1, 2024

9. **Deadline to File Oppositions to Dispositive Motions**: July 29, 2024

10. **Deadline to File Replies in Support of Dispositive Motions**: August 16, 2024

It is so ORDERED.

DATE:  May 15, 2023

_____
CARL J. NICHOLS
United States District Judge