# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., et al., *Plaintiffs/Counter-Defendants*, v. SIDNEY POWELL, et al., *Defendants/Counter-Plaintiffs*. | Civil Action No. 1:21-cv-00040 (CJN) |
| US DOMINION, INC., et al., *Plaintiffs*, v. RUDOLPH W. GIULIANI, *Defendant*. | Civil Action No. 1:21-cv-00213 (CJN) |
| US DOMINION, INC., et al., *Plaintiffs/Counter-Defendants*, v. MY PILLOW, INC., et al., *Defendants/ Counter- and Third-Party Plaintiffs*, v. SMARTMATIC USA CORP., et al., *Third-Party Defendants*. | Civil Action No. 1:21-cv-00445 (CJN) |

## STIPULATED MOTION TO ENTER AMENDED PROTECTIVE ORDER

The parties to the above styled actions, Plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation (together, "Dominion"), and Defendants Sidney Powell, Defending the Republic, Rudolph W. Giuliani, MyPillow, Inc., and Michael J. Lindell, which have been consolidated for discovery purposes only and referred to herein as the "Consolidated Cases", hereby move the Court to enter an amended protective order to include the parties in the related action *US Dominion Inc., et al v. Byrne*, No. 1:21-cv-02131-CJN (D.D.C.) ("*Byrne*").[1]

On December 6, 2022, the Court entered the Protective Order Governing the Production and Exchange of Confidential Information (the "Order") in the Consolidated Cases. *See US Dominion Inc., et al. v. MyPillow, Inc., et al.*, No. 1:21-cv-00445-CJN (D.D.C.), ECF No. 152; *US Dominion Inc., et al. v. Powell, et al*, No. 1:21-cv-0040-CJN (D.D.C.), ECF No. 77; and *US Dominion, Inc., et al v. Giuliani*, No. 1:21-cv-00213-CJN (D.D.C.), ECF No. 51. The Order governs the handling of Discovery Materials within the Consolidated Cases and allows the parties to the Order to share Discovery Materials between those three actions—but prohibits persons or entities receiving Discovery Material produced in the Consolidated Cases from using those Discovery Materials outside of the Consolidated Cases, except as specifically provided by the Order. The Order contemplates that parties may in the future move the Court to expand the Order to include the parties in related cases, *US Dominion Inc., et al v. Byrne*, No. 1:21-cv-02131-CJN (D.D.C.) and *US Dominion, Inc., et al v. Herring Networks, et al.*, No. 1:21-cv-02130-CJN (D.D.C.).

---

[1] The parties in *Byrne* are simultaneously filing a stipulated motion in that case similarly asking the Court to enter the attached protective order in that case.

Although the Court has not ordered consolidation between *Byrne* and the Consolidated Cases, the Court has aligned the scheduling orders in those cases, and the parties have voluntarily agreed to coordinate discovery between the Consolidated Cases and *Byrne* given the substantially overlapping discovery. To facilitate that voluntary discovery coordination, the parties respectfully ask the Court to enter the attached amended protective order, which expands the December 6, 2022, Order to include *US Dominion Inc., et al v. Byrne*, No. 1:21-cv-02131-CJN (D.D.C.). As amended, the Order will permit the parties in the Consolidated Cases and *Byrne* to share Discovery Materials across all four cases in accordance with the terms of the Order.

For these reasons, Dominion and Defendants ask the Court to enter the attached amended protective order to facilitate the voluntary coordination of discovery between the Consolidated Cases and related action *US Dominion Inc., et al v. Byrne*.

Dated: June 8, 2023

Respectfully submitted,

 */s/ Laranda Walker*
Mary Kathryn Sammons
(D.C. Bar No. TX0030)
Laranda Walker (D.C. Bar No. TX0028)
SUSMAN GODFREY LLP
1000 Louisiana Street, #5100
Houston, TX 77002
Telephone: (713) 651-9366
ksammons@susmangodfrey.com
lwalker@susmangodfrey.com

Stephen Shackelford, Jr.
(D.C. Bar No. NY0443)
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Fl
New York, NY 10019
Telephone: (212) 336-8330
sshackelford@susmangodfrey.com

Davida Brook (D.C. Bar No. CA00117)
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
dbrook@susmangodfrey.com

Thomas A. Clare, P.C. (D.C. Bar No. 461964)
Megan L. Meier (D.C. Bar No. 985553)
Dustin A. Pusch (D.C. Bar No. 1015069)
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Telephone: (202) 628-7400
tom@clarelocke.com
megan@clarelocke.com
dustin@clarelocke.com

Rodney Smolla (Bar No. 6327)
164 Chelsea Street
South Royalton, VT 05068
rodsmolla@gmail.com
Telephone: (864) 373-3882

***Counsel for US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation; and Hamilton Place***

*/s/ Marc Casarino*
Marc Casarino (admitted pro hac vice)
KENNEDYS CMK LLP
919 N. Market Street, Suite 1550
Wilmington, DE 19801
Telephone: (302) 308-6647
marc.casarino@kennedyslaw.com

***Counsel for Sidney Powell and Sidney Powell, P.C.***

*/s/ Andrew D. Parker*
Andrew D. Parker (MN Bar No. 195042)
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
Facsimile: (612) 355-4101
parker@parkerdk.com

***Counsel for Defendant Michael J. Lindell***

*/s/ Joseph D. Sibley IV*
Joseph D. Sibley IV, DC Bar ID: TX0202
CAMARA & SIBLEY L.L.P.
1108 Lavaca St., Ste 110263
Austin, TX 78701
Telephone: (713) 966-6789
Facsimile: (713) 583-1131
sibley@camarasibley.com

**Counsel for Rudolph W. Giuliani**


*/s/ Marc Eisenstein*
Marc Eisenstein, DC Bar No. 1007208
COBURN & GREENBAUM, PLLC
1710 Rhode Island Ave. NW 2nd Floor
Washington, DC 20036
Telephone: (703) 963-7164

**Counsel for Defending the Republic, Inc.**


*/s/ Andrew D. Parker*
Andrew D. Parker (MN Bar No. 195042)
Joseph A. Pull (D.C. Bar No. 982468)
Ryan P. Malone (MN Bar No. 395795)
Abraham S. Kaplan (MN Bar No. 399507)
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
Facsimile: (612) 355-4101
parker@parkerdk.com
pull@parkerdk.com arenson@parkerdk.com
kaplan@parkerdk.com

**Counsel for Defendant My Pillow, Inc.**