IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>Plaintiffs/Counter-Defendants,<br><br>v.<br><br>SIDNEY POWELL, SIDNEY POWELL, P.C., and DEFENDING THE REPUBLIC, INC.,<br><br>Defendants/Counter-Plaintiffs. | Case No. 1:21-cv-0040 (CJN) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY ELIZABETH B. HADAWAY**

Upon consideration of Plaintiffs' Motion for Admission *Pro Hac Vice* of Attorney Elizabeth B. Hadaway in the above-captioned matter and the Declaration of Elizabeth B. Hadaway in support thereof, and it appearing that there is good cause to grant the motion, it is hereby

**ORDERED** that the Plaintiffs' Motion for Admission *Pro Hac Vice* of Attorney Elizabeth B. Hadaway be, and the same hereby, is **GRANTED**; and it is

**FURTHER ORDERED** that Elizabeth B. Hadaway be allowed to appear *pro hac vice* in court proceedings in the above-captioned matter.

**SO ORDERED** this _____ day of _____ 2023.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE