IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION, <br><br> Plaintiffs/Counter-Defendants, <br><br> v. <br><br> SIDNEY POWELL, SIDNEY POWELL, P.C., and DEFENDING THE REPUBLIC, INC., <br><br> Defendants/Counter-Plaintiffs. | Case No. 1:21-cv-0040 (CJN) |

## NOTICE OF WITHDRAWAL

Pursuant to Local Civil Rule 83.6(b), counsel Justin A. Nelson respectfully withdraws his appearance as counsel for the Plaintiffs in this action. Plaintiffs consent to this withdrawal and will continue to be represented by all other counsel of record in this matter.

Respectfully submitted,

US DOMINION, INC., DOMINION
VOTING SYSTEMS, INC., and
DOMINION VOTING SYSTEMS
CORPORATION

By: _____
John Poulos, Chief Executive Officer


_____
Justin A. Nelson

Dated: July 11, 2023

*/s/Justin A. Nelson*

| | |
|---|---|
| Justin A. Nelson (D.C. Bar No. 490347) **SUSMAN GODFREY L.L.P.** 1000 Louisiana St., Suite 5100 Houston, TX 77002 Tel: (713) 651-9366 jnelson@susmangodfrey.com | Thomas A. Clare, P.C. (D.C. Bar No. 461964) Megan L. Meier (D.C. Bar No. 985553) Dustin A. Pusch (D.C. Bar No. 1015069) **CLARE LOCKE LLP** 10 Prince Street Alexandria, VA 22314 (202) 628-7400 tom@clarelocke.com megan@clarelocke.com dustin@clarelocke.com |
| Stephen Shackelford, Jr. (D.C. Bar No. NY0443) Mark Hatch-Miller (*pro hac vice* pending) Zachary Savage (D.C. Bar No. NY0465) Eve Levin (D.C. Bar No. 1672808) Christina Dieckmann (*pro hac vice* pending) **SUSMAN GODFREY L.L.P.** 1301 Avenue of the Americas, 32nd Fl. New York, NY 10019 Tel: (212) 336-8330 sshackelford@susmangodfrey.com zsavage@susmangodfrey.com elevin@susmangodfrey.com cdieckmann@susmangodfrey.com | Rodney Smolla (*pro hac vice*) 164 Chelsea Street South Royalton, VT 05068 (864) 373-3882 rodsmolla@gmail.com Edgar Sargent (*pro hac vice* pending) **SUSMAN GODFREY L.L.P.** 1201 Third Avenue, Suite 3800 Seattle, WA 98101 Tel: (206) 516-3880 esargent@susmangodfrey.com |
| Davida Brook (D.C. Bar No. CA00117) **SUSMAN GODFREY L.L.P.** 1900 Avenue of the Stars, Suite 1400 Los Angeles, CA 90067 Tel: (310) 789-3100 dbrook@susmangodfrey.com | *Attorneys for Plaintiffs-Counter Defendants* |
| Jonathan J. Ross (D.C. Bar No. TX0027) Mary K. Sammons (D.C. Bar No. TX0030) Laranda Walker (D.C. Bar No. TX0028) Elizabeth Hadaway (*pro hac vice* pending) **SUSMAN GODFREY L.L.P.** 1000 Louisiana St., Suite 5100 Houston, TX 77002 Tel: (713) 651-9366 jross@susmangodfrey.com ksammons@susmangodfrey.com lwalker@susmangodfrey.com ehadaway@susmangodfrey.com | |

**CERTIFICATE OF SERVICE**

I, Justin A. Nelson, hereby certify that on July 11, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

                                                     */s/Justin A. Nelson*
                                                     Justin A. Nelson (D.C. Bar No. 490347)