UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., et al.,<br><br>*Plaintiffs/Counter-Defendants*,<br><br>v.<br><br>SIDNEY POWELL, et al.,<br><br>*Defendants/Counter-Plaintiffs*. | Civil Action No. 1:21-cv-00040 (CJN) |
| US DOMINION, INC., et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>*Defendant*. | Civil Action No. 1:21-cv-00213 (CJN) |
| US DOMINION, INC., et al.,<br><br>*Plaintiffs/Counter-Defendants*,<br><br>v.<br><br>MY PILLOW, INC., et al.,<br><br>*Defendants/ Counter- and Third- Party Plaintiffs*,<br><br>v.<br><br>SMARTMATIC USA CORP., et al.,<br><br>*Third-Party Defendants.* | Civil Action No. 1:21-cv-00445 (CJN) |

## **AMENDED SCHEDULING ORDER**

The following amended schedule shall govern discovery in all of the above-captioned cases:

1. Deadline to Serve Document Requests under Fed. R. Civ. P. 34:  **October 26, 2023**

2. Deadline for Completion of Fact Discovery:  **May 30, 2024**

3. Deadline for Proponents to Designate Expert Witnesses and Produce Expert Reports under Fed. R. Civ. P. 26(a)(2):  **June 27, 2024**

4. Deadline for Opponents to Designate Expert Witnesses and Produce Expert Reports under Fed. R. Civ. P. 26(a)(2):  **July 31, 2024**

5. Deadline for Proponents to Produce Responsive Expert Reports:  **August 29, 2024**

6. Deadline for Expert Depositions: **October 3, 2024**

7. Status Conference:  **In-person on October 17, 2024 at 11:00am**

8. Deadline to File Dispositive Motions:  **November 14, 2024**

9. Deadline to File Oppositions to Dispositive Motions: **December 19, 2024**

10. Deadline to File Replies in Support of Dispositive Motions:  **January 30, 2025**

It is so **ORDERED**.

DATE:  July 24, 2023

_____
CARL J. NICHOLS
United States District Judge