IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION INC. et al., | |
| *Plaintiffs*, | |
| v. | Case No. 1:21-cv-00040-CJN |
| SIDNEY POWELL, *et al.*, | |
| *Defendants*. | |

## NOTICE OF WITHDRAWAL AS COUNSEL

Pursuant to Local Civil Rule 83.6(b), counsel Megan L. Meier and Dustin A. Pusch respectfully withdraw their appearance as counsel for Plaintiffs in this action. Plaintiffs consent to this withdrawal and will continue to be represented by all other counsel of record in this matter.

Dated: August 23, 2023

Respectfully submitted,

US Dominion, Inc, Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation

By: /s/John Poulos
John Poulos, Chief Executive Officer

*/s/ Megan L. Meier*
Megan L. Meier (DC Bar No. 985553)
Dustin A. Pusch (DC Bar No. 1015069)
MEIER WATKINS PHILLIPS PUSCH LLP
1629 K Street, NW, Suite 300
Washington, DC 20006

**CERTIFICATE OF SERVICE**

I, Megan L. Meier, hereby certify that on August 23, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

*/s/ Megan L. Meier*
Megan L. Meier