AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| U.S. Dominion, Inc. et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-cv-00040-CJN |
| Sidney Powell, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation .

Date: 08/28/2023

*Attorney's signature*

Mark H. Hatch-Miller    admitted PHV  NYS Bar # 4981635
*Printed name and bar number*

Susman Godfrey LLP
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019
*Address*

mhatch-miller@susmangodfrey.com
*E-mail address*

(212) 336-8330
*Telephone number*

(212) 336-8340
*FAX number*