### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

US DOMINION, INC., DOMINION VOTING   )
SYSTEMS, INC., and DOMINION VOTING   )
SYSTEMS CORPORATION,   )
  )
   *Plaintiffs*,   )
  )
   v.   )
  )
SIDNEY POWELL, SIDNEY POWELL,   )
P.C., and DEFENDING THE REPUBLIC, INC.,   )
  )
   *Defendants*.   )

No. 1:21-cv-00040 (CJN)

### MOTION FOR PARTIAL STAY AND PROTECTIVE ORDER OF DEFENDANTS SIDNEY POWELL AND SIDNEY POWELL, P.C.

Under Fed. Civ. Pro. Rules 7(b) and 26(c), Defendants Sidney Powell and Sidney Powell, P.C. (Powell) move for a **60-day stay** of the service of any discovery demands or deposition notices upon them in this action; and a protective order providing no responses shall be served to any pending discovery demands. Ms. Powell was indicted on multiple charges in *State of Georgia v. Donald J. Trump, et al*, Case No. 23-SC-188947 (Super. Ct., Fulton County). Ms. Powell demanded a speedy trial and, on September 6, 2023, the Fulton County Court granted that request. The criminal trial against Ms. Powell is set to begin on or about October 23, 2023.

To avoid being placed in what courts recognize as the "significant dilemma" of (1) having to respond to discovery and/or appear for a deposition , thereby implicating her rights under the Fifth Amendment of the United States Constitution, Ms. Powell requests a **60-day** stay of all written discovery against her and Sidney Powell, P.C., which Ms. Powell operates as a sole partner. The reasons for her motion are:

1.      Both actions are based on many of the same underlying events, legal theories, and other allegations to form a close relationship.

2.      A momentary stay would prevent unnecessary litigation and promote better judicial efficiency.

3.      Any hardship would be minimal for Dominion if a stay were granted and far greater for Ms. Powell if the stay were denied.

4.      Ms. Powell's request is for only **60 days** which is "relatively insignificant" and allows for discovery as between other parties in the Dominion litigations to proceed without even a brief delay.

In addition, Ms. Powell has demonstrated "good cause" for entry of a protective order requiring that Ms. Powell and her law firm not have to respond to pending discovery demands.

For the reasons explained in greater detail in her accompanying memorandum of law, Ms. Powell respectfully requests the Court to grant her motion.


Dated: October 4, 2023                          **KENNEDYS CMK LLP**

                                                By:*/s Joshua A. Mooney*

                                                Joshua A. Mooney DC Bar No. 471866
                                                1600 Market Street, Suite 1410
                                                Philadelphia, PA 19103
                                                Tel: 267-479-6700
                                                Joshua.Mooney@kennedyslaw.com

                                                Marc Casarino, pro hac vice
                                                919 N. Market Street, Suite 1550
                                                Wilmington, DE 19801
                                                Tel: 302-308-6647
                                                Email: Marc.Casarino@kennedyslaw.com

                                                Michael J. Tricarico, pro hac vice
                                                570 Lexington Avenue, 8th Floor
                                                New York, New York 10022
                                                Tel: (646) 625-3952
                                                Email: Michael.Tricarico@kennedyslaw.com

                                                *Attorneys for Defendant Sidney Powell &*
                                                *Sidney Powell, P.C.*

2