IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>    *Plaintiffs*,<br><br>v.<br><br>SIDNEY POWELL, SIDNEY POWELL, P.C., and DEFENDING THE REPUBLIC, INC.,<br><br>    *Defendants*. | No. 1:21-cv-00040 (CJN) |

### ORDER

On considering the Defendants Sidney Powell and Sidney Powell, P.C.'s Motion for a Partial Stay and Protective Order, the opposition thereto, and the entire record herein, the Court finds that the motion is well taken, and it is hereby

**ORDERED** that the motion is GRANTED; and it is

**FURTHER ORDERED** that there shall be a stay of service of any discovery demands or deposition notices upon the moving defendants for a period of **60-days** from the date this motion was filed.

**SO ORDERED**.

Dated: October __, 2023

_____
**UNITED STATES DISTRICT JUDGE**