## **CERTIFICATE OF SERVICE**

I, Joshua A. Mooney hereby certify that on October 4, 2023, a true and correct copy of Defendants Sidney Powell and Sidney Powell, P.C.'s Motion for Partial Stay and Protective Order, Memorandum of Law in Support, and Proposed Order were served via email on counsel of record for every party in the *US Dominion, Inc., et al., v. Powell, et al.,* No. 1:21-cv-000040 (CJN).

Dated: October 4, 2023                                          **KENNEDYS CMK LLP**

By:     */s Joshua A. Mooney*_____

Joshua A. Mooney DC Bar No. 471866
1600 Market Street, Suite 1410
Philadelphia, PA 19103
Tel: 267-479-6700
Joshua.Mooney@kennedyslaw.com

*Attorneys for Defendant Sidney Powell
& Sidney Powell, P.C.*