# EXHIBIT C

**From:** Laranda Walker <LWalker@susmangodfrey.com>
**Sent:** Friday, September 8, 2023 6:42 PM
**To:** Marc Casarino <Marc.Casarino@kennedyslaw.com>; Katie Sammons <KSAMMONS@SusmanGodfrey.com>
**Cc:** Joshua A. Mooney <Joshua.Mooney@kennedyslaw.com>; Marc Eisenstein <marc@coburngreenbaum.com>
**Subject:** Re: Dominion / Powell - stay request [KEN-LEGAL.FID44216803]

Marc,

Thanks for your email.  Ms. Powell's situation with respect to the Georgia case still seems highly uncertain and subject to change, and the length of trial has not been determined yet, so far as we are aware. Given that the only tasks currently required of Ms. Powell are primarily document productions, which frankly should have been done by now anyway, we cannot agree to even a "short" stay that would permit Ms. Powell and the other defendants to stop the completion of their document productions.

If you are going to move for a stay, please represent that Dominion is willing to consent to a 60-day stay of this case, provided (1) Defendants continue to work to complete their document productions (all documents responsive to Dominion's outstanding discovery requests), produce a complete and compliant privilege log relative to those productions, and continue to meet and confer with Dominion as necessary to resolve any disputes regarding those productions and privilege logs; (2) for any dispute regarding document productions that the parties can't resolve, Defendants agree that Dominion can move to compel production of the disputed documents in one of other DC cases (since the documents are also relevant to those cases); and (3) the stay will be automatically lifted if the current trial date for the Georgia trial is postponed or otherwise taken off the calendar, or after 60 days, whichever comes earlier, regardless of whether the criminal proceedings against Ms. Powell are still ongoing, unless Dominion and Defendants agree to jointly request a continuance of the stay.

Regards,
Laranda


**From:** Marc Casarino <Marc.Casarino@kennedyslaw.com>
**Date:** Thursday, September 7, 2023 at 11:23 AM
**To:** Laranda Walker <LWalker@susmangodfrey.com>, Katie Sammons <KSAMMONS@SusmanGodfrey.com>
**Cc:** "Joshua A. Mooney" <Joshua.Mooney@kennedyslaw.com>, Marc Eisenstein <marc@coburngreenbaum.com>
**Subject:** RE: Dominion / Powell - stay request [KEN-LEGAL.FID44216803]

EXTERNAL Email
Laranda,

Thanks for the follow up and we appreciate the offer.  However, we cannot accept a stay with the proposed conditions.

We propose a stay of 60 days as of today, as trial is set next month for October 23rd per yesterday's ruling in Georgia.  The stay would be for DTR as well, and thus I have copied Marc Eisenstein. We believe a stay is necessary but will be very brief, and with the October 23rd trial date cabined accordingly.  We remain optimistic that the relevant parties can agree to stipulate to a stay.  If you are amenable to a stay without conditions for the limited duration we have suggested, please advise.  Otherwise, we will move the court for a stay.  Thank you.

Marc


Marc Casarino
Partner
for Kennedys

# Kennedys
T +1 302 308 6647
M +1 302 740 0004
https://protect-eu.mimecast.com/s/5kHzCgJ2ZcKLM76UNP6bB?domain=kennedyslaw.com

**From:** Laranda Walker <LWalker@susmangodfrey.com>
**Sent:** Thursday, September 7, 2023 12:55 AM
**To:** Marc Casarino <Marc.Casarino@kennedyslaw.com>; Katie Sammons <KSAMMONS@SusmanGodfrey.com>
**Cc:** Joshua A. Mooney <Joshua.Mooney@kennedyslaw.com>
**Subject:** Re: Dominion / Powell - stay request [KEN-LEGAL.FID44216803]

Hi, Marc,
Just circling back on this to see if you all still intend to file a motion to stay.

Thanks,
Laranda

**From:** Laranda Walker <LWalker@susmangodfrey.com>
**Date:** Friday, August 25, 2023 at 7:02 PM
**To:** Marc Casarino <Marc.Casarino@kennedyslaw.com>, Katie Sammons <KSAMMONS@SusmanGodfrey.com>
**Cc:** "Joshua A. Mooney" <Joshua.Mooney@kennedyslaw.com>
**Subject:** Re: Dominion / Powell - stay request [KEN-LEGAL.FID44216803]

Dear Marc,

Thank you for your call earlier this week. We understand Ms. Powell intends to file a motion to stay Dominion's claims against her and Powell P.C. in light of the Georgia criminal indictments. Dominion will not oppose the stay if Ms. Powell agrees to the following:

1. Powell, Powell P.C., and DTR ("Defendants") must complete their document productions (all documents responsive to Dominion's outstanding discovery requests), produce a complete and compliant

privilege log relative to those productions, and continue to meet and confer with Dominion as necessary to resolve any disputes regarding those productions and privilege logs. For any dispute the parties can't resolve, Defendants agree that Dominion can move to compel production of the disputed documents in one of other DC cases (since the documents are also relevant to those cases).

2. Dominion will not seek Defendants' depositions in any other case during the stay, but if any party to those other cases successfully subpoenas any Defendant for deposition, Dominion will cross-examine that Defendant.

3. If any Defendant intends to depose any Dominion employee, ex-employee, or Dominion-related party (such as Staple Street, Hamilton Place, or Dominion resellers) in connection with Dominion's claims against Defendants, that Defendant must attend and participate in any deposition of that employee, ex-employee, or Dominion-related party taken in any of Dominion's other pending defamation cases , even if the deposition is scheduled for or takes place during the pendency of the stay. If Defendant chooses not to participate in any such deposition, Defendant cannot later seek to depose that person or entity. When Dominion's claims against Defendants proceed, however, Dominion and Defendants may use the deposition as if it had been taken in the stayed case and Defendants had been present.

4. Defendants will not oppose any third-party subpoena (except for a deposition subpoena of Defendants) that Dominion chooses to issue in a related case during the pendency of the stay.

5. The stay must extend to Dominion's claims against DTR as well as Dominion's claims against Powell and Powell P.C. so that the entire *Dominion v. Powell* action is stayed. At the time of our call, you had not yet discussed the stay with DTR's counsel.

Please let us know if you have questions or would like to discuss.

Thanks,
Laranda


**From:** Marc Casarino <Marc.Casarino@kennedyslaw.com>
**Date:** Friday, August 25, 2023 at 3:38 PM
**To:** Katie Sammons <KSAMMONS@SusmanGodfrey.com>, Laranda Walker <LWalker@susmangodfrey.com>
**Cc:** "Joshua A. Mooney" <Joshua.Mooney@kennedyslaw.com>
**Subject:** Dominion / Powell - stay request [KEN-LEGAL.FID44216803]

==EXTERNAL Email==

Katie and Laranda,

Are you in a position to respond to our request for a stipulation staying the civil action against Ms. Powell and Powell P.C. during the pendency of the criminal proceedings against her in Georgia?  Thanks,

Best,
Marc

Marc Casarino
Partner
for Kennedys

# Kennedys

T +1 302 308 6647
M +1 302 740 0004
https://protect-eu.mimecast.com/s/5kHzCgJ2ZcKLM76UNP6bB?domain=kennedyslaw.com

---

This email has been scanned for viruses and malicious content by Kennedys email security service provided by Mimecast. For more information on email security, visit https://protect-eu.mimecast.com/s/ep2ZCkR78uAMxplfQff24?domain=mimecast.com