# EXHIBIT D

**From:** Kate Farley <KFarley@susmangodfrey.com>
**Sent:** Thursday, August 24, 2023 6:08 PM
**To:** Daniel S. Marvin <Daniel.Marvin@kennedyslaw.com>; Joshua A. Mooney <Joshua.Mooney@kennedyslaw.com>; Marc Casarino <Marc.Casarino@kennedyslaw.com>; marc@coburngreenbaum.com; dctobin@tobinoconnor.com; sibley@camarasibley.com; Pull@parkerdk.com; Parker@parkerdk.com; acarry@mcglinchey.com; rdriscoll@mcglinchey.com; thorvig@parkerdk.com
**Cc:** Katie Sammons <KSAMMONS@SusmanGodfrey.com>; Laranda Walker <LWalker@susmangodfrey.com>; Elizabeth Hadaway <EHadaway@susmangodfrey.com>; Dominion ListserveSusmanGodfrey <DOMINION@lists.susmangodfrey.com>
**Subject:** Second Set of RFPs to Powell / Byrne / Giuliani / Lindell / MyPillow

Counsel,

Please find attached Dominion's Second Set of Requests for Production to Sidney Powell, Dominion's Second Set of Requests for Production to Michael Lindell, Dominion's Second Set of Requests for Production to Patrick Byrne, Dominion's Second Set of Requests for Production to Rudolph Giuliani, and Dominion's Second Set of Requests for Production to MyPillow.

Thank you,

**Kate Farley,** **Staff Attorney**
Susman Godfrey L.L.P.
_____

Email: kfarley@susmangodfrey.com
Direct: (713) 650-4311
Cell: (210) 445-2026

This email has been scanned for viruses and malicious content by Kennedys email security service provided by Mimecast. For more information on email security, visit http://www.mimecast.com