# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

US DOMINION, INC., et al.,

*Plaintiffs/Counter-Defendants*,

      v.

SIDNEY POWELL, et al.,

*Defendants/Counter-Plaintiffs.*

Civil Action No. 1:21-cv-00040 (CJN)

US DOMINION, INC., et al.,

*Plaintiffs*,

      v.

RUDOLPH W. GIULIANI,

*Defendant.*

Civil Action No. 1:21-cv-00213 (CJN)

US DOMINION, INC., et al.,

*Plaintiffs/Counter-Defendants*,

      v.

MY PILLOW, INC., et al.,

*Defendants/Counter-Plaintiffs*, *and*
*Third-Party Plaintiffs*,

      v.

SMARTMATIC USA CORP., et al.,

Civil Action No. 1:21-cv-00445 (CJN)

*Third-Party Defendants.*

US DOMINION, INC., et al.,

*Plaintiffs,*

      v.

PATRICK BYRNE,

*Defendant.*

Civil Action No. 1:21-cv-02131 (CJN)

US DOMINION, INC., et al.,

*Plaintiffs/Counter-Defendants,*

      v.

HERRING NETWORKS, INC., et al.,

*Defendants/Counter-Plaintiffs, and
Third-Party Plaintiffs,*

      v.

AT&T SERVICES., et al.,

*Third-Party Defendants.*

Civil Action No. 1:21-cv-02130 (CJN)

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE MOTIONS REGARDING
PROPOSED DOCUMENT DISCOVERY PROTOCOL**

At the September 21, 2023, telephonic hearing in the above matters, the Court directed the parties to confer regarding a potential document discovery protocol and submit any motions directed to that issue by October 17, 2023.[1]

The parties have endeavored to resolve as many questions as possible by agreement and reduce the remaining points of dispute to two proposed orders—one from Plaintiffs and one from Defendants. To facilitate fulsome briefing on these competing proposals, Defendants Sidney Powell, Sidney Powell, P.C., Defending the Republic, Inc., Rudolph W. Giuliani, Michael J. Lindell, and My Pillow, Inc., (the "moving defendants") request a three day extension of this deadline to October 20, 2023 in order to file motions in support of the proposed orders, and an extension to October 31, 2023 to file responses to the motions. Defendants Herring Networks, Inc. d/b/a One America News Network, Charles Herring, Robert Herring, Sr., Chanel Rion, Christina Bobb, and Patrick Byrne do not oppose the relief requested. Plaintiffs likewise do not oppose the relief.

---

[1] Plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation ("Plaintiffs" or "Dominion"), and Defendants Sidney Powell, Sidney Powell, P.C., Defending the Republic, Inc., Rudolph W. Giuliani, Michael J. Lindell, My Pillow, Inc., Patrick Byrne, Herring Networks, Inc. d/b/a One America News Network, Charles Herring, Robert Herring, Sr., Chanel Rion, and Christina Bobb ("Defendants"), who are voluntarily coordinating or whose cases are coordinated solely for purposes of discovery, are collectively referred to herein as "the parties."

## DISCUSSION

The parties have met and conferred both separately and collectively as directed by the Court.  Although the parties began this process in many different positions, even among the Defendants, there was a desire to resolve as much as possible by agreement.  For example, rather than presenting the Court with individual proposals, the Defendants took considerable efforts to combine their varying positions into a single joint proposal. In doing so, the Defendants hoped to alleviate the Court's burden in reviewing numerous competing protocols.

Reaching this point, however, has taken significant discussion and negotiation time, which has limited the Defendants' ability to complete their briefing.  Accordingly, the moving defendants request a brief, three day extension to file their submissions. *See* Fed. R. Civ. P. 6(b) ("When an act may or must be done within a specified time, the court may, for good cause, extend the time."). To ensure no party is prejudiced, the moving defendants request that the extension apply to all parties.

Pursuant to Paragraph 9 of the Court's Standing Order, this motion represents the moving defendants' first request for an extension of time to file a motion addressing a document discovery protocol in response to the Court's September 21, 2023 Order. No party objects to the relief requested. No other deadlines in this case will be affected by the requested extension. And the undersigned submit that they are authorized to submit this agreed proposed order for the Court's entry by consent of all parties. The parties recognize they have not met the four-day deadline to file a motion for extension.  Once it became apparent that an extension may be necessary, counsel endeavored to obtain the positions of all parties in order to avoid a contested motion.  With the intervening weekend, counsel was not able to obtain all parties'

consent until today.

**CONCLUSION**

For the foregoing reasons, the moving defendants respectfully request the Court enter an order extending the parties' time to file motions directed to their proposed document discovery protocols from October 17, 2023, to October 20, 2023, with responses to the motions due October 31, 2023. A proposed order is attached.

Dated: October 16, 2023                     Respectfully submitted,

*/s/ Marc Casarino*
_____
Marc S. Casarino (DE 3613)
**KENNEDYS CMK LLP**
919 North Market Street, Suite 1550
Wilmington, DE 19801
Tel: (302) 308-6645
marc.casarino@kennedyslaw.com
*Counsel for Defendants*
*Sidney Powell and Sidney Powell P.C.*

*Marc Eisenstein*
_____
Marc Eisenstein (DC Bar #1007208)
**COBURN & GREENBAUM, PLLC**
1710 Rhode Island Avenue NW, 2nd Floor
Washington, DC 20036
Tel: (202) 470-2695
Fax: (866) 561-9712
marc@coburngreenbaum.com
*Counsel for Defendant Defending the Republic*

*/s/ Joseph Sibley*
_____
Joseph D. Sibley IV (DC Bar #TX0202)
**CAMARA & SIBLEY L.L.P.**
1108 Lavaca Street, Suite 110263
Austin, TX 78701
Tel: (713) 966-6789
Fax: (713) 583-1131
sibley@camarasibley.com

*Counsel for Defendant Rudolph Giuliani*
 */s/ Joseph Pull*

Andrew D. Parker
Joseph Alan Pull
**PARKER DANIELS KIBORT LLC**
123 North 3rd Street, Suite 888
Minneapolis, MN 55401
Tel: (612) 355-4100
Fax: (612) 355-4101
parker@parkerdk.com
pull@parkerdk.com