UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., et al., <br><br>*Plaintiffs/Counter-Defendants*, <br><br>v. <br><br>SIDNEY POWELL, et al., <br><br>*Defendants/Counter-Plaintiffs*. | Civil Action No. 1:21-cv-00040 (CJN) |
| US DOMINION, INC., et al., <br><br>*Plaintiffs*, <br><br>v. <br><br>RUDOLPH W. GIULIANI, <br><br>*Defendant*. | Civil Action No. 1:21-cv-00213 (CJN) |
| US DOMINION, INC., et al., <br><br>*Plaintiffs/Counter-Defendants*, <br><br>v. <br><br>MY PILLOW, INC., et al., <br><br>*Defendants/Counter-Plaintiffs, and Third-Party Plaintiffs*, <br><br>v. <br><br>SMARTMATIC USA CORP., et al., <br><br>*Third-Party Defendants*. | Civil Action No. 1:21-cv-00445 (CJN) |

| | |
|---|---|
| US DOMINION, INC., et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>PATRICK BYRNE,<br><br>*Defendant*. | Civil Action No. 1:21-cv-02131 (CJN) |
| US DOMINION, INC., et al.,<br><br>*Plaintiffs/Counter-Defendants*,<br><br>v.<br><br>HERRING NETWORKS, INC., et al.,<br><br>*Defendants/Counter-Plaintiffs*, *and*<br>*Third-Party Plaintiffs*,<br><br>v.<br><br>AT&T SERVICES., et al.,<br><br>*Third-Party Defendants*. | Civil Action No. 1:21-cv-02130 (CJN) |

## **ORDER**

This matter comes before the Court on an Unopposed Motion for Extension of Time to File Motions Regarding Proposed Document Discovery Protocol (the "Motion") in which the movants seek an extension of time for the parties in the above-captioned cases to file motions addressing their proposed document discovery protocols by October 20, 2023 in response to the Court's September 21, 2023 Order, with any responses to said motions due by October 31, 2023. Upon consideration of the Motion, it appearing to the Court that the parties consent to the relief sought and that no party will be prejudiced by an extension, the Court finds good cause to grant the relief

2

requested.

Accordingly, it is hereby **ORDERED** that the Motion is **GRANTED**. The parties have until October 20, 2023 to submit any motions concerning a document discovery protocol in the above-captioned cases, with any responses thereto due by October 31, 2023.

**IT IS SO ORDERED**.

Date: October \_\_\_\_, 2023                                     _____
                                                                                         CARL J. NICHOLS
                                                                                         United States District Court Judge