# Exhibit 1

| From: | Laranda Walker |
|---|---|
| To: | Joseph D. Sibley; Marc Casarino; Joe Pull; Carry, Alfred; Andrew Parker; Joshua A. Mooney; Daniel S. Marvin; Marc Eisenstein; Driscoll, Robert |
| Cc: | Katie Sammons; Elizabeth Hadaway; Bill Dunseth; Brooke Behrens; Christopher Maldonado |
| Subject: | Dominion v. Giuliani / Lindell / Powell / Byrne: Dominion"s proposed search terms and custodians |
| Date: | Friday, June 2, 2023 6:20:55 PM |
| Attachments: | Dominion"s Proposed Search Terms for Powell Defendants[6][1].pdf |
| | Dominion"s Proposed Search Terms for MyPillow-Lindell Defendants[5][1].pdf |
| | Dominion"s Proposed Search Terms for Byrne Defendants[2][1].pdf |
| | Dominion"s Proposed Search Terms for Giuliani Defendants[2][1].pdf |
| | Dominion"s Proposed Custodians MyPillow Powell Giuliani Byrne [2].pdf |

Counsel:

Please find attached Dominion's proposed search terms and custodian lists for defendants to use in searching for documents responsive to Dominion's document requests. You will see that there are separate lists of search terms for each case and separate lists of custodians for each defendant. With respect to the search terms, we ask each defendant to confirm that its vendor can run the syntax and adjust as needed to ensure successful searching. We also ask each defendant to please run the respective search terms against the custodial emails of the proposed custodians for that particular case and provide us with hit reports for their case by the close of business on Tuesday, June 6.

Dominion reserves the right to augment, modify, or add search terms and/or custodians as discovery progresses.

Regards,
Laranda


**Laranda Moffett Walker | Partner**
**Susman Godfrey LLP**
1000 Louisiana St. | Suite 5100 | Houston, Texas 77002
**HOUSTON • LOS ANGELES • SEATTLE • NEW YORK**
Office:  713.653.7842
Mobile:  225.485.4533

My Bio