# Exhibit 2

| | |
|---|---|
| **From:** | Kate Farley |
| **To:** | Daniel.Marvin@kennedyslaw.com; Joshua.Mooney@kennedyslaw.com; Marc.Casarino@kennedyslaw.com; marc@coburngreenbaum.com; dctobin@tobinoconnor.com; sibley@camarasibley.com; Pull@parkerdk.com; Parker@parkerdk.com; acarry@mcglinchey.com; rdriscoll@mcglinchey.com; thorvig@parkerdk.com |
| **Cc:** | Katie Sammons; Laranda Walker; Elizabeth Hadaway; Dominion ListserveSusmanGodfrey |
| **Subject:** | Second Set of RFPs to Powell / Byrne / Giuliani / Lindell / MyPillow |
| **Date:** | Thursday, August 24, 2023 5:07:43 PM |
| **Attachments:** | 2nd Set of RFPs to Powell.pdf<br>2nd Set of RFPs to MyPillow.pdf<br>2nd Set of RFPs to Byrne.pdf<br>2nd Set of RFPs to Lindell.pdf<br>2nd Set of RFPs to Giuliani.pdf |

Counsel,

Please find attached Dominion's Second Set of Requests for Production to Sidney Powell, Dominion's Second Set of Requests for Production to Michael Lindell, Dominion's Second Set of Requests for Production to Patrick Byrne, Dominion's Second Set of Requests for Production to Rudolph Giuliani, and Dominion's Second Set of Requests for Production to MyPillow.

Thank you,

**Kate Farley, Staff Attorney**
**Susman Godfrey L.L.P.**
_____

Email: kfarley@susmangodfrey.com
Direct: **(713) 650-4311**
Cell: **(210) 445-2026**