# Exhibit 3

| | |
|---|---|
| **From:** | Daniel S. Marvin |
| **To:** | Elizabeth Hadaway; Joe Pull; Joseph D. Sibley; Marc Casarino; Carry, Alfred; Andrew Parker; Joshua A. Mooney; Marc Eisenstein; Driscoll, Robert |
| **Cc:** | Katie Sammons; Laranda Walker; Dominion ListserveSusmanGodfrey |
| **Subject:** | RE: Dominion - Privilege Log Deadline |
| **Date:** | Monday, August 7, 2023 12:24:53 PM |

EXTERNAL Email
The Powell defendants should be able to provide our initial log by 8/31.

Thanks

Dan


Daniel S. Marvin
Partner
for Kennedys

# Kennedys
T +1 646 625 4030
M +1 917 523 3034
F +1 212 832 4920
www.kennedyslaw.com

**From:** Elizabeth Hadaway <EHadaway@susmangodfrey.com>
**Sent:** Monday, August 7, 2023 1:01 PM
**To:** Joe Pull <Pull@parkerdk.com>; Joseph D. Sibley <sibley@camarasibley.com>; Marc Casarino <Marc.Casarino@kennedyslaw.com>; Carry, Alfred <acarry@mcglinchey.com>; Andrew Parker <Parker@parkerdk.com>; Joshua A. Mooney <Joshua.Mooney@kennedyslaw.com>; Daniel S. Marvin <Daniel.Marvin@kennedyslaw.com>; Marc Eisenstein <marc@coburngreenbaum.com>; Driscoll, Robert <rdriscoll@mcglinchey.com>
**Cc:** Katie Sammons <KSAMMONS@SusmanGodfrey.com>; Laranda Walker <LWalker@susmangodfrey.com>; Dominion ListserveSusmanGodfrey <DOMINION@lists.susmangodfrey.com>
**Subject:** Dominion - Privilege Log Deadline

Counsel,

On June 16, 2023, Dominion proposed an August 4, 2023 deadline for the production of privilege logs for documents produced by the July 21, 2023 substantial completion deadline. My Pillow/Lindell responded with August 31, 2023. During the parties' June 30 conference, My Pillow/Lindell agreed to check with their vendor on the feasibility of producing a meta data privilege log by August 4, as Dominion proposed, but we did not hear back from My Pillow/Lindell. Counsel for Powell/Powell PC stated during the 6/30 conference

that August 4 was not reasonable but has not provided any concrete date by which Powell will produce a privilege log.

Please advise by COB 8/8/23 of your position on the deadline for a privilege log or state whether you will not agree to any deadline.

Thank you,

**Elizabeth Hadaway | Susman Godfrey LLP**
o.  713.653.7856  **|**  c.  512.431.7965
ehadaway@susmangodfrey.com
1000 Louisiana St. | Suite 5100 | Houston, Texas 77002
**HOUSTON  •  LOS ANGELES  •  SEATTLE  •  NEW YORK**

---

This email has been scanned for viruses and malicious content by Kennedys email security service provided by Mimecast. For more information on email security, visit http://www.mimecast.com

---

**General Data Protection Regulations** - From 25 May 2018 to the extent that we are currently in a contract with you or are intending to enter into a contract that involves processing the data of individuals in the EU, we would ask you to note the terms of our GDPR Privacy Policy, also our Client Terms of Business to the extent that we have not already agreed GDPR variations with you and, if you supply any products or services to us, our Supplier Terms of Business each of which will apply to all existing and future dealings between us as appropriate.

Please be aware of the increase in cybercrime and fraud. If you receive an email purporting to be from someone at Kennedys which seeks to direct a payment to bank details which differ from those which we have already given you (in our retainer letter and on our invoices) it is unlikely to be genuine. Please do not reply to the email or act on any information contained in it but contact us immediately.

Kennedys is a trading name of Kennedys CMK LLP, a limited liability partnership with registration number 045017416. Our registered office is at 120 Mountain View Boulevard, Basking Ridge, New Jersey 07920. The information contained in this transmission may be privileged and confidential and is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this transmission in error, please immediately notify the sender and then delete it.

This email has been scanned for viruses and malicious content by Kennedys email security service provided by Mimecast. For more information on email security, visit http://www.mimecast.com/