# Exhibit 5

| | |
|---|---|
| **From:** | Daniel S. Marvin |
| **To:** | Elizabeth Hadaway; Joshua A. Mooney; Marc Casarino; Teresa M. Cinnamond |
| **Cc:** | Katie Sammons; Laranda Walker; Dominion ListserveSusmanGodfrey; Kate Farley |
| **Subject:** | RE: Second Set of RFPs to Powell / Byrne / Giuliani / Lindell / MyPillow [KEN-LEGAL.FID45724351] |
| **Date:** | Monday, October 2, 2023 7:15:44 PM |

EXTERNAL Email

Elizabeth,

As previously noted, the parties met and conferred on issues that included and subsumed the Second RTPs. We intend to file the motion to stay tomorrow. Dominion can address whatever issues it may have in its Response.

Thank you,

Dan


Daniel S. Marvin
Partner
for Kennedys

# Kennedys
T +1 646 625 4030
M +1 917 523 3034
F +1 212 832 4920
www.kennedyslaw.com

**From:** Elizabeth Hadaway <EHadaway@susmangodfrey.com>
**Sent:** Monday, October 2, 2023 7:50 PM
**To:** Elizabeth Hadaway <EHadaway@susmangodfrey.com>; Daniel S. Marvin <Daniel.Marvin@kennedyslaw.com>; Joshua A. Mooney <Joshua.Mooney@kennedyslaw.com>; Marc Casarino <Marc.Casarino@kennedyslaw.com>; Teresa M. Cinnamond <Teresa.Cinnamond@kennedyslaw.com>
**Cc:** Katie Sammons <KSAMMONS@SusmanGodfrey.com>; Laranda Walker <LWalker@susmangodfrey.com>; Dominion ListserveSusmanGodfrey <DOMINION@lists.susmangodfrey.com>; Kate Farley <KFarley@susmangodfrey.com>
**Subject:** RE: Second Set of RFPs to Powell / Byrne / Giuliani / Lindell / MyPillow [KEN-LEGAL.FID45724351]

Hi Daniel,

Following up on my email below as I did not receive a response. Are you available to confer tomorrow afternoon?

Thank you,

**Elizabeth Hadaway | Susman Godfrey LLP**
o.  713.653.7856  **|**  c.  512.431.7965
ehadaway@susmangodfrey.com
1000 Louisiana St. | Suite 5100 | Houston, Texas 77002
**HOUSTON • LOS ANGELES • SEATTLE • NEW YORK**

---

**From:** owner-dominion@lists.susmangodfrey.com <owner-dominion@lists.susmangodfrey.com> **On Behalf Of** Elizabeth Hadaway
**Sent:** Friday, September 29, 2023 6:34 PM
**To:** Daniel S. Marvin <Daniel.Marvin@kennedyslaw.com>; Joshua A. Mooney <Joshua.Mooney@kennedyslaw.com>; Marc Casarino <Marc.Casarino@kennedyslaw.com>; Teresa M. Cinnamond <Teresa.Cinnamond@kennedyslaw.com>
**Cc:** Katie Sammons <KSAMMONS@SusmanGodfrey.com>; Laranda Walker <LWalker@susmangodfrey.com>; Dominion ListserveSusmanGodfrey <DOMINION@lists.susmangodfrey.com>; Kate Farley <KFarley@susmangodfrey.com>
**Subject:** RE: Second Set of RFPs to Powell / Byrne / Giuliani / Lindell / MyPillow [KEN-LEGAL.FID45724351]

EXTERNAL Email

Daniel,

I appreciate your email.  However, we do not consider a future application to seek a stay to absolve Ms. Powell of the present duty to respond to discovery that is past due.

We would like to meet with you to try to resolve Ms. Powell's failure to respond to Dominion's Second Set of Requests for Production, served on August 24, 2023, without the need for the Court's intervention. Please let us know if you are available on **Monday, October 2, at 10am ET** or if not please provide an alternative time.

