IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>SIDNEY POWELL, SIDNEY POWELL, P.C., and DEFENDING THE REPUBLIC, INC.,<br><br>*Defendants*. | Case No. 1:21-cv-00040-CJN |

**[PROPOSED] ORDER ON POWELL AND POWELL, P.C.'S
MOTION FOR PARTIAL STAY AND FOR PROTECTIVE ORDER**

Upon consideration of Sidney Powell and Powell, P.C.'s Motion for Partial Stay and for Protective Order, Dominion's response thereto, any argument, and the entire record therein, the Court finds and **ORDERS** as follows:

1. Ms. Powell and Powell, P.C.'s Motion for Partial Stay of Discovery for 60 days is

   **GRANTED IN PART**, subject to the following conditions:

   a. Ms. Powell and Powell, P.C. must complete the document productions identified in Daniel Marvin's August 24, 2023 email, attached as Exhibit 4 to Dominion's Response Brief, within 14 days of this Order;

   b. Ms. Powell and Powell, P.C. must produce privilege logs for all productions, including the production identified in sub-part (a) above, within 28 days of this Order;

   c. Ms. Powell and Powell, P.C. must participate in the parties' Discovery Stipulation and Deposition Stipulation (as ordered to be discussed and briefed

      by the Court at *US Dominion, Inc. et al. v. My Pillow et al.*, 1:21-cv-00445-CJN, 9/21/2023 Minute Entry), and in the resolution of disputes, if any, over Ms. Powell's documents productions, including in meet and confers and motion practice where necessary;

    d. The duration of the partial stay on discovery will be 60 days or until the last day of Ms. Powell's criminal trial in Fulton County, Georgia, whichever is sooner;

    e. The deadline to serve document requests on Ms. Powell and Powell, P.C. is extended to 30 days after the end of the partial stay on discovery; and

2. Ms. Powell and Powell P.C.'s Motion for Protective Order is **DENIED**. It is hereby **ORDERED** that Ms. Powell respond to Dominion's Second Set of Requests for Production, served on August 14, 2023, within 14 days of this Order.

**IT IS SO ORDERED**.

DATE:

                                            CARL J. NICHOLS
                                            United States District Judge