IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>*Plaintiffs,*<br><br>v.<br><br>SIDNEY POWELL, SIDNEY POWELL, P.C., and DEFENDING THE REPUBLIC, INC.,<br><br>*Defendants.* | No. 1:21-cv-00040 (CJN) |

**POWELL DEFENDANTS' MOTION FOR ORDER ADOPTING DISCOVERY PROTOCOL JOINTLY PROPOSED BY ALL DEFENDANTS**

Defendants Sidney Powell and Sidney Powell, PC (collectively, Powell), move the Court to adopt Defendants' proposed Discovery Protocol.

In stark contrast to the Discovery Protocol, Dominion's "Stipulation" strips away bedrock principles and guardrails under Fed. R. Civ Pro. 26 and 34 in favor of data dumps, haystacks, and needles. The results, discussed in the accompanying memorandum of law, have been ***an unmitigated data dump.*** Dominion has produced over 8,400,000 pages of documents. Out of the first 678,195 documents reviewed to date by Powell, ***only 3.5%*** are relevant and responsive under Rule 26(b). Nor does the production comply with Rule 34.

Dominion's demands for "hit" counts and micromanaged custodian interviews similarly should be rejected. The "hit" reports have no basis in the Federal Rules of Civil Procedure. Nor are they informative, as they are an extension of Dominion's misguided view that a "hit" means that a document is relevant and responsive. Provisions for custodian reports are unneeded. The Federal Rules of Civil Procedure and caselaw establish requirements. Dominion need not

micromanage the law. Dominion's position is further jarring when it insists (absurdly) that non-parties whom Powell has no control over be labeled as Powell custodians.

The Federal Rules of Civil Procedure should govern discovery. The parties should be bound by the same requirements that have governed litigants for the last 50-plus years. Powell joins the motion filed by OAN Defendants, and respectfully requests the Court to adopt Defendants' proposed Discovery Protocol.

Dated: October 20, 2023

**KENNEDYS CMK LLP**

By: */s Joshua A. Mooney*

Joshua A. Mooney DC Bar No. 471866
1600 Market Street, Suite 1410
Philadelphia, PA 19103
Tel: 267-479-6700
Joshua.Mooney@kennedyslaw.com

Marc Casarino, pro hac vice
919 N. Market Street, Suite 1550
Wilmington, DE 19801
Tel: 302-308-6647
Email: marc.casarino@kennedyslaw.com

Michael J. Tricarico, pro hac vice
570 Lexington Avenue, 8th Floor
New York, New York 10022
Tel: (646) 625-3952
Email: Michael.tricarico@kennedyslaw.com

*Attorneys for Defendant Sidney Powell and Sidney Powell, PC*