IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>*Plaintiffs,*<br><br>v.<br><br>SIDNEY POWELL, SIDNEY POWELL, P.C., and DEFENDING THE REPUBLIC, INC.,<br><br>*Defendants.* | No. 1:21-cv-00040 (CJN) |

## [PROPOSED] ORDER

On considering the Defendant Sidney Powell and Sidney Powell, P.C.'s Motion for Order Adopting Discovery Protocol Jointly Proposed By All Defendants, Defendants' similar motions, and considering any opposition thereto, the Court finds that the motion is well taken, and it is hereby

**ORDERED** that the motion is GRANTED; and it is

**FURTHER ORDERED** that the Discovery Protocol is hereby entered, effective this ___ day of November, 2023;

**SO ORDERED**.

Dated: _____, 2023

_____
**UNITED STATES DISTRICT JUDGE**