## CERTIFICATION OF SERVICE

I hereby certify on October 20, 2023, I caused to have electronically filed the foregoing Motion for Order Adopting Discovery Protocol Jointly Proposed By All Defendants, with an accompanying memorandum of law (with exhibits) and proposed order, with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel of record for the parties.

/s/ Joshua A. Mooney
Joshua A. Mooney