**EXHIBIT C**

**From:** Elizabeth Hadaway <EHadaway@susmangodfrey.com>
**Sent:** Tuesday, July 25, 2023 11:11 AM
**To:** Daniel S. Marvin <Daniel.Marvin@kennedyslaw.com>
**Cc:** Joe Pull <Pull@parkerdk.com>; Jill Thorvig <thorvig@parkerdk.com>; Andrew Parker <parker@parkerdk.com>; Marc Casarino <Marc.Casarino@kennedyslaw.com>; Joshua A. Mooney <Joshua.Mooney@kennedyslaw.com>; Joseph D. Sibley <sibley@camarasibley.com>; Marc Eisenstein <marc@coburngreenbaum.com>; David C. Tobin <dctobin@tobinoconnor.com>; Carry, Alfred <acarry@mcglinchey.com>; Driscoll, Robert <rdriscoll@mcglinchey.com>; Dominion ListserveSusmanGodfrey <DOMINION@lists.susmangodfrey.com>
**Subject:** RE: Dominion - DC Cases Vol. 009

Hi Daniel,

Thanks for your email. All the documents Dominion has produced in Vols. 001-009 are responsive to Powell's Requests for Production.

Thank you,

**Elizabeth Hadaway | Susman Godfrey LLP**
o. 713.653.7856 | c. 512.431.7965
ehadaway@susmangodfrey.com
1000 Louisiana St. | Suite 5100 | Houston, Texas 77002
**HOUSTON · LOS ANGELES · SEATTLE · NEW YORK**

**From:** Daniel S. Marvin <Daniel.Marvin@kennedyslaw.com>
**Sent:** Monday, July 24, 2023 9:42 AM
**To:** Elizabeth Hadaway <EHadaway@susmangodfrey.com>
**Cc:** Joe Pull <Pull@parkerdk.com>; Jill Thorvig <thorvig@parkerdk.com>; Andrew Parker <parker@parkerdk.com>; Marc Casarino <Marc.Casarino@kennedyslaw.com>; Joshua A. Mooney <Joshua.Mooney@kennedyslaw.com>; Joseph D. Sibley <sibley@camarasibley.com>; Marc Eisenstein <marc@coburngreenbaum.com>; David C. Tobin <dctobin@tobinoconnor.com>; Carry, Alfred <acarry@mcglinchey.com>; Driscoll, Robert <rdriscoll@mcglinchey.com>; Dominion ListserveSusmanGodfrey <DOMINION@lists.susmangodfrey.com>
**Subject:** Re: Dominion - DC Cases Vol. 009

EXTERNAL Email

Elizabeth,

Can you please advise us which documents in Dominion's production (001-009) are responsive to the Powell Defendants' Requests to Produce. Thank you.

Dan


Daniel S. Marvin
Partner
for Kennedys
**Kennedys**

T +1 646 625 4030
M +1 917 523 3034
F +1 212 832 4920
www.kennedyslaw.com