**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

US DOMINION, INC., et al.,

       *Plaintiffs/Counter-Defendants*,

   v.

SIDNEY POWELL, et al.,

       *Defendants/Counter-Plaintiffs*.

Civil Action No. 1:21-cv-00040 (CJN)

---

US DOMINION, INC., et al.,

       *Plaintiffs*,

   v.

RUDOLPH W. GIULIANI,

       *Defendant*.

Civil Action No. 1:21-cv-00213 (CJN)

---

US DOMINION, INC., et al.,

       *Plaintiffs/Counter-Defendants*,

   v.

MY PILLOW, INC., et al.,

       *Defendants/ Counter- and Third-
       Party Plaintiffs*,

   v.

SMARTMATIC USA CORP., et al.,

       *Third-Party Defendants*.

Civil Action No. 1:21-cv-00445 (CJN)

US DOMINION, INC., et al.,
      *Plaintiffs*,

    v.

PATRICK BYRNE,

      *Defendant*.

Civil Action No. 1:21-cv-02131 (CJN)

---

US DOMINION, INC., *et al.,*
      *Plaintiffs/Counter-Defendants*,

    v.

HERRING NETWORKS, INC. *et al.,*
      *Defendants/ Counter- and*
      *Third-Party Plaintiffs*,
    v.

AT&T SERVICES, *et al.,*
      *Third-Party Defendants.*

Civil Action No. 1:21-cv-02130 (CJN)

## DOMINION'S MOTION FOR ENTRY OF DISCOVERY STIPULATION

Pursuant to Federal Rules of Civil Procedure 26, 29, and 37 and this Court's September 21, 2023, Order, Plaintiffs U.S. Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation (herein "Dominion" or "Plaintiff") respectfully move for entry of Dominion's proposed Order Regarding Discovery Matters.

On September 21, 2023, the Court held a telephonic hearing to discuss various discovery disputes and, at the conclusion, directed the parties to meet and confer to propose a discovery stipulation for the handling of electronic and other discovery matters and to submit an agreed order for the Court's approval or to submit any remaining disputes to the Court for resolution. Following

multiple conferences, the parties have not reached agreement on all provisions of the discovery stipulation.

Dominion therefore files this motion, respectfully asking the Court to enter Dominion's proposed Order Regarding Discovery Matters.  As set forth below, and explained in more detail in Dominion's accompanying Memorandum of Law, the Court should accept Dominion's proposal on (1) the non-disputed and nearly agreed provisions of the stipulation (about which the parties entirely or largely agree) and (2) the disputed provisions, including these five main areas of disagreement:

1. Custodian Interviews

2. Relevance and Responsiveness Review and Organization of Documents

3. Search Term "Hit" Reports

4. Date Ranges for Searches

5. Text Message Production

The parties have long debated the scope of their respective document searching and production obligations.  By this motion, and under the Court's guidance, Dominion seeks to bring a measure of finality to those discussions and to push the cases forward toward the next phase, fact witness depositions.  The entry of Dominion's proposed discovery order will afford relevant and proportional discovery, while promoting efficient management as well as just and speedy administration across the consolidated and voluntarily coordinated docket.  *See* Fed. R. Civ. P. 1, 26, 29, 37.

Dated:  October 20, 2023                                  Respectfully submitted,

                                                                         /s/ Laranda Walker
                                                                         Laranda Walker (D.C. Bar No. TX0028)

Mary K. Sammons (D.C. Bar No. TX0030)
Jonathan Ross (D.C. Bar No. TX0027)
Elizabeth Hadaway (*Admitted pro hac vice*
**SUSMAN GODFREY L.L.P.**
1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-6666
lwalker@susmangodfrey.com
ksammons@susmangodfrey.com
jross@susmangodfrey.com
ehadaway@susmangodfrey.com

Stephen Shackelford, Jr.
(D.C. Bar No. NY0443)
Eve Levin (D.C. Bar No. 1672808)
Mark Hatch-Miller (*Admitted pro hac vice*)
Christina Dieckmann (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas, 32nd Fl. New
York, NY 10019
Tel: (212) 336-8330
sshackelford@susmangodfrey.com
elevin@susmangodfrey.com
mhatch-miller@susmangodfrey.com
cdieckmann@susmangodfrey.com

Davida Brook (D.C. Bar No. CA00117)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
dbrook@susmangodfrey.com

Edgar Sargent (*Admitted pro hac vice*)
Katherine Peaslee (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 516-3880
esargent@susmangodfrey.com
kpeaslee@susmangodfrey.com

Thomas A. Clare, P.C.
(D.C. Bar No. 461964)
**CLARE LOCKE LLP**

4

10 Prince Street
Alexandria, VA 22314
Tel: (202) 628-7400
tom@clarelocke.com

*Attorneys for Plaintiffs/Counter-Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of October 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

*/s/ Elizabeth Hadaway*
Elizabeth Hadaway