# Exhibit 1-4

**Custodian Interview Topics**

For purposes of the custodian interviews, the topics set forth below are intended as guides, but they do not expand or limit the parties' pleadings or respective requests for production.

Topics for Defendants to Cover During Custodian Interviews:

(i) Dominion

(ii) The truth or falsity of any alleged defamatory statement for which that Defendant has been sued including whether:

    (a) Dominion committed election fraud by rigging the 2020 Presidential Election,

    (b) Dominion's machines, software, or algorithms manipulated vote counts in the 2020 Presidential Election,

    (c) Dominion is owned by or related to a company founded in Venezuela to rig elections for the dictator Hugo Chavez, or

    (d) Dominion paid kickbacks to government officials who used its machines in the 2020 Presidential Election

(iii) Any actual or potential election fraud as it concerns the 2020 Presidential Election, whether before or after the Election, and the credibility, or lack thereof, of these concerns (including financial records related to, payments made to or received from, or efforts to profit from any such claims about the 2020 Presidential Election)

(iv) Donald Trump or any source a Defendant maintains it relied on in making the complained-of statements

(v) The 2020 Presidential Election

(vi) The responding Defendant's discussions with or appearances on Fox, Newsmax, OAN, or any other media entity or at any march or rally or speech to discuss matters related to the 2020 Presidential Election

(vii) Any communications with Donald Trump, the Trump White House, the Trump Campaign, any auditing or cybersecurity company (e.g., Cyber Ninjas), or any federal or state elected officials about the 2020 Presidential Election.

Topics for Dominion to Cover During Custodian Interviews:

(i) Voting fraud allegations by Fox, Newsmax, OAN, Rudy Giuliani, Sidney Powell, Patrick Byrne, or Mike Lindell

(ii) Actual voting errors or irregularities relating to the 2020 Presidential Election or Dominion voting systems used in the 2020 Presidential Election

(iii) Actual errors or problems related to Dominion software or Dominion voting systems used in the 2020 Presidential Election

(iv) Venezuela as it relates to Dominion or allegations of voting fraud in the 2020 Presidential Election

(v) Financial or company records related to forecasts or projections

(vi) Alex Halderman

(vii) Eric Coomer

(viii) Public statements concerning the propriety of the 2020 Presidential election

(ix) Alleged bribes or kickbacks by Dominion to any government official in connection with the 2020 Presidential Election

(x) Actual or potential business lost or won by Dominion