# Exhibit 1-5

**Custodian Interview Applications or "Apps"**

1. WhatsApp
2. Facebook
3. Instagram
4. Snapchat
5. Twitter
6. LinkedIn
7. Telegram
8. Signal
9. Confide
10. Slack
11. Teams
12. Yammer
13. Jabber
14. Google Chat
15. Any other electronic communication application regularly used by the custodian to communicate during the relevant time period.