Exhibit 1-6

| Search Terms Order | Dominion's Proposed Search Terms for **MyPillow/Lindell Defendants** |
|---|---|
| 1 | Dominion* |
| 2 | Poulos* |
| 3 | Coomer* |
| 4 | Krebs* |
| 5 | CISA* |
| 6 | Cybersecurity W/5 Infrastructure |
| 7 | "Election Assistance Commission" |
| 8 | (EAC OR EAC's) AND (accredit* OR test* OR certif* OR audit* OR guideline* OR HAVA OR secur*) |
| 9 | Venezuela* |
| 10 | Chavez |
| 11 | (Vot* OR count* OR server*) AND (Germany OR Frankfurt OR Spain OR Barcelona OR China OR overseas OR foreign) |
| 12 | Hammer W/3 Scorecard |
| 13 | Sequoia* |
| 14 | Smartmatic* |
| ~~15~~ | ~~Indra*~~ |
| 16 | red W/3 mirage |
| 17 | "early lead" |
| 18 | Mail* W/5 (vot* OR ballot) |
| 19 | Ivanka or Eric or Melania or Donald or Junior or "Jason Miller" |
| 20 | Vot* W/5 late* |
| 21 | Trump* |
| 22 | Blue W/3 shift* |
| 23 | (vot* OR count* OR polls*) AND (Georgia OR Michigan OR Pennsylvania OR Wisconsin OR Arizona OR Maricopa OR Pittsburgh OR Philadelphia OR Allegheny) |
| 24 | Antrim |
| 25 | Sharpie |
| 26 | "Staple Street Capital" OR "Staple Street" |
| 27 | "Rumor Control" |
| 28 | Byrne |
| 29 | "Sidney Powell*" OR "Sydney Powell*" |
| 30 | "Defending the Republic" OR DTR |
| 31 | Christianne |
| 32 | Giuliani* OR Rudy* |
| 33 | Ramsland* |
| 34 | Lin W/5 Wood* |
| 35 | Oltmann* |
| 36 | Butina* |

| 37 | "absolute proof" |
|---|---|
| 38 | "absolute interference" |
| 39 | "absolutely 9-0" |
| 40 | Marlene Bourne* OR "marlenebourne@icloud.com" |
| 41 | (Elect* OR vot* OR ballot* OR software* OR machine* OR server* OR glitch* OR evidence* OR algorithm* OR tabulat* OR code* OR backdoor* OR "source code*" OR conspir* OR fraud OR count) W/25 (fraud* OR rig* OR fix* OR fake* OR corrupt* OR integrity OR steal* OR stol* OR hijack* OR delete* OR shift* OR crash* OR compromis* OR defam* OR libel* OR slander* OR chang* OR secur* OR problem* OR anomal* OR alter* OR accura* OR reliab* OR malfunction* OR audit* OR conspir*) |
| 42 | (elect* OR fraud* OR vot* OR conspir*) AND ("fact check*" OR "fact-check" OR false OR wrong OR lie* OR lying OR untrue OR true OR debunk* OR truth* OR ridiculous* OR craz* OR laugh* OR unhinged OR evidence* OR affidavit* OR whistleblower* OR software* OR glitch* OR hack* OR manipulat* OR corrupt* OR server* OR machine* OR algorithm* OR flip* OR cyber* OR secure* OR accura* OR "source code*" OR insan* OR hoax* OR Murdoch* OR KRM* OR Rupert* OR Lachlan* OR "Wall Street Journal*" OR WSJ* OR "New York Post*" OR "News Corp*" OR "Dow Jones*" OR "Truth Social") |
| 43 | Vot* W/10 (dump* OR shav* OR inject*) |
| 44 | (POTUS* OR DJT* OR "WH*" OR campaign* OR president* OR MAGA) AND (fraud* OR rig* OR fix* OR machine* OR conspir* OR flip* OR server* OR hack* OR lawsuit* OR legal* OR craz* OR ridiculous* OR unhinged OR overthrow* OR glitch* OR defam* OR libel* OR software* OR hardware* OR audit* OR coup OR case* OR suit* OR corrupt* OR manipulat* OR algorithm* OR tabulat* OR code* OR shav* OR cyber* OR delete* OR hoax* OR insan* OR lie* OR lying OR true OR truth) |
| 45 | (Georgia OR Kemp OR Raffensperger OR Raffenspurger OR Sterling OR "Secretar* of State" OR SoS OR elect* OR vot* OR official* OR governor*) AND (bribe* OR kickback* OR RFP OR money OR rush* OR fraud*) |
| 46 | Hovland |
| 47 | "Wayne Williams*" |
| 48 | ~~Rosenzweig*~~ |
| 49 | ~~"Andrew McCarthy*"~~ |
| 50 | Kraken |
| 51 | Call* W/5 (elect* OR biden*) |
| 52 | Stop* W/3 (steal* OR stole* OR vot*) |
| 53 | (DOJ OR Barr OR "Attorney General" OR "Homeland Security" OR DHS) AND (fraud* OR vot* OR elect* OR glitch* OR flip* OR machine* OR software* OR corrupt* OR tabulat* OR alter* OR accura* OR audit*) |

| 54 | (Bill OR William) W/3 Barr |
|---|---|
| 55 | NASED |
| 56 | "big lie" |
| 57 | "cyber Pearl Harbor" |
| 58 | "setting the record straight" OR STRS |
| ~~59~~ | ~~Kelly* AND MacCallum*~~ |
| 60 | "Allied Security" OR ASOG |
| 61 | "Democracy Suite" |
| 62 | McBroom* |
| 63 | (POTUS* OR DJT* OR "WH" OR campaign* OR president* OR MAGA OR Fox OR "OAN*" OR "One America*" OR Newsmax*) AND (rating* OR revenue* OR advert* OR traffic* OR stock* OR viewer* OR reaction* OR fallout OR freefall* OR compet* OR improv* OR Nielson OR engage OR trend OR angry OR anger OR backlash OR loyal*<br>OR betray* OR abandon*) |
| 64 | (@realdonaldtrump OR @donaldtrump) AND (vot* OR elect* OR ratin* OR stock* OR revenue* OR advert* OR traffic* OR viewer* OR support OR reaction* OR fallout OR angry OR anger OR backlash OR loyal* OR competit* OR betray* OR abandon) |
| 65 | (elect* OR fraud* OR retract* OR Biden* OR president* OR "mail-in" OR vot* OR rating* OR compet* OR fall* OR airtime OR fraud* OR conspir*) AND (Fox* OR "OAN*" OR "One America*" OR Newsmax OR Hannity* OR Bartiromo* OR Pirro* OR Tucker* OR Carlson* OR Dobbs* OR Murdoch* OR "Dick Morris*" OR Toensing* OR DiGenova* OR Robinson* OR Rechenberg* OR Childers* OR Spicer* OR Gorka* OR Hamill* OR Hussion* OR Myers* OR Bobb* OR Sellers* OR Schmitt* OR Bannon* OR Rion* OR Ball* OR "Weekly Briefing" OR "Absolute Proof" OR "Absolute Interference" OR "Scientific Proof" OR Epshteyn* OR Kerik* OR Eastman* OR Paxton* OR rally* OR rallies*) |
| 66 | @waketsi.com |
| 67 | @alliedspecialops.us |
| 68 | @cyberninjas.com |
| 69 | @federalappeals.com |
| 70 | @giulianisecurity.com |
| 71 | @giulianipartners.com |
| 72 | @gdcillc.com |
| 73 | @foxnews.com OR @foxbusiness.com |
| 74 | @oann.com |
| 75 | @newsmax.com |
| 76 | @usdoj.gov |
| 77 | @fbi.gov |
| 78 | "Jocelyn Benson" |
| ~~79~~ | ~~"Jake Rollow"~~ |

| 80 | "Pro V&V" |
|---|---|
| 81 | "SLI Compliance" |
| 82 | Halderman |
| 83 | "Cyber Ninjas" |
| 84 | "Doug Logan" |
| 85 | "Wake Technology Services" |
| 86 | "Conan Hayes" |
| 87 | "Jim Marchant" |
| 88 | "Todd Sanders" |
| 89 | "Joshua Merritt" OR "Josh Merritt" |
| 90 | "Cyber Symposium" |
| 91 | (county OR board) W/5 (Supervisors OR Commissioners OR Freeholders) |
| 92 | "paper ballot" |
| 93 | "hand count" |
| 94 | "FightforTrump" |
| 95 | "AuditheVote" |
| 96 | "MarchfORTrump" OR "March fOR Trump" |
| 97 | Spyder |
| 98 | "Conservative Business Journal" |
| 99 | "Women for America First" |
| 100 | Jericho |
| 101 | "Right Side Broadcasting Network" OR RSBN |
| 102 | "Eric Metaxas" |
| 103 | "Ali Alexander" |
| 104 | "Leon Benjamin" |
| 105 | "Epoch Times" |
| 106 | "Save the Republic" |
| 107 | "Joe Pagliarulo" OR "Joe Pags" OR JoePags |
| 108 | "promo code" AND (vot* OR evid* OR lie* OR Trump OR machin*) |
| 109 | "Mary Fanning" |
| 110 | "Alan Jones" |
| 111 | "The American Report" |
| 112 | FlashPoint |
| 113 | "Victory Channel" |
| 114 | Bannon* |
| 115 | ban W/5 twitter |
| 116 | "WVW Broadcast Network" |
| 117 | "Pete Sessions" |
| 118 | Dallas W/15 election* |
| 119 | "Shiva Ayyadurai" |
| 120 | "Melissa Carone" |
| 121 | "Tucker Carlson Tonight" OR TCT |
| 122 | "Prove Mike Wrong" |

