# Exhibit 2

| | |
|---|---|
| **From:** | Elizabeth Hadaway |
| **To:** | Andrew Parker; Joe Pull; Jill Thorvig; Roxanne A. Russell; Joseph D. Sibley; Marc Casarino; Joshua A. Mooney; Daniel S. Marvin; Marc Eisenstein; Driscoll, Robert; Carry, Alfred; Edwards, John; Blaesche, Minoo; Butzer, Carl; Pickett Shah, Bethany; Dickson, Carter; Ceckowski, Lauren; Neerman, Jonathan |
| **Cc:** | Dominion ListserveSusmanGodfrey |
| **Subject:** | Dominion - DC - Vol. 001 - 017 |
| **Date:** | Friday, September 15, 2023 5:10:00 PM |

Counsel (now including OAN),

Here as a courtesy is a very high-level summary of the productions to date:

- Dom DC Vol. 001-005: Emails and attachments produced in Fox case, 1/1/20-8/10/21
- Dom DC Vol. 006: .Gov emails produced in Fox case and additional damages related documents
- Dom DC Vol. 007: Threats produced in Fox case
- Dom DC Vol. 008: Emails not previously produced to the DC plaintiffs from the Fox-production that hit on the Lindell/MyPillow search terms, 1/1/20-12/31/21; text messages that hit on the Lindell/MyPillow search terms, from the Fox-production; additional emails and documents from a later date range
    - Dom DC Vol. 008 clawback overlay: clawback overlay for text messages within Vol. 008
- Dom DC Vol. 009: additional documents that were not previously produced in the DC Cases that hit on the Lindell/MyPillow search terms, including some from the Fox production and some not produced in Fox, 1/1/20-12/31/21; Dominion text messages that hit on the Lindell/MyPillow search terms that were previously produced in the Fox case (11/1/20-4/30/21); communications to certain Dominion email addresses that received threats (e.g., security@); various non-custodial documents that are responsive to Defendants' requests, such as corporate formation documents, Dominion's contracts with its customers, and agreements and schedules from Dominion's acquisition of Sequoia, among others

- Dom DC Vol. 010: additional damages-related documents
- Dom DC Vol. 011: documents including correspondence involving Staple Street Capital responsive to Defendants' requests
- Dom DC Vol. 012: Ikonomakis Test Reports - reports of third-party testing of Dominion systems
- Dom DC Vol. 013: RFPs and additional related correspondence and documents
- Dom DC Vol. 014: public docs cited in the Byrne and Lindell complaints and additional client docs
- Dom DC Vol. 015: downgraded documents coming off our privilege log
- Dom DC Vol. 016: public docs cited in the Giuliani and Powell complaints
- Dom DC Vol. 017: additional damages documents, including Salesforce data, email and correspondence related to jurisdictions where Dominion has lost business since the 2020 election, and a supplemental production of customer contracts

Here is a link to all the productions (with a Combined Vol. 008 that includes clawback slipsheets):

https://data.legility.com/public/folder/TaKwFmJkFEmEVYor_c3XFw/DOM_DC_VOL001-VOL017

Password to follow.

Thanks,

**Elizabeth Hadaway | Susman Godfrey LLP**
o.  713.653.7856  |  c.  512.431.7965
ehadaway@susmangodfrey.com
1000 Louisiana St. | Suite 5100 | Houston, Texas 77002
HOUSTON  •  LOS ANGELES  •  SEATTLE  •  NEW YORK