# Exhibit 11

| | |
|---|---|
| **From:** | owner-dominion@lists.susmangodfrey.com on behalf of Joe Sibley |
| **To:** | Elizabeth Hadaway |
| **Cc:** | Laranda Walker; Joe Pull; Marc Casarino; Carry, Alfred; Andrew Parker; Joshua A. Mooney; Daniel S. Marvin; Marc Eisenstein; Driscoll, Robert; Katie Sammons; Dominion ListserveSusmanGodfrey |
| **Subject:** | Re: Dominion - Privilege Log Deadline |
| **Date:** | Tuesday, August 15, 2023 5:09:33 PM |

==EXTERNAL Email==

Agreed for Guiliani.

On Fri, Aug 11, 2023 at 9:42 AM Elizabeth Hadaway <EHadaway@susmangodfrey.com> wrote:

> Hello all,
>
> I think we now have confirmation from Dominion, Powell and Powell PC, and My Pillow / Lindell on August 31, 2023, for exchange of privilege logs.
>
> Giuliani and DTR, could you please confirm agreement to August 31, 2023?
>
> Thanks,
>
> **Elizabeth Hadaway | Susman Godfrey LLP**
>
> o.  713.653.7856  |  c.  512.431.7965
>
> ehadaway@susmangodfrey.com
> 1000 Louisiana St. | Suite 5100 | Houston, Texas 77002
>
> **HOUSTON • LOS ANGELES • SEATTLE • NEW YORK**
>
> **From:** Laranda Walker <LWalker@susmangodfrey.com>
> **Sent:** Wednesday, August 9, 2023 3:37 PM
> **To:** Joe Pull <Pull@parkerdk.com>; Elizabeth Hadaway <EHadaway@susmangodfrey.com>; Joseph D. Sibley <sibley@camarasibley.com>; Marc Casarino <Marc.Casarino@kennedyslaw.com>; Carry, Alfred <acarry@mcglinchey.com>; Andrew Parker <Parker@parkerdk.com>; Joshua A. Mooney <Joshua.Mooney@kennedyslaw.com>; Daniel S. Marvin <Daniel.Marvin@kennedyslaw.com>; Marc Eisenstein <marc@coburngreenbaum.com>;

Driscoll, Robert <rdriscoll@mcglinchey.com>
**Cc:** Katie Sammons <KSAMMONS@SusmanGodfrey.com>; Dominion ListserveSusmanGodfrey <DOMINION@lists.susmangodfrey.com>
**Subject:** Re: Dominion - Privilege Log Deadline

Joe,

No, it's not Dominion's position that the draft stipulation or any portions have been signed by the parties. But we had a meet and confer where we discussed all the issues raised in the draft stipulation, including the date for producing a privilege log, and we are trying to reach agreement on as many issues as possible.

Dominion agrees to an August 31, 2023, deadline for producing a privilege log.

Regards,

Laranda

---

**From:** Joe Pull <Pull@parkerdk.com>
**Date:** Wednesday, August 9, 2023 at 2:25 PM
**To:** Elizabeth Hadaway <EHadaway@susmangodfrey.com>, "Joseph D. Sibley" <sibley@camarasibley.com>, Marc Casarino <Marc.Casarino@kennedyslaw.com>, "Carry, Alfred" <acarry@mcglinchey.com>, Andrew Parker <Parker@parkerdk.com>, "Joshua A. Mooney" <Joshua.Mooney@kennedyslaw.com>, "Daniel S. Marvin" <Daniel.Marvin@kennedyslaw.com>, Marc Eisenstein <marc@coburngreenbaum.com>, "Driscoll, Robert" <rdriscoll@mcglinchey.com>
**Cc:** Katie Sammons <KSAMMONS@SusmanGodfrey.com>, Laranda Walker <LWalker@susmangodfrey.com>, Dominion ListserveSusmanGodfrey <DOMINION@lists.susmangodfrey.com>
**Subject:** RE: Dominion - Privilege Log Deadline

EXTERNAL Email

Elizabeth, is it Dominion's position that the draft stipulation, or portions of it, was signed by the parties? Perhaps I'm forgetting something, but I do not recall that the stipulation was finalized.

My Pillow and Lindell are working on their privilege log now and hope to provide you with the majority of it within the next week.  We continue to believe that August 31, 2023, is a reasonable deadline for the privilege log.

Regards,

Joe

**PARKER | DANIELS | KIBORT**

JOSEPH A. PULL
ATTORNEY

888 COLWELL BUILDING
123 NORTH THIRD STREET
MINNEAPOLIS, MN 55401
www.parkerdk.com

tel 612 355 4100

---

**From:** Elizabeth Hadaway <EHadaway@susmangodfrey.com>
**Sent:** Monday, August 7, 2023 12:01 PM
**To:** Joe Pull <Pull@parkerdk.com>; Joseph D. Sibley <sibley@camarasibley.com>; Marc Casarino <Marc.Casarino@kennedyslaw.com>; Carry, Alfred <acarry@mcglinchey.com>; Andrew Parker <Parker@parkerdk.com>; Joshua A. Mooney <Joshua.Mooney@kennedyslaw.com>; Daniel S. Marvin <Daniel.Marvin@kennedyslaw.com>; Marc Eisenstein <marc@coburngreenbaum.com>; Driscoll, Robert <rdriscoll@mcglinchey.com>
**Cc:** Katie Sammons <KSAMMONS@SusmanGodfrey.com>; Laranda Walker <LWalker@susmangodfrey.com>; Dominion ListserveSusmanGodfrey <DOMINION@lists.susmangodfrey.com>
**Subject:** Dominion - Privilege Log Deadline

Counsel,

On June 16, 2023, Dominion proposed an August 4, 2023 deadline for the production of privilege logs for documents produced by the July 21, 2023

substantial completion deadline.  My Pillow/Lindell responded with August 31, 2023.  During the parties' June 30 conference, My Pillow/Lindell agreed to check with their vendor on the feasibility of producing a meta data privilege log by August 4, as Dominion proposed, but we did not hear back from My Pillow/Lindell.  Counsel for Powell/Powell PC stated during the 6/30 conference that August 4 was not reasonable but has not provided any concrete date by which Powell will produce a privilege log.

Please advise by COB 8/8/23 of your position on the deadline for a privilege log or state whether you will not agree to any deadline.

Thank you,

**Elizabeth Hadaway | Susman Godfrey LLP**

o.  713.653.7856  |  c.  512.431.7965

ehadaway@susmangodfrey.com
1000 Louisiana St. | Suite 5100 | Houston, Texas 77002

**HOUSTON  •  LOS ANGELES  •  SEATTLE  •  NEW YORK**

---

This e-mail contains communication that may constitute attorney/client privileged information and/or attorney work product. If you received this message in error, please notify the sender and delete it immediately.

To unsubscribe from the DOMINION list, click here