# Exhibit 13

| | |
|---|---|
| **From:** | owner-dominion@lists.susmangodfrey.com on behalf of Neerman, Jonathan |
| **To:** | Jonathan Ross; Eve Levin; Blaesche, Minoo; Butzer, Carl; Edwards, John; Pickett Shah, Bethany; Dickson, Carter; Ceckowski, Lauren |
| **Cc:** | Dominion ListserveSusmanGodfrey |
| **Subject:** | RE: Dominion OAN Discovery Meet & Confer |
| **Date:** | Thursday, August 31, 2023 2:32:57 PM |
| **Attachments:** | image003.png<br>image005.png<br>37273109_2_2023.08.31 Dominion"s Proposed Search Terms (Agreed).pdf |

EXTERNAL Email

Jonathan,

We agreed last week to 170 of the 210 search queries requested by Dominion. We can agree to an additional 11 queries, which are highlighted in green in the attached document.

As for the remaining 29 queries, we continue to analyze them and anticipate providing you with a response next Friday.
We have begun processing the documents that hit on the 181 search queries and are reviewing for responsiveness.

Have a good holiday weekend.

Jonathan


**Jonathan Neerman**
2323 Ross Avenue, Suite 600
Dallas, TX 75201
V: (214) 953-5664 | F: (214) 661-6899 | jneerman@jw.com

Jackson Walker LLP

---

**From:** Neerman, Jonathan
**Sent:** Thursday, August 24, 2023 7:02 PM
**To:** Jonathan Ross <JROSS@SusmanGodfrey.com>; Eve Levin <ELevin@susmangodfrey.com>; Blaesche, Minoo <mblaesche@jw.com>; Butzer, Carl <cbutzer@jw.com>; Edwards, John <jedwards@jw.com>; Pickett Shah, Bethany <bpickett@jw.com>; Dickson, Carter <cdickson@jw.com>; Ceckowski, Lauren <lceckowski@jw.com>
**Cc:** Dominion ListserveSusmanGodfrey <dominion@lists.susmangodfrey.com>
**Subject:** RE: Dominion OAN Discovery Meet & Confer

Jonathan,

Thank you for your patience as we work through all of these search terms.  We can agree on most of your proposed terms.  I have highlighted those we can agree to and will start processing for responsiveness review.  We are not yet rejecting the remaining terms, but we do have a few issues.  We plan on sending you proposed revisions to those we find problematic.  We hope to do so early next week.

Jonathan


**Jonathan Neerman**
2323 Ross Avenue, Suite 600
Dallas, TX 75201
V: (214) 953-5664 | F: (214) 661-6899 | jneerman@jw.com

Jackson Walker LLP

---

**From:** Jonathan Ross <JROSS@SusmanGodfrey.com>
**Sent:** Thursday, August 24, 2023 9:47 AM
**To:** Eve Levin <ELevin@susmangodfrey.com>; Blaesche, Minoo <mblaesche@jw.com>; Neerman, Jonathan <jneerman@jw.com>; Butzer, Carl <cbutzer@jw.com>; Edwards, John <jedwards@jw.com>; Pickett Shah, Bethany <bpickett@jw.com>; Dickson, Carter <cdickson@jw.com>; Ceckowski, Lauren <lceckowski@jw.com>
**Cc:** Dominion ListserveSusmanGodfrey <dominion@lists.susmangodfrey.com>
**Subject:** RE: Dominion OAN Discovery Meet & Confer

**\*\*RECEIVED FROM EXTERNAL SENDER – USE CAUTION\*\***

It has almost been a month since we sent you these search terms and we have not heard from you that there are any problems.  Have you run hit reports for the terms?  If so please share them with us and let us know if we have any issues or we can commence document production.  Thanks.

