# Exhibit 14



Jonathan D. Neerman<br>
(214) 953-5664 (Direct Dial)<br>
(214) 661-6899 (Direct Fax)<br>
jneerman@jw.com

October 2, 2023

**By E-Mail**

Jonathan Ross
Susman Godfrey L.L.P.
1000 Louisiana St., Suite 5100
Houston, Texas 77002

      Re:    *US Dominion, Inc., et al. v. Herring Networks, Inc., et al.*, Case No. 1:21-cv-02130-CJN (D.D.C.)

Dear Jonathan,

    I write as a follow-up to our correspondence dated September 15, 2023, and our meet and confer calls on September 15 and September 26, 2023. This letter clarifies our position relating to Dominion's proposed search chains, request for hit count reports, and responsiveness review protocol.

    You proposed 210 search chains that we are to run against the data of the 35 agreed-to OAN custodians. We had agreed to 180[1] of them in August based on our right to conduct a responsiveness review consistent with the Federal Rules. Instead, Dominion disagreed that a responsiveness review was appropriate, and Dominion insisted that it was entitled to hit count reports for those search chains following the responsiveness review. The Federal Rules do not require that approach, and the Herring Parties will not agree to Dominion's proposed use of hit count reports as a weapon to evaluate the quality of the responsiveness review. In our most recent call, you advised once again that Dominion seeks to reserve its right to insist on these post-responsiveness-review reports. Indeed, Dominion's position on hit counts was confirmed in writing with Dominion's proposed draft discovery stipulation circulated on September 27.

    Dominion has rejected the terms under which the Herring Parties would agree to 180 of the proposed search chains, and the parties are at an impasse on the overall approach for Dominion's proposed search chains. It is clear we will need the Court's involvement to resolve this dispute. We thus do not have an agreement on any of Dominion's 210 proposed search chains.

    Still, the Herring Parties will begin producing documents shortly. The documents will include non-custodial documents that do not need search chains. The documents will also include ESI that the Herring Parties believe is responsive to Dominion's requests for production.

---

[1] This 180 is actually 2,163 separate search queries when broken down to their searchable components.

October 2, 2023
Page 2

_____

Sincerely,

*Jonathan Neerman*

Jonathan D. Neerman

JDN: