# Exhibit 15

**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE**

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION, | ) ) ) ) |
| | ) C.A. No.: N21C-03-257 EMD |
| Plaintiffs, | ) ) |
| v. | ) ) |
| FOX NEWS NETWORK, LLC, | ) ) |
| Defendant. | ) ) |

**ORDER DENYING FOX NEWS NETWORK, LLC'S NOTICE OF EXCEPTION TO THE SPECIAL MASTER'S AUGUST 19, 2022 ORDER CONCERNING TEXT MESSAGE REVIEW & PRODUCTION**

**UPON CONSIDERATION** of Fox News Network, LLC's Notice of Exception to the

Special Master's August 19, 2022 Order Concerning Text Message Review & Production (the

"Exception")[1] filed by Defendant Fox News Network, LLC ("Fox") on September 1, 2022;

Dominion's Opposition to Fox News Network, LLC's Notice of Exception to the Special

Master's August 19, 2022 Order Concerning Text Message Review & Production (the

"Opposition")[2] filed by Plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc. and

Dominion Voting Systems Corporation (collectively, "Dominion") on September 12, 2022; the

Letter, dated September 14, 2022, from Katharine L. Mowery, Esq., to the Honorable Eric M.

Davis;[3] the Non-Stipulated Order of the Special Master Concerning Text Message Review &

Production (the "August 19 Order")[4] issued by Special Master John A. Elzufon (the "Special

Master") docketed on August 24, 2022; the Appendix to the Exception, including the transcript

---

[1] D.I. No. 519.
[2] D.I. No. 545.
[3] D.I. No. 563.
[4] D.I. No. 506.

of the hearing held by the Special Master on August 17, 2022 (the "Hearing");[5] a *de novo* review of the record in this civil action as it relates to the August 19 Order; and the Court having determined that no hearing is necessary on the Exception and the Opposition,

**IT IS FOUND AND DETERMINED** that the Special Master (i) did not misapply Civil Rule 26(b)(1); and (ii) properly exercised his discretion when ruling on the arguments of Fox and Dominion and arriving at the decisions and processes set out in the August 19 Order.

**IT IS FURTHER FOUND AND DETERMINED** that, as set out by the Special Master at the Hearing, Paragraph 3 of the August 19 Order provides for timely production while still allowing for a review (*e.g.*, a review of privilege and a review to allow for the redaction of certain unresponsive information) of the text messages prior to production.

**IT IS FURTHER FOUND AND DETERMINED** that the process set out in Paragraph 1 of the August 19 Order involves a sophisticated system of search terms, custodians and relevant time frames unlike the cases cited by Fox in the Exception.  This sophisticated system does not inappropriately "conflate" responsiveness and relevance.  This is especially true given that relevant information includes items that have any tendency to make a fact more or less probable than it would be with the information.

**IT IS FURTHER FOUND AND DETERMINED** that the August 19 Order is not clearly erroneous, is not contrary to law, or an abuse of discretion.

**IT IS HEREBY ORDERED** that the Exception is **OVERRULED.**

---

[5] Exception, App. (Part III) at Ex. 5.

**IT IS HEREBY FURTHER ORDERED** that the August 19 Order, including its

recommendation, is **ADOPTED** by the Court.

**IT IS SO ORDERED**

September 22, 2022
Wilmington, Delaware

*/s/ Eric M. Davis*
Eric M. Davis, Judge

cc:     File&ServeXpress