# Exhibit 18

**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE**

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>FOX NEWS NETWORK, LLC,<br><br>    Defendant. | C.A. No. N21C-03-257 EMD<br><br>JURY TRIAL OF TWELVE DEMANDED |

## ORDER OF THE SPECIAL MASTER AS TO FOX NEWS NETWORK'S TEXT MESSAGE PRODUCTION

Having heard the parties' positions and reviewed the parties' submissions, the Special Master concludes that, in addition to the assurances Counsel for Fox News Network ("FNN") made on the record at the July 27, 2022 hearing, the protocol for text messages shall be as follows:

1.  For all text messages, FNN shall run all search terms provided as of today's date across each one day, 24-hour, time period from September 1, 2020 through April 31, 2021. For any responsive messages identified in the search results, FNN shall produce the entire one day, 24-hour thread (subject to agreements the parties have made regarding "highly personal information", and the need in some circumstances for additional context). For the avoidance of doubt,

1

this Order requires FNN to run Dominion's first and proposed second round search terms across the text messages.

2. This Order is without prejudice for Dominion seeking further relief as to text messages and is without prejudice for FNN to object. All parties reserve all rights.

SO ORDERED on this 28th day of July, 2022.

Special Master John A. Elzufon