# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>　　*Plaintiffs,*<br><br>　　v.<br><br>SIDNEY POWELL, SIDNEY POWELL, P.C., and DEFENDING THE REPUBLIC, INC.,<br><br>　　*Defendants.* | )<br>)<br>)<br>)<br>)　No. 1:21-cv-00040 (CJN)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO WITHDRAW MOTION FOR PARTIAL STAY AND PROTECTIVE ORDER

Defendants Sidney Powell and Sidney Powell, P.C. withdraw their motion for a partial stay and protective order (ECF-103) as the motion is moot.

Dated: October 24, 2023          **KENNEDYS CMK LLP**

　　　　　　　　　　　　　　　　By: */s Joshua A. Mooney*

　　　　　　　　　　　　　　　　Joshua A. Mooney DC Bar No. 471866
　　　　　　　　　　　　　　　　1600 Market Street, Suite 1410
　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　Tel: 267-479-6700
　　　　　　　　　　　　　　　Joshua.Mooney@kennedyslaw.com

　　　　　　　　　　　　　　　　Marc Casarino, pro hac vice
　　　　　　　　　　　　　　　　919 N. Market Street, Suite 1550
　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　Tel: 302-308-6647
　　　　　　　　　　　　　　　Email: marc.casarino@kennedyslaw.com

　　　　　　　　　　　　　　　　Michael J. Tricarico, pro hac vice
　　　　　　　　　　　　　　　　570 Lexington Avenue, 8th Floor
　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　Tel: (646) 625-3952
　　　　　　　　　　　　　　　Email: Michael.tricarico@kennedyslaw.com

　　　　　　　　　　　　　　　　*Attorneys for Defendants Sidney Powell and Sidney Powell, PC*