## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>   *Plaintiffs,*<br><br>   v.<br><br>SIDNEY POWELL, SIDNEY POWELL, P.C., and DEFENDING THE REPUBLIC, INC.,<br><br>   *Defendants.* | No. 1:21-cv-00040 (CJN) |

## **[PROPOSED] ORDER**

**UPON CONSIDERATION** of the Powell Defendants' motion to withdraw their motion for a partial stay and protective order, and for good cause shown, it is hereby:

**ORDERED** that Defendants' motion is **GRANTED**; and it is further

**SO ORDERED**.

SIGNED:

_____    _____
Date                      Hon. Carl J. Nichols
                           United States District Judge