## CERTIFICATION OF SERVICE

I hereby certify on October 24, 2023, I caused to have electronically filed the foregoing Motion to Withdraw Motion for Partial Stay and Protective Order (ECF-103), with a proposed order, with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel of record for the parties.

/s/ Joshua A. Mooney_____

Joshua A. Mooney