**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| US DOMINION, INC., et al.,<br><br>          *Plaintiffs/Counter-Defendants*,<br><br>    v.<br><br>SIDNEY POWELL, et al.,<br><br>          *Defendants/Counter-Plaintiffs*. | Civil Action No. 1:21-cv-00040 (CJN) |
| US DOMINION, INC., et al.,<br>          *Plaintiffs*,<br><br>    v.<br><br>RUDOLPH W. GIULIANI,<br>          *Defendant*. | Civil Action No. 1:21-cv-00213 (CJN) |
| US DOMINION, INC., et al.,<br>          *Plaintiffs/Counter-Defendants*,<br>    v.<br><br>MY PILLOW, INC., et al.,<br>          *Defendants/ Counter- and Third-<br>          Party Plaintiffs*,<br>    v.<br><br>SMARTMATIC USA CORP., et al.,<br>          *Third-Party Defendants.* | Civil Action No. 1:21-cv-00445 (CJN) |

US DOMINION, INC., et al.,
           *Plaintiffs*,

      v.

PATRICK BYRNE,

           *Defendant*.

Civil Action No. 1:21-cv-02131 (CJN)

US DOMINION, INC., *et al.,*

           *Plaintiffs/Counter-Defendants*,

      v.

HERRING NETWORKS, INC. *et al.,*

           *Defendants/ Counter- and
           Third-Party Plaintiffs*,

      v.

AT&T SERVICES, *et al.,*

           *Third-Party Defendants.*

Civil Action No. 1:21-cv-02130 (CJN)

## JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTIONS REGARDING PROPOSED DEPOSITION PROTOCOL

At the September 21, 2023 telephonic hearing in the above matters, the Court directed the parties to confer regarding depositions and submit any motions directed to the issue by November 1, 2023.  *See* Lindell, No. 1:21-cv-0445, Dkt. 9/21/23 Minute Entry.

The parties have met and have endeavored to resolve as many questions as possible by agreement and reduce any remaining points of dispute concerning the conduct of depositions.  Due to the complexities of coordinating the length, amount, and other details of depositions across the cases, the parties remain in active discussions about a potential deposition protocol and believe

that a one-week extension until November 8, 2023 would enable the parties to reduce their disputes and facilitate fulsome briefing on the parties' competing proposals, to the extent disputes remain.

Therefore, Plaintiffs U.S. Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation and Defendants Michael Lindell, My Pillow, Inc., Sidney Powell, Sidney Powell, P.C., Defending the Republic, Inc., Rudolph Giuliani, Patrick Byrne, Herring Networks d/b/a One America News Network, Charles Herring, Robert Herring, Sr., Chanel Rion, and Christina Bobb (collectively, "the parties") jointly move for a one-week extension of the deadline to file motions concerning depositions, moving the deadline from November 1, 2023 to November 8, 2023.  This is the parties' first request for an extension of this deadline, good cause exists to move the deadline, and all parties join in the motion.

## DISCUSSION

The parties have met and conferred about depositions as directed by the Court.    On October 9, 2023, Dominion recirculated the deposition protocol that it circulated on September 13, 2023 and invited a conference.    On October 16, OAN circulated a counterproposal on the deposition protocol.  The parties met on October 18.  On October 19, Dominion circulated its edits to OAN's counterproposal.  On October 20, Dominion proposed a second conference, and OAN suggested October 24.  The parties agreed and met on that date.  On October 23, prior to the conference, Byrne circulated a proposed additional provision.  On October 26, after the parties' conference and taking into account the Defendants' oral comments, Dominion circulated additional edits to its latest draft.  Discussions remain ongoing.

Pursuant to Paragraph 9 of this Court's Standing Order, this motion represents the moving parties' first request for an extension of time to file a motion addressing depositions in response to the Court's September 21, 2023 order.  Good cause exists to grant the motion, as the parties'

discussions about depositions have been fruitful and are ongoing, and granting the motion will enable the parties to narrow their disputes, develop fulsome briefing, and thus further the efficient, just, and speedy administration of depositions across the cases.  *See* Fed. R. Civ. P. 1, 26, 29.

The original deadline to file motions is November 1, 2023.  The proposed new deadline is November 8, 2023, and the parties respectfully submit that the Court order that any responses be filed by November 15, 2023.  All parties join in this motion.  No other deadlines in this case will be affected by the requested extension.  The undersigned submit that they are authorized to submit this agreed proposed order for the Court's entry by consent of all parties.

## CONCLUSION

For the foregoing reasons, the moving parties respectfully request that the Court enter an order extending the parties' time to file motions directed to their proposed deposition protocol(s) from November 1, 2023 to November 8, 2023, with responses to the motions due November 15, 2023.  A proposed order is attached.

Dated: October 27, 2023

Respectfully submitted,

By: */s/ Laranda Walker*
Laranda Walker (D.C. Bar No. TX0028)
Mary K. Sammons (D.C. Bar No. TX0030)
Jonathan Ross (D.C. Bar No. TX0027)
Elizabeth Hadaway (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-6666
lwalker@susmangodfrey.com
ksammons@susmangodfrey.com
jross@susmangodfrey.com
ehadaway@susmangodfrey.com

Stephen Shackelford, Jr.

(D.C. Bar No. NY0443)
Eve Levin (D.C. Bar No. 1672808)
Mark Hatch-Miller (*Admitted pro hac vice*)
Christina Dieckmann (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019
Tel: (212) 336-8330
sshackelford@susmangodfrey.com
elevin@susmangodfrey.com
mhatch-miller@susmangodfrey.com
cdieckmann@susmangodfrey.com

Davida Brook (D.C. Bar No. CA00117)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
dbrook@susmangodfrey.com

Edgar Sargent (*Admitted pro hac vice*)
Katherine Peaslee (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 516-3880
esargent@susmangodfrey.com
kpeaslee@susmangodfrey.com

Thomas A. Clare, P.C. (D.C. Bar No. 461964)
**CLARE LOCKE LLP**
10 Prince Street
Alexandria, VA 22314
Tel: (202) 628-7400
tom@clarelocke.com

*Attorneys for Plaintiffs/Counter-Defendants*

## CERTIFICATE OF SERVICE

I, Elizabeth B. Hadaway, hereby certify that on October 27, 2023, true and correct copies of the foregoing document were served via the ECF filing system in *US Dominion, Inc., et al. v. Powell, et al.,* No. 1:21-cv-000040 (CJN), which I understand to serve on all counsel of record in that matter.  I have served via email on counsel of record for every party in *US Dominion, et al. v. Giuliani, No.* 1:21-cv-00213 (CJN)*, US Dominion, et al. v. My Pillow, Inc., et al.,* No. 1:21-cv-00445 *(CJN)*, *US Dominion, et al. v. Patrick Byrne* No. 1:21-cv-02131 (CJN*)*, and *US Dominion, et al. v. Herring Networks, Inc., et al.,* No. 1:21-cv-02130 (CJN)*.

*/s/ Elizabeth B. Hadaway*
Elizabeth B. Hadaway (*pro hac vice*)
**SUSMAN GODFREY LLP**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
(713) 651-9366
ehadaway@susmangodfrey.com