**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| US DOMINION, INC., et al.,<br><br>　　　*Plaintiffs/Counter-Defendants*,<br><br>　v.<br><br>SIDNEY POWELL, et al.,<br><br>　　　*Defendants/Counter-Plaintiffs*. | Civil Action No. 1:21-cv-00040 (CJN) |
| US DOMINION, INC., et al.,<br><br>　　　*Plaintiffs*,<br><br>　v.<br><br>RUDOLPH W. GIULIANI,<br><br>　　　*Defendant*. | Civil Action No. 1:21-cv-00213 (CJN) |
| US DOMINION, INC., et al.,<br><br>　　　*Plaintiffs/Counter-Defendants*,<br><br>　v.<br><br>MY PILLOW, INC., et al.,<br><br>　　　*Defendants/ Counter- and Third-Party Plaintiffs*,<br><br>　v.<br><br>SMARTMATIC USA CORP., et al.,<br><br>　　　*Third-Party Defendants*. | Civil Action No. 1:21-cv-00445 (CJN) |

| | |
|---|---|
| US DOMINION, INC., et al.,<br>　　*Plaintiffs*,<br><br>　　v.<br><br>PATRICK BYRNE,<br><br>　　*Defendant*. | Civil Action No. 1:21-cv-02131 (CJN) |
| US DOMINION, INC., *et al.*,<br>　　*Plaintiffs/Counter-Defendants*,<br><br>　　v.<br><br>HERRING NETWORKS, INC. *et al.*,<br>　　*Defendants/ Counter- and*<br>　　*Third-Party Plaintiffs*,<br><br>　　v.<br><br>AT&T SERVICES, *et al.*,<br>　　*Third-Party Defendants*. | Civil Action No. 1:21-cv-02130 (CJN) |

**[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE MOTIONS REGARDING PROPOSED DEPOSITION PROTOCOL**

Upon consideration of the parties' joint Motion for Extension of Time to File Motions Regarding Proposed Deposition Protocol and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED**.

It is **ORDERED** that the deadline to file motions regarding depositions as ordered by the Court on September 21, 2023 is moved from November 1, 2023 to **November 8, 2023**.

It is **ORDERED** that the deadline for the parties to file any responses to said motions is **November 15, 2023**.

2

**It is SO ORDERED.**

Signed this ___ day of October, 2023.

                                                                                           _____
                                                                                           Judge Carl J. Nichols
                                                                                           United States District Judge