**EXHIBIT B**

| | |
|---|---|
| **From:** | Daniel S. Marvin |
| **Sent:** | Friday, October 20, 2023 2:20 PM |
| **To:** | Elizabeth Hadaway; Neerman, Jonathan; Carry, Alfred |
| **Cc:** | Jonathan Ross; Laranda Walker; oliver@parkerdk.com; Andrew Parker; Shah, Bethany; Cody Blades; Butzer, Carl; Babcock, Chip; Vitale, Christina; Christopher Grecian; David C. Tobin; Myers, David; wright@parkerdk.com; gsinger@laurosinger.com; Jill Thorvig; Glover, Joel; jlauro@laurosinger.com; Edwards, John; Joe Pull; sibley@camarasibley.com; Joshua A. Mooney; Lori Johnson; marc@coburngreenbaum.com; Marc Casarino; Blaesche, Minoo; Hamilton, Nancy; greene@parkerdk.com; Driscoll, Robert; Roxanne A. Russell; Teresa M. Cinnamond; Dominion ListserveSusmanGodfrey; Aston, Adam |
| **Subject:** | RE: Dominion - DC - Discovery Stipulation Next Steps |

Elizabeth,

Please note that the only name to be included on the "list of agreed custodians" (Exhibit 3) for Sidney Powell, PC is Sidney Powell.

Dan

---

**From:** Elizabeth Hadaway <EHadaway@susmangodfrey.com>
**Sent:** Friday, October 20, 2023 2:10 PM
**To:** Neerman, Jonathan <jneerman@jw.com>; Carry, Alfred <acarry@mcglinchey.com>
**Cc:** Jonathan Ross <JROSS@SusmanGodfrey.com>; Laranda Walker <LWalker@susmangodfrey.com>; oliver@parkerdk.com; Andrew Parker <Parker@parkerdk.com>; Shah, Bethany <bpickett@jw.com>; Cody Blades <Blades@parkerdk.com>; Butzer, Carl <cbutzer@jw.com>; Babcock, Chip <cbabcock@jw.com>; Vitale, Christina <cvitale@jw.com>; Christopher Grecian <Grecian@parkerdk.com>; Daniel S. Marvin <Daniel.Marvin@kennedyslaw.com>; David C. Tobin <dctobin@tobinoconnor.com>; Myers, David <dmyers@jw.com>; wright@parkerdk.com; gsinger@laurosinger.com; Jill Thorvig <Thorvig@parkerdk.com>; Glover, Joel <jglover@jw.com>; jlauro@laurosinger.com; Edwards, John <jedwards@jw.com>; Joe Pull <Pull@parkerdk.com>; sibley@camarasibley.com; Joshua A. Mooney <Joshua.Mooney@kennedyslaw.com>; Lori Johnson <Johnson@parkerdk.com>; marc@coburngreenbaum.com; Marc Casarino <Marc.Casarino@kennedyslaw.com>; Blaesche, Minoo <mblaesche@jw.com>; Hamilton, Nancy <nhamilton@jw.com>; greene@parkerdk.com; Driscoll, Robert <rdriscoll@mcglinchey.com>; Roxanne A. Russell <Russell@parkerdk.com>; Teresa M. Cinnamond <Teresa.Cinnamond@kennedyslaw.com>; Dominion ListserveSusmanGodfrey <dominion@lists.susmangodfrey.com>; Aston, Adam <aaston@jw.com>
**Subject:** RE: Dominion - DC - Discovery Stipulation Next Steps

Jonathan Neerman and Defendants,

Attached are what I believe to be the parties' agreed final Exhibit 1 (ESI) and Exhibit 2 (Expert).

To double check these versions, I ran a compare of our version of Exhibit 1 (ESI) and Exhibit 2 (Expert) against the latest versions of each exhibit that I saw had

been circulated. For reference, I have attached the email thread with Jonathan Neerman's and Alfred's agreement on Exhibit 2 (Expert). But please also double check on your end and let me know if these versions are not right in any way.

We await your final on Exhibit 3 (Custodians). Dominion's Exhibits 4 (Topics), 5 (Applications), and 6 (Agreed Search Terms) are not in your draft, but I'll circulate a courtesy final before we file.

Thanks,

**Elizabeth Hadaway | Susman Godfrey LLP**
o.  713.653.7856  **|**  c.  512.431.7965
ehadaway@susmangodfrey.com
1000 Louisiana St. | Suite 5100 | Houston, Texas 77002
HOUSTON  •  LOS ANGELES  •  SEATTLE  •  NEW YORK

---

**From:** Elizabeth Hadaway
**Sent:** Friday, October 20, 2023 12:34 PM
**To:** Neerman, Jonathan <jneerman@jw.com>; Carry, Alfred <acarry@mcglinchey.com>
**Cc:** Jonathan Ross <JROSS@SusmanGodfrey.com>; Laranda Walker <LWalker@susmangodfrey.com>; oliver@parkerdk.com; Andrew Parker <Parker@parkerdk.com>; Shah, Bethany <bpickett@jw.com>; Cody Blades <Blades@parkerdk.com>; Butzer, Carl <cbutzer@jw.com>; Babcock, Chip <cbabcock@jw.com>; Vitale, Christina <cvitale@jw.com>; Christopher Grecian <Grecian@parkerdk.com>; Daniel S. Marvin <Daniel.Marvin@kennedyslaw.com>; David C. Tobin <dctobin@tobinoconnor.com>; Myers, David <dmyers@jw.com>; wright@parkerdk.com; gsinger@laurosinger.com; Jill Thorvig <Thorvig@parkerdk.com>; Glover, Joel <jglover@jw.com>; jlauro@laurosinger.com; Edwards, John <jedwards@jw.com>; Joe Pull <Pull@parkerdk.com>; sibley@camarasibley.com; Joshua A. Mooney <Joshua.Mooney@kennedyslaw.com>; Lori Johnson <Johnson@parkerdk.com>; marc@coburngreenbaum.com; Marc Casarino <Marc.Casarino@kennedyslaw.com>; Blaesche, Minoo <mblaesche@jw.com>; Hamilton, Nancy <nhamilton@jw.com>; greene@parkerdk.com; Driscoll, Robert <rdriscoll@mcglinchey.com>; Roxanne A. Russell <Russell@parkerdk.com>; Teresa.Cinnamond@kennedyslaw.com; Dominion ListserveSusmanGodfrey <dominion@lists.susmangodfrey.com>; Aston, Adam <aaston@jw.com>
**Subject:** RE: Dominion - DC - Discovery Stipulation Next Steps

Jonathan Neerman,

Thank you and noted. Attached please find what I believe to be the final version of Dominion's proposed discovery stipulation, in clean and redline to my prior draft (nits to disputed sections or provisions, one nit to the introduction (ok?), and one comment bubble on 8(a) that I think should be acceptable).

