## CERTIFICATION OF SERVICE

I hereby certify on October 31, 2023, I caused to have electronically filed the foregoing Powell Defendants' Opposition to Dominion's Motion for Entry of Order on Discovery Matters (with exhibits) and proposed order, with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel of record for the parties.

/s/ Michelle J. Gruba
Michelle J. Gruba, Legal Assistant
