### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>    *Plaintiffs,*<br><br>    v.<br><br>SIDNEY POWELL, SIDNEY POWELL, P.C., and DEFENDING THE REPUBLIC, INC.,<br><br>    *Defendants.* | No. 1:21-cv-00040 (CJN) |

### [PROPOSED] ORDER

On considering the Dominion's Motion For Entry Of Order On Discovery Matters and Powell Defendants' Opposition thereto, as well as the Opposition of other defendants' thereto, the Court finds that the opposition is well taken, and it is

**ORDERED** that the motion is DENIED; and it is

**FURTHER ORDERED** that the Discovery Protocol proposed by Defendants is hereby entered, effective this ___ day of November, 2023;

**SO ORDERED**.

Dated: _____, 2023

_____
**UNITED STATES DISTRICT JUDGE**