Exhibit 6

| From: | Mark Walker |
|---|---|
| To: | Elizabeth Hadaway; Paul Featherly; SG_DOM_SUGX0047 |
| Cc: | Katie Sammons; Laranda Walker |
| Subject: | RE: Dominion - Document Review Cost Estimate |
| Date: | Tuesday, October 31, 2023 10:50:56 AM |
| Attachments: | image001.png |
| | image002.png |

EXTERNAL Email

Absolutely.  Below is our best estimate based on what is known.  We have presented both US and India review resource options.

**US:**

| **Complete Review** | | | |
|---|---|---|---|
| **Total Documents to Review** | **1,028,000** | | |
| **Hourly Pricing Model - Estimate** | | | |
| First Level Review | $42.00 | | |
| Quality Control | $65.00 | | |
| Review Management | $95.00 | | |
| | | | |
| **Estimated First-Level Review Speed (DPH)** | **40 DPH** | **45 DPH** | **50 DPH** |
| Total Review Hours | 33,377 | 29,668 | 26,701 |
| First Level Review | 25,700 | 22,844 | 20,560 |
| Quality Control | 5,006 | 4,450 | 4,005 |
| Review Management | 2,670 | 2,373 | 2,136 |
| **Total Estimated Cost** | **$1,660,000** | **$1,480,000** | **$1,330,000** |

**India:**

| **Complete Review** | | | |
|---|---|---|---|
| **Total Documents to Review** | **1,028,000** | | |
| **Hourly Pricing Model - Estimate** | | | |
| First Level Review | $24.00 | | |
| Quality Control | $28.00 | | |
| Review Management | $50.00 | | |
| | | | |
| **Estimated First-Level Review Speed (DPH)** | **40 DPH** | **45 DPH** | **50 DPH** |
| Total Review Hours | 33,377 | 29,668 | 26,701 |
| First Level Review | 25,700 | 22,844 | 20,560 |
| Quality Control | 5,006 | 4,450 | 4,005 |
| Review Management | 2,670 | 2,373 | 2,136 |
| **Total Estimated Cost** | **$895,000** | **$795,000** | **$715,000** |

*Mark Walker,* RCSP, EvCM | *Legility + Consilio*

Sr. Solutions Architect

**m**  928-899-8740

e  Mark.Walker@Consilio.com

LinkedIn | Twitter

*Pronouns: he, him*

---

**From:** Elizabeth Hadaway <EHadaway@susmangodfrey.com>
**Sent:** Tuesday, October 31, 2023 8:47 AM
**To:** Mark Walker <mark.walker@consilio.com>; Paul Featherly <paul.featherly@consilio.com>;
SG_DOM_SUGX0047 <SG_DOM_SUGX0047@consilio.com>
**Cc:** Katie Sammons <KSAMMONS@SusmanGodfrey.com>; Laranda Walker <LWalker@susmangodfrey.com>
**Subject:** Dominion - Document Review Cost Estimate

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Consilio,

Could you please provide us a cost estimate for what it would cost to complete a manual responsiveness and relevance review for the entire DDC production (~828K documents) in addition to the new Byrne hits (please estimate 200K documents) by January 1, 2024?

Thank you,

**Elizabeth Hadaway | Susman Godfrey LLP**
o.  713.653.7856  |  c.  512.431.7965
ehadaway@susmangodfrey.com
1000 Louisiana St. | Suite 5100 | Houston, Texas 77002
**HOUSTON · LOS ANGELES · SEATTLE · NEW YORK**

CONFIDENTIAL: This email message and any attachments may contain confidential and/or privileged information that is protected from disclosure under applicable law. If it has been sent to you in error, please reply to advise the sender of the error and then promptly delete all copies of this message. Before opening attachments please check them for viruses and defects. While Consilio has put in place checks to minimize the risks, Consilio will not be responsible for any viruses or defects or any forwarded attachments emanating either from within Consilio or outside. Please note that e-mails are susceptible to change and Consilio shall not be liable for any improper, untimely or incomplete transmission. Privacy Policy