# Exhibit 7

# Exhibit 150

(Public Version, Exhibit Filed in Support of Dominion's Motion for Summary Judgment in *US Dominion, Inc. v. Fox News Network, et al*., C.A. N21C -03-257 EMD (Del. Sup. Ct.))



**PARTICIPANTS:** Tucker Carlson - ▮▮▮▮  Tucker Carlson - ▮▮▮▮  Unknown - ▮▮▮▮

Sent 2020-11-17 01:33:56 AM UTC FROM: Unknown - ▮▮▮▮

Great show so far. I know that b script was wordy but it came out great

Sent 2020-11-17 01:34:36 AM UTC FROM: Tucker Carlson - ▮▮▮▮

It was awesome. Sidney Powell is lying. Fucking bitch.

Sent 2020-11-17 01:59:45 AM UTC FROM: Unknown - ▮▮▮▮

it is top article on mediaite

Sent 2020-11-17 02:00:03 AM UTC FROM: Unknown - ▮▮▮▮

and i also sent to breitbart caller examiner nyt

Sent 2020-11-17 02:06:02 AM UTC FROM: Tucker Carlson - ▮▮▮▮

Dude nice job. ▮▮▮▮

CONFIDENTIAL DISCOVERY MATERIAL

# Exhibit 151

(Public Version, Exhibit Filed in Support of Dominion's Motion for Summary Judgment in *US Dominion, Inc. v. Fox News Network, et al.,* C.A. N21C -03-257 EMD (Del. Sup. Ct.))

| | |
|---|---|
| From: | Scott, Suzanne </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=85BFE6824750416486BDA0F78D10943E-SUZANNE.SCO> |
| To: | Murdoch, Rupert |
| Sent: | 11/6/2020 7:59:12 AM |
| Subject: | Re: Polls. |

Agree on all.  S

Get Outlook for iOS

---

**From:** Murdoch, Rupert
**Sent:** Friday, November 6, 2020 6:36 AM
**To:** Scott, Suzanne
**Subject:** Polls.


Trump still talking legal actions but in calmer voice.
Everything seems to be moving to Biden and if Trump becomes a sore loser
we should watch Sean especially and others don't sound the same.
Not there yet, but a danger.
Turkey on now with Fox and Friends sounds pretty sensible.   If Biden holds Az, Nevada, Georgia and Pa very hard to
credibly cry foul everywhere.
Love to hear likely House numbers.
Pelosi majority halved?

Finally got Fox on here and nice to see plenty of breaks!    Yesterday CNN had none.   But so biased as to be unwatchable!


Sent from my iPhone

CONFIDENTIAL DISCOVERY MATERIAL

FNN019_03561073

# Exhibit 155

(Public Version, Exhibit Filed in Support of Dominion's Motion for Summary Judgment in *US Dominion, Inc. v. Fox News Network, et al.,* C.A. N21C -03-257 EMD (Del. Sup. Ct.))

**PARTICIPANTS:** Laura Ingraham - ▮   Sean Hannity - ▮   Tucker Carlson - ▮   Tucker Carlson - ▮

Sent 2020-11-16 12:25:54 AM UTC FROM: Laura Ingraham - ▮

https://www.newsmax.com/ChristopherRuddy/clinton-foundation-cash-controversy/2015/04/27/id/640856/

Libr_1(12)

Libr_1(13)

Sent 2020-11-16 12:25:54 AM UTC FROM: Laura Ingraham - ▮

Written by Chris ruddy

Sent 2020-11-16 12:33:26 AM UTC FROM: Sean Hannity - ▮

Imho the Challenge to Fox will be bigger than newsmax. Billionaires not millionaires

Sent 2020-11-16 01:06:28 AM UTC FROM: Tucker Carlson - ▮

▮

Sent 2020-11-16 01:23:35 AM UTC FROM: Sean Hannity - ▮

Count on it

Sent 2020-11-16 01:29:39 AM UTC FROM: Laura Ingraham - ▮

Totally

Sent 2020-11-16 01:42:30 AM UTC FROM: Tucker Carlson - ▮

Baragona is using the Shawn segment to attack Maria and our news divisor people are promoting it.

