## CERTIFICATION OF SERVICE

I hereby certify on November 8, 2023, I caused to have electronically filed the foregoing Motion for Order Adopting Deposition Protocol Jointly Proposed By Defendants, with an exhibit and an accompanying and proposed order, with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel of record for the parties.

*/s/ Michelle J. Gruba*
Michelle J. Gruba, Legal Assistant