**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| US DOMINION, INC., et al.,<br><br>  *Plaintiffs/Counter-Defendants*,<br><br>v.<br><br>SIDNEY POWELL, et al.,<br><br>  *Defendants/Counter-Plaintiffs*. | Civil Action No. 1:21-cv-00040 (CJN) |
| US DOMINION, INC., et al.,<br><br>  *Plaintiffs*,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>  *Defendant*. | Civil Action No. 1:21-cv-00213 (CJN) |
| US DOMINION, INC., et al.,<br><br>  *Plaintiffs/Counter-Defendants*,<br><br>v.<br><br>MY PILLOW, INC., et al.,<br><br>  *Defendants/ Counter- and Third-Party Plaintiffs*,<br><br>v.<br><br>SMARTMATIC USA CORP., et al.,<br><br>  *Third-Party Defendants*. | Civil Action No. 1:21-cv-00445 (CJN) |

| | |
|---|---|
| US DOMINION, INC., et al.,<br>    *Plaintiffs*,<br><br>v.<br><br>PATRICK BYRNE,<br><br>    *Defendant*. | Civil Action No. 1:21-cv-02131 (CJN) |
| US DOMINION, INC., *et al.*,<br>    *Plaintiffs/Counter-Defendants*,<br><br>v.<br><br>HERRING NETWORKS, INC. *et al.*,<br>    *Defendants/ Counter- and<br>    Third-Party Plaintiffs*,<br><br>v.<br><br>AT&T SERVICES, *et al.*,<br>    *Third-Party Defendants*. | Civil Action No. 1:21-cv-02130 (CJN) |

**DOMINION'S MOTION FOR ENTRY OF FACT WITNESS DEPOSITION PROTOCOL**

Pursuant to Federal Rule of Civil Procedure 29, 30 and this Court's September 21, 2023, Order, Plaintiffs U.S. Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation (herein "Dominion" or "Plaintiff") respectfully move for entry of Dominion's proposed Fact Witness Deposition Protocol.

This Court held a telephonic hearing to discuss various discovery disputes on September 21, 2023. At the hearing, the Court directed the parties to meet and confer and attempt to reach agreement on a deposition protocol, and to either submit an agreed order for the Court to approve

2

or to submit remaining disputes for the Court's resolution. After several conferences, the parties have reached agreement on all but one provision of a deposition protocol.

Dominion files this motion and respectfully asks the Court to enter Dominion's proposed Fact Witness Deposition Protocol. As set forth below, and explained in more detail in the accompanying Memorandum of Law, the Court should (1) enter the agreed provisions of Dominion's proposed fact witness deposition protocol, *see* Fed. R. Civ. P. 29; and (2) enter Dominion's proposal on the one disputed provision regarding the default location of depositions.

Dominion's proposed provision of a default rule in favor of remote depositions will best promote a just, efficient, cost-effective, and safe deposition process for all parties. *See* Fed. R. Civ. P. 1, 30.

Dated: November 8, 2023

Respectfully submitted,

By: */s/ Laranda Walker*
Laranda Walker (D.C. Bar No. TX0028)
Mary K. Sammons (D.C. Bar No. TX0030)
Jonathan Ross (D.C. Bar No. TX0027)
Elizabeth Hadaway (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-6666
lwalker@susmangodfrey.com
ksammons@susmangodfrey.com
jross@susmangodfrey.com
ehadaway@susmangodfrey.com

Stephen Shackelford, Jr.
(D.C. Bar No. NY0443)
Eve Levin (D.C. Bar No. 1672808)
Mark Hatch-Miller (*Admitted pro hac vice*)
Christina Dieckmann (*Admitted pro hac vice)*
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas, 32nd Fl.

New York, NY 10019
Tel: (212) 336-8330
sshackelford@susmangodfrey.com
elevin@susmangodfrey.com
mhatch-miller@susmangodfrey.com
cdieckmann@susmangodfrey.com

Davida Brook (D.C. Bar No. CA00117)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
dbrook@susmangodfrey.com

Edgar Sargent (*Admitted pro hac vice*)
Katherine Peaslee (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 516-3880
esargent@susmangodfrey.com
kpeaslee@susmangodfrey.com

Thomas A. Clare, P.C. (D.C. Bar No. 461964)
**CLARE LOCKE LLP**
10 Prince Street
Alexandria, VA 22314
Tel: (202) 628-7400
tom@clarelocke.com

*Attorneys for Plaintiffs/Counter-Defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 8th day of November 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

                                                        */s/ Christina Dieckmann*
                                                        Christina Dieckmann