# Exhibit 3

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

US DOMINION, INC., et al.,

    *Plaintiffs/Counter-Defendants*,

    v.

SIDNEY POWELL, et al.,

    *Defendants/Counter-Plaintiffs*.

Civil Action No. 1:21-cv-00040 (CJN)

US DOMINION, INC., et al.,

    *Plaintiffs*,

    v.

RUDOLPH W. GIULIANI,

    *Defendant*.

Civil Action No. 1:21-cv-00213 (CJN)

US DOMINION, INC., et al.,

    *Plaintiffs/Counter-Defendants*,

    v.

MY PILLOW, INC., et al.,

    *Defendants/ Counter- and Third-Party Plaintiffs*,

    v.

SMARTMATIC USA CORP., et al.,

    *Third-Party Defendants.*

Civil Action No. 1:21-cv-00445 (CJN)

US DOMINION, INC., et al.,
        *Plaintiffs*,

    v.

PATRICK BYRNE,

        *Defendant*.

Civil Action No. 1:21-cv-02131 (CJN)

US DOMINION, INC., *et al.,*
        *Plaintiffs/Counter-Defendants*,

    v.

HERRING NETWORKS, INC. *et al.,*
        *Defendants/ Counter- and*
        *Third-Party Plaintiffs*,
    v.

AT&T SERVICES, *et al.,*
        *Third-Party Defendants.*

Civil Action No. 1:21-cv-02130 (CJN)

## <u>**AFFIDAVIT OF LINDSEY KURTZ**</u>

Lindsey Kurtz, being duly sworn upon oath, hereby makes this declaration and states as follows:

1.      I am over the age of 21 years old, and I make this declaration of my own free will. I am a citizen of the State of Colorado.

2.      I am General Counsel for Dominion Voting Systems, Inc., and I am authorized to make this affidavit on behalf of Plaintiffs U.S. Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation ("Dominion").

2

3.      I have personal knowledge of some of the facts stated in this declaration and the remainder are based upon my investigation, including a review of company records.   The statements below are true and accurate to the best of my knowledge.

4.      Dominion currently has customers in 28 U.S. States.  Many Dominion employees work remotely full time.

5.      Dominion maintains personnel records for all current and former employees.  Dominion maintains these records in the ordinary course of business.   The aforementioned personnel records include location of primary residence for all current and former employees as of the date of their departure from the company.

6.      I have reviewed the two lists of Dominion custodians filed in *U.S. Dominion, et al. v. Powell, et al.*, Case No. 1:21-cv-00040-CJN, ECF No. 107-5, at 5-7 (D.D.C.) (filed 10/20/23).

7.      The lists contain 63 total Dominion custodians.

8.      I reviewed a collection of data from Dominion's personnel files showing the U.S. state or country of current residence for each of them.  In the case of custodians who are former employees, the data contained the location of last known residence, which, to the best of my knowledge, is also their current residence.  Based on my review, the 63 Dominion custodians reside in the following locations:

      a.      5 live in California;
      b.      11 live in Colorado;
      c.      1 lives in Florida;
      d.      1 lives in Georgia;
      e.      2 live in Illinois;
      f.      1 lives in Maryland;
      g.      1 lives in Minnesota;
      h.      1 lives in Missouri;
      i.      1 lives in North Carolina;
      j.      1 lives in Nebraska;
      k.      1 lives in New Jersey;

l.    1 lives in New Mexico;

m.    2 live in Nevada;

n.    5 live in New York;

o.    2 live in Ohio;

p.    1 lives in Pennsylvania;

q.    1 lives in Tennessee;

r.    1 lives in Texas;

s.    1 lives in Utah;

t.    1 lives in Virginia;

u.    1 lives in Washington;

v.    16 live in Canada; and

w.    5 live in Europe.


_I Kurtz_
Lindsey Kurtz

Subscribed and sworn to before me, the undersigned Notary Public, by means of communication technology, this 8th day of November, 2023.

_Pria Acharya_
Notary Public

```
Komal Pria Acharya
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID# 20124040476
MY COMMISSION EXPIRES 06/28/2024
```

4