**CERTIFICATION OF SERVICE**

I hereby certify on November 15, 2023, I caused to have electronically filed the foregoing

Opposition to Dominion's Motion for Order Adopting Deposition Protocol with the Clerk of the

Court using the CM/ECF system, which I understand to have served counsel of record for the

parties.


/s/ Michelle J. Gruba

Michelle J. Gruba, Legal Assistant