**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| US DOMINION, INC., et al.,<br><br>    *Plaintiffs/Counter-Defendants*,<br><br>v.<br><br>SIDNEY POWELL, et al.,<br><br>    *Defendants/Counter-Plaintiffs*. | Civil Action No. 1:21-cv-00040 (CJN) |
| US DOMINION, INC., et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>    *Defendant*. | Civil Action No. 1:21-cv-00213 (CJN) |
| US DOMINION, INC., et al.,<br><br>    *Plaintiffs/Counter-Defendants*,<br><br>v.<br><br>MY PILLOW, INC., et al.,<br><br>    *Defendants/ Counter- and Third-Party Plaintiffs*,<br><br>v.<br><br>SMARTMATIC USA CORP., et al.,<br><br>    *Third-Party Defendants*. | Civil Action No. 1:21-cv-00445 (CJN) |

1

| | |
|---|---|
| US DOMINION, INC., et al.,<br>    *Plaintiffs*,<br><br>v.<br><br>PATRICK BYRNE,<br><br>    *Defendant*. | Civil Action No. 1:21-cv-02131 (CJN) |
| US DOMINION, INC., *et al.,*<br>    *Plaintiffs/Counter-Defendants*,<br><br>v.<br><br>HERRING NETWORKS, INC. *et al.,*<br>    *Defendants/ Counter- and*<br>    *Third-Party Plaintiffs*,<br>v.<br><br>AT&T SERVICES, *et al.,*<br>    *Third-Party Defendants.* | Civil Action No. 1:21-cv-02130 (CJN) |

**[PROPOSED] ORDER DENYING DEFENDANTS OAN, BOBB, POWELL, POWELL, P.C., BYRNE, AND LINDELL'S MOTIONS FOR ENTRY OF FACT WITNESS DEPOSITION PROTOCOL**

Upon consideration of Defendant Herring Networks, Inc., d/b/a One America News Network et al.'s Motion for Entry of Opposed Deposition Protocol [Dkt. 152 in Case No. 1:21-cv-02130-CJN], Defendant Christina Bobb's Motion for Order Entering Defendants' Joint Proposed Deposition Protocol [Dkt. 153 in Case 1:21-cv02130-CJN], Powell Defendants' Motion for Order Adopting Deposition Protocol Jointly Proposed by Defendants [Dkt. 113 in Case 1:21-cv-00040-CJN], Defendant Patrick Byrne's Motion for Entry of An Order Adopting the Deposition Protocol Proposed by All Defendants [Dkt. 69 in Case No. 1:21-cv-02131-CJN], and Defendants My

2

Pillow, Inc. and Michael Lindell's Notice of Joinder [Dkt. 201 in Case 1:21-cv-00445-CJN], considering all oppositions, related motions by any other parties, argument, and the entire record, it is hereby **ORDERED** that the Defendants' Motions are **DENIED**.

It is further **ORDERED** that Dominion's Proposed Order on Fact Witness Deposition Protocol [Dkt. 114-2 in Case No. 1:21-cv-00040-CJN], including all exhibits thereto, is **ENTERED**.

**It is SO ORDERED.**

Signed this ___ day of _____, 2023.

                                                          _____
                                                          CARL J. NICHOLS
                                                          United States District Court Judge