# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., et al.,<br><br>    *Plaintiffs/Counter-Defendants*,<br><br>v.<br><br>SIDNEY POWELL, et al.,<br><br>    *Defendants/Counter-Plaintiffs*. | Civil Action No. 1:21-cv-00040 (CJN) |
| US DOMINION, INC., et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>    *Defendant*. | Civil Action No. 1:21-cv-00213 (CJN) |
| US DOMINION, INC., et al.,<br><br>    *Plaintiffs/Counter-Defendants*,<br><br>v.<br><br>MY PILLOW, INC., et al.,<br><br>    *Defendants/ Counter- and Third-Party Plaintiffs*,<br><br>v.<br><br>SMARTMATIC USA CORP., et al.,<br><br>    *Third-Party Defendants*. | Civil Action No. 1:21-cv-00445 (CJN) |

| | |
|---|---|
| US DOMINION, INC., et al.,<br>    *Plaintiffs*,<br><br>v.<br><br>PATRICK BYRNE,<br><br>    *Defendant*. | Civil Action No. 1:21-cv-02131 (CJN) |
| US DOMINION, INC., *et al.*,<br>    *Plaintiffs/Counter-Defendants*,<br><br>v.<br><br>HERRING NETWORKS, INC. *et al.*,<br>    *Defendants/ Counter- and*<br>    *Third-Party Plaintiffs*,<br><br>v.<br><br>AT&T SERVICES, *et al.*,<br>    *Third-Party Defendants*. | Civil Action No. 1:21-cv-02130 (CJN) |

**AMENDED JOINT STATUS REPORT**

Pursuant to Magistrate Judge Moxila A. Upadhyaya's March 6, 2024 Minute Order (the "March 6 Order"), Plaintiffs U.S. Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation ("Plaintiffs") and Defendants Sidney Powell, Sidney Powell, P.C., Defending the Republic, My Pillow, Inc., Michael J. Lindell, Patrick Byrne, Herring Networks, Inc. d/b/a One America News Network, Charles Herring, Robert Herring, Sr., Chanel Rion, and

2

Christina Bobb ("Defendants") (herein collectively "the Parties"), hereby submit this Joint Status Report.[1]  Mr. Giuliani is not participating in the submission of this report.

Following the March 6 Order, the Parties met and conferred by email and by Zoom, and they submit in this Joint Status Report (1) the current list of cases that are consolidated or voluntarily coordinated for discovery and (2) a chart detailing all ripe disputes in these cases using the guidance the Court emailed to counsel for the Parties.  The chart is submitted herewith as **Exhibit A**.

1. <u>**The Current List of Consolidated or Voluntarily Coordinated Cases**</u>

Below is the current list of cases that are consolidated by Judge Nichols or voluntarily coordinated for discovery in this litigation, including the date on which consolidation occurred, where relevant.  If a case was previously consolidated or voluntarily coordinated but is now stayed or dismissed, the list includes that information, as well.

- *U.S. Dominion, Inc. et al. v. Sidney Powell et al.*, 1:21-cv-00040 (D.D.C.)
    - <u>**Consolidation**</u>: Scheduling Order, Powell ECF 65, March 1, 2022
- *U.S. Dominion, Inc. et al. v. My Pillow, Inc. et al.*, 1:21-cv-00445 (D.D.C.)
    - <u>**Consolidation**</u>: Scheduling Order, Lindell ECF 121, March 1, 2022
- *U.S. Dominion, Inc. et al. v. Rudolph W. Giuliani*, 1:21-cv-00213 (D.D.C.)
    - <u>**Consolidation**</u>: Scheduling Order, Giuliani ECF 47, March 1, 2022
    - <u>**Stay**</u>: *In re Rudolph W. Giuliani*, 1:23-12055 (Bankr. S.D.N.Y)
        - Chapter 11 Voluntary Petition for Individual, ECF 1, December 21, 2023

---

[1] Per the Court's instruction, the Parties submit this Joint Status Report on the docket of each case that is consolidated or voluntarily coordinated for discovery related to this litigation.

- Under 11 U.S.C. § 362(a), the Voluntary Petition stayed the continued prosecution of Dominion's litigation against Mr. Giuliani, absent relief from that stay.
    - Order Approving Stipulation Concerning the Scope of the Automatic Stay of 11 U.S.C. § 362(a) with Respect to Certain Non-Bankruptcy Litigation Matters, ECF 125, February 2020, 2024, **Exhibit B** (Giuliani Bankruptcy ECF 125).
        - Under this order, the Bankruptcy Court clarified that the above-mentioned stay does not (i) preclude prosecution of Dominion's claims against the defendants in the Powell case, the Lindell case, the Byrne case, and the OAN case; (ii) preclude pursuit of discovery by parties in those cases; or (iii) preclude discovery of Giuliani by any of the parties in the Powell case, the Lindell case, the Byrne case, and the OAN case in those cases.
- *U.S. Dominion, Inc. et al. v. Patrick Byrne*, 1:21-cv-02131 (D.D.C.)
    - **Coordination**: Mr. Byrne is voluntarily coordinating for the purposes of discovery.
- *U.S. Dominion, Inc. et al. v. Herring Networks, Inc. d/b/a One America News Network, et al.*, 1:21-cv-02130 (D.D.C.)
    - **Consolidation**: Order Granting Motion to Consolidate and Entering Scheduling Order, ECF 134, July 24, 2023

**2.   Disputes and Pending Motions Chart**

The following chart available at **Exhibit A** includes all ripe disputes raised with Judge Nichols or Magistrate Judge Upadhyaya to date. At a high level the disputes are as follows:

