AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

US Dominion, Inc., et al., )
*Plaintiff* )
v. ) Case No. 1:21-cv-00040-CJN
Sidney Powell, et al., )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defending the Republic, Inc.

Date: 03/18/2024

/s/ David C. Tobin
*Attorney's signature*

David C. Tobin, D.C. Bar No. 395959
*Printed name and bar number*
5335 Wisconsin Ave., NW
Suite 400
Washington, D.C. 20015

*Address*

dctobin@tobinoconnor.com
*E-mail address*

(202) 362-5903
*Telephone number*

(202) 362-6579
*FAX number*