# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION, <br><br> Plaintiffs/Counter-Defendants, <br><br> v. <br><br> SIDNEY POWELL, SIDNEY POWELL, P.C., and DEFENDING THE REPUBLIC, INC., <br><br> Defendants/Counter-Plaintiffs. | Case No. 1:21-cv-0040 (CJN) |

## DECLARATION OF GEORGE EL-KHOURY
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, I, George El-Khoury, hereby declare:

1. My full name is George El-Khoury. I serve as counsel for plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation.

2. I am an attorney practicing with the law firm of Susman Godfrey L.L.P. located at One Manhattan West, 50th Floor, New York, New York 10001. My telephone number is (212) 336-8330.

3. I am a member in good standing of the State Bar of New York, Bar NY No. [5898358].

4. I certify that there are no pending disciplinary proceedings against me before any bar, and I have not been disciplined by any bar in the past.

5. I have not previously been admitted *pro hac vice* in this Court.

6.     I do not practice law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 13, 2024.

*George El-Khoury* (signature)

George El-Khoury



## Appellate Division of the Supreme Court of the State of New York
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

### George Raymond El-Khoury

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **August 26, 2021**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on September 13, 2024.

*Robert D. Mayberger*
Clerk of the Court

CertID-00191014



*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*
*Admissions Office*
*P.O. Box 7350, Capitol Station*
*Albany, NY 12224-0350*

*Robert D. Mayberger*
*Clerk of the Court*

AD3AdmissionsOffice@nycourts.gov
http://www.nycourts.gov/ad3/admissions
*(518) 471-4778*

*Anthony A. Moore*
*Director of Attorney Admissions*

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Robert D. Mayberger
Clerk of the Court

Revised January 2022