IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>Plaintiffs/Counter-Defendants,<br><br>v.<br><br>SIDNEY POWELL, SIDNEY POWELL, P.C., and DEFENDING THE REPUBLIC, INC.,<br><br>Defendants/Counter-Plaintiffs. | Case No. 1:21-cv-0040 (CJN) |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY GEORGE EL-KHOURY

Upon consideration of Plaintiffs' Motion for Admission *Pro Hac Vice* of Attorney George El-Khoury in the above-captioned matter and the Declaration of George El-Khoury in support thereof, and it appearing that there is good cause to grant the motion, it is hereby

**ORDERED** that the Plaintiffs' Motion for Admission *Pro Hac Vice* of Attorney George El-Khoury be, and the same hereby, is **GRANTED**; and it is

**FURTHER ORDERED** that George El-Khoury be allowed to appear *pro hac vice* in court proceedings in the above-captioned matter.

**SO ORDERED** this _____ day of _____ 2024.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE