IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION, <br><br> Plaintiffs/Counter-Defendants, <br><br> v. <br><br> SIDNEY POWELL, SIDNEY POWELL, P.C., and DEFENDING THE REPUBLIC, INC., <br><br> Defendants/Counter-Plaintiffs. | Case No. 1:21-cv-0040 (CJN) |

## PARTIES' JOINT STATUS REPORT

Pursuant to Magistrate Judge Moxila A. Upadhyaya's September 13, 2024, Minute Order, Plaintiffs U.S. Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation ("Dominion") and Defendants Sidney Powell, Sidney Powell, P.C., Defending the Republic ("Defendants") hereby submit this Joint Status Report. The Parties propose that the Court take up the issues in the order listed in the chart below.

| Parties Involved | Issue | Resolution Status |
|---|---|---|
| All parties in the cases that have been consolidated / coordinated for discovery purposes | Whether to extend pre-trial deadlines as proposed by Dominion in a September 10, 2024, email submission to the Court and agreed to by some defendants. | Pending before the Court. |
| Dominion, Powell, and Powell, P.C. | Dominion requests to move depositions of the Powell parties until after the September 30, 2024 discovery deadline. | There is not agreement on this issue. The parties will submit an email on this issue to Your Honor on 9/19/24. |
| Dominion and DTR | Dominion requests to move DTR's 30(b)(6) deposition until after the | There is not agreement on this issue. The parties will submit an email on this |

| | September 30, 2024 discovery deadline. | issue to Your Honor on 9/19/24. |
|---|---|---|
| Dominion, Powell, Powell P.C., and DTR | Deposition dates of third-party witnesses Brandon Johnson and Julie Haller: Counsel for the witnesses have advised that they are not available for deposition on or before September 30 due to conflicts. Mr. Johnson's counsel has represented that he is not available in October or November; his counsel has agreed to a December 3, 2024, deposition. Ms. Haller's counsel has indicated that she is available on or after November 15, 2024. | Counsel for Dominion, DTR, Ms. Powell and Powell P.C. have met and conferred. None of these parties oppose moving the deposition dates. |

Dated: September 18, 2024

Respectfully submitted,

*/s/ Davida Brook*
Laranda Walker (D.C. Bar No. TX0028)
Mary K. Sammons (D.C. Bar No. TX0030)
Jonathan Ross (D.C. Bar No. TX0027)
Elizabeth Hadaway (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-6666
lwalker@susmangodfrey.com
ksammons@susmangodfrey.com
jross@susmangodfrey.com
ehadaway@susmangodfrey.com

Stephen Shackelford, Jr.
(D.C. Bar No. NY0443)
Eve Levin (D.C. Bar No. 1672808)
Mark Hatch-Miller (*Admitted pro hac vice*)
Christina Dieckmann (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas, 32nd Fl. New York, NY 10019
Tel: (212) 336-8330
sshackelford@susmangodfrey.com

elevin@susmangodfrey.com
mhatch-miller@susmangodfrey.com
cdieckmann@susmangodfrey.com
Davida Brook (D.C. Bar No. CA00117)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
dbrook@susmangodfrey.com

Edgar Sargent (*Admitted pro hac vice*)
Katherine Peaslee (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 516-3880
esargent@susmangodfrey.com
kpeaslee@susmangodfrey.com

*Attorneys for Plaintiffs*

By:  */s Joshua A. Mooney*
Joshua A. Mooney DC Bar No. 471866
**KENNEDYS CMK LLP**
1600 Market Street, Suite 1410
Philadelphia, PA 19103
Tel: 267-479-6700
Joshua.Mooney@kennedyslaw.com

Marc Casarino, pro hac vice
222 Delaware Avenue, Suite 710
Wilmington, DE 19801
Tel: 302-308-6647
marc.casarino@kennedyslaw.com

Michael J. Tricarico, pro hac vice
570 Lexington Avenue, 8th Floor
New York, New York 10022
Tel: (646) 625-3952
Michael.tricarico@kennedyslaw.com

*Attorneys for Defendant Sidney Powell and   Sidney Powell, PC*

3

*/s/ Marc J. Eisenstein*
Marc J. Eisenstein (DC Bar No. 1007208)
**COBURN & GREENBAUM, PLLC**
1710 Rhode Island Avenue, NW Second Floor
Washington, DC 20036 Telephone:
(703) 963-7164
Facsimile: (866) 561-9712
marc@coburngreenbaum.com

David C. Tobin (DC Bar No. 395959)
**TOBIN O'CONNOR CONCINO P.C.**
5335 Wisconsin Ave., NW Suite 400
Washington, DC 20015
(202) 362-5903 (T)
(202) 362-6579 (F)
dctobin@tobinoconnor.com

*Counsel for Defendant Defending the Republic, Inc*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of September 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

*/s/ Davida Brook*

4