# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., et al, <br><br> *Plaintiffs*, <br><br> v. <br><br> SIDNEY POWELL, et al, <br><br> *Defendants*. | Civil Action No.: 1-21-cv-00040 (CJN) |

## JOINT MOTION FOR EXTENSION OF TIME

Pursuant to Section 9(b) of this Court's Standing Order, Plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation ("Plaintiffs"), and Defendants Sidney Powell, Sidney Powell, P.C., and Defending the Republic, Inc. ("the Powell and DTR Defendants")[1] (collectively, the "Parties"), hereby file this Joint Motion for Extension of Time ("Joint Motion"), and request this Court to enter an Amended Scheduling Order in the above-styled action ("the Action") pursuant to the terms provided below and in the attached proposed order (Exhibit A). In support of this Joint Motion, the Parties state the following:

---

[1] The Action is currently consolidated or coordinated for purposes of discovery with four other cases: *US Dominion Inc., et al. v. MyPillow, Inc.*, et al., No. 1:21-cv-00445-CJN (D.D.C.); *US Dominion, Inc., et al v. Giuliani*, No. 1:21-cv-00213-CJN (D.D.C.); *US Dominion Inc., et al v. Byrne*, No. 1:21-cv-02131-CJN (D.D.C.); and *US Dominion, Inc., et al v. Herring Networks, et al.*, No. 1:21-cv-02130-CJN (D.D.C.). This Joint Motion is filed by the Parties only to the Action and the Parties' request for extension of time is limited only to the deadlines in the existing Scheduling Order as they apply to the Action.

1. The current scheduling order in the above-styled action contains the following deadlines:

    a. Deadline for Expert Depositions: **April 18, 2025**

    b. Deadline for Dispositive Motions: **June 13, 2025**

    c. Deadline for Oppositions to Dispositive Motions: **July 18, 2025**

    d. Deadline for Replies in Support of Dispositive Motions: **August 29, 2025**

2. The Parties request this Court enter an Amended Scheduling Order in the Action with the following new deadlines:

    a. Deadline for Expert Depositions: **June 30, 2025**

    b. Deadline for Dispositive Motions: **August 25, 2025**

    c. Deadline for Oppositions to Dispositive Motions: **September 29, 2025**

    d. Deadline for Replies in Support of Dispositive Motions: **November 10, 2025**

3. There have been five prior amendments to the March 1, 2022 Scheduling Order in the Action: (1) August 19, 2022; (2) December 2, 2022; (3) May 15, 2023; (4) July 24, 2023; and (5) November 8, 2024. This proposed Amended Scheduling Order shall supersede the Order Regarding Scheduling And Discovery Disputes entered by the Court on November 8, 2024 (ECF 135) in the Action, but only in the Action.

4. Good cause exists for extending the open deadlines in the Order Regarding Scheduling and Discovery Disputes as they applied to the Parties to the Action. While the Parties are diligently pursuing expert discovery, many of the Parties' testifying expert witnesses have preexisting conflicts that will prevent depositions from being completed before the current April 18, 2025 deadline. Furthermore, Plaintiffs' counsel is scheduled to be in trial in US Dominion, Inc. v. Newsmax Media, Inc. before the

Superior Court for the State of Delaware (Case Number N21C-08-063) beginning April 28, 2025 ("Newsmax trial"). The trial is scheduled to last four weeks. Given the conflicts posed by the Parties' testifying expert witnesses and Plaintiffs' counsel's obligations related to the Newsmax trial, the Parties contend that extending the expert discovery deadline until June 30, 2025 is appropriate.

5. In connection with extending the expert discovery deadline, the Parties also request that the deadlines related to dispositive motions in the Action be extended. Under the current Order Regarding Scheduling And Discovery Disputes, the deadline for dispositive motions in the Action would fall before the proposed new deadline for completion of expert discovery. If the Parties choose to file dispositive motions, these motions will require the benefit of all evidence collected through expert discovery.

6. The granting of this Joint Motion will extend all open deadlines in the Action as to the Parties to this Joint Motion, by 73 days.

7. In accordance with both Local Rule 7(m) and Paragraph 9(b)(vi) of this Court's Standing Order, the Parties have conferred and agree to the entry of this Amended Scheduling Order requested by this Joint Motion.

WHEREFORE, Plaintiffs and Defendants respectfully request this Court grant the Parties' Joint Motion for Extension of Time.

Dated: March 26, 2025                           Respectfully submitted,

                                            /s/ Mary K. Sammons
                                            Laranda Walker (D.C. Bar No. TX0028)
                                            Mary K. Sammons (D.C. Bar No. TX0030)
                                            Jonathan Ross (D.C. Bar No. TX0027)
                                            Elizabeth Hadaway (*Admitted pro hac vice*)
                                            **SUSMAN GODFREY L.L.P.**

1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-6666
lwalker@susmangodfrey.com
ksammons@susmangodfrey.com
jross@susmangodfrey.com
ehadaway@susmangodfrey.com

Stephen Shackelford, Jr.
(D.C. Bar No. NY0443)
Eve Levin (D.C. Bar No. 1672808)
Mark Hatch-Miller (*Admitted pro hac vice*)
Christina Dieckmann (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019
Tel: (212) 336-8330
sshackelford@susmangodfrey.com
elevin@susmangodfrey.com
mhatch-miller@susmangodfrey.com
cdieckmann@susmangodfrey.com

Davida Brook (D.C. Bar No. CA00117)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
dbrook@susmangodfrey.com

Edgar Sargent (*Admitted pro hac vice*)
Katherine Peaslee (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 516-3880
esargent@susmangodfrey.com
kpeaslee@susmangodfrey.com

*Attorneys for Plaintiffs*

*/s/ Matthew C. Nelson*
Matthew C. Nelson (DC Bar No. 1026235)
Marc S. Casarino (*Admitted pro hac vice)*
**KENNEDYS CMK LLP**
222 Delaware Avenue, Suite 710
Wilmington, DE 19801

Tel: 302-308-6647
matthew.nelson@kennedyslaw.com
marc.casarino@kennedyslaw.com

Joshua A. Mooney (DC Bar No. 471866)
**KENNEDYS CMK LLP**
1600 Market Street, Suite 1410
Philadelphia, PA 19103
Tel: 267-479-6700
joshua.mooney@kennedyslaw.com

Michael J. Tricarico *(Admitted pro hac vice)*
**KENNEDYS CMK LLP**
22 Vanderbilt Avenue, Suite 2400
New York, NY 10017
Tel: (646) 625-3952
michael.tricarico@kennedyslaw.com

Terese M. Cinnamond *(Admitted pro hac vice)*
**KENNEDYS CMK LLP**
120 Mountain View Blvd.
Basking Ridge, NJ 07920
(908) 848-6307
theresa.cinnamond@kennedyslaw.com

*Attorneys for Defendants Sidney Powell and Sidney Powell, PC*

*/s/ Marc J. Eisenstein*
Marc J. Eisenstein (DC Bar No. 1007208)
**COBURN & GREENBAUM, PLLC**
1710 Rhode Island Avenue, NW Second Floor
Washington, DC 20036 Telephone:
(703) 963-7164
Facsimile: (866) 561-9712
marc@coburngreenbaum.com

David C. Tobin (DC Bar No. 395959)
**TOBIN O'CONNOR CONCINO P.C.**
5335 Wisconsin Ave., NW Suite 400
Washington, DC 20015
(202) 362-5903 (T)
(202) 362-6579 (F)
dctobin@tobinoconnor.com

*Counsel for Defendant Defending the Republic, Inc.*

5