**EXHIBIT A**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| US DOMINION, INC., et al,<br><br>*Plaintiffs*,<br><br>    v.<br><br>SIDNEY POWELL, et al,<br><br>*Defendants*. | Civil Action No.: 1-21-cv-00040 (CJN) |

## **AMENDED SCHEDULING ORDER**

a.  Deadline for Expert Depositions: **June 30, 2025**

b.  Deadline for Dispositive Motions: **August 25, 2025**

c.  Deadline for Oppositions to Dispositive Motions: **September 29, 2025**

d.  Deadline for Replies in Support of Dispositive Motions: **November 10, 2025**

_____
Judge Carl J. Nichols
United States District Court