IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>    Plaintiffs,<br><br>v.<br><br>SIDNEY POWELL, SIDNEY POWELL, P.C., and DEFENDING THE REPUBLIC, INC.,<br><br>    Defendants. | Case No. 1:21-cv-00040-CJN-MAU<br><br>Judge Carl J. Nichols<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation ("Dominion") and Defendants Sidney Powell, Sidney Powell, P.C., and Defending the Republic, Inc. (collectively, the "Powell Defendants"), by and through their respective undersigned counsel, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to the dismissal of all claims, counterclaims, and causes of action asserted in this matter by Dominion against the Powell Defendants, and by the Powell Defendants against Dominion, with prejudice. Each party shall bear its own attorneys' fees, expenses, and costs.

Dated: September 19, 2025                                    Respectfully submitted,

*/s/   Matthew C. Nelson*                                        */s/ Laranda Walker*

Matthew C. Nelson (DC Bar No. 1026235)
Marc S. Casarino (Admitted pro hac vice)
KENNEDYS CMK LLP
222 Delaware Avenue, Suite 710
Wilmington, DE 19801
Tel: 302-308-6647

SUSMAN GODFREY L.L.P.
Laranda Walker (D.C. Bar No. TX0028)
Mary K. Sammons (D.C. Bar No. TX0030)
Jonathan Ross (D.C. Bar No. TX0027)
Elizabeth Hadaway (*Admitted pro hac vice*)

1

matthew.nelson@kennedyslaw.com
marc.casarino@kennedyslaw.com

Joshua A. Mooney (DC Bar No. 471866)
KENNEDYS CMK LLP
1600 Market Street, Suite 1410
Philadelphia, PA 19103
Tel: 267-479-6700
joshua.mooney@kennedyslaw.com

Michael J. Tricarico (Admitted pro hac vice)
KENNEDYS CMK LLP
22 Vanderbilt Avenue, Suite 2400
New York, NY 10017
Tel: (646) 625-3952
michael.tricarico@kennedyslaw.com

Terese M. Cinnamond (Admitted pro hac vice)
KENNEDYS CMK LLP
120 Mountain View Blvd.
Basking Ridge, NJ 07920
(908) 848-6307
theresa.cinnamond@kennedyslaw.com
Attorneys for Defendants Sidney Powell and Sidney Powell, PC

/s/ *Marc J. Eisenstein*
Marc J. Eisenstein (DC Bar No. 1007208)
COBURN & GREENBAUM, PLLC
1710 Rhode Island Avenue, NW Second Floor
Washington, DC 20036 Telephone: (703) 963-7164
Facsimile: (866) 561-9712
marc@coburngreenbaum.com

David C. Tobin (DC Bar No. 395959)
TOBIN O'CONNOR CONCINO P.C.
5335 Wisconsin Ave., NW Suite 400
Washington, DC 20015
(202) 362-5903 (T)

1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
lwalker@susmangodfrey.com
ksammons@susmangodfrey.com
jross@susmangodfrey.com
ehadaway@susmangodfrey.com

Stephen Shackelford, Jr. (D.C. Bar No. NY0443)
Eve Levin (D.C. Bar No. 1672808)
Mark Hatch-Miller (*Admitted pro hac vice*)
Christina Dieckmann (*Admitted pro hac vice*)
George El-Khoury (*Admitted pro hac vice*)
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Tel: (212) 336-8330
sshackelford@susmangodfrey.com
elevin@susmangodfrey.com
mhatch-miller@susmangodfrey.com
cdieckmann@susmangodfrey.com
gel-khoury@susmangodfrey.com

Davida Brook (D.C. Bar No. CA00117)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
dbrook@susmangodfrey.com

Edgar Sargent (*Admitted pro hac vice*)
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 516-3880
esargent@susmangodfrey.com

*Counsel for Plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation*

(202) 362-6579 (F)
dctobin@tobinoconnor.com
Counsel for Defendant Defending the Republic, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of September, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

                                                                        */s/ Laranda Walker*
                                                                         Laranda Walker