Thank you,

**Elizabeth Hadaway | Susman Godfrey LLP**
o.  713.653.7856  **|**  c.  512.431.7965
ehadaway@susmangodfrey.com
1000 Louisiana St. | Suite 5100 | Houston, Texas 77002
**HOUSTON • LOS ANGELES • SEATTLE • NEW YORK**

---

**From:** Daniel S. Marvin <Daniel.Marvin@kennedyslaw.com>

**Sent:** Friday, September 29, 2023 3:59 PM
**To:** Elizabeth Hadaway <EHadaway@susmangodfrey.com>; Joshua A. Mooney <Joshua.Mooney@kennedyslaw.com>; Marc Casarino <Marc.Casarino@kennedyslaw.com>; Teresa M. Cinnamond <Teresa.Cinnamond@kennedyslaw.com>
**Cc:** Katie Sammons <KSAMMONS@SusmanGodfrey.com>; Laranda Walker <LWalker@susmangodfrey.com>; Dominion ListserveSusmanGodfrey <DOMINION@lists.susmangodfrey.com>; Kate Farley <KFarley@susmangodfrey.com>
**Subject:** RE: Second Set of RFPs to Powell / Byrne / Giuliani / Lindell / MyPillow [KEN-LEGAL.FID45724351]

EXTERNAL Email
Hi Elizabeth,

Members of our team previously conferred with members of yours concerning a proposed stay of discovery pending resolution of Ms. Powell's criminal matter in Georgia. We were unable to reach an agreement as to the contours, and Ms. Powell will be moving for a stay/protective order that will cover the second RFPs, subject to leave of court. We will alert the court next week in accordance with its Standing Order, and Laranda has provided Dominion's position which we will include, copied below for your reference.


Daniel S. Marvin
Partner
for Kennedys

**Kennedys**
T +1 646 625 4030
M +1 917 523 3034
F +1 212 832 4920
www.kennedyslaw.com

**From:** Laranda Walker <LWalker@susmangodfrey.com>
**Sent:** Friday, September 8, 2023 6:42 PM

"If you are going to move for a stay, please represent that Dominion is willing to consent to a 60-day stay of this case, provided (1) Defendants continue to work to complete their document productions (all documents responsive to Dominion's outstanding discovery requests), produce a complete and compliant privilege log relative to those productions, and continue to meet and confer with Dominion as necessary to resolve any disputes regarding those productions and privilege logs; (2) for any dispute regarding document productions that the parties can't resolve, Defendants agree that Dominion can move to compel production of the disputed documents in one of other DC cases (since the documents are also relevant to those cases); and (3) the stay will be automatically lifted if the current trial date for the Georgia trial is postponed or otherwise taken off the calendar, or after 60 days, whichever comes earlier, regardless of whether the criminal proceedings against Ms. Powell are still ongoing, unless Dominion and Defendants agree to jointly request a continuance of the stay."

Dan

**From:** Elizabeth Hadaway <EHadaway@susmangodfrey.com>
**Sent:** Friday, September 29, 2023 4:40 PM
**To:** Daniel S. Marvin <Daniel.Marvin@kennedyslaw.com>; Joshua A. Mooney <Joshua.Mooney@kennedyslaw.com>; Marc Casarino <Marc.Casarino@kennedyslaw.com>; Teresa M. Cinnamond <Teresa.Cinnamond@kennedyslaw.com>
**Cc:** Katie Sammons <KSAMMONS@SusmanGodfrey.com>; Laranda Walker <LWalker@susmangodfrey.com>; Dominion ListserveSusmanGodfrey <DOMINION@lists.susmangodfrey.com>; Kate Farley <KFarley@susmangodfrey.com>
**Subject:** RE: Second Set of RFPs to Powell / Byrne / Giuliani / Lindell / MyPillow

Powell Team,

Following up on the below matter.  Please advise.

Thank you,

**Elizabeth Hadaway | Susman Godfrey LLP**
o.  713.653.7856  |  c.  512.431.7965
ehadaway@susmangodfrey.com
1000 Louisiana St. | Suite 5100 | Houston, Texas 77002
HOUSTON  •  LOS ANGELES  •  SEATTLE  •  NEW YORK