| | |
|---|---|
| 123 | "Robert Zeidman" |
| 124 | Frank W/ 5 (social OR media OR speech) |
| 125 | "scientific proof" |
| 126 | rhelen0528@gmail.com |
| 127 | rudolphgiuliani@icloud.com |
| 128 | Powell |
| 129 | Sydney OR Sidney |
| 130 | lwood@fightback.law |
| 131 | voting W/15 machine* |
| 132 | blockchain* |
| 133 | "ES&S" OR Hart |
| 134 | "Dennis Montgomery" |
| 135 | "Tina Peters" |
| 136 | "Douglas Frank" OR "Dr. Frank" |
| 137 | "Kyle Ardoin" |
| 138 | "Shasta County" |
| 139 | **All communications to/from domains with .gov** |

As stated in Ms. Walker's June 2, 2023 email, with respect to the search terms, we ask each defendant to confirm that its vendor can run the syntax and adjust as needed to ensure successful searching.

| Search Terms Order | Dominion's Proposed **Search Terms** for Powell Defendants |
|---|---|
| 1 | Dominion* |
| 2 | Poulos* |
| 3 | Coomer* |
| 4 | Krebs* |
| 5 | CISA* |
| 6 | Cybersecurity W/5 Infrastructure |
| 7 | "Election Assistance Commission" |
| 8 | (EAC OR EAC's) AND (accredit* OR test* OR certif* OR audit* OR guideline* OR HAVA OR secur*) |
| 9 | Venezuela* |
| 10 | Chavez |
| 11 | (Vot* OR count* OR server*) AND (Germany OR Frankfurt OR Spain OR Barcelona OR China OR overseas OR foreign) |
| 12 | Hammer W/3 Scorecard |
| 13 | Sequoia* |
| 14 | Smartmatic* |
| 15 | Indra* |
| 16 | red W/3 mirage |
| 17 | "early lead" |
| 18 | Mail* W/5 (vot* OR ballot) |
| 19 | Ivanka or Eric or Melania or Donald or Junior or "Jason Miller" |
| 20 | Vot* W/5 late* |
| 21 | Trump* |
| 22 | Blue W/3 shift* |
| 23 | (vot* OR count* OR polls*) AND (Georgia OR Michigan OR Pennsylvania OR Wisconsin OR Arizona OR Maricopa OR Pittsburgh OR Philadelphia OR Allegheny) |
| 24 | Antrim |
| 25 | Sharpie |
| 26 | "Staple Street Capital" OR "Staple Street" |
| 27 | "Rumor Control" |
| 28 | Byrne |
| 29 | "Maras-Lindeman" |
| 30 | "Defending the Republic" OR DTR |
| 31 | Christianne |
| 32 | Giuliani* OR Rudy* |
| 33 | Lindell* |
| 34 | MyPillow* OR "My Pillow*" |
| 35 | Ramsland* |
| 36 | Lin W/5 Wood* |
| 37 | Oltmann* |

| 38 | Butina* |
|---|---|
| 39 | "absolute proof" |
| 40 | "absolute interference" |
| 41 | "absolutely 9-0" |
| 42 | "Marlene Bourne*" OR "marlenebourne@icloud.com" |
| 43a | (Elect* OR vot* OR ballot* OR software* OR machine* OR server* OR glitch* OR evidence* OR algorithm* OR tabulat* OR code* OR backdoor* OR "source code*" OR conspir* OR fraud OR count) W/25 (fraud* OR rig* OR fix* OR fake* OR corrupt* OR integrity OR steal* OR stol* OR hijack* OR delete* OR shift* OR crash* OR compromis*) |
| 43b | (Elect* OR vot* OR ballot* OR software* OR machine* OR server* OR glitch* OR evidence* OR algorithm* OR tabulat* OR code* OR backdoor* OR "source code*" OR conspir* OR fraud OR count) W/25 (defam* OR libel* OR slander* OR chang* OR secur* OR problem* OR anomal* OR alter* OR accura* OR reliab* OR malfunction* OR audit* OR conspir*) |
| 44a | (elect* OR fraud* OR vot* OR conspir*) AND ("fact check*" OR "fact-check" OR false OR wrong OR lie* OR lying OR untrue OR true OR debunk* OR truth* OR ridiculous* OR craz* OR laugh* OR unhinged OR evidence* OR affidavit* OR whistleblower* OR software* OR glitch* OR hack* OR manipulat* OR corrupt* OR server* OR machine* OR algorithm*) |
| 44b | (elect* OR fraud* OR vot* OR conspir*) AND (flip* OR cyber* OR secure* OR accura* OR "source code*" OR Murdoch* OR KRM* OR Rupert* OR Lachlan* OR "Wall Street Journal*" OR WSJ* OR "New York Post*" OR "News Corp*" OR "Dow Jones*" OR hoax* OR insan* OR "Truth Social") |
| 45 | Vot* W/10 (dump* OR shav* OR inject*) |
| 46a | (POTUS* OR DJT* OR WH* OR campaign* OR president* OR MAGA) AND (fraud* OR rig* OR fix* OR machine* OR conspir* OR flip* OR server* OR hack* OR lawsuit* OR legal* OR craz* OR ridiculous* OR unhinged OR overthrow* OR glitch*) |
| 46b | (POTUS* OR DJT* OR WH* OR campaign* OR president* OR MAGA) AND (defam* OR libel* OR software* OR hardware* OR audit* OR coup OR case* OR suit* OR corrupt* OR manipulat* OR algorithm* OR tabulat* OR code* OR shav* OR cyber* OR delete* OR hoax* OR insan* OR lie* OR lying OR true OR truth) |
| 47 | (Georgia OR Kemp OR Raffensperger OR Raffenspurger OR Sterling OR "Secretar* of State" OR "SoS" OR elect* OR vot* OR official* OR governor*) AND (bribe* OR kickback* OR RFP OR money OR rush* OR fraud*) |
| 48 | Hovland |
| 49 | "Andrew McCarthy*" |
| 50 | Kraken |
| 51 | Call* W/5 (elect* OR biden*) |
| 52 | Stop* W/3 (steal* OR stole* OR vot*) |
| 53 | (DOJ OR Barr OR "Attorney General" OR "Homeland Security" OR DHS) AND (fraud* OR vot* OR elect* OR glitch* OR flip* OR machine* OR software* OR corrupt* OR tabulat* OR alter* OR accura* OR audit*) |
| 54 | (Bill OR William) W/3 Barr |
| 55 | NASED |
| 56 | "big lie" |
| 57 | "cyber Pearl Harbor" |

| 58 | "setting the record straight" OR STRS |
|---|---|
| 59 | "Mike Fredericks" |
| 60 | "Allied Security" OR ASOG |
| 61 | "Democracy Suite" |
| 62 | McBroom* |
| 63a | (POTUS* OR DJT* OR "WH" OR campaign* OR president* OR MAGA OR Fox OR OAN* OR One America* OR Newsmax*) AND (rating* OR revenue* OR advert* OR traffic* OR stock* OR viewer* OR reaction* OR fallout OR freefall* OR compet* OR improv* OR Nielsen) |
| 63b | (POTUS* OR DJT* OR "WH" OR campaign* OR president* OR MAGA OR Fox OR OAN* OR One America* OR Newsmax*) AND (engage OR trend OR angry OR anger OR backlash OR loyal* OR betray* OR abandon*) |
| 64 | (@realdonaldtrump OR @donaldtrump) AND (vot* OR elect* OR ratin* OR stock* OR revenue* OR advert* OR traffic* OR viewer* OR support OR reaction* OR fallout OR angry OR anger OR backlash OR loyal* OR competit* OR betray* OR abandon) |
| 65a | (elect* OR fraud* OR retract* OR Biden* OR president* OR "mail-in" OR vot* OR rating* OR compet* OR fall* OR airtime OR fraud* OR conspir*) AND (Fox* OR "OAN*" OR "One America*" OR Newsmax OR Hannity* OR Bartiromo* OR Pirro* OR Tucker* OR Carlson* OR Dobbs* OR Murdoch* OR "Dick Morris*" OR Toensing* OR DiGenova* OR Robinson* OR Rechenberg* OR Childers* OR Spicer* OR Gorka* OR Hamill*) |
| 65b | (elect* OR fraud* OR retract* OR Biden* OR president* OR "mail-in" OR vot* OR rating* OR compet* OR fall* OR airtime OR fraud* OR conspir*) AND (Hussion* OR Myers* OR Bobb* OR Sellers* OR Schmitt* OR Lindell* OR Bannon* OR Rion* OR Ball* OR "Weekly Briefing" OR "Absolute Proof" OR "Absolute Interference" OR "Scientific Proof" OR Epshteyn* OR Kerik* OR Eastman* OR Paxton* OR rally* OR rallies*) |
| 66 | @waketsi.com |
| 67 | @alliedspecialops.us |
| 68 | @cyberninjas.com |
| 69 | @giulianisecurity.com |
| 70 | @giulianipartners.com |
| 71 | @gdcillc.com |
| 72 | @foxnews.com OR @foxbusiness.com |
| 73 | @oann.com |
| 74 | @newsmax.com |
| 75 | @usdoj.gov |
| 76 | @fbi.gov |
| 77 | "Jocelyn Benson" |
| 78 | "Jake Rollow" |
| 79 | "Pro V&V" |
| 80 | "SLI Compliance" |
| 81 | Huckabee |
| 82 | Halderman |
| 83 | "Cyber Ninjas" |