---

**From:** Eve Levin <ELevin@susmangodfrey.com>
**Sent:** Thursday, July 27, 2023 12:06 AM
**To:** Blaesche, Minoo <mblaesche@jw.com>; Neerman, Jonathan <jneerman@jw.com>; Butzer, Carl <cbutzer@jw.com>; Edwards, John <jedwards@jw.com>; Pickett Shah, Bethany <bpickett@jw.com>; Dickson, Carter <cdickson@jw.com>; Ceckowski, Lauren <lceckowski@jw.com>
**Cc:** Dominion ListserveSusmanGodfrey <dominion@lists.susmangodfrey.com>; Jonathan Ross <JROSS@SusmanGodfrey.com>
**Subject:** RE: Dominion OAN Discovery Meet & Confer

Counsel:

As promised during our meet and confer, please find attached Dominion's proposed search terms to use in searching for documents responsive to Dominion's document requests. Please confirm that your vendor can run the syntax and adjust as needed to ensure successful searching.

Dominion reserves the right to augment, modify, or add search terms as discovery progresses.

All best,
Eve

**From:** Jonathan Ross <JROSS@SusmanGodfrey.com>
**Sent:** Wednesday, July 26, 2023 6:19 PM
**To:** Blaesche, Minoo <mblaesche@jw.com>
**Cc:** Eve Levin <ELevin@susmangodfrey.com>; Dominion ListserveSusmanGodfrey <dominion@lists.susmangodfrey.com>; Neerman, Jonathan <jneerman@jw.com>; Butzer, Carl <cbutzer@jw.com>; Edwards, John <jedwards@jw.com>; Pickett Shah, Bethany <bpickett@jw.com>; Dickson, Carter <cdickson@jw.com>; Ceckowski, Lauren <lceckowski@jw.com>
**Subject:** Re: Dominion OAN Discovery Meet & Confer

Thanks.

Jonathan J. Ross
Partner & General Counsel
Susman Godfrey LLP
1000 Louisiana Suite 5100
Houston, Texas 77002
713-653-7813

> On Jul 26, 2023, at 4:26 PM, Blaesche, Minoo <mblaesche@jw.com> wrote:
>
> EXTERNAL Email
> Hi Jonathan,
> To close the loop on the 2 additional custodians, as we mentioned on our meet and confer on Monday, we can accept Britton as a custodian.  We will also accept Stephanie Meyers.
>
> Best,
> Minoo
>
> **From:** Jonathan Ross <JROSS@SusmanGodfrey.com>
> **Sent:** Sunday, July 23, 2023 11:21 AM
> **To:** Blaesche, Minoo <mblaesche@jw.com>
> **Cc:** Eve Levin <ELevin@susmangodfrey.com>; Dominion ListserveSusmanGodfrey

<dominion@lists.susmangodfrey.com>; Neerman, Jonathan <jneerman@jw.com>; Butzer, Carl <cbutzer@jw.com>; Edwards, John <jedwards@jw.com>; Pickett Shah, Bethany <bpickett@jw.com>; Dickson, Carter <cdickson@jw.com>; Ceckowski, Lauren <lceckowski@jw.com>
**Subject:** Re: Dominion OAN Discovery Meet & Confer

### **RECEIVED FROM EXTERNAL SENDER – USE CAUTION**

We are close but not quite there yet.  We can accept all of your suggestions in your Friday email with the following exception.

We can agree to drop (for now) our request for Acenas and Tinley in exchange for including Britton and Meyers, whom we continue to insist on for the reasons previously stated. Can you accept that or do we need to meet and confer?

I would also like to discuss your approach to collecting and searching personal devices.  What are the factors you are (or will be) using to decide whether or not to search a custodians devices, etc….  Are you available tomorrow or Tuesday afternoon to talk?  Thanks.

Jonathan J. Ross
Partner & General Counsel
Susman Godfrey LLP
1000 Louisiana Suite 5100
Houston, Texas 77002
713-653-7813


> On Jul 21, 2023, at 2:49 PM, Blaesche, Minoo <mblaesche@jw.com> wrote:
>
> EXTERNAL Email
> Jonathan,
> I write to respond to your email regarding OAN custodians.  With respect to the proposed custodians omitted from my initial email, we will agree to Dana Cohen, Jack Posobiec, and Sani Unutoa.  However, Emerald Robinson's employment with OAN terminated on January 10, 2020.  As such, we do not agree to her inclusion as a custodian.
>
> Thank you for dropping the request for the following custodians:
>
> 1. Aronowitz, Micole
> 2. Burgher, Travis
> 3. Fadhley, Sal
> 4. Lara-Risco, Frank

5. McCoven, Eddie – I can confirm his departure date was March 11, 2020.
6. Miller, Trey – we will agree to include Derek Blashinsky, instead, as a custodian.