For the avoidance of doubt, I'll double check the Ex. 1 ESI protocol you circulated, as well as the last draft of the Ex. 2 expert protocol and revert to confirm what we believe are "undisputed" exhibits. I don't think I've seen your colleague's

transmission of Ex. 3 custodians (but remain hopeful that you all are in agreement with us there, so we'll have another undisputed exhibit). Let us know.

Thank you,

**Elizabeth Hadaway | Susman Godfrey LLP**
o.  713.653.7856  |  c.  512.431.7965
ehadaway@susmangodfrey.com
1000 Louisiana St. | Suite 5100 | Houston, Texas 77002
**HOUSTON  •  LOS ANGELES  •  SEATTLE  •  NEW YORK**

---

**From:** Neerman, Jonathan <jneerman@jw.com>
**Sent:** Friday, October 20, 2023 11:12 AM
**To:** Carry, Alfred <acarry@mcglinchey.com>; Elizabeth Hadaway <EHadaway@susmangodfrey.com>
**Cc:** Jonathan Ross <JROSS@SusmanGodfrey.com>; Laranda Walker <LWalker@susmangodfrey.com>; oliver@parkerdk.com; Andrew Parker <Parker@parkerdk.com>; Shah, Bethany <bpickett@jw.com>; Cody Blades <Blades@parkerdk.com>; Butzer, Carl <cbutzer@jw.com>; Babcock, Chip <cbabcock@jw.com>; Vitale, Christina <cvitale@jw.com>; Christopher Grecian <Grecian@parkerdk.com>; Daniel S. Marvin <Daniel.Marvin@kennedyslaw.com>; David C. Tobin <dctobin@tobinoconnor.com>; Myers, David <dmyers@jw.com>; wright@parkerdk.com; gsinger@laurosinger.com; Jill Thorvig <Thorvig@parkerdk.com>; Glover, Joel <jglover@jw.com>; jlauro@laurosinger.com; Edwards, John <jedwards@jw.com>; Joe Pull <Pull@parkerdk.com>; sibley@camarasibley.com; Joshua A. Mooney <Joshua.Mooney@kennedyslaw.com>; Lori Johnson <Johnson@parkerdk.com>; marc@coburngreenbaum.com; Marc Casarino <Marc.Casarino@kennedyslaw.com>; Blaesche, Minoo <mblaesche@jw.com>; Hamilton, Nancy <nhamilton@jw.com>; greene@parkerdk.com; Driscoll, Robert <rdriscoll@mcglinchey.com>; Roxanne A. Russell <Russell@parkerdk.com>; Teresa.Cinnamond@kennedyslaw.com; Dominion ListserveSusmanGodfrey <dominion@lists.susmangodfrey.com>; Aston, Adam <aaston@jw.com>
**Subject:** RE: Dominion - DC - Discovery Stipulation Next Steps

EXTERNAL Email

Elizabeth,

I am attaching what I believe to be the final version of Defendants' proposed discovery protocol. I am also including a redline that includes your edits from last night relating to the agreed sections of our competing orders. One of the other Defendants is going to send to you Ex. 3.

Let me know if I am missing anything.

Thanks,
Jonathan


**Jonathan Neerman**
2323 Ross Avenue, Suite 600
Dallas, TX 75201
V: (214) 953-5664 | F: (214) 661-6899 | jneerman@jw.com

**Jackson Walker LLP**

**From:** Carry, Alfred <acarry@mcglinchey.com>
**Sent:** Friday, October 20, 2023 10:50 AM
**To:** Neerman, Jonathan <jneerman@jw.com>; Elizabeth Hadaway <EHadaway@susmangodfrey.com>
**Cc:** Jonathan Ross <JROSS@susmangodfrey.com>; Laranda Walker <LWalker@susmangodfrey.com>; oliver@parkerdk.com; Andrew Parker <Parker@parkerdk.com>; Shah, Bethany <bpickett@jw.com>; Cody Blades <Blades@parkerdk.com>; Butzer, Carl <cbutzer@jw.com>; Babcock, Chip <cbabcock@jw.com>; Vitale, Christina <cvitale@jw.com>; Christopher Grecian <Grecian@parkerdk.com>; Daniel S. Marvin <Daniel.Marvin@kennedyslaw.com>; David C. Tobin <dctobin@tobinoconnor.com>; Myers, David <dmyers@jw.com>; wright@parkerdk.com; gsinger@laurosinger.com; Jill Thorvig <Thorvig@parkerdk.com>; Glover, Joel <jglover@jw.com>; jlauro@laurosinger.com; Edwards, John <jedwards@jw.com>; Joe Pull <Pull@parkerdk.com>; sibley@camarasibley.com; Joshua A. Mooney <Joshua.Mooney@kennedyslaw.com>; Lori Johnson <Johnson@parkerdk.com>; marc@coburngreenbaum.com; Marc Casarino <Marc.Casarino@kennedyslaw.com>; Blaesche, Minoo <mblaesche@jw.com>; Hamilton, Nancy <nhamilton@jw.com>; greene@parkerdk.com; Driscoll, Robert <rdriscoll@mcglinchey.com>; Roxanne A. Russell <Russell@parkerdk.com>; Teresa.Cinnamond@kennedyslaw.com; Dominion ListserveSusmanGodfrey <dominion@lists.susmangodfrey.com>
**Subject:** RE: Dominion - DC - Discovery Stipulation Next Steps

**\*\*RECEIVED FROM EXTERNAL SENDER – USE CAUTION\*\***

That time frame is acceptable for Byrne. Accordingly, Paragraph 3(a) of Defendants' proposed discovery protocol—i.e., the Date Range Section—should now read as follows:

- For Patrick Byrne's custodial documents, noncustodial documents, and ESI, the relevant time period is January 1, 2020 through December 31, 2021, except that the relevant time period is September 1, 2020 through ~~April 30~~ August 31, 2021 for text or other non-email messages.