Sent 2020-11-16 01:42:33 AM UTC FROM: Tucker Carlson - ▮

https://twitter.com/justinbaragona/status/1328026092976943104?s=21

Libr_1(14)

Libr_1(15)

Sent 2020-11-16 01:45:10 AM UTC FROM: Laura Ingraham - ▮

What are we all going to do tmrw night

Sent 2020-11-16 01:45:21 AM UTC FROM: Laura Ingraham - ▮

I think 1 - 2 - 3

Sent 2020-11-16 01:45:24 AM UTC FROM: Laura Ingraham - ▮

Punch

CONFIDENTIAL DISCOVERY MATERIAL

Sent 2020-11-16 01:48:06 AM UTC FROM: Tucker Carlson -

I'm opening with a long assessment of Dominion. Haven't said a word about it so far. That Montgomery guy isn't trustworthy. The whole thing seems insane to me, and Sidney Powell won't release the evidence. Which I hate. ▮▮▮ I'm going to ask every legitimate question.

Sent 2020-11-16 01:55:16 AM UTC FROM: Laura Ingraham -

Sidney Powell is a bit nuts

Sent 2020-11-16 01:55:22 AM UTC FROM: Laura Ingraham -

Sorry but she is

Sent 2020-11-16 02:43:09 AM UTC FROM: Tucker Carlson -

▮▮▮ She's making everyone paranoid and crazy, including me.

Sent 2020-11-16 03:03:09 AM UTC FROM: Tucker Carlson -

Sent 2020-11-16 03:04:05 AM UTC FROM: Laura Ingraham -

Mishkin always made my skin crawl

Sent 2020-11-16 03:04:34 AM UTC FROM: Laura Ingraham -

Saw this earlier and wasn't surprised

Sent 2020-11-16 03:04:38 AM UTC FROM: Laura Ingraham -

This is an inside john

Sent 2020-11-16 03:04:40 AM UTC FROM: Laura Ingraham -

Job

Sent 2020-11-16 03:05:19 AM UTC FROM: Tucker Carlson -

Sent 2020-11-16 03:05:32 AM UTC FROM: Laura Ingraham -

Sent 2020-11-16 03:06:23 AM UTC FROM: Laura Ingraham -

Sent 2020-11-16 03:06:46 AM UTC FROM: Tucker Carlson -

Both former BSG employees of course.

Sent 2020-11-16 03:07:17 AM UTC FROM: Laura Ingraham -

Liked "Both former BSG employees of course. "

CONFIDENTIAL DISCOVERY MATERIAL                                                            FNN035_03890539

Sent 2020-11-16 03:07:38 AM UTC FROM: Laura Ingraham -



We are all officially working for an organization that hates us

Sent 2020-11-16 03:07:58 AM UTC FROM: Laura Ingraham -

The people of news

Sent 2020-11-16 03:12:02 AM UTC FROM: Tucker Carlson -

https://www.thedailybeast.com/fox-news-anchor-eric-shawn-debunks-fox-news-voter-fraud-claims?ref=home

Libr_1(16)

CONFIDENTIAL DISCOVERY MATERIAL                                                          FNN035_03890540

Sent 2020-11-16 03:12:51 AM UTC FROM: Laura Ingraham -

19BC908F-3913-4B12-B4FA-51B55394BA90.pluginPayloadAttachment

Briganti

Sent 2020-11-16 03:12:56 AM UTC FROM: Laura Ingraham -

She is coordinating this

Sent 2020-11-16 03:13:38 AM UTC FROM: Tucker Carlson -

Without question. She hates us.

Sent 2020-11-16 04:01:03 PM UTC FROM: Tucker Carlson -

Irena called Victor Davis Hanson and asked him to write a piece defending Chris Wallace and Fox's Arizona call on election night. Insanity. Hanson was upset by it, and obviously refused. Why does Irena work here?

Sent 2020-11-16 04:29:13 PM UTC FROM: Tucker Carlson -

https://twitter.com/sebgorka/status/1327956038566486017?s=21

6191F9AC-51C8-4670-A775-4ECE10F25BBD.pluginPayloadAttachment

Sent 2020-11-16 04:38:30 PM UTC FROM: Sean Hannity -

What?

Sent 2020-11-16 04:38:41 PM UTC FROM: Tucker Carlson -

That's true.