The first item the parties bring to the Court's attention is an urgent matter regarding breach of the June 16, 2023, Amended Protective Order, attached hereto as **Exhibit C**, by counsel for Mr. Byrne. *See* Byrne Dkt. 46; *see also* Powell Dkt. 82; Lindell Dkt. 165; Giuliani Dkt. 55. Counsel for Dominion raised the issue to Judge Nichols and Judge Upadhyaya on March 12, 2024, by the email attached hereto as **Exhibit D.**

The second and third issues involve deposition and discovery motions before the Court. The motions arise in the context of a September 21, 2023, telephonic hearing before Judge Nichols, in which Plaintiffs and Defendants appeared and discussed the potential for coordinating orderly management of discovery across the cases. *See* **Exhibit E** (9/21/2023 Transcript). Judge Nichols' September 21, 2023, minute entry ordered the parties to meet and confer concerning a proposed discovery protocol and a proposed deposition protocol, with the goal of reaching an agreed proposed order or submitting any outstanding issues for judicial resolution. *See* Lindell Minute Entry 8/21/2023. With respect to both protocols, the parties resolved most but not all issues and submitted competing proposed orders with briefing.

The fourth discovery item before the Court is Defendants' request to extend the discovery deadline in all coordinated and consolidated cases.

The fifth discovery item before the Court pertains to issues specific to the *Dominion v. Herring Networks* case.

Various other discovery disputes exist between Dominion and specific defendants in the consolidated or voluntarily coordinated cases. For some of those disputes, the meet and confer process is complete, and the parties will follow Judge Upadhyaya's guidance as to the proper procedure for raising them. Other disputes remain in the meet and confer process and will be raised with the Court, as necessary, once the ongoing processes are complete.

The Parties propose that on March 18, 2024, Judge Upadhyaya take up each of the issues in the order that they appear in the attached chart.  See **Exhibit A**.

Dated:  March 13, 2024                                   Respectfully submitted,

   /s/     Davida Brook
Laranda Walker (D.C. Bar No. TX0028)
Mary K. Sammons (D.C. Bar No. TX0030)
Jonathan Ross (D.C. Bar No. TX0027)
Elizabeth Hadaway (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-6666
lwalker@susmangodfrey.com
ksammons@susmangodfrey.com
jross@susmangodfrey.com
ehadaway@susmangodfrey.com

Stephen Shackelford, Jr.
(D.C. Bar No. NY0443)
Eve Levin (D.C. Bar No. 1672808)
Mark Hatch-Miller (*Admitted pro hac vice*)
Christina Dieckmann (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas, 32nd Fl. New York, NY 10019
Tel: (212) 336-8330
sshackelford@susmangodfrey.com
elevin@susmangodfrey.com
mhatch-miller@susmangodfrey.com
cdieckmann@susmangodfrey.com

Davida Brook (D.C. Bar No. CA00117)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
dbrook@susmangodfrey.com

6

Edgar Sargent (*Admitted pro hac vice*)
Katherine Peaslee (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 516-3880
esargent@susmangodfrey.com
kpeaslee@susmangodfrey.com

*Attorneys for Plaintiffs*

*/s/ Charles L. Babcock*
Charles L. Babcock
Jonathan D. Neerman
**JACKSON WALKER, LLP**
1401 McKinney Street, Suite 1900
Houston, TX 77010
Tel: (713) 752-4319
Fax: (713) 308-4117
cbabcock@jw.com
jneerman@jw.com

*/s/ Gregory M. Singer*
John F. Lauro, Esq.
D.C. Bar No. 392830
jlauro@laurosinger.com
Gregory M. Singer, Esq. (PHV)
gsinger@laurosinger.com
LAURO & SINGER
400 N. Tampa St., 15th Floor
Tampa, FL 33602
(813) 222-8990
*Counsel for Defendant Christina Bobb*

*/s/ R. Trent McCotter*
**BOYDEN GRAY PLLC**
R. Trent McCotter
D.C. BAR NO. 1011329
801 17th St NW, #350
Washington, DC 20006
(202) 706-5488
tmccotter@boydengray.com

*Counsel for Defendants*
*Herring Networks, Inc., Charles Herring, Robert Herring, Sr., and Chanel Rion*

*/s/ Marc Eisenstein*
Marc Eisenstein
DC Bar No.1007208
Coburn, Greenbaum & Eisenstein, PLLC
1710 Rhode Island Avenue, N.W.
Second Floor
Washington, DC  20036
Tel:  202-470-2695
Fax:  1-866-561-9712
marc@coburngreenbaum.com
*Counsel for Defendant Defending the Republic, Inc.*

*/s/ Stefanie Lambert*
**STEFANIE LAMBERT, PLLC**
Stefanie Lambert

400 RENAISSANCE CTR
FLOOR 26
Detroit, MI
48243-1502
(313) 410-6872
attorneylambert@protonmail.com
*Counsel for Defendant Patrick Byrne*

*Permission to sign for other Defendants was not expressly given by the time of filing.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of March 2024, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system in *U.S. Dominion, Inc. et al. v. Sidney Powell et al.*, 1:21-cv-00040 (D.D.C.), *U.S. Dominion, Inc. et al. v. My Pillow, Inc. et al.*, 1:21-cv-00445 (D.D.C.), *U.S. Dominion, Inc. et al. v. Rudolph W. Giuliani*, 1:21-cv-00213 (D.D.C.), *U.S. Dominion, Inc. et al. v. Patrick Byrne*, 1:21-cv-02131 (D.D.C.), *U.S. Dominion, Inc. et al. v. Herring Networks, Inc. d/b/a One America News Network, et al.*, 1:21-cv-02130 (D.D.C.), which I understand to have served counsel for the parties.

*/s/ Davida Brook*
Davida Brook, Esq.
SUSMAN GODFREY LLP