---

**From:** owner-dominion@lists.susmangodfrey.com <owner-dominion@lists.susmangodfrey.com> **On Behalf Of** Elizabeth Hadaway
**Sent:** Wednesday, September 27, 2023 2:36 PM
**To:** Daniel.Marvin@kennedyslaw.com; Joshua.Mooney@kennedyslaw.com; Marc.Casarino@kennedyslaw.com; Teresa.Cinnamond@kennedyslaw.com
**Cc:** Katie Sammons <KSAMMONS@SusmanGodfrey.com>; Laranda Walker <LWalker@susmangodfrey.com>; Dominion ListserveSusmanGodfrey <DOMINION@lists.susmangodfrey.com>; Kate Farley <KFarley@susmangodfrey.com>
**Subject:** RE: Second Set of RFPs to Powell / Byrne / Giuliani / Lindell / MyPillow

EXTERNAL Email

Powell Team,

We do not show receipt of responses to the below requests for production which are past due.  Please advise.

Thank you,

**Elizabeth Hadaway | Susman Godfrey LLP**
o. 713.653.7856 **|** c. 512.431.7965
ehadaway@susmangodfrey.com
1000 Louisiana St. | Suite 5100 | Houston, Texas 77002
**HOUSTON • LOS ANGELES • SEATTLE • NEW YORK**

---

**From:** Kate Farley <KFarley@susmangodfrey.com>
**Sent:** Thursday, August 24, 2023 5:08 PM
**To:** Daniel.Marvin@kennedyslaw.com; Joshua.Mooney@kennedyslaw.com; Marc.Casarino@kennedyslaw.com; marc@coburngreenbaum.com; dctobin@tobinoconnor.com; sibley@camarasibley.com; Pull@parkerdk.com; Parker@parkerdk.com; acarry@mcglinchey.com; rdriscoll@mcglinchey.com; thorvig@parkerdk.com
**Cc:** Katie Sammons <KSAMMONS@SusmanGodfrey.com>; Laranda Walker <LWalker@susmangodfrey.com>; Elizabeth Hadaway <EHadaway@susmangodfrey.com>; Dominion ListserveSusmanGodfrey <DOMINION@lists.susmangodfrey.com>
**Subject:** Second Set of RFPs to Powell / Byrne / Giuliani / Lindell / MyPillow

Counsel,

Please find attached Dominion's Second Set of Requests for Production to Sidney Powell, Dominion's Second Set of Requests for Production to Michael Lindell, Dominion's Second Set of Requests for Production to Patrick Byrne, Dominion's Second Set of Requests for Production to Rudolph Giuliani, and Dominion's Second Set of Requests for Production to MyPillow.

Thank you,

Kate Farley, Staff Attorney
Susman Godfrey L.L.P.
_____

**Email:** kfarley@susmangodfrey.com
**Direct: (713) 650-4311**
**Cell: (210) 445-2026**

---

This e-mail contains communication that may constitute attorney/client privileged information and/or attorney work product. If you received this message in error, please notify the sender and delete it immediately.

To unsubscribe from the DOMINION list, click here

---

This email has been scanned for viruses and malicious content by Kennedys email security service provided by Mimecast. For more information on email security, visit http://www.mimecast.com

**General Data Protection Regulations** - From 25 May 2018 to the extent that we are currently in a contract with you or are intending to enter into a contract that involves processing the data of individuals in the EU, we would ask you to note the terms of our GDPR Privacy Policy, also our Client Terms of Business to the extent that we have not already agreed GDPR variations with you and, if you supply any products or services to us, our Supplier Terms of Business each of which will apply to all existing and future dealings between us as appropriate.

Please be aware of the increase in cybercrime and fraud. If you receive an email purporting to be from someone at Kennedys which seeks to direct a payment to bank details which differ from those which we have already given you (in our retainer letter and on our invoices) it is unlikely to be genuine. Please do not reply to the email or act on any information contained in it but contact us immediately.

Kennedys is a trading name of Kennedys CMK LLP, a limited liability partnership with registration number 045017416. Our registered office is at 120 Mountain View Boulevard, Basking Ridge, New Jersey 07920. The information contained in this transmission may be privileged and confidential and is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this transmission in error, please immediately notify the sender and then delete it.

This email has been scanned for viruses and malicious content by Kennedys email security service provided by Mimecast. For more information on email security, visit http://www.mimecast.com/

---

This e-mail contains communication that may constitute attorney/client privileged information and/or attorney work product. If you received this message in error, please notify the sender and delete it immediately.

To unsubscribe from the DOMINION list, click here