| 84 | "Doug Logan" |
|---|---|
| 85 | "Wake Technology Services" |
| 86 | "Ana Mercedes" OR "Diaz Cardozo" |
| 87 | Waldron |
| 88 | "Todd Sanders" |
| 89 | "Joshua Merritt" OR "Josh Merritt" |
| 90 | "Cyber Symposium" |
| 91 | "FightfORTrump" |
| 92 | "AudittheVote" |
| 93 | "MarchforTrump" OR "March for Trump" |
| 94 | Spyder |
| 95 | "Conservative Business Journal" |
| 96 | "Women for America First" |
| 97 | "Jeff Carlson" |
| 98 | "Right Side Broadcasting Network" OR RSBN |
| 99 | "Leon Benjamin" |
| 100 | "Epoch Times" |
| 101 | "Save the Republic" |
| 102 | "Katherine Friess" |
| 103 | "Brannon Castleberry" |
| 104 | "Alan Jones" |
| 105 | "The American Report" |
| 106 | FlashPoint |
| 107 | "Victory Channel" |
| 108 | Bannon |
| 109 | ban W/5 twitter |
| 110 | "Matt Braynard" |
| 111 | "Pete Sessions" |
| 112 | Dallas W/15 election* |
| 113 | "Shiva Ayyadurai" |
| 114 | "Melissa Carone" |
| 115 | "Tucker Carlson Tonight" OR TCT |
| 116 | mariabartiromotv@gmail.com |
| 117 | markrlevin@aol.com OR "Mark Levin" |
| 118 | "scientific proof" |
| 119 | "Matt Morgan" |
| 120 | "Justin Clark" |
| 121 | "William Briggs" |
| 122 | Leamsy OR Villafaña OR Salazar |
| 123 | "Keshavarz-Nia" |
| 124 | Kraken-Wood.com |
| ~~125~~ | ~~sidneypowell.com~~ |
| 126 | "Rush Limbaugh" |

| 127 | FlashPoint |
|-----|-----------|
| 128 | "Global Prayer for Election Integrity" |
| 129 | Catsimatidis |
| 130 | helpsidneypowell.com |
| 131 | Dobbs |
| 132 | "America This Week" |
| 133 | KPTM |
| 134 | "Eric Bolling" |
| 135 | "Mark Steyn" |
| 136 | "Greg Kelly" |
| 137 | "RNC Headquarters" |
| 138 | "Washington Examiner" |
| 139 | "Rob Schmitt" OR "Robert Schmitt" |
| 140 | Halperin |
| 141 | "Mark Basile" |
| 142 | Hannity |
| 143 | "Zenger News" |
| 144 | "Robert M. Weaver" |
| 145 | rhelen0528@gmail.com |
| 146 | rudolphgiuliani@icloud.com |
| 147 | lwood@fightback.law |
| 148 | voting W/15 machine* |
| 149 | blockchain* |
| 150 | "ES&S" OR Hart |
| 151 | "Douglas Frank" OR "Dr. Frank" |
| 152 | **All communications to/from domains with .gov** |

As stated in Ms. Walker's June 2, 2023 email, with respect to the search terms, we ask each defendant to confirm that its vendor can run the syntax and adjust as needed to ensure successful searching.

| Search Terms Order | Dominion's Proposed **Search Terms** for Giuliani Defendants |
|---|---|
| 1 | Dominion* |
| 2 | Poulos* |
| 3 | Coomer* |
| 4 | Krebs* |
| 5 | CISA* |
| 6 | Cybersecurity W/5 Infrastructure |
| 7 | "Election Assistance Commission" |
| 8 | (EAC or EAC's) AND (accredit* OR test* OR certif* OR audit* OR guideline* OR HAVA OR secur*) |
| 9 | Venezuela* |
| 10 | Chavez |
| 11 | (Vot* OR count* OR server*) AND (Germany OR Frankfurt OR Spain OR Barcelona OR China OR overseas OR foreign) |
| 12 | Hammer W/3 Scorecard |
| 13 | Sequoia* |
| 14 | Smartmatic* |
| 15 | Indra* |
| 16 | red W/3 mirage |
| 17 | "early lead" |
| 18 | Mail* W/5 (vot* OR ballot) |
| 19 | Ivanka or Eric or Melania or Donald or Junior or "Jason Miller" |
| 20 | Vot* W/5 late* |
| 21 | Trump* |
| 22 | Blue W/3 shift* |
| 23 | (vot* OR count* OR polls*) AND (Georgia OR Michigan OR Pennsylvania OR Wisconsin OR Arizona OR Maricopa OR Pittsburgh OR Philadelphia OR Allegheny) |
| 24 | Antrim |
| 25 | Sharpie |
| 26 | "Staple Street Capital" OR "Staple Street" |
| 27 | "Rumor Control" |
| 28 | Byrne |
| 29 | "Maras-Lindeman" |
| 30 | "Defending the Republic" OR DTR |
| 31 | Christianne |
| 32 | cyberthieves |
| 33 | Lindell* |
| 34 | MyPillow* OR "My Pillow*" |
| 35 | Ramsland* |
| 36 | Lin W/5 Wood* |

| 37 | Oltmann* |
|----|----------|
| 38 | Butina* |
| 39 | "absolute proof" |
| 40 | "absolute interference" |
| 41 | "absolutely 9-0" |
| 42 | "Marlene Bourne*" OR "marlenebourne@icloud.com" |
| 43a | (Elect* OR vot* OR ballot* OR software* OR machine* OR server* OR glitch* OR evidence* OR algorithm* OR tabulat* OR code* OR backdoor* OR "source code*" OR conspir* OR fraud OR count) W/25 (fraud* OR rig* OR fix* OR fake* OR corrupt* OR integrity OR steal* OR stol* OR hijack* OR delete* OR shift* OR crash* OR compromis*) |
| 43b | (Elect* OR vot* OR ballot* OR software* OR machine* OR server* OR glitch* OR evidence* OR algorithm* OR tabulat* OR code* OR backdoor* OR "source code*" OR conspir* OR fraud OR count) W/25 (defam* OR libel* OR slander* OR chang* OR secur* OR problem* OR anomal* OR alter* OR accura* OR reliab* OR malfunction* OR audit* OR conspir*) |
| 44a | (elect* OR fraud* OR vot* OR conspir*) AND ("fact check*" OR "fact-check" OR false OR wrong OR lie* OR lying OR untrue OR true OR debunk* OR truth* OR ridiculous* OR craz* OR laugh* OR unhinged OR evidence* OR affidavit* OR whistleblower* OR software* OR glitch* OR hack* OR manipulat* OR corrupt* OR server* OR machine* OR algorithm*) |
| 44b | (elect* OR fraud* OR vot* OR conspir*) AND (flip* OR cyber* OR secure* OR accura* OR "source code*" OR Murdoch* OR KRM* OR Rupert* OR Lachlan* OR "Wall Street Journal*" OR WSJ* OR "New York Post*" OR "News Corp*" OR "Dow Jones*" OR hoax* OR insan* OR "Truth Social") |
| 45 | Vot* W/10 (dump* OR shav* OR inject*) |
| 46 | (POTUS* OR DJT* OR WH* OR campaign* OR president* OR MAGA) AND (fraud* OR rig* OR fix* OR machine* OR conspir* OR flip* OR server* OR hack* OR lawsuit* OR legal* OR craz* OR ridiculous* OR unhinged OR overthrow* OR glitch* OR defam* OR libel* OR software* OR hardware* OR audit* OR coup OR case* OR suit* OR corrupt* OR manipulat* OR algorithm* OR tabulat* OR code* OR shav* OR cyber* OR delete* OR hoax* OR insan* OR lie* OR lying OR true OR truth) |
| 47 | (Georgia OR Kemp OR Raffensperger OR Raffenspurger OR Sterling OR "Secretar* of State" OR "SoS" OR elect* OR vot* OR official* OR governor*) AND (bribe* OR kickback* OR RFP OR money OR rush* OR fraud*) |
| 48 | Hovland |
| 49 | "Andrew McCarthy*" |
| 50 | Kraken |
| 51 | Call* W/5 (elect* OR biden*) |
| 52 | Stop* W/3 (steal* OR stole* OR vot*) |
| 53 | (DOJ OR Barr OR "AttORney General" OR "Homeland Security" OR DHS) AND (fraud* OR vot* OR elect* OR glitch* OR flip* OR machine* OR software* OR corrupt* OR tabulat* OR alter* OR accura* OR audit*) |
| 54 | (Bill OR William) W/3 Barr |
| 55 | NASED |
| 56 | "big lie" |