We also agree to include the following additional custodians you request:

1. Shippen, Olivia,
2. Wolk, Jezzamine

We maintain our objections to the remaining proposed custodians, specifically:

1. Acenas, Rachel
2. Britton, Allysia
3. Myers, Stephanie
4. Tinsley, Taylor

Finally, we propose the following additional custodians:

1. Betts, Keith
2. Gadow, Brandon

Assuming Dominion agrees with the additional 2 proposed custodians, I have attached a document detailing the list of the agreed-to OAN custodians.

Best,
Minoo

---

**From:** Blaesche, Minoo
**Sent:** Friday, July 14, 2023 1:51 PM
**To:** 'Jonathan Ross' <JROSS@SusmanGodfrey.com>; Eve Levin <ELevin@susmangodfrey.com>; Dominion ListserveSusmanGodfrey <dominion@lists.susmangodfrey.com>
**Cc:** Neerman, Jonathan <jneerman@jw.com>; Butzer, Carl <cbutzer@jw.com>; Edwards, John <jedwards@jw.com>; Pickett Shah, Bethany <bpickett@jw.com>; Dickson, Carter <cdickson@jw.com>; Ceckowski, Lauren <lceckowski@jw.com>
**Subject:** RE: Dominion OAN Discovery Meet & Confer

Hi Jonathan,

We will get back to you next week on the specific custodians mentioned in

your email. I wanted to respond on the two other related topics in your email.

We do intend to produce relevant text messages from the current employee custodians if they used their personal cell phones for business-related purposes.  However, I feel it necessary to point out that personal devices are afforded a heightened expectation of privacy.  *See Riley v. California*, 573 U.S. 373, 373 (2014). This is further complicated by the fact that many of the OAN custodians are California residents. Cal. Lab. Code § 980(a) prohibits an employer from accessing its employees' personal social media, including text messages. That being said, we have collected personal devices from some custodians, as permitted, and will be searching them for responsive data.  I'd appreciate it if you could let us know what Dominion plans to do with respect to personal devices of its custodians.

With respect to AI, I can confirm that our responsiveness review will also be conducted by human reviewers without the assistance of any AI or automated program.

Thanks, and have a great weekend,
Minoo

---

**From:** Jonathan Ross <JROSS@SusmanGodfrey.com>
**Sent:** Tuesday, July 11, 2023 4:48 PM
**To:** Blaesche, Minoo <mblaesche@jw.com>; Eve Levin <ELevin@susmangodfrey.com>; Dominion ListserveSusmanGodfrey <dominion@lists.susmangodfrey.com>
**Cc:** Neerman, Jonathan <jneerman@jw.com>; Butzer, Carl <cbutzer@jw.com>; Edwards, John <jedwards@jw.com>; Pickett Shah, Bethany <bpickett@jw.com>; Dickson, Carter <cdickson@jw.com>; Ceckowski, Lauren <lceckowski@jw.com>
**Subject:** RE: Dominion OAN Discovery Meet & Confer

**\*\*RECEIVED FROM EXTERNAL SENDER – USE CAUTION\*\***
Minoo:

Thanks for the quick response.  Below inline and highlighted are our responses to your counter-proposal as to the question of whom the first-round OAN custodians will be.  In addition to those responses, I wanted to put in writing a couple of related topics I mentioned on yesterday's call:

1. We expect the personal devices of your custodians to be searched, including all messaging apps on those devices, just as their work

   devices and emails are being searched.  If that is not what you plan to do, please let us know so we can bring up with the Court.
2. We expect any responsiveness review to be done by humans without the assistance of any AI or other automated program.  That is how we will do our reviews.  If that is not how you plan to do your review, and in fact you plan to rely on AI or another automated program either in part or in whole for your responsiveness review, please let us know so we can bring up the dispute with the Court.