Thanks,
Alfred

**Alfred D. Carry**
Attorney at Law

acarry@mcglinchey.com
1275 Pennsylvania Avenue NW, Suite 420, Washington, DC 20004
T (202) 802-9951  F (202) 330-5897

**bio** | **vCard** | **mcglinchey.com**

Alabama  California  Florida  Louisiana  Massachusetts  Mississippi  New York
Ohio  Rhode Island  Tennessee  Texas  Washington  Washington, DC




**From:** Neerman, Jonathan <jneerman@jw.com>
**Sent:** Friday, October 20, 2023 10:28 AM
**To:** Elizabeth Hadaway <EHadaway@susmangodfrey.com>
**Cc:** Jonathan Ross <JROSS@susmangodfrey.com>; Laranda Walker <LWalker@susmangodfrey.com>; Carry, Alfred <acarry@mcglinchey.com>; oliver@parkerdk.com; Andrew Parker <Parker@parkerdk.com>; Shah, Bethany

<bpickett@jw.com>; Cody Blades <Blades@parkerdk.com>; Butzer, Carl <cbutzer@jw.com>; Babcock, Chip <cbabcock@jw.com>; Vitale, Christina <cvitale@jw.com>; Christopher Grecian <Grecian@parkerdk.com>; Daniel S. Marvin <Daniel.Marvin@kennedyslaw.com>; David C. Tobin <dctobin@tobinoconnor.com>; Myers, David <dmyers@jw.com>; wright@parkerdk.com; gsinger@laurosinger.com; Jill Thorvig <Thorvig@parkerdk.com>; Glover, Joel <jglover@jw.com>; jlauro@laurosinger.com; Edwards, John <jedwards@jw.com>; Joe Pull <Pull@parkerdk.com>; sibley@camarasibley.com; Joshua A. Mooney <Joshua.Mooney@kennedyslaw.com>; Lori Johnson <Johnson@parkerdk.com>; marc@coburngreenbaum.com; Marc Casarino <Marc.Casarino@kennedyslaw.com>; Blaesche, Minoo <mblaesche@jw.com>; Hamilton, Nancy <nhamilton@jw.com>; greene@parkerdk.com; Driscoll, Robert <rdriscoll@mcglinchey.com>; Roxanne A. Russell <Russell@parkerdk.com>; Teresa.Cinnamond@kennedyslaw.com; Dominion ListserveSusmanGodfrey <dominion@lists.susmangodfrey.com>
**Subject:** Re: Dominion - DC - Discovery Stipulation Next Steps

Thanks, Elizabeth.  Subject to Byrne's agreement, we will make that change

Jonathan Neerman
(214) 953-5664

> On Oct 20, 2023, at 9:12 AM, Elizabeth Hadaway <EHadaway@susmangodfrey.com> wrote:

**\*\*RECEIVED FROM EXTERNAL SENDER – USE CAUTION\*\***

All:

We also just caught two nits in the time period section (Dominion's Section 6):  August 21 should read August 31, per Jonathan Ross's email to Defendants (attached).  Also, the time period proposed for OAN **also applies to Byrne**, due to both complaint's filing in August 2021, with the accused defamatory statements continuing into mid-2021, well past the April 30, 2021 cut off.  Counsel for OAN and Byrne, please be advised of this edit to our proposal (redline below).  This is a disputed provision, so no agreement by email needed.

<image005.png>

Thanks,

**Elizabeth Hadaway | Susman Godfrey LLP**
o.  713.653.7856  |  c.  512.431.7965
ehadaway@susmangodfrey.com
1000 Louisiana St. | Suite 5100 | Houston, Texas 77002
**HOUSTON  •  LOS ANGELES  •  SEATTLE  •  NEW YORK**

**From:** Elizabeth Hadaway
**Sent:** Thursday, October 19, 2023 4:33 PM
**To:** 'Neerman, Jonathan' <jneerman@jw.com>; Jonathan Ross <JROSS@SusmanGodfrey.com>; Laranda Walker <LWalker@susmangodfrey.com>; 'Carry, Alfred' <acarry@mcglinchey.com>;

5

'oliver@parkerdk.com' <oliver@parkerdk.com>; 'Andrew Parker' <Parker@parkerdk.com>; 'Shah, Bethany' <bpickett@jw.com>; 'Cody Blades' <blades@parkerdk.com>; 'Butzer, Carl' <cbutzer@jw.com>; 'Babcock, Chip' <cbabcock@jw.com>; 'Vitale, Christina' <cvitale@jw.com>; 'Christopher Grecian' <grecian@parkerdk.com>; 'Daniel S. Marvin' <Daniel.Marvin@kennedyslaw.com>; 'David C. Tobin' <dctobin@tobinoconnor.com>; 'Myers, David' <dmyers@jw.com>; 'wright@parkerdk.com' <wright@parkerdk.com>; 'gsinger@laurosinger.com' <gsinger@laurosinger.com>; 'Jill Thorvig' <Thorvig@parkerdk.com>; 'Glover, Joel' <jglover@jw.com>; 'jlauro@laurosinger.com' <jlauro@laurosinger.com>; 'Edwards, John' <jedwards@jw.com>; 'Joe Pull' <Pull@parkerdk.com>; 'sibley@camarasibley.com' <sibley@camarasibley.com>; 'Joshua A. Mooney' <Joshua.Mooney@kennedyslaw.com>; 'Lori Johnson' <johnson@parkerdk.com>; 'marc@coburngreenbaum.com' <marc@coburngreenbaum.com>; 'Marc Casarino' <Marc.Casarino@kennedyslaw.com>; 'Blaesche, Minoo' <mblaesche@jw.com>; 'Hamilton, Nancy' <nhamilton@jw.com>; 'greene@parkerdk.com' <greene@parkerdk.com>; 'Driscoll, Robert' <rdriscoll@mcglinchey.com>; 'Roxanne A. Russell' <Russell@parkerdk.com>; 'Teresa.Cinnamond@kennedyslaw.com' <Teresa.Cinnamond@kennedyslaw.com>
**Cc:** 'Dominion ListserveSusmanGodfrey' <DOMINION@lists.susmangodfrey.com>
**Subject:** RE: Dominion - DC - Discovery Stipulation Next Steps

All:

Following on my email below, attached please find Dominion's slightly revised discovery stipulation proposal, with clarifying wordsmithing to what I believe are already disputed sections (3(b), 3(c), 4, 5, 6, 7, 10).

We seek your agreement on our proposed clarifying language to sections 1, 3(a), 8(d), and 9—which are undisputed sections or are undisputed portions of sections.  Please let us know if you agree to the tweaks to those provisions (or any of our other edits to disputed sections, if your position has changed, of course).