Sent 2020-11-16 04:38:54 PM UTC FROM: Sean Hannity -

Why would anyone defend that call

Sent 2020-11-16 04:39:11 PM UTC FROM: Tucker Carlson -

Irena hates prime time, trust me. That's not speculation.

Sent 2020-11-16 05:19:13 PM UTC FROM: Laura Ingraham -

Emphasized "Irena called Victor Davis Hanson and asked him to write a piece defending Chris Wallace and Fox's Arizona call on election night. Insanity. Hanson was upset by it, and obviously refused. Why does Irena work here?"

Sent 2020-11-16 09:59:22 PM UTC FROM: Laura Ingraham -

Friday numbers aren't that surprising with Trump impending loss — but how much of the bleed is due to anger at the news channel

Sent 2020-11-16 10:01:31 PM UTC FROM: Tucker Carlson -

CONFIDENTIAL DISCOVERY MATERIAL

FNN035_03890541

Sent 2020-11-16 10:02:01 PM UTC FROM: Laura Ingraham -

> Oh a lot.

My anger at the news channel is pronounced

Sent 2020-11-16 10:02:03 PM UTC FROM: Laura Ingraham -

Lol

Sent 2020-11-16 10:04:32 PM UTC FROM: Tucker Carlson -

It should be. We devote our lives to building an audience and they let Chris Wallace and Leland fucking Vittert wreck it. Too much.

Sent 2020-11-16 10:04:58 PM UTC FROM: Sean Hannity -

> Too much is correct.

Sent 2020-11-16 10:05:08 PM UTC FROM: Sean Hannity -

> I'm disgusted at this point

Sent 2020-11-16 10:05:57 PM UTC FROM: Tucker Carlson -

Has Leland done a lot to build the channel?

Sent 2020-11-16 10:06:43 PM UTC FROM: Laura Ingraham -

What can we do?

Sent 2020-11-16 10:06:49 PM UTC FROM: Sean Hannity -

> Let's be honest. Without Chris Wallace where would we be? We owe him everything

Sent 2020-11-16 10:06:55 PM UTC FROM: Laura Ingraham -

Laughed at "Let's be honest. Without Chris Wallace where would we be? We owe him everything "

Sent 2020-11-16 10:07:00 PM UTC FROM: Laura Ingraham -

I think the three of us have enormous power

Sent 2020-11-16 10:07:19 PM UTC FROM: Laura Ingraham -

We have more power than we know or exercise

Sent 2020-11-16 10:07:24 PM UTC FROM: Laura Ingraham -

Together

Sent 2020-11-16 10:07:48 PM UTC FROM: Laura Ingraham -

Making a few promos for prime time ain't gonna cut it

Sent 2020-11-16 10:07:55 PM UTC FROM: Laura Ingraham -

CONFIDENTIAL DISCOVERY MATERIAL

> Sent 2020-11-16 10:08:02 PM UTC FROM: Sean Hannity

A new branding campaign won't cut it

> To do what? To what end? Frankly without Fox Prime time what does the county have?

Sent 2020-11-16 10:08:03 PM UTC FROM: Laura Ingraham

This is all veneer stuff

Sent 2020-11-16 10:08:40 PM UTC FROM: Laura Ingraham

To change the channel

Sent 2020-11-16 10:09:03 PM UTC FROM: Laura Ingraham

It won't be sustainable for four years this way

Sent 2020-11-16 10:09:42 PM UTC FROM: Sean Hannity

> Buckle up. People are headed away till way after the new year

Sent 2020-11-16 10:10:05 PM UTC FROM: Sean Hannity

> Not my first rodeo. Numbers will crash

Sent 2020-11-16 10:10:06 PM UTC FROM: Laura Ingraham

I'm thinking bigger than a ratings book

Sent 2020-11-16 10:10:12 PM UTC FROM: Laura Ingraham

Or two

Sent 2020-11-16 10:10:42 PM UTC FROM: Laura Ingraham

We should all think about how together we can force a change

Sent 2020-11-16 10:10:50 PM UTC FROM: Laura Ingraham

The audience that exists comes for us

Sent 2020-11-16 10:11:01 PM UTC FROM: Laura Ingraham

Just wanted to get you both thinking

Sent 2020-11-16 10:11:24 PM UTC FROM: Sean Hannity

> K. I have to hop. Calls. Keep thinking

Sent 2020-11-16 10:34:59 PM UTC FROM: Tucker Carlson

> For sure. The first thing we need to do exactly what we want to do. That's the key. Leland Vittert seems to have the authority to do whatever he wants. We should too.