| 57 | "cyber Pearl Harbor" |
|---|---|
| 58 | "setting the record straight" OR STRS |
| 59 | "Mike Fredericks" |
| 60 | "Allied Security" OR ASOG |
| 61 | "Democracy Suite" |
| 62 | McBroom* |
| 63 | (POTUS* OR DJT* OR WH OR campaign* OR president* OR MAGA OR Fox OR OAN* OR "One America*" OR Newsmax*) AND (rating* OR stock* OR revenue* OR advert* OR traffic* OR viewer* OR reaction* OR fallout OR freefall* OR compet* OR improv* OR Nielson OR engage OR trend OR angry OR anger OR backlash OR loyal* OR betray* OR abandon*) |
| 64 | (@realdonaldtrump OR @donaldtrump) AND (vot* OR elect* OR ratin* OR stock* OR revenue* OR advert* OR traffic* OR viewer* OR support OR reaction* OR fallout OR angry OR anger OR backlash OR loyal* OR competit* OR betray* OR abandon) |
| 65a | (elect* OR fraud* OR retract* OR Biden* OR president* OR "mail-in" OR vot* OR rating* OR compet* OR fall* OR airtime OR fraud* OR conspir*) AND (Fox* OR "OAN*" OR "One America*" OR Newsmax OR Hannity* OR Bartiromo* OR Pirro* OR Tucker* OR Carlson* OR Dobbs* OR Murdoch* OR "Dick Morris*" OR Toensing* OR DiGenova* OR Robinson* OR Rechenberg* OR Childers* OR Spicer* OR Gorka* OR Hamill*) |
| 65b | (elect* OR fraud* OR retract* OR Biden* OR president* OR "mail-in" OR vot* OR rating* OR compet* OR fall* OR airtime OR fraud* OR conspir*) AND (Hussion* OR Myers* OR Bobb* OR Sellers* OR Schmitt* OR Lindell* OR Bannon* OR Rion* OR Ball* OR "Weekly Briefing" OR "Absolute Proof" OR "Absolute Interference" OR "Scientific Proof" OR Epshteyn* OR Kerik* OR Eastman* OR Paxton* OR rally* OR rallies*) |
| 66 | @waketsi.com |
| 67 | @alliedspecialops.us |
| 68 | @cyberninjas.com |
| 69 | @federalappeals.com |
| 70 | @foxnews.com OR @foxbusiness.com |
| 71 | @oann.com |
| 72 | @newsmax.com |
| 73 | @usdoj.gov |
| 74 | @fbi.gov |
| 75 | 77WABC |
| 76 | "Joe Pagliarulo" OR "Joe Pags" OR JoePags |
| 77 | "Jocelyn Benson" |
| 78 | "Jake Rollow" |
| 79 | "Pro V&V" |
| 80 | "SLI Compliance" |
| 81 | Huckabee |
| 82 | Halderman |
| 83 | "Cyber Ninjas" |
| 84 | "Doug Logan" |

| 85 | "Wake Technology Services" |
|---|---|
| 86 | "Ana Mercedes" OR "Diaz Cardozo" |
| 87 | Waldron |
| 88 | "Todd Sanders" |
| 89 | "Joshua Merritt" OR "Josh Merritt" |
| 90 | "Cyber Symposium" |
| 91 | "FightforTrump" |
| 92 | "AudittheVote" |
| 93 | MarchforTrump OR "March for Trump" |
| 94 | Spyder |
| 95 | "Conservative Business Journal" |
| 96 | "Women for America First" |
| 97 | "Jeff Carlson" |
| 98 | "Right Side Broadcasting Network" OR RSBN |
| 99 | "Leon Benjamin" |
| 100 | "Epoch Times" |
| 101 | "Save the Republic" |
| 102 | "Common Sense" |
| 103 | "Save America" |
| 104 | "Alan Jones" |
| 105 | "The American Report" |
| 106 | FlashPoint |
| 107 | "Victory Channel" |
| 108 | Bannon |
| 109 | ban W/5 twitter |
| 110 | "Matt Braynard" |
| 111 | "Pete Sessions" |
| 112 | Dallas W/15 election* |
| 113 | "Shiva Ayyadurai" |
| 114 | "Melissa Carone" |
| 115 | "Tucker Carlson Tonight" OR TCT |
| 116 | mariabartiromotv@gmail.com |
| 117 | markrlevin@aol.com OR "Mark Levin" |
| 118 | "scientific proof" |
| 119 | "Matt Morgan" |
| 120 | "Justin Clark" |
| 121 | "William Briggs" |
| 122 | Leamsy OR Villafaña OR Salazar |
| 123 | "Keshavarz-Nia" |
| 124 | "Jenna Ellis" |
| 125 | Toensing |
| 126 | "Rush Limbaugh" |
| 127 | FlashPoint |

| 128 | "Sara Carter Show" |
| 129 | Catsimatidis |
| 130 | diGenova |
| 131 | "promo code" W/8 rudy |
| 132 | Dobbs |
| 133 | "America This Week" |
| 134 | KPTM |
| 135 | "Eric Bolling" |
| 136 | "Glenn Beck" |
| 137 | "Greg Kelly" |
| 138 | "RNC Headquarters" |
| 139 | "Washington Examiner" |
| 140 | "Maria Ryan" |
| 141 | Halperin |
| 142 | Ellipse |
| 143 | Hannity |
| 144 | "Charlie Kirk" |
| 145 | "Sidney Powell*" OR "Sydney Powell*" |
| 146 | retainer* |
| 147 | Powell |
| 148 | Sydney OR Sidney |
| 149 | lwood@fightback.law |
| 150 | voting W/15 machine* |
| 151 | ES&S OR Hart |
| 152 | blockchain* |
| 153 | "Douglas Frank" OR "Dr. Frank" |
| 154 | **All communications to/from domains with .gov** |

As stated in Ms. Walker's June 2, 2023 email, with respect to the search terms, we ask each defendant to confirm that its vendor can run the syntax and adjust as needed to ensure successful searching.

| Search Terms Order | Dominion's Proposed **Search Terms** for Byrne Defendants |
|---|---|
| 1 | Dominion* |
| 2 | Poulos* |
| 3 | Coomer* |
| 4 | Krebs* |
| 5 | CISA* |
| 6 | Cybersecurity W/5 Infrastructure |
| 7 | "Election Assistance Commission" |
| 8 | (EAC or EAC's) AND (accredit* OR test* OR certif* OR audit* OR guideline* OR HAVA OR secur*) |
| 9 | Venezuela* |
| 10 | Chavez |
| 11 | (Vot* OR count* OR server*) AND (Germany OR Frankfurt OR Spain OR Barcelona OR China OR overseas OR foreign) |
| 12 | Hammer W/3 Scorecard |
| 13 | Sequoia* |
| 14 | Smartmatic* |
| 15 | Indra* |
| 16 | red W/3 mirage |
| 17 | "early lead" |
| 18 | Mail* W/5 (vot* OR ballot) |
| 19 | Ivanka or Eric or Melania or Donald or Junior or "Jason Miller" |
| 20 | Vot* W/5 late* |
| 21 | Trump* |
| 22 | Blue W/3 shift* |
| 23 | (vot* OR count* OR polls*) AND (Georgia OR Michigan OR Pennsylvania OR Wisconsin OR Arizona OR Maricopa OR Pittsburgh OR Philadelphia OR Allegheny) |
| 24 | Antrim |
| 25 | Sharpie |
| 26 | "Staple Street Capital" OR "Staple Street" |
| 27 | "Rumor Control" |
| 28 | Solomon |
| 29 | "Maras-Lindeman" |
| 30 | "Defending the Republic" OR DTR |
| 31 | Christianne |
| 32 | Giuliani* OR Rudy* |
| 33 | Lindell* |
| 34 | MyPillow* OR "My Pillow*" |
| 35 | Ramsland* |
| 36 | Lin W/5 Wood* |