Thanks!

Jonathan

**From:** Blaesche, Minoo <mblaesche@jw.com>
**Sent:** Tuesday, July 11, 2023 11:29 AM
**To:** Jonathan Ross <JROSS@SusmanGodfrey.com>; Eve Levin <ELevin@susmangodfrey.com>; Dominion ListserveSusmanGodfrey <dominion@lists.susmangodfrey.com>
**Cc:** Neerman, Jonathan <jneerman@jw.com>; Butzer, Carl <cbutzer@jw.com>; Edwards, John <jedwards@jw.com>; Pickett Shah, Bethany <bpickett@jw.com>; Dickson, Carter <cdickson@jw.com>; Ceckowski, Lauren <lceckowski@jw.com>
**Subject:** RE: Dominion OAN Discovery Meet & Confer

EXTERNAL Email
Jonathan,
Thank you for your time yesterday afternoon during our meet and confer.  As discussed, I wanted to provide you a response to your proposed list of OAN custodians.  We are in agreement to include the following individuals as custodians:

1. Elma Aksalic
2. Shane Althaus
3. Dan Ball
4. Christina Bobb
5. Justin Adam Brown
6. Mike Dinow
7. Peyton Drew
8. Lilia Fifield
9. Emily Finn
10. Marty Golingan
11. Stephanie Hamill
12. Natalie Harp
13. Charles Herring

14. Robert Herring
15. John Hines
16. Patrick Hussion
17. Camryn Kinsey
18. Lindsay Oakley
19. Kristian Rouz
20. Taylor Scott
21. Pearson Sharp
22. Chanel Rion

In addition, we would add Bobby Herring, Caroline Midkiff, and Jennesh Agagas to the above list.

[Thanks for these.  We accept the additional three.  I would note that we still seem light on producers (you added one) and executives (you added two).  We are fine saving those for a second round if necessary but I do want to make clear that we think there may need to be more and will be able to confirm that after the first round of documents are produced.  In addition, there are four proposed custodians from our list that are neither listed above nor discussed by you below.  May we assume that you agree to Dana Cohen, Jack Posobiec, Emerald Robinson, and Sani Unutona as custodians?]

With respect to the following individuals below, we do not agree to include them as custodians.  First, none of them were mentioned in the Complaint (other than Stephanie Myers in error).   Moreover, we do not believe any of them would possess any responsive or unique documents.

1. Acenas, Rachel: She is a news writer and former anchor.  We have no reason to believe she was associated with any of the complained-of broadcasts or that she would possess any responsive or unique documents. [We have reason to believe that she would have documents that relate to the 2020 election and OAN's coverage of it.  We re-urge her inclusion as a custodian]
2. Aronowitz, Micole: Her employment with OAN ended on 5/26/20.  We have no reason to believe she was associated with any of the complained-of broadcasts or that she would possess any responsive or unique documents. [We will drop our request for now, subject to what the documents and other discovery have to say about his potentially having responsive documents]
3. Britton, Allysia: She is a former writer/producer.  We have no reason to believe she was associated with any of the complained-of broadcasts or that she would possess any responsive or unique documents.  [We have reason to believe that she has responsive documents given her abrupt departure after the January 6 riots.

We re-urge her inclusion as a custodian]

4. Burgher, Travis: He is a video editor. We have no reason to believe he was associated with any of the complained-of broadcasts or that he would possess any responsive or unique documents. [We will drop our request for now, subject to what the documents and other discovery have to say about his potentially having responsive documents]

5. Fadhley, Sal: He is not (nor has ever been) an employee of OAN. [Based on this representation we will drop our request]

6. Lara-Risco, Frank: He is a news writer. We have no reason to believe he was associated with any of the complained-of broadcasts or that he would possess any responsive or unique documents. [We will drop our request for now, subject to what the documents and other discovery have to say about his potentially having responsive documents]