Please let me know if you have any questions.

Thank you,

**Elizabeth Hadaway | Susman Godfrey LLP**
o.  713.653.7856  |   c.  512.431.7965
ehadaway@susmangodfrey.com
1000 Louisiana St. | Suite 5100 | Houston, Texas 77002
HOUSTON  •  LOS ANGELES  •  SEATTLE  •  NEW YORK

**From:** Elizabeth Hadaway
**Sent:** Monday, October 16, 2023 9:23 AM
**To:** Neerman, Jonathan <jneerman@jw.com>; Jonathan Ross <JROSS@SusmanGodfrey.com>; Laranda Walker <LWalker@susmangodfrey.com>; Carry, Alfred <acarry@mcglinchey.com>; oliver@parkerdk.com; Andrew Parker <Parker@parkerdk.com>; Shah, Bethany <bpickett@jw.com>;

6

Cody Blades <blades@parkerdk.com>; Butzer, Carl <cbutzer@jw.com>; Babcock, Chip <cbabcock@jw.com>; Vitale, Christina <cvitale@jw.com>; Christopher Grecian <grecian@parkerdk.com>; Daniel S. Marvin <Daniel.Marvin@kennedyslaw.com>; David C. Tobin <dctobin@tobinoconnor.com>; Myers, David <dmyers@jw.com>; wright@parkerdk.com; gsinger@laurosinger.com; Jill Thorvig <Thorvig@parkerdk.com>; Glover, Joel <jglover@jw.com>; jlauro@laurosinger.com; Edwards, John <jedwards@jw.com>; Joe Pull <Pull@parkerdk.com>; sibley@camarasibley.com; Joshua A. Mooney <Joshua.Mooney@kennedyslaw.com>; Lori Johnson <johnson@parkerdk.com>; marc@coburngreenbaum.com; Marc Casarino <Marc.Casarino@kennedyslaw.com>; Blaesche, Minoo <mblaesche@jw.com>; Hamilton, Nancy <nhamilton@jw.com>; greene@parkerdk.com; Driscoll, Robert <rdriscoll@mcglinchey.com>; Roxanne A. Russell <Russell@parkerdk.com>; Teresa.Cinnamond@kennedyslaw.com
**Cc:** Dominion ListserveSusmanGodfrey <DOMINION@lists.susmangodfrey.com>
**Subject:** RE: Dominion - DC - Discovery Stipulation Next Steps

All:

Attached please find Dominion's revised proposed discovery stipulation, clean and redline with comments, to your 10-12-23 draft.

We do not anticipate making any further significant changes though will correct any nits or factual accuracy issues (please review the comment bubbles addressed to you, please).  If we make any further changes to our proposal, we'll send them your way and ask you to do the same. To that end, please confirm that the prior draft you sent is Defendants' final proposal or if you accept any of our changes, please advise.

Thank you,

**Elizabeth Hadaway | Susman Godfrey LLP**
o. 713.653.7856 **|** c. 512.431.7965
ehadaway@susmangodfrey.com
1000 Louisiana St. | Suite 5100 | Houston, Texas 77002
**HOUSTON  •  LOS ANGELES  •  SEATTLE  •  NEW YORK**

---

**From:** Elizabeth Hadaway <EHadaway@susmangodfrey.com>
**Sent:** Friday, October 13, 2023 4:57 PM
**To:** Elizabeth Hadaway <EHadaway@susmangodfrey.com>; Neerman, Jonathan <jneerman@jw.com>; Jonathan Ross <JROSS@SusmanGodfrey.com>; Laranda Walker <LWalker@susmangodfrey.com>; Carry, Alfred <acarry@mcglinchey.com>; oliver@parkerdk.com; Andrew Parker <Parker@parkerdk.com>; Shah, Bethany <bpickett@jw.com>; Cody Blades <blades@parkerdk.com>; Butzer, Carl <cbutzer@jw.com>; Babcock, Chip <cbabcock@jw.com>; Vitale, Christina <cvitale@jw.com>; Christopher Grecian <grecian@parkerdk.com>; Daniel S. Marvin <Daniel.Marvin@kennedyslaw.com>; David C. Tobin <dctobin@tobinoconnor.com>; Myers, David <dmyers@jw.com>; wright@parkerdk.com; gsinger@laurosinger.com; Jill Thorvig <Thorvig@parkerdk.com>; Glover, Joel <jglover@jw.com>; jlauro@laurosinger.com; Edwards, John <jedwards@jw.com>; Joe Pull <Pull@parkerdk.com>; sibley@camarasibley.com; Joshua A. Mooney <Joshua.Mooney@kennedyslaw.com>; Lori Johnson

<johnson@parkerdk.com>; marc@coburngreenbaum.com; Marc Casarino <Marc.Casarino@kennedyslaw.com>; Blaesche, Minoo <mblaesche@jw.com>; Hamilton, Nancy <nhamilton@jw.com>; greene@parkerdk.com; Driscoll, Robert <rdriscoll@mcglinchey.com>; Roxanne A. Russell <Russell@parkerdk.com>; Teresa.Cinnamond@kennedyslaw.com
**Cc:** Dominion ListserveSusmanGodfrey <DOMINION@lists.susmangodfrey.com>
**Subject:** RE: Dominion - DC - Discovery Stipulation Next Steps

Jonathan Neerman and Defendants,

Attached please find our redline to the expert stipulation you circulated yesterday. I accepted your edits and then fixed a drafting conformity issue and a few nits. Please advise if this works and we have an agreed expert stipulation.

Hope all have a good weekend.