Sent 2020-11-16 10:35:34 PM UTC FROM: Laura Ingraham

CONFIDENTIAL DISCOVERY MATERIAL                                    FNN035_03890543

<” 



Sent 2020-11-16 10:35:37 PM UTC FROM: Laura Ingraham -

Sent 2020-11-16 10:35:43 PM UTC FROM: Laura Ingraham -

And their "rules"'

Sent 2020-11-16 10:36:15 PM UTC FROM: Sean Hannity -

We all have been team players. Did any of us think Wallace conducted a good debate? No

Sent 2020-11-16 10:36:32 PM UTC FROM: Tucker Carlson -

It was appalling.

Sent 2020-11-16 10:36:40 PM UTC FROM: Sean Hannity -

Appalling

Sent 2020-11-16 10:36:51 PM UTC FROM: Sean Hannity -

Election night coverage. Same

Sent 2020-11-16 10:57:51 PM UTC FROM: Laura Ingraham -

There is no team

Sent 2020-11-16 11:09:17 PM UTC FROM: Sean Hannity -

I like you both.

Sent 2020-11-16 11:09:26 PM UTC FROM: Tucker Carlson -

Ha! Me too.

Sent 2020-11-16 11:09:31 PM UTC FROM: Sean Hannity -

And admire u both

Sent 2020-11-16 11:10:04 PM UTC FROM: Tucker Carlson -

Thanks man.

Sent 2020-11-16 11:22:03 PM UTC FROM: Laura Ingraham -

Come on, man!

Sent 2020-11-16 11:22:35 PM UTC FROM: Laura Ingraham -

lol What team has three players? Volleyball?

Sent 2020-11-16 11:37:38 PM UTC FROM: Laura Ingraham -

How is this Jonathan Hunt report on the Trump vote challenges any different from what you'd find on

Case 1:21-cv-00040-CJN   Document 112-7   Filed 10/31/23   Page 13 of 16

CONFIDENTIAL DISCOVERY MATERIAL          FNN035_03890544

MSNBC? I don't know where the cases will go but we are LITERALLY taking Obama's lines as our NEWS thru line on this story.



IMG_7770.jpeg

CONFIDENTIAL DISCOVERY MATERIAL

# Exhibit 165

(Public Version, Exhibit Filed in Support of Dominion's Motion for Summary Judgment in *US Dominion, Inc. v. Fox News Network, et al.,* C.A. N21C -03-257 EMD (Del. Sup. Ct.))



**PARTICIPANTS:** Caley Cronin - ▮▮▮▮   Irena Briganti - ▮▮▮▮   Irena Briganti - irena.briganti@fox.com

Sent 2020-11-08 03:57:57 PM UTC FROM: Caley Cronin -
That sydney Powell interview was problematic - will monitor for traction

Sent 2020-11-08 03:58:23 PM UTC FROM: Irena Briganti -
Yes tons of crazy - I am screaming at stelter via text so I missed some of it

Sent 2020-11-08 04:00:50 PM UTC FROM: Caley Cronin -
I am sorry - you just missed more crazy

Sent 2020-11-08 04:01:12 PM UTC FROM: Caley Cronin -
Voter fraud - dominion machines and how the company is run by Dems

Sent 2020-11-08 04:02:51 PM UTC FROM: Irena Briganti -
Heard something on Feinstein husband, etc - she is one of our biggest issues right now

Sent 2020-11-08 04:04:20 PM UTC FROM: Caley Cronin -
Yup - her husband runs it - all that was mentioned. So problematic

Sent 2020-11-08 04:48:50 PM UTC FROM: Caley Cronin -
I am telling Sofie not to send out Powell - it's problematic Thank you

Sent 2020-11-08 04:49:42 PM UTC FROM: Irena Briganti -
Yes, thank you

Sent 2020-11-08 04:51:39 PM UTC FROM: Caley Cronin -
No problem - handled

ATTORNEYS' EYES ONLY DISCOVERY MATERIAL                                   FNN022_03851792