| 37 | Oltmann* |
|---|---|
| 38 | Butina* |
| 39 | "absolute proof" |
| 40 | "absolute interference" |
| 41 | "absolutely 9-0" |
| 42 | "Marlene Bourne*" OR "marlenebourne@icloud.com" |
| 43a | (Elect* OR vot* OR ballot* OR software* OR machine* OR server* OR glitch* OR evidence* OR algorithm* OR tabulat* OR code* OR backdoor* OR "source code*" OR conspir* OR fraud OR count) W/25 (fraud* OR rig* OR fix* OR fake* OR corrupt* OR integrity OR steal* OR stol* OR hijack* OR delete* OR shift* OR crash* OR compromis*) |
| 43b | (Elect* OR vot* OR ballot* OR software* OR machine* OR server* OR glitch* OR evidence* OR algorithm* OR tabulat* OR code* OR backdoor* OR "source code*" OR conspir* OR fraud OR count) W/25 (defam* OR libel* OR slander* OR chang* OR secur* OR problem* OR anomal* OR alter* OR accura* OR reliab* OR malfunction* OR audit* OR conspir*) |
| 44a | (elect* OR fraud* OR vot* OR conspir*) AND ("fact check*" OR "fact-check" OR false OR wrong OR lie* OR lying OR untrue OR true OR debunk* OR truth* OR ridiculous* OR craz* OR laugh* OR unhinged OR evidence* OR affidavit* OR whistleblower* OR software* OR glitch* OR hack* OR manipulat* OR corrupt* OR server* OR machine* OR algorithm*) |
| 44b | (elect* OR fraud* OR vot* OR conspir*) AND (flip* OR cyber* OR secure* OR accura* OR "source code*" OR Murdoch* OR KRM* OR Rupert* OR Lachlan* OR "Wall Street Journal*" OR WSJ* OR "New York Post*" OR "News Corp*" OR "Dow Jones*" OR hoax* OR insan* OR "Truth Social") |
| 45 | Vot* W/10 (dump* OR shav* OR inject*) |
| 46 | (POTUS* OR DJT* OR WH* OR campaign* OR president* OR MAGA) AND (fraud* OR rig* OR fix* OR machine* OR conspir* OR flip* OR server* OR hack* OR lawsuit* OR legal* OR craz* OR ridiculous* OR unhinged OR overthrow* OR glitch* OR defam* OR libel* OR software* OR hardware* OR audit* OR coup OR case* OR suit* OR corrupt* OR manipulat* OR algorithm* OR tabulat* OR code* OR shav* OR cyber* OR delete* OR hoax* OR insan* OR lie* OR lying OR true OR truth) |
| 47 | (Georgia OR Kemp OR Raffensperger OR Raffenspurger OR Sterling OR "Secretar* of State" OR SoS OR elect* OR vot* OR official* OR governor*) AND (bribe* OR kickback* OR RFP OR money OR rush* OR fraud*) |
| 48 | Hovland |
| 49 | "Andrew McCarthy*" |
| 50 | Kraken |
| 51 | Call* W/5 (elect* OR biden*) |
| 52 | Stop* W/3 (steal* OR stole* OR vot*) |
| 53 | (DOJ OR Barr OR "Attorney General" OR "Homeland Security" OR DHS) AND (fraud* OR vot* OR elect* OR glitch* OR flip* OR machine* OR software* OR cORrupt* OR tabulat* OR alter* OR accura* OR audit*) |
| 54 | (Bill OR William) W/3 Barr |
| 55 | NASED |
| 56 | "big lie" |
| 57 | "cyber Pearl Harbor" |
| 58 | "setting the record straight" OR STRS |

| | |
|---|---|
| 59 | "Deep Rig" |
| 60 | "Allied Security" OR ASOG |
| 61 | Democracy Suite |
| 62 | McBroom* |
| 63 | (POTUS* OR DJT* OR WH OR campaign* OR president* OR MAGA OR Fox OR "OAN*" OR One America* OR Newsmax*) AND (rating* OR stock* OR revenue* OR advert* OR traffic* OR viewer* OR reaction* OR fallout OR freefall* OR compet* OR improv* OR Nielson OR engage OR trend OR angry OR anger OR backlash OR loyal* OR betray* OR abandon*) |
| 64 | (@realdonaldtrump OR @donaldtrump) AND (vot* OR elect* OR ratin* OR stock* OR revenue* OR advert* OR traffic* OR viewer* OR support OR reaction* OR fallout OR angry OR anger OR backlash OR loyal* OR competit* OR betray* OR abandon) |
| 65a | (elect* OR fraud* OR retract* OR Biden* OR president* OR "mail-in" OR vot* OR rating* OR compet* OR fall* OR airtime OR fraud* OR conspir*) AND (Fox* OR "OAN*" OR "One America*" OR Newsmax OR Hannity* OR Bartiromo* OR Pirro* OR Tucker* OR Carlson* OR Dobbs* OR Murdoch* OR "Dick Morris*" OR Toensing* OR DiGenova* OR Robinson* OR Rechenberg* OR Childers* OR Spicer* OR Gorka* OR Hamill*) |
| 65b | (elect* OR fraud* OR retract* OR Biden* OR president* OR "mail-in" OR vot* OR rating* OR compet* OR fall* OR airtime OR fraud* OR conspir*) AND (Hussion* OR Myers* OR Bobb* OR Sellers* OR Schmitt* OR Lindell* OR Bannon* OR Rion* OR Ball* OR "Weekly Briefing" OR "Absolute Proof" OR "Absolute Interference" OR "Scientific Proof" OR Epshteyn* OR Kerik* OR Eastman* OR Paxton* OR rally* OR rallies*) |
| 66 | @waketsi.com |
| 67 | @alliedspecialops.us |
| 68 | @cyberninjas.com |
| 69 | @giulianisecurity.com |
| 70 | @giulianipartners.com |
| 71 | @gdcillc.com |
| 72 | @foxnews.com OR @foxbusiness.com |
| 73 | @oann.com |
| 74 | @newsmax.com |
| 75 | @usdoj.gov |
| 76 | @fbi.gov |
| 77 | "Jocelyn Benson" |
| 78 | "Jake Rollow" |
| 79 | "Pro V&V" |
| 80 | "SLI Compliance" |
| 81 | Huckabee |
| 82 | Halderman |
| 83 | "Cyber Ninjas" |
| 84 | "Doug Logan" |
| 85 | "Wake Technology Services" |

| 86 | "Ana Mercedes" OR "Diaz Cardozo" |
|---|---|
| 87 | Waldron |
| 88 | "Todd Sanders" |
| 89 | "Joshua Merritt" OR "Josh Merritt" |
| 90 | "Cyber Symposium" |
| 91 | "FightforTrump" |
| 92 | "AudittheVote" |
| 93 | "MarchforTrump" OR "March fOR Trump" |
| 94 | Spyder |
| 95 | "Emma Rechenberg" |
| 96 | Ellipse |
| 97 | Mary Fanning |
| 98 | "Right Side Broadcasting Network" OR RSBN |
| 99 | "Leon Benjamin" |
| 100 | "Epoch Times" |
| 101 | "Save the Republic" |
| 102 | Vandersteel |
| 103 | "Steel Truth" |
| 104 | "Alan Jones" |
| 105 | "The American Report" |
| 106 | FlashPoint |
| 107 | "Victory Channel" |
| 108 | Bannon |
| 109 | ban W/5 twitter |
| 110 | "Matt Braynard" |
| 111 | "Pete Sessions" |
| 112 | Dallas W/15 election* |
| 113 | "Shiva Ayyadurai" |
| 114 | "Melissa Carone" |
| 115 | "Robert O'Brien" |
| 116 | mariabartiromotv@gmail.com |
| 117 | markrlevin@aol.com OR "Mark Levin" |
| 118 | "scientific proof" |
| 119 | "Matt Morgan" |
| 120 | "Justin Clark" |
| 121 | "William Briggs" |
| 122 | Leamsy OR Villafaña OR Salazar |
| 123 | "Keshavarz-Nia" |
| 124 | "How DJT Lost the White House" |
| 125 | "Deep Capture*" |
| 126 | "Naked Truth Report" |
| 127 | FlashPoint |
| 128 | "Chanel Rion" |

| 129 | Flynn |
| 130 | Herschmann |
| 131 | Cipollone |
| 132 | "Derek Lyons" |
| 133 | "America This Week" |
| 134 | KPTM |
| 135 | "Eric Bolling" |
| 136 | "reverse engineer*" |
| 137 | "Seth Rich" |
| 138 | "Operation Freedom Insider Insight" |
| 139 | "Washington Examiner" |
| 140 | "National Report" |
| 141 | Halperin |
| 142 | "Mark Basile" |
| 143 | "John Roberts" |
| 144 | "Zenger News" |
| 145 | "Dennis Montgomery" |
| 146 | rhelen0528@gmail.com |
| 147 | rudolphgiuliani@icloud.com |
| 148 | lwood@fightback.law |
| 149 | voting W/15 machine* |
| 150 | Pulitzer |
| 151 | blockchain* |
| 152 | Hussion |
| 153 | deepcapture.com |
| 154 | "Glenn Beck" |
| 155 | Santilli |
| 156 | Kentucky W/10 election |
| 157 | @federalappeals.com |
| 158 | "Sidney Powell*" OR "Sydney Powell*" |
| 159 | Powell |
| 160 | Sydney OR Sidney |
| 161 | "Tina Peters" |
| 162 | "Conan Hayes " |
| 163 | "Douglas Frank" OR "Dr. Frank" |
| 164 | **All communications to/from domains with .gov** |