7. McCoven, Eddie: He is a former writer/producer who left OAN in March 2020. We have no reason to believe he was associated with any of the complained-of broadcasts or that he would possess any responsive or unique documents. [We will drop our request for now if you can re-confirm that he left in March 2020 (our information is that he left in 2021), and subject to what the documents and other discovery have to say about his potentially having responsive documents]

8. Miller, Trey: He performed only technical duties. We have no reason to believe he was associated with any of the complained-of broadcasts or that he would possess any responsive or unique documents. [Our understanding is that he did marketing and advertising, hence the request. We are ok with dropping him if you propose the relevant executives in those areas. Perhaps Derek Blashinsky, who we think was the Senior VP for Programmatic Advertising would be one replacement]

9. Myers, Stephanie: She is mistakenly named in the Complaint. Emily Finn was anchoring on the day of the relevant broadcast. Myers was not involved in editing or writing any of the relevant broadcasts either. We have no reason to believe she was associated with any of the complained-of broadcasts or that she would possess any responsive or unique documents. [I understand your point, but it was her show and hence she is likely to have responsive documents. We re-urge her inclusion as a custodian]

10. Shippen, Olivia: She is a current *In Focus* producer who was not hired until late January 2021, which is after all complained-of statements pertaining to the show were aired. [She was hired to work on an accused show well within the timeframe of the defamatory statements on all the OAN shows and islikely to have responsive documents. We re-urge her inclusion as a custodian]

11. <u>Tinsley, Taylor</u>: She is currently a producer, but was an intern/writer between June 2020 and June 2021.  We have no reason to believe she was associated with any of the complained-of broadcasts or that she would possess any responsive or unique documents. [She was a producer towards the tail-end of the defamatory comments and her being an intern/writer does not mean she would not have responsive documents.  We re-urge her inclusion as a custodian]

12. <u>Wolk, Jezzamine</u>: She was hired in February 2021 for *In Focus*, which is after all complained-of statements pertaining to the show were aired.  [She was in place on an accused show well within the time period of many of the OAN defamatory statements.  We re-urge her inclusion as a custodian]

Please let us know if you'd like to discuss further.  [Happy to get on a call, or continue trading emails.  Whatever works for you]

Best,
Minoo


**Minoo Blaesche** | Partner
2323 Ross Avenue, Suite 600 | Dallas, TX | 75201
V: (214) 953-6160 | F: (214) 661-6800 | mblaesche@jw.com
<image001.jpg>

---

**From:** Jonathan Ross <JROSS@SusmanGodfrey.com>
**Sent:** Thursday, July 6, 2023 7:55 PM
**To:** Butzer, Carl <cbutzer@jw.com>; Neerman, Jonathan <jneerman@jw.com>; Edwards, John <jedwards@jw.com>; Pickett Shah, Bethany <bpickett@jw.com>; Dickson, Carter <cdickson@jw.com>
**Cc:** Dominion ListserveSusmanGodfrey <dominion@lists.susmangodfrey.com>; Eve Levin <ELevin@susmangodfrey.com>
**Subject:** Dominion OAN Discovery Meet & Confer

**\*\*RECEIVED FROM EXTERNAL SENDER – USE CAUTION\*\***

Counsel:

Thanks for your letter today raising issues with some of our responses/objections to your request for production.  We agree that a meet and confer is appropriate, both on the issues you raise as well as

issues that we have with your objections and responses to our requests for production (generally on date ranges and the category of documents that you may be refusing to search for and produce at all).

We are generally available Monday and Tuesday of next week to confer on all of these issues. What time works for you?

As part of the meet and confer, let's discuss the attached proposed protective order, which is generally the order that Judge Nichols entered in the individual defendant cases Dominion has before him. I also attach Dominion's first request for custodians, which I would like to discuss at the meet and confer. We expect to have search terms to you sometime next week.

Jonathan
<36912795_2_2023-07-21 Agreed To OAN Custodians (Dominion).pdf>

---

This e-mail contains communication that may constitute attorney/client privileged information and/or attorney work product. If you received this message in error, please notify the sender and delete it immediately.

To unsubscribe from the DOMINION list, click here