Thanks,

**Elizabeth Hadaway | Susman Godfrey LLP**
o.  713.653.7856  |  c.  512.431.7965
ehadaway@susmangodfrey.com
1000 Louisiana St. | Suite 5100 | Houston, Texas 77002
HOUSTON  •  LOS ANGELES  •  SEATTLE  •  NEW YORK

---

**From:** owner-dominion@lists.susmangodfrey.com <owner-dominion@lists.susmangodfrey.com> **On Behalf Of** Elizabeth Hadaway
**Sent:** Friday, October 13, 2023 11:04 AM
**To:** Neerman, Jonathan <jneerman@jw.com>; Jonathan Ross <JROSS@SusmanGodfrey.com>; Laranda Walker <LWalker@susmangodfrey.com>; Carry, Alfred <acarry@mcglinchey.com>; oliver@parkerdk.com; Andrew Parker <Parker@parkerdk.com>; Shah, Bethany <bpickett@jw.com>; Cody Blades <blades@parkerdk.com>; Butzer, Carl <cbutzer@jw.com>; Babcock, Chip <cbabcock@jw.com>; Vitale, Christina <cvitale@jw.com>; Christopher Grecian <grecian@parkerdk.com>; Daniel S. Marvin <Daniel.Marvin@kennedyslaw.com>; David C. Tobin <dctobin@tobinoconnor.com>; Myers, David <dmyers@jw.com>; wright@parkerdk.com; gsinger@laurosinger.com; Jill Thorvig <Thorvig@parkerdk.com>; Glover, Joel <jglover@jw.com>; jlauro@laurosinger.com; Edwards, John <jedwards@jw.com>; Joe Pull <Pull@parkerdk.com>; sibley@camarasibley.com; Joshua A. Mooney <Joshua.Mooney@kennedyslaw.com>; Lori Johnson <johnson@parkerdk.com>; marc@coburngreenbaum.com; Marc Casarino <Marc.Casarino@kennedyslaw.com>; Blaesche, Minoo <mblaesche@jw.com>; Hamilton, Nancy <nhamilton@jw.com>; greene@parkerdk.com; Driscoll, Robert <rdriscoll@mcglinchey.com>; Roxanne A. Russell <Russell@parkerdk.com>; Teresa.Cinnamond@kennedyslaw.com
**Cc:** Dominion ListserveSusmanGodfrey <DOMINION@lists.susmangodfrey.com>
**Subject:** RE: Dominion - DC - Discovery Stipulation Next Steps

EXTERNAL Email

Jonathan,

8

Thank you for circulating. Attached please find our response to your latest draft of the ESI protocol—hopefully the parties are now in agreement, but please let us know if otherwise. On the expert protocol, we are finishing review but think the parties are also likely close to or in agreement. On the custodian exhibit, we have concerns with some of Defendants' edits and so will revert with another round of edits.

Please also note that we will include in our submission the other three exhibits discussed (applications, search terms, and custodial interview topics).

Thank you,

**Elizabeth Hadaway | Susman Godfrey LLP**
o. 713.653.7856 **|** c. 512.431.7965
ehadaway@susmangodfrey.com
1000 Louisiana St. | Suite 5100 | Houston, Texas 77002
**HOUSTON • LOS ANGELES • SEATTLE • NEW YORK**

---

**From:** Neerman, Jonathan <jneerman@jw.com>
**Sent:** Thursday, October 12, 2023 9:35 AM
**To:** Elizabeth Hadaway <EHadaway@susmangodfrey.com>; Jonathan Ross <JROSS@SusmanGodfrey.com>; Laranda Walker <LWalker@susmangodfrey.com>; Carry, Alfred <acarry@mcglinchey.com>; oliver@parkerdk.com; Andrew Parker <Parker@parkerdk.com>; Shah, Bethany <bpickett@jw.com>; Cody Blades <blades@parkerdk.com>; Butzer, Carl <cbutzer@jw.com>; Babcock, Chip <cbabcock@jw.com>; Vitale, Christina <cvitale@jw.com>; Christopher Grecian <grecian@parkerdk.com>; Daniel S. Marvin <Daniel.Marvin@kennedyslaw.com>; David C. Tobin <dctobin@tobinoconnor.com>; Myers, David <dmyers@jw.com>; wright@parkerdk.com; gsinger@laurosinger.com; Jill Thorvig <Thorvig@parkerdk.com>; Glover, Joel <jglover@jw.com>; jlauro@laurosinger.com; Edwards, John <jedwards@jw.com>; Joe Pull <Pull@parkerdk.com>; sibley@camarasibley.com; Joshua A. Mooney <Joshua.Mooney@kennedyslaw.com>; Lori Johnson <johnson@parkerdk.com>; marc@coburngreenbaum.com; Marc Casarino <Marc.Casarino@kennedyslaw.com>; Blaesche, Minoo <mblaesche@jw.com>; Hamilton, Nancy <nhamilton@jw.com>; greene@parkerdk.com; Driscoll, Robert <rdriscoll@mcglinchey.com>; Roxanne A. Russell <Russell@parkerdk.com>; Teresa.Cinnamond@kennedyslaw.com
**Cc:** Dominion ListserveSusmanGodfrey <DOMINION@lists.susmangodfrey.com>
**Subject:** RE: Dominion - DC - Discovery Stipulation Next Steps

EXTERNAL Email
Elizabeth,

I have attached several documents relating to the Discovery Protocol. I believe this includes all comments from the Defendants, but I will let their counsel comment if I am not correct.

The first is a new version of the proposed Discovery Stipulation. You will see that we changed the title to an Order, since we believe the parties are not in agreement on several key parts. We accepted several of your edits and refused others. Please advise to which sections Dominion remains opposed. Please also send to us the competing version you intend on submitting to the Court, assuming that you do not agree to our version. The

The second document is the ESI protocol in redline. I believe we only have a few small issues unresolved. I'm happy to get on a call to discuss with you, since I believe these are the Herring Parties' lone edits. Please also advise what your vendor told you about the use of hash tags.

The third documents is a redline expert stipulation. As with the ESI protocol, a call to discuss any issues may be beneficial to see if we can get a final agreed form.

The last document is the list of custodians red-lined to reflect the various Defendants' positions.

Jonathan

**Jonathan Neerman**
2323 Ross Avenue, Suite 600
Dallas, TX 75201
V: (214) 953-5664 | F: (214) 661-6899 | jneerman@jw.com

<image001.png>

---

**From:** Elizabeth Hadaway <EHadaway@susmangodfrey.com>
**Sent:** Thursday, October 5, 2023 8:40 AM
**To:** Neerman, Jonathan <jneerman@jw.com>; Jonathan Ross <JROSS@SusmanGodfrey.com>; Laranda Walker <LWalker@susmangodfrey.com>; Carry, Alfred <acarry@mcglinchey.com>; oliver@parkerdk.com; Andrew Parker <Parker@parkerdk.com>; Shah, Bethany <bpickett@jw.com>; Cody Blades <blades@parkerdk.com>; Butzer, Carl <cbutzer@jw.com>; Babcock, Chip <cbabcock@jw.com>; Vitale, Christina <cvitale@jw.com>; Christopher Grecian <grecian@parkerdk.com>; Daniel S. Marvin <Daniel.Marvin@kennedyslaw.com>; David C. Tobin <dctobin@tobinoconnor.com>; Myers, David <dmyers@jw.com>; wright@parkerdk.com; gsinger@laurosinger.com; Jill Thorvig <Thorvig@parkerdk.com>; Glover, Joel <jglover@jw.com>; jlauro@laurosinger.com; Edwards, John <jedwards@jw.com>; Joe Pull <Pull@parkerdk.com>; sibley@camarasibley.com; Joshua A. Mooney <Joshua.Mooney@kennedyslaw.com>; Lori Johnson <johnson@parkerdk.com>; marc@coburngreenbaum.com; Marc Casarino <Marc.Casarino@kennedyslaw.com>; Blaesche, Minoo <mblaesche@jw.com>; Hamilton, Nancy <nhamilton@jw.com>; greene@parkerdk.com; Driscoll, Robert <rdriscoll@mcglinchey.com>; Roxanne A. Russell <Russell@parkerdk.com>; Teresa.Cinnamond@kennedyslaw.com