As stated in Ms. Walker's June 2, 2023 email, with respect to the search terms, we ask each defendant to confirm that its vendor can run the syntax and adjust as needed to ensure successful searching.

|  | Dominion Proposed Search Terms for OAN Defendants |
|---|---|
| 1 | Dominion* |
| 2 | Poulos* |
| 3 | Coomer* |
| 4 | Krebs* |
| 5 | CISA* OR cisa.gov* |
| 6 | (Cybersecurity OR cyber) W/5 Infrastructure |
| 7 | "Election Assistance Commission" |
| 8 | (EAC OR EAC's) AND (accredit* OR test* OR certif* OR audit* OR guideline* OR HAVA OR secur*) |
| 9 | Venezuela* |
| 10 | Chavez* |
| 11 | (Vot* OR count* OR server*) AND (German* OR Frankfurt OR Spain OR spanish OR Barcelona OR China OR oversea* OR abroad OR foreign*) |
| 12 | Hammer W/3 Scorecard |
| 13 | Sequoia* |
| 14 | Smartmatic* |
| 15 | Indra* |
| 16 | red W/3 mirage |
| 17 | (Arizona OR AZ) w/5 call* |
| 18 | "early lead" |
| 19 | (Mail* OR box*) W/5 (vot* OR ballot*) |
| 20 | Ivanka* OR Eric* OR Melania* OR Donald* OR Junior* OR "Jason Miller*" |
| 21 | Vot* W/5 late* |
| 22 | Trump* |
| 23 | Blue W/3 shift* |
| 24 | (vot* OR count* OR polls* OR ballot*) AND (Georgia OR Michigan OR Pennsylvania OR Wisconsin OR Arizona OR Maricopa OR Pittsburgh OR Philadelphia OR Philly OR Allegheny) |
| 25 | Antrim* |
| 26 | Gwinnett* OR Gwinett* |
| 27 | Sharpie* |
| 28 | "Staple Street Capital" OR "Staple Street" |
| 29 | "Rumor Control" |
| 30 | Solomon* OR Soloman* OR (Ed W/15 (math* OR elect* OR vot* OR rig* OR fraud* OR ballot* OR machine* OR scan* OR comput* OR software* OR server* OR glitch* OR evidenc* OR proof OR proove* OR credib* OR algorithm* OR code* OR backdoor* OR conspir* OR count* OR USB* OR RFIC* OR crypt* OR key*)) |

| | |
|---|---|
| 31 | Byrne* OR (Patrick w/15 (elect* OR vot* OR rig* OR fraud* OR ballot* OR machine* OR comput* OR software* OR machine* OR scan* OR server* OR glitch* OR evidenc* OR proof OR proove* OR algorithm* OR code* OR backdoor* OR conspir* OR count* OR audit* OR forensic* OR recount*)) |
| 32 | "Maras-Lindeman*" OR "Terpsichore*" |
| 33 | "Defending the Republic" OR DTR* |
| 34 | Christianne* |
| 35 | Giuliani* OR Rudy* OR Rudolph* |
| 36 | Lindell* |
| 37 | MyPillow* OR "My Pillow*" |
| 38 | Ramsland* OR Russell* |
| 39 | Lin OR Wood* |
| 40 | Oltmann* OR "FEC United*" OR "fecunited.com*" |
| 41 | Butina* |
| 42 | "absolute proof" |
| 43 | "absolute interference" |
| 44 | "absolutely 9-0" |
| 45 | "Marlene Bourne*" OR "marlenebourne@icloud.com" |
| 46 | (Elect* OR vot* OR ballot* OR poll* OR software* OR machine* OR server* OR glitch* OR evidenc* OR algorithm* OR tabulat* OR scan* OR code* OR backdoor* OR "source code*" OR conspir* OR count* OR USB* OR RFIC* OR crypt* OR key*) W/50 (fraud* OR rig* OR fix* OR fake* OR corrupt* OR integrity OR steal* OR stol* OR hack* OR hijack* OR delet* OR switch* OR shift* OR swap* OR crash* OR compromis* OR defam* OR libel* OR slander* OR chang* OR flip* OR secur* OR attack* OR problem* OR anomal* OR alter* OR accura* OR reliab* OR malfunction* OR audit* OR conspir* OR shred* OR dump* OR irregular* OR abnormal* OR legitimate* OR illegitimate*) |
| 47 | (elect* OR fraud* OR vot* OR conspir*) AND ("fact check*" OR "fact-check" OR "quality control" OR QC OR false OR wrong OR lie* OR lying OR untrue OR true OR debunk* OR truth* OR ridiculous* OR craz* OR absurd* OR ludicrous* OR laugh* OR unhinged OR wild* OR insan* OR substantiate* OR evidence* OR proof OR proove* OR credib* OR data OR affidavit* OR whistleblower* OR hoax* OR software* OR rig OR glitch* OR hack* OR manipulat* OR corrupt* OR server* OR machine* OR scan* OR algorithm* OR flip* OR cyber* OR secure* OR accura* OR "source code*" OR forensic* OR Murdoch* OR KRM* OR Rupert* OR Lachlan* OR "Wall Street Journal*" OR WSJ* OR "New York Post*" OR "News Corp*" OR "Dow Jones*" OR "Truth Social") |
| 48 | Vot* W/10 (dump* OR shav* OR inject* OR flip* OR add* OR subtract* OR steal* OR stole* OR giv* OR gave OR tak*) |

| | |
|---|---|
| 49 | (POTUS* OR DJT* OR Trump* OR Donald* OR WH* OR "White House" OR campaign* OR president* OR MAGA OR Kushner* OR Ivanka* OR Eric* OR Junior* OR Miller* OR Ellis* OR Stepien* OR Clark* OR Morgan* OR Lara* OR Guilfoyle* OR Pierson* OR Epshteyn* OR Boris* OR Roman* OR Kayleigh* OR McEnany* OR "Gary Michael Brown*" OR  Friess*) AND (fraud* OR rig* OR fix* OR flip* OR tabulat* OR code* OR hack* OR shav* OR delete* OR harvest! OR glitch* OR manipulat*  OR server* OR "source code*" OR comput* OR machine* OR scan* OR software* OR hardware* OR algorithm* OR forensic* OR secure* OR cyber* OR craz* OR ridiculous* OR unhinged OR hoax* OR insan* OR laugh* OR false OR wrong OR lie* OR los* OR bullshit OR lying OR untrue OR true OR accura* OR credib* OR debunk* OR truth* OR evidence* OR proof OR prov* OR substantiat* OR whistleblower* OR "fact check*" OR "fact-check" OR affidavit* OR "back up" OR overthrow*  OR defam* OR libel* OR audit* OR coup OR conspir* OR case* OR suit* OR lawsuit* OR legal* OR lawyer* OR attorney* OR corrupt* ) |
| 50 | (Georgia* OR Kemp* OR Raffensperger* OR Raffenspurger* OR Sterling* OR "Secretar* of State" OR SoS OR elect* OR vot* OR official* OR governor*) AND (bribe* OR kickback* OR RFP OR money OR rush* OR fraud* OR rig*) |
| 51 | Hovland* OR "Wayne Williams*" |
| 52 | "Andrew McCarthy*" |
| 53 | Kraken |
| 54 | Call* W/5 (elect* OR biden* OR state) |
| 55 | Stop* W/3 (steal* OR stole* OR vot*) |
| 56 | (DOJ* OR "Department of Justice*" OR Barr* OR "Attorney General*" OR "AG" OR "Homeland Security" OR DHS OR Spicer* OR Christie* OR expert*) AND (fraud* OR vot* OR elect* OR glitch* OR flip* OR machine* OR software* OR corrupt* OR tabulat* OR scan* OR alter* OR accura* OR audit* OR forensic*) |
| 57 | (Bill OR William) W/3 Barr |
| 58 | NASED |
| 59 | "big lie" |
| 60 | "cyber Pearl Harbor" |
| 61 | "Mike Fredericks*" |
| 62 | Kelly* AND MacCallum* |
| 63 | "setting the record straight" OR STRS |
| 64 | "Deep Rig" |
| 65 | "Allied Security" OR ASOG |
| 66 | Imagecast* OR "Image cast*" |
| 67 | "Democracy Suite" |
| 68 | McBroom* |