**Cc:** Dominion ListserveSusmanGodfrey <DOMINION@lists.susmangodfrey.com>
**Subject:** RE: Dominion - DC - Discovery Stipulation Next Steps

**\*\*RECEIVED FROM EXTERNAL SENDER – USE CAUTION\*\***

Counsel:

In advance of today's call, attached please find Dominion's responses to Defendants' edits to the stipulation and Exhibit 1 and Exhibit 2. We look forward to speaking with you.

Thanks,

**Elizabeth Hadaway | Susman Godfrey LLP**
o.  713.653.7856  **|**  c.  512.431.7965
ehadaway@susmangodfrey.com
1000 Louisiana St. | Suite 5100 | Houston, Texas 77002
**HOUSTON • LOS ANGELES • SEATTLE • NEW YORK**

---

**From:** Neerman, Jonathan <jneerman@jw.com>
**Sent:** Tuesday, October 3, 2023 1:00 PM
**To:** Jonathan Ross <JROSS@SusmanGodfrey.com>; Laranda Walker <LWalker@susmangodfrey.com>; Carry, Alfred <acarry@mcglinchey.com>; Elizabeth Hadaway <EHadaway@susmangodfrey.com>; oliver@parkerdk.com; Andrew Parker <Parker@parkerdk.com>; Shah, Bethany <bpickett@jw.com>; Cody Blades <blades@parkerdk.com>; Butzer, Carl <cbutzer@jw.com>; Babcock, Chip <cbabcock@jw.com>; Vitale, Christina <cvitale@jw.com>; Christopher Grecian <grecian@parkerdk.com>; Daniel S. Marvin <Daniel.Marvin@kennedyslaw.com>; David C. Tobin <dctobin@tobinoconnor.com>; Myers, David <dmyers@jw.com>; wright@parkerdk.com; gsinger@laurosinger.com; Jill Thorvig <Thorvig@parkerdk.com>; Glover, Joel <jglover@jw.com>; jlauro@laurosinger.com; Edwards, John <jedwards@jw.com>; Joe Pull <Pull@parkerdk.com>; sibley@camarasibley.com; Joshua A. Mooney <Joshua.Mooney@kennedyslaw.com>; Lori Johnson <johnson@parkerdk.com>; marc@coburngreenbaum.com; Marc Casarino <Marc.Casarino@kennedyslaw.com>; Blaesche, Minoo <mblaesche@jw.com>; Hamilton, Nancy <nhamilton@jw.com>; greene@parkerdk.com; Driscoll, Robert <rdriscoll@mcglinchey.com>; Roxanne A. Russell <Russell@parkerdk.com>; Teresa.Cinnamond@kennedyslaw.com
**Cc:** Dominion ListserveSusmanGodfrey <DOMINION@lists.susmangodfrey.com>
**Subject:** RE: Dominion - DC - Discovery Stipulation Next Steps

<mark>EXTERNAL Email</mark>

Jonathan,

Did your proposal below extend to all parties or to all Defendants?

We have attached a revised discovery stipulation that should include collective comments from the various Defendants. This should help expedite our calls this week.

The other two documents are changes from the Herring Parties to the ESI Protocol and the Expert Stipulation. The other Defendants may have changes to these two documents.

Thanks,
Jonathan


**Jonathan Neerman**
2323 Ross Avenue, Suite 600
Dallas, TX 75201
V: (214) 953-5664 | F: (214) 661-6899 | jneerman@jw.com

<image002.png>

---

**From:** Jonathan Ross <JROSS@SusmanGodfrey.com>
**Sent:** Tuesday, October 3, 2023 12:53 PM
**To:** Laranda Walker <LWalker@susmangodfrey.com>; Carry, Alfred <acarry@mcglinchey.com>; Elizabeth Hadaway <EHadaway@susmangodfrey.com>; oliver@parkerdk.com; Andrew Parker <Parker@parkerdk.com>; Shah, Bethany <bpickett@jw.com>; Cody Blades <blades@parkerdk.com>; Butzer, Carl <cbutzer@jw.com>; Babcock, Chip <cbabcock@jw.com>; Vitale, Christina <cvitale@jw.com>; Christopher Grecian <grecian@parkerdk.com>; Daniel S. Marvin <Daniel.Marvin@kennedyslaw.com>; David C. Tobin <dctobin@tobinoconnor.com>; Myers, David <dmyers@jw.com>; wright@parkerdk.com; gsinger@laurosinger.com; Jill Thorvig <Thorvig@parkerdk.com>; Glover, Joel <jglover@jw.com>; jlauro@laurosinger.com; Edwards, John <jedwards@jw.com>; Neerman, Jonathan <jneerman@jw.com>; Joe Pull <Pull@parkerdk.com>; sibley@camarasibley.com; Joshua A. Mooney <Joshua.Mooney@kennedyslaw.com>; Lori Johnson <johnson@parkerdk.com>; marc@coburngreenbaum.com; Marc Casarino <Marc.Casarino@kennedyslaw.com>; Blaesche, Minoo <mblaesche@jw.com>; Hamilton, Nancy <nhamilton@jw.com>; greene@parkerdk.com; Driscoll, Robert <rdriscoll@mcglinchey.com>; Roxanne A. Russell <Russell@parkerdk.com>; Teresa.Cinnamond@kennedyslaw.com
**Cc:** Dominion ListserveSusmanGodfrey <DOMINION@lists.susmangodfrey.com>
**Subject:** RE: Dominion - DC - Discovery Stipulation Next Steps

**\*\*RECEIVED FROM EXTERNAL SENDER – USE CAUTION\*\***

Counsel:

One aspect of our proposal that had not been filled in when we sent it around was the proposed date range for collection of texts from personal devices. Dominion proposes as follows:

For all parties except OAN: 9/1/2020 through 4/30/21

For OAN: 9/1/20 through 8/31/21

The reasoning behind proposing that OAN has a slightly longer date range for collection of its custodians' personal devices is because the accused OAN defamatory statements extend to August 2021.