| | |
|---|---|
| 69 | (POTUS* OR DJT* OR "White House" OR "WH" OR campaign* OR president* OR MAGA OR Fox OR "OAN*" OR "One America*" OR Newsmax*) AND (rating* OR revenue* OR advert* OR traffic* OR stock* OR viewer* OR audience* OR reaction* OR fallout OR freefall* OR compet* OR improv* OR Nielson OR Nielsen OR engage OR trend OR angry OR anger OR backlash OR loyal* OR betray* OR abandon* OR leave*) |
| 70 | (@realdonaldtrump OR @donaldtrump) AND (vot* OR elect* OR ratin* OR stock* OR revenue* OR advert* OR traffic* OR viewer* OR  audience* OR support* OR reaction* OR fallout OR angry OR anger OR angri* OR backlash OR loyal* OR competit* OR betray* OR abandon*) |
| 71 | (elect* OR fraud* OR rig* OR retract* OR Biden* OR president* OR "mail-in"  OR vot* OR rating* OR compet* OR fall* OR airtime OR conspir*) AND (Fox* OR OAN* OR "One America*" OR Newsmax* OR Hannity* OR Bartiromo* OR Pirro* OR Tucker* OR Carlson* OR Dobbs* OR Murdoch* OR "Dick Morris*" OR Toensing* OR DiGenova* OR Robinson* OR Rechenberg* OR Childers* OR Stinchfield* OR Salcedo OR Spicer* OR Gorka* OR Hamill* OR Hussion* OR Aksalic* OR Elma* OR Myers* OR Bobb* OR Sellers* OR Schmitt* OR Lindell* OR Dinow* OR Sharp* OR Pearson* OR Bannon* OR Rion* OR Ball* OR "Weekly Briefing" OR "Absolute Proof" OR "Absolute Interference" OR "Absolutely 9-0" OR "Scientific Proof" OR Epshteyn* OR Kerik* OR Eastman* OR Paxton* OR rally* OR rallies* OR Herring* OR Charles* OR Robert*) |
| 72 | @waketsi.com |
| 73 | @alliedspecialops.us |
| 74 | @cyberninjas.com |
| 75 | @giulianisecurity.com |
| 76 | @giulianipartners.com |
| 77 | @gdcillc.com |
| 78 | @usdoj.gov |
| 79 | @fbi.gov |
| 80 | @whitehouse.gov |
| 81 | Benson* OR Nessel* |
| 82 | "Jake Rollow*" |
| 83 | "Pro V&V" |
| 84 | "SLI Compliance" |
| 85 | Huckabee* |
| 86 | Halderman* |
| 87 | "Cyber Ninjas" |
| 88 | Logan* |
| 89 | "Wake Technology Services" |
| 90 | "Ana Mercedes" OR "Diaz Cardozo" |
| 91 | Waldron* |

| 92  | "Todd Sanders" |
| 93  | "Joshua Merritt" OR "Josh Merritt" |
| 94  | "Cyber Symposium" |
| 95  | "FightforTrump" |
| 96  | "AuditheVote" |
| 97  | "MarchforTrump" OR "March for Trump" |
| 98  | Spyder |
| 99  | "Women for America First" |
| 100 | "Conservative Business Journal" |
| 101 | (county OR board) W/5 (Supervisors OR Commissioners OR Freeholders) |
| 102 | "paper ballot*" |
| 103 | "hand count" |
| 104 | Ellipse* |
| 105 | Fanning* |
| 106 | "Right Side Broadcasting Network" OR RSBN |
| 107 | "Leon Benjamin*" |
| 108 | "Epoch Times" |
| 109 | "Save the Republic" |
| 110 | "The American Report" OR theamericanreport.org* |
| 111 | "Steel Truth" OR Vandersteel* |
| 112 | "Alan Jones*" |
| 113 | "Tucker Carlson Tonight" OR TCT |
| 114 | FlashPoint |
| 115 | "Victory Channel" |
| 116 | Bannon* |
| 117 | ban W/5 twitter |
| 118 | "Matt Braynard*" |
| 119 | "Pete Sessions*" |
| 120 | Dallas W/15 election* |
| 121 | Shiva* OR Ayyadurai* |
| 122 | "Robert O'Brien" |
| 123 | markrlevin@aol.com OR "Mark Levin*" |
| 124 | "scientific proof" |
| 125 | "Matt Morgan*" |
| 126 | "Justin Clark*" |
| 127 | "William Briggs*" |
| 128 | Leamsy* OR Villafaña* OR Salazar* |
| 129 | "Keshavarz-Nia" |
| 130 | FlashPoint |
| 131 | "secret war" |
| 132 | Flynn* |
| 133 | Cipollone* OR Cippolone* |

| 134 | "Derek Lyons*" |
|-----|----------------|
| 135 | "Eric Bolling*" |
| 136 | "reverse engineer*" |
| 137 | "Washington Examiner" |
| 138 | "National Report" |
| 139 | Halperin |
| 140 | "Mark Basile" |
| 141 | "Zenger News" |
| 142 | "Dennis Montgomery*" |
| 143 | rhelen0528@gmail.com |
| 144 | rudolphgiuliani@icloud.com |
| 145 | lwood@fightback.law |
| 146 | vot* W/15 machine* |
| 147 | deepcapture.com* |
| 148 | @federalappeals.com |
| 149 | "Sidney Powell*" OR "Sydney Powell*" |
| 150 | Powell |
| 151 | Sydney OR Sidney |
| 152 | **All communications to/from domains with .gov** |
| 153 | "ES&S" OR Hart |
| 154 | "H stor*" |
| 155 | Watkins* OR (Ron* w/15 elect* OR vot* OR cyber* OR system*) |
| 156 | snowglobe |
| 157 | "Bad News Bears" |
| 158 | Edison* OR Rosin* |
| 159 | Bruesewitz* |
| 160 | Ward* OR Kelli* |
| 161 | ("Dr." OR Doctor OR Doug* OR Douglas) /3 Frank |
| 162 | Bennett* |
| 163 | (ballot* OR elect* OR tabul* OR machine* OR poll*) AND "chain of custody" |
| 164 | "Voices and Votes" OR "Voices & Votes" OR voicesandvotes.org* |
| 165 | (Karen* OR Senator* OR President*) w/3 Fann |
| 166 | @azleg.gov* |
| 167 | PCAP* OR "cyber packet*" OR "packet capture*" |
| 168 | "Jenna Ellis" OR ((vot* OR elect* OR ballot* OR fraud* OR rig*) AND (Jenna* OR Ellis*)) |
| 169 | Freeman* OR Moss* |
| 170 | Friess* |
| 171 | "TrumanBlack*" OR "Truman Black*" OR "thedonald.win*" OR "PedeInspector*" OR "r/TheDonald*" OR "patriots.win*" |

| | |
|---|---|
| 172 | (Hoft* OR Laila*) OR ((elect* OR rig* OR fraud* OR vot* OR glitch* OR bug* OR algorithm* OR ballot*) AND (Gateway* OR gatewaypundit.com*)) |
| 173 | Chalfant* OR ((elect* OR rig* OR fraud* OR vot* OR glitch* OR bug* OR algorithm* OR ballot*) AND (Hill* OR thehill.com*)) |
| 174 | (Leonardi* OR "Michael Lee*" OR Bedard*) OR ((elect* OR rig* OR fraud* OR vot* OR glitch* OR bug* OR algorithm* OR ballot*) AND (Examiner* OR washingtonexaminer.com*)) |
| 175 | Sperry* OR ((elect* OR rig* OR fraud* OR vot* OR glitch* OR bug* OR algorithm*OR ballot*) AND (Real* OR realclearinvestigations.com*)) |
| 176 | Saavedra* OR (elect* OR rig* OR fraud* OR vot* OR glitch* OR bug* OR algorithm* AND (Wire* OR dailywire.com*)) |
| 177 | "Maggie Miller" OR ((elect* OR rig* OR fraud* OR vot* OR glitch* OR bug* OR algorithm* OR ballot*) AND (Hill* OR thehill.com*)) |
| 178 | twitter.com/kayleighmcenany/status/1326634874988617729* |
| 179 | twitter.com/kayleighmcenany/status/1326634874988617729* |
| 180 | "Jon Binder*" OR ((elect* OR rig* OR fraud* OR vot* OR glitch* OR bug* OR algorithm OR ballot*) AND (Breitbart* OR Breitbart.com*)) |
| 181 | "Chad Day*" OR Restuccia* OR ((elect* OR rig* OR fraud* OR vot* OR glitch* OR bug* OR algorithm* OR ballot*) AND (WSJ* OR "Wall Street Journal*" OR wsj.com*)) |
| 182 | Grenell* OR "@richardgrenell*" |
| 183 | "Tammy Bruce*" OR "@tammybruce*" |
| 184 | (elect* OR rig* OR fraud* OR vot* OR glitch* OR bug* OR algorithm* OR ballot*) AND (revolver* OR revolver.news*) |
| 185 | Carone* |
| 186 | ("Jack Phillips*") OR ((elect* OR rig* OR fraud* OR vot* OR glitch* OR bug* OR algorithm* OR ballot*) AND (Epoch* OR epochtimes.com*)) |
| 187 | Durden* OR ((elect* OR rig* OR fraud* OR vot* OR glitch* OR bug* OR algorithm* OR ballot*) AND (Zero* OR zerohedge.com*)) |
| 188 | azsos.gov* |
| 189 | Sneeringer* |
| 190 | Hurley* OR Ingram* |
| 191 | Esparza* |
| 192 | Boockvar* |
| 193 | Malkin* OR "#malkinlive" OR "@michellemalkin*" |
| 194 | eac.gov* |
| 195 | Cwalinski* |
| 196 | Panek* |
| 197 | sos.wa.gov* |
| 198 | Mokalla* |
| 199 | Jensen* |