Thanks.

Jonathan

**From:** owner-dominion@lists.susmangodfrey.com <owner-dominion@lists.susmangodfrey.com> **On Behalf Of** Laranda Walker
**Sent:** Monday, October 2, 2023 6:31 PM
**To:** Carry, Alfred <acarry@mcglinchey.com>; Elizabeth Hadaway <EHadaway@susmangodfrey.com>; oliver@parkerdk.com; Andrew Parker <Parker@parkerdk.com>; Pickett, Bethany <bpickett@jw.com>; Cody Blades <blades@parkerdk.com>; Butzer, Carl <cbutzer@jw.com>; Babcock, Chip <cbabcock@jw.com>; Vitale, Christina <cvitale@jw.com>; Christopher Grecian <grecian@parkerdk.com>; Daniel S. Marvin <Daniel.Marvin@kennedyslaw.com>; David C. Tobin <dctobin@tobinoconnor.com>; Myers, David <dmyers@jw.com>; wright@parkerdk.com; gsinger@laurosinger.com; Jill Thorvig <Thorvig@parkerdk.com>; Glover, Joel <jglover@jw.com>; jlauro@laurosinger.com; Edwards, John <jedwards@jw.com>; Neerman, Jonathan <jneerman@jw.com>; Joe Pull <Pull@parkerdk.com>; sibley@camarasibley.com; Joshua A. Mooney <Joshua.Mooney@kennedyslaw.com>; Lori Johnson <johnson@parkerdk.com>; marc@coburngreenbaum.com; Marc Casarino <Marc.Casarino@kennedyslaw.com>; Blaesche, Minoo <mblaesche@jw.com>; Hamilton, Nancy <nhamilton@jw.com>; greene@parkerdk.com; Driscoll, Robert <rdriscoll@mcglinchey.com>; Roxanne A. Russell <Russell@parkerdk.com>; Teresa.Cinnamond@kennedyslaw.com
**Cc:** Dominion ListserveSusmanGodfrey <DOMINION@lists.susmangodfrey.com>
**Subject:** Re: Dominion - DC - Discovery Stipulation Next Steps

EXTERNAL Email

Alfred--Thanks for your email and proposed edits.

We look forward to speaking with everyone tomorrow. To make our call more efficient, would counsel for the other defendants please send us your comments/redlines as soon as you can?

Regards,
Laranda

**From:** <owner-dominion@lists.susmangodfrey.com> on behalf of "Carry, Alfred" <acarry@mcglinchey.com>
**Date:** Monday, October 2, 2023 at 1:49 AM
**To:** Elizabeth Hadaway <EHadaway@susmangodfrey.com>, "oliver@parkerdk.com" <oliver@parkerdk.com>, Andrew Parker <Parker@parkerdk.com>, "Pickett, Bethany" <bpickett@jw.com>, Cody Blades <blades@parkerdk.com>, "Butzer, Carl" <cbutzer@jw.com>, "Babcock, Chip" <cbabcock@jw.com>, "Vitale, Christina" <cvitale@jw.com>, Christopher Grecian <grecian@parkerdk.com>, "Daniel S. Marvin" <Daniel.Marvin@kennedyslaw.com>, "David C. Tobin" <dctobin@tobinoconnor.com>, "Myers, David" <dmyers@jw.com>, "wright@parkerdk.com" <wright@parkerdk.com>, "gsinger@laurosinger.com" <gsinger@laurosinger.com>, Jill Thorvig <Thorvig@parkerdk.com>, "Glover, Joel" <jglover@jw.com>, "jlauro@laurosinger.com" <jlauro@laurosinger.com>, "Edwards, John" <jedwards@jw.com>, "Neerman, Jonathan" <jneerman@jw.com>, Joe Pull <Pull@parkerdk.com>, "sibley@camarasibley.com" <sibley@camarasibley.com>, "Joshua A. Mooney" <Joshua.Mooney@kennedyslaw.com>, Lori Johnson <johnson@parkerdk.com>, "marc@coburngreenbaum.com" <marc@coburngreenbaum.com>, Marc Casarino

13

<Marc.Casarino@kennedyslaw.com>, "Blaesche, Minoo" <mblaesche@jw.com>, "Hamilton, Nancy" <nhamilton@jw.com>, "greene@parkerdk.com" <greene@parkerdk.com>, "Driscoll, Robert" <rdriscoll@mcglinchey.com>, "Roxanne A. Russell" <Russell@parkerdk.com>, "Teresa.Cinnamond@kennedyslaw.com" <Teresa.Cinnamond@kennedyslaw.com>
**Cc:** Dominion ListserveSusmanGodfrey <DOMINION@lists.susmangodfrey.com>
**Subject:** RE: Dominion - DC - Discovery Stipulation Next Steps

<mark>EXTERNAL Email</mark>
Elizabeth,

Attached are our edits in clean and redline to your proposed documents, which are simultaneously being shared with all other defense counsel. Our edits to the proposed discovery stipulation are more substantive and extensive. Looking forward to discussing with you and others next week.
Alfred

**Alfred D. Carry**
Attorney at Law

acarry@mcglinchey.com
1275 Pennsylvania Avenue NW, Suite 420, Washington, DC 20004
T (202) 802-9951  F (202) 330-5897

**bio** | **vCard** | **mcglinchey.com**

Alabama  California  Florida  Louisiana  Massachusetts  Mississippi  New York
Ohio  Rhode Island  Tennessee  Texas  Washington  Washington, DC