| | |
|---|---|
| 200 | (elect* OR rig* OR fraud* OR vot* OR glitch* OR bug* OR algorithm* OR ballot*) AND (Infowars* OR Newswars* OR infowars.com* OR newswars.com*) |
| 201 | Niesse* OR govtech.com* |
| 202 | @rothbard1776* OR twitter.com/Rothbard1776/status/1343998862999121921* OR https:/twitter.com/Rothbard1776/status/1343995410990440448* |
| 203 | youtube.com/watch?v=7vRckA6PqGA* |
| 204 | Golingan* OR Marty* |
| 205 | DePerno* |
| 206 | McInerney* |
| 207 | (((POTUS* OR "White House*" OR "WH" OR President*) AND (Twitter* OR tweet*)) OR (@donaldtrump OR @realdonaldtrump)) AND (OAN* OR coverage OR program* OR broadcast* OR viewer* OR audienc* OR advertis* OR revenu* OR numbers) |
| 208 | Nielsen* OR Nielson* OR ratings OR ((numbers OR viewers*) AND (up OR down OR rise* OR rising OR rose OR fall* OR fell OR increas* OR decreas*)) |
| 209 | "fact check*" OR "fact-check" OR "quality control" OR QC* OR "journalistic" OR retract* |
| 210 | ((email* OR data* OR document* OR file* OR drive* OR record*) AND (delet* OR purg* OR dispos* OR retain* OR retention* OR hold* OR save* OR archiv* OR maintenance OR maintain*)) OR "legal hold" OR "litigation hold" |

## Search Terms for Dominion (My Pillow / Lindell Proposed Terms)

Venez*
stuxnet
Sequoia
RLA
Premier*
malware
"incident (security OR flaw* OR bug* OR error*)"~45
Hamr OR Hammer OR Scorecard
eTreppid
Diebold AND (concern* OR security* OR bug* OR flaw OR error*)
Dennis AND Montgomery
CVE*
Clapper
Chavez AND Hugo
"breach* (risk* OR security* OR bug* OR flaw* OR error* OR system* OR hack)"~15
Blixseth OR Blixware OR Blxware
"Accuvote (flaw* OR error* OR discrepanc* OR bug*)"~45
*@smartmatic.com* OR Smartmatic OR "Smart matic" OR "Smart-matic"
("USB* (malicious* OR security)"~45) OR (badUSB OR "bad USB" OR "bad-USB")
"(rig OR rigg*) (elect* OR equipment OR system*)"~45
("eric.coomer@dominionvoting.com" OR Coomer OR "john.poulos@dominionvoting.com" OR
"nick.ikonomakis@dominionvoting.com"  OR  "matthew.horace@dominionvoting.com")  AND
(adversary OR "arbitrary code" OR attack* OR backdoor OR "back-door" OR "back door" OR
breach* OR "buffer overflow" OR bug* OR "bug track" OR "calibration error" OR compromis*
OR corrupt* OR crack* OR crash* OR cyber* OR "cyber-*" OR defect* OR disable* OR
disappear* OR destroy* OR embed* OR exploit* OR failure OR fals* OR fault OR fix* OR flip*
OR fraud* OR infect* OR infiltrat* OR insider OR "internet connection" OR malfunction* OR
malicious OR manipulat* OR recount* OR secur* OR "*staplestreetcapital.com" OR Staple OR
steal OR stolen OR suscept* OR suspic* OR threat OR Trump OR unreliab* OR unsafe OR
unverified OR virus* OR vulnerab* OR weakness*)
"threat picture"
"man in the middle" OR MITM
"GEMS central tabulator"
whistleblower OR "whistle blower"
vulnerab*
undercount* AND vot*
trash* AND (vot* OR reputation)
Stark AND (problem* OR audit* OR error* OR bug* OR vulnerab* OR problem OR hack* OR
Halderman OR Curling OR Coomer OR secur* OR flaw*)
Staple AND (Trump OR Biden OR audit* OR error OR bug* OR vulnerab* OR problem OR
hack* OR Halderman OR Curling OR Coomer OR secur* OR flaw* OR lawsuit OR litigation)
SSC AND (Trump OR Biden OR audit* OR error OR bug* OR vulnerab* OR problem OR hack*
OR Halderman OR Curling OR Coomer OR secur* OR flaw*)
skew* AND vot*

shav* AND vot*
Patch* AND (secur* OR bug* OR error* OR flaw*)
Mugica
Michigan AND (problem* OR audit* OR error* OR bug* OR vulnerab* OR hack* OR Halderman
OR Curling OR Coomer OR secur* OR flaw*)
Maricopa AND (problem* OR audit* OR error* OR bug* OR vulnerab* OR problem OR hack*
OR Halderman OR Curling OR Coomer OR secur* OR flaw*)
"Jill Stein"~15
"inject* (code OR virus OR script OR shell OR malware)"~45
Halderman
glitch*
fraud* AND (count* OR internet OR machine* OR tabula* OR electi* OR vot* OR secur* OR
absentee* OR ballot*)
fractional OR "fraction magic"
exploit* AND (security* OR bug* OR flaw)
"dump* (data OR vot*)"~15
Dominion AND (*abcnews.com OR *ap.com OR *axios.com OR *cbsnews.com OR *cnn.com
OR *guardian.com OR *@msnbc.com OR *nbcnews.com OR *nytimes.com OR
*thedailybeast.com OR *washingtonpost.com OR *reuters.com OR *wsj.com OR vox.com)
Diebold
"defect* (hardware OR software OR firmware OR Security* OR Bug* OR flaw* OR error* OR
system*)"~15
Curling
"compromis* security"~15
"Clint Curtis"~15
"bug* (flaw* OR error* OR code OR vulner* OR secur* OR vot*)"~15
backdoor OR "back-door" OR "back door"
Antrim AND (problem* OR audit* OR error* OR bug* OR vulnerab* OR problem OR hack* OR
Halderman OR Curling OR Coomer OR secur* OR flaw*)
@DonaldTrump OR @realDonaldTrump
*slicompliance.com
*provandv.com
"*attack (security OR exploit OR incident)"~45
"(weight* OR flip*) vot*"~15
"(remote OR unauthorized) (code OR access)"~15
(proportion* AND integr* AND deriv*) OR PID
"(illegitima* OR inaccura* OR inflat* OR irregular*) vot*"~15
(hack* AND security) OR (hackers OR hacking OR hacked)
("under report*" OR underreport*) AND vot*
"under-report*" AND vot*
"re-zero*"
"Pro V&V" AND (security OR bug* OR flaw* OR complaint* OR concern*)
"leave of absence" AND (Coomer OR Eric)
"Kill Chain" OR Hursti
"erroneous code"
"Def Con" OR DefCon

"control function"
"calibration error"
"bypass election systems software"
"bug track"
"arbitrary code"
"air-gap*" OR airgap* OR "air gap*"
Williamson AND (Tennessee OR TN OR Tenn)
"Wallace (Chris OR Jay)"~15
Waldron
Texas AND certif*
Solarwinds OR "Solar Winds"
Sidney
Scytl
"Ron Watkins"~15
Rion
Ramsland
Powell
Pirro
Philippine*
Otero AND ("New Mexico" OR NM)
Oltmann
OAN
Newsmax
Neffenger
Metaxas
Mesa AND (Colorado OR CO OR Col)
Malkin
Lindell
"Lin Wood"~15
LHS
kraken OR kracken
Konnech
Hoft OR TGP OR "Gateway Pundit"
Hannity
hack*
Gwinnett AND (problem* OR audit* OR error* OR bug* OR vulnerab* OR problem OR hack* OR Halderman OR Curling OR Coomer OR secur* OR flaw*)
Giuliani
Fulton AND (problem* OR audit* OR error* OR bug* OR vulnerab* OR problem OR hack* OR Halderman OR Curling OR Coomer OR secur* OR flaw*)
Elbert AND (Colorado OR CO OR Col)
Dominion AND (Parler OR twitter OR facebook)
Dobbs
Deperno
Delfino
Colbeck

Coffee AND (Georgia OR GA)
CISA
"cease desist"~15
Carone
Bartiromo
algorithm OR phantom
*@lhsassociates.com
"Williamson County"
"Stop the Steal"
"preserve all documents"
"Otero County"
"My Pillow" OR mypillow
"Mesa County"
"Judge Jeanine"
"Hamilton Place" OR *hamiltonplacestrategies.com OR HPS
"Elbert County"
"death threat"
"Coffee County"
"Absolute Proof" OR "Scientific Proof" OR "Absolute Interference" OR "Absolutely 9-0"


Dominion has not run these terms due to burden:

Barbados OR Serbia
Breitbart OR Byrne OR Kerik OR McInerney
China OR Chinese OR Bitza OR Maduro
Donald AND Trump
forecast* OR model* OR projection* OR revenue*
Klobuchar OR (Elizabeth AND Warren) OR (Mark AND Warner) OR Wyden OR (Jack AND Reed) OR (Gary AND Peters)
Rudy*
Tucker AND NOT (Scott W/2 Tucker)