<image003.png>     <image004.png>

**From:** Elizabeth Hadaway <EHadaway@susmangodfrey.com>
**Sent:** Wednesday, September 27, 2023 9:56 AM
**To:** Carry, Alfred <acarry@mcglinchey.com>; oliver@parkerdk.com; Andrew Parker <Parker@parkerdk.com>; Pickett, Bethany <bpickett@jw.com>; Cody Blades <blades@parkerdk.com>; Butzer, Carl <cbutzer@jw.com>; Babcock, Chip <cbabcock@jw.com>; Vitale, Christina <cvitale@jw.com>; Christopher Grecian <grecian@parkerdk.com>; Daniel S. Marvin <Daniel.Marvin@kennedyslaw.com>; Plunkett, Daniel T. <dplunkett@mcglinchey.com>; David C. Tobin <dctobin@tobinoconnor.com>; Myers, David <dmyers@jw.com>; wright@parkerdk.com; gsinger@laurosinger.com; Jill Thorvig <Thorvig@parkerdk.com>; Glover, Joel <jglover@jw.com>; jlauro@laurosinger.com; Edwards, John <jedwards@jw.com>; Neerman, Jonathan <jneerman@jw.com>; Joe Pull <Pull@parkerdk.com>; sibley@camarasibley.com; Joshua A. Mooney <Joshua.Mooney@kennedyslaw.com>; Lori Johnson <johnson@parkerdk.com>; marc@coburngreenbaum.com; Marc Casarino <Marc.Casarino@kennedyslaw.com>; Blaesche, Minoo <mblaesche@jw.com>; Hamilton, Nancy <nhamilton@jw.com>; greene@parkerdk.com; Driscoll, Robert <rdriscoll@mcglinchey.com>; Roxanne A. Russell <Russell@parkerdk.com>; Teresa.Cinnamond@kennedyslaw.com
**Cc:** Dominion ListserveSusmanGodfrey <DOMINION@lists.susmangodfrey.com>
**Subject:** RE: Dominion - DC - Discovery Stipulation Next Steps

Hello all,

Please see attached proposed draft stipulation in Word and exhibits for your review. We invite redlines and comments by EOD Friday.

Please note the ESI protocol reflects Dominion's proposed priv log exclusions and the expert stipulation reflects an addition of paragraph 12 that Byrne's counsel proposed separately that we are comfortable with adding. You will also see a few notes for counsel in highlighting.

Should you have any questions please let us know, and we look forward to meeting with defendants next week and will revert with proposed days and times shortly.

Thank you,

**Elizabeth Hadaway | Susman Godfrey LLP**
o. 713.653.7856 | c. 512.431.7965
ehadaway@susmangodfrey.com
1000 Louisiana St. | Suite 5100 | Houston, Texas 77002
HOUSTON • LOS ANGELES • SEATTLE • NEW YORK

---

**From:** Elizabeth Hadaway
**Sent:** Thursday, September 21, 2023 1:51 PM
**To:** Andrew Parker <Parker@parkerdk.com>; Joe Pull <Pull@parkerdk.com>; Jill Thorvig <Thorvig@parkerdk.com>; Roxanne A. Russell <Russell@parkerdk.com>; Joseph D. Sibley <sibley@camarasibley.com>; Marc Casarino <Marc.Casarino@kennedyslaw.com>; Joshua A. Mooney <Joshua.Mooney@kennedyslaw.com>; Daniel S. Marvin <Daniel.Marvin@kennedyslaw.com>; Marc Eisenstein <marc@coburngreenbaum.com>; David C. Tobin <dctobin@tobinoconnor.com>; Driscoll, Robert <rdriscoll@mcglinchey.com>; Carry, Alfred <acarry@mcglinchey.com>; Edwards, John <jedwards@jw.com>; Blaesche, Minoo <mblaesche@jw.com>; Butzer, Carl <cbutzer@jw.com>; Pickett Shah, Bethany <bpickett@jw.com>; Dickson, Carter <cdickson@jw.com>; Ceckowski, Lauren <lceckowski@jw.com>; Neerman, Jonathan <jneerman@jw.com>; Vitale, Christina <cvitale@jw.com>
**Cc:** Dominion ListserveSusmanGodfrey <DOMINION@lists.susmangodfrey.com>
**Subject:** Dominion - DC - Discovery Stipulation Next Steps

Counsel:

Further to today's conference with the Court, (1) please let us know every attorney you would like included in a DC-Defendants list-serve that Dominion will use for service going forward; (2) we remind defendants to please copy DOMINION@lists.susmangodfrey.com on all

correspondence and flag for us domains you may use to email this ListServe so we can ensure they have permission to do so; (3) we will update the June 16, 2023 proposed discovery stipulation to reflect guidance received at today's hearing as well as the course of negotiations to date and circulate early next week; (3) once circulated, we ask that your respond with your positions by end of the week.  We will provide our availability for two joint conferences the week of October 2-6 (likely Monday and Wednesday).   The parties can schedule further individual conferences thereafter if needed.

Please note that we will provide you with Dominion's position on the deposition protocol soon as well.

Thank you,

**Elizabeth Hadaway | Susman Godfrey LLP**
o.  713.653.7856  **|**  c.  512.431.7965
ehadaway@susmangodfrey.com
1000 Louisiana St. | Suite 5100 | Houston, Texas 77002
**HOUSTON  •  LOS ANGELES  •  SEATTLE  •  NEW YORK**

www.mcglinchey.com

McGlinchey Stafford, PLLC in Alabama, Florida, Louisiana, Massachusetts, Mississippi, New York, Ohio, Tennessee, Texas, Washington, and Washington DC and McGlinchey Stafford, LLP in California.

Confidentiality Statement: This email may contain attorney-client privileged, work product-protected, and/or confidential information. It is for the sole use of the intended recipient(s). If you have received this transmission in error, immediately notify us by telephone at 504-586-1200 and return the original message to us at McGlinchey Stafford, 12th Floor, 601 Poydras Street, New Orleans, LA, 70130 via the United States Postal Service.

We take steps to remove metadata in attachments sent by email, and any remaining metadata should be presumed inadvertent and should not be viewed or used without our express permission. If you receive an attachment containing metadata, please notify the sender immediately and a replacement will be provided.

See McGlinchey Stafford Disclaimer (https://www.mcglinchey.com/disclaimer/) and Privacy Policy (https://www.mcglinchey.com/privacy-policy/)

This e-mail contains communication that may constitute attorney/client privileged information and/or attorney work product. If you received this message in error, please notify the sender and delete it immediately.

To unsubscribe from the DOMINION list, click here

This e-mail contains communication that may constitute attorney/client privileged information and/or attorney work product. If you received this message in error, please notify the sender and delete it immediately.

To unsubscribe from the DOMINION list, click here

---

This e-mail contains communication that may constitute attorney/client privileged information and/or attorney work product. If you received this message in error, please notify the sender and delete it immediately.

To unsubscribe from the DOMINION list, click here

<mime-attachment>

---

This email has been scanned for viruses and malicious content by Kennedys email security service provided by Mimecast. For more information on email security, visit http://www.mimecast.com